United States District Court
Middle District of Florida
Ft. Myers Division

FILED
2023 MAY 16 PM 1:30

**Jennifer Couture;**
**Ralph Garramone MD PA d/b/a**
**Garramone Plastic Surgery**

    **Plaintiffs,**

v.                                                                  NO. click to insert case number

**Danesh Noshirvan a/k/a**
**@thatdaneshguy; TikTok, Inc.;**
**Bytedance, Inc.; John Does 1-100,**
**being fictitious names; ABC**
**Corporations 1-100 being**
**Fictitious names**

    *Defendants.*

---

## Unopposed Motion for Special Admission

Patrick Trainor, Esquire, moves for special admission to represent plaintiffs in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court, District of New Jersey.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in cases in state or federal court in Florida:

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Patrick Trainor
Patrick Trainor, Esq.
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

## Local Rule 3.01(g) Certification

The opposing party is unavailable, and I have not conferred with the opposing party.

/s/ Patrick Trainor
Patrick Trainor, Esq.
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*