# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,

       Plaintiffs,          Case No. 2:23-cv-00340-SPC-KCD

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY; TIKTOK
INC.; AND BYTEDANCE, INC.;
JOHN DOES 1-100, being fictitious
names, and ABC CORPORATIONS
1-100 being fictious names,

       Defendants.
_____/

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Kathleen A. Sacks, Esq., pursuant to Local Rule 2.01(c), moves for special admission to represent Defendants TikTok Inc. and ByteDance Inc. in this action, and states as follows:

1.     I am neither a Florida resident nor a member of The Florida Bar.

2.     I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the Northern District of Georgia.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: none.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Kathleen A. Sacks*
Kathleen A. Sacks
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2999
Facsimile: (202) 626-3737
ksacks@kslaw.com

2

DATED: June 16, 2023          Respectfully submitted,

                                                 */s/ Spencer M. Diamond*
                                                 Spencer M. Diamond
                                                 KING & SPALDING LLP
                                                 Florida Bar No. 0091009
                                                 1180 Peachtree Street NE, Suite 1600
                                                 Atlanta, GA 30309
                                                 Telephone: (404) 572-4600
                                                 Facsimile: (404) 572-5100
                                                 sdiamond@kslaw.com

                                                 *Attorneys for Defendants*
                                                 *TikTok Inc. and ByteDance Inc.*

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendants TikTok Inc. and ByteDance Inc. has conferred with counsel for Plaintiffs and represents that Plaintiffs do not oppose Kathleen A. Sacks' special admission.

                                                 */s/ Spencer M. Diamond*
                                                 Spencer M. Diamond

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

Robson D.C. Powers, Esquire
BURANDT, ADAMSKI, FEICHTHALER
& SANCHEZ, PLLC
1714 Cape Coral Parkway East
Cape Coral, Florida 33904
Telephone: (239) 542-4733
Facsimile: (239) 542-9203
robson@capecoralattorney.com
karen@capecoralattorney.com
*Attorney for Defendant Danesh Noshirvan
a/k/a @THATDANESHGUY*

                                                     */s/ Spencer M. Diamond*
                                                     Spencer M. Diamond