UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:23-CV-00340

JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A.
d/b/a GARRAMONE PLASTIC SURGERY,

      Plaintiffs,

v.

DANESH NOSHIRVAN a/k/a @THATDANESHGUY;
TIKTOK INC.; AND BYTEDANCE, INC.,
JOHN DOES 1-100, being fictitious names, and
ABC CORPORATIONS 1-100 being fictitious names.

      Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, DANESH NOSHIRVAN a/k/a @THATDANESHGUY

The law firm of BURANDT, ADAMSKI, FEICHTHALER & SANCHEZ, PLLC. through the undersigned and named attorney Robson D.C. Powers, Esq. (hereinafter the "Firm"), files this Motion to Withdraw as Counsel of Record for the Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY, and requests that this Court enter an Order allowing the Firm and counsel to withdraw as counsel for the Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY, and as grounds therefore states as follows:

1. The Firm is counsel to Client in the above-styled cause of action.
2. There has been harassing communication by a third-party directed to the undersigned and, most disturbing, counsel's family who are not a part of this lawsuit.

1

3. The Court should be made aware of these vile tactics and the undersigned is willing to provide the communications to the Court for in-camera inspection should the Court deem it necessary and appropriate. Such communications include a photograph of counsel's family, counsel's children, counsel's personal home address, and disparaging comments about family members intended as personal attacks of significant nature. These communications were intended as intimidation of counsel and demanded counsel's withdrawal from the case and from his client's defense. It is important to note that these communications have been provided to law enforcement.

4. Withdrawal under these circumstances should be granted and are permitted under Rule 4-1.16(b)(1), (3) and (5).

5. On behalf of Client, we hereby request thirty (30) days leave from the date of the Order on this motion to afford Client with time to obtain new counsel.

6. If granted, Client's new service address shall be:

Danesh Noshirvan
2411 Charleston Road
Mansfield, PA 16933

### CLIENT VERIFICATION

Danesh Noshirvan

/s/ _DocuSigned by: FFAF951A23CF4A1..._

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2023, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        BURANDT, ADAMSKI, FEICHTHALER & SANCHEZ, PLLC
*Attorneys for Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY*
1714 Cape Coral Parkway East
Cape Coral, Florida 33904
Phone: (239) 542-4733 / Fax: (239) 542-9203

By:  */s/ Robson D.C. Powers*
       Robson D.C. Powers, Esq.
       Florida Bar No. 99617
       Email: robson@capecoralattorney.com