UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:23-CV-00340

JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A.
d/b/a GARRAMONE PLASTIC SURGERY,

    Plaintiffs,

v.

DANESH NOSHIRVAN a/k/a @THATDANESHGUY;
TIKTOK INC.; AND BYTEDANCE, INC.,
JOHN DOES 1-100, being fictitious names, and
ABC CORPORATIONS 1-100 being fictitious names.

    Defendants.
_____/

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, DANESH NOSHIRVAN a/k/a @THATDANESHGUY

The law firm of BURANDT, ADAMSKI, FEICHTHALER & SANCHEZ, PLLC. through the undersigned and named attorney Robson D.C. Powers, Esq. (hereinafter the "Firm"), files this Amended Motion to Withdraw as Counsel of Record for the Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY, and requests that this Court enter an Order allowing the Firm and counsel to withdraw as counsel for the Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY, and as grounds therefore states as follows:

1. The Firm is counsel to Client in the above-styled cause of action.

2. There has been harassing communication by a third-party directed to the undersigned and, most disturbing, counsel's family who are not a part of this lawsuit.

1

3. The Court should be made aware of these vile tactics and the undersigned is willing to provide the communications to the Court for in-camera inspection should the Court deem it necessary and appropriate. Such communications include a photograph of counsel's family, counsel's children, counsel's personal home address, and disparaging comments about family members intended as personal attacks of significant nature. These communications were intended as intimidation of counsel and demanded counsel's withdrawal from the case and from his client's defense.

4. Withdrawal under these circumstances should be granted and are permitted under Rule 4-1.16(b)(1) and (5).

5. On behalf of Client, we hereby request thirty (30) days leave from the date of the Order on this motion to afford Client with time to obtain new counsel.

6. Pursuant to Local Rule 2.02(c)(1), Defendant, Danesh Noshirvan a/k/a @THATDANESHGUY has consented to the withdrawal.

7. Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with all counsel of record by electronic mail on July 21, 2023 and Plaintiff's counsel objects to the motion and Co-Defendant's counsel has no objection.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I hereby certify that I have conferred with all opposing parties. Undersigned counsel has conferred with all counsel of record by electronic mail on July 21, 2023 and Plaintiff's counsel objects to the motion and Co-Defendant's counsel has no objection.

By: */s/ Robson D.C. Powers*
Robson D.C. Powers, Esq.
Florida Bar No. 99617
Email: robson@capecoralattorney.com

2

## LOCAL RULE 2.02(c)(1) CERTIFICATION

I further certify, under Local Rule 2.02(c)(1), that the client consents to the withdrawal.  The client's mailing address, email address and telephone number are as follows:

> Danesh Noshirvan
> 2411 Charleston Road
> Mansfield, PA 16933
> daneshnoshirvan@gmail.com
> (714)293-9800

### CLIENT VERIFICATION

Danesh Noshirvan

/s/ *DocuSigned by:* _____
        5EAF861A23CE4A1...

By:  */s/ Robson D.C. Powers*
     Robson D.C. Powers, Esq.
     Florida Bar No. 99617
     Email: robson@capecoralattorney.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2023, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

> BURANDT, ADAMSKI, FEICHTHALER & SANCHEZ, PLLC
> *Attorneys for Defendant, DANESH NOSHIRVAN a/k/a @THATDANESHGUY*
> 1714 Cape Coral Parkway East
> Cape Coral, Florida 33904
> Phone: (239) 542-4733 / Fax: (239) 542-9203
>
> By:  */s/ Robson D.C. Powers*
>       Robson D.C. Powers, Esq.
>       Florida Bar No. 99617
>       Email: robson@capecoralattorney.com