# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; AND BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340<br><br>Hon. Sheri Polster Chappell, U.S.D.J.<br><br>Hon Kyle Dudek, U.S.M.J. |

**PLAINTIFF'S RESPONSE TO COUNSEL FOR DEFENDANT DANESH NOSHIRVAN'S AMENDED MOTION TO WITHDRAW**

Jennifer Couture (hereinafter "Couture") and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery ("Garramone") (collectively "Plaintiff"), file this response to counsel for defendant Danesh Noshirvan's ("Defendant") Amended Motion to Withdraw as Counsel of Record.  (ECF No. 34).

Plaintiff wishes no harm or harassment to come upon counsel for defendant, their family members, colleagues, and especially not any children, and leaves the decision on counsel's motion to withdraw to the wisdom of the Court.  However, Plaintiff opposes the motion to the extent that it may result in the loss of potential

evidence, therefore, respectfully requests that regardless of the Court's decision on the motion, that counsel for defendant be ordered to preserve all abusive and threatening communications that they received, which are the basis for its motion, and that copies of said communications be turned over to Plaintiff's counsel. Plaintiff reasonably believes these communications have evidentiary value for the following reasons:

1. The abusive and threatening communications and conduct described in the instant motion that were allegedly directed at counsel for defendant, its family, office, and colleagues are eerily similar to the vituperative and threatening online and telephonic cyberstalking campaign of harassment defendant, and at defendant's incitement, Danelanders, defendant's cult-like following have waged against Plaintiff, their families, office, and colleagues for the past eighteen (18) months, and which still continues;

2. On July 18, 2023, the same day counsel for defendant filed its original motion to withdraw, defendant published a series of TikTok videos, wherein he commanded Danelanders, his cult-like following, to harass and stalk Plaintiff by filing fictitious criminal reports against Plaintiff with the Sheriff for Lee County, Florida, and to contact local news media with negative news reports about Plaintiff, based on fabrications and ad hominem attacks posited by defendant.

3. Since July 18, 2023, Plaintiff has received an increased volume of harassing and abusive telephonic and online communications. Moreover, in the same time Plaintiff's counsel has received similar communications.

Respectfully submitted,

Dated: July 22, 2023

/s/ Patrick Trainor
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2023, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: July 22, 2023

/s Patrick Trainor
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff*