IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,

       Plaintiffs,                  Case No. 2:23-cv-00340-SPC-KCD

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY; TIKTOK
INC.; AND BYTEDANCE, INC.;
JOHN DOES 1-100, being fictitious
names, and ABC CORPORATIONS
1-100 being fictious names,

       Defendants.
_____/

## Joint Case Management Report

In accordance with the Court's June 15, 2023 Notice, [D.E. 22], Plaintiffs Jennifer Couture ("Couture") and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery ("Garramone") and Defendants TikTok Inc. and ByteDance Inc. (TikTok Inc. and ByteDance Inc. collectively "TikTok Defendants") hereby file this Joint Case Management Report.[*]

---

[*] Counsel for Defendant Danesh Noshirvan, Robson D.C. Powers, filed a motion to withdraw as counsel in this matter on July 18, 2023 and an amended motion to withdraw on July 21, 2023. [D.E. 22 and D.E. 34]. Although Mr. Powers confirmed that he would attend the parties' July 20, 2023 planning conference, he later advised that he would not attend in light of the pending motion to withdraw. Neither Defendant Noshirvan nor his counsel of record appeared for the planning conference on July 20, 2023 or otherwise participated in the submission of this Joint Case Management Report.

1. **Date and Attendees**

    Plaintiffs and the TikTok Defendants conducted the planning conference on 7/20/2023. Patrick Trainor attended as counsel for Plaintiffs and Spencer Diamond, Lennette Lee, and Kathleen Sacks attended as counsel for the TikTok Defendants.

2. **Deadlines and Dates**

    In light of the motion to withdraw by Defendant Noshirvan's counsel, the parties respectfully submit that it would be premature to set any pretrial or trial deadlines or dates in this matter.  As such, the parties request to continue the preliminary pretrial conference currently set for 8/7/2023 pending resolution of Defendant Noshirvan's representation issue, and the parties will be filing a separate motion requesting said relief.  The parties also request to stay all discovery and other pretrial deadlines (including the deadline for exchange of initial disclosures) pending resolution of the TikTok Defendants' Motion to Dismiss. [D.E. 33].

3. **Description of the Action**

    Plaintiffs Couture and Garramone bring this action against Defendants Noshirvan and the TikTok Defendants.  Plaintiffs allege that Noshirvan and some of his followers engaged in the harassment of Plaintiffs on the TikTok video-sharing service, among other internet services, and off-line, which resulted in injuries to Plaintiffs.  Plaintiffs assert claims against Defendants for cyberstalking (Count I), civil conspiracy as Jennifer Couture (Count II), civil conspiracy as to Garramone (Count III), and interference with prospective economic advantage (Count IV).

    As set forth in their pending Motion to Dismiss, the TikTok Defendants assert that Plaintiffs' claims are all barred by Section 230 of the Communications Decency Act and otherwise fail to state a claim for relief against the TikTok Defendants.

    Further, the TikTok Defendants deny Plaintiffs' allegations and deny that Plaintiffs are entitled to any relief.

4. **Disclosure Statement**

    ☒  The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

The Court set a preliminary pretrial conference for 8/7/2023 at 9:15 AM via Zoom before Magistrate Judge Kyle C. Dudek. [D.E. 22].

In light of the motion to withdraw by Defendant Noshirvan's counsel, the parties respectfully submit that it would be premature to set any pretrial or trial deadlines or dates in this matter.  As such, the parties request to continue the preliminary pretrial conference currently set for 8/7/2023 pending resolution of Defendant Noshirvan's representation issue, and the parties will be filing a separate motion requesting said relief. The parties also request to stay all discovery and other pretrial deadlines (including the deadline for exchange of initial disclosures) pending resolution of the TikTok Defendants' Motion to Dismiss. [D.E. 33].

8. **Discovery Practice**

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A.  The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.

    ☒ No; instead, the parties agree to these changes: the parties' disclosures under Rule 26(a) will be due 14 days after the Court rules on the TikTok Defendants' Motion to Dismiss (filed on July 20, 2023).

B. Discovery may be needed on these subjects:

If the TikTok Defendants' Motion to Dismiss is not granted, then the parties anticipate needing discovery on all issues related to this lawsuit, including liability, causation, and damages.

C. Discovery should be conducted in phases:

    ☒ No.
    ☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

    ☒ No.
    ☒ Yes; Irrespective of the parties' general duty to preserve documents, things, and electronically stored information, on July 19, 2023, Plaintiffs served Defendants a preservation demand for electronically stored information created by Defendant Danesh Noshirvan, specifically TikTok videos he published on July 18-19, 2023, to his TikTok account @thatdaneshguy. The preservation demand includes the original TikTok videos, and all other videos that "stitch" or "duet" the original TikTok videos, all comments posted to said TikTok videos, and all coins and gifts generated by said videos.

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

    ☒ No.
    ☐ Yes; describe the stipulation.

10. **Request for Special Handling**

    ☒ The parties do not request special handling.

    ☐ The parties request special handling. Specifically, describe requested special handling.

    ☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

11. **Certification of familiarity with the Local Rules**

    ☒ The parties certify that they have read and are familiar with the Court's Local Rules.

12. **Signatures**

*/s/ Patrick Trainor*
Patrick Trainor, Esquire
Counsel for Plaintiffs
DATED: 7/24/2023

*/s/ Spencer Diamond*
Spencer Diamond, Esquire
Lennette Lee, Esquire
Kathleen Sacks, Esquire
Counsel for Defendants TikTok,
Inc. and ByteDance, Inc.
7/24/2023

DATED: July 24, 2023                         Respectfully submitted,

                                             */s/ Spencer M. Diamond*
                                             SPENCER M. DIAMOND
                                             Florida Bar No. 0091009
                                             KING & SPALDING LLP
                                             1180 Peachtree Street NE, Suite 1600
                                             Atlanta, GA 30309
                                             Telephone: (404) 572-4600
                                             Facsimile: (404) 572-5100
                                             sdiamond@kslaw.com
                                             *Attorney for Defendants*
                                             *TikTok Inc. and ByteDance Inc.*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

I also hereby certify that I will serve the following by e-mail and certified mail:

Danesh Noshirvan
2411 Charleston Road
Mansfield, PA 16933
daneshnoshirvan@gmail.com
*Defendant Danesh Noshirvan a/k/a @thatguydanesh*

                                                                    */s/ Spencer M. Diamond*
                                                                    Spencer M. Diamond