# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiffs,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; AND BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340 |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY

Plaintiffs Jennifer Couture and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery (collectively "Plaintiff"), respectfully submit this Response in Opposition to Defendant's Motion for Leave to file a Sur-Reply ("MFL") to Plaintiff's Opposition to Defendant's Motion to Dismiss. ECF No. 33.

## MEMORANDUM OF LAW

Defendant's motion for leave is an unwarranted attempt at a second bite at the apple. The courts in this District hold that sur-replies "should generally only be allowed when a valid reason for such additional briefing exists, such as where the

movant raises new arguments in its reply brief." *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 Fed. Appx 777, 788 (11th Cir. 2008).  Here, no such valid reason exists.  Defendant simply wants another crack to raise defenses it could have and should have addressed in its motion to dismiss.

Defendant cites three purported reasons why its motion should be granted.  First, Defendant falsely claims "[Plaintiff] asserts for the first time" that Defendant and co-defendant Danesh partnered "in a lucrative revenue-sharing partnership." MFL at 2.  The Amended Complaint alleged multiple streams of revenue-sharing. *See* "*TikTok takes a 50% cut of the Creator's cash*" Amended Complaint at 2 ECF No. 9 ("Am. Comp."); "*[Danesh earned] thousands of dollars in in-app profits that he split 50/50 with TikTok*," Am. Comp. at 3; "*TikTok takes a 35% cut of Creators' Live Subscription*" *fees*, Am. Comp. ¶ 21 at 9.  *See also* Am. Comp. ¶ 22 at 10 and ¶ 39 at 15.  *See also* figs. 6-8, 11-12, ¶ 24 at 10, ¶ 39 at 15, ¶ 53 at 26.

Second, Defendant stated Plaintiff made contradictory statements about "eligible creators."  Nothing is contradictory about Defendant's unique monetization features only being available to "eligible creators," like Danesh, who satisfy Defendant's eligibility criteria.  Am. Compl. ¶ 15 at 6.

Lastly, Defendant claims Plaintiff mischaracterized *Gonzalez v. Google, LLC*, where the Ninth Circuit found "*§ 230* does not immunize [an ICS] from claims premised on revenue-sharing." *Gonzalez v. Google, LLC*, 2 F. 4th 871, 898

2

(9th Cir. 2021). MFL at 2. The Court is capable of reading Plaintiff's response and deciding for itself whether Plaintiff mischaracterized *Gonzalez*. However, if Plaintiff mischaracterized *Gonzalez*, it was to Defendant's benefit, because *Gonzalez* concerned a single $50 transaction from a source of ad-revenue available to all users, whereas Defendant shared thousands of dollars of revenue earned from numerous transactions that are only available to a small number of eligible users.

## CONCLUSION

For the foregoing reasons Plaintiff respectfully requests that Defendants Motion for Leave to File a Sur-Reply be denied.

Respectfully submitted,

Dated: August 21, 2023
/s/ Patrick Trainor
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Spencer M. Diamond
Florida Bar No. 0091009
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
sdiamond@kslaw.com
*Attorney for Defendants TikTok, Inc., and Bytedance, Inc.*

  I hereby certify that I will serve the following by e-mail and certified mail:

Danesh Noshirvan
2411 Charleston Road
Mansfield, PA 16933
daneshnoshirvan@gmail.com
*Pro-se Defendant*


       /s/ Patrick Trainor
       Patrick Trainor