UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:23-CV-00340

JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A.
d/b/a GARRAMONE PLASTIC SURGERY,

    Plaintiffs,

v.

DANESH NOSHIRVAN a/k/a @THATDANESHGUY;
TIKTOK INC.; AND BYTEDANCE, INC.,
JOHN DOES 1-100, being fictitious names, and
ABC CORPORATIONS 1-100 being fictitious names.

    Defendants.
_____/

## PRO SE MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

THE UNDERIGNED party moves the court for an order extending the time to retain counsel (and continuing the related timeline set forth in the Court's 7/25/2023 Order), and states as follows:

A continuance is required because:
I have been unable to retain new counsel and need more time. I have had many consultations week after week, however, most of the lawyers I have spoken with are concerned about their safety once they discover that plaintiff (through a 3rd party) used vile intimidation tactics to force my previous lawyer to quit out of fear of his family's safety from plaintiff (through 3rd parties). Therefore, I am respectfully requesting the court grant me one more month to retain counsel.

I certify that a copy of this motion was ☐ mailed; ☒ faxed and mailed; ☐ hand delivered; to the person(s) listed below on ___8/24/23___ [Date]

Danesh Noshirvan
Party filing motion
2411 Charleston rd
Address
Mansfield, PA 16933
City, State, Zip
714 293 9800     /
Phone No.    / Fax No.

Name of opposing party or his/her attorney:   Patrick Trainor, Esquire
Address of person to whom copy was sent:   Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com

MAS 10/08

Spencer M. Diamond - Lead Counsel
Florida Bar No. 0091009
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
sdiamond@kslaw.com

Lennette Lee, Esq.
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4011
Facsimile: (213) 443-4310
llee@kslaw.com

Kathleen A. Sacks, Esq.
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2999
Facsimile: (202) 626-3737
ksacks@kslaw.com
*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

*/s/ Danesh Noshirvan*
Danesh Noshirvan

2411 Charleston rd

Mansfield, PA 16933

714 293 9800