UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:23-CV-00340

JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A.
d/b/a GARRAMONE PLASTIC SURGERY,

        Plaintiffs,

v.

DANESH NOSHIRVAN a/k/a @THATDANESHGUY;
TIKTOK INC.; AND BYTEDANCE, INC.,
JOHN DOES 1-100, being fictitious names, and
ABC CORPORATIONS 1-100 being fictitious names.

        Defendants.
_____/

## AMENDED PRO SE MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

THE UNDERIGNED party moves the court for an order extending the time to retain counsel (and continuing the related timeline set forth in the Court's 7/25/2023 Order), and states as follows:

A continuance is required because:
I have been unable to retain new counsel and need more time. I have had many consultations week after week, however, most of the lawyers I have spoken with are concerned about their safety once they discover that plaintiff (through a 3rd party) used vile intimidation tactics to force my previous lawyer to quit out of fear of his family's safety from plaintiff (through 3rd parties). Therefore, I am respectfully requesting the court grant me one more month to retain counsel.

I certify that a copy of this motion was ☐ mailed ☒ faxed and mailed; ☐ hand delivered; to the person(s) listed below on _____ 8/29/2023 _____ [Date]

        Danesh Noshirvan
        Party filing motion
        2411 Charleston rd
        Address
        Mansfield, PA 16933
        City, State, Zip
        714 293 9800   /
        Phone No.   / Fax No.

Name of opposing party or his/her attorney:
Address of person to whom copy was sent:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com

MAS 10/08

Spencer M. Diamond - Lead Counsel
Florida Bar No. 0091009
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
sdiamond@kslaw.com

Lennette Lee, Esq.
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4011
Facsimile: (213) 443-4310
llee@kslaw.com

Kathleen A. Sacks, Esq.
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2999
Facsimile: (202) 626-3737
ksacks@kslaw.com
*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

<u>Local Rule 3.01(g) CERTIFICATION</u>

I, the Defendant Danesh Noshirvan, certify that I conferred by e-mail with Plaintiff's counsel and the TikTok defendants' oounsel regarding this motion on August 29, 2023. The TikTok defendant' counsel did not oppose and the Plaintiff's counsel advised they would oppose the motion.

Danesh Noshirvan

**Amended Request Dated
August 29, 2023**

2411 Charleston rd

Mansfield, PA 16933

714 293 9800