IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; AND BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340<br><br>HON. Sheri Polster Chappell, U.S.D.J.<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT DANESH NOSHIRVAN** |

TO:   Clerk of the United States District Court
      Middle District Of Florida
      Fort Myers Division
      2110 First Street
      Fort Myers, Florida 33901

Plaintiffs Jennifer Couture (hereinafter "Couture") and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery ("Garramone") requests that the Clerk of this Court enter the default of Danesh Noshirvan, defendant, for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached Certification of Patrick Trainor, which shows:

1. Danesh Noshirvan was served the Summons and Amended Complaint on June 2, 2023.

2. The Proof of Service filed with this Court on June 6, 2023, establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. A filed stamped copy of the Proof of Service is attached to the Certification of Patrick Trainor as **Exhibit A**.

3. Danesh Noshirvan has failed to plead or otherwise respond to the Amended Complaint.

4. The applicable time limit for responding has expired.

5. Danesh Noshirvan is not an infant or an incompetent person.

6. Danesh Noshirvan is not in military service.

Dated:   September 1, 2023

/s/ Patrick Trainor
Patrick Trainor
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*