# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY, <br><br> Plaintiff, <br><br> vs. <br><br> DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; AND BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names, <br><br> Defendants. | Civil Case No.: 2:23-cv-00340 <br><br> HON. Sheri Polster Chappell, U.S.D.J. <br><br> **CERTIFICATION OF PATRICK TRAINOR IN SUPPORT OF REQUEST TO ENTER THE DEFAULT OF DANESH NOSHIRVAN** |

I, Patrick Trainor, of full age, certifies:

1. My name is Patrick Trainor, I am the attorney for Jennifer Couture and Ralph Garramone M.D. P.A. D/B/A Garramone Plastic Surgery (hereinafter collectively referred to as "Plaintiff"), plaintiffs in the within matter. My office is located at 19 Union Avenue, Suite 201, Rutherford, New Jersey 07070. I have personal knowledge of the of the facts stated herein.

2. On June 2, 2023, I arranged for the Summons and Amended Complaint in this action to be delivered to the Office of the Sheriff of Tioga County, Pennsylvania. Sheriff's Deputy Richard S. Kotch, of the Office of the

Sheriff of Tioga County, Pennsylvania, properly served the Summons and Amended Complaint on Danesh Noshirvan on June 2, 2023, under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to this Court in a Proof of Service dated June 2, 2023.  The Proof of Service was duly filed with this Court on June 6, 2023.  ECF No. 16.  A file-stamped copy of the Proof of Service is attached hereto as **Exhibit A**.

  3. Danesh Noshirvan has failed to file an Answer or otherwise respond to the Amended Complaint.

  4. On June 15, 2023, attorney Robson D.C. Powers filed a Notice of Designation of Lead Counsel for Danesh Noshirvan.  ECF No. 21.

  5. On June 22, 2023, this Court entered an Order that extended the time for Danesh Noshirvan to answer or otherwise respond to the Amended Complaint until July 24, 2023.  ECF No. 40.

  6. On July 21, 2023, counsel for Danesh Noshirvan filed an Amended Motion to Withdraw as counsel of record.  ECF No. 34.

  7. On July 22, 2023, this Court granted counsel for Danesh Noshirvan's amended motion to withdraw.  ECF No. 36.

  8. On July 25, 2023, this Court issued an Order instructing Danesh Noshirvan that by August 24, 2023, he must inform the Court whether he intends to continue as a pro se defendant, or if he obtained new counsel, his new counsel

must file a notice of appearance by August 24, 2023.  Further, the Court ordered Danesh Noshirvan's response to the Amended Complaint was due by August 31, 2023.  ECF No. 39.

9.  On August 24, 2023, Danesh Noshirvan as a pro se defendant filed a motion to extend time to retain new counsel.  ECF No. 45.

10.  On August 25, 2023, this Court denied Dansh Noshirvan's motion to extend time to retain new counsel without prejudice for failure to comply with Local Rule 3.01(g).  ECF No. 46.

11.  On August 29, 2023, Danesh Noshirvan as a pro se defendant filed an amended motion to extend time to retain new counsel.  ECF No. 48.

12.  Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the time limit for responding to the Amended Complaint has now expired, and the time for Danesh Noshirvan has not been extended by any stipulation of the parties or any order of the Court.

13.  Danesh Noshirvan is not a minor or an incompetent person.  I know that Danesh Noshirvan is an adult and appears to be capable of managing his own affairs.

14.  Danesh Noshirvan is not in military service.

15. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly and/or willfully false, I am subject to punishment

Dated:   September 1, 2023

 /s/ Patrick Trainor
_____
Patrick Trainor
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*