# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiffs,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340-SPC-KCD |

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs Jennifer Couture and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery pursuant to Local Rule 2.02(a) hereby gives notice that it designates Patrick Trainor with the Law Office of Patrick Trainor, Esq., LLC, as lead counsel of record.

Respectfully submitted,

Dated: September 11, 2023

/s/ Patrick Trainor
Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC

19 Union Avenue, Suite 201<br>
Rutherford, New Jersey 07070<br>
P: (201) 777-3327<br>
F: (201) 896-7815<br>
pt@ptesq.com<br>
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Spencer M. Diamond
Florida Bar No. 0091009
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
sdiamond@kslaw.com
*Attorney for Defendants TikTok, Inc., and Bytedance, Inc.*

I hereby certify that I will serve the following by electronic mail and by United States Postal Service certified mail:

Danesh Noshirvan
2411 Charleston Road
Mansfield, PA 16933
daneshnoshirvan@gmail.com
*Defendant*

Dated: September 11, 2023      /s/ Patrick Trainor
                                               _____
                                               Patrick Trainor, Esq.
                                               **Law Office of Patrick Trainor, Esq., LLC**

        19 Union Avenue, Suite 201  
        Rutherford, New Jersey 07070  
        P: (201) 777-3327  
        F: (201) 896-7815  
        pt@ptesq.com  
        *Attorney for Plaintiffs*