IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiffs,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340-SPC-KCD |

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency.  And

counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

Plaintiff certifies that the above-captioned case:

☒ **IS NOT** related to any pending civil action filed in this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

Dated: September 11, 2023

/s/ Patrick Trainor
_____
Patrick Trainor, Esq.
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Spencer M. Diamond
Florida Bar No. 0091009
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

sdiamond@kslaw.com
*Attorney for Defendants TikTok, Inc., and Bytedance, Inc.*

 I hereby certify that I will serve the following by electronic mail and by United States Postal Service certified mail:

Danesh Noshirvan
2411 Charleston Road
Mansfield, PA 16933
daneshnoshirvan@gmail.com
*Defendant*

Dated: September 11, 2023    /s/ Patrick Trainor
            Patrick Trainor, Esq.
            **Law Office of Patrick Trainor, Esq., LLC**
            19 Union Avenue, Suite 201
            Rutherford, New Jersey 07070
            P: (201) 777-3327
            F: (201) 896-7815
            pt@ptesq.com
            *Attorney for Plaintiffs*