UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE and RALPH GARRAMONE, M.D. ,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No.:   2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN, TIKTOK, INC., BYTEDANCE, INC., JOHN DOES 1-100 and ABC CORPORATIONS 1-100,

    Defendants.

| **Judge:** | Kyle C. Dudek | **Counsel for Plaintiff** | Patrick Trainor |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Spencer Diamond for TikTok Defs. Lennette Lee for TikTok Defs. |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | September 11, 2023 09:15 AM | **Total Time** | 9:16 AM-9:29 AM 13 minutes |

**Zoom Preliminary Pretrial Conf**

Counsel appears.

Court discussed case management and scheduling deadlines and other issues regarding case management.

Plaintiff's oral motions for extension of time to file Designation of Lead Counsel and Notice of Related Action by 9/18/2023.

Joint oral motion for extension of time to file Notice of Selection of Mediator by 9/25/2023.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website. Scheduling Order to issue.
9:29 AM – hearing adjourns.