IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,   Case No. 2:23-cv-00340-SPC-KCD

Plaintiffs,

                                  Hon. Sheri Polster Chappell, U.S.D.J.

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY,

Defendant.
_____/

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state- court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case is related to pending previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Noshirvan v. Couture et'al*
**U.S. District Court**
**Middle District of Florida (Ft. Myers)**
**CIVIL DOCKET FOR CASE #: 2:23-cv-1218**

Respectfully submitted,

/s/Nicholas A. Chiappetta
Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**Chiappetta Trial Lawyers**
*Attorneys for Plaintiff*
8401 Lake Worth Rd., Suite 130
Lake Worth, FL 33467
Direct: (561) 768-4500
Fax:    (561) 768-4600
Service@chiappettalegal.com
nick@chiappettalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

                                          */s/ Nicholas A. Chiappetta*
                                          Nicholas A. Chiappetta