IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiffs,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY;<br><br>Defendants. | Civil Case No.: 2:23-cv-00340 |

**MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL WITH MOTION FOR PROTECTIVE ORDER**

Pursuant to Local Rule 3.01(d), plaintiffs Jennifer Couture and Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery (collectively "Plaintiff"), seek leave to file a short reply of no more than five (5) pages in support of their pending motion to compel to address the new allegations in Defendant's Response in Opposition to Plaintiff's Motion to Compel with Motion for Protective Order. Plaintiff states as follows:

1. In order to prejudice the Court, Defendant omitted Plaintiff's counsel's letter dated February 2, 2024, in response to Defendant's letter of same date at Defendant's Exhibit 2 (ECF No. 92-2), which set forth in specific points

why Defendant's counsel's arguments in his demand that Plaintiff withdraw its motion to compel are misplaced. Without Plaintiff's counsel's letter the Court is deprived of the complete factual record; (b) Defendant's counsel Plaintiff's counsel did not comply with Local Rule 3.01(g), but omitted that he refused Plaintiff's counsel's request to meet dated January 18, 2024, wherein Defendant's counsel replied that he was unavailable for the next twenty-two (22) days; (ECF No. 92 at 4-7); and lastly, (c) to show the declaration of James McGibney (ECF No. 92-4) is improper, because in addition to containing fabricated and scandalous allegations, allegations, McGibney's declaration and the allegations therein are being used to promote a television show that McGibney produced.

2. Further, without any evidence, McGibney swore Plaintiff's counsel shared the identity of the process server who served him McGibney's one-page letter, with a third-party, and that third-party harassed the process server. ECF No. 92-4, ¶ 22. First, until the instant motion was filed, only McGibney knew the process server's identity. The process server did not identify herself or her company to Plaintiff' counsel, nor did she provide a receipt or other confirmation of service. Further, McGibney's declaration omitted that the process server took counsel for Plaintiff's photograph when she served him, and that McGibney has posted his photograph alongside a copy of McGibney's letter on McGibney's Instagram account.

3. Clarification of these matters will assist the Court in resolution of the pending motion to dismiss. *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011) (J. Chappell).

4. The Middle District of Florida routinely grants motions for leave to file a reply. *See JES Properties, Inc. v. USA Equestrian, Inc.*, 253 F. Supp. 2d 1273, 1274 (M.D. Fla. 2003) (granting Defendants' Motion for Leave to File Reply Brief in Support of Motion to Dismiss).

### **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), Plaintiff's counsel certifies that he conferred with Defendant's counsel on February 12, 2024, concerning this motion for leave to file this Reply, and counsel for the Defendant opposes.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting this Motion, authorizing Plaintiff to file its Reply, and for such other relief as is appropriate and just in the circumstances.

        Respectfully submitted,

Dated: February 12, 2024      _____
        Patrick Trainor, Esquire (Attorney ID 242682019)
        **LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
        19 Union Avenue, Suite 201
        Rutherford, New Jersey 07070
        P: (201) 777-3327

F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nick Chiappetta
Chiappetta Trial Lawyers
8401 Lake Worth Rd., Suite 130
Lake Worth, Fla. 33467
P: (561) 768-4500
F: (561) 7686-4600
nick@chiappettalegal.com
*Attorney for Defendant Danesh Noshirvan*

_____
Patrick Trainor