IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,   Case No. 2:23-cv-00340-SPC-KCD

Plaintiffs,

                              Hon. Sheri Polster Chappell

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY,

Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), defendant, Danesh Noshirvan, files his Notice of Supplemental Authority, and certifies that the citation contained herein is not cumulative and that it addresses Plaintiffs' allegations as they relate to "public disclosure of private offensive facts." The citations are:

1. *Cape Publications, Inc. v. Hitchner*, 549 So. 2d 1374, 1378, 1380 (Fla. 1989)("The issue presented … is whether a news [reporter] can be held liable under a private-facts tort theory for publishing lawfully obtained,

confidential child abuse information in a story on a related child abuse trial. We conclude that under the facts here it cannot."); and

    2.    *Florida Star v. B.J.F.*, 491 U.S. 524, 109 S.Ct. 2603, 105 L.Ed.2d 443 (1989)("We hold only that where a news [reporter] publishes truthful information which has [been] lawfully obtained, punishment may lawfully be imposed, if at all, only when narrowly tailored to a state interest of the highest order….").

    3.    Specification of prior argument:

        a.    D.E. 83, p. 7-8, ¶¶17-20, p. 10, ¶27, p. 16, ¶45, p. 19, ¶53, p. 19, ¶55, p., 21, ¶61, p. 22, ¶¶67-8; and

        b.    D.E. 86, p. 5, ¶1, ln. 3.

Respectfully submitted,

/s/Nicholas A. Chiappetta
Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**Chiappetta Trial Lawyers**
*Attorneys for Noshirvan*
2101 Vista Parkway, Suite 258
West Palm Beach, FL 33411
Direct: (561) 768-4500
Fax:   (561) 768-4600
Service@chiappettalegal.com
nick@chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

/s/ Nicholas A. Chiappetta
Nicholas A. Chiappetta