IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,           Case No. 2:23-cv-00340-SPC-KCD

Plaintiffs,

                                            Hon. Sheri Polster Chappell, U.S.D.J.

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY,

Defendant.
_____/

**NOTICE OF TAKING DEPOSITION(S) DUCES TECUM**
*(Mutually Coordinated)*

       PLEASE TAKE NOTICE that the undersigned attorney will take a deposition(s) duces tecum of:

**NAME:**      **Jennifer Couture c/o**
                   **Patrick Trainor, Esquire**
                   **Law Office of Patrick Trainor, Esq., LLC**
                   **19 Union Avenue, Suite 201**
                   **Rutherford, New Jersey 07070**

**DATE:**      **April 19, 2024, at 9:00 a.m. (EST)**

**PLACE:**     **Premier Executive Center / Veritext**
                   **5237 Summerland Commons Blvd., #343**
                   **Fort Myers, FL 33907**

Upon oral examination, before **Veritext Legal Solutions**, Court Reporting, a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition(s) duces tecum will continue from day to day until completed. At the deposition(s), a review of documents/items/records that the above listed witness(es) has/have been directed to bring pursuant to a subpoena(s) duces tecum is/are being taken for the purpose of discovery, or for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules, pursuant to Florida Rules of Civil Procedure.

**[Duces Tecum will be provided under a separate cover]**

Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**Chiappetta Trial Lawyers**
*Attorneys for Plaintiff*
2101 Vista Parkway, Suite 258
West Palm Beach, FL 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
Service@chiappettalegal.com
nick@chiappettalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

                                     */s/ Nicholas A. Chiappetta*
                                     Nicholas A. Chiappetta