### THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815 | help@ptesq.com

April 9, 2024

Via: Nick@chiappettalegal.com
Nicholas A. Chiappetta
Chiappetta Trial Lawyers
8401 Lake Worth Rd., Suite 130
Lake Worth, Florida 33467

      Re:    *Couture v Noshirvan, et al.,*
               Civil Case No.: 2-23-cv-00340
               Amended Notice of Deposition – Objection to Video Deposition

Dear Nick,

      Plaintiff's do not agree to your late change of the deposition format to a videotaped deposition as set forth in your Amended Notice of Deposition. Plaintiff's objection is based on defendant's previous production of video content wherein he made harassing content to mock legitimate legal documents that were served upon him. Moreover, your acknowledgment that defendant is participating in an undisclosed television production, which is apparently being produced by, or involves James McGibney.

      Furthermore, in light of the false affidavit submitted by James McGibney (ECF No. 92-4) and defendant's previous conduct of misusing legal proceedings to make harassing content about the subject matter therein, legitimate concerns exist and I am terminating Plaintiff's depositions previously scheduled April 19, 2024.

      If you wish to discuss, call me at (201) 777-3327.

                                Sincerely,

                                Patrick Trainor, Esq.

EXHIBIT # 2