IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,     Case No. 2:23-cv-00340-SPC-KCD

Plaintiffs,

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY

Defendant.
_____/

**DEFENDANT, DANESH NOSHIRVAN a/k/a @THATDANESHGUY's,
NOTICE OF FILING LOCAL RULE 3.01(g) CERTIFICATION OF
SUPPLEMENT**

The undersigned, counsel for defendant, Danesh Noshirvan ("Noshirvan") notifies this Court that on April 10, 2024, he attempted via email to coordinate time to meet and confer. Plaintiff's counsel responded via email and advised that he was unable until Monday, April 15, 2024.

The undersigned complied with Rule 3.01(g)(3), and met and conferred with Plaintiff's counsel on Monday, April 15, 2024. Plaintiff's counsel reaffirmed opposition to Dkt. 112, and advised that he will be filing a response.

        Respectfully submitted,

        Nicholas A. Chiappetta, Esq.
        **Chiappetta Trial Lawyers**
        Attorneys for Mr. Noshirvan
        2101 Vista Parkway, Suite 258
        West Palm Beach, Florida 33411
        Direct: (561) 768-4500
        Fax:    (561) 768-4600
        service@chiappettalegal.com
        nick@chiappettalegal.com
        www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiffs*

        */s/ Nicholas A. Chiappetta*
        Nicholas A. Chiappetta