UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE and
RALPH GARRAMONE, M.D. ,

    Plaintiffs,

v.                                        Case No.:  2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

    Defendant.
_____/

## ORDER

Plaintiffs move to compel production of the documents identified in Defendant's latest privilege log. (Doc. 110.) The privilege log has seventy-eight entries and asserts two privileges: Fifth Amendment privilege and Florida's trade secrets privilege under Fla. Stat. § 90.506. (Doc. 110-1.)

The Court is unable to assess the applicability of Florida's trade secrets privilege based on the materials provided. Accordingly, to aid the Court's decisional process, Defendant is directed to provide copies of the log entries that claim the trade secrets privilege for in camera inspection. *See, e.g.*, *Est. of Bryant v. Progressive Am. Ins. Co.*, No. 8:17-CV-2354-T-17SPF, 2018 WL 11344802, at *7 (M.D. Fla. Nov. 7, 2018). Defendant can either email the documents to the following address in a zip file: chambers_flmd_dudek@flmd.uscourts.gov, or provide hard copies to the

undersigned's attention at the Fort Myers courthouse. Either way, the documents must be sent by May 1, 2024.

**ORDERED** in Fort Myers, Florida on April 23, 2024.

Kyle C. Dudek
United States Magistrate Judge