UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE, M.D. ,

    Plaintiff,

v.                                    Case No.:   2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

    Defendant.
_____/

## ORDER

Plaintiffs move to compel production of the documents identified in Defendant's latest privilege log. (Doc. 110.)[1] The privilege log has seventy-eight entries and asserts two privileges: Fifth Amendment privilege and Florida's trade secrets privilege under Fla. Stat. § 90.506. (Doc. 110-1.)

To aid the Court in determining the applicability of the Fifth Amendment privilege, Defendant must provide copies of the log entries that claim the privilege for in camera inspection. *See, e.g.*, *Est. of Bryant v. Progressive Am. Ins. Co.*, No. 8:17-CV-2354-T-17SPF, 2018 WL 11344802, at *7 (M.D. Fla. Nov. 7, 2018). Defendant can either email the documents to the following address in a zip file: chambers_flmd_dudek@flmd.uscourts.gov, or

---

[1] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

provide hard copies to the undersigned's attention at the Fort Myers courthouse. Either way, the documents must be sent by May 6, 2024.

**ORDERED** in Fort Myers, Florida this May 1, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record