IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE
M.D. P.A. d/b/a GARRAMONE
PLASTIC SURGERY,

Case No. 2:23-cv-00340-SPC-KCD

Plaintiffs,

Hon. Sheri Polster Chappell, U.S.D.J.

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY,

Defendant.
_____/

## DECLARATION OF VICKI MODAFFARI

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF PALM BEACH    )

BEFORE ME, the undersigned authority, appeared, Vicki Modaffari, being first duly sworn and declares under penal of perjury the following:

1. My name is Vicki Modaffari. I am over 18 years of age and competent to make this declaration.

2. I am a resident of the State of Florida and am *sui juris*.

3. This declaration is based upon my personal knowledge, and business records kept in the regular course of business. With respect to those business records, the entries are made in a timely manner by people with

knowledge of the information (including myself) and it is a regular practice of the Chiappetta Trial Lawyers to maintain such records.

4.   In my position as the lead paralegal, office manager, and records custodian for Chiappetta Trial Lawyers, I have access to all case files and other information. As part of job duties, I am required prepare documents, e-file, save documents and emails in electronic file storage. I also routinely review case files and am often cc'd on emails.

5.   With exception to the Certified Notice of Non-Appearance and any affidavits, all the remaining documents attached as exhibits 1-9 to Noshirvan's Motion to Compel Jennifer Couture's deposition and for Sanctions are true and correct copies of business records.

I certify and declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct. Executed on June __19__, 2024, in Palm Beach County, Florida.

_____
Vicki Modaffari