# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

RALPH GARRAMONE
M.D. P.A. d/b/a GARRAMONE
PLASTIC SURGERY,

Plaintiffs,

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY,

Defendant.
_____/

Case No. 2:23-cv-00340-SPC-KCD

Hon. Sheri Polster Chappell, U.S.D.J.

## DECLARATION OF NICHOLAS A. CHIAPPETTA

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF PALM BEACH )

BEFORE ME, the undersigned authority, appeared, Nicholas A. Chiappetta, being first duly sworn and declares under penal of perjury the following:

1. My name is Nicholas A. Chiappetta. I am over 18 years of age and competent to make this declaration.

2. I am a resident of the State of Florida and am *sui juris*.

3. This declaration is based upon my personal knowledge. The attached exhibit 1-14 are true and correct copies of the original documents.

Exhibit 1, 2, 7, and 8, operate as admissions – as do some statements in the other exhibits.

4. Exhibits 4 and 5 business records kept in the regular course of business. They contain communications between email address joey@joeycamp2020.com and Alexander Vays of WeServeNJ, LLC. Alexander Vays personally emailed the attached documents to my office and confirmed the context of the email correspondence. It is a regular practice of the Chiappetta Trial Lawyers to maintain such records for every file.

5. Exhibits 6, 9, and 14 business records kept in the regular course of business. With respect to those business records, the entries are made in a timely manner by people with knowledge of the information (including myself) and it is a regular practice of the Chiappetta Trial Lawyers to maintain such records.

6. Exhibits 10, 11, and 12 are business records kept in the regular course of business that were delivered to the undersigned by Meta's Counsel – Perkins Coie, pursuant to a properly served nonparty subpoena. With respect to those business records, the entries are made in a timely manner by people with knowledge of the information (including myself) and it is a regular practice of the Chiappetta Trial Lawyers to maintain such records.

7. Exhibit 13 are true and correct copies of Joseph A. Camp's posts on his Gab.com account. Exhibit 13 is a present sense impression or excited utterance. It also is indicative of motive, intent, or a plan.

8. In addition to the foregoing, statements in the Exhibits attached 1-14 may be subject to multiple other 803 exceptions.

I certify and declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the forgoing is true and correct to the best of knowledge and belief. Executed on July 9th, 2024, in Palm Beach County, Florida.

_____
Nicholas A. Chiappetta