# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiffs,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340 |

## PLAINTIFF RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Plaintiff Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery ("Plaintiff") upon an abbreviated time constraint, respectfully submits this response to Defendant Danesh Noshirvan's Motion for Protective Order. Defendant's deposition that is currently scheduled Friday, July 26, 2024, was rescheduled from June 21, 2024, which Defendant's counsel unilaterally cancelled on June 18, 2024.

New Jersey is the appropriate venue for Defendant's deposition, because he routinely directs his business into New Jersey, such that he should expect to be called into court in New Jersey. Defendant uses his social media accounts to cause job losses and school expulsions and brags that he has caused more than 150

people to lose their jobs, including, persons located in New Jersey by calling their employers, schools, to demand job losses and school expulsions, and licensing boards to demand his victims lose their professional licenses.

Defendant states that he has no ties to New Jersey, however, in this action and the related action known as *Noshirvan v. Couture*, 2:23-cv-01218, (M.D. Fla. Jan. 4, 2024) Defendant has repeatedly admitted that he regularly conducts business in the State of New Jersey. Defendant's motion for protective order is a naked attempt to avoid being deposed that is consistent with his withholding discovery such that he caused caused three motions to compel to be filed.

First, Defendant's desperation to avoid being deposed is perfectly illustrated in his personal attacks against Plaintiff's counsel. In his moving papers and throughout these proceedings, in a tiresome attempt to prejudice the Court against Plaintiff's counsel, and thereby, Plaintiff, Defendant has repeatedly asserted baseless allegations that counsel for Plaintiff is a nefarious character who associates with "proud boys and white supremacists." *Defendant's Motion for Protective Order* ("Def. Mtn.") pages 11-12, ECF No. 153. Further, Defendant introduced allegations from his related complaint to allege that he has been "subjected" to undefined interstate hate crimes. *Def. Mtn.* at 12 *citing Noshirvan v. Couture*, 2:23-cv-01218, (M.D. Fla. Jan. 4, 2024) ECF 26 ("related action").

Other than to state the obvious that Plaintiff's counsel's legal representation of a civil litigant does not create an association, agency relationship, nor adoption of beliefs, Defendant's idiotic conflation of legal representation with agency relationships does not warrant a response. Moreover, had Defendant possessed evidence closely resembling those allegations, rest assured said non-existent evidence would have been published in at least one of his inane TikTok videos.

Defendant admits that he operates his TikTok account @thatdaneshguy as a business. *Answer to Second Amended Complaint*, ¶¶ 7, 12, 21, 26, and 45, ECF No. 115. Defendant says that his business is that of a "shock jock" who publishes news reports, "commentary and satire reports" to his large audience of at least 1.8 million followers of @thatdaneshguy. *Defendant's Brief in Support of Motion to Dismiss Second Amended Complaint* ("Def. Mtd. SAC") at 3, ECF No. 84.

However, in the related action, Defendant alleges that Plaintiff's counsel damaged his business relationships and caused him to suffer present and future income and revenue losses that he earns by directing his business into the State of New Jersey. *See Noshirvan v. Couture*, 2:23-cv-01218, (M.D. Fla. Jan. 4, 2024) ¶¶ 96, 133, 143, 163, 165-168, 181, 191, 201, 208, and 209, ECF 26.

Moreover, Defendant regularly addresses his TikTok content directly into New Jersey, specifically, into Plaintiff's counsel's office to incite his followers to harass Plaintiff's counsel's office, by publishing several TikTok videos that feature

3

Plaintiff's counsel's office's phone numbers and email addresses, and like lemmings they follow his instruction and make harassing calls to Plaintiff's counsel's office.

Furthermore, Defendant's baseless argument that he should not be compelled to come to New Jersey to be deposed was waived when he agreed to travel 1,262 miles to be deposed in Boca Raton, Florida, which is 154 miles from the courthouse in Fort Myers.

Respectfully submitted,

Dated: July 24, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nick Chiappetta
Chiappetta Trial Lawyers

4

2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
P: (561) 768-4500
F: (561) 7686-4600
nick@chiappettalegal.com
*Attorney for Defendant Danesh Noshirvan*

_____
Patrick Trainor