"proteUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE and
RALPH GARRAMONE, M.D. ,

    Plaintiffs,

v.                                    Case No.:   2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

    Defendant.
                                        /

## ORDER

Defendant Danesh Noshirvan seeks a protective order to stop his deposition that is currently scheduled to take place tomorrow in New Jersey. (Doc. 153.) **The motion is denied**. Defendant has known since June 23 that his deposition was set in New Jersey. Yet he took no action for nearly a month and waited until the eleventh hour to bring this issue to the Court. What is more, it appears Defendant unilaterally cancelled the last deposition, which was noticed for a more convenient forum. The Court declines to issue a protective order on such facts. *See, e.g.*, *Equal Emp. Opportunity Comm'n v. Austal USA, LLC*, No. CV 1:18-00416-CG-N, 2019 WL 11216189, at *1 (S.D. Ala. Aug. 26, 2019) ("Whether to issue a protective order is a matter of discretion for the Court."); *LSM Techs. PTY LTD v. Sy-Klone Co., LLC*, No. 3:22-CV-1019-BJD-MCR, 2023 WL 5934538, at *4 (M.D. Fla. Aug. 17, 2023)

("The Middle District of Florida Discovery Handbook provides: 'Upon receipt of objectionable discovery, a party has a duty to seek relief immediately, i.e., without waiting until the discovery is due or almost due.'").

One last issue to tidy up. In his motion, Defendant claims a "genuine fear for his safety should he be required to appear at [opposing counsel's] office in Rutherford, New Jersey" for the deposition. (Doc. 153 at 11.) He then accuses opposing counsel of "associate[ing] with 'proud boys' and white supremacists." (*Id.*) There is nothing to suggest a genuine threat to Defendant's safety outside of his rhetoric and unadorned allegations. The conduct of the parties (and counsel) is becoming more inflamed. **This stops now, and it's the Court's final warning.**

**ENTERED** in Fort Myers, Florida on July 25, 2024.

Kyle C. Dudek
United States Magistrate Judge

2