IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JENNIFER COUTURE; RALPH
GARRAMONE M.D. P.A. d/b/a
GARRAMONE PLASTIC SURGERY,

Plaintiffs,

vs.

DANESH NOSHIRVAN a/k/a
@THATDANESHGUY

Defendant.
_____/

Case No. 2:23-cv-00340-SPC-KCD

Judge: Hon. Sheri Polster Chappell

## DEFENDANT, DANESH NOSHIRVAN a/k/a @THATDANESHGUY's, NOTICE OF FILING SUPPLEMENT TO DOCUMENT ENTRY 146, EXHIBITS 11, 12, AND 13

Defendant, Danesh Noshirvan ("Noshirvan"), by and through undersigned counsel, files this Notice of Filing Supplement to Document Entry 146, Exhibits 11, 12, and 13, and attaches the following as its supplement:

1. Certificate of Authenticity of Domestic Records of Regularly Conducted Activity, executed on July 29, 2024 by Cynthia Velazquez, Records Custodian, Meta Platform, Inc., attached as **Exhibit 1**.

Respectfully submitted,

Nicholas A. Chiappetta, Esq.
Chiappetta Trial Lawyers
Attorneys for Mr. Noshirvan
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:    (561) 768-4600
service@chiappettalegal.com
nick@chiappettalegal.com
www.chiappettalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Patrick Trainor, Esquire
Law Office of Patrick Trainor, Esq., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
Telephone: (201) 777-3327
Facsimile: (201) 896-7815
pt@ptesq.com
*Attorney for GPS*

/s/ Nicholas A. Chiappetta
Nicholas A. Chiappetta