UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE, M.D. ,

     Plaintiff,

v.                            Case No.:  2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

     Defendant.
_____/

## ORDER

This matter was before the Court for oral argument on several discovery motions. (Doc. 140; Doc. 142; Doc. 143; Doc. 151.) For the reasons stated on the record, it is now **ORDERED**:

1.    Defendant's Motion to Compel Deposition of Couture (Doc. 140) is **GRANTED IN PART AND DENIED IN PART**. Couture must pay the deposition expenses referenced during the hearing to the extent they are non-reimbursable;

2.    Defendant's Motion to Compel Plaintiff to Answer First Set of Interrogatories (Doc. 142) is **DENIED**;

3.    Plaintiff's Third Motion for an Order Compelling Defendant to Produce Documents in Compliance with this Court's Prior Orders (Doc. 143) is **GRANTED IN PART AND DENIED IN PART**. The Court will not impose

sanctions at this time. But Plaintiff can re-assert the request for sanctions should further discovery reveal discrepancies with Defendant's documents production.

4.      Plaintiff's Motion to Compel Defendant to Provide Answers to Interrogatories Numbers 1 to 21 (Doc. 151) is **GRANTED IN PART AND DENIED IN PART**.

**ENTERED** in Fort Myers, Florida on August 2, 2024.

Kyle C. Dudek
United States Magistrate Judge