1      Q.     So, it's just you're putting it out

2    there.  Is it a conquest to show that you discovered

3    that information?

4      A.     I thought we already answered these

5    questions at the beginning.

6            MR. CHIAPPETTA:  I'll object to the

7    form.  I'm also going to object, argumentative.

8      Q.     When you produce this information, your

9    testimony is that you have zero expectation that your

10   followers, not all, but even a small subset of your

11   followers, they won't act on that information?

12     A.     The same way you don't expect somebody

13   to act on information they hear on the news.  I mean,

14   that's pretty logical.  I don't direct anybody to do

15   anything like that.  Absolutely not.  That's not the

16   culture of my page.

17            By the way, you're specifying -- you're

18   saying followers.  Are you saying specific people

19   that follow only me on the Internet?

20     Q.     I'm saying people that follow your

21   account.

22     A.     I had several videos that get viewed

23   beyond my follower account.  These aren't even

24   people that follow me but then they follow more than

25   just me.

Page 152

1              How do you know they're not fans of,

2      like, the news station?

3              Q.     What news station?

4              A.     The one that showed your client

5      committing crimes.  The one that showed her crimes on

6      TV, showed her arrest, everything.

7              Q.     What news station was that?

8              A.     It was on several news stations.  I saw

9      it on literal TV.  It was in -- there was articles

10     posted about it.

11             Q.     Now, did you ever contact any of these

12     news stations to have this information produced as

13     the news story?

14             A.     Yes.

15             Q.     What station did you contact?

16             A.     I believe it was NBC.  I sent one of the

17     reporters the video of what happened.

18             Q.     Is that the only news station you

19     contacted?

20             A.     Yes.

21             Q.     Did you contact any news websites?

22             A.     No.  They -- whatever they produced,

23     they did on their own free will.  And so did the news

24     station.  I don't control the news station.  I sent a

25     tip, though.

Page 153

1          Q.      Did you contact any news aggregators?

2          A.      No.

3                  MR. CHIAPPETTA:  Objection.  Define news

4     aggregators.

5          Q.      One of these websites that just compiles

6     news from different stories and produce their own,

7     like a Drudge Report?

8          A.      No, I don't do that.  I don't contact

9     media in general.  That was the one and only time I

10    did.

11         Q.      Okay.  Earlier you said that you have

12    zero expectation that your followers will act upon

13    the information produced in your videos.  Correct?

14         A.      As I said, the reason I got her

15    information was because the detective was requesting

16    it.  They couldn't find out who it was.

17         Q.      Okay.  Just answer my question.  My

18    question is, from your perspective, when you produce

19    a video and you put it on TikTok, your followers

20    will not do anything with that information.  Is that

21    your --

22         A.      Just like any other video on TikTok,

23    when you post something, you have no expectation that

24    somebody is going to do anything with it and I

25    certainly never directed anybody to do anything.

Page 154

1       Q.      You've never done that?

2               MR. TRAINOR:  Madam Court Reporter, this

3       is the PDF file I sent you this morning called --

4       it's labeled, Followers to do it.

5                       This will be Exhibit 5.

6                       (Followers to do it is marked Exhibit

7       No. P-5.)

8       Q.      Please read the blue bubbles beneath the

9       TikTok link.

10      A.      There is no time and date.  So, you mind

11      if I just quickly do that?

12      Q.      Sure.

13      A.      This is not in relation to what Jennifer

14      did in that parking lot in Dunkin' Donuts.  This is

15      now after my family is getting harassed by your

16      client --

17      Q.      I'm asking you to read it.

18      A.      -- and I'm desperate for my safety.  I

19      want to make sure we got the context.

20      Q.      Read the statement.

21      A.      I'm happy to.  I said, "I think she'll

22      get arrested only because I'm going to make this go

23      viral.  I should have done this soon.  Instead of

24      calling the police on a weekly basis to pressure

25      them, my followers will.  My police station doesn't

1    know what they're doing.  They honestly need help.

2    They didn't know what Twitter was."

3                   So you understand the context of that?

4        Q.    The context isn't -- what I'm

5    questioning is --

6        A.    Is that I silently took the abuse for

7    months because I thought the police would just arrest

8    Jennifer.

9        Q.    Hold on --

10       A.    I'm telling you the context.

11             MR. CHIAPPETTA:  Danesh, finish.

12       A.    I didn't post about it at all because I

13   didn't want the police to say, oh, they're two people

14   going at each other.

15             And I also took a hint from you making

16   that billboard with my face on it as you were trying

17   to bait me into a -- into this, into a lawsuit.  So I

18   wasn't going to fall for it.

19             So I put my trust in the police.  I

20   told them the whole story, what's happening, and they

21   did not -- I found it absurd they did not arrest her

22   on probation, so I decided to publicize it because it

23   can't be ignored at that point.

24             This is not one of my regular videos

25   that you're referencing.  This is now desperation

Page 156

1    because my family is in danger because of your

2    clients.  That's the correct context.  You wish to

3    remove that to make a different story, that's fine,

4    but this is the truth.

5        Q.    There is no context here.  My question

6    is very simple.

7        A.    Exactly.  There is no context here.

8        Q.    The question is very simple.

9        A.    It is and you purposely simplified it.

10       Q.    When you produce videos --

11       A.    Yeah.

12             THE REPORTER:  Mr. Trainor, I'm having a

13    hard time hearing you.

14             MR. TRAINOR:  I said, when he produces

15    videos on TikTok and he publishes videos on TikTok,

16    he has an expectation that his followers will act on

17    the information he publishes.

18       A.    False.

19       Q.    You just said it right here.

20       A.    This was not about my TikTok.  This was

21    about your client harassing my one and five year old

22    child and stalking them.  I was trying to do whatever

23    I can with legal means, because I don't sink to where

24    you guys go to, to hold her accountable because I

25    fear for my children's safety.  One and five years

Page 157

1   old.

2          Q.     Mr. Noshirvan, you published a TikTok

3   video directing your clients to contact police on

4   Ms. Couture.

5          A.     The TikTok video says --

6                 MR. CHIAPPETTA:  Objection.  This has

7   been asked and answered and context has been

8   provided.

9          A.     None of this is private.  Look here.  On

10  the caption of the video --

11                MR. CHIAPPETTA:  Mr. Trainor, please

12  refrain from your opinion.

13         A.     On the caption of the video, she's on

14  probation, tagged Lee County Sheriff's Office.  She's

15  on probation, so this is literally so easy.  Make

16  this go viral so they can't keep ignoring it.  Check

17  playlist.

18                And that was a video of your client

19  harassing and stalking my one and five year old.

20         Q.     Let me ask you a question, Mr.

21  Noshirvan.  What will your followers do, as you

22  stated there?

23         A.     What happened?  What happened to

24  Jennifer?

25         Q.     What will your followers do?

Page 158

1          A.      Clearly nothing.

2          Q.      What will your followers do?

3          A.      Absolutely nothing it seems like.

4          Q.      Did you expect them to call the police

5     to pressure them?

6          A.      I'm sorry.  Hold on.  I have no problem

7     with putting pressure on police stations or district

8     attorneys who are not following through.  I have no

9     shame about that and I have said that before on my

10    page.

11              But the purpose of this was to save my

12    family's safety.

13              So, no, I don't have the normal

14    expectation that my followers are going to do

15    something, but in specific cases like this, where my

16    family is being attacked, I just wanted help from,

17    literally, anybody, so I shouted out what's happening

18    to me so someone would help he.

19              I was afraid of stepping out of my own

20    house.  I was afraid of my children being at school.

21    You had CPS called on me several times.  False calls

22    to CPS trying to tear me away from my children.

23              And Joseph Camp admitted, in several

24    text messages and emails to me, prior to this

25    happening, that that is his goal.

1          So there is nothing odd about wanting

2     the police to know what you guys are doing.  There is

3     nothing odd about that because I feared for my one

4     year old's safety.

5          Q.     So here's -- the reality is that --

6          A.     No. You can't change the context, sir.

7          Q.     -- you understand that when you produced

8     the videos, your followers are going to act upon --

9          A.     No.

10         Q.     -- your call to action --

11         A.     No.

12         Q.     -- in the video?

13         A.     There is no call to action.  There is no

14    call to action whatsoever.  This is not what you were

15    describing.  This is putting pressure on police not

16    following through with their jobs, which is something

17    I'm comfortable admitting to.

18         Q.     Why would your followers pressure the

19    police?

20         A.     Because they're not arresting somebody

21    who is on probation with stalking my children.

22         Q.     But what is making them call the police?

23         A.     They can't ignore it once it's

24    publicized.  That's why I wanted more pressure on it.

25    That's not an unusual thing.

Page 160

```
 1              In fact, your client references, when I
 2    was on the show, Dr. Phil, he recommended that
 3    sometimes in cases where police don't follow through
 4    with justice, that -- you guys reference him -- that
 5    you should pressure police.
 6              Not anything illegal.  It's not like she
 7    didn't do the crime.  She did do it.  I was not
 8    harassing her.  I want her harassment to end.  Just
 9    like I said in my video that I first made when this
10    harassment began, Jennifer Couture, please leave me
11    and my family alone.
12              And you think this is going to negate
13    that?
14         Q.    So your testimony is --
15         A.    You're going to start making things up.
16         Q.    Your testimony is that your followers
17    will only act upon your call to action when it
18    benefits --
19         A.    No.
20         Q.    -- when it helps you?
21         A.    No.
22              MR. CHIAPPETTA:  Objection.  Misstates,
23    asked and answered.
24              MR. TRAINOR:  I'm not misstating
25    anything.
```

```
                                              Page 161

  1                    MR. CHIAPPETTA:  Yes, you are.  It has
  2       been clearly fleshed out.  It's been asked and
  3       answered.
  4                    MR. TRAINOR:  Nick, you're not here to
  5       testify.
  6                    THE REPORTER:  I can't hear you, Mr.
  7       Trainor.
  8                    MR. CHIAPPETTA:  Please don't talk over
  9       an objection.
 10                    MR. TRAINOR:  Mr. Chiappetta is not here
 11       to testify.
 12                    MR. CHIAPPETTA:  I'm allowed to object.
 13                    MR. TRAINOR:  You've objected.
 14            Q.    Mr. Noshirvan, so under these
 15       circumstances, your followers will act upon your
 16       request?
 17            A.    What circumstances would that be?
 18            Q.    You said --
 19            A.    Clarify for me, please.
 20            Q.    What you just stated.
 21            A.    What was that?
 22            Q.    You said you needed help from the
 23       police.
 24            A.    Why?
 25            Q.    I have no idea why.
```

Page 162

1          A.     Okay.  Then you don't even know what
2      you're asking.
3          Q.     I'm asking you, though, about this
4      little blue bubble here where it says instead of you
5      pressuring the police, your followers will.
6          A.     Okay.  And what's the context of that,
7      sir?
8          Q.     Every other time you publish a video
9      with people's faces on it and people's names and
10     phone numbers, your followers never act upon that?
11         A.     It's not --
12                MR. CHIAPPETTA:  Objection, form.
13                MR. TRAINOR:  Let him answer the
14     question.
15         A.     It's not expected.
16         Q.     But does it happen?
17         A.     Not that I know of.  Nothing happened to
18     Jennifer, even though I would have loved for her to
19     be arrested for what she was doing.  Nothing happened
20     to her, did it?
21         Q.     Nothing happened to her because she
22     didn't do anything.
23         A.     But she did --
24                THE REPORTER:  I can't hear you.
25                MR. CHIAPPETTA:  Objection.  Counsel

Page 163

1    is now testifying.  You just said, nothing happened

2    to her, referring to Jennifer Couture, because

3    she didn't do anything.  You are testifying,

4    Mr. Trainor.

5         Q.    I made the point.  The point you know

6    for certain your clients -- your followers will act

7    upon your request.  Isn't that correct?

8         A.    That's a false statement and you're

9    saying that on purpose because you know that -- you

10   know what you guys did was immoral and repulsive and

11   you should be ashamed, honestly.

12        Q.    Let's talk about the Florida Department

13   of Children & Families.

14        A.    Go ahead.

15        Q.    Have you ever spoken to anybody at the

16   Florida Department of Children & Families?

17        A.    I don't recall.

18        Q.    Did you ever tell your followers to

19   contact anybody at the Florida Department of

20   Children & Families?

21        A.    No.

22             MR. CHIAPPETTA:  We're going to raise a

23   standing objection to relevance.

24             MR. TRAINOR:  Relevance is not an

25   objection.

Page 164

1              MR. CHIAPPETTA:  I am just preserving

2      the record, Mr. Trainor.

3              MR. TRAINOR:  Relevance is not an

4      objection.

5              MR. CHIAPPETTA:  It is.

6              MR. TRAINOR:  There's three forms of

7      valid objection and relevance is not one of them.

8              MR. CHIAPPETTA:  To the extent that you

9      try to use it beyond discovery purposes, relevance is

10     absolutely an objection.

11         Q.    Now, did you ever file a report about

12     anybody with the Federal Bureau of Investigation?

13         A.    Did I ever make an FBI report?

14              MR. CHIAPPETTA:  Objection.  Overbroad.

15         A.    Over anybody?

16         Q.    Since January of 2022, did you ever file

17     an FBI report about any person?

18              MR. CHIAPPETTA:  Objection.

19         A.    Do I have to answer --

20         Q.    Yes.

21         A.    -- the police reports that I have made.

22         Q.    No.  Did you ever file a report with the

23     FBI?

24              MR. CHIAPPETTA:  How is this relevant?

25         Q.    Or a complaint or report with the FBI?

Page 165

1            MR. CHIAPPETTA:  Can you narrow this to

2     the scope?

3            MR. TRAINOR:  Relevance is not an issue.

4            MR. CHIAPPETTA:  Narrow this to this

5     case, Mr. Trainor.

6        Q.     There is no narrowing it.  Answer my

7     question.  Did you ever file a complaint with the

8     Federal Bureau of Investigation since January 2022?

9        A.     I may have.

10       Q.     You may have?

11       A.     If you were specific, I could

12    understand.

13       Q.     Well, how many FBI reports do you file?

14       A.     If there is something warranting it, I

15    mean...

16       Q.     How many have you filed?

17       A.     I don't know.

18       Q.     More than one?

19       A.     I don't know.

20       Q.     More than three?

21       A.     I don't know, Patrick.  I don't know the

22    number.

23       Q.     Since January of 2022, how many

24    complaints, reports have you filed with the Federal

25    Bureau of Investigation?

1          MR. CHIAPPETTA:  Asked and answered.

2          MR. TRAINOR:  He's not answered it.

3          MR. CHIAPPETTA:  He said I don't know.

4     A.    Any -- any report I have made has been

5     valid.

6     Q.    That's not the question.  How many has

7     it been?

8     A.    I'm sorry, I don't know the number, but

9     I'm telling you, any reports that I make to emergency

10    services are valid concerns.

11    Q.    What were the subject of the FBI reports

12    you filed?

13    A.    Which one?

14    Q.    Any one of them?

15    A.    What are we even talking about,

16    specifically?

17    Q.    Since January 2022, what is the subject

18    matter of every FBI report?

19    A.    Every FBI report?

20          MR. CHIAPPETTA:  Objection.  This is

21    badgering.

22          MR. TRAINOR:  This is a relevant period

23    of time.

24          MR. CHIAPPETTA:  Ask a specific question

25    related to a specific character involved in a

Page 167

1    specific case.

2                    MR. TRAINOR:  He's threatened my clients

3    with FBI reports.  In the video, which is

4    Exhibit 5 -- you've said you called it -- you gave a

5    Google Drive to the Federal Bureau of Investigation,

6    what other FBI reports have you filed?

7           A.     Thank you for being specific.  Yeah.  If

8    I'm making an FBI report, it is because it is a valid

9    concern, and so if I make an FBI report of a valid

10   concern, yeah, I made an FBI report on a valid

11   concern.

12                  It was, most likely, your friend Joey,

13   your partner Joey, excuse me, and your clients

14   harassing me and my family.  That is a valid reason

15   to contact the FBI.

16          Q.     What office did you file that report

17   with?

18          A.     The Federal Bureau of Investigation.

19          Q.     Which office?

20          A.     How do I know?

21          Q.     They have offices all over.  Pittsburgh,

22   Elmira.  Where did you file?

23                  MR. CHIAPPETTA:  Objection.

24          A.     You want the closest FBI office?

25          Q.     Yeah.

1          A.     Whatever the closest FBI office is?

2                 MR. CHIAPPETTA:  Objection.  You have

3     not established how it was filed.

4                 MR. TRAINOR:  This is a deposition.

5                 MR. CHIAPPETTA:  Yeah, but this is

6     extremely confusing.

7          A.     I filed them online.  I filed them on

8     the phone, yeah.

9          Q.     When you file it on the phone, what

10    number did you call?

11         A.     My God, 1-800 call FBI.  It's literally

12    their number.

13         Q.     And that took you to what, a call

14    center?

15         A.     Yes.

16         Q.     When was the last FBI report that you

17    filed?

18         A.     I don't recall.  I stopped calling.  I

19    don't believe they helped me in any way.

20         Q.     Have you ever made any complaints to

21    professional licensing boards?

22         A.     I don't recall ever doing that.

23         Q.     Have you ever done that since January of

24    2022?

25         A.     I don't recall ever doing that.

1          Q.     Have you, or any of your associates,

2     called my office telling me not to file a complaint

3     against you?

4          A.     No.  I specific --

5                 MR. CHIAPPETTA:  Objection to the term

6     associates.

7          A.     I don't know who you mean by associates.

8     No.  I completely avoided your bait because I could

9     see -- when you see -- come on, when you see a poster

10    in your town, a billboard with your face on it, then

11    the guy, yourself, is on a podcast talking about how

12    he does that, I'm honestly not going to take the

13    bait.

14         Q.     Earlier you said in Exhibit 5, when

15    you're telling Mr. McGibney that you're going to have

16    your followers pressure the police --

17         A.     Uh-huh.

18         Q.     -- under that circumstance, your

19    followers will act on your call to action?

20         A.     Did they?

21         Q.     I have no idea.

22         A.     Is Jennifer in jail?

23         Q.     That's not the issue.  The question is

24    if they called or not.  My question to you is, your

25    belief is that they will only call the police.  They

Page 170

1     will never call another third party?
2               MR. CHIAPPETTA:  Objection.  Misstates.
3               MR. TRAINOR:  He has the knowledge that
4     his followers --
5               MR. CHIAPPETTA:  You are misstating
6     prior testimony.
7               MR. TRAINOR:  I'm not misstating prior
8     testimony.
9               MR. CHIAPPETTA:  Then form.  Ask an
10    unleading question.
11              MR. TRAINOR:  Let him answer the
12    question.
13              MR. CHIAPPETTA:  Ask a proper one.
14              MR. TRAINOR:  He has an understanding
15    that his followers will act upon his call to action.
16              MR. CHIAPPETTA:  Leading.
17         A.    I repeatedly said no.
18              MR. CHIAPPETTA:  I mean, you're
19    testifying here.  That was a statement.  That was not
20    a question, just for the record.
21         Q.    Has Mr. McGibney ever shared with you
22    hacked information?
23         A.    No.  I don't -- I don't have anything
24    like that.
25         Q.    You don't -- you've never seen anything

1    like that?

2         A.    I don't even know what that would be.

3    I'm not in the IT world.  Yeah.

4         Q.    This is --

5               MR. TRAINOR:  Madam Court Reporter, this

6    is going to be, I guess, Plaintiff'S Exhibit 6.

7               THE REPORTER:  Yes.

8               (SQL Injection is marked Exhibit No.

9    P-6.)

10        Q.    And this is a file labeled SQL

11   Injection.

12        A.    Okay.

13        Q.    This is a -- I guess this is an

14   Instagram communication between yourself and Mr. --

15   or BullyVille, so that's Mr. McGibney, is that

16   correct?

17        A.    Uh-huh, yes.

18        Q.    Please read that top bubble on there.

19   This is from Mr. McGibney to you.

20        A.    The title of this, I assume, you mean?

21        Q.    Correct.

22        A.    "The digital anatomy of a SQL injection

23   attack on a" dot, dot, dot.

24        Q.    Please continue reading.

25        A.    Okay.  "He did the exact same thing to

Page 172

1    me years ago."

2         Q.    This blue, that's your response, and

3    what do you respond?

4         A.    "Really."

5         Q.    How does Mr. McGibney continue the

6    conversation?

7         A.    "That was the main" -- you want me to

8    read the rest?

9         Q.    Please.

10        A.    Okay.  "That was the main reason why we

11   were granted a restraining order.  I just wasn't as

12   good of a hacker back then, but I am now."

13              And I said, "Allegedly."

14              MR. CHIAPPETTA:  I'm going to object to

15   the BullyVille statements as being hearsay.

16        Q.    Okay.

17        A.    Was there a question?

18        Q.    As a result of that, did you ever

19   receive any hacked information from Mr. McGibney?

20        A.    No.  I didn't take this as serious.

21              MR. CHIAPPETTA:  Objection, foundation,

22   predicate.

23              MR. TRAINOR:  This is a deposition,

24   Nick.  It's not evidentiary.

25              MR. CHIAPPETTA:  You have not even

Page 173

```
 1     defined -- you haven't even asked what this box is.
 2                MR. TRAINOR:  This is your production.
 3                MR. CHIAPPETTA:  You have not asked what
 4     this box is.
 5                MR. TRAINOR:  Please, this is a
 6     deposition.  It's not an evidentiary expedition here.
 7          Q.     That SQL injection, do you know what
 8     that is?
 9          A.     Nope.  But, apparently, he's saying here
10     that Joey did that to him.
11          Q.     Yeah.  Is that a hack?  Is that what he
12     did?
13          A.     I don't know what that is.  I have no
14     knowledge of any of this.  I don't know what that
15     means.
16          Q.     Earlier, you testified that you never
17     had a contract with Twitter.  Is that correct?
18          A.     I don't have a contract with any social
19     media account other than the terms of service.
20          Q.     Earlier you said that you never had a
21     contract with Twitter.  Is that correct?
22          A.     I'm repeating that.  I don't have a
23     contract with any -- besides the terms of service, I
24     don't have any contract with --
25          Q.     So that's what I'm asking.  You never
```

Page 174

1      were under contract with Twitter, correct?

2           A.      I believe I answered that, correct.

3                   MR. TRAINOR:  Madam Court Reporter, this

4      is a file labeled TikTok contract 1/27/22.

5                   (TikTok Contract is marked Exhibit No.

6      P-7.)

7           Q.      This is an archive reproduction of your

8      former Twitter account that was also called

9      thatdaneshguy guy.

10                  Do you recognize that as such?

11          A.      I recognize my old account, yeah.

12          Q.      You do.  Can you please read your -- the

13     first -- your communication, what you're saying here.

14     There is a link here.  The first three communications

15     there.

16          A.      Okay.  I'm reading my tweets, I assume?

17          Q.      Correct.

18          A.      And it says here, "He's right.  I have

19     870,000 followers -- this is an older post -- and no

20     brand deals.  TikTok US kicks me out of the creator

21     fund every month with no violations.  I had a video

22     go viral four days ago, 35 million views, and TikTok

23     kept all the profit because TikTok creators kicked me

24     from the creator fund five days ago."

25                  THE REPORTER:  I'm sorry, you're reading

Page 175

1    and it's hard for me to hear what you're saying.

2        A.    I apologize.  I'll be more clear.  I

3    said, "He's right.  I have 870,000 followers and no

4    brand deals.  TikTok US kicks me out of the creator

5    fund every month with no violations.  I had a video

6    go viral four days ago, 35 million views, and TikTok

7    kept all the profit because TikTok creators kicked me

8    from the creator fund five days ago."  Screen shots

9    showing that.

10           Do you want me to continue reading this?

11       Q.    Yes.

12       A.    The next one I wrote, "And yes, I've

13   contacted TikTok support and I've been contacting

14   them for months and they never respond.  I've pointed

15   out to them that it isn't my content because other

16   creators that make the same content are paid by

17   TikTok.  Not sure if it's relevant, but those

18   creators are white.

19           "I do the work.  They get paid, then

20   they cancel my contract instead of paying me.  They

21   don't care that I have no violations.  They don't

22   care about consistency.  I've made TikTok a lot of

23   money and they won't even speak to me."

24           Then I tagged TikTok twice more and

25   different accounts they have and then I asked them to

Page 176

1    respond to their emails.

2         Q.    Okay.  So what contract are you speaking

3    to in this Twitter post?

4         A.    What contract are you talking about?

5    I'm sorry, did I miss something?  Oh, then they

6    cancelled my contract instead of paying me.  Oh, I

7    misused that word.  I'm talking about the creator

8    fund that I was kicked out of.

9              That has nothing to do with Twitter,

10   one, and two, I'm specifically stating that I do not

11   have a contract and also there is no contract with

12   the creator fund and misusing that.  It's just like a

13   terms of service.  Their agreement.  It's the same

14   agreement.

15        Q.    You said they cancelled your contract.

16        A.    What I said to you prior, I don't have

17   any special contracts that are outside of their

18   normal terms of service.  This falls within that.

19        Q.    So, the creator fund is not outside of

20   normal terms of service?

21        A.    No.  It doesn't even exist anymore.

22   They have a new -- they have a new way of doing it.

23   They're paying their creators and now I've been able

24   to get paid.

25        Q.    When you say they cancelled my contract,

1    who is "they"?

2         A.    I'm referring to TikTok kicking me out

3    of the creator fund.  They would kick people out of

4    the creator fund, as I said here, five days ago.

5         Q.    It also says --

6         A.    There is no contract that exists.

7         Q.    It did exist at one point?

8         A.    It didn't.  I already stated that I

9    misused that word, but you're not going to let go of

10   that.  I'm going to be very clear with you, it

11   doesn't exist.

12        Q.    I'm reading your statements as they're

13   written.

14        A.    You're welcome to look up the creator

15   fund and see if the contract exists.

16        Q.    And then it also says there, the last

17   sentence @TikTokSupport and @BytedanceTalk respond to

18   your emails.

19        A.    Yes.  Because they do not respond to

20   their emails.

21        Q.    Where did you send those emails?

22        A.    TikTok.  I don't know exactly.  This is

23   from years ago.

24        Q.    This is from January 27, 2022.

25        A.    Okay.  Years ago, yeah.

Page 178

1          Q.    Are you able to obtain -- do you still
2     have copies of those emails?
3          A.    No.  But it's going to be the same
4     thing.  It's going to be the exact same complaints.
5          Q.    Do you have a copy of the contract that
6     they cancelled?
7          A.    There is no contract, so no.  You can
8     look up creator fund and see if there is a contract.
9     It's just a terms of service.  They can choose to
10    remove you from it or put you in it.  You have no say
11    in it.
12         Q.    But --
13         A.    So no, there is no contract.
14         Q.    Is every person on TikTok part of that?
15         A.    Yeah.
16         Q.    Every person on TikTok is part of the
17    creator fund?
18         A.    The way that it currently is.  Everyone
19    except me.
20         Q.    I'm talking about in 2022.
21         A.    Everyone except me.  But there is no
22    actual contract.  It's a terms of service thing.
23              I wouldn't know the details of
24    everyone's specific account, but yes, it was when
25    Donald Trump was -- Trump or Biden, doesn't matter,

Page 179

1    they were proposing a ban or talking about a ban, or

2    it's going through Congress and so TikTok again tries

3    to pay its creators so they fight for them, but not

4    me.  So, I don't understand the purpose of this.

5                   MR. CHIAPPETTA:  I think you've answered

6    the question.  Sorry, sorry, sorry.

7         Q.    Did you pitch or present your television

8    idea to Netflix?

9         A.    Did -- did I pitch it?

10        Q.    Yes.

11        A.    No.

12        Q.    When they came to you, was it Netflix

13   that came to you?

14        A.    No.  It was a producer.

15        Q.    A producer independent or a company?

16        A.    Company.  I don't recall the company's

17   name.

18        Q.    And did that company present the idea to

19   Netflix?

20        A.    Yes.  And then they put it on a hold.

21        Q.    Earlier we asked about redactions when

22   we talked about using the stylus.  Have you ever used

23   that stylus to make redactions on any of your posts

24   on TikTok?

25        A.    I don't know.

1      Q.    Have you ever used the stylus to circle

2    or highlight content in your posts?

3      A.    I don't know.  It's not something I keep

4    track of when I use my stylus.  I often forget about

5    it.

6      Q.    And earlier you said that you used --

7    you impersonated the account Trapt Official.  Is that

8    correct?

9      A.    No.  I said I made the parody account

10   and I made it clear it was me.  I did not

11   impersonate.

12     Q.    You did not impersonate?

13     A.    No.

14     Q.    Have you ever used artificial

15   intelligence to recreate another person's voice?

16     A.    I did not.  Somebody provided me with an

17   AI song or AI speech by Trump, but I clearly labeled

18   it AI so that nobody would be misunderstood.  I have

19   also made AI music recently, actually, with some of

20   my videos because I learned how to do that.

21     Q.    How did you learn how to do that?

22     A.    By asking somebody, hey, where

23   you -- how did you make this AI song?  They said, Oh,

24   you just download this app.  It does it for you.

25     Q.    What's the app?

Page 181

1      A.     It's called Udio.  It's like studio

2   without the S-T.  Udio.com.  It will make songs for

3   you.

4      Q.     When you -- have you received a cease

5   and desist letter for any of your content?

6      A.     Yeah.

7      Q.     What did you do with that?

8      A.     I just -- there was one I received that

9   I just -- I just stopped posting about it.  I really

10  wanted them to stop posting about me so I got a cease

11  and desist.

12     Q.     Did you make a video highlighting that

13  cease and desist letter?

14     A.     Not with that one, no, but there was

15  another one where it was inappropriate, and yeah, I

16  read the cease and desist letter on LIVE.

17     Q.     Who did you receive those cease and

18  desist letters from?

19     A.     I generally don't remember.  It was

20  ridiculous.

21     Q.     Who was the person that you, I guess,

22  were targeted or targeting to have those cease and

23  desist letters sent to you?

24     A.     No clue.

25            MR. CHIAPPETTA:  I'm sorry.  I didn't

```
                                                    Page 182

 1    mean to interrupt.  Before we go any further, it is

 2    now noon and I want to know how much you have left

 3    and if we need to break for lunch.

 4                    MR. TRAINOR:  No.  I have, maybe, not

 5    much longer.

 6                    MR. CHIAPPETTA:  Can you give a rough

 7    estimate?

 8                    MR. TRAINOR:  Maybe an hour.

 9                    MR. CHIAPPETTA:  Okay.

10                    MR. TRAINOR:  Maybe little more than

11    that.

12                    MR. CHIAPPETTA:  Let me confer.  Are you

13    able to go another hour without eating lunch?

14                    THE WITNESS:  Yeah, I mean...

15                    MR. TRAINOR:  If you want to take a

16    break, you can.

17                    MR. CHIAPPETTA:  I don't want to stop if

18    you're going but if you need to eat, he's been going

19    nonstop since 9 a.m.

20                    THE WITNESS:  Yeah.  That would be nice.

21    I got into town kind of late, too.

22                    MR. CHIAPPETTA:  So then, perhaps,

23    reconvene in an hour?

24                    THE WITNESS:  Do you mind?

25                    MR. TRAINOR:  No.  That's fine.
```

Page 183

1              Madam Court Reporter, I guess we'll see

2      you at 1 p.m.

3              THE REPORTER:  That's fine.  Did we go

4      off the video record?

5              VIDEOGRAPHER:  We are now going off the

6      video record at 12:06 p.m.

7              (Recess is taken.)

8              VIDEOGRAPHER:  We are now back on the

9      video record.  The video time is 1:03 p.m.

10     BY MR. TRAINOR:

11         Q.    Mr. Noshirvan, did you ever -- let

12     rephrase that.

13             You posted a TikTok video about Ricky

14     Cornelisse?

15             THE REPORTER:  About who?

16             MR. TRAINOR:  Ricky Cornelisse.  I

17     believe that is C-O-R-N-E-L-I-S-S-E.

18             THE REPORTER:  Thank you.

19         Q.    Is that correct, you created a video

20     about him?

21         A.    Yes.

22         Q.    And in that video you refer to

23     Mr. Cornelisse as a pedophile?

24         A.    I, at the very least, alluded to that.

25         Q.    Did you encourage anybody to call the

Page 184

1    law enforcement authorities on Mr. Cornelisse?

2         A.    I don't recall.

3         Q.    In that video about Mr. Cornelisse, did

4    you suggest that he was offering his children to

5    pedophiles?

6         A.    That's what it seemed like he was doing.

7         Q.    Did you have confirmation of that?

8         A.    The video.  He's doing it in the video.

9    He's stating that in the video.  So, I mean, that's

10   coming from the source.

11        Q.    Did the law enforcement ever contact you

12   in relation to -- in regard to Mr. Cornelisse?

13        A.    No.

14        Q.    Have you made any other videos about

15   Mr. Cornelisse?

16        A.    Yes.

17        Q.    What do those video -- what do you state

18   about Mr. Cornelisse in those videos?

19        A.    After his fallout with you and your

20   associates, he was willing to give me information in

21   relation to the harassment I was experiencing.  In

22   exchange, he just wanted me to remove my video.

23        Q.    And you did that?

24        A.    Yes.

25        Q.    Where is that video now?

```
 1          A.      It's gone.

 2          Q.      When you say "gone," did you delete it?

 3          A.      Yup.

 4          Q.      When did you delete that video?

 5          A.      I don't know the exact date.

 6          Q.      Was it on or after May of 2023?

 7          A.      I don't know.  It could be.  I just

 8     don't have that exact date in front of me.

 9          Q.      Who is James Carlson?

10                  THE REPORTER:  Say that name again.

11          Q.      Carlson.

12          A.      I don't recall.  Doesn't sound familiar.

13          Q.      Have you ever heard of the company

14     Reality Content, LLC?

15          A.      Only in the context that your associate,

16     Joey, posted about it a lot.

17          Q.      Who are they?

18          A.      I don't know.  Probably Joey.

19          Q.      I don't --

20          A.      I don't know what you're asking me.

21          Q.      Your -- nobody has any knowledge of

22     Reality Content, LLC, yet your attorney is asking us

23     to produce information --

24                  THE REPORTER:  I can't understand you,

25     Mr. Trainor.
```

```
 1              MR. CHIAPPETTA:  Objection.  Elicits
 2      attorney/client privilege.  Possible work product.
 3         Q.     Next question.  Have you ever spoken
 4      with Gene and Maddie Kelly?
 5         A.     No.
 6         Q.     Have you ever spoken with an attorney
 7      named Stacy Grant?
 8         A.     No.
 9         Q.     And have you ever spoken with Chrissy
10      Hudson?
11         A.     I don't know who these people are.  No.
12              MR. TRAINOR:  Can you hear me, Madam
13      Court Reporter?
14              THE REPORTER:  Yes, I can.
15         Q.     Have you ever communicated with a person
16      who runs an account called Suze, S-U-Z-E?
17         A.     I don't -- I don't recall ever
18      communicating with this person.
19         Q.     Are you aware of who that person is?
20         A.     That person has been posting nasty stuff
21      about me, so I believe I blocked them and that was a
22      long time ago.
23         Q.     What type of stuff -- nasty stuff does
24      she publish about you?
25         A.     Same stuff your associates post.
```

1        Q.      Who are my associates, sir?

2        A.      Excuse me?

3        Q.      Who are my associates?

4        A.      Well, so far, it seems to be Joseph

5    Camp, Jennifer Couture, Ralph Garramone.  Interested

6    to see who else that would be.

7        Q.      What evidence do you have linking us?

8    Besides my representation of Jennifer Couture and

9    Ralph Garramone, what evidence do you have?

10       A.      Your participation in the harassment.

11       Q.      Describe that harassment.

12       A.      When you had billboards, commercials and

13   Pennysaver ads with my face on it.  Your law office

14   there while Joey Camp was in tandem posting about

15   that making threats towards me.  So, I mean, it's

16   quite clear.

