## Re: Stand By Your Accusations

**Joseph A.Camp <joey@joeycamp2020.com>**
via yandex.ru
Thu 9/14/2023 4:28 PM

To:Nick Chiappetta <nick@chiappettalegal.com>;pt@ptesq.com <pt@ptesq.com>;chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>;kyle_dudek@flmd.uscourts.gov <kyle_dudek@flmd.uscourts.gov>; sdiamond@kslaw.com <sdiamond@kslaw.com>

Don't contact me again Nick,


Your accusations, recorded, when you called me threatening me and making false allegations are unethical and civilly actionable.



--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240



This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.


2:22 PM, September 14, 2023, Nick Chiappetta <nick@chiappettalegal.com>:

> Joseph,
>
> Just admit that Ralph Garramone and Jennifer Courture are paying you to threaten


EXHIBIT # G

me. Just like they did for you to Mr. Robson D.C. Powers.

Ps. Thank you for admitting to committing a third-degree felony - audio recording without consent.

Tootles.

Nick Chiappetta | Managing Partner
P. 561-768-4500
F. 561-468-4600
nick@chiappettalegal.com
8401 Lake Worth Rd., Suite 130
Lake Worth, Florida 33467

b082cb76-c4a7-4467-8509-510ba3d76bfa
Product Defect | Injury | Disability | Insurance
www.chiappettalegal.com

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Sent:** Thursday, September 14, 2023 4:15 PM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Stand By Your Accusations

Nick,

Be prepared to stand by every accusations you made on that recorded call and every accusations you try to make in court with unauthenticated "evidence".

I promise, I will treat you exactly as your client has treated people close to me, and myself. Since you called me with threats of violence and fabricated evidence against me, I will make sure you get the same treatment.

I have the full recorded call and will be provided my Motion to intervene shortly for the sole purpose or getting it on the official docket.

I'm also going to play a game with Renee, since you're okay with stalking my wife, it's all fair right? You can't unrang the bell. Your ethics will be brought into question.

Does your client know that you just disclosed a significant amount of legal positioning and binder him to specific sets of "facts" when you, yourself, are unaware of the facts.

Dominion Voting Systems has attempted to subponea and serve me over 20 times, including by skipping international service of process rules, to no avail. You think you're more special that them? They have also tried to subponea my GAB (I'm not a US jurisdictional user), some random "TheResearcher2020@yandex.com" account (lmao) numerous times and Yandex told them to go to hell.

You're not special fuck boy.

Read the room. You just accepted the same conduct returned. I promise. Clean Hands bitch!

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

### Attorney BAR Complaint Against Nick Chiappetta # 1006407

Joseph A.Camp <joey@joeycamp2020.com>
via yandex.com
Fri 9/15/2023 12:12 PM

To:ACAPIntake@floridabar.org <acapintake@floridabar.org>;kyle_dudek@flmd.uscourts.gov <kyle_dudek@flmd.uscourts.gov>; chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>;sdiamond@kslaw.com <sdiamond@kslaw.com>;Nick Chiappetta <nick@chiappettalegal.com>

3 attachments (1 MB)
attorney grievance form.pdf; Part 3 Florida Bar Complaint Chiappetta (1).pdf; exhibit 1.png;

Pursuant to the Florida BAR rules I am now submitting my BAR Complaint against attorney Nick Chiappetta for his misconduct and multiple violations of the Professional Standards and ethics that every attorney is required to live up to.

Including, but not limited to his defamation of character, lies and harassment meant to harm a third party, furtherance of his clients criminal misconduct, and much more.

Thank you for assigning this matter to an investigator for review. I am willing to provide the full recorded conversation (lawfully recorded) to the investigator for their review during the investigation of attorney Nick Chiappetta BAR number 1006407.

I am currently in Peru and have very little communication or technology to engage significantly in this extremely important matter. Please take that into consideration. I am an American citizen who has been volunteering world wide with NGOs to build homes for the poorest people in the world, for a significant amount of time now, including all times that are involved in the civil litigation of which I am not even a party.

Furthermore, Cook County, Illinois has indicated that this attorney has previously been arrested and convicted of crack paraphilia shorty before he moved to Florida to become an ambulance chasing unethical attorney that he currently is.

