UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE, M.D. ,

     Plaintiff,

v.                                Case No.:  2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

     Defendant.

| Judge: | Kyle C. Dudek | Counsel for Plaintiff | Patrick Trainor |
|---|---|---|---|
| Deputy Clerk: | Courtney Ward | Counsel for Defendant: | Nicholas Chiappetta |
| Court Reporter | Vonni Bray | Interpreter | |
| Date/Time | August 28, 2024 09:30 AM | Total Time | 10:58 AM-11:48 AM 50 minutes |

**Clerk's Minutes - Motion Hearing (Doc. 165)**

Start time: 10:58 AM

Counsel makes appearances. Court reviews background of case as stated on record and addresses Plaintiffs' Motion for Protective Order and questions counsel for clarification on a few issues. Attorney Trainor responds and presents emails to the Court for review. Court marks and admits first email as Exhibit 1 and Attorney Chiappetta objects. Court marks and admits second email (7/26/24) as Exhibit 2.

Attorney Trainor continues with proffer and responds to Court's questioning. Attorney Chiappetta makes rebuttal and responds to Court's questioning. Attorney Trainor further responds, as does Attorney Chiappetta.

Court plays video which was provided for counsel to verify this is one of the videos being referenced. Counsel responds and answers Court's questions.

Court addresses allegation of video being used for blackmail and emails and Attorney Trainor responds. Attorney Chiappetta remarks on the same and answers Court's questions. The Court will enter a protective order as specifically stated on record. Order will be entered following the hearing.

Attorney Chiappetta requests clarification re: 7/26/24 video and Court responds. Attorney Trainor requests 7/26/24 video not be further publicized and Court responds.

Court makes final remarks. Attorney Chiappetta makes remarks re: video. and hearing adjourns at 11:48 AM.