UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE, M.D. ,

    Plaintiff,

v.                                                                  Case No.:   2:23-cv-340-SPC-KCD

DANESH NOSHIRVAN,

    Defendant.
_____/

## ORDER

This matter was before the Court for oral argument on Plaintiff's Motion for Protective Order. (Doc. 165.) For the reasons stated on the record, the Court **GRANTS IN PART AND DENIES IN PART** the motion.

The parties and counsel are prohibited from surreptitiously recording any future proceedings in this case. The motion is denied to the extent it seeks any different or further relief.

**ORDERED** in Fort Myers, Florida on August 28, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record