# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CASE NO. 2:23-cv-00340-SPC-KCD

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, | ) ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF RALPH GARRAMONE M.D., P.A., D/B/A GARRAMONE PLASTIC SURGERY

Plaintiff Ralph Garramone M.D., P.A., d/b/a Garramone Plastic Surgery ("Garramone Plastic Surgery"), pursuant to Local Rule 2.02(b), moves this Court for an Order substituting Duane Morris LLP and Harvey W. Gurland, Jr., Esq., Julian Jackson-Fannin, Esq., and Anoosheh Shaikh, Esq. as counsel in this cause for Plaintiff Garramone Plastic Surgery only and relieving Patrick Trainor, Esq. and The Law Office of Patrick Trainor, Esq., LLC of all further responsibility for Garramone Plastic Surgery only. Patrick Trainor, Esq. and The Law Office of

Patrick Trainor, Esq., LLC will remain as counsel in this cause for Plaintiff Jennifer Couture.

Garramone Plastic Surgery consents to the substitution of counsel, and requests that all future orders, pleadings, motions, memoranda, notices, correspondence, and other papers for Garramone Plastic Surgery be directed to Harvey W. Gurland, Jr., Julian Jackson-Fannin, Esq., and Anoosheh Shaikh, Esq. at the address below.

## LOCAL CIVIL RULE 3.01(G) CERTIFICATION

Counsel for Plaintiff RALPH GARRAMONE M.D., P.A., D/B/A GARRAMONE PLASTIC SURGERY conferred by email with counsel for Defendant on September 17, 2024, and counsel for Defendant confirmed that Defendant does not oppose the substitution of counsel.

Respectfully submitted this 17th day of September, 2024

| | |
|---|---|
| */s/ Patrick Trainor* | */s/Julian A. Jackson-Fannin* |
| Law Office of Patrick Trainor, Esq., LLC | Harvey W. Gurland, Jr., Esq. |
| 19 Union Avenue, Suite 201 | Florida Bar No. 284033 |
| Rutherford, New Jersey 07070 | Julian A. Jackson-Fannin, Esq. |
| Tel: 201.777.3327 | Florida Bar No. 93220 |
| pt@ptesq.com | Anoosheh Shaikh, Esq. |
| | Florida Bar No. 1039830 |
| | DUANE MORRIS LLP |
| | 201 S. Biscayne Blvd., Suite 3400 |
| | Miami, FL 33131 |
| | Tel:  561.962.2108 |
| | HWGurland@duanemorris.com |
| | JJFannin@duanemorris.com |
| | AShaikh@duanemorris.com |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Nicholas A. Chiappetta, Esq.
Chiappetta Trial Lawyers
8401 Lake Worth Road, Suite 130
Lake Worth, Florida 33467
service@chiappettalegal.com
nick@chiappettalegal.com

/s/ *Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.

DM1\15713192.1