IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY,<br><br>Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN a/k/a @THATDANESHGUY; TIKTOK INC.; AND BYTEDANCE, INC., JOHN DOES 1-100, being fictitious names, and ABC CORPORATIONS 1-100 being fictitious names,<br><br>Defendants. | Civil Case No.: 2:23-cv-00340 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY

The Law Office of Patrick Trainor through the undersigned named attorney Patrick Trainor, Esq., (hereinafter the "Firm") moves the Court to Withdraw as Counsel of Record for Plaintiff Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery ("Plaintiff") and requests that the Court enter an Order allowing the Firm to withdraw as counsel for Plaintiff, and states as follows:

1. Withdrawal is permissible under Rule 4-1.16(b)(1) and Rule 4-1.1.16(b)(5) and should be granted, because the withdrawal can be accomplished without material adverse effect on the interests of the Plaintiff Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery.

2. Pursuant to Local Rule 2.02(c)(1) Plaintiff Ralph Garramone M.D. P.A. d/b/a Garramone Plastic Surgery has consented to this withdrawal.

## LOCAL RULE 3.01(g)

Counsel for the parties conferred via email on September 17, 2024, and counsel for Defendant confirmed that he Defendant does not oppose the withdrawal of counsel.

Respectfully submitted,

Dated: September 17, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 17th day of September 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF, which will send notice of electronic filing to all counsel of record. I also certify that foregoing document is being served via electronic mail on the following:

Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.

Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
DUANE MORRIS LLP
201 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Tel: 561.962.2108
hwgurland@duanemorris.com
jjfannin@duanemorris.com
ashaikh@duancemorris.com

Dated: September 17, 2024

_____
Patrick Trainor, Esquire (Attorney ID 242682019)
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com

3