# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CASE NO. 2:23-cv-00340-SPC-KCD

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## PLAINTIFF RALPH GARRAMONE M.D., P.A., D/B/A GARRAMONE PLASTIC SURGERY'S TIME-SENSITIVE MOTION TO RESCHEDULE OCTOBER 3rd DISCOVERY HEARING TO OCTOBER 15th

Plaintiff RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY ("*GPS*"), pursuant to Federal Rule of Civil Procedure 26 and Local Rule 3.01(e), moves on a time-sensitive basis for the entry of an order rescheduling the discovery hearing on GPS's Fourth Motion to Compel (D.E. 172) currently set for October 3rd to October 15th. In support thereof, GPS states as follows:

### BASIS FOR TIME-SENSITIVE REQUEST

GPS seeks relief on a time-sensitive basis to reschedule the discovery hearing currently scheduled to take place on October 3, 2024 to October 15, 2024,

to align with the in-person hearing the Court set on the parties' discovery motions filed in the related action, *Noshirvan v. Couture, et al.*, 2:23-cv-1218-JES-KCD (the "***1218 Case***"), and to allow sufficient time for counsel for GPS to make travel arrangements to Fort Myers, Florida.  Accordingly, GPS respectfully asks that the Court rule upon this motion on or before **Tuesday, October 1, 2024**.

## FACTUAL AND PROCEDURAL BACKGROUND

1. On September 6, 2024, GPS filed its Fourth Motion to Compel (D.E. 172).  At that time, GPS was represented by Patrick Trainor, Esq. of the Law Office of Patrick Trainor, Esq.

2. On September 24, 2024, the Court set the Fourth Motion to Compel for hearing to be held in-person on October 3, 2024 at 9:30 a.m.

3. Also on September 24, 2024, the Court set hearings on the parties' discovery motions for hearing to be held in-person on October 3, 2024 at 9:30 a.m. in the 1218 Case.

4. Accordingly, the Court intended to hear all pending discovery-related motions in both the instant action and the 1218 case at the same hearing.

5. On September 24, 2024, Attorney Trainor filed an unopposed Motion to Continue and Reschedule the hearing set in the 1218 case.  The Court granted that Motion on September 25 and reset the in-person hearing in the 1218 case for

October 15, 2024.  *See* 1218 Case at D.E. 145.  Thus, there are presently two in-person discovery hearings scheduled before the Court instead of one.

WHEREFORE, given the Court's apparent intention to schedule one hearing on all of the pending discovery motions in this case as well as the 1218 Case, and given the fact that counsel for GPS will need to travel from Miami, Florida for both in-person hearings, GPS respectfully requests that the Court issue an Order rescheduling the October 3, 2024 hearing for October 15, 2024.

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that undersigned counsel attempted to confer via email and telephone with counsel for Defendant four times on September 26 and 27, 2024, but counsel for Defendant failed to provide a substantive response indicating Defendant's positon on the relief requested herein.  The email exchange demonstrating the undersigned's efforts to confer with counsel for Defendant is attached hereto as **Exhibit A**.

DATED: September 27, 2024                    Respectfully Submitted,

*/s/ Julian A. Jackson-Fannin*
Harvey W. Gurland, Jr., Esq.
Florida Bar No. 284033
Julian A. Jackson-Fannin, Esq.
Florida Bar No. 93220
Anoosheh Shaikh, Esq.
Florida Bar No. 1039830
DUANE MORRIS LLP
201 South Biscayne Blvd., Suite 3400

Miami, FL 33131
Tel: 561.962.2108
HWGurland@duanemorris.com
JJFannin@duanemorris.com
AShaikh@duanemorris.com

*Counsel for Plaintiff Ralph Garramone M.D., P.A., d/b/a Garramone Plastic Surgery*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

| | |
|---|---|
| Nicholas A. Chiappetta, Esq.<br>Chiappetta Trial Lawyers<br>8401 Lake Worth Road, Suite 130<br>Lake Worth, Florida 33467<br>service@chiappettalegal.com<br>nick@chiappettalegal.com<br>*Counsel for Defendant* | Patrick Trainor, Esq.<br>Law Office of Patrick Trainor, Esq., LLC<br>19 Union Avenue, Suite 201<br>Rutherford, New Jersey 07070<br>Tel: 201.777.3327<br>pt@ptesq.com<br>*Counsel for Jennifer Couture* |

*/s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.

DM1\15749612.1