UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RALPH GARRAMONE M.D. P.A.,

       Plaintiff,

    v.
                           Case No. 2:23-CV-00340-SPC-KCD

DANESH NOSHIRVAN,

       Defendant,

_____/

## ORDER

This case was before the Court for oral argument on Plaintiff's Fourth Motion to Compel. (Doc. 172.) Prior to the hearing, the parties reached an agreement that resolved the merits of the dispute. Accordingly, the motion is **DENIED AS MOOT**.

As relayed on the record, Defendant Danesh Noshirvan has consented to the release or download of the TikTok videos referring to Garamone Plasitic Surgery, Dr. Garramone, and/or Jennifor Couture, and all data associated with those videos including comments, likes, and any other information that can be downloaded. Defendant has also consented to the release or download of his current followers and all data associated therewith.

It has been relayed to the Court that Plaintiff subpoenaed TikTok for the data referenced above. To the extent required under the Stored

Communications Act, this Order must be considered an appropriate court order for the voluntary production of customer communications or records under 18 U.S.C. §§ 2702(b)(3), (c)(2).

**ORDERED** in Fort Myers, Florida on October 15, 2024.

Kyle C. Dudek
United States Magistrate Judge