# EXHIBIT B

| | |
|---|---|
| **From:** | Nick Chiappetta |
| **To:** | Jackson-Fannin, Julian A.; Gurland, Harvey W.; pnmendoza@duanemorris.com; sromano@wickersmith.com |
| **Cc:** | Vicki Modaffari; Patrick Trainor, Esq. |
| **Subject:** | Fw: Report Child Predator Danesh Noshirvan |
| **Date:** | Wednesday, September 25, 2024 8:13:59 AM |
| **Attachments:** | Outlook-3cm4xyrg.png |
| | Screenshot (451).png |

Good morning Gentlement,

Joseph A. Camp failed to CC all of you on his email yesterday to Magistrate Dudek. So, I am forwarding same. Please excuse the sexually explicit image. I would not normally send or forward something like that. However, you need to see the full ex parte email Joseph A. Camp sent to the Magistrate.

Best regards,

**Nick Chiappetta** | Founder
P. 561-768-4500
F. 561-768-4600
nick@chiappettalegal.com
2101 Vista Pkwy, Suite 258
West Palm Beach, Florida 33411

8401 Lake Worth Rd.,
Lake Worth, Florida 33467
*By Appointment Only*



**Product Defect | Injury | Defamation | Insurance**
www.chiappettalegal.com

**NOTICE:** This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, re-transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at **561-768-4500** and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** Danesh Noshirvan <noshirvan@yandex.com>
**Sent:** Tuesday, September 24, 2024 5:22 PM
**To:** ThatDanesh Guy <thatdaneshguy@gmail.com>; Nick Chiappetta <nick@chiappettalegal.com>; chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>; media@ncmec.org <media@ncmec.org>; thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>
**Subject:** Report Child Predator Danesh Noshirvan

Pedophile Danesh Noshirvan of Mansfield, PA, posted and distributed several images of child pornography to his OnlyFans account. He was reported and they suspended his account. I am asking that thr NCMEC please investigate him for the distribution and abuse of child porn and possibly locate his young victims.

He can either produce the records of the ages of the individuals in your disgusting child porn, or he can be charged with production of child porn, or he can be charged with failure to produce the records, or he can be known as a pedophile.

His attorney is Nick Chiapetta of Florida ?an ambulance chasing bus stop lolwyer) who fell right Danesh's trap. Now, let's see what the United States FBI has to say about his distribution of child porn (he has yet prove otherwise and should be charged with at minimum failure to retain records).

Judge Dudek, please demand that Danesh Noshirvan be placed under federal investigation foe distribution of child porn until he produces the records as required by law or charge him with failure to produce / maintain the records (failure to produce is itself a criminal offense).