# EXHIBIT C

| | |
|---|---|
| From: | Patrick Trainor, Esq. |
| To: | ThatDanesh Guy |
| Cc: | Spencer Diamond; Kathleen Sacks; Lennette Lee |
| Subject: | RE: No more TikTok |
| Date: | Tuesday, September 12, 2023 5:05:00 PM |

Good afternoon. The allegations in your below email that you are the victim of a conspiracy to deprive you of legal counsel are divorced from reality. No one from my office, Jennifer Couture, Garramone Plastic Surgery, or anyone else associated with my office, Jennifer Couture, or Garramone Plastic Surgery is or was engaged in a "coordinated" effort to interfere with your ability to obtain counsel, and no one of the above contacted your previous counsel to cause them to withdraw as your counsel.

Secondly, Joseph Anthony Camp is not my associate or agent; he does not speak for me, my office, Jennifer Couture, or Garramone Plastic Surgery, the alleged comments you ascribe to him in your email below belong to him and him alone. Further, I have no knowledge of whether you are the target of other lawsuits and I have no obligation to tell you if I did know, but based on your repugnant behaviors, wherein you generated significant revenue that you shared with TikTok from intentionally harming numerous innocent people I would not be surprised to learn that you are the target of other pending civil or criminal actions.

Lastly, please do not send or forward me anymore emails filled with your grandiose accusations such as the email below. I will not respond. I added counsel for TikTok to this email.

Sincerely,

Patrick Trainor, Esq.
**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327 | F: (201) 896-7815

This electronic transmission – including any attachments – contains attorney privileged and

confidential information intended for the sole use of the recipient (s) named.  Any unauthorized review, use, dissemination, disclosure, distribution or copying of this transmission by any other person is strictly prohibited.  If you are not an intended recipient or if you have received this communication in error, please notify us by telephone (201-777-3327).

This firm is a debt collector and may be attempting to collect a debt. Any information obtained from you will be used for that purpose. If you are currently protected by the filing of a petition in bankruptcy, the email, including attachments, if any, is for informational purposes only and should not be considered as an attempt to collect a debt.

---

**From:** ThatDanesh Guy <thatdaneshguy@gmail.com>
**Sent:** Tuesday, September 12, 2023 12:47 PM
**To:** Patrick Trainor, Esq. <pt@PTESQ.COM>
**Subject:** Fwd: No more TikTok

Mr. Trainor,

I hope this email finds you well this morning.

I'm more than a bit frustrated that I must divert time away from my kids and wife and finalizing my representation in order to address the latest harassing email from your associate Joseph Anthony Camp.

It is not my intention to go forward as a pro se litigant, however in the event that becomes necessary due to the ongoing coordinated interference, I have been reading up on the rules of evidence and how that authentication stuff works. Very interesting! Surely, a man such as yourself, with your hard earned Juris Doctorate, is well aware of what is required to enter exhibits into evidence. Mr. Camp, though? Not so much. Daft is a word that springs to mind to describe his competency on that front. Tell me... if Plaintiffs were to file affidavits that intentionally contained false statements, would that help or hurt your case? Just asking because Joseph Anthony Camp seems to think that's a pretty good idea for you to do.

Therefore, I'm writing to once again request that you rethink your Joey Camp tactic. Even if you deny your connection to Mr. Camp, the Platintiffs' connection is conclusively provable - and, well... you represent Jennifer Couture and Ralph Garramone as their lead counsel.

I'm also writing to ask you directly if you have filed or are aware of an action in this court or another court somewhere that contains my name next to or above/below "META" in another court somewhere, perhaps in a state or county court in Florida or some other jurisdiction in another state? If not, do you intend to file such an action? It's interesting. perhaps as a "pro se litigant" I am missing something here, but I have failed to locate any recently filed documents in Couture v. Noshirvan (2:23-cv-00340) that mention "META". If I have, kindly point me to any such mention(s). I did see "54 Notice of a Related Action". If you have not already done so, I think once you read Mr. Camp's email below you'll catch on to why I'm so curious. You didn't get that J.D. for nothing!

While I have seen evidence of your seemingly enthusiastic professional association with overtly racist and bigoted individuals - in the forwarded email below, Mr. Camp has continued to punctuate his harassment and cyberstalking of me and my family with hateful pejoratives that I find extremely offensive and hurtful. Mr. Camp's absolutist view of the First Amendment notwithstanding, as a professionally licensed lawyer, you would have to agree that the person who wrote the email below (as well as previous email that I've drawn your attention to) used hateful words? Words, that used under certain conditions and used in specific contexts could be construed as criminal offenses?

You may not be aware, but Mr. Camp's use of Yandex.com email accounts to cyberstalk, harass, threaten, and terrorize targets appears to go back some time and seems fairly well documented. We can quibble about the admissibility of all that later on, but beyond his use of the aforementioned pejoratives, what's interesting about the forwarded daneshfiles@yandex.com email included below is that it appears to contain non-public information that was news to me. I'm curious to hear your take on how that might be possible?

Yours truly,
Danesh
@thatdaneshguy


---------- Forwarded message ---------
From: **Danesh Files** <daneshfiles@yandex.com>
Date: Sun, Sep 10, 2023, 3:02 AM
Subject: No more TikTok
To: Danesh <daneshnoshirvan@gmail.com>, <thatdaneshguy@gmail.com>, <bm1@cookecarbonell.com>, <rfc@cookecarbonell.com>


Poor little Danesh Noshirvan lost his voice.