17       Q.      Joseph Camp is the only person who has

18   ever posted a threat about you -- towards you?

19       A.      Nobody has threatened me the way Joseph

20   Camp has threatened me.

21       Q.      Who has threatened you?

22       A.      Joseph Camp.

23       Q.      Besides him?

24       A.      His associates.

25       Q.      Who are his associates?

Page 188

1          A.     I'd love to know that.

2          Q.     Who are they?  Do you have any idea?

3          A.     Yeah.  Seems to align himself with some

4     questionable individuals so there is a lot of --

5          Q.     What makes them questionable?

6          A.     Unusually it's ties to White Supremacy

7     groups or long criminal records, I mean...

8          Q.     What is a White Supremacy group?

9          A.     What is a white supremacy group?

10         Q.     Yes.

11         A.     It's an extremist group.  It's an

12    extremist group that we have a lot of in America.

13         Q.     What kind of extremist group are they?

14    What do they do that is extreme?

15         A.     Violence.  I mean, if you don't mind me

16    mentioning, it's people you've represented in the

17    past --

18                THE REPORTER:  What was that?

19                THE WITNESS:  People he's represented in

20    the past, including Proud Boys.

21         A.     You asked what they have done?

22         Q.     Yes.

23         A.     I believe some of them raided the

24    Capitol on January 6th.  Some believe that was

25    treason against the country.

Page 189

```
 1        Q.     So is it your -- your statement here
 2    that an attorney, representing a client --
 3        A.     No.
 4               MR. CHIAPPETTA:  Objection.  Misstates
 5    testimony.
 6               MR. TRAINOR:  He's referred to these as
 7    my associates.
 8        A.     Do you not associate with Joseph Camp?
 9        Q.     I do not associate with Joseph Camp.  If
10    you knew that, you would have posted that.
11        A.     I did.  I did post that.  May I make
12    that correction?  I absolutely posted that when I got
13    information from Ricky.  You specifically said, I do
14    know Joey.  I have spoken to Joey.
15        Q.     Speaking to somebody is not associating
16    with them.
17        A.     True.  But associating with them is
18    associating with them, and collaborating with them --
19        Q.     Okay.  So you associate with everybody
20    who contacted Jennifer Couture.  Isn't that correct?
21        A.     No.  I did not collaborate with anybody
22    the way you did.
23        Q.     Okay.  You have no evidence of
24    anything --
25        A.     I do.
```

Page 190

1      Q.     -- but yet you're -- obviously, you've

2      prepared.  Your soliloquy has been well prepared.

3      A.     No.  I'm just telling the truth.  I

4      don't think what you're going to ask.

5              MR. CHIAPPETTA:  Objection.

6      Q.     What person --

7              MR. CHIAPPETTA:  Move to strike

8      Mr. Trainor's statement.  It's argumentative.

9      Q.     Have you ever misidentified a person

10     named Philip Connor?

11     A.     We've already done this.

12     Q.     I'm asking you a question.

13             MR. CHIAPPETTA:  Asked and answered.

14     Q.     Answer the question.

15     A.     I did not identify someone named Philip

16     Connor.  I showed that he called me the sand N-word.

17     Q.     Was that the only communication you had

18     with him?

19     A.     No, actually.

20     Q.     How many times have you communicated

21     with him?

22     A.     There was another time I communicated

23     with him.  I told him to get off the Internet.  Do

24     something productive.  I gave him advice on different

25     things he could do to make content, rather than

Page 191

1    yelling at people and threatening them.

2              I tried to offer him another path, a

3    path of kindness, a path of helping out people, of

4    doing something generous because most of his posts

5    were aggressive.

6              And he said he really likes video games.

7    I said why don't you start streaming video games.

8    That would make for good content.  That was the

9    extent of my conversation.

10        Q.    Have you ever spoken to a person named

11   Mike Brennan who owns Paparonni's restaurants?

12        A.    Yes.

13        Q.    What did you speak to him about?

14        A.    About one of his employees who made a

15   video pretending to be the manager of Paparonni's and

16   saying some things that would hurt their business.  I

17   let him know right away.

18        Q.    What did he say?

19        A.    He said he did not approve of that and

20   that he was going to --

21        Q.    What did the employee say?

22        A.    The exact details, I don't remember.  It

23   was something about firing anybody who was

24   vaccinated.  He just fired everybody who was

25   vaccinated from his company and it caused a big

Page 192

1      uproar online.  So I contacted the owner of

2      Paparonni's to let him know that someone is speaking

3      on his behalf.

4           Q.     Did he state that he felt the vaccines

5      were not safe?

6           A.     That's not relevant.  It was the fact

7      that he just went around -- said he went around

8      firing anybody who got vaccinated.

9           Q.     But he didn't actually fire anybody, did

10     he?

11          A.     Exactly.

12                 He doesn't have the authority to do

13     that.  So I told this manager, hey, this guy is

14     pretending to be you doing all this.

15          Q.     But nobody was actually fired for not

16     getting vaccinated?

17          A.     Actually, he ended up -- the guy who

18     lied ended up being the one who was fired because he

19     lied about that.  Correct, no one was actually fired

20     for that.

21          Q.     Have you ever spoken to Chris Couture

22     regarding this case?

23          A.     Regarding this case, no.

24          Q.     What have you spoken to Chris Couture

25     about?

Page 193

```
 1          A.     I spoke to him about the harassment he
 2     and his family were experiencing from Jennifer
 3     Couture and Joey Camp.  They said that Joey Camp was
 4     harassing them on behalf of Jennifer.  He mentioned
 5     Jennifer -- Joey coming to his house, even, to harass
 6     his young daughter.  Said inappropriate things to his
 7     minor daughter.  Was kicked out, but I stopped
 8     talking to him.
 9          Q.     Joseph Camp said inappropriate things to
10     whose minor daughter?
11          A.     I believe it's Chris's minor daughter.
12     I believe that he had made sexual comments about her
13     and...
14          Q.     Do you have any evidence of that
15     allegation?
16          A.     You're asking me a question --
17               MR. CHIAPPETTA:  Objection.  It's not an
18     allegation.  You're asking between the communication
19     between my client and Chris Couture.
20          Q.     You just made an allegation that Joseph
21     Camp made a sexual statement.
22               MR. CHIAPPETTA:  No.  Your question
23     elicited a response which was provided.
24               THE REPORTER:  I'm sorry, I'm not
25     hearing you, Mr. Trainor.
```

1            MR. TRAINOR:  Mr. Noshirvan stated that
2   he believed that Mr. Camp made a sexual remark about
3   Mr. Couture's minor daughter, and I said does he have
4   any evidence of that?
5        A.    What happened is you asked me what it
6   was me and Chris talked about.  That's what we talked
7   about.  I'm just answering your question.
8        Q.    And so, what did Mr. Couture do when a
9   man allegedly made a sexual remark to his minor
10   daughter?
11        A.    I believe he kicked him out and he
12   called the police.
13        Q.    Kicked who out?
14        A.    Joseph Camp who was in his house.
15        Q.    Was in whose house?
16        A.    Chris Couture.
17        Q.    What's the address of that house?
18        A.    I don't know.
19        Q.    So does Camp know Chris Couture?
20        A.    Seems like they know each other.
21        Q.    So Joseph Camp and Chris Couture are
22   friends?
23        A.    What?
24            MR. CHIAPPETTA:  Objection.  Misstates
25   testimony entirely.

Page 195

1          Q.     Well, how was Joseph Camp in Chris
2     Couture's house?
3          A.     So from what I understand, Joseph Camp
4     came over and came to their door and started
5     threatening them and Chris said to them, come inside,
6     let's talk, tried to calm him down because their
7     family is genuinely afraid of him and they thought
8     they could get him to, at least, leave them alone.
9               They thought they were having a positive
10    conversation.  They got Joey to calm down and didn't
11    turn out that way.
12              That's what he said to me, and so did
13    Shellie.  Shellie confirmed.
14              MR. CHIAPPETTA:  Please clarify who you
15    mean by the term "he."
16         A.     Sorry.  That's what Chris Couture said
17    to me, said had happened.  That is his version of the
18    events.
19              THE REPORTER:  Can I just ask a
20    question, is Couture and Conture, are they two
21    different people, two different names?
22              MR. CHIAPPETTA:  Should be just Couture.
23              MR. TRAINOR:  C-O-U-T-U-R-E.
24              THE REPORTER:  Thank you.
25         Q.     Do you have a Gab account?

1          A.     No.

2          Q.     Have you ever had a Gab account?

3          A.     No.  I never utilized the platform.  I

4     just go on it to -- I used to go on it to see what --

5     actually be afraid of next because that's usually

6     where Joey would post threats towards my family.

7                MR. CHIAPPETTA:  Please clarify "go on

8     it."

9                THE WITNESS:  Thank you.

10         A.     Log into the websites to look at Joey's

11    posts.

12         Q.     What do you log into?

13         A.     The website.  I just put in -- actually,

14    I don't even log in.  I just go to the website.  I

15    apologize.

16         Q.     You don't need an account to view the

17    website, Gab?

18         A.     No.  I don't watch Joey's Gabs anymore

19    after realizing that he mostly posts inaccurate

20    information.

21         Q.     Okay.  Joseph Camp's statements cannot

22    be trusted?  Is that what you're saying?

23                MR. CHIAPPETTA:  Objection.  Misstates

24    it.

25         Q.     Are you saying that Joseph Camp's

Page 197

```
1     statements cannot be trusted?
2          A.    Was he not recently arrested for fake
3     news in Belize?
4          Q.    So, it's your statement that Joseph
5     Camp's statements cannot be true?
6          A.    The entire country's statement, yeah.
7          Q.    Okay.
8          A.    There are also four warrants out for his
9     arrest in Belize for false statements.
10         Q.    You said he made false statements to
11    police in Belize?
12         A.    About the police, about me, about a lot
13    of people.  He lies a lot.  He's known for that.
14         Q.    He's known for lying?
15         A.    They called him Mr. Fake News in the
16    Belize news station.
17                THE REPORTER:  I couldn't hear you.
18    What was that?
19         A.    In the Belize news station, they
20    referred to Joey Camp as Mr. Fake News.  They gave
21    him that title because of how untrustworthy he is.
22                MR. TRAINOR:  Madam Court Reporter, I'm
23    going to show Mr. Noshirvan a document.  This is on
24    the PDF file labeled Yandex, Y-A-N-D-E-X.
25                THE REPORTER:  Is this going to be
```

Page 198

1    marked as 8?

2                   MR. TRAINOR:  Whatever is the next one,

3    yes, ma'am.  I believe this might be seven.

4                   MR. CHIAPPETTA:  It's eight.

5                   MR. TRAINOR:  It's eight.  Thank you.

6                   MR. CHIAPPETTA:  No problem.

7                   (Instagram Re: Yandex is marked Exhibit

8    No. P-8.)

9         Q.    Do you recognize this, Mr. Noshirvan, as

10   a communication between yourself and BullyVille?

11        A.    Yes.

12        Q.    Is this an Instagram direct message?

13        A.    Yes.

14        Q.    Can you please read in the center there

15   where it's a blurb from BullyVille to you dated

16   September 17, 10:25, a.m.?

17        A.    Sure.  I'm about to do to JoJo what I

18   did to Michael.  See my last post.  I'm pretty sure I

19   just figured out his Yandex login.  Meow.

20        Q.    And then, what is your response to that?

21        A.    Oh, my God, please tell me you have.

22        Q.    What does he mean he figured out his

23   Yandex login?

24                   MR. CHIAPPETTA:  Objection.  Calls for

25   speculation.

1      Q.     What did you mean when you said, please

2  tell me you have it?

3      A.     When he said, I'm pretty sure I figured

4  out his Yandex login, I said please tell me you have

5  figured out his Yandex login.

6      Q.     What would that mean to you if you

7  figured out his Yandex login?

8      A.     That I have more overwhelming evidence

9  of his abuse and harassment of me and my family that

10  I could turn in to law enforcement and possibly

11  maybe, hopefully, be able to email something.

12  Because I know Yandex, he uses that specifically

13  because he could hide them from courts.

14      Q.     What is Yandex?

15      A.     As I understand it, it's a Russian

16  hosting website that will not give any information to

17  courts.  Pretty suspicious to even be using it, to be

18  honest.

19      Q.     Is it email?

20      A.     I'm sorry?

21      Q.     Is Yandex an email?

22      A.     I'm sure it has been used for that.

23  Joseph Camp has utilized it for that, yeah.

24      Q.     So, you said that if he had -- if

25  BullyVille, Mr. McGibney, had access to Camp's Yandex

Page 200

1    account, then you would have more information -- more

2    evidence of Camp's activities, correct?

3         A.    It could be.

4         Q.    That's what you just said.

5         A.    It could be, yes.

6         Q.    How would that be more evidence of

7    Camp's activities?

8         A.    I mean, he uses --

9              MR. CHIAPPETTA:  Objection.  Calls for

10   speculation.

11        Q.    So --

12             MR. CHIAPPETTA:  You never established

13   he ever received it.

14        Q.    So if --

15             MR. TRAINOR:  I'm not worried about if

16   he received it.

17        Q.    I'm asking if you were excited that you

18   would potentially have access to more information on

19   Mr. Camp's activities, that was your testimony.

20        A.    So, I want to be clear, though.  There

21   is nothing in this that indicates any of this is

22   serious or real.  Nothing that we talk about has ever

23   come to fruition.

24        Q.    I don't know that.

25        A.    I'm telling you.

1        Q.    That's not really for you to say.

2        A.    Yeah, it is because I'm in the

3    conversation.

4        Q.    You just said --

5        A.    What was the last word he used here?

6        Q.    You don't change --

7        A.    What's the last word?

8              MR. CHIAPPETTA:  Can we stop?  Let my

9    client finish his response and then you can answer

10   it.  What is the last word you're referring to.

11       A.    He says meow.  Meow is the sound a cat

12   makes and he often uses that word "meow."  Sometimes

13   he says derogatory words like cocks.  Sometimes he

14   talks about documentaries and stuff.

15             I have not seen anything come to

16   fruition.  I don't have anything to indicate that any

17   of this is anything but us just chattering at each

18   other trying to help me get through this very

19   upsetting time.

20       Q.    So you anticipated, though, it was your

21   testimony just now --

22             MR. CHIAPPETTA:  Objection.  Misstates

23   testimony.

24             MR. TRAINOR:  No, it's not.

25       Q.    You said that you believe that if he had

1     access to that Yandex that, Camp's Yandex, then you

2     would have information for your allegations against

3     Mr Camp.

4          A.     How is your attorney holding up?  Is he

5     bothered by --

6          Q.     I asked you a question.  Answer the

7     question I asked.  No more soliloquies.

8                 You believe that if McGibney had access

9     to Joseph Camp's Yandex account, unauthorized access

10    by the way, then you would be able to use that for

11    your own purposes.

12                Isn't that right?

13                MR. CHIAPPETTA:  Objection, form.

14         A.     What do you think a soliloquy is?

15         Q.     Isn't that right?

16                MR. CHIAPPETTA:  Objection, form.

17                MR. TRAINOR:  No objection.

18                MR. CHIAPPETTA:  Ask a proper question.

19                MR. TRAINOR:  I did ask a proper

20    question.

21                MR. CHIAPPETTA:  No.

22         Q.     You believe you had hacked information,

23    right, through McGibney's unauthorized access to

24    Camp's Yandex account.  You were excited to get

25    unauthorized information, were you not, Mr.

Page 203

1    Noshirvan?

2         A.    No.  I don't care what happens to a

3    child stalker.

4         Q.    You just said --

5         A.    No, I didn't.

6               MR. CHIAPPETTA:  Stop.  Objection.

7         A.    Let me answer, please.

8         Q.    You've already made your statement, Mr.

9    Noshirvan.

10        A.    No.

11              MR. CHIAPPETTA:  Allow my client to

12   answer the question even though I have objected to it

13   multiple times.

14        A.    Why would I care what happens to a child

15   stalker between two people unrelated to the case?

16   Well, actually, one is related, Joseph Camp.

17        Q.    Mr. Noshirvan --

18        A.    Why do I care what this guy does?

19        Q.    You just said --

20        A.    No, I didn't, you did.

21        Q.    -- you would be excited and happy

22   because you would have more information for your own

23   personal gratification.  Your own allegations.

24        A.    To get justice.

25        Q.    You were excited to use hacked

Page 204

1    information.

2                MR. CHIAPPETTA:  Objection.

3    Argumentative.

4                MR. TRAINOR:  That's what he said.

5                MR. CHIAPPETTA:  It's irrelevant because

6    he also testified he never received that.

7                MR. TRAINOR:  Well, we don't know that.

8         A.    I never received it.

9                MR. CHIAPPETTA:  He testified --

10               MR. TRAINOR:  That's awfully convenient.

11               MR. CHIAPPETTA:  He testified --

12               MR. TRAINOR:  That's --

13               THE REPORTER:  That's off what?  I'm

14   sorry?

15               MR. TRAINOR:  Yes, Madam Court Reporter?

16               THE REPORTER:  You said that's off what?

17               MR. TRAINOR:  I said that's awfully

18   convenient.

19               THE REPORTER:   Thank you.

20        Q.    Mr. Noshirvan, earlier we talked about

21   you said you were able to have, I believe it was,

22   three websites that were posted by or created,

23   allegedly, by Mr. Camp.  Is that correct?

24        A.    Yeah.  They were definitely created by

25   him, yes.

1          Q.      How do you know they were def --

2          A.      He admitted to it.

3          Q.      Where did he admit to it?

4          A.      Text messages he sent to me.

5          Q.      Where are those text messages?

6          A.      What do you mean, where are the text

7      messages?  He sent them to me.  I have those text

8      messages.

9          Q.      Why haven't they been produced?

10         A.      What?

11                MR. CHIAPPETTA:  Did you ask for them?

12     Show me the discovery request and we'll address it.

13         Q.      You have to disclose.  You've made

14     numerous allegations about Mr. Camp being my

15     associate.  Now you think you have text messages

16     you're withholding?

17         A.      I'm not withholding.

18                MR. TRAINOR:  We're making a request

19     now.  Produce those text messages.

20         A.      I have no problem.

21                MR. CHIAPPETTA:  In which case, Patrick?

22                MR. TRAINOR:  In this case right now,

23     right here.  He just made a statement that he has

24     text messages of Joseph Camp admitting to this

25     website.  That's your exact statement.  We'll take

1      the text -- please produce the text messages, Nick.

2                      MR. CHIAPPETTA:  Can you tell me how

3      they relate to the allegations?

4                      MR. TRAINOR:  It's not an issue,

5      Nicholas.

6                      MR. CHIAPPETTA:  It is for discovery.

7                      MR. TRAINOR:  No, it's not an issue.

8                      MR. CHIAPPETTA:  It is for discovery.

9                      MR. TRAINOR:  No, it's not for

10     discovery.

11                     MR. CHIAPPETTA:  Yes, it is.

12                     MR. TRAINOR:  Relevance is not a

13     discovery -- a valid --

14                     MR. CHIAPPETTA:  Rule 26.

15                     MR. TRAINOR:  No, it's not, Nick.

16                     MR. CHIAPPETTA:  Yes, it has to be

17     within the scope of the pleading.

18                     MR. TRAINOR:  Nick, it's not.  It's

19     because you don't have them.  That's what it is.

20          A.     He put his name on the websites as well.

21     He authored the websites.

22                     MR. CHIAPPETTA:  Patrick --

23          Q.     You just stated Mr. Camp is not

24     reliable, though.

25          A.     I stated that he's not reliable.  I also

1    stated that he's a child stalker.  I think he takes

2    priority with that one.  Usually people don't have a

3    lot of faith in child stalkers.

4         Q.    Now, thatdaneshguy.com, according to

5    ICAN registration, is registered to an unknown person

6    in September of 2021.  I produced that during our

7    opposition in our -- in this case in our motions.

8    So --

9         A.    Prior to them doing that --

10             MR. CHIAPPETTA:  Objection.  Is there a

11    question coming?

12             MR. TRAINOR:  I'm trying to.

13             MR. CHIAPPETTA:  Okay.  I just heard

14    statements.

15         Q.    Have you ever told anybody that TikTok

16    cannot ban -- they cannot ban your TikTok account?

17    TikTok cannot ban your TikTok account?

18         A.    Clarify that.  Do you mean did I say

19    that seriously or have I ever --

20         Q.    Have you ever just made the statement?

21    I don't know your state of mind when you made the

22    statement.

23         A.    I have never made a serious statement

24    like that, no.

25         Q.    Have you ever made a statement like

Page 208

1   that?

2          A.     I make a lot of different statements.   I

3   was a comedian for 13 years, sir.

4          Q.     I'm not asking that.  Have you ever made

5   a statement about that?

6                 MR. CHIAPPETTA:  Asked and answered.

7          A.     You're implying everything I say is

8   literal?

9          Q.     I'm not implying anything.  I asked you

10  a simple question.

11         A.     And I answered it.

12                MR. CHIAPPETTA:  Okay.  Can we stop

13  talking over each other, gentlemen?

14         Q.     Have you ever used your social media

15  accounts for reasons like to meet women or anything

16  like that?

17         A.     No.

18         Q.     You've never done anything along those

19  lines?  Never solicited photographs, images, anything

20  along those lines?

21         A.     No.

22         Q.     When you -- in your videos or your

23  various -- various--  I'm sorry.  Besides the

24  Strictly Stalking podcast that we discussed earlier,

25  have you ever appeared in any other podcasts?

Page 209

1          A.     Yes.  In a couple.

2          Q.     What ones have you be in?

3          A.     I don't recall.  A bunch of different

4     ones.

5          Q.     Bunch of different ones.  And in your

6     appearances on those podcasts, have you said that

7     doing what you do on TikTok you create enemies?

8          A.     Possible.  It's possible that I said

9     something along those lines.

10          Q.     Was it true that you make enemies doing

11     what you do on your TikTok account?

12          A.     Isn't true that I make them.  There are

13     some people who just don't like to be held

14     accountable.  They make it worse.  They create an

15     enemy out of me.

16          Q.     When you say they don't like to be held

17     accountable, what do you mean by accountable?

18          A.     When somebody does something wrong and

19     they are usually found guilty for doing that wrongful

20     thing.  There usually is some sort of consequence

21     that comes with that.  And some people don't like

22     facing those consequences.  Sometimes they make up

23     frivolous lawsuits to try to further harm that

24     person.

25          Q.     Every person you've ever created a video

Page 210

1       about had already been found guilty of an offense?

2                    MR. CHIAPPETTA:  Objection.

3       Mischaracterizes testimony.

4                    MR. TRAINOR:  No, it's not.

5                    MR. CHIAPPETTA:  Yes, it does.

6            A.      Not what I said.

7            Q.      What did you say?

8            A.      I said that, for example, if somebody

9       had been, like, committed a crime and was found

10      guilty of that crime and did not want to be held

11      accountable, they may, for example, start a frivolous

12      lawsuit full of lies --

13           Q.      You said you create enemies because

14      certain people don't like to be held accountable.

15      Isn't that correct?

16                   MR. CHIAPPETTA:  Objection.

17                   MR. TRAINOR:  That's what he said.

18           A.      It's clear you're not getting the

19      answers you want so you keep saying that I say things

20      I didn't say.

21                   Do want me to answer the questions?

22           Q.      Has anybody in your video, by the time

23      you make your video about a person, has that person

24      been found guilty, adjudicated guilty of an offense?

25                   MR. CHIAPPETTA:  Objection.  Calls for

Page 211

```
 1    speculation.  Identify a specific video or don't

 2    answer the question.

 3                   MR. TRAINOR:  Your client said that they

 4    don't like to be held accountable when found guilty.

 5                   MR. CHIAPPETTA:  Let's identify a

 6    specific video --

 7                   MR. TRAINOR:  I'm asking --

 8                   MR. CHIAPPETTA:  No.  In general is too

 9    broad to identify --

10        Q.    Is there any person that hadn't been

11    found guilty and you made a video about them, at the

12    time you made the video?

13        A.    So, you're not describing it correctly.

14    I will give you an example.

15                   In the case of Jennifer Couture --

16        Q.    Come on.  Enough.  We've heard your

17    soliloquy.

18                   MR. CHIAPPETTA:  No, no, no.  This is

19    about this case.

20        Q.    Okay.  Let's hear it.  Let's hear it.

21    Come on.

22        A.    What you think soliloquy is.

23        Q.    Answer the question.

24        A.    Okay.  For example, with Jennifer

25    Couture, it's not that she was found guilty.  It's
```

Page 212

1     that a detective was looking for identification to

2     hold how her accountable.

3            And then when I did identify her and she

4     was found guilty and was arrested, she did not like

5     that.  So even though she was on probation, she

6     solicited Joseph Camp and yourself, to harass me and

7     my family, nonstop, and try to bait me into a

8     lawsuit, to try to provoke me and get me to do

9     something bad, the way you guys do, so you could say

10    I'm the bad guy the whole time, and it didn't work

11    out well for you guys, as you can see.

12           I believe all her charges were dismissed

13    with prejudice or accusations.

14       Q.    Have you ever spoken with a person named

15    Christian Exoo, E-X-O-O.

16       A.    I don't know who that is.

17       Q.    He operates a Twitter account,

18    AntiFashGordon, F-A-S-H, G-O-R-D-O-N.

19       A.    No.

20       Q.    You have never spoken with him?

21       A.    No.

22       Q.    Have you ever spoken with Christopher

23    Marlboro, an attorney?

24       A.    No.

25       Q.    You've never spoken with him?

Page 213

1          A.    No.

2          Q.    Earlier you mentioned that you had

3    created a Google Drive of documents?

4          A.    Yes.

5          Q.    Have you produced all of those documents

6    in that Google Drive?

7          A.    Excuse me?

8                MR. CHIAPPETTA:  What Google Drive?

9    Please clarify what we're talking about.

10         Q.    Sure.  There is a Google Drive video

11   that I showed you earlier you said you created a

12   Google Drive and produced that Google Drive to the

13   FBI.

14               Do you recall that?

15         A.    For which -- sorry.  Specifically for

16   what -- in what context?

17         Q.    Earlier today I showed you a video.  Do

18   you recall?

19         A.    Oh, that video.  That video, yes.

20         Q.    In that video, you stated that you

21   created a Google drive and provided that to the

22   Federal Bureau of Investigation.

23         A.    Yes.

24         Q.    Have you produced all the documents in

25   that --

Page 214

1          MR. CHIAPPETTA:  Objection.  Don't
2   answer that.  Until you show me a proper request for
3   those documents, those are completely irrelevant to
4   the case.
5          MR. TRAINOR:  Relevance is not an issue
6   before us, Nick.
7          MR. CHIAPPETTA:  It is an issue.  It's
8   in your discovery request.
9          MR. TRAINOR:  This is not evidentiary.
10          MR. CHIAPPETTA:  Relevance is important
11   in discovery.
12          MR. TRAINOR:  No, it's not.
13          MR. CHIAPPETTA:  Yes, it is.
14          MR. TRAINOR:  Nick --
15     Q.    So have any of those documents been
16   produced in that Google drive?  We don't know the
17   content of that Google drive.  But have any of those
18   documents been produced?
19     A.    Why would that even exist at this point?
20   It has nothing to do with this case.
21     Q.    I don't know if it does or doesn't.
22     A.    It doesn't.
23     Q.    That's your words for it.
24     A.    What do you mean?
25          MR. CHIAPPETTA:  Hold on.  Show us the

1   request in which it would relate to, Mr. Trainor.

2            MR. TRAINOR:  Okay.

3       Q.    Do you have a Signal account?

4       A.    Yes.

5       Q.    That's @thatdaneshguy.com?

6       A.    No.  I don't know the user name on that

7   one, to be honest.  It's for private chats.

8       Q.    What is the name of that account?

9       A.    I don't know.  It's my phone number.

10      Q.    Your phone number.  Okay.  Have you ever

11  used that Signal account to talk to anybody about

12  this case?

13      A.    It's possible.  I don't know.

14      Q.    Do you still have the Facebook account,

15  Erica Sabonis?

16      A.    No.

17      Q.    When was that Facebook account closed?

18      A.    I don't know what happened to it.  It

19  could be open, it could be closed.  I don't have the

20  login for it.

21      Q.    What happened to the login for it?

22      A.    I misplaced it.

23      Q.    The account is still out there, correct?

24            MR. CHIAPPETTA:  Objection.  Asked and

25  answered.

1          Q.     Well, did you delete the account?

2          A.     No.

3          Q.     Is there anybody else who has access to

4     the account that could have deleted that account?

5          A.     No.  I don't know.

6          Q.     So is there any -- so you could, in

7     theory, request that login for that account, correct,

8     by saying to Facebook you lost your login

9     information?

10         A.     No.

11         Q.     Why -- does Facebook not allow you to

12    reactivate --

13         A.     I don't know the login to it.

14         Q.     Do you know the email address that you

15    used for it?

16         A.     No.

17         Q.     That wasn't one of your Danesh Gmail --

18    there wasn't a Gmail email address?

19         A.     No.

20         Q.     Go ahead.  What were you going to say?

21         A.     Nothing.  Go ahead.

22         Q.     Do you have so many email addresses that

23    it's impossible for you to recall that?

24              MR. CHIAPPETTA:  Objection.

25    Mischaracterization.

Page 217

1          Q.     I asked a basic question.  I asked, if
2     you can't recall the email address, is it because you
3     have an abundance of emails addresses that you just
4     can't remember?
5          A.     No.
6          Q.     How many email addresses do you have?
7          A.     Three.
8          Q.     You've only always had three email
9     addresses?
10               MR. CHIAPPETTA:  Objection, form.
11          Q.     You can answer.
12          A.     I don't know how many emails addresses
13     I've had in my lifetime.
14          Q.     Now, Garramone Plastic Surgery, you
15     created videos about them.  Is that correct?
16          A.     About Garramone Plastic Surgery?
17          Q.     Correct.
18          A.     They were not the subject of the video.
19          Q.     You never produced a video about --
20     where Garramone Plastic Surgery was the subject?
21          A.     The subject was not Garramone Plastic
22     Surgery, no.
23          Q.     Was the subject about Garramone?
24          A.     The only one I recall was when Garramone
25     Plastic Surgery was posting about me in their own

1      review section.  They're naming me by name and

2      slandering me.

3                     I responded to that -- yeah.  I

4      responded to that.

5           Q.     In what way did they slander you?

6           A.     I don't have it in front of me.  They

7      were basically saying nasty things about me and

8      saying that these bad reviews have something to do

9      with me, even though I'm never mentioned in these and

10     constantly kept referencing me.

11                    Also, the Garramone Plastic Surgery

12     account would constantly comment on videos that

13     disparage me or seems like one of your associates'

14     friends would post.

15          Q.     Did any of your followers ever contact

16     Garramone Plastic Surgery, that you're aware of?

17          A.     I wouldn't know that.

18          Q.     Have any of your followers, have they

19     ever shared with you that they have contacted

20     Garramone Plastic Surgery?

21          A.     No.  I wouldn't know that.  And you say

22     followers.  Again, these people follow multiple

23     people online.  I don't know how you're specifying

24     I'm responsible for every individual.

25          Q.     I'm just asking about your followers.

Page 219

1        A.      I'm just answering.

2        Q.      Did your -- have any of your followers

3    ever communicated to you that they contacted or

4    called Jennifer Couture in any way?

5        A.      Not to my knowledge.

6        Q.      Not to your knowledge, what?  They

7    didn't contact Jennifer Couture or they didn't tell

8    you that?

9        A.      No one has called me to tell me anything

10   like that and I don't recall anything like that being

11   told to me.

12       Q.      Was that information ever shared to you

13   via a comments section underneath one of your TikTok

14   videos?

15              MR. CHIAPPETTA:  Objection.  What

16   information?

17       Q.      The information that one of your

18   followers has contacted Garramone Plastic Surgery,

19   did they ever share that in any of the comments

20   sections in any of your videos?

21       A.      There are thousands of comments on my

22   videos and I have so many videos.  I don't know what

23   people, that are not me, said.

24       Q.      Do you ever respond to comments on your

25   videos?

1          A.     Yeah.  I respond to comments on videos.

2          Q.     Have you ever acknowledged a person who

3     has told you they contacted Garramone Plastic

4     Surgery?

5          A.     Now you're reducing it to just have I

6     acknowledged it?

7                 THE REPORTER:  I can't hear you.

8          Q.     Did you respond -- ever respond to a

9     comment beneath one of your videos?

10         A.     I've responded to comments under my

11    videos.

12         Q.     Okay.  And was -- did you ever respond

13    to a comment beneath -- attached to one of your

14    videos about Garramone Plastic Surgery?

15         A.     So, it's possible.  There is no way I

16    could remember all the comments that are left for me.

17         Q.     How often do you comment on -- do you

18    reply to comments beneath your videos?

19         A.     I don't know how often I comment.

20         Q.     Well, is it a regular practice of yours?

21         A.     It's not -- it's not a regular practice.

22    I may, I may not.  It's -- there is no rule book --

23    handbook to how I comment on TikTok.

24         Q.     I'm talking about how you reply to

25    comments on TikTok.  It's not something you do

Page 221

1    regularly, correct?

2           A.    I didn't say that.  I'm confused by your

3    question.  If you want to, specifically, get to what

4    you're trying to get to.

5           Q.    I've gotten to it.

6           A.    Okay.

7           Q.    When you publish videos and people

8    comment on your videos, do you regularly reply to

9    comments to your videos?

10          A.    So the word "regularly."  I may or may

11   not.  It's -- there is no consistency.

12          Q.    So is it possible that you might go

13   seven, eight or nine videos without replying to a

14   comment to any of those videos?

15          A.    I don't know.  I don't keep track of

16   that.

17          Q.    You don't regularly reply.  Is that

18   correct?

19                MR. CHIAPPETTA:  Objection.  Asked and

20   answered.

21          A.    I'm sorry.  I don't understand what

22   you're trying to get at.

23          Q.    You don't regularly reply.  That's what

24   trying to get at.  If it's not something you can

25   recall immediately.

1          MR. CHIAPPETTA:  Ask him if he has a

2     method, Patrick.

3          MR. TRAINOR:  We asked a method earlier

4     today, what his method was.

5          Q.    So what is your method for replying to

6     comments beneath your TikTok videos?

7          A.    Well, if they have wrong information, I

8     try to correct that.  If it's something encouraging,

9     I might say thank you.

10          I mean, I -- it's really not -- it's not

11     as complicated as you're making it out to be.  Not as

12     methodical as you believe it is.

13          Q.    Well, if it's something you do regularly

14     is all I want to know.  Meaning, is it something you

15     do every other video or every video?  That's what I

16     would like to know.

17          MR. CHIAPPETTA:  Asked and answered.

18     Mr. Noshirvan has already --

19          Q.    He can still answer the question.

20          MR. CHIAPPETTA:  -- that there is no

21     methodology.

22          Q.    I'm not asking for a methodology.  Does

23     he go to it every video?

24          A.    I have responded to comments under

25     videos.  I have done that.  The rate at which I do

Page 223

1    that, I don't know.  I don't have that -- I don't

2    keep track of the rate at which I reply to comments.

3              I'm not trying to mess with you.  It's

4    the best answer I can give you.

5         Q.    Now, have you ever decided that when you

6    publish a video, that that person deserves

7    accountability but it turned out that your facts on

8    the case were wrong?  Has that ever happened to you?

9         A.    Not --

10             MR. CHIAPPETTA:  Objection.  Form.  You

11   can still answer.

12        A.    Not in the way you described.

13        Q.    Well, in what way has it happened?

14        A.    Very different.  If I see a story

15   presented and the facts -- the facts were not correct

16   from the story, I will do a video correcting somebody

17   else so that someone is not falsely accused.  I, as

18   you would put it, uncancelled someone before.