--

Logo

# Joey Camp 2020

Mobile: 720.454.5240
Email: Joey@JoeyCamp2020.com
Website: www.joeycamp2020.com
Address: @joeycamp2020 (for everything)

facebook icon

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

# URGENT - Conflict of Interests

**Joseph A.Camp** <joey@joeycamp2020.com>
via yandex.ru
Sat 9/16/2023 2:36 PM

To:acapintake@floridabar.org <acapintake@floridabar.org>;chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>;kyle_dudek@flmd.uscourts.gov <kyle_dudek@flmd.uscourts.gov>;Nick Chiappetta <nick@chiappettalegal.com>

Judge, and Florida BAR,

I just learned that attorney Olga L. Hernandez works for Defense Counsel Nick Chiappette in the Danesh Noshirvan case.

Some few months ago, my wife and I were consluting attorneys for immigrarion issues related to my wife's status in the United States. My wife and I attended a significant consultation with Ms. Hernandez via telephone where we disclosed a significant amount of private details about our life. Ultimately we retained counsel elsewhere. However, searching my emails and phone records I remember vividly our communications with Ms. Hernandez.

I am significantly concerned about how Mr. Chiappette handles his conflict checks as a result of this development and for the safety and security of my wife and I and our unrelated immigrations issues. Given this, I am certain that Mr. Chiappette and his firm do not methodically monitor conflicts.

I was very concerned with the nature of some of his unethical communications, including the recorded call, as he mentioned things that otherwise is unknown to the genetal public. Upon information and belief, Mr. Chiappette is using the personal privileged communications provided during the consultation with Ms. Hernandez, in advancement of his client Danesh Noshirvan.

Please order an investigation,


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

## Danesh - by any other name

Joseph A.Camp <joey@joeycamp2020.com>
via yandex.ru
Sun 9/17/2023 10:39 AM
To:Nick Chiappetta <nick@chiappettalegal.com>;chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>

1 attachments (9 KB)
Screenshot_20230917_080820_X.jpg;

Nick,

By your own logic and the logic of your client Danesh Noshirvan, we can assume that the anonymous account promoted by Danesh Noshirvan on his TikTok known as CredibleIntel ( 🤡 ) which has been harassing, doxxing, and more Plaintiffs Counsel Patrick Trainor is indeed Danesh Noshirvan.

We can make these factual assertions because you and your client Danesh Noshirvan, have determined that any anonymous and unauthenticated email, social media, or the like, is me, so it follows that if you can draw those conclusions with statements of "fact" and life altering reports ro law enforcement, then attacks on Plaintiff's counsel (only recent one example of many provided, but I am sure that you will ring a bell you wish you never did and open the door wide open soon enough) are your client.

My factual conclusion here is made using the same logic which you came to factual conclusions about anonymous speech, which you and your client have already made the rules for identifying anonymous individuals,  for example, by your definition and actions thus far, anonymous social media and emails must automatically be me, and must mean I am getting paid because I hate your client and wish him a painful aging process (since you already opened that door and made your own rules of evidence, so can I use the same logic and rules.

So, Judge, based on Nick Chiappette's and Danesh Noshirvan's own rules of evidence, I am submitting that CredibleIntel's most recent anonymous communication threating Plaintiff's counsel is Danesh Noshirvan and am requesting Law Enforcement look into the matter, in exactly the same manner which Mr. Chiapet has reportedly concluded that anonymous speech online is me. Secondly, I conclude that by the sheer determination of the CredibleIntel account, if it is not Danesh Noshirvan, then they are being paid by Danesh Noshirvan -as Mr. Chiapet stated in his lawfully recorded call to me he has concluded that because I can devote significant amount of time to seeing Danesh Noshirvan eradicated that I must being being paid by Plaintiffs (a joke of a conclusion, but Mr. Chiapet opened that door so but let's run with it here:  CredibleIntel has doxxed social security numbers, put a hit out on Plaintiffs and their counsel, and much much more).

So, with the same unauthenticated "evidence" that Mr. Chiapet replies on to defame me and assign me roles I am now assigning to CredibleIntel and Danesh Noshirvan.

More to follow.

P.s. I settled a massive lawsuit, representing myself none-the-less, and thus I can remain happily

unemployed and entertained by nothing other than my desire to see Danesh Noshirvan live his life in sheer agony (wishful thinking) and don't need anything from anyone. It's entertaining to me to watch Danesh Noshirvan get the same treatment he has dished out to others.

Your plan of action is to "report" to authorities that you "know for a fact" that anonymous accounts in question are "me" with the hopes of getting a knee jerk reaction from law enforcement using them as your personal army, causing pain and suffer.