You know who has never lost anything? Me. Not any accounts, anywhere. Twitter was because I exposed Eric Coomer -which let's face it, it's X and no one cares. The bank stuff was a decoy and it so obviously worked.

You should really sue Cooke Carbonell, especially if they didn't send you a non-engagement letter and explain that you had deadlines to meet. Robert, you should really sue Danesh for associating your firm with his bullshit.

Danesh, I have taken away nearly everything from you, from your OnlyFans, to both your Patreons, your BuyMeACoffee, your TikTok, and I exposed you and brought all your victims together snd gave them the voice they didn't have because they were individually scared of you.

I'm the person who did this to you, and I will not stop until Hannah is sucking nigger cock for attorney fees, and Cnr Real Estate Investment is burned to the ground with nothing left that your cancerous faggot sand nigger father built.

I'm the person whose name you should never have mentioned, because unlike you, I have significant amounts of money, resources, and time. I don't work, don't need to. I can go anywhere and do anything. Private islands, volcanos, beaches, canyons, rainforest, big cities. I have been living the life, with no dent in my money, and all this is 2 years of revenge for thinking you were going to come after me and defame me. I told you then I was coming, and you gave me permission to do my best.

So, here I am. Even if I lost all my accounts like you are doing ( ) so fucking what? I still have massive money, no need for a job, no need to grift (yup I have a fund, but I know it passes you off that you can't get it suspended. Wanna know why? Because of you. You helped the hackers all of whom have been arrested and are facing extridiction to the US. They know it.

It's okay though, you have some seriously big issues coming up, discovery in the META case is going to be huge. I can't personally figure out why Cooke would have represented you.

Let me be clear. There is NO. law enforcement anywhere in the United States that can claim jurisdiction over me. I very carefully ensure that I follow the laws of whatever country I am, and most countries I travel to don't have laws against sending sending, or electronic communications, in the manner that I do -making any attempt to exteidict me a fruitless one, every extridiction treaty includes a schedule of offenses that are exteidctable and all of them, by default, have to be reciprocated criminality -essentially if the US says I am "harassing" you by sending a shit ton of emails, then the local countries have to have that a crime in some manner. There is no crime regarding sending emails or communications a million times, in Roman Law countries.

So, take a breath, understand that I am coming for all your meta accounts next. One by one they will fall, and I will not lose another account in the process. You will though. I promise.

. You will lose your entire network of fake accounts that we are slowly and methodically working through and identifying.

Remember sand nigger, YOU are the one who is being sued for taking money to harass someone, so crying like a bitch and lying and saying that i am to the judge is not really a good idea, but you did it anywhere.

Make sure to make another video and post it quickly to Instagram. I already got you a strike on your lol merch store, and I'll be happy to hit every account you, your wife and in the future your faggot tranny kids. One by one.
.
Yew, I am a generational operator. I will fuck up your children's lives the moment they turn 18 years old. I don't forget faggot and they will have you to blame.

Happy Sunday. Tell that faggot CredibleIncest that he brought him into this ordeal and it is just a matter of time for any of the

EXC004

**From:** ThatDanesh Guy - thatdaneshguy@gmail.com
**To:** pt@ptesq.com.readnotify.com
**Bcc:** bsal... , sdiamond@kslaw.com.readnotify.com, oae... @nj... , ...@fbi.gov
**Date:** Sep 12, 2023, 12:47 PM
View security details

Mr. Trainor,

I hope this email finds you well this morning.

I'm more than a bit frustrated that I must divert time away from my kids and wife and finalizing my representation in order to address the latest harassing email from your associate Joseph Anthony Camp.

It is not my intention to go forward as a pro se litigant, however in the event that becomes necessary due to the ongoing coordinated interference, I have been reading up on the rules of evidence and how that authentication stuff works. Very interesting! Surely, a man such as yourself, with your hard-earned Juris Doctorate, is well aware of what is required to enter exhibits into evidence. Mr. Camp, though? Not so much. Daft is a word that springs to mind to describe his competence on that front. Tell me... if Plaintiffs were to file affidavits that intentionally contained false statements, would that help or hurt your case? Just asking because Joseph Anthony Camp seems to think that's a pretty good idea for you to do.

Therefore, I'm writing to once again request that you rethink your Joey Camp tactic. Even if you deny your connection to Mr. Camp, the Plaintiffs' connection is conclusively provable - and, well, you represent Jennifer Couture and Ralph...

---

**From:** Patrick Trainor, Esq. - pt@ptesq.com
**To:** ThatDanesh Guy - thatdaneshguy@gmail.com
**Cc:** Spencer Diamond - SDiamond@kslaw.com, Kathleen Sacks - KSacks@kslaw.com, Lennette Lee - llee@kslaw.com
**Date:** Sep 12, 2023, 5:05 PM
Standard encryption (TLS).
View security details



Good afternoon. The allegations in your below email that you are the victim of a conspiracy to deprive you of legal counsel are divorced from reality. No one from my office, Jennifer Couture, Garramone Plastic Surgery, or anyone else associated with my office, Jennifer Couture, or Garramone Plastic Surgery is or was engaged in a "coordinated" effort to interfere with your ability to obtain counsel, and no one of the above contacted your previous counsel to cause them to withdraw as your counsel.

EXC005