19        Q.    Did that happen with the nurse in New

20   York City who was pregnant with the city bike?

21        A.    No.  That did not happen with her.

22        Q.    What happened with her?

23        A.    What do you mean?  In regards to happen.

24        Q.    Well, you created a video about her,

25   correct?

1        A.      Many people did, yes.

2        Q.      I'm asking about you.  Did you create a

3   video about her?

4        A.      Yes.

5        Q.      Did you accuse her of endangering the

6   lives of three black teenagers?

7        A.      Yes.

8        Q.      How did she do that?

9        A.      She was screaming help, help in a non-

10  emergency situation.  Help, help I'm pregnant.

11       Q.      What was the non-emergency?

12       A.      It was over a bike, a rental bike.

13       Q.      And it was her bike, though, correct?

14       A.      That's not correct.

15       Q.      What's not correct about that?

16       A.      Are you her lawyer?

17       Q.      No.  I'm asking a question.

18       A.      It's not -- it was not correct and so

19  it -- despite whether it was correct or not, what I

20  stated in my video, in the very first video, is that

21  it wasn't about the bike.  It was the irresponsible

22  way in which she was willing to endanger these

23  minors' LIVEs just over a bike.  I stated that in the

24  video, too.

25       Q.      Okay.  So there id no way she was

Page 225

1    correct?  There isn't any way that you believe she

2    would feel threatened in that situation?

3                    MR. CHIAPPETTA:  Objection.  Calls for

4    speculation.

5        Q.    Could she have felt threatened in that

6    situation?

7                    MR. CHIAPPETTA:  Same objection.

8        Q.    Answer the question.

9        A.    She physically assaulted one of them by

10   snatching their phone away from them in the video,

11   much like your client, Jennifer Couture did, and got

12   arrested for that.

13                   This person, she did the same thing to

14   these minors.  I don't really think -- I think it's

15   immoral, and I think most people do, to assault

16   minors.  We've come to realize that your team doesn't

17   really take issue with violating minors since I've

18   been a victim of it, my children have.

19                   But that is where my morals lay, and

20   yelling help when you don't need help is like yelling

21   fire, in a crowded movie theater.  It's absolutely

22   irresponsible.  Why are we talking about that case?

23   Do you have more questions for this case?

24       Q.    Any of the people you targeted in your

25   videos --

Page 226

1          A.     I don't target.

2          Q.     -- do any of those people have children?

3                 MR. CHIAPPETTA:  Objection.  Calls for

4     speculation.

5          Q.     Have you ever shown concern for the

6     children of the people that you've put in your

7     videos?

8          A.     Yes.

9          Q.     How have you shown concern?

10         A.     By always covering their faces.  If it's

11    on someone's Facebook or something, always covering

12    their faces and giving them their privacy.  Not

13    blasting their face all over the Internet like your

14    friend do to me.

15         Q.     Who are my friends?

16         A.     Your clients and Joseph Camp.  Your

17    close friends.

18         Q.     You've said other people have done that,

19    so who really has done that, Mr. Noshirvan?

20         A.     Joseph Camp, Jennifer Couture, Ralph

21    Garramone and you.

22         Q.     And what about the person in the video

23    you accused of doing that?

24         A.     It was not under oath there.  I'm under

25    oath here.  Remember, in that video, they admit to

Page 227

1     contacting your client and giving them information.

2            Q.     Who admits?

3            A.     The people in that video you're

4     constantly referencing.

5            Q.     How do they admit that?

6            A.     By writing it out in the discord.

7            Q.     That they have done what?

8            A.     That they communicate -- the video

9     exists on my page.  That they communicated with your

10    client personal information about me and my mom.

11           Q.     Do you have access about that discord?

12           A.     I don't have access to that discord.

13    But people who were in that discord publicly posted

14    that.

15           Q.     Did they give you that information?

16           A.     It was publicly posted.

17           Q.     Where was it publically posted?

18           A.     On YouTube, on TikTok, on social media.

19           Q.     And did you tell us the YouTube account

20    that it was?

21           A.     It belonged to someone named Pablo and

22    I don't know his real name.

23           Q.     Is that Pablo Ice Cream Bar, or

24    something along those lines?

25           A.     So you're familiar?

Page 228

1          Q.     No.  I saw it on your account.

2          A.     It was not on my account.  I wonder how

3     you're familiar with that.

4          Q.     Your account has Pablo on it?

5          A.     No.  I'm not Pablo.

6          Q.     I'm not saying you are Pablo.  I'm

7     saying, on your account, you mentioned Pablo before,

8     have you not?

9          A.     I have.

10         Q.     Okay.  That's how I know.

11         A.     So you are stalking my accounts.

12         Q.     I'm stalking your accounts.

13                MR. CHIAPPETTA:  Okay.

14         Q.     You have a public --

15                MR. CHIAPPETTA:  Let's take a two-minute

16    break.  I'm going to the restroom.

17                MR. TRAINOR:  No. No.  We don't have

18    much longer.

19                THE REPORTER:  I'm sorry.  I can't hear

20    what's going on.

21                MR. CHIAPPETTA:  We're going to use the

22    restroom.  We're going to take a two-minute break.

23    I'll be very fast, but I am going to use the

24    restroom.  Thank you.

25                VIDEOGRAPHER:  We are now off the video

Page 229

1    record at 1:46 p.m.

2                MR. CHIAPPETTA:  Just for the record, I

3    never had someone tell me I couldn't use the

4    restroom.

5                (Recess is taken.)

6                VIDEOGRAPHER:  We are now back on the

7    video record.  The video time is 1:48 p.m.

8    BY MR. TRAINOR:

9         Q.    I'm going to show a video, Madam Court

10   Reporter.  I'll send this video to you.  The title of

11   the video is Moderator Cindy - Screen Recording

12   20240522102641 Instagram.

13               THE REPORTER:  Do you want me to

14   transcribe that?

15               MR. TRAINOR:  I believe we'll be able to

16   get it on the record here.

17               THE REPORTER:  That means yes?

18               MR. TRAINOR:  I think it's brief.  It's

19   only a minute 18.  Yes, please.

20               THE REPORTER:  Thank you.

21        Q.    I believe they're voice recordings,

22   somehow.  Mr. Chiappetta produced these.  We'll just

23   play this for you.  Okay?

24        A.    Okay.

25               (Video playing.)

```
                                           Page 230
 1                "I just need to know how the process
 2      works."
 3                     MR. CHIAPPETTA:  Hold on.  Before we
 4      play that, let's identify it.  What date did that
 5      occur?
 6                     MR. TRAINOR:  This is file that you sent
 7      to me.
 8                     MR. CHIAPPETTA:  So why don't you show
 9      my client, let him look at it and identify a date.
10                     MR. TRAINOR:  This appears to be
11      November 3rd of 2023.
12           Q.     Do you see that?
13                     (Moderator Cindy - Screen Recording
14      20240522102641 Instagram Video is marked Exhibit No.
15      P-9.)
16           Q.     I don't know what date that is.  That's
17      how it was produced to me.  I'm assuming it's a date
18      prior to November 3rd, but it could also be the same
19      date and time.
20                     Do you recognize that?
21           A.     Yup.
22                     (Video playing.)
23                "I've done extra work for film.  I know
24      how long the filming process is.  No worries.  Extra
25      work.  I'm not, like, bragging.  Don't worry.  I just
```

Page 231

1    mean I know how the filming process works.

2              So I'm going to be very busy today.  I'm

3    doing your bullying video right now.  I'm filming

4    that right now.  Then I'm going to share all that.  I

5    can even hit collaborate if you want it to show up on

6    both of our pages so you get more people to your

7    page.

8              "Anyway, after that I have a couple

9    other things to do.  So I have you in touch with

10   Shiggy.  I also told my mod, Cindy.  She is -- she is

11   very, very useful.  She is like my -- she is -- how

12   Credible is to you, she is to me.  She's great.

13   She's a former attorney.  She -- she knows how to do

14   a lawsuit.

15             "Anyway, reach out to her if you need

16   any court documents or anything about Rezube or

17   anything else.  She can get it for you, no problem.

18             "I'll start working on this and I'll

19   post it -- I think I'll post it around 3 p.m. my

20   time.  It's 10:30 now.  So, yeah, 3 p.m. my time

21   because that is the best time for traffic on my page.

22             "Sound good?  I'll have it done now so

23   it will be ready.  Let me know if you want

24   anything -- if anything changes."

25             (Video stopped.)

1    Q.    That screen recording, that was a phone

2    call that you were having right there.  Is that

3    correct?

4          A.    It's audio text.

5          Q.    An audio text?

6          A.    Yes.

7          Q.    Was that audio text with James McGibney?

8          A.    Yes.

9          Q.    And when you say your mod, that refers

10   to your moderator?

11         A.    Yes.

12         Q.    And that's the person who runs the

13   account, Cindy ESQ1?

14         A.    She is, yeah.

15         Q.    And Credible, that is a friend of

16   McGibney's.  Is that correct?

17         A.    I understand, yes, somebody who is

18   helpful to McGibney, yeah.

19         Q.    So they are somehow, some level,

20   associates of some kind?

21         A.    He helps them.

22               MR. CHIAPPETTA:  Objection to the term

23   associates as being undefined.

24         Q.    Are they friends?

25         A.    I don't know.  I just know that he helps

Page 233

1    him online.

2         Q.    Does your moderator, Cindy, help you a

3    great deal?

4         A.    With my LIVEs, absolutely.  She's great

5    about muting and banning people who are there to

6    troll.

7         Q.    Were you talking about a LIVE event in

8    that audio text?

9         A.    Yeah.  I mean, it's very possible I was.

10   Definitely wasn't about your clients.

11        Q.    What was McGibney going to contact your

12   moderator about?

13        A.    I believe it was about Razook Catatorah

14   (phonetic).

15             THE REPORTER:  I'm sorry?

16             THE WITNESS:  A gentleman named Razook

17   Catatorah.

18        Q.    Who is Razook Catatorah?

19        A.    Obviously, one of Joseph Camp's friends.

20        Q.    Who is he?

21        A.    One of Joseph Camp's friends.

22        Q.    What does that mean?

23        A.    It means another low life video who does

24   nothing but post doxxing and harmful things about

25   people, just like Joseph Camp will, to threaten and

1   intimidate them and make them fear for their safety.

2        Q.    Now, were you sharing information with

3   Mr. McGibney about this Razook Catatorah?

4        A.    Mr. McGibney takes an interest in people

5   who share private photographs of other people,

6   revenge porn.  He likes to hold those people

7   accountable.

8             Razook is one of those people.  So we

9   were discussing his -- him, but also unrelated,

10  because the context is kind of mixed up.  There is a

11  bullying video I referenced.  That has nothing to do

12  with Razook.

13       Q.    But your moderator, Cindy, she had

14  information about Razook.  Is that correct?

15       A.    At that time, that one person did

16  because I was busy with something.

17       Q.    Okay.  And just to repeat it, the

18  Credible Intel, that's Credible that you reference in

19  that message, correct?

20       A.    Yeah.

21       Q.    So, Credible Intel and McGibney are

22  close friends, associates, acquaintances, is that

23  fair to say?

24       A.    It's fair to say they have some sort of

25  relationship.

Page 235

1    Q.    And they help one another.  Is that

2    correct?

3    A.    It's fair to say so.

4    Q.    Okay.  Do you recall the first time you

5    ever communicated with Intel?

6    A.    I don't recall our first conversation.

7    Q.    How about your first text message or

8    message along those lines?

9    A.    I don't recall the specifics of it.

10   Unfortunately, all I know is that he reached out

11   because he saw I was being targeted by Joseph Camp

12   and he wanted to make sure that I don't feel

13   terrified as one would feel.

14   Q.    So, when you speak to Credible Intel, is

15   it fair to say that James McGibney will know that

16   information?

17   A.    No.  That's not necessarily -- no.

18   They're two different people, and I was speaking to

19   Credible before speaking to James.

20   Q.    Did Credible Intel introduce you to

21   James McGibney?

22   A.    No.

23   Q.    He did not?

24   A.    No.

25   Q.    So just to move on from that.

Page 236

1          A.     Okay.

2          Q.     So you have no belief that when you

3     speak to Credible Intel that James McGibney will get

4     word of that?

5          A.     They're two video people.  I don't know

6     where he gets the assumption.

7               MR. CHIAPPETTA:  Object to speculation.

8          Q.     Well, if I speak to your moderator,

9     Cindy, about an issue, does your moderator speak

10    to -- address that information with you?

11         A.     Not necessarily.

12         Q.     Not necessarily.

13         A.     She moderates for other people as well.

14    Plus, she is a nice person, but she has no commitment

15    to me.  I don't pay her.  I don't employ her.  I

16    don't do anything like that.  She does it if she

17    wants to.

18         Q.     And it's only LIVE events that she helps

19    you with?

20         A.     There is -- to answer your question

21    accurately, there would be nothing else to moderate.

22         Q.     Does she do anything other than LIVE

23    events for you?

24         A.     All I -- all I ask, the only thing --

25    actually, the thing that I always communicate with

1    her about is, hey, I'm about to go LIVE, so she can

2    come in and moderate.  She's not my attorney.

3          Q.    What sorts of things does Credible do

4    for James McGibney?

5                MR. CHIAPPETTA:  Objection.  Calls for

6    speculation.

7          Q.    What's sorts of things does Credible do

8    for James McGibney?

9                MR. CHIAPPETTA:  Objection.  Calls for

10   speculation.

11         Q.    You can answer the question.

12         A.    I don't know all the things he does for

13   James McGibney, but what I do relate to is that he

14   gives -- he comes down in times where it seems very

15   perilous and upsetting and frightening and

16   terrifying, both James and Credible have been kind

17   enough to reassure me it's going to be okay.  Try to

18   make sure I'm taking steps to stay safe.

19                That's one thing I really appreciated

20   about that, and one thing that if whoever Joseph's

21   next victims are, I'm going to try to offer them

22   comfort as well.

23         Q.    The question I asked you was, what does

24   Credible do for James McGibney?

25         A.    I know.  It's kind of hard to answer.

```
 1      You're talking about a terrorist, Joseph Camp, who

 2      attacks people.  All we do is comfort each other.

 3      You're trying to make this out to be something

 4      criminal and it's not.  So I don't know how to answer

 5      you.

 6           Q.    I asked you a question.

 7           A.    The answer you want doesn't exist.

 8           Q.    You just said in your video that

 9      Credible does -- my moderator is like what Credible

10      is to you.

11           A.    Yeah.

12           Q.    What does Credible do for James

13      McGibney?

14           A.    They're there for you.  That's what

15      friends do.  Maybe you're not familiar with that.

16      Your friends don't do that for you, but we're there

17      for each other.

18           Q.    Mr. Noshirvan?

19           A.    Yes, sir.

20           Q.    Answer the question.

21                 MR. CHIAPPETTA:  Asked and answered.

22           A.    I did.

23           Q.    You're being evasive.

24                 MR. CHIAPPETTA:  Argumentative.

25           A.    We're different people, Patrick.
```

Page 239

1          Q.     We are different people.

2          A.     Absolutely.

3          Q.     Thankfully, we're different people.

4          A.     Yes.

5          Q.     Earlier you said you never asked for

6     anything other than you just want to help people out

7     of the goodness of your heart, isn't that correct?

8                 MR. CHIAPPETTA:  Objection.

9     Mischaracterizes his statements.

10         Q.     That's what you said the purpose of your

11    videos are, correct?  It's just to help people?

12                MR. CHIAPPETTA:  Objection.

13    Mischaracterizes his statements.

14         Q.     You never asked for anything else --

15    other from other people, is that correct?

16         A.     I didn't say any of those things.  I

17    said I like to help people.  But there are things

18    that I use my platform for as well.

19         Q.     What are those things?

20         A.     Sometimes just comedy.

21         Q.     Okay.

22         A.     Sometimes just raising money for people.

23    That falls into helping and sometimes to ask for

24    help.

25         Q.     And do you make money for yourself --

Page 240

```
 1          A.      Yes.

 2          Q.      -- making videos?

 3          A.      Do I make money for myself?  What do you

 4    mean?

 5          Q.      Do you earn money from your videos that

 6    you keep for yourself?

 7          A.      What do you mean?  Where I ask for help?

 8          Q.      Do you earn money from the videos that

 9    you publish on social media, specifically TikTok?

10                  THE REPORTER:  Do you earn money -- I'm

11    sorry.  I only got part of that.

12                  MR. TRAINOR:  Does he earn money from

13    the videos he publishes on TikTok.

14          A.      Occasionally.

15          Q.      How often is occasionally?

16          A.      Most of the time, they don't pay me.  I

17    complained about this a lot publically, even in the

18    evidence you showed.

19                  For years now, it's been a huge issue

20    between me and TikTok because they don't pay me

21    fairly.  Very often -- it's only recently that I have

22    gotten a little bit from them.

23          Q.      Under what circumstances have you gotten

24    a little bit from them recently?

25          A.      I don't -- what do you mean
```

Page 241

1    circumstances?

2         Q.    Did you sign an agreement with them?

3         A.    No.

4         Q.    They just introduced a change in

5    formula?  How did it come about that you started

6    earning more money from them?

7         A.    So, it's not like I started regularly

8    earning more money.  It's this one month they

9    actually paid me what they said they were going to.

10             The issue lies in that they will

11   calculate a number, what they believe I earned for

12   this video.  Their process is their own trade secret,

13   and then before the month ends, before I could be

14   paid out for it, they'll randomly say, oh, this video

15   is ineligible and I don't get that money, after the

16   whole month thinking, oh, I might get some money for

17   this.

18        Q.    Who do you talk to about that?

19        A.    No one.

20        Q.    They just come to you out of the blue?

21   There is no person you can speak to at TikTok?

22        A.    It's a constant public grievance I have

23   with TikTok.  I stated many times that I can't reach

24   anybody there.  Even in the evidence that you

25   provided -- in the paper you provided, that screen

Page 242

1      shot where I had said, nobody at TikTok will ever

2      respond to me.  That is a constant issue.

3              Q.    You contact -- what department are you

4      contacting?

5              A.    Customer service.

6              Q.    Customer service?

7              A.    Yeah.

8              Q.    Do you have a name of a person you have

9      spoken to there?

10             A.    No.  No one ever responds to me.

11             Q.    You sent them emails?

12             A.    I've tried sending them emails, yeah.

13             Q.    From -- to what address?  What email

14     address?

15             A.    Whatever the TikTok customer service

16     email is.

17             Q.    You send that from your personal email

18     address?

19             A.    From the one attached to the account.

20             Q.    Okay.  Did you ever do that directly

21     through the app, through your profile?

22             A.    No.  The app, I don't really use.  It's

23     not -- I tried to get someone's attention.  I'm never

24     able to.  I'm never successful.

25             Q.    Here's a production of a document.

Page 243

1          MR. TRAINOR:  Can you hear me, Madam

2     Court Reporter?

3          THE REPORTER:  No.  You said here is a

4     document, did you say?

5          MR. TRAINOR:  Yeah.  I'm going to give

6     Mr. Noshirvan a document.  This is Cash App.  This is

7     a highlight of -- it's four line entries in the Cash

8     App's spreadsheet that we will provide.

9          Q.    I'm going to ask you to please start at

10    the bottom, first one.  They are sort of just out of

11    order.

12         THE REPORTER:  Are we marking this as

13    ten?

14         MR. TRAINOR:  Yes, ma'am.

15         (Cash App Entry is marked Exhibit No.

16    P-10.)

17         Q.    The bottom line there, do you see that,

18    Mr. Noshirvan?

19         A.    Yeah.

20         Q.    This is a Cash App entry.  This was

21    provided to your attorney.  Received this via

22    subpoena, that appears to be dated February 1st,

23    2022.

24         Do you see that?

25         A.    Yup.

Page 244

1      Q.      Okay.  I believe this is you sending

2      money to a person named Christine Wartluft.  Is that

3      correct?

4                      THE REPORTER:  Christine who?

5                      MR. TRAINOR:  Wartluft, W-A-R-T-L-U-F-T.

6                      THE REPORTER:  Thank you.

7      Q.      And the subject there is, Saving lives

8      from Erica Sabonis.

9      A.      Uh-huh.

10     Q.      Who was saving LIVEs?

11     A.      This, if I remember correctly, the

12     original account Erica Sabonis I created.  Like I

13     said, it was to try to identify a murderer.  That

14     person was identified, and it wasn't by me.

15                     I later made it known that I was behind

16     this account when I joined these Facebook groups who

17     were investigating A Taste of Sicily.

18                     This was a joke.  This is what they

19     responded to.

20                     THE REPORTER:  Investigating, what was

21     that name?

22                     THE WITNESS:  I'm sorry?

23                     THE REPORTER:  You said they were

24     investigating?

25     A.      It was A Taste of Sicily.  That was

Page 245

1     another case that I took on.  That was the main

2     purpose of this account.  It wasn't for your client

3     and I was very clear I was behind the account.  And

4     this is a joke.

5                    Just as the other ones you highlighted

6     that say -- I mean, you could read yourself.

7          Q.     We'll get to them.

8          A.     Sure.

9          Q.     Christina Wartluft, what was she?

10         A.     I don't know.

11         Q.     You paid her $40.  You don't know who

12    she is?

13         A.     I believe this means she paid me, right?

14         Q.     No.  I believe the sender was you?

15         A.     Okay.  I don't know.  To be honest, I

16    don't know, but it was in reference to this.

17         Q.     Let's start, same document, the first

18    line, looks like it's dated February 25, 2023.

19         A.     Yeah.

20         Q.     That's you were sending $50 to a

21    recipient who is named Savannah Spark.  Is that

22    correct?

23         A.     Yeah.

24         Q.     What's the subject of that line?

25         A.     The subject of the line that says,

Page 246

1    Unblocked fee tits and signal.

2            Q.     What does that mean?

3            A.     It's a joke.  You -- Savannah Sparks

4    will charge people unblock fees, like a joke, where

5    she says if you want me to unblock, you give me that

6    much money.  And as you see, we didn't follow through

7    with that.

8            Q.     Unblock to see tits.  Is that what

9    happens there?

10           A.     No.  It says, Unblock fee tits and

11   signal.  Unblock fee and you see all the rejected,

12   rejected, rejected.  These are jokes, just like

13   remember in this one you see the word cocks and meow?

14           Q.     No, I don't.

15           A.     You don't see it?

16           Q.     I don't.

17           A.     Right there.

18           Q.     I don't see it.

19           A.     So 13 years of comedy I make dumb dick

20   jokes all the time, that is something you can pretend

21   to be ignorant about, but that's what this is.

22           Q.     I see a request unblock me.  You want to

23   be unblocked.  That's what I see.  I don't see the

24   joke.

25           A.     Yes, what I see is somebody trying to

Page 247

1      invade my privacy to try to embarrass me and it's

2      backfiring because it's not what he thinks it is.

3           Q.    I don't think it's anything.  I'm asking

4      you what it is.  Stop putting words in my mouth.

5                 MR. CHIAPPETTA:  All right.  Asked and

6      answered.

7           A.    It's asked and answered, sir.

8           Q.    I'm asking you what it is.

9           A.    It's nothing.  It's a dud.

10          Q.    I'm not asking you if it's a dud or not.

11     I'm asking what it is.

12                MR. CHIAPPETTA:  Gentlemen, let's get

13     back on track, please.

14          Q.    Now, do you recall you said you had

15     three websites taken down that allegedly belonged to

16     Mr. Camp?

17          A.    Yes.

18          Q.    What were the names of the hosts that

19     you called to have those websites taken down?

20          A.    I don't recall off the top of my head.

21     One of the reasons they took it down is because Joey

22     was posting revenge porn of Savannah and myself on

23     there.

24          Q.    That's not indicated in this case, has

25     nothing to do with us.

```
 1          A.     You said --
 2          Q.     If somebody is posting revenge porn, you
 3     do not know what service you called to have it taken
 4     down?
 5          A.     Yeah.  I called the host.
 6          Q.     What is the name of the host?
 7          A.     I don't have that off the top of my head
 8     or in front of me.
 9          Q.     Where do you have that information?
10          A.     In my email.
11          Q.     Okay.  Please produce the email.
12                 MR. CHIAPPETTA:  Okay.  That's simple.
13     We can avoid a lot of arguing.
14                 THE WITNESS:  Yeah.
15          Q.     Get back to one thing.  You said you
16     attended Fullerton College for two years?
17          A.     Uh-huh.
18          Q.     Beginning -- what year again was that?
19          A.     I don't know.
20          Q.     It was 2008?
21          A.     I don't know, I said.
22          Q.     Do you recall how old you were when you
23     began attending that college?
24          A.     No.
25          Q.     That was only for two years, correct?
```

Page 249

1          A.     It was for a short time, two years, I

2    believe, is correct.

3          Q.     Do you know if Improv Shimimprov is

4    still in existence?

5          A.     I don't have any knowledge of that.

6                 THE REPORTER:  I'm sorry, do you know if

7    what is still in existence?

8                 MR. TRAINOR:  Improv Shimimprov.

9          A.     No.  I have no knowledge of that.

10         Q.     Are you still in contact with persons

11   from Improv Shimimprov?

12         A.     No.

13         Q.     What is your connection to Epic Servers?

14         A.     None.

15         Q.     When you were posting to social media

16   about Epic Servers, I guess a hack.  Is that what

17   that was?

18         A.     Sounds like it was, yeah.

19         Q.     This is what you said, it was in 2021.

20   Is that correct?

21         A.     Yes.

22         Q.     Was that just out of interest?  Did you

23   have an interest in that subject matter or what was

24   your reason for your posting about it?

25         A.     I like seeing White Supremacists or

Page 250

1    extremists being held accountable.

2         Q.     Okay.  But what was your interest about

3    the hack?

4         A.     Just answered you.

5         Q.     So all of those persons on that, they

6    are just White Supremacists?

7         A.     Extremists.  They could have been

8    brown supremacists, they could have been middle

9    eastern extremists.  Who knows?  Either way, they

10   chose that server for a reason and I'm glad they got

11   exposed.

12        Q.     Do you know the reason why they chose

13   that server?

14        A.     That server promised -- seemed to

15   promise them some sort of privacy so they could

16   further continue their extremism without any

17   accountability.

18        Q.     Did you ever see them do any

19   extremism?

20              MR. CHIAPPETTA:  Objection.  Who is

21   them?

22              MR. TRAINOR:  These White Supremacists

23   he's talking about.

24        A.     This isn't a story I concocted.  It was

25   in the news.  Are you saying I made up --

Page 251

1          Q.     I'm not saying anything.  I'm asking you
2     a question about it.
3          A.     It's not my story.  I saw the story and
4     I thought it was interesting and it is, and so I
5     posted about it.  There is no reason to send me a
6     death threat over it, though.
7          Q.     I did that?
8          A.     Your friend did.
9          Q.     My friend did that?
10          A.     Your good personal friend and partner.
11          Q.     My good personal friend?
12          A.     Joseph Anthony Camp.
13          Q.     Did you ever see me with him?
14          A.     I don't actually keep up with what you
15     do.
16          Q.     But you called him a liar, though.
17     Isn't that correct?
18          A.     The whole country of Belize did.
19          Q.     Isn't -- did you not call Mr. Camp a
20     liar?
21          A.     Yes, and so did the whole country of
22     Belize.
23          Q.     Okay.  So he has no credibility is what
24     you're saying?
25               MR. CHIAPPETTA:  Objection.

Page 252

1        A.     He has no credibility when he's

2    attacking people, when he's trying to put people

3    down, harass them and threaten them.  But it seems

4    like everything he has said in relation to you and

5    your associates seem to be very true.

6        Q.     I have no further questions.

7               MR. CHIAPPETTA:  Awesome.  So I'm going

8    to do a few quick follow-up questions for clarity and

9    we will be out of here very quickly.

10                         EXAMINATION

11   BY MR. CHIAPPETTA:

12       Q.     So, Mr. Trainor did a lot of talking in

13   relation to moderator Cindy ESQ, or the user behind

14   that profile.  Just to confirm, are you able to state

15   whether or not she has a relationship or is employed

16   by TikTok?

17       A.     She is not employed by TikTok.

18       Q.     All right.  Now, you previously said

19   that you're aware of Joseph Camp having four current

20   warrants in Belize.

21              Is that accurate?

22       A.     That is accurate.

23       Q.     All right.  And are you aware of Joseph

24   Camp's prior criminal history?

25       A.     Yes.

Page 253

1          Q.     All right.  Are you familiar with the

2     University of Missouri hacking?

3          A.     Yes.  The University of Missouri hacking

4     is what he got arrested for.  Trying to change his

5     grades I believe it was, if I'm not mistaken.

6               It is said that when he was arrested, he

7     was taunting the cops so they arrested him saying,

8     you should have sent the FBI.  This is a bigger

9     project than you think.

10         Q.     Do you know the outcome of that?

11         A.     He went to prison.

12         Q.     State or federal?

13         A.     I believe it was federal.

14         Q.     Do you know how long he was in prison

15     for?

16         A.     I don't know the exact answer, actually.

17         Q.     Okay.  That's fine.  If you don't know,

18     you don't know.  All right.

19               Let's see here.  I want to bring up

20     something for clarity.  We're going to go to

21     Plaintiff's Exhibit 6.

22         A.     Okay.

23         Q.     Mr. Trainor had previously asked you

24     about this, I guess, SQL Injection attack?

25         A.     Yes.

Page 254

1          Q.     That, I guess, BullyVille shared with
2     you?

3          A.     Yes.

4          Q.     First, have you ever opened this
5     box?

6          A.     This box would lead to his page.
7     this is the post by BullyVille.  This is not a
8     website.

9          Q.     Okay.  So this is a publicly available
10    post that he shared with you?

11         A.     Uh-huh.  He posted this publicly for
12    everyone.

13         Q.     Okay.  And when I say "he," I'm
14    referring to BullyVille.

15         A.     BullyVille.

16                MR. TRAINOR:  Can you just hold it up
17    for the camera?

18         A.     Sure.  You can tell because it has his
19    user name up here.  That indicates he forwarded a
20    post to me that he had publically posted.  This is my
21    private thing that only I received.

22         Q.     Okay.  Let's see.  All right.  Now,
23    I'm probably going to mispronounce this.  When Mr.
24    Trainor was talking to you about Suze or an account
25    Suarez?

Page 255

1          A.      Yes.

2          Q.      What is the name?

3          A.      Suze.

4          Q.      Okay.  Now, do you remember what your

5     response was in relation to Mr. Trainor's question?

6          A.      Yeah.  I said that she had posted the

7     same kind of, like, harassing crap that the other

8     people that they conspire with post.

9          Q.      Oh.

10         A.      False allegations, so on and so forth.

11         Q.      All right.  Now, I'm jumping around

12    here a little bit, but I just want to clarify

13    something.  You had previously talked about Yandex,

14    Y-A-N-D-E-X?

15         A.      Yes.

16         Q.      Would you agree with the proposition

17    that Yandex is Russia's form of Google?

18         A.      Yes.

19         Q.      Okay.

20                 MR. TRAINOR:  How does he know that?  I

21    object to that.

22         Q.      Okay.  How do you know that?

23         A.      Based on my own research, looking into

24    it after seeing Joseph Camp utilize it so many times.

25    He's, like, the only one that I know that uses that.

Page 256

1          MR. CHIAPPETTA:  Are you satisfied, Mr.

2    Trainor?

3          MR. TRAINOR:  Just a question for you.

4          MR. CHIAPPETTA:  Hold on.  You can't

5    jump into my --

6          MR. TRAINOR:  Oh, I'm sorry.  I thought

7    you were done.

8          MR. CHIAPPETTA:  No. I was just asking

9    if you were satisfied with his response.

10          MR. TRAINOR:  Yeah, fine.

11     Q.     All right.  Now, you previously

12    testified that Joseph Camp may not always be candid.

13    Is that correct?

14     A.     That's correct.

15     Q.     Okay.  And are you able to identify, I

16    guess, the truths in between Mr. Camp's lies and

17    contained within his posts?

18     A.     Yes.  There is always negative truth

19    that he warps and he creates, concocts ridiculous

20    stories, based on fiction, to try to rile up his

21    followers.  So, yeah, but you can tell what the truth

22    is.

23          MR. TRAINOR:  I object to that.  Are you

24    clairvoyant?

25          THE WITNESS:  Excuse me?

Page 257

1          MR. TRAINOR:  Are you clairvoyant that
2    you know when someone is being truthful or not?
3          THE WITNESS:  No, your friend is just a
4    bad liar.
5          Q.    I'll do a follow-up question.  How are
6    you able to tell?
7          A.    I think any reasonable person can look
8    at what he says and then look at reality and see
9    which parts match up and which parts don't.  It's
10   very simple and very easily disprovable.
11         Q.    All right.  And then I'm going to bring
12   this up because --
13         A.    For example, he posted recently that we
14   missed this -- we missed this exact thing that we're
15   in right now, this deposition, yesterday.  That's not
16   true.  It wasn't even yesterday.  It's today.
17               You can easily tell this man is lying.
18   It's a simple lie.  He just lies.
19         MR. TRAINOR:  I have no idea what you're
20   talking about.
21         THE WITNESS:  Okay.
22         Q.    Okay.  So, let's go back here a
23   second.
24               Have you ever seen the Full House
25   podcast where Mr. Trainor appeared?

Page 258

1          A.     Yes.

2          Q.     Okay.  You have?

3          A.     Yes.

4          Q.     Okay.  Are you able to briefly describe

5     the contents of that podcast?

6          A.     Yes.  This podcast was by a couple of

7     people who identified themselves as White

8     Supremacists and they had Mr. Trainor on as a

9     guest.

10               MR. TRAINOR:  What did Mr. Trainor

11     say?

12               MR. CHIAPPETTA:  Objection.  This is

13     my cross-examination.  Let me do so you can redirect.

14          A.     Mr. Trainor, in that podcast, talks

15     about how his clients are often referred to as White

16     Supremacists.  Mr. Trainor does say that he doesn't

17     see the things they do as white supremacy, but then

18     the host interjects and says that I'm totally fine

19     with it and Patrick seems to agree and says yeah,

20     yeah.

21               Then Patrick further goes onto say that

22     what he likes to do is to put billboards in people's

23     town with their face on it to try to provoke them,

24     intimidate them.  Refers to them as doxxers, as he

25     miscatagorized me to be.  And fully just admits to

Page 259

1    his strategy in harassing innocent people, like

2    myself.

3              He did exactly what he said he was going

4    to do in that podcast.

5         Q.    And based upon that podcast, do you

6    believe that an appearance on such a podcast would

7    create some form of affiliation or association?

8         A.    Absolutely.  Mr. Trainor said earlier

9    that he can't be associated with people he represents

10   like the Proud Boys and if we are to take that into

11   consideration, that wouldn't really cover why he

12   appeared on a podcast where the host is describing

13   themselves as White Supremacists and enjoy being

14   called that and don't, to quote them, cower in the

15   face of the enemy.

16        Q.    Okay.  All right.

17        A.    I should say your association with

18   Joseph Camp also doesn't help you as he's messaged

19   me -- texted me several times the sand N-word.  He's

20   posted on his verified Gab that I'm the sand N-word.

21   Made many racist threats towards me.  It's very --

22   yeah.

23        Q.    I don't have any addition --

24              MR. TRAINOR:  I have some redirection.

25                         EXAMINATION

Page 260

1    BY MR. TRAINOR:

2         Q.    Mr. Noshirvan, you've been researching

3    my background for two years, isn't that correct?

4         A.    No.

5         Q.    You've never researched my background?

6         A.    No.

7         Q.    Have you ever searched for my social

8    media?

9              MR. CHIAPPETTA:  Objection.  Compound.

10        Q.    Have you ever searched for social media

11   accounts of mine?

12        A.    No.

13        Q.    Did you ever find any?

14        A.    I never searched.

15        Q.    Did you ever see me make a racist

16   statement?