Using the same logic that all Anonymous accounts can be attributed to anyone we want to attribute them too, I saw an anonymous post where the poster said s/he was holding a hostage. Should I use your methods and call the police and report it to get a knee jerk reaction?

CredibleIntel is getting paid by Danesh Noshirvan because why would anyone else have an agenda to come after me so hard? That's what you told me on the phone, that I must be getting paid by Plaintiffs because why else would U go after Danesh so hard?

I certainly hope that you did not assign my name to any reports to authorities, because if you did I will use your same logic and assume your client is CredibleIntel and that other account holding hostages and make my reports as well Mr. Chiapet.

Nick, your bravado and unprofessional conduct within hours or taking the case, making hold accusations without even having seen any of the details of the case -by your own admission in the lawfully recorded call- is why I want to destroy your career, your reputation, your family's support for you, and your firm, and I will do so lawfully in the same manner your client does to random people.

You cannot have your cake and it too. It is unsurprising that Danesh has hired a recovering crackhead with convictions for Disorderly Conduct, Curfew violations, crack paraphernalia, and more -prior to fleeing to Florida and becoming an ambulance chasing unethical lying scumbag.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from

disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**Fwd: What A Bloodbath!**

Joseph A.Camp <campjosepha@gmail.com>
Fri 8/2/2024 6:15 PM

To:pt@ptesq.com <pt@ptesq.com>;Nick Chiappetta <nick@chiappettalegal.com>;chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

-------- Forwarded message --------
2:47 PM, August 2, 2024, Credible Intel Tips <citips@protonmail.com>:

> Hola, Jose! G'day Tye!
>
> And how are ye lads holding up after the slaughter #TeamCouture has endured today at the hands of federal judges?
>
> Wow. Just WOW! (I'm sure JoJo remembers how Tom Retzlaff used to use that phrase on BVFiles. Amirite, Joey? You know that I am!)
>
> I couldn't but notice that none of you have been discussing these harrowing developments. (BTW, who issued that stand down order, eh? You can tell me now or we'll find out under oath. It's all gonna

come out.)

Sanctions against your boy Patrick Trainor for filing a FRIVOLOUS counterclaim? And his client's counterclaim has been dismissed WITH PREJUDICE (AGAIN!). Pat's such a meathead! Gentleman Nick gave Pat every chance to correct himself and yet Pat let it ride! (BTW, are you guys aware that Pat has no employment history prior to becoming a lawyer in 2018, and that his cousin was an affiliate of the Genovese Crime Family who was indicted over his role in an illegal gambling racket? 🤫 Just sayin).

And now I'm hearing from my Twitter sources that someone else was just ordered to pay up for blowing off something the court ordered! I wonder who that might be 🤩 ??? Might that person be JoJo's "boss"??? 🤡

SPEAKING OF WHICH! DID YOU GUYS READ THAT DECLARATION WHICH LINKS JOJO TO JEN AND RALPH AND PLACES HIM INSIDE GARRAMONE PLASTIC SURGERY ON NUMEROUS OCCASIONS IN 2022??? THAT'S **DIRECT EVIDENCE**.

JoJo is familiar with The Streisand Effect. The actions Jen and Ralph have taken from January 2022 to the present are consistent with that phenomena. But continuing to pursue their loser of a case rather than settling and moving on needs a term of its own! Soliciting suggestions if you have any. "Self-destructive" doesn't even begin to describe it.

Anyway, they way I see it is that the Plaintiffs have two choices left - with varying degrees of residual butthurt.

1) They offer Danesh millions of dollars to settle and agree turn over information useful to pursuing their co-conspirators

or

2) They continue to pursue their frivolous lawsuit until it's dismissed or loses at trial - and face the possibility of paying out much much more than if they had just done the smart thing and settled during one of the numerous opportunities they've been presented to do so.

And that's in addition to all the news coverage and negative press that will absolutely result in any such trial! A plastic surgeon who divorces his wife to shack up with his criminally aggressive blonde floosie employee who then conspires with a known 2-time felon stalker to stalk a guy and his children across state lines??? And that 2-time felon flees the country to avoid State Police investigation... only to be arrested and have to flee the country he fled to?

YOU CAN'T MAKE THIS SHIT UP! LOCAL NEWS WILL LOVE IT! SO WILL THE NATIONAL NETWORK IT WILL AIR ON THIS FALL!

In other words take the "L" losers! It only gets worse from here!

CHEERS,

C.I. 🐌

Sent with Proton Mail secure email.


-------- End of forwarded message --------