17        A.    Sir, I don't research --

18        Q.    Answer my question.

19        A.    It is based on a falsehood.  I don't

20   research you.

21        Q.    Did you ever hear me say anything about

22   a white -- a racist statement and an anti-Semitic

23   statement?

24        A.    Sir, if I were to research you, I'd

25   probably find that very easy to find.

1        Q.     Let me ask you this:  Have you ever

2   called white women the most dangerous people in the

3   world?

4                THE REPORTER:  I'm sorry.  I didn't hear

5   that.

6        Q.     White women the most dangerous people in

7   the world?

8        A.     I don't recall anything like that.

9        Q.     You never said that?

10        A.     I don't recall anything like that.  What

11   was the context?

12        Q.     There is never context.  Did you make

13   that statement?  What was the context of my

14   appearance on the television show?

15                MR. CHIAPPETTA:  Objection.  Compound.

16        A.     Sir, what you trying to get at?

17        Q.     What -- I'm asking you a question

18   now.

19                What did I say on that show that you

20   believe to be racist?

21        A.     Sir, I wouldn't sit at a table with

22   people who consider themselves White Supremacists

23   just as I wouldn't sit with people who consider

24   themselves Iranian supremacists.

25        Q.     What did those guys do that was

Page 262

1     white supremacy?  What have you ever seen them do

2     that's white supremacy?  What did those guys do

3     that you have seen them that you consider White

4     Supremacists?

5                    MR. CHIAPPETTA:  Objection to those guys

6     being vague.

7                    MR. TRAINOR:  The two guys that were the

8     hosts of the show.

9                    MR. CHIAPPETTA:  The host?

10        A.     The ones who admitted to it.

11        Q.     What have they done?

12        A.     The ones who said that they are not

13    afraid of being called White Supremacists.

14        Q.     What have they done that makes them a

15    White Supremacist?

16        A.     What have they done?  I'm sure if I

17    researched them it wouldn't be very hard but I'd

18    start with them admitting it.

19        Q.     Well, they have to have done something.

20    You going to admit anything, you could say anything.

21                    MR. CHIAPPETTA:  Objection.

22        Q.     You have nothing.  You brought this here

23    just to slander my name.

24        A.     No.  Sir --

25        Q.     That's what you've done.  You're

Page 263

1    pathetic.

2         A.    Sir, I would never slander your name.

3    You name has no value.

4         Q.    We're done, sir.

5         A.    Okay.

6              MR. CHIAPPETTA:  At this time, we will

7    read and we will order.

8              THE VIDEOGRAPHER:  We are now going off

9    the video record.  The video time is 2:21 p.m.

10             (Deposition concluded 2:21 p.m.)

11             THE REPORTER:  Mr. Trainor, you are

12   ordering the transcript?

13             MR. TRAINOR:  Yes.

14

15

16

17

18

19

20

21

22

23

24

25

Page 264

1                    REPORTER'S CERTIFICATE

2

3          I, SANDRA BERKELAND, CCR No. XIO1666, Certified

4     Court Reporter, certify;

5          That the foregoing proceedings were taken by me

6     REMOTELY at the time therein set forth, at which time

7     the witness was put under oath by me;

8          That the testimony of the witness, the

9     questions propounded, and all objections and

10    statements made at the time of the examination were

11    recorded stenographically by me and were thereafter

12    transcribed;

13         That the foregoing is a true and correct

14    transcript of my shorthand notes as taken.  I further

15    certify that I am not a relative or employee of any

16    attorney or the parties, nor financially interested

17    in the action.

18         I declare under penalty of perjury under the

19    laws of New Jersey that the foregoing is true and

20    correct.

21              Dated this 12th day of August, 2024

22

23

24         SANDRA BERKELAND, CSR No. XIO1666

25

Page 265

1    Nicholas A. Chiappetta, Esq.

2    nick@chiappettalegal.com

3                          August 12, 2024.

4    RE: Conture, Jennifer, Et Al.  v. Noshivan, Danesh

5        7/26/2024, Danesh  Noshivan (#6831073)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                 Yours,

23                 Veritext Legal Solutions

24

25

Page 266

1   Conture, Jennifer, Et Al.  v. Noshivan, Danesh

2   Danesh  Noshivan (#6831073)

3                   E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Danesh  Noshivan                              Date

25

Page 267

1    Conture, Jennifer, Et Al.  v. Noshivan, Danesh

2    Danesh  Noshivan (#6831073)

3                      ACKNOWLEDGEMENT OF DEPONENT

4       I, Danesh  Noshivan, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Danesh  Noshivan                      Date

13    *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15    _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

**&**

**&**   163:13,16,20

**0**

**00340**   1:2 7:8
**0340**   121:4
**07070**   2:5

**1**

**1**   3:11 45:2
93:9 111:18
112:6 130:13
183:2
**1-800**   168:11
**1.8**   26:3
**1/27/22**   174:4
**10**   3:20 126:15
127:20 243:16
**100**   81:14
85:25 129:24
**1099**   17:16
**10:25**   198:16
**10:30**   231:20
**10:40**   106:1
**10:53**   106:4
**11**   22:4
**112**   3:14
**11:05**   116:14
**11:07**   116:17
**12**   265:3
**1218**   121:6
141:9
**12:06**   183:6
**12th**   264:21
**13**   16:7 17:19
208:3 246:19

**15**   131:5
**154**   3:15
**17**   198:16
**171**   3:16
**174**   3:17
**18**   229:19
**19**   1:17 2:4
4:13
**198**   3:18
**1:03**   183:9
**1:46**   229:1
**1:48**   229:7
**1st**   243:22

**2**

**2**   3:12,13 17:3
17:12,13 94:5
94:7 95:8,9
**20**   40:21 41:1
267:15
**2004**   13:19
14:9
**2008**   248:20
**201**   2:4,5
**2016**   22:4
**2020**   24:24,25
25:6 33:2,13
**2021**   22:16,20
24:23 73:11
75:15,24
133:15 134:13
134:14 135:1
207:6 249:19
**2022**   22:18,24
22:25 23:2,16
40:1,3,3 41:19

71:10,11 75:1
75:19 82:12
125:15 133:18
139:13 146:6
146:10 164:16
165:8,23
166:17 168:24
177:24 178:20
243:23
**2023**   22:10
79:23 185:6
230:11 245:18
**2024**   1:18 4:3
126:15 127:20
264:21 265:3
**2024052210...**
229:12 230:14
**2101**   2:10
**22**   40:4
**230**   3:19
**24**   10:12,17,22
22:5
**243**   3:20
**24th**   128:7
**25**   245:18
**252**   3:6
**258**   2:10
**26**   1:18 4:2
206:14
**27**   177:24
**2:21**   263:9,10
**2:23**   1:2 7:8

**3**

**3**   3:12,13 94:5
94:6 95:10
231:19,20
**30**   15:21
265:16
**33411**   2:11
**35**   174:22
175:6
**37**   39:12
**3rd**   230:11,18

**4**

**4**   3:14 112:5,16
**40**   245:11

**5**

**5**   3:15 154:5,7
167:4 169:14
**5,259**   3:5
**50**   245:20
**561**   2:11

**6**

**6**   3:16 171:6,9
253:21
**6831073**   265:5
266:2 267:2
**6th**   188:24

**7**

**7**   3:17 33:17
93:15,23 174:6
**7/26/2024**
265:5
**768-4500**   2:11

**777-3327** 2:5
**7:17** 93:12,15
**7th** 93:11,11

**8**

**8** 3:18 198:1,8
**870,000** 174:19
175:3
**8:17** 93:23

**9**

**9** 3:19 182:19
230:15
**9225** 264:23
**93** 3:11
**94** 3:12
**95** 3:13
**9:03** 1:18 4:2
**9:07** 6:25
**9:10** 7:3

**a**

**a.m.** 1:18 4:2
6:25 7:3 106:1
106:4 116:17
182:19 198:16
**ability** 10:14,15
10:19,20,24,25
11:4,4 57:10
57:11,22
122:15
**able** 6:12 7:17
11:8 48:5
56:24,25 57:17
57:18 69:2,4
90:17 99:9,10
100:18,22,25

125:3 132:7
176:23 178:1
182:13 199:11
202:10 204:21
229:15 242:24
252:14 256:15
257:6 258:4
**abouts** 22:25
23:2
**above** 1:14
265:6 267:7
**absolute** 78:19
**absolutely** 58:7
59:15 62:2,11
91:15 95:2
97:2 107:6
148:11 151:15
158:3 164:10
189:12 225:21
233:4 239:2
259:8
**absurd** 155:21
**abundance**
217:3
**abuse** 155:6
199:9
**access** 46:18
47:12,15 86:16
87:3 103:4,12
117:21 142:9
199:25 200:18
202:1,8,9,23
216:3 227:11
227:12

**account** 12:10
25:24 26:2,10
26:21,24 42:7
42:12 43:25
46:3,13,19
47:7,12,17
51:9,11,20
52:7,19,20,20
52:24 53:5,5
53:10,11,14
55:9,15 67:5
69:23 70:1
73:14,16 79:5
79:7,10,16
80:2 87:22,24
88:5,6,7,12,14
88:17 89:3,4,7
89:20 90:15,15
93:14,16 94:19
96:6 97:6 98:7
102:11 103:13
103:18 104:11
116:5 120:22
122:17 123:8
123:14 124:2
128:17 129:1
132:6,8,15
148:16 149:17
151:21,23
173:19 174:8
174:11 178:24
180:7,9 186:16
195:25 196:2
196:16 200:1
202:9,24

207:16,17
209:11 212:17
215:3,8,11,14
215:17,23
216:1,4,4,7
218:12 227:19
228:1,2,4,7
232:13 242:19
244:12,16
245:2,3 254:24
**accountability**
30:18 31:4
65:15 67:14
68:2,5 223:7
250:17
**accountable**
27:23 31:12
32:25 136:1,2
156:24 209:14
209:17,17
210:11,14
211:4 212:2
234:7 250:1
**accounts** 24:11
52:5 53:2,7
65:10 73:22
87:12 96:10
103:15 128:12
129:5 149:18
175:25 208:15
228:11,12
260:11
**accumulate**
43:9

**accumulated**
40:6
**accuracy** 265:9
**accurate** 50:1
252:21,22
**accurately**
103:3 123:3
236:21
**accusations**
212:13
**accuse** 224:5
**accused** 223:17
226:23
**acknowledge**
5:2,5
**acknowledged**
220:2,6
**acknowledge...**
267:3
**acknowledg...**
265:12
**acquaintances**
234:22
**acquainted**
123:23
**act** 21:15 62:4
151:11,13
153:12 156:16
159:8 160:17
161:15 162:10
163:6 169:19
170:15
**action** 8:19
11:16 138:12
159:10,13,14

160:17 169:19
170:15 264:17
**actions** 138:6
**active** 25:15,17
74:3
**activities** 200:2
200:7,19
**actor** 63:7
**actual** 47:4,20
122:20 149:21
150:1,2 178:22
**actually** 19:7
37:17 57:9
72:22 75:19
104:18 105:17
105:19 129:15
130:3 134:5,6
180:19 190:19
192:9,15,17,19
196:5,13
203:16 236:25
241:9 251:14
253:16
**add** 98:11
**added** 115:1
135:9
**adding** 73:23
**addition**
259:23
**additional**
116:19
**additionally**
6:14
**additions** 267:6

**address** 12:18
12:19 47:6
51:23 52:7
62:20 91:2
100:8,10,15
102:25 121:5
121:12 194:17
205:12 216:14
216:18 217:2
236:10 242:13
242:14,18
**addresses** 52:4
52:11,13 103:5
120:6 148:23
148:25 216:22
217:3,6,9,12
**adjudicated**
210:24
**administer**
4:23 5:6
**administered**
5:6
**admit** 205:3
226:25 227:5
262:20
**admits** 111:22
112:15 227:2
258:25
**admitted**
158:23 205:2
262:10
**admitting**
159:17 205:24
262:18

**ads** 106:23
187:13
**adult** 35:10,11
62:13
**advantage**
98:12
**advice** 190:24
**affiliates** 11:23
**affiliation**
259:7
**afraid** 94:18
149:12 158:19
158:20 195:7
196:5 262:13
**agencies** 12:5
**agency** 18:11
18:12,21,24
19:2
**agent** 16:22,23
16:24 18:23
**agents** 11:23
**aggregators**
153:1,4
**aggressive**
191:5
**ago** 53:12
120:24 134:4
172:1 174:22
174:24 175:6,8
177:4,23,25
186:22
**agree** 4:7 5:13
5:15 21:15
255:16 258:19

**agreement** 5:10
  5:11 44:7,24
  45:11 176:13
  176:14 241:2
**ahead** 64:19
  141:20 163:14
  216:20,21
**ai** 180:17,17,18
  180:19,23
**aiming** 113:17
**al** 1:8 4:11 6:1
  7:7 265:4
  266:1 267:1
**alcoholic** 10:13
**alias** 30:6,8
**align** 119:9
  188:3
**allegation**
  193:15,18,20
**allegations**
  202:2 203:23
  205:14 206:3
  255:10
**allegedly**
  119:20 172:13
  194:9 204:23
  247:15
**alleges** 68:7
**alleging** 23:2
  23:15
**allergy** 36:15
  36:17
**allotted** 265:19
**allow** 203:11
  216:11

**allowed** 66:2
  73:2 115:17
  119:18 161:12
**alluded** 183:24
**america** 188:12
**amount** 37:19
  40:17,18,21
  42:14,18 43:2
  43:5 80:25
  113:6 150:4
**anatomy**
  171:22
**android** 46:22
  46:23,25 47:19
  87:6
**answer** 7:21
  8:1,7,8,10,17
  10:9 15:13
  18:2 20:11,20
  20:24 21:2,4
  23:8,10,11,24
  26:12 28:12,20
  28:21 29:6
  36:4,4 50:19
  56:5,8,9,16
  58:15 64:25
  65:4,19 66:18
  66:23 68:20,21
  72:24 78:19
  80:23 83:13,14
  83:14 85:15
  91:22,23 92:11
  107:10,13
  108:19 110:22
  117:1 121:11

123:2 137:10
  150:4 153:17
  162:13 164:19
  165:6 170:11
  190:14 201:9
  202:6 203:7,12
  210:21 211:2
  211:23 214:2
  217:11 222:19
  223:4,11 225:8
  236:20 237:11
  237:25 238:4,7
  238:20 253:16
  260:18
**answered** 10:2
  15:4,11 56:3
  63:16 66:12,24
  73:1 79:4,14
  88:15 91:20,21
  92:1,4,6,9,12
  92:14,20
  107:15 122:18
  145:2 146:8
  150:25 151:4
  157:7 160:23
  161:3 166:1,2
  174:2 179:5
  190:13 208:6
  208:11 215:25
  221:20 222:17
  238:21 247:6,7
  250:4
**answering** 8:6
  55:25 63:13
  66:20,25 67:2

72:25 80:21,22
  102:4 110:12
  136:15 137:16
  140:25 194:7
  219:1
**answers** 210:19
**anthony** 251:12
**anti** 260:22
**anticipated**
  201:20
**antifashgordon**
  212:18
**anybody** 8:25
  26:15 27:14
  32:9 33:14
  65:12 70:14
  78:12 91:11,12
  99:15,24
  107:24 108:4,9
  108:25 109:1
  110:8 147:20
  151:14 153:25
  158:17 163:15
  163:19 164:12
  164:15 183:25
  189:21 191:23
  192:8,9 207:15
  210:22 215:11
  216:3 241:24
**anybody's**
  62:10
**anymore** 41:11
  51:14 176:21
  196:18

| | | | |
|---|---|---|---|
| **anytime** 33:13 | **applicable** | **arrest** 68:25 | 157:7 160:23 |
| **anyway** 21:12 | 265:8 | 69:3 134:6,8 | 161:2 166:1 |
| 231:8,15 | **application** | 152:6 155:7,21 | 173:1,3 175:25 |
| **apartment** 18:5 | 38:13 50:15,17 | 197:9 | 179:21 188:21 |
| 18:6 19:17 | **apply** 136:9,11 | **arrested** 9:20 | 190:13 194:5 |
| **apologies** 25:10 | **appreciated** | 9:23 32:22,24 | 202:6,7 208:6 |
| **apologize** 111:5 | 237:19 | 134:24 154:22 | 208:9 215:24 |
| 175:2 196:15 | **approached** | 162:19 197:2 | 217:1,1 221:19 |
| **apology** 146:22 | 116:8 121:17 | 212:4 225:12 | 222:3,17 |
| **app** 3:20 | 121:19 122:2 | 253:4,6,7 | 237:23 238:6 |
| 114:12,14 | **appropriate** | **arresting** | 238:21 239:5 |
| 180:24,25 | 121:15 | 159:20 | 239:14 247:5,7 |
| 242:21,22 | **appropriately** | **article** 74:9 | 253:23 |
| 243:6,15,20 | 36:6 | **articles** 152:9 | **asking** 8:7 23:6 |
| **app's** 243:8 | **approve** 122:11 | **artificial** | 23:12 35:23 |
| **apparently** 8:8 | 122:12,15,24 | 180:14 | 55:6,24 58:19 |
| 36:19 84:21 | 122:25 123:1,1 | **ashamed** | 59:23 60:1 |
| 118:18 173:9 | 191:19 | 163:11 | 79:1 80:20 |
| **appeal** 102:4 | **approximate** | **aside** 131:1 | 89:24 100:25 |
| **appear** 129:12 | 20:24 21:2 | **asked** 10:1 15:3 | 107:9 108:16 |
| **appearance** | 23:14 | 15:11 23:24 | 110:11,23,23 |
| 259:6 261:14 | **archive** 174:7 | 24:18 34:17 | 118:22 121:20 |
| **appearances** | **area** 59:8 | 36:20 44:16 | 128:6,21 129:3 |
| 209:6 | 142:21,24,25 | 48:16,21 54:8 | 131:20 139:4 |
| **appeared** | **arguing** 137:15 | 54:14 56:3 | 140:4 154:17 |
| 208:25 257:25 | 248:13 | 61:2 65:4 | 162:2,3 173:25 |
| 259:12 | **argumentative** | 69:14,15 75:12 | 180:22 185:20 |
| **appearing** | 49:15 98:2 | 79:4,13 91:21 | 185:22 190:12 |
| 129:17 | 137:14,23 | 92:11 102:15 | 193:16,18 |
| **appears** 94:13 | 150:18 151:7 | 102:18 107:15 | 200:17 208:4 |
| 94:22,25 96:24 | 190:8 204:3 | 118:24 122:18 | 211:7 218:25 |
| 96:25 230:10 | 238:24 | 122:22 124:15 | 222:22 224:2 |
| 243:22 | **arrangement** | 124:17 125:22 | 224:17 247:3,8 |
| **appended** | 5:8 44:3 | 145:2 146:7 | 247:10,11 |
| 267:7 | | 149:25 150:25 | 251:1 256:8 |

261:17
**assailants**
21:20
**assault** 35:15
84:4 225:15
**assaulted** 34:13
35:14 225:9
**assaulting**
34:15 35:10
36:2 68:17,23
**associate** 60:5
73:5 79:25
91:12 97:20
185:15 189:8,9
189:19 205:15
**associated** 47:6
51:23 88:2
147:8 148:3,23
259:9
**associates**
11:23 15:9
110:21 169:1,6
169:7 184:20
186:25 187:1,3
187:24,25
189:7 218:13
232:20,23
234:22 252:5
**associating**
189:15,17,18
**association**
259:7,17
**associations**
12:3

**assume** 7:22
23:4 76:4
83:18 124:6
171:20 174:16
**assuming** 142:8
142:12 230:17
**assumption**
89:21 236:6
**assumptions**
89:24
**attached** 3:22
220:13 242:19
265:11
**attaching** 94:8
**attachment**
115:1
**attack** 171:23
253:24
**attacked**
158:16
**attacker** 27:17
**attacking** 252:2
**attacks** 113:15
238:2
**attend** 13:20,22
14:7
**attended** 15:7
248:16
**attending**
14:14 15:23
248:23
**attention** 114:6
242:23
**attorney** 8:9,12
102:23 126:23

185:22 186:2,6
189:2 202:4
212:23 231:13
237:2 243:21
264:16 265:13
**attorneys** 2:7
2:13 5:1 158:8
**audio** 4:6 54:22
54:23,25
105:21 232:4,5
232:7 233:8
**august** 264:21
265:3
**aunt** 113:5
**authored**
206:21
**authorities**
184:1
**authority**
122:11,20
192:12
**authorized**
4:22
**automatically**
39:8 40:17,18
**available** 35:21
42:11 43:2
55:1 254:9
265:6
**avenue** 1:17 2:4
4:14
**average** 150:6
**avoid** 248:13
**avoided** 169:8

**aware** 7:9 36:7
77:25 102:23
103:1 186:19
218:16 252:19
252:23
**awesome** 252:7
**awfully** 204:10
204:17

**b**

**b** 1:5 76:10
**bachelor's**
15:10
**back** 7:2 43:23
53:21 106:3
116:16 121:16
144:15 145:3
149:16 172:12
183:8 229:6
247:13 248:15
257:22
**backfiring**
247:2
**background**
260:3,5
**backtrack** 15:8
**backwards** 8:3
**bad** 63:7
113:12,12
212:9,10 218:8
257:4
**badgering** 15:4
92:16 166:21
**bait** 155:17
169:8,13 212:7

**ban** 37:9 102:3
179:1,1 207:16
207:16,17
**banned** 90:16
96:7 102:7
**banning** 233:5
**bar** 116:20
227:23
**based** 86:4,5,6
86:7,7,8
255:23 256:20
259:5 260:19
**basic** 5:23
217:1
**basically**
139:22 218:7
**basis** 41:3,4
154:24
**beach** 2:11
**beat** 114:19,20
**began** 14:16
22:20,24 23:3
23:5,15 24:4
133:11,17
139:7 160:10
248:23
**beginning** 25:2
151:5 248:18
**behalf** 5:12,15
192:3 193:4
**behavior** 85:7
85:18 86:15
**behr** 76:9,22
**behr's** 76:12

**belief** 169:25
236:2
**believe** 9:8
16:11 22:18
38:17 40:21
44:20 50:18
57:20 72:10
81:16 83:21
84:1 87:21
109:18 113:14
120:18,19
125:10 127:15
127:15 134:13
134:19 146:17
152:16 168:19
174:2 183:17
186:21 188:23
188:24 193:11
193:12 194:11
198:3 201:25
202:8,22
204:21 212:12
222:12 225:1
229:15,21
233:13 241:11
244:1 245:13
245:14 249:2
253:5,13 259:6
261:20
**believed** 110:23
194:2
**belize** 197:3,9
197:11,16,19
251:18,22
252:20

**belonged**
227:21 247:15
**beneath** 154:8
220:9,13,18
222:6
**benefits** 160:18
**berkeland** 1:15
4:17 264:3,24
**best** 20:11 21:4
23:8 55:25
61:14,16 96:8
97:17 223:4
231:21
**beverages**
10:13
**beyond** 97:9
151:23 164:9
**biden** 178:25
**big** 6:7 40:22
142:24 191:25
**bigger** 253:8
**bike** 223:20
224:12,12,13
224:21,23
**billboard**
155:16 169:10
**billboards**
106:22 187:12
258:22
**bit** 6:8 32:15
37:11 111:4
240:22,24
255:12
**bites** 22:22

**black** 224:6
**blackmail**
113:18
**blaming** 135:9
**blasting** 226:13
**blindly** 84:6,8
84:10
**block** 98:14
99:8
**blocked** 186:21
**blonde** 94:21
**blood** 149:8
**bloomer**
107:16,21
108:2,6 109:1
**blue** 95:11,13
154:8 162:4
172:2 241:20
**blurb** 198:15
**board** 122:10
122:12,16,25
**boards** 168:21
**bodies** 12:4
**bomb** 22:7
**book** 220:22
**boss's** 143:8
**bosses** 81:4
82:20
**bothered** 202:5
**bottom** 147:12
243:10,17
**botyos** 70:18
70:21,23 71:6
71:7,22,24
72:8,9,11,11

80:8 82:18 141:1,4 144:18 146:4

**box** 91:5 173:1 173:4 254:5,6

**boys** 188:20 259:10

**bragging** 230:25

**brand** 44:3,6 174:20 175:4

**breach** 103:12

**break** 8:15,17 14:19,21,22 182:3,16 228:16,22

**breaking** 31:12 31:16,17

**breaks** 8:18

**brennan** 191:11

**brian** 108:11 108:22 109:1

**brief** 229:18

**briefly** 258:4

**bring** 65:12 113:17,22 253:19 257:11

**broad** 211:9

**broke** 25:4 97:10,10,13

**broken** 6:21

**brought** 145:3 262:22

**brown** 109:3 250:8

**bubble** 94:13 95:12 162:4 171:18

**bubbles** 95:13 154:8

**bully** 32:20

**bullying** 231:3 234:11

**bullyville** 93:14 93:16 94:15 95:17 96:5 124:2 128:13 130:18 171:15 172:15 198:10 198:15 199:25 254:1,7,14,15

**bullyville.com** 124:5

**bunch** 73:21,24 209:3,5

**burbank** 13:9 13:15,16

**bureau** 164:12 165:8,25 167:5 167:18 213:22

**business** 11:13 46:1 191:16

**busy** 231:2 234:16

**butter** 36:10,11 36:12,15,18,21

**button** 49:6

**buy** 35:7

**bytedance** 11:21

**bytedancetalk** 177:17

**c**

**c** 2:1 51:19 86:20 107:3 183:17 195:23

**calculate** 241:11

**california** 9:17 9:18 12:22,23 12:24 13:5,16 19:11

**call** 6:12,13 29:9 41:15 59:3 67:20 74:21 83:4 105:18 120:20 124:25 138:1,9 147:13 158:4 159:10,13,14 159:22 160:17 168:10,11,13 169:19,25 170:1,15 183:25 232:2 251:19

**called** 22:11 29:13 37:18 67:18 77:18,23 154:3 158:21 167:4 169:2,24 174:8 181:1

186:16 190:16 194:12 197:15 219:4,9 247:19 248:3,5 251:16 259:14 261:2 262:13

**calling** 29:15 58:25 61:24 154:24 168:18

**calls** 24:10 32:4 65:20 103:7 133:23 138:25 142:10 158:21 198:24 200:9 210:25 225:3 226:3 237:5,9

**calm** 64:23 195:6,10

**camera** 27:5,18 62:25 63:2,3 85:23,24 86:7 254:17

**camp** 22:16 23:3,15 24:7 59:19 60:4,11 60:13 64:8 65:19 73:6 74:3,11 75:1 75:16 80:1,17 81:3 82:19 90:19 91:10,18 97:20 102:5 103:13 105:18 105:20 106:20 107:5,23

124:13 133:21
134:1,8 136:5
138:22 139:24
140:5,21 142:5
142:17 144:23
146:14 147:7
147:18 148:3
158:23 187:5
187:14,17,20
187:22 189:8,9
193:3,3,9,21
194:2,14,19,21
195:1,3 197:20
199:23 202:3
203:16 204:23
205:14,24
206:23 212:6
226:16,20
233:25 235:11
238:1 247:16
251:12,19
252:19 255:24
256:12 259:18
**camp's** 102:24
103:5 139:22
196:21,25
197:5 199:25
200:2,7,19
202:1,9,24
233:19,21
252:24 256:16
**campaign**
133:17 135:24
139:7

**cancel** 175:20
**cancelled** 80:1
176:6,15,25
178:6
**cancer** 134:9
135:8
**candid** 256:12
**capacity** 56:24
57:4,6,9,10,19
57:21 103:20
**capcut** 50:14
50:15
**capitol** 188:24
**caption** 157:10
157:13
**care** 13:7
144:13 147:22
175:21,22
203:2,14,18
**career** 18:13
50:25
**carlson** 108:11
108:22 109:1
185:9,11
**case** 1:2 57:14
58:24,24 67:23
109:17 121:5,6
121:8,10 133:2
134:10 138:14
141:9,13 165:5
167:1 192:22
192:23 203:15
205:21,22
207:7 211:15
211:19 214:4

214:20 215:12
223:8 225:22
225:23 245:1
247:24
**cases** 158:15
160:3
**cash** 3:20 40:12
41:8 243:6,7
243:15,20
**cashed** 40:10
**cassandra**
110:3
**cat** 201:11
**catatorah**
233:13,17,18
234:3
**catch** 55:14
**caught** 46:11
62:25 63:2,3
85:23,24 86:7
**cause** 63:23
**caused** 191:25
**causing** 63:20
**ccr** 264:3
**cease** 181:4,10
181:13,16,17
181:22
**cell** 46:20,21,21
47:1 52:8 88:3
142:9
**center** 168:14
198:14
**cents** 38:18,21
39:13

**certain** 37:19
81:12 106:7
148:9 163:6
210:14
**certainly**
153:25
**certificate**
264:1
**certifications**
15:15
**certified** 1:15
264:3
**certify** 264:4,15
**cetera** 81:9,10
**change** 8:4
159:6 201:6
241:4 253:4
266:4,7,10,13
266:16,19
**changes** 231:24
265:10 267:6
**character**
116:21 166:25
**charge** 246:4
**charges** 212:12
**charity** 57:25
**charles** 101:17
**chats** 215:7
**chattering**
201:17
**check** 157:16
**chhuom** 107:3
107:8,14
**chiappetta** 2:9
2:9 3:6 5:14,14

| | | | |
|---|---|---|---|
| 10:1 12:11 | 115:15,19,25 | 193:17,22 | 260:9 261:15 |
| 15:3,11 17:5 | 116:12,18 | 194:24 195:14 | 262:5,9,21 |
| 20:23 21:2 | 117:18 118:7 | 195:22 196:7 | 263:6 265:1 |
| 24:2,21 26:8 | 118:19,24 | 196:23 198:4,6 | **chiappettaleg...** |
| 27:10,13 28:9 | 119:16 121:3 | 198:24 200:9 | 2:12 265:2 |
| 28:13,17,21 | 122:18 125:19 | 200:12 201:8 | **child** 143:24,25 |
| 30:25 32:4,12 | 127:9,21 128:1 | 201:22 202:13 | 150:15 156:22 |
| 33:11 35:4,19 | 128:5,25 | 202:16,18,21 | 203:3,14 207:1 |
| 36:3 38:3,5,10 | 131:20,23 | 203:6,11 204:2 | 207:3 |
| 39:20 45:23 | 133:23 134:20 | 204:5,9,11 | **children** 44:16 |
| 46:8,11,15 | 135:17 137:13 | 205:11,21 | 44:18 45:8,17 |
| 47:3,9 49:3,14 | 137:22 140:2 | 206:2,6,8,11,14 | 60:14,15,16,17 |
| 49:17 50:23 | 141:8,14,18,20 | 206:16,22 | 62:11 63:20,23 |
| 52:16 54:9 | 142:10 144:2,4 | 207:10,13 | 84:3 110:7 |
| 55:13 56:3,7 | 144:15 145:2 | 208:6,12 210:2 | 111:9 113:17 |
| 56:14 57:8 | 146:7 149:6 | 210:5,16,25 | 114:8 115:23 |
| 61:5,8,12,17,20 | 150:14,17,25 | 211:5,8,18 | 116:25 119:9 |
| 61:24 62:2,14 | 151:6 153:3 | 213:8 214:1,7 | 136:3,24 137:4 |
| 64:10,14,17,20 | 155:11 157:6 | 214:10,13,25 | 137:8 138:14 |
| 66:2,13,16,18 | 157:11 160:22 | 215:24 216:24 | 138:20 139:20 |
| 66:22 67:9,15 | 161:1,8,10,12 | 217:10 219:15 | 158:20,22 |
| 68:19 71:17 | 162:12,25 | 221:19 222:1 | 159:21 163:13 |
| 75:10 79:4,13 | 163:22 164:1,5 | 222:17,20 | 163:16,20 |
| 80:24 82:13 | 164:8,14,18,24 | 223:10 225:3,7 | 184:4 225:18 |
| 84:7 85:21 | 165:1,4 166:1 | 226:3 228:13 | 226:2,6 |
| 91:21 92:4,8 | 166:3,20,24 | 228:15,21 | **children's** |
| 92:11,16,19,24 | 167:23 168:2,5 | 229:2,22 230:3 | 94:17 138:6 |
| 94:8 95:23 | 169:5 170:2,5 | 230:8 232:22 | 156:25 |
| 96:2,12 97:17 | 170:9,13,16,18 | 236:7 237:5,9 | **choose** 26:13 |
| 98:1,8 103:7 | 172:14,21,25 | 238:21,24 | 26:14 178:9 |
| 105:6,8 107:15 | 173:3 179:5 | 239:8,12 247:5 | **chose** 250:10 |
| 107:25 109:7 | 181:25 182:6,9 | 247:12 248:12 | 250:12 |
| 109:10 111:3 | 182:12,17,22 | 250:20 251:25 | **chris** 141:4 |
| 111:24 112:2 | 186:1 189:4 | 252:7,11 256:1 | 192:21,24 |
| 112:17 115:2,9 | 190:5,7,13 | 256:4,8 258:12 | 193:19 194:6 |

194:16,19,21
195:1,5,16

**chris's** 193:11

**chrissy** 186:9

**christian**
212:15

**christina** 245:9

**christine** 244:2
244:4

**christopher**
212:22

**cindy** 3:14
98:20,23,24
99:19 100:1,9
229:11 230:13
231:10 232:13
233:2 234:13
236:9 252:13

**cindyesq1**
105:4,10

**circle** 180:1

**circumstance**
169:18

**circumstances**
161:15,17
240:23 241:1

**city** 12:25
19:13 143:4,5
223:20,20

**civil** 1:2 61:21

**claim** 150:8

**claimed** 107:2

**claims** 115:11
128:7 139:16

**clairvoyant**
256:24 257:1

**clarification**
41:13 59:4
115:10 149:7

**clarify** 27:11
43:16 65:18
73:2,3 75:25
98:4,8 125:19
161:19 195:14
196:7 207:18
213:9 255:12

**clarifying**
82:24

**clarity** 252:8
253:20

**class** 35:7

**clear** 6:4 53:4
64:20 69:16
103:16 149:15
175:2 177:10
180:10 187:16
200:20 210:18
245:3

**clearly** 64:21
65:19 158:1
161:2 180:17

**client** 23:23
60:25 61:22,23
61:25 62:1
64:13,16 65:24
65:25 66:8,18
68:20 71:23
80:24 92:19
97:5 116:22,22

119:9 135:23
136:15 137:2
138:14,17
141:11 144:23
148:6 150:12
152:4 154:16
156:21 157:18
160:1 186:2
189:2 193:19
201:9 203:11
211:3 225:11
227:1,10 230:9
245:2

**client's** 92:25
117:25 118:11
121:2 150:8

**clients** 62:23
81:11 95:5
108:8 115:22
117:24 136:23
137:17 138:6
141:16 142:19
142:25 156:2
157:3 163:6
167:2,13
226:16 233:10
258:15

**close** 226:17
234:22

**closed** 215:17
215:19

**closest** 167:24
168:1

**clue** 181:24

**cocks** 201:13
246:13

**coincidental**
74:11

**collaborate**
189:21 231:5

**collaborating**
189:18

**college** 13:20
13:22,23 14:1
14:2,4,7,9,12
14:15,20 15:7
15:10,16,19,24
248:16,23

**com** 146:18

**come** 32:14
43:23 48:9
61:10 65:20
83:1 129:20
169:9 195:5
200:23 201:15
211:16,21
225:16 237:2
241:5,20

**comedian** 16:2
16:6 208:3

**comedy** 26:25
32:15 130:4
239:20 246:19

**comes** 54:2,12
55:10 209:21
237:14

**comfort** 237:22
238:2

| | | | |
|---|---|---|---|
| **comfortable** | **commonly** | **communicati...** | **complaints** |
| 159:17 | 55:17 | 82:17 125:23 | 165:24 168:20 |
| **coming**  6:4 | **communicate** | 126:25 127:8 | 178:4 |
| 130:5 136:23 | 104:14 124:19 | 127:11,20 | **complete**  267:8 |
| 140:5,8,10 | 125:24,25 | 128:6 129:17 | **completed** |
| 184:10 193:5 | 132:8,19 | 131:24 144:21 | 265:16 |
| 207:11 | 144:20 145:21 | 146:2 174:14 | **completely** |
| **commencing** | 227:8 236:25 | **community** | 169:8 214:3 |
| 1:18 | **communicated** | 19:17,19,22,25 | **complicated** |
| **comment** | 80:10 81:2 | **companies**  18:8 | 222:11 |
| 218:12 220:9 | 83:22 101:5,16 | 116:7 | **compound**  17:5 |
| 220:13,17,19 | 103:17,21 | **company**  11:21 | 49:3 260:9 |
| 220:23 221:8 | 104:10 105:3,4 | 11:21 16:9,9 | 261:15 |
| 221:14 | 108:15 123:7 | 19:8 45:8,25 | **computer**  6:20 |
| **commented** | 123:13 124:7 | 74:10 87:16,20 | 47:11,14 72:15 |
| 104:2 | 124:10,19 | 89:11,14 | 72:18 |
| **comments** | 125:8 126:7 | 121:17,25 | **concern**  167:9 |
| 38:20 103:22 | 132:5,9,10,11 | 179:15,16,18 | 167:10,11 |
| 193:12 219:13 | 133:7 135:19 | 185:13 191:25 | 226:5,9 |
| 219:19,21,24 | 186:15 190:20 | **company's** | **concerning**  6:1 |
| 220:1,10,16,18 | 190:22 219:3 | 179:16 | 129:17 |
| 220:25 221:9 | 227:9 235:5 | **compensated** | **concerns** |
| 222:6,24 223:2 | **communicating** | 17:2 36:24 | 166:10 |
| **commercial** | 82:6 117:2 | 37:1,25 38:1,7 | **concluded** |
| 106:23 | 145:17 186:18 | 44:1 58:5 | 263:10 |
| **commercials** | **communication** | 99:11 | **concocted** |
| 187:12 | 80:12 83:25 | **compensation** | 250:24 |
| **commitment** | 93:13 105:9 | 16:24 39:7 | **concocts** |
| 236:14 | 126:18,25 | **compiles**  153:5 | 256:19 |
| **committed**  31:8 | 132:18 135:22 | **complained** | **condition**  11:3 |
| 210:9 | 138:19 145:19 | 240:17 | **conducted**  9:16 |
| **committing** | 145:25 146:4 | **complaint**  68:7 | **conducting** |
| 152:5 | 171:14 174:13 | 115:16 121:12 | 142:14 |
| **common**  42:2,3 | 190:17 193:18 | 164:25 165:7 | **confer**  182:12 |
| | 198:10 | 169:2 | |

[confidently - contradict]

**confidently**
32:23
**confirm** 29:10
45:16,19,21
58:10,22 59:11
69:8 70:23
76:19 99:18
252:14
**confirmation**
184:7
**confirmed** 59:6
69:7 83:6
129:23 148:11
148:13,16,19
195:13
**confused** 221:2
**confusing**
168:6
**congress** 179:2
**connection**
50:1 249:13
**conner** 77:16
**connor** 30:16
77:10,24
190:10,16
**conquest** 151:2
**consent** 5:7
**consequence**
209:20
**consequences**
31:3,6,10,21
32:11,14,18
53:23 54:2,13
55:11 209:22

**consider** 53:3
106:18,25
107:22 108:5,8
261:22,23
262:3
**consideration**
259:11
**consistency**
149:17 175:22
221:11
**consistent** 85:6
85:15,18 86:14
149:20
**consistently**
82:8
**conspiracy**
107:24 115:11
128:8,8
**conspire** 108:5
110:21 255:8
**conspired**
109:19 110:8
**constant**
241:22 242:2
**constantly**
218:10,12
227:4
**consume** 10:13
10:17
**contact** 21:21
68:8 70:9,14
71:7 76:1
89:10,13,15,17
89:18,19 94:24
95:14,17 96:6

96:9 97:18,21
105:7 107:5
144:25 145:1,6
145:7 147:5,23
152:11,15,21
153:1,8 157:3
163:19 167:15
184:11 218:15
219:7 233:11
242:3 249:10
**contacted**
29:17 30:4,6
68:11 70:5,6
71:6 74:13
75:6 80:17
84:6,12,18
85:2 89:25
135:18 138:7
145:12 146:20
147:15 152:19
175:13 189:20
192:1 218:19
219:3,18 220:3
**contacting**
175:13 227:1
242:4
**contain** 94:9
**contained**
256:17
**content** 26:23
30:18,20 88:19
175:15,16
180:2 181:5
185:14,22
190:25 191:8

214:17
**contents** 258:5
**context** 33:16
98:8,9,10
101:10 109:16
136:10,11
154:19 155:3,4
155:10 156:2,5
156:7 157:7
159:6 162:6
185:15 213:16
234:10 261:11
261:12,13
**continue** 4:6
67:4 116:18
171:24 172:5
175:10 250:16
**continuing**
127:23
**continuously**
102:9
**contract** 3:17
43:13,15,20
45:5 173:17,18
173:21,23,24
174:1,4,5
175:20 176:2,4
176:6,11,11,15
176:25 177:6
177:15 178:5,7
178:8,13,22
**contracts** 130:6
176:17
**contradict**
137:19

| | | | |
|---|---|---|---|
| **contradicting** 121:14 | **cornelisse** 183:14,16,23 | 150:7,11,13 153:13 156:2 | **costa** 19:20 **cotsian** 106:10 |
| **control** 64:12 64:16 65:24,25 66:8 103:15 124:1,4 152:24 | 184:1,3,12,15 184:18 **corporate** 19:4 19:6 | 163:7 171:16 171:21 173:17 173:21 174:1,2 174:17 180:8 | 106:12 **coughed** 34:7 **counsel** 4:25 5:7 118:20 |
| **controls** 103:18 104:11 132:6 148:9 | **corporation** 12:3 **corporations** 12:4 | 183:19 189:20 192:19 200:2 204:23 210:15 | 119:18 162:25 265:14 **count** 58:3 |
| **conture** 195:20 265:4 266:1 267:1 | **correct** 8:1 9:12 22:12,17 24:15,19 25:11 | 215:23 216:7 217:15,17 221:1,18 222:8 | **country** 188:25 251:18,21 **country's** 197:6 |
| **convenient** 204:10,18 | 26:6 29:6 30:7 32:11,14 33:3 | 223:15,25 224:13,14,15 | **county** 134:7 135:14,15,19 |
| **conversation** 82:23 172:6 191:9 195:10 201:3 235:6 | 33:4,6 34:8,12 36:21,22 37:2 38:22,23 41:9 | 224:18,19 225:1 232:3,16 234:14,19 235:2 239:7,11 | 135:22 138:2,9 138:19,25 157:14 **couple** 27:16 |
| **conversations** 4:4 81:10 | 42:24 43:3 47:2 54:19 | 239:15 244:3 245:22 248:25 | 38:18 43:7,8,9 98:18 136:22 |
| **conversing** 118:12 | 55:18 61:23 69:18 75:2,25 | 249:2,20 251:17 256:13 | 209:1 231:8 258:6 |
| **convicted** 9:21 9:23 10:3,6 103:14 | 76:20 87:21 89:16 95:18 96:7,11,18 | 256:14 260:3 264:13,20 267:8 | **course** 16:21 58:12 95:4 127:5,14 |
| **coordinate** 107:6 | 99:14,15 106:8 106:15 107:4 | **correcting** 223:16 | 133:11 141:4 **court** 1:1,15 |
| **coordinates** 113:15 143:2 | 109:9 110:4,19 110:20 111:10 | **correction** 189:12 | 4:17,24 5:18 6:12,16 7:16 |
| **cop** 142:4 | 112:6 116:7 | **corrections** 267:6 | 93:2 94:3 95:6 |
| **copies** 178:2 265:14 | 123:9 124:8 125:6 126:5 | **correctly** 24:6 211:13 244:11 | 95:23,25 96:3 105:24 111:13 |
| **cops** 253:7 **copy** 178:5 | 129:9 134:18 135:16 139:2 140:7 145:17 | **corroborating** 86:6 | 115:8 116:3 118:7 130:12 134:25 154:2 |

[court - dangerous]                                             Page 15

171:5 174:3
183:1 186:13
197:22 204:15
229:9 231:16
243:2 264:4
**courtney**
106:10,12
**courts**  199:13
199:17
**couture**  1:4
4:11 6:1 7:6
11:14,14,14,15
57:15 62:22
68:17,22 69:5
70:20 80:18
82:24 106:19
107:23 110:7
117:3,7 138:22
139:2,11 141:2
141:4 157:4
160:10 163:2
187:5,8 189:20
192:21,24
193:3,19 194:8
194:16,19,21
195:16,20,22
211:15,25
219:4,7 225:11
226:20
**couture's**  194:3
195:2
**cover**  259:11
**coverage**  74:8
**covering**
226:10,11

**covid**  24:23
25:3,7 33:5,10
34:5 44:11,14
45:12
**cower**  259:14
**cps**  65:20
158:21,22
**crap**  255:7
**cream**  227:23
**create**  24:22
30:21,23 77:15
146:12 150:21
209:7,14
210:13 224:2
259:7
**created**  53:11
53:14,19 76:9
108:1 122:16
183:19 204:22
204:24 209:25
213:3,11,21
217:15 223:24
244:12
**creates**  49:9
256:19
**creating**  32:8
**creator**  12:8,8
24:14,14,19
26:15 67:5,14
67:20 99:23
174:20,24
175:4,8 176:7
176:12,19
177:3,4,14
178:8,17

**creator's**  100:8
**creators**  24:11
37:4,5,10,12
174:23 175:7
175:16,18
176:23 179:3
**credibility**
251:23 252:1
**credible**  231:12
232:15 234:18
234:18,21
235:14,19,20
236:3 237:3,7
237:16,24
238:9,9,12
**credibleintel**
132:6,17,25
133:20,20
134:1
**credits**  15:18
**crime**  9:21 10:2
31:8 160:7
210:9,10
**crimes**  134:2,3
152:5,5
**criminal**  188:7
238:4 252:24
**criteria**  56:19
**cropped**  95:22
**cross**  88:23,24
89:6 258:13
**crowd**  27:22
**crowded**
225:21

**cs**  265:15
**csr**  264:24
**culture**  151:16
**cumulative**
42:20
**current**  8:2
106:19 252:19
**currently**
106:18 178:18
**custom**  91:9,16
91:17,19,25
92:3,10,13,22
**customer**  242:5
242:6,15
**cv**  1:2 7:8
**cyber**  22:7

**d**

**d**  1:5 3:1 86:20
86:20 103:1
197:24 212:18
255:14
**damages**  91:14
**danesh**  1:7,8
3:3,11 4:10,12
5:16 28:21
60:22 93:7,8
111:3,21
112:15 155:11
216:17 265:4,5
266:1,2,24
267:1,2,4,12
**danger**  156:1
**dangerous**
261:2,6

**data** 103:11
142:9
**date** 23:14 71:7
71:15,16 73:8
93:11 120:14
120:15 133:9
136:16,18
146:3,9 154:10
185:5,8 230:4
230:9,16,17,19
266:24 267:12
**dated** 22:4
198:15 243:22
245:18 264:21
**dates** 14:17
79:22,24
**daughter**
143:21,22,23
144:7 193:6,7
193:10,11
194:3,10
**day** 12:14
102:20 264:21
267:15
**days** 102:15,17
174:22,24
175:6,8 177:4
265:16
**deal** 233:3
**deals** 174:20
175:4
**dealt** 133:11
**death** 251:6
**decide** 89:1

**decided** 76:3
108:4 155:22
223:5
**declare** 264:18
267:4
**deemed** 267:6
**def** 205:1
**defame** 148:7
**defendant** 9:10
11:16
**defendants** 1:9
2:13
**defenses**
121:11
**define** 38:10
57:9 153:3
**defined** 22:3
173:1
**definitely** 25:6
95:2 97:2,4
121:2 129:24
204:24 233:10
**definitions**
12:12,14
**degree** 15:9
**dehumanizing**
113:7
**delete** 91:7,9,16
91:19,25 92:3
92:10,13 185:2
185:4 216:1
**deleted** 216:4
**deliver** 30:18
31:10

**delivering** 31:3
32:11
**department**
22:3 97:12
163:12,16,19
242:3
**depends** 29:7
58:14
**deponent**
265:13 267:3
**deposing**
265:13
**deposition** 1:6
4:10,13 5:2,3,4
8:23 9:1 28:12
64:21 111:20
115:13 121:10
168:4 172:23
173:6 257:15
263:10
**derogatory**
201:13
**describe**
187:11 258:4
**described**
223:12
**describing**
159:15 211:13
259:12
**description** 3:9
**deserve** 68:1,4
95:3 97:3
**deserves** 223:6
**desist** 181:5,11
181:13,16,18

181:23
**desktop** 47:14
**desperate**
154:18
**desperation**
155:25
**despite** 224:19
**details** 178:23
191:22
**detective** 70:8
153:15 212:1
**detectives**
68:24
**determine**
37:17 56:19
**determines**
40:20
**device** 46:18
50:4,9 87:3
**dick** 246:19
**died** 20:21
134:9
**difference**
65:16 66:11
67:2
**different** 26:15
28:14 30:9
38:25 39:1,3
51:2 52:4,5,6,7
58:23 59:16
60:12 62:9
63:15 65:8
67:18 77:1
90:18 140:15
146:19 153:6

156:3 175:25
190:24 195:21
195:21 208:2
209:3,5 223:14
235:18 238:25
239:1,3
**difficult** 42:22
**digital** 171:22
**direct** 69:17
151:14 198:12
**directed** 68:8
153:25
**directing** 157:3
**directly** 29:20
38:12 58:20
59:1,3 242:20
**disable** 148:1
**disappears**
27:17 57:14
**disapprove**
122:16
**discarded**
114:16
**disclose** 205:13
**discord** 86:17
86:19,21,22
87:4,10 112:25
113:24 114:5
117:2,8,12,13
117:17,20,21
117:22 118:16
118:17,23,25
119:2,3,6,8,22
119:25 120:3,8
120:12 136:13

137:1 227:6,11
227:12,13
**discover** 76:13
**discovered**
151:2
**discovery**
125:22 127:24
128:4 164:9
205:12 206:6,8
206:10,13
214:8,11
**discuss** 5:25
7:6 8:10
**discussed** 117:2
129:19 208:24
**discusses**
136:14
**discussing** 8:18
136:14 234:9
**discussion** 7:1
116:15
**disgusting**
117:23
**dismissed**
139:16 150:9
212:12
**disparage**
218:13
**disperse** 42:4
**disprovable**
257:10
**distasteful**
147:11
**distinguish**
112:8

**district** 1:1,1
7:7 158:7
**ditched** 83:1
**division** 1:2
**dm** 69:17,20,25
**dm'd** 69:14
**docket** 7:8
**document** 93:3
93:5 131:21
197:23 242:25
243:4,6 245:17
**documentaries**
131:10 201:14
**documentary**
132:1,3
**documents** 9:3
93:4 94:9
126:24 213:3,5
213:24 214:3
214:15,18
231:16
**docuseries** 3:11
93:7,8 129:8
129:13,18,19
130:20,23
131:2,17,19
**doing** 11:12
63:2 65:14
71:5 73:6
102:8 117:23
135:11,25
139:4,22 143:7
143:8 144:24
146:21 147:9
147:16 155:1

159:2 162:19
168:22,25
176:22 184:6,8
191:4 192:14
207:9 209:7,10
209:19 226:23
231:3
**dollar** 39:5
**donald** 178:25
**donuts** 154:14
**door** 195:4
**dot** 146:18
171:23,23,23
**doubts** 129:20
**download**
180:24
**dox** 21:6,9 76:5
**doxxed** 138:21
**doxxers** 258:24
**doxxing** 21:5,8
21:15,23 22:3
22:6 59:14,17
59:18 60:12
61:2 62:9
63:15,18,19,20
65:9,16 66:11
67:3 112:24
113:15 136:4,4
147:9 233:24
**dr** 76:9,12,22
160:2
**draft** 122:5
123:4
**drive** 95:14
114:3 167:5

213:3,6,8,10,12
213:12,21
214:16,17
**driver**  57:13
**driveway**  114:8
**drudge**  153:7
**dud**  247:9,10
**due**  111:18
135:8,8
**duly**  5:16
**dumb**  246:19
**dunkin**  154:14

**e**

**e**  1:15 2:1,1 3:1
76:10 87:18
101:6,6,12,12
101:12,12
183:17,17
186:16 195:23
197:24 212:15
255:14 266:3,3
266:3
**earlier**  12:17
74:25 75:12
87:7 88:3
117:11,17
118:15 133:19
136:7 153:11
169:14 173:16
173:20 179:21
180:6 204:20
208:24 213:2
213:11,17
222:3 239:5
259:8

**earn**  15:9,15,18
240:5,8,10,12
**earned**  241:11
**earning**  241:6,8
**easiest**  112:13
**easily**  257:10
257:17
**eastern**  250:9
**easy**  157:15
260:25
**eat**  182:18
**eating**  182:13
**echoing**  6:6,9
**edit**  50:10,12
**effort**  127:23
**eight**  198:4,5
221:13
**either**  27:22
98:14 136:21
149:12 250:9
**elevate**  106:13
**eleven**  33:17
**elicited**  193:23
**elicits**  186:1
**elmira**  167:22
**email**  47:6,10
51:23 52:1,4,6
52:11,13 72:1
91:2,5 100:8,9
100:13,15
102:24 103:5
104:6 105:12
105:16 120:6
120:17 125:24
126:1 128:11

132:23 147:24
147:25 148:23
148:25 199:11
199:19,21
216:14,18,22
217:2,6,8
242:13,16,17
248:10,11
**emailed**  90:25
100:12,14
**emails**  91:9,16
91:19,25 92:3
92:10,13
149:18 158:24
176:1 177:18
177:20,21
178:2 217:3,12
242:11,12
**embarrass**
247:1
**emergency**
166:9 224:10
224:11
**emily**  70:18,21
70:23 71:6,7
71:22,24 72:9
72:11 80:8,14
144:18,20,21
145:11,12,16
145:16 146:4
**emoji**  38:22
**emojis**  38:24
39:3
**emotional**
77:25

**employ**  236:15
**employed**  16:3
16:5 106:20
252:15,17
**employee**  16:17
16:19 19:5
89:10,13
191:21 264:15
**employees**
191:14
**employment**
32:1
**enabling**  21:20
**encountered**
75:24
**encourage**
138:8,12
183:25
**encouraging**
222:8
**endanger**
224:22
**endangering**
224:5
**endangers**
21:19
**ended**  192:17
192:18
**endorse**  44:1,4
44:7,10,13
**endorsement**
44:6
**ends**  241:13
**enemies**  209:7
209:10 210:13

enemy  209:15
  259:15
enforcement
  184:1,11
  199:10
engage  72:19
engages  147:9
enjoy  259:13
entire  12:14
  112:3 119:15
  119:22 120:12
  141:10,18
  197:6
entirely  194:25
entirety  120:21
entitled  1:14
  62:3,4
entries  243:7
entry  3:20
  243:15,20
epic  72:22 73:4
  74:14,18 103:2
  249:13,16
episodes
  131:16
erica  30:14
  53:5,10 70:2,3
  215:15 244:8
  244:12
errata  265:11
  265:13,16
especially
  140:23
esq  2:3,9
  252:13 265:1

esq1  98:20
  99:19 100:1,9
  232:13
establish  37:20
established
  168:3 200:12
establishes
  12:9
estate  19:3,6
  81:4 82:20
  143:8
estimate  79:2
  146:9 182:7
et  1:8 4:11 6:1
  7:7 81:9,9
  265:4 266:1
  267:1
evasive  238:23
event  103:25
  104:1 233:7
events  11:8
  41:10,12,13
  99:4 195:18
  236:18,23
eventually
  102:11
everybody
  91:11 98:10
  99:9 100:7
  108:14 189:19
  191:24
everyone's
  114:13,14
  178:24

evidence  63:9
  66:5 68:10
  69:11 85:24
  97:8 111:1
  116:21 117:4
  118:17 125:17
  125:20,21
  138:23 139:24
  140:11 146:20
  147:19 149:21
  150:2 187:7,9
  189:23 193:14
  194:4 199:8
  200:2,6 240:18
  241:24
evidentiary
  172:24 173:6
  214:9
ex  140:25
  143:20
ex's  149:8
exact  20:10
  24:2 71:15,16
  73:8 79:22,24
  107:10 133:9
  136:18 142:25
  144:11,13
  171:25 178:4
  185:5,8 191:22
  205:25 253:16
  257:14
exactly  59:12
  79:22 136:17
  142:18 143:2
  156:7 177:22

  192:11 259:3
examination
  3:4 5:20
  252:10 258:13
  259:25 264:10
example  27:15
  57:12 58:19
  59:1 65:18,23
  66:1 210:8,11
  211:14,24
  257:13
except  178:19
  178:21
exchange
  184:22
exchanged
  71:22
excited  200:17
  202:24 203:21
  203:25
excuse  6:3
  44:15 59:25
  68:3 118:3,4
  167:13 187:2
  213:7 256:25
exhibit  3:11,12
  3:13,14,15,16
  3:17,18,19,20
  93:9 94:5,6
  95:9 111:18
  112:16 130:13
  154:5,6 167:4
  169:14 171:6,8
  174:5 198:7
  230:14 243:15

253:21
**exhibits**  3:8,22
**exist**  176:21
   177:7,11
   214:19 238:7
**existence**  249:4
   249:7
**exists**  134:16
   177:6,15 227:9
**exoo**  212:15
**expect**  96:20
   151:12 158:4
**expectation**
   96:21 150:21
   151:9 153:12
   153:23 156:16
   158:14
**expected**  31:11
   96:17 162:15
**expedition**
   173:6
**experiencing**
   184:21 193:2
**explain**  27:13
**exposed**  250:11
**expression**  54:6
   54:7,12 67:8
**extent**  164:8
   191:9
**extort**  113:18
   114:11
**extra**  230:23,24
**extreme**  188:14
**extremely**
   168:6

**extremism**  74:2
   250:16,19
**extremist**
   188:11,12,13
**extremists**
   250:1,7,9
**eyes**  138:16

**f**

**f**  51:19,19
   101:6,12,12
   212:18 244:5
**face**  61:15
   62:18 106:22
   155:16 169:10
   187:13 226:13
   258:23 259:15
**facebook**  25:16
   53:16 69:21,22
   69:23,25 81:4
   87:13,19,20
   89:3,4,6,8
   90:15,19
   215:14,17
   216:8,11
   226:11 244:16
**faces**  162:9
   226:10,12
**facing**  209:22
**fact**  27:16
   82:24 108:21
   144:21 160:1
   192:6
**facts**  86:4
   115:14 122:22
   133:2,5 223:7

223:15,15
**factual**  66:5
**fails**  265:18
**fair**  57:21
   234:23,24
   235:3,15
**fairly**  240:21
**faith**  207:3
**fake**  65:19
   197:2,15,20
**fall**  155:18
**fallout**  184:19
**falls**  176:18
   239:23
**false**  22:6 68:13
   68:14 95:19
   113:19,20,20
   113:21 156:18
   158:21 163:8
   197:9,10
   255:10
**falsehood**
   260:19
**falsely**  223:17
**familiar**  30:17
   77:9 101:7,9
   101:18 123:23
   123:25 134:1
   141:5 185:12
   227:25 228:3
   238:15 253:1
**families**  91:13
   163:13,16,20
**family**  65:20
   72:13 76:5

83:2 113:3
   133:13 136:6
   139:8 140:24
   144:14,24
   148:15,18
   149:4,7 154:15
   156:1 158:16
   160:11 167:14
   193:2 195:7
   196:6 199:9
   212:7
**family's**  158:12
**fan**  89:8
**fans**  152:1
**far**  21:23 86:10
   137:17 187:4
**fast**  228:23
**fat**  49:5,7,13,20
   49:22,23
**father**  13:7
   20:21
**fbi**  113:20
   114:3 164:13
   164:17,23,25
   165:13 166:11
   166:18,19
   167:3,6,8,9,10
   167:15,24
   168:1,11,16
   213:13 253:8
**fear**  71:23
   139:20 156:25
   234:1
**feared**  138:5
   159:3

**february** 33:2
71:10 243:22
245:18
**federal** 164:12
165:8,24 167:5
167:18 213:22
253:12,13
**fee** 26:6,11
37:16 246:1,10
246:11
**feel** 49:25 225:2
235:12,13
**fees** 26:16
246:4
**felony** 10:4
103:14
**felt** 139:19
192:4 225:5
**fetel** 101:8
**fettel** 101:6,12
**fiction** 256:20
**fictitious** 30:1
**field** 18:18,18
**fig** 123:20
**fight** 179:3
**figure** 27:18,24
28:1,5
**figured** 198:19
198:22 199:3,5
199:7
**file** 93:6 94:4,5
95:7 111:21
154:3 164:11
164:16,22
165:7,13

167:16,22
168:9 169:2
171:10 174:4
197:24 230:6
**filed** 165:16,24
166:12 167:6
168:3,7,7,17
**files** 112:9
**filing** 102:24
**film** 230:23
**filming** 230:24
231:1,3
**financially** 38:8
264:16
**find** 27:6,22
28:24 84:4
147:11 153:16
260:13,25,25
**fine** 112:13
115:5 156:3
182:25 183:3
253:17 256:10
258:18
**finger** 49:9
50:1 61:15
**fingers** 49:5,12
49:20,21,23
**finish** 8:7 14:14
68:20 80:24
115:7 155:11
201:9
**finishes** 65:2
**fire** 91:12 192:9
225:21

**fired** 32:9
191:24 192:15
192:18,19
**firing** 191:23
192:8
**firm** 4:17
**firms** 12:3
**first** 48:18
74:25 75:8,16
75:23 82:9
83:16,19 84:15
93:5 123:21
125:8,23 133:7
135:21 139:6
144:25 145:7
145:12 160:9
174:13,14
224:20 235:4,6
235:7 243:10
245:17 254:4
**five** 38:20
41:22 60:21
63:25 64:2
79:12,12 84:24
156:21,25
157:19 174:24
175:8 177:4
**fix** 89:21
**fl** 2:11
**flat** 37:16 69:9
69:10,13
**fleshed** 161:2
**fliers** 62:16
63:4

**florida** 1:1 7:8
81:24 142:21
142:22,24
163:12,16,19
**focus** 111:4
**focused** 74:10
**follow** 28:8
65:3 149:16
151:19,20,24
151:24 160:3
218:22 246:6
252:8 257:5
**follower** 151:23
**followers** 3:15
26:1,4,5,9,10
68:8 102:6
138:9,12
149:16 150:20
150:22 151:10
151:11,18
153:12,19
154:4,6,25
156:16 157:21
157:25 158:2
158:14 159:8
159:18 160:16
161:15 162:5
162:10 163:6
163:18 169:16
169:19 170:4
170:15 174:19
175:3 218:15
218:18,22,25
219:2,18
256:21

**[following - garramone's]**

**following** 93:20 158:8 159:16
**follows** 5:17 148:12
**foregoing** 264:5,13,19 267:5
**forget** 180:4
**forgive** 111:14
**forgot** 33:20
**form** 17:3,13 17:16 24:21 26:8 32:12 49:14 55:13 74:2 105:6 107:25 109:7 127:9 134:20 135:17 136:4 151:7 162:12 170:9 202:13 202:16 217:10 223:10 255:17 259:7
**formal** 46:15 58:15
**former** 124:13 174:8 231:13
**forms** 39:7 132:12,13,18 164:6
**formula** 241:5
**fort** 1:2
**forth** 255:10 264:6

**forwarded** 254:19
**forwards** 126:20
**found** 70:20 76:16,17,17 117:22 119:9 133:3 135:23 142:4 155:21 209:19 210:1,9 210:24 211:4 211:11,25 212:4
**foundation** 172:21
**four** 12:20 15:1 112:12 174:22 175:6 197:8 243:7 252:19
**frame** 39:25 45:10 50:24
**free** 152:23
**friend** 3:11,12 3:13 81:16 93:6,8 94:1,5,6 94:15 95:7,9 130:19 131:18 167:12 226:14 232:15 251:8,9 251:10,11 257:3
**friends** 60:14 114:7,18 137:6 148:14 194:22 218:14 226:15

226:17 232:24 233:19,21 234:22 238:15 238:16
**frightening** 237:15
**frivolous** 209:23 210:11
**front** 113:8 120:16,24 125:2 130:13 149:1 185:8 218:6 248:8
**fruition** 121:21 129:21 200:23 201:16
**fuck** 114:21
**full** 15:24 117:25 118:11 210:12 257:24
**fullerton** 13:23 14:2,4,7,9,11 14:14 15:7,10 15:16,19,24 248:16
**fully** 66:19 258:25
**fun** 27:1,1
**fund** 174:21,24 175:5,8 176:8 176:12,19 177:3,4,15 178:8,17
**funny** 32:15,19

**further** 5:5 8:11 136:15 182:1 209:23 250:16 252:6 258:21 264:14

**g**

**g** 83:20 103:19 104:25 123:11 212:18
**gab** 195:25 196:2,17 259:20
**gabs** 196:18
**galaxy** 48:7
**games** 191:6,7
**garramone** 1:5 1:5 11:12,13 23:5 62:22 67:24 68:8,11 68:15 81:17 82:21,25 83:4 83:6,8,9,16 106:20 107:23 110:7 138:22 141:5,9,15 187:5,9 217:14 217:16,20,21 217:23,24 218:11,16,20 219:18 220:3 220:14 226:21
**garramone's** 81:6 83:1 115:11 128:7

| | | | |
|---|---|---|---|
| **gather** 119:4 | 95:19,20 | 99:10 105:23 | 110:22 111:16 |
| **gathering** | 101:10 117:5 | 121:16 141:20 | 112:17,19,23 |
| 21:16 | 127:16 143:1 | 144:15 147:21 | 113:13 114:6 |
| **gene** 186:4 | 182:6 184:20 | 150:7,11 | 114:10 115:9 |
| **general** 20:4,6 | 199:16 211:14 | 154:22 156:24 | 115:20 116:13 |
| 153:9 211:8 | 223:4 227:15 | 157:16 163:14 | 117:1,5 120:10 |
| **generally** 56:22 | 243:5 246:5 | 174:22 175:6 | 121:3 127:7,11 |
| 181:19 | **given** 28:23 | 177:9 182:1,13 | 127:15 131:8 |
| **generate** 79:16 | 40:5 56:4 | 183:3 196:4,4 | 131:15 134:24 |
| 79:18,20,23 | 76:12,15 | 196:7,14 | 139:21 150:22 |
| **generous** 191:4 | 119:24 145:9 | 216:20,21 | 151:7 153:24 |
| **gentleman** | 267:9 | 221:12 222:23 | 154:22 155:14 |
| 44:16 233:16 | **gives** 38:20 | 237:1 253:20 | 155:18 158:14 |
| **gentlemen** 98:2 | 120:12 126:21 | 257:22 | 159:8 160:12 |
| 208:13 247:12 | 237:14 | **goal** 158:25 | 160:15 163:22 |
| **genuinely** | **giving** 20:11 | **god** 168:11 | 169:12,15 |
| 101:13 123:22 | 44:17 65:23 | 198:21 | 171:6 172:14 |
| 195:7 | 76:20 107:10 | **goes** 37:11 54:1 | 177:9,10 178:3 |
| **gestures** 7:18 | 109:2 110:9 | 123:20 258:21 | 178:4 179:2 |
| **getting** 32:22 | 143:11,15,18 | **going** 4:2 5:22 | 182:18,18 |
| 49:25 64:21 | 226:12 227:1 | 6:22,24 7:22 | 183:5 190:4 |
| 65:14 80:12 | **glad** 250:10 | 12:11,13 20:23 | 191:20 197:23 |
| 90:16 96:6,10 | **gloves** 44:1,4 | 21:11 23:25 | 197:25 216:20 |
| 113:16 115:14 | **glyn** 83:17,23 | 27:10 28:17 | 228:16,20,21 |
| 130:18 144:22 | 139:25 140:6 | 29:7 32:23 | 228:22,23 |
| 154:15 192:16 | 141:5 | 35:1 47:3 | 229:9 231:2,4 |
| 210:18 | **gmail** 47:8 | 52:16 53:21 | 233:11 237:17 |
| **gifts** 40:12 | 216:17,18 | 56:10,20 61:14 | 237:21 241:9 |
| 41:25 42:5 | **go** 4:7 6:22 8:3 | 61:16 63:12,22 | 243:5,9 252:7 |
| **gigs** 16:20 | 8:18 19:16 | 64:14,17 76:4 | 253:20 254:23 |
| **give** 8:12 16:20 | 34:21 41:7 | 86:10 92:21 | 257:11 259:3 |
| 23:8 51:3,5 | 62:15 64:19 | 93:3,5 94:4,9 | 262:20 263:8 |
| 58:16,20,22 | 73:25 74:8 | 94:16,17,19 | **gonna** 64:9 |
| 59:1 70:19,21 | 76:5 86:12 | 95:3,7 97:15 | 101:3 113:14 |
| 79:1 84:22 | 93:18 97:9 | 105:22,25 | |

**good**  4:1
  137:25 172:12
  191:8 231:22
  251:10,11
**goodness**  239:7
**google**  95:14
  114:3 167:5
  213:3,6,8,10,12
  213:12,21
  214:16,17
  255:17
**gotten**  32:9
  35:6 39:19
  75:3 221:5
  240:22,23
**government**
  18:20,24
**governmental**
  12:4
**gps**  143:1
**grades**  253:5
**graduate**  13:10
  13:12,18,24
  14:4,6
**graduation**
  83:1
**grand**  43:7,8,9
**grant**  186:7
**granted**  172:11
**gratification**
  203:23
**great**  231:12
  233:3,4
**grievance**
  241:22

**grocery**  34:4
**ground**  5:23
**group**  106:25
  110:5,8 111:7
  113:15,22
  188:8,9,11,12
  188:13
**groups**  188:7
  244:16
**guess**  20:9,12
  20:25 21:1,3
  55:6 74:2 76:3
  88:1 93:14
  103:5 115:4
  171:6,13
  181:21 183:1
  249:16 253:24
  254:1 256:16
**guessing**  20:8
  136:21
**guest**  22:11,14
  258:9
**guided**  56:22
**guilty**  134:17
  134:21 209:19
  210:1,10,24,24
  211:4,11,25
  212:4
**guy**  169:11
  174:9 192:13
  192:17 203:18
  212:10
**guy's**  16:12
**guys**  60:14,16
  60:24 106:24

107:1,11,11,18
107:24 108:4
108:15,24
109:17,19,20
110:8,10 111:1
127:16 156:24
159:2 160:4
163:10 212:9
212:11 261:25
262:2,5,7

**h**

**h**  76:10 103:19
  104:25 107:3,3
  123:11 212:18
  266:3
**hack**  72:15,18
  173:11 249:16
  250:3
**hacked**  72:18
  72:23 73:4
  75:23 170:22
  172:19 202:22
  203:25
**hacker**  103:13
  172:12
**hacking**  72:19
  111:22 112:15
  253:2,3
**haired**  94:21
**hand**  100:17
**handbook**
  220:23
**handful**  17:24
**happen**  101:25
  131:8 162:16

223:19,21,23
**happened**
  57:13 96:24
  110:23 136:23
  152:17 157:23
  157:23 162:17
  162:19,21
  163:1 194:5
  195:17 215:18
  215:21 223:8
  223:13,22
**happening**
  95:24 129:15
  155:20 158:17
  158:25
**happens**  34:22
  34:23 49:10
  102:2 108:14
  203:2,14 246:9
**happy**  62:6
  117:9 135:11
  140:18 154:21
  203:21
**harass**  21:12
  76:5 83:2
  97:21 113:18
  136:5,15 193:5
  212:6 252:3
**harassed**  81:8
  106:12 124:13
  138:21 141:1
  143:13,19
  154:15
**harassers**
  21:20

**harassing** 24:4
71:9,12 80:1
80:18 81:7,11
82:22 91:10
98:15 99:2,8
134:7 138:14
139:6 140:23
145:15 156:21
157:19 160:8
167:14 193:4
255:7 259:1
**harassment**
21:10 71:4
90:18 95:5
133:10,12,17
135:2,24
141:22 160:8
160:10 184:21
187:10,11
193:1 199:9
**hard** 4:20
26:12 37:17
38:18 76:14
94:16,17
156:13 175:1
237:25 262:17
**harm** 21:12
63:21,23 65:12
65:12 84:20
91:13 113:17
113:22 209:23
**harmed** 27:15
84:17 86:6
**harmful** 233:24

**hated** 114:15
**hatred** 74:2
**hazovec** 34:13
34:14,18
**he'll** 80:25
**head** 7:17
105:19,21
114:20 122:3
125:14,17
133:10 146:5
146:24 147:4
148:20,21
247:20 248:7
**hear** 6:14 7:19
25:8,9 33:24
59:25 63:10
74:23 76:2
102:13 117:15
118:3,5,13
149:23 151:13
161:6 162:24
175:1 186:12
197:17 211:20
211:20 220:7
228:19 243:1
260:21 261:4
**heard** 7:23 21:5
21:7 67:8 75:1
76:8 87:15
185:13 207:13
211:16
**hearing** 4:20
111:19 156:13
193:25

**hearsay** 94:10
172:15
**heart** 239:7
**heated** 64:21
**held** 1:16 7:1
27:23 31:12
32:25 42:7
116:15 136:1
209:13,16
210:10,14
211:4 250:1
**hello** 118:4,4
**help** 27:1,2,3,5
27:6,7 44:22
45:14 56:23,24
56:25 57:1,4,6
57:7,10,11,19
57:22 69:2,4
83:25 84:1,4
84:12 90:14,22
96:6,9 133:1
133:12 135:10
138:20,20
147:17 155:1
158:16,18
161:22 201:18
224:9,9,10,10
225:20,20
233:2 235:1
239:6,11,17,24
240:7 259:18
**helped** 168:19
**helpful** 133:3
232:18

**helping** 13:6
124:14 191:3
239:23
**helps** 99:1
160:20 232:21
232:25 236:18
**hereto** 267:7
**hey** 180:22
192:13 237:1
**hide** 76:15
199:13
**high** 13:10,12
13:13,14 14:18
14:19
**highlight** 180:2
243:7
**highlighted**
245:5
**highlighting**
181:12
**hint** 155:15
**hired** 19:7 23:1
23:19
**hiring** 136:5
**history** 252:24
**hit** 25:7 27:15
57:12,13 86:12
231:5
**hold** 42:9 93:24
155:9 156:24
158:6 179:20
212:2 214:25
230:3 234:6
254:16 256:4

**holding** 43:2
202:4
**holds** 42:8,23
**home** 84:2
114:9
**honest** 37:18
199:18 215:7
245:15
**honestly** 155:1
163:11 169:12
**hopefully**
199:11
**horrible** 147:21
**horse** 81:5
82:19,21 83:7
**host** 41:10
73:25 147:6,15
248:5,6 258:18
259:12 262:9
**hosted** 41:12
41:17,20
118:24 119:1
**hosting** 147:13
199:16
**hosts** 146:19,20
146:23 150:5
247:18 262:8
**hour** 182:8,13
182:23
**hours** 10:12,17
10:22 102:22
**house** 65:21
110:6 158:20
193:5 194:14
194:15,17

195:2 257:24
**hozovec** 33:25
**hudson** 186:10
**huge** 240:19
**huh** 7:17 9:19
67:25 75:20
88:11 90:3
110:17 127:2
130:21 169:17
171:17 244:9
248:17 254:11
**hum** 53:25
**hummed** 54:7
54:16,17
**humorous**
32:24
**hurt** 58:9
191:16
**husband** 80:19
**hyphen** 93:7

**i**

**ianzaro** 35:12
35:13,13
**ican** 207:5
**ice** 227:23
**iconic** 84:1
**idea** 71:13
81:20 113:21
122:8,9,10,22
136:25 161:25
169:21 179:8
179:18 188:2
257:19
**identification**
46:3,13 95:20

212:1
**identified**
31:15,25 58:8
77:2,3 107:2
136:8 244:14
258:7
**identify** 27:4
30:5 33:9,14
56:20 57:17,22
58:10,18 59:13
69:2,6 70:19
97:17 190:15
211:1,5,9
212:3 230:4,9
244:13 256:15
**identifying**
21:17 56:18
57:16 69:5
**identity** 28:25
65:7,8 76:12
95:16
**ignorant**
246:21
**ignore** 159:23
**ignored** 155:23
**ignoring**
157:16
**illegal** 10:18
113:12 160:6
**illicit** 21:16
**images** 208:19
**immediately**
14:18 146:21
147:6 221:25

**immoral**
163:10 225:15
**immunocom...**
44:18 45:15
**impair** 10:13
10:18,23 11:3
**impeach**
115:17,20
121:10
**impeachment**
116:1
**impersonate**
52:21 180:11
180:12
**impersonated**
180:7
**implying** 208:7
208:9
**important**
214:10
**impossible**
216:23
**improper** 77:16
115:25 116:21
**improv** 16:14
16:15,17,25
17:4,9,13,17,20
17:23 249:3,8
249:11
**inaccurate**
196:19
**inappropriate**
62:3 181:15
193:6,9

| | | | |
|---|---|---|---|
| **incident** 10:10 | **ineligible** | **injection** 3:16 | **interactive** |
| **included** | 241:15 | 171:8,11,22 | 133:20 |
| 113:11 | **information** | 173:7 253:24 | **interest** 76:7 |
| **includes** 11:20 | 18:14,18 21:11 | **innocent** 259:1 | 234:4 249:22 |
| **including** 22:6 | 21:17,18 57:17 | **inserting** 66:4 | 249:23 250:2 |
| 109:1 117:6,24 | 59:20 65:11 | **inside** 119:25 | **interested** |
| 140:24 143:20 | 72:14,17 76:20 | 195:5 | 121:20 124:14 |
| 188:20 | 83:6,10,12,15 | **instagram** 3:18 | 187:5 264:16 |
| **income** 79:15 | 91:4 100:17,19 | 25:14 53:19 | **interesting** |
| 79:18,20,23 | 100:21,23 | 87:12,19 88:14 | 129:22 251:4 |
| **incorporated** | 101:1 109:18 | 88:17,20 90:15 | **interfere** 128:9 |
| 11:20,22 | 113:2,16 117:6 | 90:18 93:14 | **interference** |
| **incorrect** | 118:17 119:4 | 95:18 124:1,22 | 128:8 |
| 109:18 136:12 | 120:16 121:6 | 126:1,21 | **interject** 141:8 |
| **incorrectly** | 121:13 127:3 | 128:11,17 | **interjects** |
| 77:3 109:17 | 140:5,21 | 132:12 148:7 | 258:18 |
| **increment** | 142:15 143:11 | 148:10 171:14 | **internet** 21:17 |
| 40:23 44:20 | 150:1,2,10,12 | 198:7,12 | 22:5,22 57:23 |
| **increments** | 150:20,21,23 | 229:12 230:14 | 78:3 151:19 |
| 38:17 39:5,17 | 151:3,8,11,13 | **instagram.com** | 190:23 226:13 |
| 40:15 | 152:12 153:13 | 124:2 | **interrogatories** |
| **independent** | 153:15,20 | **instance** 58:16 | 141:10 |
| 179:15 | 156:17 170:22 | **instruct** 28:18 | **interrupt** 182:1 |
| **indicate** 5:10 | 172:19 184:20 | **instructed** | **interviewed** |
| 201:16 | 185:23 189:13 | 102:6 | 22:11,14 |
| **indicated** | 196:20 199:16 | **instructions** | 129:13 130:22 |
| 247:24 | 200:1,18 202:2 | 5:24 8:11 | 131:1,5 132:2 |
| **indicates** | 202:22,25 | **intel** 234:18,21 | **intimidate** |
| 200:21 254:19 | 203:22 204:1 | 235:5,14,20 | 234:1 258:24 |
| **individual** | 216:9 219:12 | 236:3 | **introduce** |
| 21:19 218:24 | 219:16,17 | **intelligence** | 235:20 |
| **individuals** | 222:7 227:1,10 | 180:15 | **introduced** |
| 65:17 149:9 | 227:15 234:2 | **intent** 65:17 | 241:4 |
| 188:4 | 234:14 235:16 | **intention** 31:9 | **invade** 247:1 |
| | 236:10 248:9 | | |

**investigating**
244:17,20,24
**investigation**
142:14,15
164:12 165:8
165:25 167:5
167:18 213:22
**involved** 57:1
72:13 118:18
144:5 166:25
**involvement**
87:1
**iphone** 46:22
**iranian** 261:24
**irrelevant**
204:5 214:3
**irresponsible**
224:21 225:22
**irs** 17:3,13,16
**issue** 127:24,25
139:15,18
165:3 169:23
206:4,7 214:5
214:7 225:17
236:9 240:19
241:10 242:2
**issued** 134:12
134:13 135:1
146:22
**issues** 77:25
**izaig** 2:15 4:15
4:20

**j**

**jail** 23:19 75:4
169:22
**james** 123:24
124:1,7 185:9
232:7 235:15
235:19,21
236:3 237:4,8
237:13,16,24
238:12
**jamie** 35:12
**janine** 33:24
34:13,14,17
**january** 33:2
40:3,4 41:19
126:15 127:20
128:7 139:13
146:6,10
164:16 165:8
165:23 166:17
168:23 177:24
188:24
**jeanty** 2:15
4:15
**jen** 113:11
**jennifer** 1:4
4:11 11:13,14
23:1,18,21,22
57:15,18 62:17
62:22 68:16,22
69:5 70:20
71:1,3,8,12
75:3 76:3
80:18 82:24
84:16,17,20

106:19 107:23
110:7 117:2,7
133:17 138:21
139:2,8,11
141:1,21
143:12,19
147:18 148:17
154:13 155:8
157:24 160:10
162:18 163:2
169:22 187:5,8
189:20 193:2,4
193:5 211:15
211:24 219:4,7
225:11 226:20
265:4 266:1
267:1
**jennifer's**
140:22 143:23
143:24 144:7
149:12
**jersey** 1:16,18
4:14 264:19
**jim** 35:13
**job** 16:21 17:19
32:9
**jobs** 17:22 18:3
18:17 32:6
159:16
**joe** 24:8,8
**joey** 59:19 60:4
60:11,13 64:8
71:1 73:6 74:3
74:11 75:1
80:1,17 81:3

82:19 91:10,18
97:20 102:8
105:17,18,20
106:20 107:5
107:23 124:13
134:10 135:8
135:24 136:5
138:22 139:22
139:24 141:1
141:21,22,24
143:19 144:23
146:14,21
147:7 167:12
167:13 173:10
185:16,18
187:14 189:14
189:14 193:3,3
193:5 195:10
196:6 197:20
247:21
**joey's** 133:10
133:11 196:10
196:18
**johnson** 109:23
**joined** 244:16
**jojo** 198:17
**joke** 244:18
245:4 246:3,4
246:24
**jokes** 246:12,20
**joseph** 22:16
23:3,15 24:4
90:19 102:5,24
103:13 134:8
142:5,17,22

147:18 148:3
158:23 187:4
187:17,19,22
189:8,9 193:9
193:20 194:14
194:21 195:1,3
196:21,25
197:4 199:23
202:9 203:16
205:24 212:6
226:16,20
233:19,21,25
235:11 238:1
251:12 252:19
252:23 255:24
256:12 259:18
**joseph's** 237:20
**judge** 28:22
73:25 135:2,4
135:5
**july** 1:18 4:2
22:4
**jump** 256:5
**jumping**
255:11
**justice** 22:3
27:6,8 160:4
203:24
**justify** 36:1

**k**

**karen's** 113:5
**keeley** 81:15,16
81:18 82:2,17
83:3 84:1,6,11
139:25 140:6

141:5
**keep** 39:4 40:24
61:20 78:25
103:13 157:16
180:3 210:19
221:15 223:2
240:6 251:14
**keeping** 40:14
100:6
**kelly** 186:4
**ken** 109:3
**kept** 148:6
174:23 175:7
218:10
**kick** 177:3
**kicked** 174:23
175:7 176:8
193:7 194:11
194:13
**kicking** 177:2
**kicks** 174:20
175:4
**kids** 44:22
45:14 111:22
125:18
**kill** 73:6 74:12
74:19,20 76:1
**killer** 150:15
**killing** 75:7
**kind** 6:6 88:19
182:21 188:13
232:20 234:10
237:16,25
255:7

**kindness** 191:3
**kirkleer** 135:3
135:6
**knew** 70:24
189:10
**know** 6:1 8:3
8:16 19:13
20:8,13,15,17
20:18,19 21:14
21:21 23:10,11
25:1 27:1 34:2
38:6 39:4,9
41:21,23 42:10
45:25 46:2,5
48:15 52:3,9,9
55:3,5 63:1
67:7 68:24
71:3,19 72:12
72:12 73:18
75:16 76:4
78:1,23 79:3,3
80:5 81:12,19
83:5,11,19
84:9,11,13,14
84:23,25 89:17
89:23 90:22
91:11 97:7,22
97:24 98:25
100:11,16
102:22 104:18
104:18,22
113:3 118:8
122:2,21
123:22 125:13
128:12,15,16

128:16,17
129:4,7,14,14
129:21,25
130:9 132:22
132:24 133:6,9
133:10 135:24
136:11 137:5,9
141:6 142:3,6
142:7 144:11
144:12 146:24
148:1,9,17,20
149:11 152:1
155:1,2 159:2
162:1,17 163:5
163:9,10
165:17,19,21
165:21 166:3,8
167:20 169:7
171:2 173:7,13
173:14 177:22
178:23 179:25
180:3 182:2
185:5,7,18,20
186:11 188:1
189:14 191:17
192:2 194:18
194:19,20
199:12 200:24
204:7 205:1
207:21 212:16
214:16,21
215:6,9,13,18
216:5,13,14
217:12 218:17
218:21,23

219:22 220:19
221:15 222:14
222:16 223:1
227:22 228:10
230:1,16,23
231:1,23
232:25,25
235:10,15
236:5 237:12
237:25 238:4
245:10,11,15
245:16 248:3
248:19,21
249:3,6 250:12
253:10,14,16
253:17,18
255:20,22,25
257:2
**knowledge**
74:5 129:11
131:9,13 170:3
173:14 185:21
219:5,6 249:5
249:9
**knowledgeable**
130:10
**known** 7:6
11:22 51:10
55:10,14 65:7
72:11 82:2
109:13 197:13
197:14 244:15
**knows** 143:12
231:13 250:9

**l**

**l** 51:19 72:11
83:20 101:6,12
101:12 183:17
244:5
**label** 93:6
**labeled** 154:4
171:10 174:4
180:17 197:24
**lacking** 94:10
**lag** 88:25
**laptop** 47:11
**lara** 109:6,13
**large** 6:10
**largest** 42:14
42:17 43:5
**late** 182:21
**latex** 44:1,4
**law** 1:16 2:3
31:12,16,17
184:1,11
187:13 199:10
**laws** 264:19
**lawsuit** 5:25
6:1 7:6 155:17
210:12 212:8
231:14
**lawsuits** 209:23
**lawyer** 101:3
116:10 224:16
**lawyers** 2:9
**lay** 225:19
**lead** 254:6
**leading** 109:11
170:16

**learn** 180:21
**learned** 180:20
**leasing** 18:3,4
19:3,6
**leave** 6:13,13
38:20 60:9,9
81:9 101:3
139:8 160:10
195:8
**leaving** 62:16
62:18 63:3
68:23
**lee** 134:7
135:14,15,19
135:22 138:1,9
138:19,25
157:14
**left** 7:5 13:1
15:23 103:22
105:17 114:16
182:2 220:16
**legacy** 19:9
**legal** 4:16
16:19 27:8
31:5,7 65:15
156:23 265:23
**legally** 7:12
27:8,24 31:12
**legitimate** 29:3
136:4
**letter** 181:5,13
181:16
**letters** 181:18
181:23

**level** 232:19
**liability** 16:9
**liar** 61:9,25
251:16,20
257:4
**license** 69:1
**licensing**
168:21
**licit** 21:16
**lie** 257:18
**lied** 192:18,19
**lies** 197:13
210:12 241:10
256:16 257:18
**lieu** 5:5
**life** 123:10
140:22 233:23
**lifetime** 217:13
**likely** 91:8
167:12
**likes** 91:12
191:6 234:6
258:22
**limited** 16:9
140:9,24,25
**line** 32:8 59:8
91:12 93:18,25
94:2 116:19
149:8 243:7,17
245:18,24,25
266:4,7,10,13
266:16,19
**lines** 54:1 59:19
59:22 123:5
208:19,20

209:9 227:24 235:8

**lining** 117:3

**link** 44:19 95:14 154:9 174:14

**linking** 187:7

**list** 141:10,18

**listed** 113:23

**literal** 152:9 208:8

**literally** 157:15 158:17 168:11

**litigation** 9:6 9:10,11,16

**little** 4:20 6:8 37:10 39:17 45:1 87:1 101:10 111:4 162:4 182:10 240:22,24 255:12

**live** 13:2,5 41:10,12,15,17 42:1,4,19 81:18,22,24 98:15 99:4,8 99:10 100:24 101:4 103:24 104:1,2 123:8 136:24 141:23 142:23 143:7 149:12 181:16 233:7 236:18 236:22 237:1

**lived** 12:18 79:25

**lives** 41:15,20 41:24 98:11 99:1 100:6 113:8 143:9 224:6,23 233:4 244:7,10

**llc** 185:14,22

**loaded** 108:18 108:20

**located** 13:14 19:10,19 142:22

**location** 4:13 141:22

**lockdowns** 33:5 33:10

**log** 196:10,12 196:14

**logical** 50:18 151:14

**login** 198:19,23 199:4,5,7 215:20,21 216:7,8,13

**long** 12:18 13:2 14:22 16:5 19:25 43:8 47:19,21 80:11 82:1,3 83:22 130:5 147:25 148:2 186:22 188:7 230:24 253:14

**longer** 182:5 228:18

**look** 27:21 48:4 93:18 94:19 97:1 108:13 113:10 136:10 144:11 147:21 157:9 177:14 178:8 196:10 230:9 257:7,8

**looked** 118:11

**looking** 30:19 48:6 212:1 255:23

**looks** 93:20 94:23 245:18

**lose** 32:6 94:19

**lost** 32:1 58:3 95:23 96:2 216:8

**lot** 22:21 32:21 67:18 68:17,23 84:16,20,20 101:15 119:7 139:20 140:11 154:14 175:22 185:16 188:4 188:12 197:12 197:13 207:3 208:2 240:17 248:13 252:12

**loud** 6:5

**love** 60:19 61:19 137:9 188:1

**loved** 162:18

**low** 44:17 233:23

**lower** 37:22

**lunch** 182:3,13

**lying** 61:1,4,6,7 62:1 197:14 257:17

---

**m**

**m** 87:18 107:3

**m.d.** 1:5 11:12

**ma'am** 198:3 243:14

**madam** 5:18 6:16 93:2 94:3 95:6,25 105:23 111:13,13 115:8,8 116:3 118:7 130:12 154:2 171:5 174:3 183:1 186:12 197:22 204:15 229:9 243:1

**maddie** 186:4

**made** 35:24 44:16 45:8 51:10 53:4 69:15 84:15 91:11 101:11 101:15 103:15 135:10 139:19 141:23 145:6 146:19 160:9 163:5 164:21

166:4 167:10
168:20 175:22
180:9,10,19
184:14 191:14
193:12,20,21
194:2,9 197:10
203:8 205:13
205:23 207:20
207:21,23,25
208:4 211:11
211:12 244:15
250:25 259:21
264:10 267:5
**main** 89:3
172:7,10 245:1
**make** 34:6
41:16 57:2,3
59:8 68:15
69:3 77:22
97:15 108:13
112:12 116:22
139:10 154:19
154:22 156:3
157:15 164:13
166:9 167:9
175:16 179:23
180:23 181:2
181:12 189:11
190:25 191:8
208:2 209:10
209:12,14,22
210:23 234:1
235:12 237:18
238:3 239:25
240:3 246:19

260:15 261:12
**makes** 65:19
188:5 201:12
262:14
**making** 22:6
29:6 45:16,17
74:12 89:23
97:16 121:14
137:20 138:24
155:15 159:22
160:15 167:8
187:15 205:18
222:11 240:2
**malicious**
21:13 62:11
65:17 112:24
**maliciously**
102:8 127:16
**man** 22:5 194:9
257:17
**manager**
191:15 192:13
**manner** 5:9
22:2 103:21
124:10,18
**march** 33:13
71:10
**marked** 93:9
94:6 95:9
112:15 154:6
171:8 174:5
198:1,7 230:14
243:15
**marking**
243:12

**marlboro**
212:23
**mask** 33:10,15
33:20 34:5,8
34:10,11,14,18
45:2,17,17
**masked** 146:17
**masks** 44:16
45:8
**mass** 90:20
102:6
**match** 257:9
**materials**
127:24
**matter** 1:14
4:11 18:1
34:15 82:16
126:17 129:21
138:18 166:18
178:25 249:23
**mcgibney**
123:24 124:1,7
124:19 125:9
126:18 127:1,4
127:6,10
128:12 129:4,7
130:25 169:15
170:21 171:15
171:19 172:5
172:19 199:25
202:8 232:7,18
233:11 234:3,4
234:21 235:15
235:21 236:3
237:4,8,13,24

238:13
**mcgibney's**
202:23 232:16
**mean** 20:5 21:9
24:9 32:21
37:14 41:14
49:7,8,8 52:15
57:6 60:8
66:23 74:17
83:24 84:9
86:5 89:18
100:13 103:12
104:2 117:25
125:20 129:16
129:25 131:12
133:22 134:17
134:21 137:5
143:6 149:19
151:13 165:15
169:7 170:18
171:20 182:1
182:14 184:9
187:15 188:7
188:15 195:15
198:22 199:1,6
200:8 205:6
207:18 209:17
214:24 222:10
223:23 231:1
233:9,22 240:4
240:7,25 245:6
246:2
**meaning**
103:11 222:14

| | | | |
|---|---|---|---|
| **means** 11:19 | 193:4 213:2 | **meta.com.** 91:3 | 131:5 |
| 12:2,8,9 21:15 | 218:9 228:7 | **method** 105:9 | **miscatagorized** |
| 21:16 103:6,9 | **mentioning** | 124:18 222:2,3 | 258:25 |
| 103:10 134:24 | 188:16 | 222:4,5 | **mischaracteri...** |
| 156:23 173:15 | **meow** 198:19 | **methodical** | 216:25 |
| 229:17 233:23 | 201:11,11,12 | 222:12 | **mischaracteri...** |
| 245:13 | 246:13 | **methodology** | 39:21 118:20 |
| **media** 11:19 | **mesa** 19:20 | 222:21,22 | 210:3 239:9,13 |
| 25:12 29:18 | **mess** 144:12 | **michael** 198:18 | **misdemeanor** |
| 59:5 65:10 | 223:3 | **microphones** | 9:24 10:2,7 |
| 67:12,16 73:10 | **message** 59:4 | 4:3 | **misidentified** |
| 73:11,13,15,17 | 69:17 94:13 | **middle** 1:1 7:7 | 77:7,20 190:9 |
| 74:8 102:25 | 104:8 198:12 | 250:8 | **misidentify** |
| 103:5,18 | 234:19 235:7,8 | **mike** 191:11 | 77:12 |
| 104:11,16 | **messaged** | **million** 26:3 | **misinformation** |
| 105:5,7,10 | 69:15 124:22 | 174:22 175:6 | 133:4 |
| 122:17 123:8 | 145:13 259:18 | **millions** 140:1 | **misogyny** |
| 128:12 129:5 | **messages** 64:7 | **mind** 103:13 | 113:6 |
| 153:9 173:19 | 84:3 126:2,5 | 154:10 182:24 | **misplaced** |
| 208:14 227:18 | 158:24 205:4,5 | 188:15 207:21 | 215:22 |
| 240:9 249:15 | 205:7,8,15,19 | **mine** 113:4 | **mispronounce** |
| 260:8,10 | 205:24 206:1 | 260:11 | 254:23 |
| **medications** | **messaging** | **minor** 34:4,4 | **missed** 257:14 |
| 10:23 | 132:12 145:16 | 34:13,16 35:10 | 257:14 |
| **meet** 208:15 | **met** 76:3 | 35:14,15 36:14 | **missouri** 253:2 |
| **member** 149:7 | **meta** 3:11,12 | 143:24 144:5 | 253:3 |
| **members** | 3:13 87:15,18 | 193:7,10,11 | **misspoke** 22:23 |
| 140:24 148:15 | 87:20 89:10,14 | 194:3,9 | **misstate** 96:15 |
| 148:18 149:5 | 89:25 90:25 | **minors** 224:23 | **misstates** 45:23 |
| **memory** 10:14 | 91:1 93:6,8 | 225:14,16,17 | 54:9 96:12 |
| 10:18,24 11:3 | 94:1,5,6,24 | **minute** 6:23 | 117:18 118:19 |
| **mental** 11:3 | 95:8,9,14,17 | 114:2 228:15 | 160:22 170:2 |
| 77:24 | 96:5,9 97:10 | 228:22 229:19 | 189:4 194:24 |
| **mentioned** | 97:18,21 | **minutes** 102:21 | 196:23 201:22 |
| 110:16 135:14 | | 105:23,23 | |

**misstating**
160:24 170:5,7
**mistaken**
134:15 253:5
**misunderstood**
180:18
**misused**  176:7
177:9
**misusing**
176:12
**mitigate**  91:14
**mixed**  234:10
**mobile**  46:24
105:14 126:4
**mod**  98:5,6,6
105:3 231:10
232:9
**model**  47:25
**moderate**  99:1
99:4 236:21
237:2
**moderates**
236:13
**moderator**  3:14
98:3,5,13,17,19
99:6,13,16,18
99:20,22,25
100:1,9,24
101:4 229:11
230:13 232:10
233:2,12
234:13 236:8,9
238:9 252:13
**moderators**
98:11 99:5

100:5
**mole**  120:20
**mom**  80:13
144:3 227:10
**moment**  79:11
116:9 141:7
**money**  35:7
42:18,23 43:1
43:5 45:13
57:25 58:2,4,6
122:4 175:23
239:22,25
240:3,5,8,10,12
241:6,8,15,16
244:2 246:6
**month**  23:17
24:3,25 43:11
43:12 126:13
174:21 175:5
241:8,13,16
**monthly**  26:5
26:11,16,19
41:3 79:15
**months**  22:5
45:13 113:19
136:22 155:7
175:14
**morals**  225:19
**morning**  4:1
93:4 154:3
**mother**  13:6
72:4,6,9
**mother's**  117:6
**motions**  207:7

**mouth**  92:25
247:4
**move**  12:16
28:15 55:20
119:17 190:7
235:25
**movie**  225:21
**moving**  116:3
**muffled**  6:8
**multiple**  147:3
148:8 203:13
218:22
**murder**  53:13
**murderer**
244:13
**mushed**  125:18
**music**  114:15
180:19
**mute**  4:5 98:14
99:7
**muting**  233:5
**mutual**  148:14
**mutuals**  148:14
**myers**  1:2

**n**

**n**  2:1 3:1 77:18
83:20 103:1,19
104:25 183:17
190:16 197:24
212:18 255:14
259:19,20
**name**  4:15 5:11
12:25 13:8
14:1 16:8 18:8
18:12 19:8,13

19:21 24:15,19
26:21 29:24
30:9 33:24
35:5,12 45:7
51:11,14 52:3
53:1 70:6 77:9
83:16,19 86:23
87:24 88:2,7
88:14,17 89:4
90:4,6 91:3
93:6 95:16,19
97:16,17,20,23
98:20 99:21
101:8 104:17
104:19,23
111:21 114:6
117:4 118:1,11
121:2,24
123:18,21
132:16,21
135:5,6 140:17
146:15,18
179:17 185:10
206:20 215:6,8
218:1 227:22
242:8 244:21
248:6 254:19
255:2 262:23
263:2,3
**named**  22:15
31:9 70:18
76:9 77:6 95:7
101:6,17 106:7
106:11,14
107:7,13,16,20

108:2,6,17,22
109:3,13,22
110:3,24 117:7
186:7 190:10
190:15 191:10
212:14 227:21
233:16 244:2
245:21
**names** 16:12
25:18 30:1,12
30:14,16 35:2
50:22,25 85:1
99:23 100:4
109:2 110:9,15
114:5,13,14
119:19 120:4,8
141:3,6 143:14
143:16,18
149:4 162:9
195:21 247:18
**naming** 218:1
**narcotics** 10:18
**narrow** 111:4
165:1,4
**narrowing**
165:6
**nasty** 186:20
186:23 218:7
**natural** 12:2
**nbc** 152:16
**nda** 149:14
**near** 150:11
**necessarily**
235:17 236:11
236:12

**necessary** 57:2
267:6
**need** 21:1,3
27:2 46:12
59:24 64:23
100:20 111:3
112:11 115:9
140:12 142:8
144:15 155:1
182:3,18
196:16 225:20
230:1 231:15
**needed** 161:22
**needs** 56:23
**negate** 160:12
**negative**
256:18
**neighborhoods**
62:16
**neither** 53:6
**netflix** 131:11
179:8,12,19
**network** 78:8
**never** 9:22
18:17 19:5,14
29:12 32:8
39:10,19 41:6
41:7 43:15
44:3,21 54:6
54:12 60:23
62:10 68:18
72:16 77:6,20
96:16 100:12
102:10 121:20
153:25 154:1

162:10 170:1
170:25 173:16
173:20,25
175:14 196:3
200:12 204:6,8
207:23 208:18
208:19 212:20
212:25 217:19
218:9 229:3
239:5,14
242:23,24
260:5,14 261:9
261:12 263:2
**new** 1:16,17
4:14 22:4
52:10 176:22
176:22 223:19
264:19
**newly** 126:21
**news** 72:23
73:5,21 74:10
151:13 152:2,3
152:7,8,12,13
152:18,21,23
152:24 153:1,3
153:6 197:3,15
197:16,19,20
250:25
**nice** 182:20
236:14
**nicholas** 2:9
206:5 265:1
**nick** 2:12 5:14
23:23 35:3
63:8 64:5

65:24,25 97:15
149:3 161:4
172:24 206:1
206:15,18
214:6,14 265:2
**nine** 221:13
**nj** 2:5
**nods** 7:17
**non** 224:9,11
**nonstop** 94:18
182:19 212:7
**nonverbal** 7:18
**noon** 182:2
**nope** 173:9
**normal** 7:18
158:13 176:18
176:20
**normally** 39:12
39:17 138:11
138:13
**northwood**
13:13
**noshirvan** 1:8
1:8 3:3 4:10,11
5:15,16,22 6:2
7:7 11:18
12:13 24:18
62:8 63:12
64:22 93:3,10
94:4,12 95:7
95:11 117:11
117:16 118:15
118:23 130:14
157:2,21
161:14 183:11

194:1 197:23
198:9 203:1,9
203:17 204:20
222:18 226:19
238:18 243:6
243:18 260:2
**noshirvan's**
97:18 120:11
**noshivan** 265:4
265:5 266:1,2
266:24 267:1,2
267:4,12
**notary** 267:13
267:19
**note** 4:3 265:10
**noted** 267:7
**notes** 264:14
**notice** 38:19
40:23 102:3
**november**
230:11,18
**number** 3:9 4:9
20:10 37:15,20
39:16,18,22,24
46:4,14,24
47:1 52:8,10
62:20 84:22
88:2,3,9,10
124:25 125:5
145:9 147:17
165:22 166:8
168:10,12
215:9,10
241:11

**numbers** 40:22
113:16 162:10
**numerous**
68:12 205:14
**nurse** 223:19
**ny** 265:15

**o**

**o** 51:19 86:20
103:19 104:25
107:3 183:17
195:23 212:15
212:15,18,18
**oath** 4:23 5:5,6
7:12 137:21
226:24,25
264:7
**object** 12:11
20:23 94:9
121:3 151:6,7
161:12 172:14
236:7 255:21
256:23
**objected**
161:13 203:12
**objection** 10:1
15:3,6 17:5,8
26:8 28:9
30:25 32:4,12
33:11 35:4,19
36:3,4 38:3,10
39:20 45:23
49:3,14 50:23
54:9 55:13
57:8 62:14
67:9 68:19

79:13 82:13
84:7 96:12
103:7 105:6,8
107:25 111:24
116:1,20
117:18 118:9
118:19 119:16
119:16 127:9
128:25 133:23
134:20 135:17
137:13,22
140:2 142:10
144:2 146:7
153:3 157:6
160:22 161:9
162:12,25
163:23,25
164:4,7,10,14
164:18 166:20
167:23 168:2
169:5 170:2
172:21 186:1
189:4 190:5
193:17 194:24
196:23 198:24
200:9 201:22
202:13,16,17
203:6 204:2
207:10 210:2
210:16,25
214:1 215:24
216:24 217:10
219:15 221:19
223:10 225:3,7
226:3 232:22

237:5,9 239:8
239:12 250:20
251:25 258:12
260:9 261:15
262:5,21
**objections** 5:8
264:9
**objects** 8:9
**obligated** 7:12
**obligation**
128:3
**obsessed**
113:21
**obtain** 119:23
120:25 121:1
125:4 178:1
**obtained** 72:15
**obvious** 8:8
148:22 149:19
**obviously**
45:14 114:1
142:4 145:16
190:1 233:19
**occasionally**
240:14,15
**occur** 32:18
230:5
**occurred** 81:13
128:6
**occurs** 102:1
**october** 93:11
93:11,15,23
**odd** 159:1,3
**offences** 22:6

**offense** 74:4
  210:1,24
**offer** 6:11
  191:2 237:21
**offering** 184:4
**office** 1:16 2:3
  18:4 19:15
  134:7 135:15
  135:16,19,22
  138:2,9,19,25
  157:14 167:16
  167:19,24
  168:1 169:2
  187:13
**offices** 18:3
  19:3,6 167:21
**official** 51:7,9
  51:13,18,20,24
  180:7
**oftentimes**
  58:21
**oh** 75:22 76:11
  126:1 131:22
  131:22,22
  150:7 155:13
  176:5,6 180:23
  198:21 213:19
  241:14,16
  255:9 256:6
**okay** 5:22 6:17
  8:25 9:20
  10:12 11:11
  12:15,15,17
  16:15 17:24
  22:2,19,25

23:13 24:10
26:18 32:17
34:20 35:8
36:23 46:15
47:18 48:5
52:8,11 53:21
55:21 58:25
61:5,8 65:6
71:20 72:5,21
74:21 78:2
82:1 88:24
94:11 97:25
101:16 102:23
110:14 112:12
112:14 114:10
115:19 116:3
128:23 135:14
139:19 149:6
153:11,17
162:1,6 171:12
171:25 172:10
172:16 174:16
176:2 177:25
182:9 189:19
189:23 196:21
197:7 207:13
208:12 211:20
211:24 215:2
215:10 220:12
221:6 224:25
228:10,13
229:23,24
234:17 235:4
236:1 237:17
239:21 242:20

244:1 245:15
248:11,12
250:2 251:23
253:17,22
254:9,13,22
255:4,19,22
256:15 257:21
257:22 258:2,4
259:16 263:5
**old** 60:21 64:1
  64:3 156:21
  157:1,19
  174:11 248:22
**old's** 159:4
**older** 83:1
  174:19
**once** 30:15
  49:10,12 78:24
  100:2 121:19
  138:4 145:20
  147:7 159:23
**ones** 19:4 51:2
  112:8 140:23
  209:2,4,5
  245:5 262:10
  262:12
**ongoing** 129:24
**online** 27:22
  86:9,10 130:11
  168:7 192:1
  218:23 233:1
**open** 6:13
  112:20 215:19
**opened** 254:4

**operated** 16:10
**operates**
  102:22 104:20
  212:17
**operating**
  106:24
**operation**
  137:6
**opinion** 62:3
  157:12
**opponent**
  137:25
**opportunity**
  102:4
**opposition**
  207:7
**option** 26:14
  38:19 123:2
  126:21
**order** 61:21
  172:11 243:11
  263:7
**ordering**
  263:12
**original** 244:12
**outcome**
  253:10
**outfit** 59:10
**outrageous**
  63:8
**outside** 121:4,7
  131:20 176:17
  176:19
**overbroad**
  164:14

[overdo - people]                                                    Page 38

| | | | |
|---|---|---|---|
| **overdo** 55:19 | **pablo** 227:21 | **part** 119:11 | 258:19,21 |
| **overturned** | 227:23 228:4,5 | 178:14,16 | **pay** 26:5,10 |
| 101:20,22,24 | 228:6,7 | 240:11 | 37:12 39:14,15 |
| **overwhelming** | **page** 3:4,9 | **participated** | 40:17 41:1 |
| 150:4 199:8 | 35:21 65:15 | 106:21 | 99:13,15,16 |
| **own** 27:25 28:2 | 151:16 158:10 | **participating** | 179:3 236:15 |
| 29:23 41:14 | 227:9 231:7,21 | 5:2 | 240:16,20 |
| 51:14 76:13 | 254:6 266:4,7 | **participation** | **paycheck** 17:3 |
| 110:24 137:18 | 266:10,13,16 | 187:10 | 17:9 |
| 143:21,23 | 266:19 | **parties** 4:7 5:7 | **paying** 37:4,6 |
| 152:23 153:6 | **pages** 231:6 | 264:16 | 37:10 175:20 |
| 158:19 202:11 | **paid** 26:19 37:7 | **partner** 167:13 | 176:6,23 |
| 203:22,23 | 37:15,16 39:19 | 251:10 | **paypal** 26:21 |
| 217:25 241:12 | 40:18,19 43:25 | **partners** 19:9 | **pdf** 154:3 |
| 255:23 | 44:10,13,24 | **parts** 257:9,9 | 197:24 |
| **owned** 19:4 | 122:4 175:16 | **party** 9:9 | **peanut** 36:9,11 |
| **owner** 192:1 | 175:19 176:24 | 114:17 137:25 | 36:12,15,18,20 |
| **owns** 191:11 | 241:9,14 | 170:1 | **pedophile** |
| **p** | 245:11,13 | **passed** 130:7 | 62:17 63:4 |
| **p** 2:1,1 3:11,12 | **palm** 2:11 | 135:7 | 183:23 |
| 3:13,14,15,16 | **pandemic** 34:6 | **past** 10:12,17 | **pedophiles** |
| 3:17,18,19,20 | **paparonni's** | 10:22 58:17 | 184:5 |
| 51:16 93:9 | 191:11,15 | 59:2 131:10 | **penalty** 264:18 |
| 94:7 95:10 | 192:2 | 133:12 137:24 | **pending** 8:16 |
| 103:1 112:5,6 | **paper** 241:25 | 188:17,20 | **pennsylvania** |
| 112:16 154:7 | **pardon** 46:8 | **path** 191:2,3,3 | 81:22 141:25 |
| 171:9 174:6 | **parent** 11:21 | **pathetic** 263:1 | 142:1 143:17 |
| 198:8 230:15 | 11:22 87:20 | **patreon** 79:5,7 | **pennysaver** |
| 243:16 | **parking** 68:17 | 79:10,16 80:1 | 106:23 187:13 |
| **p.a.** 1:5 11:12 | 68:23 154:14 | **patrick** 1:17 | **people** 24:10 |
| **p.m.** 93:12,15 | **parkway** 2:10 | 2:3,3 5:12 | 27:2,3,22 |
| 93:23 183:2,6 | **parlance** 67:16 | 56:15 78:25 | 28:24 32:6 |
| 183:9 229:1,7 | **parody** 51:9 | 92:17 165:21 | 38:1,14,19 |
| 231:19,20 | 180:9 | 205:21 206:22 | 42:1 44:21 |
| 263:9,10 | | 222:2 238:25 | 56:19 58:3,4 |

59:3 62:15
67:18 76:17,20
81:6,9 82:22
84:2,14,16,18
84:21 85:1
86:5 91:17,18
98:14 99:2
103:4 106:7,10
107:22 108:15
108:17,25
110:5,18 111:7
111:8,22
112:25 113:18
113:19,23
114:12,15
117:22 119:7
119:25 120:3
120:20 126:22
137:3,7 141:6
143:5,10,18
145:15 146:12
147:8,11 148:2
149:4,11,15,16
151:18,20,24
155:13 177:3
186:11 188:16
188:19 191:1,3
195:21 197:13
203:15 207:2
209:13,21
210:14 218:22
218:23 219:23
221:7 224:1
225:15,24
226:2,6,18

227:3,13 231:6
233:5,25 234:4
234:5,6,8
235:18 236:5
236:13 238:2
238:25 239:1,3
239:6,11,15,17
239:22 246:4
252:2,2 255:8
258:7 259:1,9
261:2,6,22,23
**people's** 62:16
143:14,16
162:9,9 258:22
**percent** 81:14
85:25 129:24
**perilous** 237:15
**period** 123:8,8
166:22
**periodically**
78:13
**perjury** 264:18
**person** 5:6 12:2
12:2,9 22:15
27:21 28:24
29:9,21 30:4,6
31:3,20 45:7
45:16 52:21
53:6 54:15
56:20,23 57:16
58:6,8,9,11,18
58:19,25 59:7
59:13,14 62:17
64:24 65:2
70:17 76:9,15

77:3,3 84:13
84:14 89:13,15
89:17,18,19
90:14 94:21
95:17 98:22
99:11 101:5,10
101:14,17
103:18 104:3
104:11,15
108:22 109:14
109:22 110:3
114:5 119:20
132:5,25
147:16,20
150:7 164:17
178:14,16
181:21 186:15
186:18,19,20
187:17 190:6,9
191:10 207:5
209:24,25
210:23,23
211:10 212:14
220:2 223:6
225:13 226:22
232:12 234:15
236:14 241:21
242:8 244:2,14
257:7
**person's** 90:4,6
104:17,19
123:18 132:21
132:23 143:7
180:15

**personal** 21:11
21:17 117:6
149:12 203:23
227:10 242:17
251:10,11
**persons** 30:19
31:24 33:8
57:22 110:24
110:25 119:12
140:20 249:10
250:5
**perspective**
153:18
**phil** 160:2
**philip** 77:9,16
77:24 190:10
190:15
**phone** 6:13
46:20,21,21
47:1,19,20,21
47:23 49:13
50:2,3,17
51:21 52:8,10
62:20 87:5,6
88:2,3,8,10
104:4 105:15
105:17 124:23
124:24,25
125:5 126:4,4
142:9 145:9
162:10 168:8,9
215:9,10
225:10 232:1
**phones** 4:5
48:19

**phonetic**
  233:14
**photo**  23:4 81:3
  82:19 115:22
**photographs**
  111:9 208:19
  234:5
**photos**  61:10
  84:3 136:24
**phrase**  55:10
  55:14
**phrased**  36:5
**physical**  11:2
  19:14 47:20
**physically**  5:3
  225:9
**pick**  4:4 7:17
**picked**  122:13
  122:19
**picking**  7:5
**pictures**  110:6
  111:22 113:17
  114:7 137:3,7
**piercing**  59:11
**pilot**  122:5
**pinged**  141:21
  141:24 142:5
  142:17
**pinpoint**  50:1
  59:12
**pitch**  179:7,9
**pitched**  116:6
**pittsburgh**
  167:21

**place**  4:7 9:18
  19:2,2 45:11
  53:17
**placed**  19:3
**places**  140:8
**plaintiff**  5:13
  9:9 11:11
  67:23 139:1
**plaintiff's**
  111:18 171:6
  253:21
**plaintiffs**  1:6
  2:7 116:20
**planning**
  129:12
**plastic**  1:5
  11:13 67:24
  68:8,11,16
  141:9,15
  217:14,16,20
  217:21,25
  218:11,16,20
  219:18 220:3
  220:14
**plate**  69:1
**platform**  11:19
  24:11 53:15
  87:16 196:3
  239:18
**platforms**
  25:13,19,21
  67:13
**play**  229:23
  230:4

**playing**  112:23
  114:8,15,22
  229:25 230:22
**playlist**  157:17
**pleading**
  139:23 206:17
**pleadings**
  121:7
**please**  4:3,5,24
  5:10 7:15,20
  8:3,6,17 14:2
  15:13 18:2
  36:5 46:7,14
  57:5 66:9
  93:10,14,19,22
  94:12,20 95:11
  97:1 98:4
  118:8 127:21
  128:1 139:8,22
  141:3,17
  147:16,17
  154:8 157:11
  160:10 161:8
  161:19 171:18
  171:24 172:9
  173:5 174:12
  195:14 196:7
  198:14,21
  199:1,4 203:7
  206:1 213:9
  229:19 243:9
  247:13 248:11
**plus**  236:14
**podcast**  22:11
  22:15 75:13,15

  169:11 208:24
  257:25 258:5,6
  258:14 259:4,5
  259:6,12
**podcasts**
  208:25 209:6
**point**  34:6 79:2
  97:19 123:12
  155:23 163:5,5
  177:7 214:19
**pointed**  175:14
**police**  27:4,18
  27:20 57:15,18
  70:6 113:19
  141:21,24,25
  142:1,3 143:17
  147:17 154:24
  154:25 155:7
  155:13,19
  157:3 158:4,7
  159:2,15,19,22
  160:3,5 161:23
  162:5 164:21
  169:16,25
  194:12 197:11
  197:12
**political**  114:17
**pool**  143:9
**porn**  234:6
  247:22 248:2
**porter**  13:1,2
**position**  32:25
**positive**  195:9
**possession**
  141:16

**possible** 6:12
55:8,23 56:8
56:12 131:12
186:2 209:8,8
215:13 220:15
221:12 233:9
**possibly** 52:9
76:11 143:5
199:10
**post** 88:23,24
89:6 93:19,20
153:23 155:12
174:19 176:3
186:25 189:11
196:6 198:18
218:14 231:19
231:19 233:24
254:7,10,20
255:8
**posted** 59:9
81:3 97:20
102:5 120:20
126:22 142:22
148:6,8 152:10
183:13 185:16
187:18 189:10
189:12 204:22
227:13,16,17
251:5 254:11
254:20 255:6
257:13 259:20
**poster** 169:9
**posting** 21:16
109:16 150:13
181:9,10

186:20 187:14
217:25 247:22
248:2 249:15
249:24
**posts** 126:19,20
130:10 133:2
135:10 179:23
180:2 191:4
196:11,19
256:17
**potentially**
200:18
**powers** 97:9
**practice** 220:20
220:21
**precaution**
58:17 59:2
**precautions**
58:9,13 91:15
**predicate** 94:10
172:22
**prefer** 109:17
**pregnant**
223:20 224:10
**prejudice**
139:16 150:9
212:13
**prepare** 8:22
122:7
**prepared** 190:2
190:2
**prescription**
10:23
**present** 2:14
5:3 12:18

122:7 179:7,18
**presented**
116:4,5 223:15
**preserving**
164:1
**press** 22:4 49:5
**pressure**
154:24 158:5,7
159:15,18,24
160:5 169:16
**pressuring**
162:5
**pretend** 246:20
**pretending**
191:15 192:14
**pretense** 68:13
68:14
**pretty** 16:20
140:22 149:19
150:6 151:14
198:18 199:3
199:17
**prettybasic**
109:13
**preventing**
96:6
**prevents** 96:10
**previous** 8:2
134:2,3
**previously** 70:1
110:1 252:18
253:23 255:13
256:11
**price** 44:17

**prior** 13:4,6
33:5 70:9,11
70:12,14 75:9
76:1 134:6
136:22 158:24
170:6,7 176:16
207:9 230:18
252:24
**priority** 207:2
**prison** 22:5
253:11,14
**privacy** 226:12
247:1 250:15
**private** 4:4
78:7 157:9
215:7 234:5
254:21
**privilege** 186:2
**probably** 6:15
11:17 24:5
51:2 91:6,8
123:17 135:10
150:8 185:18
254:23 260:25
**probation**
86:11 135:25
138:23 155:22
157:14,15
159:21 212:5
**problem** 12:15
27:12,14 89:20
158:6 198:6
205:20 231:17
**proceed** 4:25

**proceedings**
  1:13 8:19
  264:5
**process**  28:4,6
  29:4,5 41:7
  230:1,24 231:1
  241:12
**processed**  39:8
**produce**  46:7
  46:10,14 101:2
  119:19 122:4
  127:24 128:4
  150:20 151:8
  153:6,18
  156:10 185:23
  205:19 206:1
  248:11
**produced**  66:6
  109:12 131:10
  152:12,22
  153:13 159:7
  205:9 207:6
  213:5,12,24
  214:16,18
  217:19 229:22
  230:17
**producer**
  121:19,22
  122:20 179:14
  179:15
**producer's**
  121:24 122:10
**produces**
  156:14

**producing**
  129:8 139:1,3
**product**  186:2
**production**
  116:7 121:17
  130:5 131:13
  131:14 173:2
  242:25
**productive**
  190:24
**products**  44:8
**professional**
  12:3 168:21
**profile**  42:12
  42:15,18,21
  43:3,6 44:19
  242:21 252:14
**profit**  174:23
  175:7
**program**  37:4
**project**  253:9
**promise**  250:15
**promised**
  250:14
**promote**  44:1,4
  44:7,10,13
**promotional**
  44:7
**proof**  65:22
**proper**  49:17
  170:13 202:18
  202:19 214:2
**properly**  118:9
**property**  81:6
  142:23 143:9

  143:10
**proposed**  122:5
**proposing**
  179:1
**proposition**
  255:16
**propounded**
  141:10 264:9
**proprietorship**
  16:12
**proprietorships**
  12:4
**protect**  44:18
  91:17
**protective**
  61:21
**protocol**  78:3
**proud**  188:20
  259:10
**provide**  7:15
  46:15 57:17
  90:21,24 114:3
  117:4,9 127:13
  140:12 146:25
  147:19 243:8
**provided**  69:11
  102:8 126:3
  133:1 140:11
  141:11 157:8
  180:16 193:23
  213:21 241:25
  241:25 243:21
**provides**  26:14
**provoke**  212:8
  258:23

**pt**  2:6
**ptesq.com**  2:6
**public**  72:23
  228:14 241:22
  267:19
**publically**
  227:17 240:17
  254:20
**publicize**
  155:22
**publicized**
  159:24
**publicly**  130:1
  130:1 227:13
  227:16 254:9
  254:11
**publish**  26:24
  30:22 31:2
  38:9 50:5
  53:23 88:19
  110:15 162:8
  186:24 221:7
  223:6 240:9
**published**  65:6
  65:8 68:18
  106:6 109:22
  110:13 111:25
  157:2
**publishes**
  156:15,17
  240:13
**puppet**  52:19
  52:20,23 53:1
  53:7,11

**purported**
29:10
**purpose** 65:13
158:11 163:9
179:4 239:10
245:2
**purposely** 34:3
34:7 107:9
156:9
**purposes** 164:9
202:11
**pushing** 32:21
**put** 32:6 33:20
35:1 36:20
38:14 44:19
46:6 52:10
56:10 89:2
91:11 92:24
106:21 114:2
122:10 153:19
155:19 178:10
179:20 196:13
206:20 223:18
226:6 252:2
258:22 264:7
**putting** 46:9
97:5 109:18
122:22 151:1
158:7 159:15
247:4
**pwnd** 103:1,11

**q**

**qualified** 37:21
**quality** 45:17

**question** 7:19
7:20,21,22,23
7:23 8:2,2,6,7,9
8:16,17 10:10
14:3 15:13
18:2 23:6,7
28:14,20,22
30:24 33:12
34:17 36:5,5
48:14,18 49:18
54:10 55:24
61:3 63:13,14
65:1,4,19
66:10,12,19,21
66:23 67:1
68:6,21 72:20
72:24,25 73:1
80:21,22 85:8
91:20,22,24
92:1,7,15,20
100:25 102:5
102:18 107:7
108:18,20,21
122:23,23
123:2 124:15
124:17 129:3
134:23 137:16
140:4,18
142:13 145:5
153:17,18
156:5,8 157:20
162:14 165:7
166:6,24
169:23,24
170:10,12,20

172:17 179:6
186:3 190:12
190:14 193:16
193:22 194:7
195:20 202:6,7
202:18,20
203:12 207:11
208:10 211:2
211:23 217:1
221:3 222:19
224:17 225:8
236:20 237:11
237:23 238:6
238:20 251:2
255:5 256:3
257:5 260:18
261:17
**questionable**
188:4,5
**questioning**
116:19 120:11
155:5
**questions** 5:24
7:16 10:14,19
10:24 11:4
20:20 23:24
56:16 108:16
109:11 110:11
151:5 210:21
225:23 252:6,8
264:9
**quick** 150:5
252:8
**quickly** 154:11
252:9

**quite** 32:24
53:12 148:22
187:16
**quote** 259:14
**quotes** 90:19

**r**

**r** 2:1 51:16
76:10 86:20
103:19,19
104:25,25
183:17 195:23
212:18 244:5
266:3,3
**racist** 32:22
259:21 260:15
260:22 261:20
**raided** 188:23
**raise** 37:22
116:19 118:9
163:22
**raised** 58:2,4
121:11
**raising** 57:25
58:6 239:22
**ralph** 1:4 11:12
62:22 82:25
106:19 107:23
110:7 133:17
138:22 187:5,9
226:20
**ralph's** 141:22
**ramifications**
31:5,8
**rampant** 113:6

| | | | |
|---|---|---|---|
| **ranch** 13:1,2 | **reading** 22:9 | 250:10,12 | 100:4 101:15 |
| 23:5 82:20,21 | 130:17 171:24 | 251:5 265:11 | 105:11,12,13 |
| 83:4,9 143:8 | 174:16,25 | 266:6,9,12,15 | 111:5,11 |
| **random** 40:25 | 175:10 177:12 | 266:18,21 | 119:13 120:5,7 |
| **randomly** | **ready** 118:8 | **reasonable** | 120:9,14,15,18 |
| 241:14 | 231:23 | 12:12 257:7 | 120:23 121:23 |
| **rare** 48:12 | **real** 19:3,6 53:6 | **reasons** 208:15 | 122:1 123:15 |
| **rarely** 48:12,12 | 123:18 132:21 | 247:21 | 123:19 125:1 |
| 48:13,25 49:1 | 134:15 200:22 | **reassure** | 125:17 126:9,9 |
| 49:19 89:8 | 227:22 | 237:17 | 127:13 136:17 |
| **rate** 222:25 | **realbullyville** | **rebecca** 107:16 | 136:17 138:3 |
| 223:2 | 128:15,19 | 107:21 108:2,6 | 138:10 146:3 |
| **rather** 190:25 | 129:1 | 109:1 | 146:11 163:17 |
| **rational** 147:20 | **reality** 159:5 | **recall** 11:8 | 168:18,22,25 |
| **razook** 233:13 | 185:14,22 | 14:13,16,25 | 179:16 184:2 |
| 233:16,18 | 257:8 | 15:2,20,22 | 185:12 186:17 |
| 234:3,8,12,14 | **realize** 137:18 | 17:11,15,18 | 209:3 213:14 |
| **reach** 145:13 | 225:16 | 18:13 19:12,24 | 213:18 216:23 |
| 231:15 241:23 | **realizing** | 20:3 24:2 25:1 | 217:2,24 |
| **reached** 84:17 | 196:19 | 26:20 29:15 | 219:10 221:25 |
| 94:2 96:5 | **really** 21:24 | 30:13 33:23 | 235:4,6,9 |
| 124:12 125:10 | 38:18 39:13 | 40:14 44:5,15 | 247:14,20 |
| 235:10 | 78:14,16,20 | 44:25 45:3,9 | 248:22 261:8 |
| **reaching** | 80:14 94:16,17 | 45:10,20,22 | 261:10 |
| 136:14 137:1 | 102:10 172:4 | 48:1 51:4,5,6 | **receipt** 265:17 |
| **reactivate** | 181:9 191:6 | 52:2 54:24 | **receive** 16:24 |
| 216:12 | 201:1 222:10 | 71:8,25 72:2,3 | 17:3,9,12,16 |
| **read** 22:2 93:10 | 225:14,17 | 73:8,12,18 | 26:18 31:20 |
| 93:14,22 94:12 | 226:19 237:19 | 74:15 76:25 | 38:12 41:25,25 |
| 95:11 154:8,17 | 242:22 259:11 | 77:5 78:4 | 42:24 120:17 |
| 154:20 171:18 | **reason** 11:7 | 79:11,17,21,24 | 172:19 181:17 |
| 172:8 174:12 | 100:20 113:14 | 82:9,14,15 | **received** 38:14 |
| 181:16 198:14 | 142:4 150:8 | 86:24 87:9 | 38:16 39:2,7 |
| 245:6 263:7 | 153:14 167:14 | 90:5,6,9,11,13 | 39:23,24 40:13 |
| 265:9 267:5 | 172:10 249:24 | 97:7,13 99:24 | 40:13 120:14 |

181:4,8 200:13
200:16 204:6,8
243:21 254:21
**receiving** 90:18
**recent** 102:24
**recently** 37:3
43:10 126:11
180:19 197:2
240:21,24
257:13
**recess** 106:2
183:7 229:5
**recipient**
245:21
**recognize** 81:5
82:21 112:21
174:10,11
198:9 230:20
**recognized**
83:7
**recommend**
27:21
**recommended**
160:2
**reconvene**
182:23
**record** 4:2,8
5:11 6:23,25
7:1,3 22:9 47:4
61:25,25 62:5
64:20 73:9
97:22 105:23
106:1,4 116:12
116:14,15,17
118:9 127:22

128:2 129:2
141:15 164:2
170:20 183:4,6
183:9 229:1,2
229:7,16 263:9
**recorded** 4:10
105:21 113:25
264:11
**recording** 4:6
229:11 230:13
232:1
**recordings**
229:21
**records** 188:7
**recreate** 180:15
**recruited**
107:12,24
108:10,25
**red** 111:23
**redact** 47:9
**redacted** 47:4,8
52:17,18
**redactions**
111:23 179:21
179:23
**redeem** 39:10
41:7,8
**redeemed** 39:6
40:7,8,9
**redirect** 258:13
**redirection**
259:24
**redtruckfarm...**
104:12 105:1

**reducing** 220:5
**refer** 11:17
67:13 183:22
**reference** 11:11
160:4 234:18
245:16
**referenced**
234:11 265:6
**references**
160:1
**referencing**
11:12 95:4
148:6 149:4
155:25 218:10
227:4
**referred** 24:7
67:6 98:5
189:6 197:20
258:15
**referring**
144:18 149:7,8
163:2 177:2
201:10 254:14
**refers** 11:14,16
232:9 258:24
**reflect** 141:15
**refrain** 157:12
**regard** 184:12
**regarding**
192:22,23
**regardless** 65:1
**regards** 144:5
223:23
**registered** 69:1
149:18 207:5

**registration**
207:5
**regular** 16:20
112:9 155:24
220:20,21
**regularly** 221:1
221:8,10,17,23
222:13 241:7
**rejected** 28:11
246:11,12,12
**relate** 115:10
115:15 206:3
215:1 237:13
**related** 10:10
44:14 126:24
142:15 166:25
203:16
**relates** 101:4
**relation** 154:13
184:12,21
252:4,13 255:5
**relationship**
127:22 144:13
234:25 252:15
**relative** 264:15
**relay** 127:3
**release** 22:4
114:13
**releasing**
114:14
**relevance** 17:6
17:7 127:22,24
139:15,18
163:23,24
164:3,7,9

165:3 206:12
214:5,10
**relevant**   17:25
18:1 128:7
139:14 145:5
164:24 166:22
175:17 192:6
**reliable**   206:24
206:25
**remaining**
115:11
**remark**   194:2,9
**remember**
12:13 19:21
20:22 22:19,22
24:5 60:17
81:1 85:1
101:14 105:20
132:14 147:3
181:19 191:22
217:4 220:16
226:25 244:11
246:13 255:4
**remotely**   1:14
5:4,7 264:6
**remove**   156:3
178:10 184:22
**rental**   18:5
224:12
**rentals**   18:6
**reoccur**   26:13
**repeat**   7:21
24:16 51:8
60:1 77:19
234:17

**repeatedly**
115:22 170:17
**repeating**
173:22
**repetitive**
74:22
**rephrase**   7:21
36:5 57:5,9
183:12
**reply**   220:18,24
221:8,17,23
223:2
**replying**
221:13 222:5
**report**   73:13,20
73:23 74:7
102:6 147:17
153:7 164:11
164:13,17,22
164:25 166:4
166:18,19
167:8,9,10,16
168:16
**reported**   73:5
**reporter**   1:15
4:17,19,24 5:1
5:18,19 6:3,6,8
6:13,15,16,18
6:21 7:16
13:25 16:13
24:16 25:8
27:7 51:8
59:21,24 63:10
86:18 88:16
93:2 94:3 95:6

95:24,25 96:1
96:3 102:13
104:21,23
105:2,24
111:13,15
112:5,10,14
114:23 115:6,8
116:3 117:14
118:2,7,10
123:10 130:12
149:23 154:2
156:12 161:6
162:24 171:5,7
174:3,25 183:1
183:3,15,18
185:10,24
186:13,14
188:18 193:24
195:19,24
197:17,22,25
204:13,15,16
204:19 220:7
228:19 229:10
229:13,17,20
233:15 240:10
243:2,3,12
244:4,6,20,23
249:6 261:4
263:11 264:4
**reporter's**
264:1
**reporters**
152:17
**reporting**   5:4,9
74:7 90:20

94:18
**reports**   113:20
113:20,20,21
164:21 165:13
165:24 166:9
166:11 167:3,6
**representation**
187:8
**represented**
188:16,19
**representing**
4:15 189:2
**represents**
259:9
**reproduction**
174:7
**repulsive**
119:10 163:10
**request**   35:1
39:10,12 46:6
46:9,16 97:16
97:16 121:5
126:24 127:19
161:16 163:7
205:12,18
214:2,8 215:1
216:7 246:22
**requesting**
149:3 153:15
**required**   8:11
115:3 267:13
**research**
255:23 260:17
260:20,24

**researched**
260:5 262:17
**researching**
260:2
**reside**  12:21
**respond**  95:1
112:2 126:22
172:3 175:14
176:1 177:17
177:19 219:24
220:1,8,8,12
242:2
**responded**
103:23 104:2
218:3,4 220:10
222:24 244:19
**responds**
242:10
**response**  27:11
65:1 93:22
102:10 172:2
193:23 198:20
201:9 255:5
256:9
**responses**  7:15
**responsible**
218:24
**rest**  51:17
172:8
**restaurants**
191:11
**restraining**
172:11
**restroom**
228:16,22,24

229:4
**result**  32:1,3
172:18
**return**  130:12
265:13,16
**revenge**  234:6
247:22 248:2
**review**  9:3
147:16 218:1
265:7
**reviews**  218:8
**rezube**  231:16
**ricky**  183:13,16
189:13
**ridiculous**
181:20 256:19
**right**  21:22
24:12 33:21
43:19 57:20
60:9 61:1 64:6
77:8 108:3,7
108:12,23
109:4,15,24
110:9 112:4
114:16 120:16
120:24 125:21
131:18 135:5
137:20 142:7
149:1 156:19
174:18 175:3
191:17 202:12
202:15,23
205:22,23
231:3,4 232:2
245:13 246:17

247:5 252:18
252:23 253:1
253:18 254:22
255:11 256:11
257:11,15
259:16
**rightful**  15:5
**rile**  256:20
**roll**  138:16
**rolling**  37:3
**room**  5:3 6:7
6:10
**rough**  182:6
**rpm**  37:18
**rpms**  37:22
**rule**  206:14
220:22
**rules**  5:23
97:10,11,14
**run**  27:15
57:13
**runs**  186:16
232:12
**russia's**  255:17
**russian**  199:15
**rutherford**
1:17 2:5 4:14
**ryan**  30:16

**s**

**s**  2:1 86:20
123:11 181:2
183:17,17
186:16 212:18
266:3

**sabonis**  30:14
53:5,10 70:2,3
215:15 244:8
244:12
**safe**  192:5
237:18
**safety**  21:19
138:5,6,15
139:20 154:18
156:25 158:12
159:4 234:1
**samsung**  47:23
48:19 50:3
51:21
**sand**  77:18
190:16 259:19
259:20
**sandra**  1:15
4:17 264:3,24
**sang**  54:14,20
**satisfied**  256:1
256:9
**savannah**
245:21 246:3
247:22
**savannah's**
113:5
**save**  158:11
**saving**  244:7,10
**saw**  103:2
119:8,24
124:12 133:13
152:8 228:1
235:11 251:3

**saying** 62:17
63:4 75:6,21
77:16 81:4
82:20 90:20
111:2 115:23
116:2 118:13
121:11 135:5,6
139:7 140:5
143:8 151:18
151:18,20
163:9 173:9
174:13 175:1
191:16 196:22
196:25 210:19
216:8 218:7,8
228:6,7 250:25
251:1,24 253:7
**says** 93:11,15
93:16,18,20
94:15 95:2
97:2 118:10
129:10 130:16
130:17,18,19
131:18 137:12
157:5 162:4
174:18 177:5
177:16 201:11
201:13 245:25
246:5,10 257:8
258:18,19
**scared** 144:23
**scene** 57:15
**scheduled**
131:7

**school** 13:10,12
13:13,14 14:19
14:19 158:20
**scope** 121:4,7,7
121:9 165:2
206:17
**screaming**
224:9
**screen** 49:22,24
95:21,21 102:8
117:24 125:22
130:16 175:8
229:11 230:13
232:1 241:25
**screwed** 103:3
**searched** 260:7
260:10,14
**sec** 115:8
**second** 46:11
118:17 257:23
**secondhand**
139:24 140:3
**secret** 28:10
241:12
**secretary**
111:13
**section** 218:1
219:13
**sections** 219:20
**security** 113:16
**see** 32:22,24
42:11 43:3
62:24 64:7
101:4 113:9
114:11 121:1

125:7 130:4
131:3 147:7
150:7 169:9,9
169:9 177:15
178:8 183:1
187:6 196:4
198:18 212:11
223:14 230:12
243:17,24
246:6,8,11,13
246:15,18,22
246:23,23,25
250:18 251:13
253:19 254:22
257:8 258:17
260:15
**seeing** 249:25
255:24
**seek** 61:21
**seem** 252:5
**seemed** 184:6
250:14
**seemingly**
106:20
**seems** 45:18
85:6,14 158:3
187:4 188:3
194:20 218:13
237:14 252:3
258:19
**seen** 33:9 42:15
42:18,21 43:6
48:20 130:8
143:10 150:10
170:25 201:15

257:24 262:1,3
**segments** 114:2
**self** 16:3,5
**semitic** 260:22
**send** 90:25
102:9 105:19
111:17,19
113:19 126:5
126:21 177:21
229:10 242:17
251:5
**sender** 245:14
**sending** 84:3
105:12 242:12
244:1 245:20
**sends** 126:19
**sense** 59:8
**sensitive** 4:3
21:18
**sent** 81:3 93:4
105:16 135:11
152:16,24
154:3 181:23
205:4,7 230:6
242:11 253:8
265:14
**sentence** 46:12
177:17
**sentenced** 22:5
**september**
22:10 198:16
207:6
**series** 112:24
**serious** 172:20
200:22 207:23

**seriously**
207:19
**serve** 134:8
**served** 126:23
**server** 74:14,18
86:17,19,21,22
86:23,25 87:4
87:10 118:23
119:2,6 120:8
120:13 250:10
250:13,14
**servers** 72:23
73:4 75:23
249:13,16
**service** 43:17
43:18 173:19
173:23 176:13
176:18,20
178:9,22 242:5
242:6,15 248:3
**services** 65:20
166:10
**set** 28:6 131:1
264:6
**seven** 198:3
221:13
**several** 18:10
18:11 80:15
106:13 135:10
140:15,15
141:5 143:18
146:19 151:22
152:8 158:21
158:23 259:19

**sexism** 113:7
**sexual** 193:12
193:21 194:2,9
**sexualization**
113:7
**sexually** 84:4
**shady** 73:24
**shame** 158:9
**share** 93:19
219:19 231:4
234:5
**shared** 111:9
170:21 218:19
219:12 254:1
254:10
**sharing** 95:16
113:17 114:7
234:2
**shauna** 109:23
**she'll** 154:21
**sheet** 265:11
**shellie** 72:6,7
80:13,14,15
140:25 141:4
143:20 144:9
144:17,20,22
144:25 145:1,6
145:14 195:13
195:13
**shellie's** 143:22
**sheriff's** 134:7
135:15,16,19
135:22 138:2,9
138:19,25
157:14

**shig** 123:8,11
**shiggy** 231:10
**shimimprov**
16:14,15,18,25
17:4,10,13,17
17:20,23 249:3
249:8,11
**shoot** 105:18
105:20
**short** 72:4
79:25 249:1
**shorthand**
264:14
**shortly** 71:8
**shot** 95:21,21
102:8 130:16
242:1
**shots** 117:24
125:22 175:8
**shouted** 158:17
**show** 90:17
93:3,5 94:4
95:7 111:16
112:18,19
114:1 116:6
121:2,20 122:5
122:8,8,17
147:17 151:2
160:2 197:23
205:12 214:2
214:25 229:9
230:8 231:5
261:14,19
262:8

**showed** 77:23
95:20 110:6
117:1 136:7
146:20 152:4,5
152:6 190:16
213:11,17
240:18
**showing** 96:4,4
141:23 175:9
**shown** 116:21
226:5,9
**shows** 16:20
125:23
**shut** 60:25
146:22 150:5
**sic** 35:24
**sicily** 244:17,25
**side** 58:21 59:9
**sign** 241:2
265:12
**signal** 88:5,6
132:14,15
215:3,11 246:1
246:11
**signature**
264:23
**signed** 130:6
149:14 265:19
**significant**
39:16,18,22,24
40:16,21 44:22
**silently** 155:6
**similar** 33:18
82:18

**simple** 91:24
108:21 122:23
149:2 150:6
156:6,8 208:10
248:12 257:10
257:18
**simplified**
156:9
**simply** 107:10
**sing** 53:22,24
54:21,21
**single** 113:24
114:5
**sings** 54:15
**sink** 156:23
**sir** 25:9 45:22
48:6 61:11
65:23 66:7,10
143:15 159:6
162:7 187:1
208:3 238:19
247:7 260:17
260:24 261:16
261:21 262:24
263:2,4
**sit** 261:21,23
**situated** 118:8
**situation** 28:6
29:8 58:14,15
224:10 225:2,6
**situations**
27:16
**size** 111:18
**skip** 26:22

**slander** 218:5
262:23 263:2
**slandering**
218:2
**small** 40:15,23
44:20 45:4
151:10
**smaller** 74:10
**smith** 109:6,13
**smoothie** 35:16
35:17,18,25
36:8,12,13,21
**snapchat** 25:16
**snatching**
225:10
**sneezed** 34:3,7
**social** 11:19
25:12 29:17
59:4 65:10
67:12,16 73:10
73:11,13,15,17
102:25 103:5
103:18 104:11
104:16 105:5,7
105:10 113:16
122:17 123:7
128:12 129:4
173:18 208:14
227:18 240:9
249:15 260:7
260:10
**sock** 52:19,20
52:23 53:1,7
53:11

**software** 50:12
**sole** 16:12
**solicited** 208:19
212:6
**soliloquies**
23:25 202:7
**soliloquy** 63:13
190:2 202:14
211:17,22
**solution** 6:12
**solutions** 4:16
4:18 265:23
**solve** 53:13
**somebody** 27:5
29:16 31:11
32:20,21,24
33:9 52:21
54:21 57:11,12
57:14 59:17,23
60:12 62:9
63:21 65:7
68:17 76:24
77:6 97:9,10
97:13 99:8
103:12 107:17
107:18,21
108:7,12 109:4
109:8 115:23
136:8 137:11
151:12 153:24
159:20 180:16
180:22 189:15
209:18 210:8
223:16 232:17
246:25 248:2

**somebody's**
21:10
**someone's**
142:9 226:11
242:23
**son** 36:19
**song** 53:22,25
54:15,15,18
180:17,23
**songs** 181:2
**soon** 154:23
**sorry** 4:19 6:18
13:25 16:13
24:16 25:8,9
26:22 40:11
41:16 42:21
51:8 59:21,24
80:13 86:18
88:16 100:11
101:9 102:13
107:20 117:14
118:2,3,6
146:11 149:23
158:6 166:8
174:25 176:5
179:6,6,6
181:25 193:24
195:16 199:20
204:14 208:23
213:15 221:21
228:19 233:15
240:11 244:22
249:6 256:6
261:4

| | | | |
|---|---|---|---|
| **sort** 9:11 99:6 | **specific** 22:22 | **spoken** 80:15 | 23:3,15 75:13 |
| 101:20 209:20 | 56:21 111:7 | 90:7 103:24 | 106:13,21 |
| 234:24 243:10 | 149:11 151:18 | 104:3 124:22 | 108:25 136:3 |
| 250:15 | 158:15 165:11 | 163:15 186:3,6 | 156:22 157:19 |
| **sorts** 18:17 | 166:24,25 | 186:9 189:14 | 159:21 208:24 |
| 121:14 237:3,7 | 167:1,7 169:4 | 191:10 192:21 | 228:11,12 |
| **sound** 21:22 | 178:24 211:1,6 | 192:24 212:14 | **stalks** 107:17 |
| 22:22 33:21 | **specifically** | 212:20,22,25 | 108:7 109:14 |
| 77:8 101:7,9 | 40:9 51:6 | 242:9 | 109:23 110:3 |
| 101:18 185:12 | 65:11 117:7 | **spreadsheet** | **standing** |
| 201:11 231:22 | 126:10 166:16 | 243:8 | 163:23 |
| **sounds** 25:10 | 176:10 189:13 | **sql** 3:16 171:8 | **staring** 129:8 |
| 249:18 | 199:12 213:15 | 171:10,22 | **start** 5:23 8:6 |
| **source** 27:22 | 221:3 240:9 | 173:7 253:24 | 14:9,11,18 |
| 184:10 | **specifics** 235:9 | **stacy** 186:7 | 33:5 37:10 |
| **southern** 12:24 | **specifying** | **stalk** 110:21 | 160:15 191:7 |
| 19:11 | 151:17 218:23 | 144:14 | 210:11 231:18 |
| **span** 83:24 | **speculation** | **stalked** 106:11 | 243:9 245:17 |
| **spark** 245:21 | 31:1 32:5 | 107:4,8,21 | 262:18 |
| **sparks** 246:3 | 35:20 103:8 | 108:12,22 | **started** 19:23 |
| **speak** 8:5,25 | 133:24 142:11 | 109:4,8,16,19 | 22:16,18 25:4 |
| 64:15,18,24 | 198:25 200:10 | 110:18,25 | 33:1,3 71:9 |
| 70:17 71:24 | 211:1 225:4 | 111:1 138:21 | 130:19 195:4 |
| 80:9 105:14 | 226:4 236:7 | **stalker** 94:17 | 241:5,7 |
| 130:20 131:19 | 237:6,10 | 106:7,15,16,16 | **state** 1:16 |
| 145:8 175:23 | **speech** 180:17 | 107:1,14 108:2 | 32:13 65:11 |
| 191:13 235:14 | **spell** 51:15,17 | 108:5,14,17 | 80:25 127:21 |
| 236:3,8,9 | **spelled** 51:18 | 111:6,6 203:3 | 128:1 141:25 |
| 241:21 | **spoke** 72:3,4 | 203:15 207:1 | 142:1,24 |
| **speaking** 26:16 | 76:21,22 80:7 | **stalkers** 106:17 | 143:17 184:17 |
| 176:2 189:15 | 82:9 124:24 | 106:19 107:22 | 192:4 207:21 |
| 192:2 235:18 | 135:15 143:24 | 108:9 110:10 | 252:14 253:12 |
| 235:19 | 144:1,6,8 | 207:3 | **stated** 12:17 |
| **special** 112:25 | 145:14 149:5 | **stalking** 22:7 | 65:15 157:22 |
| 176:17 | 193:1 | 22:12,15,16,20 | 161:20 177:8 |

194:1 206:23
206:25 207:1
213:20 224:20
224:23 241:23
**statement**
21:15 108:21
116:23 119:17
137:24 140:3
145:6 154:20
163:8 170:19
189:1 190:8
193:21 197:4,6
203:8 205:23
205:25 207:20
207:22,23,25
208:5 260:16
260:22,23
261:13
**statements**
86:7 120:12
137:19 172:15
177:12 196:21
197:1,5,9,10
207:14 208:2
239:9,13
264:10
**states** 1:1
117:25 118:11
**static** 37:23
**stating** 5:11
129:1 176:10
184:9
**station** 152:2,3
152:7,15,18,24
152:24 154:25

197:16,19
**stations** 152:8
152:12 158:7
**stay** 237:18
**stenographic...**
264:11
**stepdaughter**
145:11
**stepmom** 144:8
144:9,10
**stepmother**
72:10
**stepping**
158:19
**steps** 28:8
237:18
**sticker** 38:20
**stone** 61:9
**stop** 36:4 37:11
64:5,9,10 71:4
71:17 90:14
109:10 139:4,5
139:22,23
150:14,14,17
150:18 181:10
182:17 201:8
203:6 208:12
247:4
**stopped** 15:23
168:18 181:9
193:7 231:25
**store** 33:18
34:4
**stories** 153:6
256:20

**story** 36:22
58:21,23 59:10
73:5 122:10,12
122:16,25
152:13 155:20
156:3 223:14
223:16 250:24
251:3,3
**straighten**
61:22
**strange** 136:10
**strategy** 259:1
**streaming**
191:7
**stress** 135:9
**strict** 29:4
**strictly** 22:12
22:15,20 75:12
111:5,6 208:24
**strike** 26:22
28:15 60:6
119:17 190:7
**studio** 181:1
**stuff** 27:1 142:3
186:20,23,23
186:25 201:14
**stylus** 48:9,11
48:15,16,19,22
48:24 49:1,4
49:20,22
179:22,23
180:1,4
**suarez** 254:25
**subject** 35:8
82:16 126:17

129:21 131:16
138:18 166:11
166:17 217:18
217:20,21,23
244:7 245:24
245:25 249:23
**subpoena**
243:22
**subscribe**
67:22
**subscribed**
267:14
**subscriber**
79:15
**subscribers**
26:19 79:9
**subscription**
26:6,11,16
**subset** 151:10
**subsidiaries**
11:23
**successful**
131:11 242:24
**suffer** 11:2
**suggest** 184:4
**suite** 2:4,10
**sum** 43:2
**support** 95:3
97:3 150:1,2
175:13
**supposed** 44:23
**suppress** 66:14
**supremacist**
262:15

**supremacists**
73:22 249:25
250:6,8,22
258:8,16
259:13 261:22
261:24 262:4
262:13
**supremacy**
74:1 188:6,8,9
258:17 262:1,2
**sure** 26:17 29:6
41:16 54:8
55:16 91:11
98:10 104:2
112:4 123:12
126:14 154:12
154:19 175:17
198:17,18
199:3,22
213:10 235:12
237:18 245:8
254:18 262:16
**surface** 49:9
**surgery** 1:5
11:13 67:24
68:9,11,16
141:9 217:14
217:16,20,22
217:25 218:11
218:16,20
219:18 220:4
220:14
**surgery's**
141:16

**suspended**
90:16 93:17
96:10 97:6
101:19,21,23
**suspension**
101:20
**suspicious**
199:17
**suze** 186:16
254:24 255:3
**swatting** 22:6
**swear** 4:24
**sworn** 5:16
267:14
**sympathizes**
97:4
**system** 27:9
37:18

**t**

**t** 51:16,16
87:18 101:6,6
101:12,12,12
103:19 104:25
181:2 195:23
244:5,5 266:3
266:3
**table** 261:21
**tabs** 112:25
113:23
**tagged** 102:11
157:14 175:24
**take** 4:7 8:15
8:17 10:22
13:7 28:22
43:8 58:9,13

91:15 92:21
94:19 97:1
98:12 102:17
105:22 138:12
147:22,25
169:12 172:20
182:15 205:25
225:17 228:15
228:22 259:10
**taken** 1:14
106:2 147:14
183:7 229:5
247:15,19
248:3 264:5,14
**takes** 102:16
207:1 234:4
**talk** 53:25
75:10 80:14
85:21 137:1
161:8 163:12
195:6 200:22
215:11 241:18
**talked** 87:6
179:22 194:6,6
204:20 255:13
**talking** 39:25
40:22 50:3
63:5 64:22
71:17 86:8
111:11 130:18
134:3 140:20
141:12 144:16
144:17,19
166:15 169:11
176:4,7 178:20

179:1 193:8
208:13 213:9
220:24 225:22
233:7 238:1
250:23 252:12
254:24 257:20
**talks** 129:25
131:8 201:14
258:14
**tandem** 187:14
**tape** 112:18
**target** 60:14
62:15 117:7
119:8 120:1
226:1
**targeted** 60:16
62:10,13 63:25
64:2 71:1
113:1,2 116:25
149:13 181:22
225:24 235:11
**targeting**
181:22
**taste** 244:17,25
**taunting** 253:7
**taylor** 81:15,18
82:17 83:3
139:25 140:6
**team** 225:16
**teamed** 107:1
107:11
**tear** 158:22
**technically**
26:7 76:15

technology
  18:15,18
teenagers
  224:6
telephone   78:3
  105:15 124:20
  126:2
television   116:6
  116:6 121:17
  122:8,17 179:7
  261:14
tell   7:13 48:5
  60:11 61:11
  62:8 68:25
  95:15 114:12
  119:10 127:6
  127:10 128:18
  130:2,25 131:4
  137:9 140:21
  143:2 163:18
  198:21 199:2,4
  206:2 219:7,9
  227:19 229:3
  254:18 256:21
  257:6,17
telling   85:12
  101:13 108:24
  114:13 155:10
  166:9 169:2,15
  190:3 200:25
temp   18:10,12
temporary
  18:23 19:1
ten   55:4,7,22
  56:1,6,11,13

105:22,23
  134:3 243:13
term   21:5,7
  169:5 195:15
  232:22
terminate
  61:21
terminology
  67:11
terms   43:16,18
  173:19,23
  176:13,18,20
  178:9,22
terrified
  138:15 235:13
terrifying
  138:17 237:16
terrorist   238:1
testified   5:16
  117:11,17
  118:15 173:16
  204:6,9,11
  256:12
testify   10:15,20
  10:25 11:5,8
  66:3 119:18
  134:10 141:13
  141:17,19
  161:5,11
testifying   7:12
  118:16,20
  163:1,3 170:19
testimony
  39:21 45:24
  54:10 56:14,15

66:14 71:21
  74:25 92:25
  93:1 96:13,15
  115:18,19
  117:19 118:20
  118:21 121:15
  122:22 137:19
  144:4 150:1,3
  151:9 160:14
  160:16 170:6,8
  189:5 194:25
  200:19 201:21
  201:23 210:3
  264:8 265:9,17
  267:8
text   59:4 64:7
  84:3 86:25
  87:2 94:13
  104:8 126:2,5
  158:24 205:4,5
  205:6,7,15,19
  205:24 206:1,1
  232:4,5,7
  233:8 235:7
texted   259:19
thank   52:17
  105:2 112:14
  149:10 167:7
  183:18 195:24
  196:9 198:5
  204:19 222:9
  228:24 229:20
  244:6
thankfully
  239:3

thatdaneshguy
  24:15,19,22
  25:20,22 26:2
  26:5,10,24
  29:24 30:8,9
  30:10 33:3
  43:25 46:4,14
  46:19 47:7,12
  47:17 55:9,15
  88:15,18 89:5
  174:9
thatdaneshgu...
  146:18 207:4
  215:5
theater   225:21
theory   216:7
thick   49:9
thing   32:16
  38:8 57:20
  61:14,16 70:25
  71:21 74:14,18
  79:25 85:18
  88:21 99:3
  126:22 132:16
  138:17 159:25
  171:25 178:4
  178:22 209:20
  225:13 236:24
  236:25 237:19
  237:20 248:15
  254:21 257:14
things   22:21
  25:15 58:1
  59:8 66:4
  67:19 99:6

126:19 130:7
160:15 190:25
191:16 193:6,9
210:19 218:7
231:9 233:24
237:3,7,12
239:16,17,19
258:17
**think**   32:23
39:13 47:13
63:22 88:1
108:14 123:19
154:21 160:12
179:5 190:4
202:14 205:15
207:1 211:22
225:14,14,15
229:18 231:19
247:3 253:9
257:7
**thinking**   24:23
241:16
**thinks**   247:2
**third**   170:1
**thirteen**   16:8
**thoringar**
103:18 104:24
**thought**   96:2
151:4 155:7
195:7,9 251:4
256:6
**thousand**   37:19
**thousands**
219:21

**threat**   37:9
187:18 251:6
**threaten**   91:13
233:25 252:3
**threatened**
73:6 74:19,20
105:20 167:2
187:19,20,21
225:2,5
**threatening**
74:12 76:1
84:4 105:18
191:1 195:5
**threats**   22:7
187:15 196:6
259:21
**three**   14:24
20:2,5,7,14,16
114:2 164:6
165:20 174:14
204:22 217:7,8
224:6 247:15
**threw**   35:16,17
36:13
**throw**   35:25
**ties**   188:6
**tiffany**   107:3,7
107:14,20
**tiktok**   3:17
11:19,20,20,24
12:8,10 24:10
24:14,18 25:12
26:1,10,14,24
30:21,22 31:25
32:1,7 34:21

36:25 37:3,10
37:25 38:2,9
38:13 39:7
40:4,7,20
41:10,12,15,15
41:17,19,24
42:1,2,4,4,8,9
42:15,18,21,23
43:1,3,6,13,15
43:21,24 44:8
50:5,10,13,22
50:25 52:12
55:1,15 67:12
67:13,17 73:14
73:16,19 76:9
77:4,12,15
88:21,22 98:3
98:6,16 99:9
99:16,19 100:7
101:19 102:9
102:22 106:6
109:14 116:5
153:19,22
154:9 156:15
156:15,20
157:2,5 174:4
174:5,20,22,23
175:4,6,7,13,17
175:22,24
177:2,22
178:14,16
179:2,24
183:13 207:15
207:16,17,17
209:7,11

219:13 220:23
220:25 222:6
227:18 240:9
240:13,20
241:21,23
242:1,15
252:16,17
**tiktok's**   11:21
**tiktoksupport**
177:17
**time**   4:5,20
15:24 17:23
20:21 23:9,14
23:25 24:24
26:14 29:7
37:9 39:25
40:1,2 44:20
45:10 50:24
59:9 69:24
72:22 74:16,21
74:23 75:1,3,8
78:12 80:7,10
80:11 82:9
83:24 87:9
93:12 94:16
105:16 106:1,4
113:4,6 116:14
116:17 123:13
125:8 126:7
129:8 130:5
131:1,4,6
133:7 138:5,24
139:12,19
141:22 153:9
154:10 156:13

162:8 166:23
183:9 186:22
190:22 201:19
210:22 211:12
212:10 229:7
230:19 231:20
231:20,21
234:15 235:4
240:16 246:20
249:1 263:6,9
264:6,6,10
265:18
**timeframe**
265:8
**times**   40:25
55:2,4,7,22
56:2,6,11,13
68:12 74:13
80:16,25 83:3
83:8 101:23
106:13 138:1
148:8 158:21
190:20 203:13
237:14 241:23
255:24 259:19
**tip**   26:15
152:25
**tips**   28:23 29:2
38:12,14,15
40:5,13 41:25
42:4
**title**   35:5
171:20 197:21
229:10

**titled**   22:4
**tits**   246:1,8,10
**today**   8:19 11:9
111:20,20
213:17 222:4
231:2 257:16
**today's**   9:1
**together**   76:4
107:6 113:10
122:10 125:18
143:6
**told**   10:9 70:25
85:5 86:1 99:7
117:5,23
131:15 136:12
142:14,17
143:4 145:8,23
155:20 190:23
192:13 207:15
219:11 220:3
231:10
**took**   23:4 70:6
74:4 110:6
147:6 155:6,15
168:13 245:1
247:21
**top**   94:12 122:3
125:13,17
130:16 133:10
146:5,24,24
147:4 148:20
148:21 171:18
247:20 248:7
**tortious**   115:12
128:8

**tortiously**
128:9
**torture**   136:5
**tortured**
133:14
**total**   139:10
147:1
**totally**   258:18
**touch**   75:4,5
80:12,13
144:22 231:9
**towards**   187:15
187:18 196:6
259:21
**town**   12:25
13:8 82:25
84:2 106:22
169:10 182:21
258:23
**track**   39:4
40:14,24 78:25
100:6 180:4
221:15 223:2
247:13
**trade**   28:9
241:12
**traffic**   231:21
**trainer**   86:19
105:22
**trainor**   1:17
2:3,3 3:5 5:12
5:12,18,21 6:5
6:7,10,16,19,22
7:4 12:15 15:5
15:12 17:7

20:25 21:3
23:23 28:11,15
28:19 35:1
36:6 38:4 46:6
46:9,13,17
49:16,19 56:4
56:10 60:6,25
61:22 62:1,6
63:8,10,12
64:5,9,12,15,16
64:19,22 65:24
66:4,8,15,17,20
66:25 92:6,9
92:14,18 93:2
94:3,11 95:6
97:15 102:17
104:24 106:5
111:16 112:1,4
112:7,12,19
114:25 115:7
115:13,17,21
116:2 117:16
118:2,3,5,6,12
118:13,14,22
119:1 120:10
121:8,9 122:21
123:11 127:19
127:23 128:2,3
128:10 133:25
137:15,24
141:12,17,19
144:6 145:3
149:3,24,25
154:2 156:12
156:14 157:11

160:24 161:4,7
161:10,13
162:13 163:4
163:24 164:2,3
164:6 165:3,5
166:2,22 167:2
168:4 170:3,7
170:11,14
171:5 172:23
173:2,5 174:3
182:4,8,10,15
182:25 183:10
183:16 185:25
186:12 189:6
193:25 194:1
195:23 197:22
198:2,5 200:15
201:24 202:17
202:19 204:4,7
204:10,12,15
204:17 205:18
205:22 206:4,7
206:9,12,15,18
207:12 210:4
210:17 211:3,7
214:5,9,12,14
215:1,2 222:3
228:17 229:8
229:15,18
230:6,10
240:12 243:1,5
243:14 244:5
249:8 250:22
252:12 253:23
254:16,24

255:20 256:2,3
256:6,10,23
257:1,19,25
258:8,10,10,14
258:16 259:8
259:24 260:1
262:7 263:11
263:13
**trainor's** 60:5
119:17 190:8
255:5
**transcribe**
114:24 115:3
229:14
**transcribed**
264:12
**transcript** 1:13
3:22 47:4
263:12 264:14
265:6,19 267:5
267:8
**trapt** 51:7,9,13
51:16,20,24
53:3 180:7
**traptofficial**
51:12
**treason** 188:25
**trial** 2:9
**tried** 96:19
191:2 195:6
242:12,23
**tries** 179:2
**troll** 233:6
**trouble** 57:16
113:13,14

139:21
**true** 85:13 86:2
189:17 197:5
209:10,12
252:5 257:16
264:13,19
267:8
**truly** 37:24
**trump** 178:25
178:25 180:17
**trust** 155:19
**trusted** 196:22
197:1
**truth** 7:13
124:16 156:4
190:3 256:18
256:21
**truthful** 133:2
133:5 257:2
**truthfully**
10:15,20,25
11:5,8
**truthfulness**
85:4
**truths** 256:16
**try** 8:5 27:5,21
45:14 91:13
92:24 148:7
164:9 209:23
212:7,8 222:8
237:17,21
244:13 247:1
256:20 258:23
**trying** 23:8
28:24 30:5

36:1 42:22
53:12 66:13
76:15 106:25
108:13 113:22
119:8,25
132:14 144:12
147:12 155:16
156:22 158:22
201:18 207:12
221:4,22,24
223:3 238:3
246:25 252:2
253:4 261:16
**turn** 6:19 127:8
127:11 195:11
199:10
**turned** 114:18
114:18 223:7
**tv** 121:20 130:6
152:6,9
**tweets** 174:16
**twice** 175:24
**twitter** 25:24
128:20,22,23
129:1 132:6,7
132:8 148:8,10
155:2 173:17
173:21 174:1,8
176:3,9 212:17
**two** 14:8,16
15:8 20:18
90:12 143:5
144:16 155:13
176:10 195:20
195:21 203:15

**[two - used]**                                            Page 58

228:15,22
235:18 236:5
248:16,25
249:1 260:3
262:7
**type**  18:4 26:23
28:8 33:18
46:18,21 59:1
121:12 147:9
186:23
**types**  39:3

**u**

**u**  107:3 186:16
195:23,23
244:5
**udio**  181:1
**udio.com.**
181:2
**uh**  7:17 9:19
67:25 75:20
88:11 90:3
110:17 127:2
130:21 169:17
171:17 244:9
248:17 254:11
**um**  125:10
**unable**  27:4
**unauthorized**
202:9,23,25
**unblock**  246:4
246:5,8,10,11
246:22
**unblocked**
246:1,23

**uncancelled**
223:18
**uncivil**  62:4
**unclear**  129:2
144:17
**undefined**
232:23
**under**  7:12
16:10,11 29:23
30:6 43:13,20
74:8 89:21
93:10 137:21
161:14 169:18
174:1 220:10
222:24 226:24
226:24 240:23
264:7,18,18
**underneath**
219:13
**understand**
7:11,20,24
8:13,20 10:14
10:19,24 11:4
11:25 12:6
30:23 33:12
37:13,24 42:16
42:22 48:14
68:6 107:9
108:18 124:21
128:5 134:23
139:17 141:14
155:3 159:7
165:12 179:4
185:24 195:3
199:15 221:21

232:17
**understanding**
170:14
**understood**
7:23 76:6
**unfortunate**
31:13
**unfortunately**
31:22,23 45:3
235:10
**union**  1:17 2:4
4:14
**unique**  28:7
29:7 58:15
**unit**  4:9
**united**  1:1
**university**
253:2,3
**unknown**  11:22
57:22 207:5
**unleading**
170:10
**unlimited**
143:20
**unrelated**
134:9 203:15
234:9
**untrustworthy**
197:21
**unusual**  159:25
**unusually**
188:6
**upcoming**
131:5

**uproar**  192:1
**upset**  34:5
**upsetting**
201:19 237:15
**use**  25:13 28:4
46:18,22 47:14
48:11,24 49:1
49:2,4,9,22
50:12 55:15
65:17 73:22
78:5,10,12,13
78:20,20,22,24
87:3 88:1
128:24 164:9
180:4 202:10
203:25 228:21
228:23 229:3
239:18 242:22
**used**  30:1,12
47:11 50:4,10
50:22 51:1,2
52:12,23 53:2
53:8 54:12
55:2,4,7,17,21
56:1,6,11,13,19
59:2 65:12
72:14,17,18
74:1 78:2,7,9
86:16 87:2
90:22 100:2
126:5 127:15
132:19 146:17
179:22 180:1,6
180:14 196:4
199:22 201:5

208:14 215:11
216:15 265:19
**useful**  231:11
**user**  25:18
51:14 52:3
88:2 99:20
132:16 146:18
215:6 252:13
254:19
**uses**  49:19
52:21 59:19
98:19 149:18
199:12 200:8
201:12 255:25
**using**  21:10
43:24 47:20,21
51:21 55:10
57:10 67:11
78:11,21
179:22 199:17
**usually**  55:20
59:4,6 83:25
130:5 196:5
207:2 209:19
209:20
**utilize**  99:10
255:24
**utilized**  196:3
199:23
**utilizes**  100:7

**v**

**v**  6:1 7:7 265:4
266:1 267:1
**vaccinated**
191:24,25

192:8,16
**vaccines**  44:11
192:4
**vague**  33:11
38:3,4 42:16
42:17 50:23
262:6
**valid**  17:7
164:7 166:5,10
167:8,9,10,14
206:13
**value**  38:8,24
263:3
**values**  38:25
39:1
**varies**  102:19
**various**  208:23
208:23
**vehicle**  86:13
**verbal**  7:15
**verification**
29:4
**verified**  85:17
86:15 128:18
259:20
**verify**  29:2 85:4
85:10,16,19,25
86:1 265:9
**veritext**  4:16,18
265:14,23
**veritext.com.**
265:15
**version**  195:17
**versus**  4:11

**vested**  76:7
**victim**  32:23
57:25 59:7
70:7,9 85:9
86:8,12 124:13
134:9,10
225:18
**victims**  21:21
134:2 237:21
**video**  3:14,19
4:2,6,9,10,18
6:25 7:3 21:19
27:5 29:21
30:19 31:2,9
33:14 34:23
35:6,9,21,24
53:23 57:2,3
57:23 68:15,16
68:18,22 71:2
74:12 77:13,15
77:21,22 84:15
88:24 89:1,2
101:11 106:1,1
106:4,4 111:16
111:17,18,21
111:25 112:1,3
112:7,8,15,18
112:18,23,24
114:22,25
115:4,10
116:14,17,17
116:20 119:5
136:7,11,16
137:11,18,19
137:21 139:6,7

139:19 150:20
152:17 153:19
153:22 157:3,5
157:10,13,18
159:12 160:9
162:8 167:3
174:21 175:5
181:12 183:4,6
183:9,9,13,19
183:22 184:3,8
184:8,9,17,22
184:25 185:4
191:6,7,15
209:25 210:22
210:23 211:1,6
211:11,12
213:10,17,19
213:19,20
217:18,19
222:15,15,23
223:6,16,24
224:3,20,20,24
225:10 226:22
226:25 227:3,8
228:25 229:7,7
229:9,10,11,25
230:14,22
231:3,25
233:23 234:11
236:5 238:8
241:12,14
263:9,9
**videographer**
2:15 4:1,16,22
6:11,24 7:2,16

| | | | |
|---|---|---|---|
| 105:25 106:3 | 239:11 240:2,5 | **w** | 184:22 235:12 |
| 116:13,16 | 240:8,13 | | **wanting**  159:1 |
| 183:5,8 228:25 | **videotaped**  1:6 | **w**   17:3,12,13 | **wants**   23:25 |
| 229:6 263:8 | **view**  196:16 | 103:1 244:5 | 71:2 97:20 |
| **videos**   26:23 | **viewed**  151:22 | **wait**   65:2 115:4 | 236:17 |
| 30:21 31:25 | **viewing**  42:1 | **waive**   5:8 | **warning**   102:1 |
| 32:2,7,10,13 | **views**   35:6 | **walked**   33:17 | **warps**   256:19 |
| 33:8 34:21 | 37:15,19 | **want**   8:1,15 | **warrant**   134:6 |
| 35:2 36:25 | 174:22 175:6 | 20:9,12 55:19 | 134:8,12,16,17 |
| 38:2,9,11,13 | **vile**   62:12 | 56:16 58:20 | 134:21,24 |
| 50:5,10,13 | **violating** | 97:21,23 101:2 | 142:2,8 |
| 53:21 54:7,11 | 225:17 | 108:19 112:8 | **warranting** |
| 54:18 65:13 | **violations** | 114:23 115:6 | 165:14 |
| 72:15 76:9 | 174:21 175:5 | 116:19 121:5 | **warrants**   197:8 |
| 77:4 88:22 | 175:21 | 127:14,16 | 252:20 |
| 90:20 101:15 | **violence**   188:15 | 130:12 139:17 | **warrior**   113:1 |
| 106:6,14 108:1 | **viral**   34:21 | 141:14 147:8 | **wartluft**   244:2 |
| 109:12,21,21 | 35:2 139:7 | 148:2 149:6 | 244:5 245:9 |
| 110:2,13,15,24 | 154:23 157:16 | 154:19 155:13 | **watch**   35:22 |
| 111:6 116:25 | 174:22 175:6 | 160:8 167:24 | 196:18 |
| 139:1,3,10,21 | **virtual**   78:7 | 172:7 175:10 | **way**   6:14 12:12 |
| 141:23 142:23 | **virus**   25:3,7 | 182:2,15,17 | 37:23 56:25 |
| 151:22 153:13 | **vista**   2:10 | 200:20 210:10 | 57:1,24 63:7 |
| 155:24 156:10 | **voice**   78:2 | 210:19,21 | 71:4 96:15 |
| 156:15,15 | 86:25 180:15 | 221:3 222:14 | 97:14 105:4 |
| 159:8 180:20 | 229:21 | 229:13 231:5 | 108:19 109:17 |
| 184:14,18 | **voicemail** | 231:23 238:7 | 121:4 151:12 |
| 208:22 217:15 | 105:17 | 239:6 246:5,22 | 151:17 168:19 |
| 218:12 219:14 | **voip**   78:3 | 253:19 255:12 | 176:22 178:18 |
| 219:20,22,22 | **volume**   6:19 | **wanted**   34:6 | 187:19 189:22 |
| 219:25 220:1,9 | **voracity**   120:11 | 41:16 68:24 | 195:11 202:10 |
| 220:11,14,18 | **vpn**   78:8,13 | 113:3 119:10 | 212:9 218:5 |
| 221:7,8,9,13,14 | **vs**   1:7 | 119:11 133:12 | 219:4 220:15 |
| 222:6,25 | **vulnerable** | 135:25 139:5 | 223:12,13 |
| 225:25 226:7 | 114:17 | 145:8 158:16 | 224:22,25 |
| | | 159:24 181:10 | |

225:1 250:9
**ways** 26:15
  27:3 57:24
  59:6,11 140:16
**we've** 140:11
  190:11 211:16
  225:16
**wearing** 33:9
  33:15 34:5,8
  34:10,11,14,18
  59:10
**website** 124:4
  146:16,18
  147:6,13,15
  148:4,5 196:13
  196:14,17
  199:16 205:25
  254:8
**websites** 73:25
  146:12,19
  147:1 150:6
  152:21 153:5
  196:10 204:22
  206:20,21
  247:15,19
**week** 78:24
**weekly** 41:4
  154:24
**welcome**
  177:14
**welsh** 113:11
**went** 13:23
  19:14 113:1,4
  192:7,7 253:11

**west** 2:11
**whatsapp**
  87:22
**whatsoever**
  65:14 159:14
**whispering** 4:4
**white** 73:22
  74:1 175:18
  188:6,8,9
  249:25 250:6
  250:22 258:7
  258:15,17
  259:13 260:22
  261:2,6,22
  262:1,2,3,13,15
**whitman**
  113:11
**wile** 110:3
**willing** 184:20
  224:22
**win** 114:20,21
**wire** 88:12
**wish** 77:19
  156:2
**wishes** 86:11
**withholding**
  205:16,17
**witness** 3:3
  4:25 9:5,6,6,8
  27:12 59:25
  60:1 88:18
  102:15 118:12
  140:12 144:19
  182:14,20,24
  188:19 196:9

233:16 244:22
  248:14 256:25
  257:3,21 264:7
  264:8 265:8,10
  265:12,18
**woman** 34:3
  94:22
**women** 113:8
  208:15 261:2,6
**wonder** 228:2
**word** 77:18
  84:7 113:24
  119:5,5 176:7
  177:9 190:16
  201:5,7,10,12
  221:10 236:4
  246:13 259:19
  259:20
**words** 92:25
  113:12,13
  201:13 214:23
  247:4
**work** 15:24
  16:1 18:23
  19:25 58:24
  97:12 175:19
  186:2 212:10
  230:23,25
**worked** 17:23
  18:9,10,14,20
  19:1,17 20:1,7
  107:19 130:4
**working** 18:3
  117:25 231:18

**works** 97:10
  142:3,6,7
  230:2 231:1
**world** 67:12
  171:3 261:3,7
**worried** 200:15
**worries** 230:24
**worry** 127:7
  147:22 230:25
**worse** 209:14
**worst** 113:10
**wow** 147:21
**wrestler** 101:17
**write** 60:2
**writing** 45:5
  60:1 86:10,11
  118:4 227:6
**written** 177:13
**wrong** 35:18,24
  36:8 58:10,18
  75:19 77:2,17
  78:21 95:15
  116:24 135:6
  209:18 222:7
  223:8
**wrongful**
  209:19
**wrote** 175:12
**wuhan** 25:3

|  x  |
| --- |

**x** 3:1 197:24
  212:15 255:14
**xio1666** 264:3
  264:24

**[xxx - zero]**                                                    Page 62

**xxx**  47:5,5
**xxxx**  47:5

**y**

**y**  83:20 197:24
  255:14
**yandex**  3:18
  197:24 198:7
  198:19,23
  199:4,5,7,12,14
  199:21,25
  202:1,1,9,24
  255:13,17
**yeah**  9:13,13,15
  17:1 18:7
  22:13 24:9
  29:14 30:3
  31:17,19 38:14
  50:6,8,18,19
  51:13,22 54:20
  55:16 57:24
  63:22 68:22
  71:9 73:4
  75:17 76:18,23
  77:11 82:5
  84:17 85:14
  87:21 88:4
  89:5 90:1
  94:15 106:16
  107:6,10 108:5
  110:9 123:12
  126:1,2,3,12,14
  126:16,16
  135:2 148:5,17
  150:7 156:11
  167:7,10,25

  168:5,8 171:3
  173:11 174:11
  177:25 178:15
  181:6,15
  182:14,20
  188:3 197:6
  199:23 201:2
  204:24 218:3
  220:1 231:20
  232:14,18
  233:9 234:20
  238:11 242:7
  242:12 243:5
  243:19 245:19
  245:23 248:5
  248:14 249:18
  255:6 256:10
  256:21 258:19
  258:20 259:22
**year**  13:3,4,18
  14:11 17:13,14
  22:16 47:22
  63:25 64:2
  80:4,5,6 82:4,7
  90:10 123:16
  125:15 136:11
  136:19,19,22
  156:21 157:19
  159:4 248:18
**years**  12:20
  14:6,8,16,23,24
  15:1,8 16:7,8
  17:19 20:1,1,2
  20:7,14,16,18
  60:21 79:20,21

  90:12 125:18
  134:4 156:25
  172:1 177:23
  177:25 208:3
  240:19 246:19
  248:16,25
  249:1 260:3
**yelling**  191:1
  225:20,20
**yesterday**
  257:15,16
**york**  22:4
  223:20
**young**  193:6
**youtube**  25:14
  120:21,22
  227:18,19
**yup**  97:24,24
  97:25 142:16
  185:3 230:21
  243:25

**z**

**z**  186:16
**zach**  101:6,12
  114:19
**zach's**  112:24
  114:7
**zachary**  101:12
**zero**  101:25
  151:9 153:12

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.