| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; CHAMBERS FLMD DUDEK; Kyle Dudek; thatdaneshguy@gmail.com; daneshnoshirvan@yahoo.com; Danesh |
| **Subject:** | Clean Hands |
| **Date:** | Friday, October 6, 2023 11:31:59 PM |

**CAUTION - EXTERNAL:**

Nick,

Your client has been stalking and harassing my family, my wife's family, and others making serious defamatory comments, in association and conspiracy with James McGibney (revenge porn kingpin).

Should your client continue, I'll return the favor with your family and his and match vibes.

Your move, get your boy in check.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; CHAMBERS FLMD DUDEK |
| **Subject:** | Episode 2 |
| **Date:** | Sunday, September 17, 2023 3:54:42 PM |
| **Attachments:** | Screenshot (451).png |

**CAUTION - EXTERNAL:**

Nick,

Welcome to episode two we're we learn that receipts exists that show your Client Danesh
Noshirvan is an actual Pedophile.

That makes you, Nick, a pedophile by extension. I'll make sure your community knows all
about your pedophile crackhead.

I also know the identity of the two females in this image posted by your client to OnlyFans
taken with out their consent, knowledge and in violation of federal laws against porn record
keeping. Which is why OnlyFans has locked his account.

Here's Episode 2.

https://youtu.be/_wRmMkQSeng?si=sBCuhcMu0Xa8Au4w

You should never have called me and make this personal CrackHead. I'm not distracted by
other work, I have nothing but a huge settlement check and time to spend. Hope you
understand that I don't have to work for anyone. I work for me.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual
or entity to which it is addressed and may contain information that is privileged, confidential
and exempt from disclosure under applicable law. If the reader of this message is not the
intended recipient, or the employee or agent responsible for delivering the message to the
intended recipient, you are hereby notified that any use, dissemination, distribution,
reproduction or copying of this email message, or any attachments, is strictly prohibited. If
you have received this e-mail message in error, please notify the sender at once and destroy all

copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; Kyle Dudek; acapintake@floridabar.org; citizenservices@myfloridalegal.com; CHAMBERS FLMD DUDEK; info@wpblaw.co; michael@wpblaw.co |
| **Subject:** | EVAN MORE ON NICK CHIAPPETTA, FRAUD: MALPRACTICE - IMPERSONATION |
| **Date:** | Tuesday, September 19, 2023 2:17:23 PM |

**CAUTION - EXTERNAL:**

Yet again, I have found more fraud by Nick Chiappetta.

Mr. Chiappetta is continuing to also practice law under "West Palm Beach Law" and his FB page shows the URL that links to his fake website impersonating a former opposing party in a civil dispute and their counsel.

https://www.facebook.com/profile.php?id=100068816306605&mibextid=avESrC

This is the 7th unregistered dba of Mr. Nick Chiappetta that I have found so far, plus the 4 registered fictitious names that all have very deceitful and insane ethics issues, including misrepresentation as previously explained in emails on this thread.

I think it is about time that the BAR and all the associated county level BAR organizations take action against this fraudulent ambulance chaser and her theft of settlement money and retainer as well as one former paralegal explaining to me that she was fired after refusing sexual advances by Mr. Chiappetta and other suspect stuff happening during her employ at "Marten | Chiappetta".

So much fraud and deceit. A fbi investigation, an IRS audit, and a Florida State Attorney investigation needs to be initiated in addition to the BAR and Attorney General investigations that I have made you all aware of.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the

intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

8:29 PM, September 18, 2023, "Joseph A. Camp" <joey@joeycamp2020.com>:

> Nick Chiappetta additionally falsely and deceptively represents that he has worked for "Chiappetta Trial Lawyers" (plural) for more than 5 years on his social media accounts even though this particular fictitious name was only registered in 2023.
>
> This is fraud, ethics violation, deceitful conduct, consumer fraud and much more.
>
> Mr. Chiappetta's rabbit hole of fake practice names, multiple addresses, numerous social media false postings, misrepresentation is just the tip of a one day investigation into him after he decided to call me and make threats and defame me.
>
> I continue to find new unethical misconduct by this ambulance chasing fraudulent former crackhead moment by moment.
>
> Chiappetta Trial Lawyers (plural) is a solo practice registered at his home address, but on court documents he uses the address for Marten | Chiappetta which is a shared office space that is also the address for yet another fictitiously named firm bt Chiappetta.
>
> Please immediately begin a criminal fraud, civil consumer fraud, and Florida BAR investigation into this fraudulent attorney who also creates fake websites in the name of the opposing counsel firms soliciting would be clients to the other firm - West Palm Beach Law.
>
> --
>
> _/s/_____
>
> Joseph A. Camp
>
> CampJosephA@gmail.com
>
> JosephACamp@yandex.com
>
> @CampJosephA (Twitter, Facebook, Instagram, LinkedIn)
>
> 720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

8:03 PM, September 18, 2023, "Joseph A. Camp" <joey@joeycamp2020.com>:

This is highly illegal.

"The Chiappetta Law Firm" and "Marten | Chiappetta" are registered fictitious DBAs of the same address, but "Chiappetta Trial Lawyers (which is the DBA fictitious name he is currently practicing law under) is fictituously registered at his potential home address, indicating a solo practice.

More, the plural or "Lawyers" indicated more than one attorneys who work for the firm Chiappetta Trial Lawyers, but it is registered out of his home, while using the address for the "Marten | Chiapetta" which is merely a shared office space.

What is more, he has numerous unregistered fake law firms, such as his impersonating law firm West Palm Beach Law.

The conflict of interest in my previous complaint arises clearer when it is now discovered that he is fraudulently practicing law under at least 3 fictitious names and one PLLC, as well as 2 addresses with at least a dozen or more fake and impersonating "law firms" websites.

The Florida Bar needs to investigate this fraud, how many clients saw their retainer money magically disappear through the many layers of fraud corporations and fictitious name firms? How many clients believed that Chiapetta was a large firm when he is really a solo practitioner? How many conflict of interests didn't get checked with the 4 known firms that Chiappetta practices under?

For the current record of interest Mr. Chiappetta uses Chiappetta Trial Lawyers as his practice and the address for Marten | Chiappetta but Chiappetta Trial Lawyers is registered to his HOME address and is can be assumed to be a solo practice. Deceitful.

This doesn't get into the fact that "Marten|Chiappetta" also operates

the fraudulent websites for disaster relief firm, hurricane damage
attorneys, and many many other deceitful sires with firm sounding
names.

And rhe impersonation website fow West Palm Beach Law.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the
sole use of the individual or entity to which it is addressed and may
contain information that is privileged, confidential and exempt from
disclosure under applicable law. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, you are hereby
notified that any use, dissemination, distribution, reproduction or
copying of this email message, or any attachments, is strictly
prohibited. If you have received this e-mail message in error, please
notify the sender at once and destroy all copies of this message and
any attachments. Thank you.


6:50 PM, September 18, 2023, "Joseph A. Camp"
<joey@joeycamp2020.com>:

> Looks like Chiappetta did file "fictitious name"
> paperwork on:
>
> 1. The Chiappetta Law Firm;
> 2. Chiappetta Trial Lawyers (on 6/7/23); and
> 3. Marten|Chiappetta.
>
> Lawyers are allowed to use a fictitious/assumed name
> (DBA) for their practice provided the "name is not
> deceptive" and meets certain other requirements.

The assumed name "Chiappetta Trial Lawyers,"
however, is a "deceptive" name within the meaning of
the Florida Bar Rules if the firm only consists of one
lawyer. (The website for Chiappetta Trial Lawyers only
identifies one lawyer, Nick.) The Florida Bar has
repeatedly indicated that it is unethical for a solo
practitioner to use a firm name that implies that there is
more than one lawyer in the firm. See, "Answers to
Frequently Asked Question About Firm Names" on the
Florida Bar's webpage.

Other potential issues might arise out of the fact that it
appears that Nick may simultaneously be practicing in
TWO separate law firms, Chiappetta Trial Lawyers and
Marten|Chiappetta. (Or even THREE separate law firms
if he is still also using the DBA "The Chiappetta Law
Firm.")

While it is not impermissible for a Florida lawyer to
simultaneously be the member of more that one firm,
such a situation can give rise to ethical issues. See, the
discussion of this issue by the Florida State Bar in Ethics
Opinion 93-7, a link to which is provided below.

if Nick contends that Marten is the "second lawyer" at
Chiappetta Trial Lawyers, Nick is likely in violation of
the Florida Bar's requirement that a firm use only one
DBA (because if Marten and Chiapetta are one firm, they
should only use one DBA. And the question remains, if
Marten and Chiappetta are two separate law firms, who
is the second lawyer at Chiappetta Trial Lawyers?)

It appears that Nick Chiappetta may have some ethical
issues to address concerning his use of these two
different assumed names to practice law. Did he do a
Cobflict of Interest check with both firms (all three)
firms, because had he done so, he would have learned of
rhe conflict with my wife and my consultation with
Marten | Chiappetta (not Chiappetta Trial Lawyers or
The Chiappetta Trial Lawyers) however he appears to be
practicing under all 3 of these names, while also
assuming the name West Palm Beach Law and scores of
other deceptive websites with various other names.

More to come.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA
(Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is
intended for the sole use of the individual or entity to
which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure
under applicable law. If the reader of this message is not
the intended recipient, or the employee or agent
responsible for delivering the message to the intended
recipient, you are hereby notified that any use,
dissemination, distribution, reproduction or copying of
this email message, or any attachments, is strictly
prohibited. If you have received this e-mail message in
error, please notify the sender at once and destroy all
copies of this message and any attachments. Thank you.

5:38 PM, September 18, 2023, "Joseph A. Camp"
<joey@joeycamp2020.com>:

+ info@, michael@

Another ethics violation and fraud. This
time involving attorney Michael L. Elion of
(the REAL) West Palm Beach Law.

Attorney Nick Chiappetta is involved in yet
more ethical violations and criminal
conduct.

This one against a former adversary. Mr.
Chiappetta's illegal firm created a forged
website against a defendant in another case,
to humiliate that defendant. You can see the
website here: www.wpalmbeachlaw.com.

One of the several scores of websites used to
manipulate the public by attorney Nick
Chiappetta, www.beheard.com has the
Twitter (X) account
https://twitter.com/WPalmBeachLaw attached
to it. The website on the West Palm Beach
Law Twitter account is
https://wpalmbeachlaw.com which is a fraud
site. The real West Palm Beach Law is
https://wpblaw.co/ which is a former
adversary of Nick Chiappetta.

Nick seems to have no problem creating
fake and forged websites against his
adversaries.
--



Logo

**Joey**

Mobile:
Email:
Website:
Address:

The content of this email is confidential and intended for th
strictly forbidden to share any part of this message with an
sender. If you received this message by mistake, please re
so that we can ensure such a mistake does not occur in the

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | CHAMBERS FLMD DUDEK; Kyle Dudek |
| **Subject:** | Ex Parte Document Production |
| **Date:** | Friday, September 15, 2023 1:40:45 AM |

**CAUTION - EXTERNAL:**

Honorable Kyle Dudek,

I'd like permission to provide notarized, sworn, duplicate scan of my passports and the stamp pages, Ex Parte to the court, to prove once and for all I was not in the United States, let alone at the property of Plaintiffs, as Danesh Noshirvan claimed with his fake and forged photoshopped image he used in a screenshot.

That's the root of this conspiracy theory by Danesh Noshirvan, that even now his latest ambulance chasing attorney (who has made violent threats, ethical breaches, divulged attorney / client privileged communications - making him a witness) presented to the court by Danesh Noshirvan first then his newest attorney ("on information and belief" to try to milk his followers for more money and cause more pain and problems for his victims.

My interest in this case is unrelated to Plaintiffs, they are simply also victims, so I will cheerlead them. My interest is because Danesh thought it would be wise to make threats towards me, and when I mentioned to him that he shouldn't do so, he made more. Now, he is desperate because I have contacted hundreds of his victims and many will be filing suit in the future, funded by ME personally -with money I have from a lawsuit settlement.

Scores of law enforcement agencies have investigated these allegations by Danesh, and NOT ONE has found them credible. Further, in PA a warrant was obtained for my phone records and showed no communications with Plaintiffs. More, my socials also got hit with a warrant and as a result no communication at all with Plaintiffs were found.

The lies by unethical criminal thugs like Nick Chiapet deserve to be harshly punished, if I were you, I'd sanction him to a concentration camp for life along with 7 generations of his family.

I'll be filing a bar complaint shortly with the audio I recorded, lawfully by the way, and will be seeking dis-barment.

Danesh uses lies and his followers on TikTok as weapons to cause pain and suffer, defamation and scandal foe his and TikTok's personal enrichment.

I'd offer to show you my donation page records, but unfortunately there was a glitch this morning that resulted in my logs being 100% deleted with no ability to recover them. In fact the literal hardware melted I am told and I had to rush to get another campaign up.

I'd also like to give you my bakk records, my email records, my phone records and anything else needed to show that I have zero contact or communication with Plaintiffs. Certainly I don't get paid by them, my money will be explained in my ex parte communication to the court -if granted.

NOTICE is also given that I intend to sue Danesh and his newest lolwyer for their threats on a recorded call. Fortunately I happen to live in a country that doesn't prohibit recording calls.

Please allow me to provide ex parte documents and then take swift and decisive sanctions against Danesh Noshirvan and his newest attorney for malpractice, forgery admitting to his intention of seeking legal profess without personal service, even though I am not a party, have legal counsel and a registered agent for everything I do. He could simply serve my attorney.

Thanks for taking quick and decisive action against Nick Chiapet and Danesh Noshirvan.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | CHAMBERS FLMD DUDEK; pt@ptesq.com; nick@chiappettalegal.com |
| **Subject:** | Fwd: Contradictory Claims |
| **Date:** | Thursday, July 11, 2024 3:39:19 PM |

**CAUTION - EXTERNAL:**

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

-------- Forwarded message --------
1:31 PM, July 11, 2024, Credible Intel Tips <citips@protonmail.com>:

Dear Mr. Camp:

As the Senior Executive Producer pulling all the strings on this end, I just want to say that I personally appreciate all the help with building Danesh Noshirvan's defense as well as bolstering his case against Jennifer, Ralph, Patrick, and others! It's going to make sensational TV and I can't wait until we start the miniseries on Apple TV+ (shhh... we haven't quite finalized that just yet but it's looking like it's as good as in the can!).

BTW... you'll be pleased to know that the test audiences LOVED the debut episode

of Bullyville's upcoming TV series. You are prominently featured in that episode! It's
not too late for you to participate.

Anyway, the more contradictions you post the better. You have an amazing natural
ability to make your contradictions easy to understand for the average viewer. Here
is an example: https://www.instagram.com/p/C9SjXegR179/?
igsh=eHRtM3huczhhYTUx

Buenos Noches, JoJo!


Sent with Proton Mail secure email.


-------- End of forwarded message --------

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | CHAMBERS FLMD DUDEK; nick@chiappettalegal.com; pt@ptesq.com |
| Subject: | Fwd: Fact Check |
| Date: | Thursday, July 11, 2024 3:42:24 PM |

**CAUTION - EXTERNAL:**

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

-------- Forwarded message --------
10:26 AM, July 10, 2024, Credible Intel Tips <citips@protonmail.com>:

*"There is NO WAY I would use a troll email for one of my personal and own Instagram accounts."*

And yet the META discovery makes it very clear that you used JosephACamp@yandex.com with your META accounts.

And that's just the META discovery! There is soooo much more ahead!

FUN FACT: While civil subpoenas are difficult to get Yandex to honor, they readily

comply with LAW ENFORCEMENT WARRANTS!

You stalk my timeline so you already know that what you, Jen, Ralph, and 2 other GPS employees did back in May 2022 and thereafter constitutes a conspiracy to stalk across state lines which is a federal felony! Add in the the multi-million dollar lawsuit you and Patrick bragged about for over a year and you have a very serious set of federal charges! You can guarantee that a Federal law enforcement warrant is headed Yandex's way!

You can keep lying and deflecting JoJo... but the evidence is the evidence is the evidence!

A smarter play would be coming clean to me... or James... or better yet to Nick... about who has been underwriting your's and Patrick's efforts.

It's time to start putting things right.

Think about it. Coming clean is better than sitting in a Belize prison waiting until you're nearly 50. Purge your soul! Cleanse your sins! Make your 40's your best decade yet... not your worst.

Sent with Proton Mail secure email.

-------- End of forwarded message --------

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | CHAMBERS FLMD DUDEK; pt@ptesq.com; nick@chiappettalegal.com |
| **Subject:** | Fwd: Tye Your Mother Down |
| **Date:** | Thursday, July 11, 2024 3:42:47 PM |
| **Attachments:** | Screenshot_20240709-232010_Print Spooler.png |

**CAUTION - EXTERNAL:**

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

-------- Forwarded message --------
10:38 PM, July 9, 2024, Credible Intel Tips <citips@protonmail.com>:

JoJo, I just sent this to Tye.

(Don't tell anyone, ok? If Pat finds out he may put it in a court filing.)

Tough break for you today. Once Mexico extradites you back to Belize (cyberstalking is in the treaty - LOOK IT UP!) you'll be given a choice: 5 years in a Belizean clink or agree to be deported to US and submit to questioning in FL, CO and questioning/arrest in D.C. & PA.

It's obvious what the best choice is.


!

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Credible Intel Tips <CITips@protonmail.com>
Date: On Tuesday, July 9th, 2024 at 11:20 PM
Subject: Tye Your Mother Down
To: Feud Junkie <feudjunkie@gmail.com>


Tye.

What is that short for, anyway? Tyson? Cuz yer a tuff lil' fighter guy?

No way your parents named you "Tye"! I mean, c'mon! TYE?  Did they
worship Chevy Chase like your girlfriend worships her daddy, The
Donald? Cuz then it would make some sense. Not a lot, mind you. This
much, at most. No more.

Is it Tyrone? Nah. No way you'd shorten an awesome Gaelic name like
that to something like Tye.

 "Tye" literally means "pasture" which is an udderly ridiculous name for a
kid! Cows eat and shit in a pasture. Flies everywhere.They make it look
nice on Ben & Jerry's cartons but pastures are just full of shit and stink.

Is it Tyranus? Cuz you're the God of Ass? Tyr. Anus. Get it? Nah, you
probably don't.

In your pasture, you gaze approvingly at a delusional chicken clucking
about believing he's a much bigger animal. But even as a turkey, Joey's
meat isn't fit for the barn rats.

https://youtu.be/LvB2MnIIdMw?t=1m14s

Oh and tell that pernicious piglet Pat that neither Tucked Tail Tiegen nor
that crooked used car selling, orc-looking motherfucker Oltmann can
help him.

!

Sent with Proton Mail secure email.



-------- End of forwarded message --------
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | pt@ptesq.com; nick@chiappettalegal.com; CHAMBERS FLMD DUDEK |
| Subject: | Fwd: Where"s "Dustin" |
| Date: | Sunday, August 4, 2024 11:15:35 PM |

**CAUTION - EXTERNAL:**

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

-------- Forwarded message --------
8:01 PM, August 3, 2024, Credible Intel Tips <citips@protonmail.com>:

I must say, I find your lack of commentary on recent developments quite unusual. In many ways you honoring a stand down request is more damning.

Is Tye OK? I mean, you... you're too stupid to be scared like a normal person. All you know is that you don't want to go back to prison, but Tye? I mean, I gotto admit - Tye was so brave and brash on his YouTubes. And you remember how tough he talked i DMs... how he ntimidated women for having opinions he did not like, right? It just shocks the senses that he'd shrink so completely. Almost a month now and not a peep from him? Is he finally realizing that I've been on the money all along? Nah. He's been told to cool it. Not the rebel he claims to be.

Are you mad at those judges, JoJo? How often do you suppose that one judge has spoken with US Marshals about you? You've probably noticed the team tracking your movements? The man and woman. Not always together. Or maybe you haven't noticed. They are very good at what they do. You still thinking about Cuba?

No one believes you about your imaginary citizenship papers. I'm relieved that there are a few remaining patriots on Gab. Happy they called you out. Lots of people talking about your declaration that you're never going back to the home country of your "wife". Fascinating. Did JAYSHA really believe that she'd get papers? Weird that you never offer updates about Jaylon's case. Still do not see an appearance filed by the defense team you keep claiming to have hired for him. He wouldn't offer testimony about you and the murder weapon, would he? I mean, it's in his own best interests. Couldn't blame him.

Do you suppose that your followers recognize your Venezuela commentary for what it is? Do you ever get tired of scamming people for money? Dishonesty seems hardwired into you. You need to lie like most people need water. It doesn't have to be that way, of course. But each day you wake up and make the same bad decisions that you've been making for most of your Godforsaken life.

It's sad that you're so transactional and unfeeling. I do blame Tony for being the monster that created you.

That's why **I know for a fact** that YOU made inappropriate comments to a minor-aged female in front of her parents in *their* living room, you sick fuck.

Just wait until *that* sworn affidavit hits!

Cheers!

Sent with Proton Mail secure email.


-------- End of forwarded message --------

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; CHAMBERS FLMD DUDEK; Kyle Dudek; Danesh |
| **Subject:** | More Photoshop |
| **Date:** | Monday, October 9, 2023 1:08:01 PM |

---

**CAUTION - EXTERNAL:**

Judge,

Look at how easily Danesh Noshirvan is able to photoshop Facebook content I post.

https://fb.watch/nzX8Tc3D9o/?mibextid=ZbWKwL

His video begging for donations and the actual post, linked above, attached.

Nothing this clown has submitted to the court is real, including the post about me with horses.

Consider sanctions, please.
--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; Kyle Dudek; acapintake@floridabar.org; citizenservices@myfloridalegal.com; CHAMBERS FLMD DUDEK |
| **Subject:** | NOTICE OF INTENT - MALPRACTICE - ILLEGAL PRACTICE OF LAW |
| **Date:** | Monday, September 18, 2023 6:39:04 PM |

**CAUTION - EXTERNAL:**

Nick, Florida BAR, Chambers, Attorney General Ashley Moody,

Nick Chiappetta is illegally practicing law in violation of Florida BAR ethics, Florida's consumer protections laws, and rules, and admissions to state and federal courts.

Nick is signing documents "**CHIAPPETTA TRIAL LAWYERS**" which is not an entity anywhere in the United States, or Florida. Further, you are not registered as Marten | Chiappetta or any other similar names when broken down to just a search of "Chiappetta". On his website he claims copyright for material under "Chiappetta Trial Lawyers" thus implying it is a lawful entity.

I am now asking that the **Florida BAR** step in again and stop this practice immediately. Further, I am asking for a referral of this criminal fraud to the Florida State Attorney for Consumer Protection investigation. Nick is purposely misleading the public with advertisement for "**Chiappetta Trial Lawyers**" when no such entity exists.

Moreso, Mr. Chiappetta's website lists several "notable" cases which he claims he was involved in on his website. After a careful review of the cases Mr. Chiappetta was not involved in any manner on several of the cases listed. This is also fraud, misrepresentation.

Moreover, there is no malpractice insurance for Chiappetta Trial Lawyers, or any related searches to "Chiappetta".

Nick does have a third party "owned" holdings company, and what appears to be a "real estate" company, but nothing related to his practice (or illegal practice) of law.

Please open simultaneous investigations into these conducts.

Additionally, attached is my NOTICE OF INTENT to sue Mr. Chiappetta for defamation of Character.

--

# Joey Camp 2020

| | |
|---|---|
| Mobile: | **720.454.5240** |
| Email: | Joey@JoeyCamp2020.com |
| Website: | **www.joeycamp2020.com** |
| Address: | **@joeycamp2020 (for everything)** |



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; pt@ptesq.com; jbrown@wickersmith.com; sromano@wickersmith.com; CHAMBERS FLMD DUDEK |
| **Subject:** | Re: Danesh Noshirvan Just Murdered A Man |
| **Date:** | Friday, November 1, 2024 9:35:43 PM |

---

**CAUTION - EXTERNAL:**

Judge,

Please find attached my exit stamp on my passport leaving Mexiconapril 16th, the day after I entered Mexico on April 15th.

Dispite the claims of Chiapetta, I have not been in Mexico since April 16th. That is I left Belize on April 15th, the day I plead to a minor violation and paid a $302.50 fine.

My current location is protected due to international threats on my life.

Whatever claims Chiappetta makes, let me be clear. First after this email, I am closing ALL my email boxes. Second, my wife is filing a lawsuit after Danesh or associates hacked her accounts and we are seeking federal investigation.

Until authentication, don't believe a word Nick says. This Mexico nonsense is just another example.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all

copies of this message and any attachments. Thank you.


12:15 PM, November 1, 2024, "Joseph A. Camp" <joey@joeycamp2020.com>:

> This is clearly not a true and correct copy of any video, and it is clearly posted by
> someone else as the title suggest "Joey Camp Admits to Everything" and finally it
> is AI generated. I made no such video.
>
>
> --
>
> _/s/_____
>
> Joseph A. Camp
>
> CampJosephA@gmail.com
>
> JosephACamp@yandex.com
>
> @CampJosephA (Twitter, Facebook, Instagram, LinkedIn)
>
> 720.454.5240
>
>
> This e-mail message, including any attachments, is intended for the sole use of the
> individual or entity to which it is addressed and may contain information that is
> privileged, confidential and exempt from disclosure under applicable law. If the
> reader of this message is not the intended recipient, or the employee or agent
> responsible for delivering the message to the intended recipient, you are hereby
> notified that any use, dissemination, distribution, reproduction or copying of this
> email message, or any attachments, is strictly prohibited. If you have received this
> e-mail message in error, please notify the sender at once and destroy all copies of
> this message and any attachments. Thank you.


2:02 PM, October 12, 2024, "Joseph A. Camp" <joey@joeycamp2020.com>:

> According to Danesh Noshirvan, the murderer, if I make a post about
> someone or something they are responsible for my conduct and now
> in a conspiracy with me.
>
>
> --
>
> _/s/_____

26

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

8:30 PM, October 9, 2024, "Joseph A. Camp"
<joey@joeycamp2020.com>:

> https://dentonrc.com/news/hickory_creek/ryan-coach-won-t-face-charges-in-incident-that-led-to-viral-videos-hickory-creek/article_0816bfa4-802a-11ef-983e-6729de746fc0.html

> There is no footage of any assault on a child. Danesh is a fucking murderer and pedophile.

> --

> _/s/_____

> Joseph A. Camp

> CampJosephA@gmail.com

> JosephACamp@yandex.com

> @CampJosephA
> (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

6:16 PM, October 9, 2024, "Joseph A. Camp" <joey@joeycamp2020.com>:

Danesh just murdered a man.

The videos are attached, well, the ones that Danesh isn't illegally deleting to try to cover up his involvement in essentially the murder of a man to which there is literally no evidence that any physical assault against any child existing - think for a moment, if there were, you know parking lot surveillance footage nearly 100% no doubt, the dude would have been arrested -and the police closed the case due to the lack of evidence supporting the defamation and slander by Danesh Noshirvan and his now murderous doxxing.

So, Danesh literally just murdered a man.

GoFundMe for the victim's family is here:

Fundraiser for Darlene Fleeman by Chasity Torti : Coach Aaron De La Torre Memorial Fund (gofundme.com)

The videos are here. Nick has already attempted to reach out to the victim's wife and family illegally and unethically.

--



Logo

**Joey**

Mobile:
Email:
Website:
Address:

The content of this email is confidential and intended for th
strictly forbidden to share any part of this message with an
sender. If you received this message by mistake, please rep
so that we can ensure such a mistake does not occur in the

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | CHAMBERS FLMD DUDEK |
| **To:** | Joseph A.Camp; CHAMBERS FLMD DUDEK; Kyle Dudek |
| **Subject:** | RE: Ex Parte Document Production |
| **Date:** | Friday, September 15, 2023 7:33:00 AM |

Mr. Camp,

Contacting judicial chambers ex-parte regarding a pending case is inappropriate. To the extent you wish the Court to take action, or grant you relief of any kind, you must file an appropriate motion or document with the clerk's office.

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Sent:** Friday, September 15, 2023 1:40 AM
**To:** CHAMBERS FLMD DUDEK <CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>; Kyle Dudek <Kyle_Dudek@flmd.uscourts.gov>
**Subject:** Ex Parte Document Production

**CAUTION - EXTERNAL:**

Honorable Kyle Dudek,

I'd like permission to provide notarized, sworn, duplicate scan of my passports and the stamp pages, Ex Parte to the court, to prove once and for all I was not in the United States, let alone at the property of Plaintiffs, as Danesh Noshirvan claimed with his fake and forged photoshopped image he used in a screenshot.

That's the root of this conspiracy theory by Danesh Noshirvan, that even now his latest ambulance chasing attorney (who has made violent threats, ethical breaches, divulged attorney / client privileged communications - making him a witness) presented to the court by Danesh Noshirvan first then his newest attorney ("on information and belief" to try to milk his followers for more money and cause more pain and problems for his victims.

My interest in this case is unrelated to Plaintiffs, they are simply also victims, so I will cheerlead them. My interest is because Danesh thought it would be wise to make threats towards me, and when I mentioned to him that he shouldn't do so, he made more. Now, he is desperate because I have contacted hundreds of his victims and many will be filing suit in the future, funded by ME personally -with money I have from a lawsuit settlement.

Scores of law enforcement agencies have investigated these allegations by Danesh, and NOT ONE has found them credible. Further, in PA a warrant was obtained for my phone records and showed no communications with Plaintiffs. More, my socials also got hit with a warrant and as a result no communication at all with Plaintiffs were found.

The lies by unethical criminal thugs like Nick Chiapet deserve to be harshly punished, if I were you,

I'd sanction him to a concentration camp for life along with 7 generations of his family.

I'll be filing a bar complaint shortly with the audio I recorded, lawfully by the way, and will be seeking dis-barment.

Danesh uses lies and his followers on TikTok as weapons to cause pain and suffer, defamation and scandal foe his and TikTok's personal enrichment.

I'd offer to show you my donation page records, but unfortunately there was a glitch this morning that resulted in my logs being 100% deleted with no ability to recover them. In fact the literal hardware melted I am told and I had to rush to get another campaign up.

I'd also like to give you my bakk records, my email records, my phone records and anything else needed to show that I have zero contact or communication with Plaintiffs. Certainly I don't get paid by them, my money will be explained in my ex parte communication to the court -if granted.

NOTICE is also given that I intend to sue Danesh and his newest lolwyer for their threats on a recorded call. Fortunately I happen to live in a country that doesn't prohibit recording calls.

Please allow me to provide ex parte documents and then take swift and decisive sanctions against Danesh Noshirvan and his newest attorney for malpractice, forgery admitting to his intention of seeking legal profess without personal service, even though I am not a party, have legal counsel and a registered agent for everything I do. He could simply serve my attorney.

Thanks for taking quick and decisive action against Nick Chiapet and Danesh Noshirvan.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended

recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Danesh Files |
|---|---|
| **To:** | ThatDanesh Guy; CHAMBERS FLMD DUDEK |
| **Subject:** | Re: Instagram |
| **Date:** | Wednesday, September 6, 2023 7:14:56 PM |

---

**CAUTION - EXTERNAL:**

3:04 PM, September 6, 2023, Danesh Files <daneshfiles@yandex.com>:

You don't know local rules do you?

Plaintiff has 12 days to reply to opposed Motions and Pleading. There is no ruling because Plaintiff hasn't replied.

In 12 days Plaintiff will likely reply that you had all this extra time, money, and such and you still failed to have counsel appear.

Get with the program.

It's not what you "know" it's what you can prove and I can easily pretend to be the person I am trying to set up for being me.

Regardless, you're a sad little boy. Friday is going to be extra special. Make sure to have your video ready.

2:55 PM, September 6, 2023, ThatDanesh Guy <thatdaneshguy@gmail.com>:

I'm not mad, joey.

I'm just smarter than you and baited you to make it obvious who's using daneshfiles@yandex.com And not only did you give that to me in a gift basket, but now you even admitted to whatever is happening Friday. God damn, you're so incredibly easy to manipulate.

Thanks for everything, idiot

Notice how Patrick's motion was dismissed because my extension request wasn't ruled on yet? that's because it's a valid submission.

Your biggest mistake is assuming I'm just as stupid as you.

Hold the L, homie

Lots of big things coming up, for sure.

I'm going back to not opening or reading your emails. I'll check in with you again soon when I need to trigger you into giving me more info

Danesh

On Wed, Sep 6, 2023, 4:13 PM Danesh Files
<daneshfiles@yandex.com> wrote:
> The last time you were this big mad was when you lost your
> lolwyer, lost your motion for extension of time to find another, and
> now you are silenced, and losing more by the moment.
>
> Regardless, Friday is a very special day.
>
> Remember I said so.

06.09.2023, 16:11, "ThatDanesh Guy"
<thatdaneshguy@gmail.com>:

> I noticed that the threats you make to my wife and kids
> are nothing more than your own childhood
> experiences. It won't happen to my family. Everyone
> else doesn't experience that life: just you. And because
> of your behavior as an adult, no one will ever feel bad
> for what you went through.
>
> On Wed, Sep 6, 2023, 2:16 PM Danesh Files
> <daneshfiles@yandex.com> wrote:
> > You are big mad. Did you lose your voice or
> > something?
> >
> > 12:08 PM, September 6, 2023, ThatDanesh Guy
> > <thatdaneshguy@gmail.com>:
> >
> > > No, it's not.
> > > Not sure what you think I consider a big
> > > day, but today was the big day and
> > > you're too late to stop it. Your associates
> > > will be arrested soon and your daddy
> > > will be free. Isn't that at least half good
> > > news for you? Aren't you happy to sit on
> > > Daddy's lap and feel his love again?
> > > How sweet is that? I told him you still
> > > look like an underdeveloped fetus and
> > > he was so happy that you have your
> > > youth. VERY happy
> > > I'm so nice to you, Joey.
> > > D
> > >
> > >
> > > On Wed, Sep 6, 2023, 1:00 PM Danesh
> > > Files <daneshfiles@yandex.com>

wrote:
Friday is a big day for you.

I'm busy making sure that you celebrate accordingly.

10:40 AM, September 6, 2023, ThatDanesh Guy <thatdaneshguy@gmail.com>:

> I sent him a bunch of recent photos of you and your location. I also gave him the addresses of all your associates in the US thanks to help from credible and a few others. Don't ever say I never did anything nice for you. I'm reuniting little Jojo with his daddy again! You'll have fun together again!

> Oh quick note, for some reason he thinks you snitched on him and he's not happy about that :(

> -Danesh

> On Wed, Sep 6, 2023, 12:31 PM Danesh Files <daneshfiles@yandex.com> wrote:

>> I don't click random links or give two shits what he does.

>> 10:30 AM, September 6, 2023, ThatDanesh Guy <thatdaneshguy@gmail.com>:

>>> Aw. Is that any way to speak about your daddy?

Yes, he's in prison, for now. You didn't read the appeal? He was not happy to hear that you, his foster son Joey Camp, was following in his footsteps. He has been appealing over and over again to see you again.

You want me to tell Crump hello? You won't say hi yourself? Wow, I guess he was right that you would be scared of him. Are you scared of Crump because he looks like Daddy?

You're running out of steam and spiraling. It's so therapeutic to watch.

Continue to unravel, babe. I'll get the popcorn going. You've failed, joey.

Thanks
-Danesh

On Wed, Sep 6, 2023, 10:13 AM Danesh Files <daneshfiles@yandex.com> wrote:

You dumb ass clown.

Not a single fuck in the world about some nigger in prison.

Enjoy the next few days. Tell Crump I said hello.

7:23 AM, September 6, 2023, ThatDanesh Guy <thatdaneshguy@gmail.com>:

On Tue, Sep 5, 2023, 11:46 PM Danesh Files <daneshfiles@yandex.com> wrote:

You do know that you already have several strikes on Instagram and it's just a matter of time before I take that away also.

You do understand the significance of this suspension on tiktok, compared to previous ones

right?
This
one
you
are
in
the
middle
of
contentious
litigation
where
TikTok
is
fully
aware
of
your
conduct
and
now
can't
claim
Sec.
230
immunity
should
your
account
open
up
again
and
even
ONE
person
causes
even
ONE
dollar
damage
as
a
result
would
be
TikTok
losing
immunity
under

Sec.
230.

You
do
know
why
Meta
products
were
not
named
in
the
suit
right?
Because
that's
coming
next.

Post
away,
about
some
clown
ass
faggot
on
Twitter
spewing
the
same
false,
fabricated,
and
unauthenciated
lies
because
like
have
done
with
your
Twitter,
BMAC,
Patreons,
OnlyFans,
etc.
I

will
also
be
taking
away
your
Instagram
(permanently).

Regardless,
let's
see
this
amazing
Ben
Crump
lolwyer.
You
do
know
that
he
can't
take
your
case,
even
if
he
wanted
too,
due
to
the
City
Bike
Karen
fiasco.
He
shared
your
video
then
was
forced
to
delete
the
tweet.
If

you aren't aware, I was in touch with Marino and know more about the ordeal than you do. Trust me, you haven't escape the consequences of that either. Lawsuits take a long time to prepare, as you know.

You also know that the charges against Plaintiff has been dismissed

and
sealed
and
thus
you
are
perpetuating
further
the
defamation
per
se.
Yeah,
you're
not
understanding
the
long
game
here.

Regardless,
I
have
nothing
but
time.
Pedo
rat.

~Danesh

--
Sent
from
Yandex Mail
for
mobile

--
Sent from Yandex Mail
for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Kyle Dudek |
|---|---|
| To: | Joseph A.Camp; nick@chiappettalegal.com; CHAMBERS FLMD DUDEK; Danesh |
| Subject: | Re: More Photoshop |
| Date: | Monday, October 9, 2023 2:32:33 PM |

Mr. Camp,

Emailing chambers—or my personal email address—is inappropriate. If you would like to make the Court aware of an issue involving this case, the appropriate course is to file a motion or seek relief with the Clerk's office. If you continue this current course of conduct I will alert the Marshal's Office.

--
Kyle C. Dudek
United States Magistrate Judge
Middle District of Florida
2110 First Street, Courtoom 4E
Fort Myers, FL 33901

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Date:** Monday, October 9, 2023 at 1:08 PM
**To:** nick@chiappettalegal.com <nick@chiappettalegal.com>, CHAMBERS FLMD DUDEK <CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>, Kyle Dudek <Kyle_Dudek@flmd.uscourts.gov>, Danesh <daneshnoshirvan@gmail.com>
**Subject:** More Photoshop

**CAUTION - EXTERNAL:**


Judge,

Look at how easily Danesh Noshirvan is able to photoshop Facebook content I post.

https://fb.watch/nzX8Tc3D9o/?mibextid=ZbWKwL

His video begging for donations and the actual post, linked above, attached.

Nothing this clown has submitted to the court is real, including the post about me with horses.

Consider sanctions, please.
--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | nick@chiappettalegal.com; CHAMBERS FLMD DUDEK; Kyle Dudek; Danesh |
| **Subject:** | Re: More Photoshop |
| **Date:** | Monday, October 9, 2023 1:10:30 PM |
| **Attachments:** | 7a81a4061ed437e1f8dcd3e20a743a40.mp4 |

**CAUTION - EXTERNAL:**

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

11:07 AM, October 9, 2023, "Joseph A. Camp" <joey@joeycamp2020.com>:

Judge,

Look at how easily Danesh Noshirvan is able to photoshop Facebook content I post.

https://fb.watch/nzX8Tc3D9o/?mibextid=ZbWKwL

His video begging for donations and the actual post, linked above, attached.

Nothing this clown has submitted to the court is real, including the post about me with horses.

Consider sanctions, please.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | Kyle Dudek; nick@chiappettalegal.com; CHAMBERS FLMD DUDEK; Danesh |
| **Subject:** | Re: More Photoshop |
| **Date:** | Monday, October 9, 2023 2:51:48 PM |

---

**CAUTION - EXTERNAL:**

Thank you for you kind words Judge.

I recall a case some time ago, Gideon v. Wainwright, wherein it was previously unprofessional for the pro se Defendant to submit pleadings to the United States Supreme Court via hand written Motions on what appears to be toilet paper.

No where in the United States Consitution does it give direction or limitations on the right to redress and all Supreme Court decisions addressing the issue have determined that if an avenue of access is available to some, it is available to all, public square and all that. A close and personal friend of mine Jonathon Lee Riches challenged limits of access to the courts nationwide.

While scary on its face, the United States Marshal service would be stuck between a rock and a hard place - investigate an FBI informant attempting within all means available to him given his current situation, to redress his issues or follow the directive of the court to create a potential crime where none exists, thereby creating a liberty interests in all things moving forward entitling me to legal representation from this stage forward. All federal public defenders have a conflict of interests given my work as an FBI informant.

I do not know any other avenue to proceed. The court, via the limited communications via email, has not actually provided me with a means of contact, email, address, access to filing permissions via PACER.

Regardless of manner of approach, I have no criminal intent, which is an important element of nearly all speech related crimes -Elonis v. United States for example. My motive, as ab American, is to use whatever resource is available to address the criminal conduct being directed at me via a party in a matter before you.

Moving forward, can you please provide me an attorney, now that I have been threatened with liberty interested "United States Marshal" referral to handle matters on my behalf? Even the mere "threat" of a liberty interest being denuded invokes Gideon through its progeny Supreme Court cases.

Thank you kindly,


--

_/s/_____


Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

12:32 PM, October 9, 2023, Kyle Dudek <kyle_dudek@flmd.uscourts.gov>:

Mr. Camp,

Emailing chambers—or my personal email address—is inappropriate. If you would like to make the Court aware of an issue involving this case, the appropriate course is to file a motion or seek relief with the Clerk's office. If you continue this current course of conduct I will alert the Marshal's Office.

--
Kyle C. Dudek
United States Magistrate Judge
Middle District of Florida
2110 First Street, Courtoom 4E
Fort Myers, FL 33901

---

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Date:** Monday, October 9, 2023 at 1:08 PM
**To:** nick@chiappettalegal.com <nick@chiappettalegal.com>, CHAMBERS FLMD DUDEK <CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>, Kyle Dudek <Kyle_Dudek@flmd.uscourts.gov>, Danesh <daneshnoshirvan@gmail.com>
**Subject:** More Photoshop

**CAUTION - EXTERNAL:**

Judge,

Look at how easily Danesh Noshirvan is able to photoshop Facebook content I post.

https://fb.watch/nzX8Tc3D9o/?mibextid=ZbWKwL

His video begging for donations and the actual post, linked above, attached.

Nothing this clown has submitted to the court is real, including the post about me with horses.

Consider sanctions, please.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | nick@chiappettalegal.com; Kyle Dudek; acapintake@floridabar.org; citizenservices@myfloridalegal.com; CHAMBERS FLMD DUDEK; info@wpblaw.co; michael@wpblaw.co |
| Subject: | Re: Nick Chiappetta Busted for Photoshopping Images To Trick Hurricane Ian Victims |
| Date: | Wednesday, September 20, 2023 9:49:00 AM |
| Attachments: | 2b1af977edd5e426.png |

---

**CAUTION - EXTERNAL:**

New evidence by Danesh Noshirvan that indeed I was in Florida, during Ian, with an Australian Alligator.

This clown Danesh and his ambulance chasing lolwyer Mr. Chiappette are purposely and fraudulently trying to deceive the court and public with fake "evidence" as admitted by Mr. Chiappetta on the recorded call. Mr. Chiappetta has sparked my interest and I have been researching him and his many many frauds and deceitful conducts.

It is sad that this man has been allowed to steal his client's settlement money, embezzle the funds through several shell corporations, use fake and impostor fictituous "firms" and forged and photoshopped images to do so. This man needs to not only be disbarred, he needs to be investigated and charged for IRS and other money laundering crimes as well as federal offenses of deceiving the court.

While the attached image here is satire to prove the point, the scores of ethical violations by Mr. Chiappetta is nothing less than criminal and immediately needs to be redressed. He has clearly stated that his intent is to forge evidence or introduce evidence that is unauthenticated, and then, without following the Hauge Service Convention for international service of process simply tell the court that I was somehow "evading" process in a yet non-existent matter. He needs to be reigned in for the protection of all consumers in Florida and elsewhere.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the

intended recipient, or the employee or agent responsible for delivering the message to the
intended recipient, you are hereby notified that any use, dissemination, distribution,
reproduction or copying of this email message, or any attachments, is strictly prohibited. If
you have received this e-mail message in error, please notify the sender at once and destroy all
copies of this message and any attachments. Thank you.

9:57 PM, September 19, 2023, "Joseph A. Camp" <joey@joeycamp2020.com>:

> Nick Chiappetta busted photoshopping images.
>
> Attached you will find the screenshots from his Marten | Chiappetta Facebook
> page, where in he uses photoshopped and forged images from other people to
> chase victims of Hurricane Ian. One of the images he stole is photoshopped as
> much as the alleged image that his claims claims is me.
>
> This dude might be one of the biggest frauds in Florida legal history.
>
> Is it legal for an attorney to use forged and fake images that were stolen in an
> attempt to ambulance chase immediately following a deadly hurricane?
>
> According to Mr. Chiappetta himself, on a recorded call to me, he is an expert at
> identifying real from fake images (in less than 24hr never the less) so KNEW this
> was a forged image but used it anyways.
>
> I am asking for yet another ethics investigation into this Facebook post by Mr.
> Chiappetta. This time for forging and photoshopping images to solicite clients
> immediately following a deadly disaster.
>
> The Facebook post can be found here: https://m.facebook.com/story.php?
> story_fbid=618716116721992&id=100057508267140&mibextid=avESrC
>
> In case he wants to try to delete the post (evidence) you can find it here as
> well: https://web.archive.org/web/20230920035155/https://m.facebook.com/story.php?
> story_fbid=618716116721992&id=100057508267140
> --
>
> _/s/_____
>
> Joseph A. Camp
>
> CampJosephA@gmail.com
>
> JosephACamp@yandex.com
>
> @CampJosephA (Twitter, Facebook, Instagram, LinkedIn)
>
> 720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

12:16 PM, September 19, 2023, "Joseph A. Camp" <joey@joeycamp2020.com>:

Yet again, I have found more fraud by Nick Chiappetta.

Mr. Chiappetta is continuing to also practice law under "West Palm Beach Law" and his FB page shows the URL that links to his fake website impersonating a former opposing party in a civil dispute and their counsel.

https://www.facebook.com/profile.php?id=100068816306605&mibextid=avESrC

This is the 7th unregistered dba of Mr. Nick Chiappetta that I have found so far, plus the 4 registered fictitious names that all have very deceitful and insane ethics issues, including misrepresentation as previously explained in emails on this thread.

I think it is about time that the BAR and all the associated county level BAR organizations take action against this fraudulent ambulance chaser and her theft of settlement money and retainer as well as one former paralegal explaining to me that she was fired after refusing sexual advances by Mr. Chiappetta and other suspect stuff happening during her employ at "Marten | Chiappetta".

So much fraud and deceit. A fbi investigation, an IRS audit, and a Florida State Attorney investigation needs to be initiated in addition to the BAR and Attorney General investigations that I have made you all aware of.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.


8:29 PM, September 18, 2023, "Joseph A. Camp"
<joey@joeycamp2020.com>:

> Nick Chiappetta additionally falsely and deceptively represents that he has worked for "Chiappetta Trial Lawyers" (plural) for more than 5 years on his social media accounts even though this particular fictitious name was only registered in 2023.

> This is fraud, ethics violation, deceitful conduct, consumer fraud and much more.

> Mr. Chiappetta's rabbit hole of fake practice names, multiple addresses, numerous social media false postings, misrepresentation is just the tip of a one day investigation into him after he decided to call me and make threats and defame me.


> I continue to find new unethical misconduct by this ambulance chasing fraudulent former crackhead moment by moment.

> Chiappetta Trial Lawyers (plural) is a solo practice registered at his home address, but on court documents he uses the address for Marten | Chiappetta which is a

shared office space that is also the address for yet
another fictitiously named firm bt Chiappetta.

Please immediately begin a criminal fraud, civil
consumer fraud, and Florida BAR investigation into this
fraudulent attorney who also creates fake websites in the
name of the opposing counsel firms soliciting would be
clients to the other firm - West Palm Beach Law.


--

 _/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA
(Twitter, Facebook, Instagram, LinkedIn)

720.454.5240



This e-mail message, including any attachments, is
intended for the sole use of the individual or entity to
which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure
under applicable law. If the reader of this message is not
the intended recipient, or the employee or agent
responsible for delivering the message to the intended
recipient, you are hereby notified that any use,
dissemination, distribution, reproduction or copying of
this email message, or any attachments, is strictly
prohibited. If you have received this e-mail message in
error, please notify the sender at once and destroy all
copies of this message and any attachments. Thank you.



8:03 PM, September 18, 2023, "Joseph A. Camp"
<joey@joeycamp2020.com>:

        This is highly illegal.

        "The Chiappetta Law Firm" and "Marten |
        Chiappetta" are registered fictitious DBAs

of the same address, but "Chiappetta Trial Lawyers (which is the DBA fictitious name he is currently practicing law under) is fictituously registered at his potential home address, indicating a solo practice.

More, the plural or "Lawyers" indicated more than one attorneys who work for the firm Chiappetta Trial Lawyers, but it is registered out of his home, while using the address for the "Marten | Chiapetta" which is merely a shared office space.

What is more, he has numerous unregistered fake law firms, such as his impersonating law firm West Palm Beach Law.

The conflict of interest in my previous complaint arises clearer when it is now discovered that he is fraudulently practicing law under at least 3 fictitious names and one PLLC, as well as 2 addresses with at least a dozen or more fake and impersonating "law firms" websites.

The Florida Bar needs to investigate this fraud, how many clients saw their retainer money magically disappear through the many layers of fraud corporations and fictitious name firms? How many clients believed that Chiapetta was a large firm when he is really a solo practitioner? How many conflict of interests didn't get checked with the 4 known firms that Chiapetta practices under?

For the current record of interest Mr. Chiappetta uses Chiappetta Trial Lawyers as his practice and the address for Marten | Chiappetta but Chiappetta Trial Lawyers is registered to his HOME address and is can be assumed to be a solo practice. Deceitful.

This doesn't get into the fact that "Marten|Chiappetta" also operates the fraudulent websites for disaster relief firm, hurricane damage attorneys, and many many other deceitful sires with firm sounding names.

And rhe impersonation website fow West
Palm Beach Law.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA
(Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any
attachments, is intended for the sole use of
the individual or entity to which it is
addressed and may contain information that
is privileged, confidential and exempt from
disclosure under applicable law. If the
reader of this message is not the intended
recipient, or the employee or agent
responsible for delivering the message to the
intended recipient, you are hereby notified
that any use, dissemination, distribution,
reproduction or copying of this email
message, or any attachments, is strictly
prohibited. If you have received this e-mail
message in error, please notify the sender at
once and destroy all copies of this message
and any attachments. Thank you.


6:50 PM, September 18, 2023, "Joseph A.
Camp" <joey@joeycamp2020.com>:

    Looks like Chiappetta did file
    "fictitious name" paperwork on:

    1. The Chiappetta Law Firm;
    2. Chiappetta Trial Lawyers (on
    6/7/23); and

3. Marten|Chiappetta.

Lawyers are allowed to use a fictitious/assumed name (DBA) for their practice provided the "name is not deceptive" and meets certain other requirements.

The assumed name "Chiappetta Trial Lawyers," however, is a "deceptive" name within the meaning of the Florida Bar Rules if the firm only consists of one lawyer. (The website for Chiappetta Trial Lawyers only identifies one lawyer, Nick.) The Florida Bar has repeatedly indicated that it is unethical for a solo practitioner to use a firm name that implies that there is more than one lawyer in the firm. See, "Answers to Frequently Asked Question About Firm Names" on the Florida Bar's webpage.

Other potential issues might arise out of the fact that it appears that Nick may simultaneously be practicing in TWO separate law firms, Chiappetta Trial Lawyers and Marten|Chiappetta. (Or even THREE separate law firms if he is still also using the DBA "The Chiappetta Law Firm.")

While it is not impermissible for a Florida lawyer to simultaneously be the member of more that one firm, such a situation can give rise to ethical issues. See, the discussion of this issue by the Florida State Bar in Ethics Opinion 93-7, a link to which is provided below.

if Nick contends that Marten is the "second lawyer" at

Chiappetta Trial Lawyers, Nick is likely in violation of the Florida Bar's requirement that a firm use only one DBA (because if Marten and Chiapetta are one firm, they should only use one DBA. And the question remains, if Marten and Chiappetta are two separate law firms, who is the second lawyer at Chiappetta Trial Lawyers?)

It appears that Nick Chiappetta may have some ethical issues to address concerning his use of these two different assumed names to practice law. Did he do a Cobflict of Interest check with both firms (all three) firms, because had he done so, he would have learned of rhe conflict with my wife and my consultation with Marten | Chiappetta (not Chiappetta Trial Lawyers or The Chiappetta Trial Lawyers) however he appears to be practicing under all 3 of these names, while also assuming the name West Palm Beach Law and scores of other deceptive websites with various other names.

More to come.


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA
(Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including
any attachments, is intended for
the sole use of the individual or
entity to which it is addressed
and may contain information
that is privileged, confidential
and exempt from disclosure
under applicable law. If the
reader of this message is not the
intended recipient, or the
employee or agent responsible
for delivering the message to
the intended recipient, you are
hereby notified that any use,
dissemination, distribution,
reproduction or copying of this
email message, or any
attachments, is strictly
prohibited. If you have received
this e-mail message in error,
please notify the sender at once
and destroy all copies of this
message and any attachments.
Thank you.

5:38 PM, September 18, 2023,
"Joseph A. Camp"
<joey@joeycamp2020.com>:

> + info@, michael@

> Another ethics
> violation and fraud.
> This time involving
> attorney Michael L.
> Elion of (the
> REAL) West Palm
> Beach Law.

> Attorney Nick
> Chiappetta is
> involved in yet
> more ethical
> violations and

criminal conduct.

This one against a
former adversary.
Mr. Chiappetta's
illegal firm created
a forged website
against a defendant
in another case, to
humiliate that
defendant. You can
see the website
here:
www.wpalmbeachlaw.com.

One of the several
scores of websites
used to manipulate
the public by
attorney Nick
Chiappetta,
www.beheard.com has
the Twitter (X)
account
https://twitter.com/WPalmBeachLaw attached
to it. The website
on the West Palm
Beach Law Twitter
account is
https://wpalmbeachlaw.com which
is a fraud site. The
real West Palm
Beach Law is
https://wpblaw.co/ which
is a former
adversary of Nick
Chiappetta.

Nick seems to have
no problem
creating fake and
forged websites
against his
adversaries.
--

Logo



The content of this email i:
strictly forbidden to share
sender. If you received thi
so that we can ensure suc

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | nick@chiappettalegal.com; Kyle Dudek; acapintake@floridabar.org; citizenservices@myfloridalegal.com; CHAMBERS FLMD DUDEK |
| Subject: | Re: NOTICE OF INTENT - MALPRACTICE - ILLEGAL PRACTICE OF LAW |
| Date: | Monday, September 18, 2023 6:40:03 PM |
| Attachments: | NOTICE TO CHIAPPETTA.pdf |

**CAUTION - EXTERNAL:**

Attachment didn't add.

Apologies.

--



# Joey Camp 2020

Mobile:     **720.454.5240**
Email:      Joey@JoeyCamp2020.com
Website:    **www.joeycamp2020.com**
Address:    **@joeycamp2020 (for everything)**

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | pt@ptesq.com; CHAMBERS FLMD DUDEK; nick@chiappettalegal.com; jjfannin@duanemorris.com; hwgurland@duanemorris.com |
| Subject: | Re: Proof of Perjury and Sanctionable Offenses by Nick Chiapette, Danesh Noshirvan and James McGibney |
| Date: | Wednesday, October 23, 2024 10:59:38 AM |

**CAUTION - EXTERNAL:**

Remember that Belize and United States, Mexico and United States / Belize, all have extradiction treaties and are all signees of the Hague Convention. It does not matter that I am citizen of Belize and United States. Belize regularly extradicts their own citizens to the United States. Furthermore, so does Mexico/Belize.

Danesh contacted my landlord in Belize and got me evicted. He bragged about it on his accounts.

Then, he bragged, just before the 3rd Amended Complaint, that he knew where I was in Mexico (see attached).

Going further, Danesh doxxed the hotel I was staying at in La Fortuna, Costa Rica, the exact location with a map. Before the Second Amended Complaint. My location has never been private or hidden from such a well achieved doxxer who bragged regularly about doing so.

Going further, James McGibney posted several maps of my exact location in Belize.

Belize, a small country of less than 400,000 and a area of Massachusetts, is not exactly the easiest place to avoid service of process. Every road is peppered with police checkpoints and there is no where to hide within the country. Since he knew and communicated with my landlord to get me evicted, and then bragged about it on TikToks, he could have served me prior to that. I didn't move out until more than a month after the communications between Danesh and my former landlord.

At all times, I was and am, subject to service and would have accepted service at any time pursuant to Hague Convention and Federal Rules. Since Danesh always knew were I was, there is no excuse here!


--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

12:26 PM, August 18, 2024, "Joseph A. Camp" <joey@joeycamp2020.com>:

Oh, and also that Danesh claims he is not even a journalist.

The lies about the domains, which I still own and have always owned, his communications and association with James McGibney, his not being a journalist, and the permission to keep the domains are all perjury and sanctionable offenses.

James, Danesh, and Nick all were aware of this as they access to the Twitter account even if suspended to view and download his content and provide for discovery.

Danesh's tweets from his account and thus he knew what he posted.

Before I send any emails. I share on social media. If others see the same content I sent you, it is because it's public.

Nick should be sanctioned for his lies.

Oh, and Danesh, I have been in the United States since the day after I left Belize. My passport stamp proves the date I left Mexico -but keep telling those lies too. When relevant, I will share my exit stamp.

--

 _/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.


6:38 PM, August 17, 2024, "Joseph A. Camp" <joey@joeycamp2020.com>:

Dear all,

I am writing to inform you of the perjury of Danesh Noshirvan, James McGibney and sancationable offenses by attorney Nick Chiapetta.

To demonstrate proof of several things the following links are to the archives of Danesh Noshirvan's twitter tweets from September 16th, 2021 -WELL BEFORE Jennifer Couture's January 2022 appearances. In these tweets:

* Danesh gives me permission to keep (and thus use) the domains of his handle (www. thatdaneshguy .com, .org, .net, etc.)

* Danesh interacts with and uses James McGibney and his website Bullyville for the first time.

8 That I promised him then that I would ruthlessly destroy him which was well **BEFORE** any situation with Jennifer Couture even took place in 2022.

https://web.archive.org/web/20210917014039/https://twitter.com/thatdaneshguy/status/1438382883723309059

https://archive.ph/OkYp6

37241723937904@gr4gdts34yz64d7j.iva.yp-c.yandex.net

--



# Joey Camp 2020

Mobile:     **720.454.5240**
Email:      <u>Joey@JoeyCamp2020.com</u>
Website:    **www.joeycamp2020.com**
Address:    **@joeycamp2020 (for everything)**

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | Nick Chiappetta; pt@ptesq.com; CHAMBERS FLMD DUDEK; Kyle Dudek; sdiamond@kslaw.com |
| **Subject:** | Re: Stand By Your Accusations |
| **Date:** | Thursday, September 14, 2023 4:28:02 PM |

---

**CAUTION - EXTERNAL:**

Don't contact me again Nick,

Your accusations, recorded, when you called me threatening me and making false allegations are unethical and civilly actionable.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

2:22 PM, September 14, 2023, Nick Chiappetta <nick@chiappettalegal.com>:

> Joseph,
>
> Just admit that Ralph Garramone and Jennifer Courture are paying you to threaten me. Just like they did for you to Mr. Robson D.C. Powers.

Ps. Thank you for admitting to committing a third-degree felony -
audio recording without consent.

Tootles.

Nick Chiappetta | Managing Partner
P. 561-768-4500
F. 561-468-4600
nick@chiappettalegal.com
8401 Lake Worth Rd., Suite 130
Lake Worth, Florida 33467

# b082cb76-c4a7-4467-8509-510ba3d76bfa

Product Defect | Injury | Disability | Insurance
        www.chiappettalegal.com

**NOTICE: This e-mail message and any attachment to this e-mail message contains
confidential information that may be legally privileged. If you are not the intended recipient,
you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or
any attachments to it. If you have received this e-mail in error, please notify us immediately by
return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-
mail message contains a forwarded message or is a reply to a prior message, some or all of the
contents of this message or any attachments may not have been produced by the sender.**

---

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Sent:** Thursday, September 14, 2023 4:15 PM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Stand By Your Accusations

Nick,

Be prepared to stand by every accusations you made on that recorded call and
every accusations you try to make in court with unauthenticated "evidence".

I promise, I will treat you exactly as your client has treated people close to me,
and myself. Since you called me with threats of violence and fabricated evidence
against me, I will make sure you get the same treatment.

I have the full recorded call and will be provided my Motion to intervene shortly
for the sole purpose or getting it on the official docket.

I'm also going to play a game with Renee, since you're okay with stalking my
wife, it's all fair right? You can't unrang the bell. Your ethics will be brought into

question.

Does your client know that you just disclosed a significant amount of legal positioning and binder him to specific sets of "facts" when you, yourself, are unaware of the facts.

Dominion Voting Systems has attempted to subpoena and serve me over 20 times, including by skipping international service of process rules, to no avail. You think you're more special that them? They have also tried to subpoena my GAB (I'm not a US jurisdictional user), some random "TheResearcher2020@yandex.com" account (lmao) numerous times and Yandex told them to go to hell.

You're not special fuck boy.

Read the room. You just accepted the same conduct returned. I promise. Clean Hands bitch!

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | Nick Chiappetta; CHAMBERS FLMD DUDEK; Kyle Dudek; sdiamond@kslaw.com |
| Subject: | Re: Stand By Your Accusations |
| Date: | Thursday, September 14, 2023 4:47:44 PM |

**CAUTION - EXTERNAL:**

Nick,

Poor little Nick here thinks that he or Florida law has jurisdiction over ME in South America.

Where did you go to law school? Danesh Noshirvan school of TikTok? Clown.

You call me, make threats to try to rile me up which didn't work, and then pivot to admitting that you are planting knowingly false "evidence" against me in an effort to try to frame me for conduct your client has likely responsible for.

You made this personal. If you or your client ever contact me or my family, wife, or anyone related to close to me, or post about us or write about us, ANYWHERE, I will return the favor and do exactly the same.

The difference being is that I have nationalization in now 2 additional countries and a 2,000,000$ settlement that pays monthly to keep unemployed and spending my time and effort focused on making sure you get the treatment you deserve.

You make some pretty bold and outrageous accusations with no proof, and call me with violent threats against me, and expect me to not RECORD the call when you called me, in a country that doesn't have recorded call consent rules? You entered my jurisdiction your fucking clown, by calling me.

You defame me again with false accusations of criminal conduct or false accusations of associations with any other party to this case, and I will ensure that this is the last case you work with a law license, or with your reputation in tack -you open up that door. And I am going to fucking wreak you.

I work for no one, I owe you no explanation, I have committed no crime because nothing I am doing is criminal, in the US or the country I happen to be in right now.

For the last 5 or so years I have expatriated from the US and have since become resident, nationalized citizen of two other countries. My passports are my alibi, and they are pretty strong authenticated evidence.

Fucking clown. You called me before I had any clue who you were. You wanted to "poke the bear" to see if you could get a reaction. Well, now your wife has my full attention, legally of course.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240


This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.


2:27 PM, September 14, 2023, "Joseph A.Camp" <joey@joeycamp2020.com>:

> Don't contact me again Nick,


> Your accusations, recorded, when you called me threatening me and making false allegations are unethical and civilly actionable.


> --

> _/s/_____

> Joseph A. Camp

> CampJosephA@gmail.com

> JosephACamp@yandex.com

> @CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

> 720.454.5240


> This e-mail message, including any attachments, is intended for the sole use of the

individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

2:22 PM, September 14, 2023, Nick Chiappetta <nick@chiappettalegal.com>:

Joseph,

Just admit that Ralph Garramone and Jennifer Courture are paying you to threaten me. Just like they did for you to Mr. Robson D.C. Powers.

Ps. Thank you for admitting to committing a third-degree felony - audio recording without consent.

Tootles.

Nick Chiappetta | Managing Partner
P. 561-768-4500
F. 561-468-4600
nick@chiappettalegal.com
8401 Lake Worth Rd., Suite 130
Lake Worth, Florida 33467

# b082cb76-c4a7-4467-8509-510ba3d76bfa

Product Defect | Injury | Disability | Insurance
www.chiappettalegal.com

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 561-768-4500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** Joseph A.Camp <joey@joeycamp2020.com>
**Sent:** Thursday, September 14, 2023 4:15 PM
**To:** Nick Chiappetta <nick@chiappettalegal.com>
**Subject:** Stand By Your Accusations

Nick,

Be prepared to stand by every accusations you made on that recorded call and every accusations you try to make in court with unauthenticated "evidence".


I promise, I will treat you exactly as your client has treated people close to me, and myself. Since you called me with threats of violence and fabricated evidence against me, I will make sure you get the same treatment.

I have the full recorded call and will be provided my Motion to intervene shortly for the sole purpose or getting it on the official docket.

I'm also going to play a game with Renee, since you're okay with stalking my wife, it's all fair right? You can't unrang the bell. Your ethics will be brought into question.

Does your client know that you just disclosed a significant amount of legal positioning and binder him to specific sets of "facts" when you, yourself, are unaware of the facts.

Dominion Voting Systems has attempted to subponea and serve me over 20 times, including by skipping international service of process rules, to no avail. You think you're more special that them? They have also tried to subponea my GAB (I'm not a US jurisdictional user), some random "TheResearcher2020@yandex.com" account (lmao) numerous times and Yandex told them to go to hell.

You're not special fuck boy.

Read the room. You just accepted the same conduct returned. I promise. Clean Hands bitch!

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | Paralegal @ RT Law; ACAPIntake; pt@ptesq.com; CHAMBERS FLMD DUDEK; Kyle Dudek |
| **Cc:** | Kevin Tynan |
| **Subject:** | Re: TFB File No. 2024-50,203(15C) |
| **Date:** | Thursday, October 12, 2023 1:13:45 PM |

**CAUTION - EXTERNAL:**

Thank you for your reply.

I'll be submitting my rebuttal shortly.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all copies of this message and any attachments. Thank you.

11:07 AM, October 12, 2023, "Paralegal @ RT Law" <paralegal@rtlawoffice.com>:

Please see attached correspondence in regards to TFB File No. 2024-50,203(15C)

Thank you

**Paralegal**
Richardson & Tynan, PLC

8142 N. University Drive
Tamarac, FL 33321
(954)721-7300

The information contained in this transmission may be privileged and confidential information, and
is intended only for the use of the individual or entity named above. If the reader of this message is
not the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is prohibited. If you have received this transmission in error, please immediately
reply to the sender that you have received this communication in error and then delete it. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Files |
| **To:** | CHAMBERS FLMD DUDEK; Danesh; Robert Cooke |
| **Cc:** | thatdaneshguy@gmail.com; thatdaneshguy@yahoo.com; Belinda Montalvo; Jorge Carbonell; sdiamond@kslaw.com |
| **Subject:** | Re: TikTok on Deadline |
| **Date:** | Monday, September 4, 2023 10:35:32 PM |

**CAUTION - EXTERNAL:**

I'm sure I can find 100 cases dealing with privacy concerns that start when the federal magistrate judge begins using his / her personal iPhone for sensitive, sometimes ex parte, communications with the Court.

In fact, I believe that is a MAJOR ethical violation of bench and very much should be repoeted and investigated immediately. Should rhe magistrat lose his iphone he would be compromising the security of every ex parte communication of every case before him.

Not to mention using the very unsecured outlook for federal business. Shame on you magistrate.

And we haven't even gotten into the legal ramifications of you attempting to close the door of access to the courts, from a location I assume is not the courthouse (is it legal to conduct business outside of the courthouse in this manner). Is it a violation of the constitution to threaten an anonymous person for attempting to assert his / her rights by filing a redress of his grievances? The constitution does not place limits on HOW I can contact the court, and we all know that if the court or method of contact is available for some, it is available for all. Including email.

Don't threaten me with illegal threats while you yourself are compromising national security and high profile cases where there are lives and classified documents and the like in question.

5:46 PM, September 4, 2023, CHAMBERS FLMD DUDEK
<chambers_flmd_dudek@flmd.uscourts.gov>:

> Please be advised that emailing judicial chambers is not an appropriate mechanism to bring matters before the Court. All communications with the Court must be through the Clerk's office. Any further ex parte contact with chambers will be reported.

Get Outlook for iOS

**From:** Danesh Files <daneshfiles@yandex.com>
**Sent:** Monday, September 4, 2023 7:08 PM
**To:** Danesh <daneshnoshirvan@gmail.com>; Robert Cooke
<rcooke@cookecarbonell.com>
**Cc:** thatdaneshguy@gmail.com <thatdaneshguy@gmail.com>;
thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>; Belinda Montalvo

<bm1@cookecarbonell.com>; Jorge Carbonell <jlc@cookecarbonell.com>;
sdiamond@kslaw.com <sdiamond@kslaw.com>; CHAMBERS FLMD DUDEK
<CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>
**Subject:** Re: TikTok on Deadline

CAUTION - EXTERNAL:

Dear,

Please docket this email chain on the docket gor Couture v. NOSHIRVAN et. al.

Danesh is making grand claims about being represented by Robert Cooke of
Cooke Carbonell, to collect massive amounts of money, but is now claiming he is
not represented.

Furthermore, Danesh claims, without evidence, that I am someone I am not.
Under the United States First Amendment, I, a non-party to this case, have an
absolute right to remain anonymous and speak out against individuals with over
1,500,000 followers (public figures).

Danesh lies relentless to the court, and abuses and harassed his victims with these
pressure campaigns and defamation.

Please instruct Danesh to not delete any evidence, and since Google will preserve
it all in preservation, the Court will soon see what type of person this guy really
is.

If there is any doubt, my name is Danesh Files.
9:36 PM, September 2, 2023, Danesh Files <daneshfiles@yandex.com>:

> Spence my man,
>
> This is Danesh Noshirvan.
>
>
> Figured you would like to see what type of fucking clown this faggot
> is.
>
> Enjoy your weekend.
>
> ○ Danesh Noshirvan
>
> 5:33 PM, September 1, 2023, Danesh Files
> <daneshfiles@yandex.com>:
>
>> Hey Danesh,
>>
>> Noticed you didn't file anything today, nor did Cooke
>> file his Notice of Appearance. You have far exceeded his

retainer of $25,000 that he requested -per your video- to be the "agressive" and "bring it on" (challenge accepted) lolwyer with a whole ass "digital forensics" team - .

Poor little sand nigger clearly doesn't know the "legal system" that you just tried this morning to school me on. You fucking clown ass faggot. You're doing great though so keep up the good work in failing to follow ANY of the judges orders, not knowing what By Operation of Law means, and defaulting.

I'm sure Cooke here will gladly take an additional $25k to litigate the appellate review of the default alone -not to mention the progressively more complex and time consuming actual underlying litigation. Dude, you can and should file a law suit for Malpractice against Cooke Carbonell for misrepresenting that they would take $25k to be your lolwyers.

I hear your pal is on the lam for stalking and video has everything. Seems like it is going to be a very nice conversation when Lee County Sheriff catches up to him.

You're literally a fucking broke dick clown ass faggot with no know knowledge of the "legal system".

2:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

> Hi Danesh,
>
> You and your attorney Robert Cooke have a good conversation about the limits and scope of his representation? You learning the hard way about the consequences of your actions chasing you? About doxxing people, and their attorneys?
>
> The reality is Sandy Boy, you are just getting a small taste of your own medicine, and there are hundreds of victims, and thousands of people who fucking dispise you, and I could be any of them.
>
> Remember you Sand Nigger faggot. It's not what you know, it's what you can prove. And you're fucked pal.
>
> The next move is going to wreak you even

move. Another federal lawsuit, naming you and META for your conduct on that Platform (Instagram, Facebook, WhatsApp, etc). None of that has been litigated in this suit so it's all open game -bet you didn't see that coming when you had all that bravado and shit talking about your Instagram being monetized and blah blah blah.

Dude you're royally fucked, and you're taking Cooke with you because your video makes it very clear that you retained this amazing and "aggressive" lolwyer (another lol real estate lolwyer) who's wife posted nude images of their child -disgusting.

Welp, better figure it out sand nigger. The court doesn't like unauthenticated, unverified. Unincorporated exhibits that are so convoluted and stupid it makes the head hurt. .

Cooke, this is squarely the fault of your client and his permission to "bring it on" and admission that you were his lolwyer and that you had this whole ass "digital forensics" team that was gonna get me (lmao). You really should sue Danesh for that video and he should really sue you for malpractice and letting him default.

What a couple of clowns. Danesh, I'm going to wreak you, no matter what, and I don't have any obligations to or connections to any party of this case. I simply want to destroy you for your conduct and help you get the medicine you try to dish out. I happen to be better at this game than you.

Cookie monster, please don't be aggressive towards me. It scares me. Lmao

7:19 AM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

    Poor Danesh,

    If there is any private communicarions between Cooke and Danesh, they now

become in play, because poor little Danesh Noshirvan has waived attorney / client privilege in responding to this email.

Danesh, bold allegations without any factual evidence to support them is actionable. You should really take some time to consider running out in front of a moving semi truck. It would do more good for your position than anything you have done so far.

The court doesn't give two shits about your fake, forged, digitally altered images and whois exhibits sandy boy. That was made very clear this morning! You lost idiot. You need more than a lawyer now for what is coming in the next round.

Uncontested subponeas, assest investigations which start today, etc.

Any observer of your video, including your own following in the comment section, can assume that you are represented by Cooke. Unless and until he takes steps to disavow that, on the public record, your video grifting for his retainer fee -an amount that you surpassed- is controlling.

Enjoy the reality of the consequences of your own actions bitch. You can call me Daddy and no amount of "digital forensics" will ever discover who I am -and I am not Plaintiffs, or an associate of theirs.

Careful Danesh, I have never
been wrong in your case, you
simply don't want to to believe
me.

6:56 AM, September 1, 2023,
Danesh
<daneshnoshirvan@gmail.com>:

> Mr. Cooke,
> Please ignore and
> block the plaintiff
> in my case and
> their associates
> (daneshfiles@yandex.com)
> They are very
> aware you have not
> been retained, they
> have zero
> knowledge of the
> legal system and
> they're just
> harassing you.
>
> Patrick,
> Did you give this
> legal advice to your
> client and your
> associates to do
> this? Your party
> shouldn't be
> harassing anyone,
> and for accuracy, I
> have not retained
> Mr. Cooke as a
> lawyer, please ask
> your clients to stop
> harassing him.
> You're an attorney,
> Mr Trainor, I
> shouldn't have to
> tell you any of this.
> Thank you,
> Danesh
>
> On Thu, Aug 31,
> 2023, 6:48 PM
> Robert Cooke
> <rcooke@cookecarbonell.com>
> wrote:

Cooke Carbonell
has not been
retained in this
matter.

Get Outlook for
iOS

---

**From:** Danesh
Files
<daneshfiles@yandex.com>
**Sent:** Thursday,
August 31, 2023
6:36:45 PM
**To:**
thatdaneshguy@gmail.com
<thatdaneshguy@gmail.com>;
daneshnoshirvan@yahoo.com
<daneshnoshirvan@yahoo.com>;
daneshnoshirvan@gmail.com
<daneshnoshirvan@gmail.com>;
thatdaneshguy@yahoo.com
<thatdaneshguy@yahoo.com>;
Belinda Montalvo
<Bm1@cookecarbonell.com>;
Robert Cooke
<rcooke@cookecarbonell.com>;
Jorge Carbonell
<jlc@cookecarbonell.com>
**Subject:** TikTok on
Deadline

I'm no legal
expert, but there
is no stay, no
continuance, etc.
for the deadline
of today for
Breakfast
Pedophile
Danesh
Noshirvan to file
his reply brief.
Plaintiffs
challenge has
been lodged with
no stay or
continuances

granted to Danesh, and thus if no reply is filed today, Danesh will be in default.

The deadline for informing the court has already passed -Aug. 24th, 2023, with no continuance or stays for that either so no representation can jump on board.

Robert, you should really get to stepping. Everyone is waiting to see what you do. I'm guess you will cry like a bitch and try to connect my account to some random 3rd party who isn't me, but it doesn't matter, the reply briefing is due, the appearance is past due so you can't just jump in without a challenge and no stays or continuances have been granted, nor could they before the end of business (which has already passed) today.

Danesh is

officially in default and you Robert are responsible. He should sue you for malpractice for advising him you would take the case and you not specifically and clearly advising him otherwise (if you didn't take the case). You must have provided a non-engagement letter or he has a major malpractice claim against you for allowing him to be defaulted in his obligations to inform and his obligations to reply.

Sucks to suck, but Robert and Jorge are responsible for this predicament of Danesh's and should be sued for malpractice by him.

TikTok.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile


--
Sent from Yandex Mail for mobile


--
Sent from Yandex Mail for mobile
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary.
Exercise caution when opening attachments or clicking on links.


--
Sent from Yandex Mail for mobile
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Files |
| **To:** | CHAMBERS FLMD DUDEK; Danesh; Robert Cooke |
| **Cc:** | thatdaneshguy@gmail.com; thatdaneshguy@yahoo.com; Belinda Montalvo; Jorge Carbonell; sdiamond@kslaw.com |
| **Subject:** | Re: TikTok on Deadline |
| **Date:** | Monday, September 4, 2023 10:27:52 PM |

**CAUTION - EXTERNAL:**

My name is James McGibney and is it typical for a federal magistrate to being using his personal iPhone to receive federal court emails on a holiday?

Seems about right. And please, pray tell, what constitutes a "reported"?

5:46 PM, September 4, 2023, CHAMBERS FLMD DUDEK
<chambers_flmd_dudek@flmd.uscourts.gov>:

> Please be advised that emailing judicial chambers is not an appropriate mechanism to bring matters before the Court. All communications with the Court must be through the Clerk's office. Any further ex parte contact with chambers will be reported.

> Get Outlook for iOS
>
> ---
>
> **From:** Danesh Files <daneshfiles@yandex.com>
> **Sent:** Monday, September 4, 2023 7:08 PM
> **To:** Danesh <daneshnoshirvan@gmail.com>; Robert Cooke <rcooke@cookecarbonell.com>
> **Cc:** thatdaneshguy@gmail.com <thatdaneshguy@gmail.com>; thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>; Belinda Montalvo <bm1@cookecarbonell.com>; Jorge Carbonell <jlc@cookecarbonell.com>; sdiamond@kslaw.com <sdiamond@kslaw.com>; CHAMBERS FLMD DUDEK <CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>
> **Subject:** Re: TikTok on Deadline
>
> **CAUTION - EXTERNAL:**
>
> Dear,
>
> Please docket this email chain on the docket gor Couture v. NOSHIRVAN et. al.
>
> Danesh is making grand claims about being represented by Robert Cooke of Cooke Carbonell, to collect massive amounts of money, but is now claiming he is not represented.
>
> Furthermore, Danesh claims, without evidence, that I am someone I am not.

Under the United States First Amendment, I, a non-party to this case, have an absolute right to remain anonymous and speak out against individuals with over 1,500,000 followers (public figures).

Danesh lies relentless to the court, and abuses and harassed his victims with these pressure campaigns and defamation.

Please instruct Danesh to not delete any evidence, and since Google will preserve it all in preservation, the Court will soon see what type of person this guy really is.

If there is any doubt, my name is Danesh Files.
9:36 PM, September 2, 2023, Danesh Files <daneshfiles@yandex.com>:

> Spence my man,
>
> This is Danesh Noshirvan.
>
>
> Figured you would like to see what type of fucking clown this faggot is.
>
> Enjoy your weekend.
>
> ○ Danesh Noshirvan
>
> 5:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:
>
>> Hey Danesh,
>>
>> Noticed you didn't file anything today, nor did Cooke file his Notice of Appearance. You have far exceeded his retainer of $25,000 that he requested -per your video- to be the "agressive" and "bring it on" (challenge accepted) lolwyer with a whole ass "digital forensics" team - .
>>
>> Poor little sand nigger clearly doesn't know the "legal system" that you just tried this morning to school me on. You fucking clown ass faggot. You're doing great though so keep up the good work in failing to follow ANY of the judges orders, not knowing what By Operation of Law means, and defaulting.
>>
>> I'm sure Cooke here will gladly take an additional $25k to litigate the appellate review of the default alone -not to mention the progressively more complex and time consuming actual underlying litigation. Dude, you can and should file a law suit for Malpractice against Cooke Carbonell for misrepresenting that they would take $25k

to be your lolwyers.

I hear your pal is on the lam for stalking and video has
everything. Seems like it is going to be a very nice
conversation when Lee County Sheriff catches up to
him.

You're literally a fucking broke dick clown ass faggot
with no know knowledge of the "legal system".

2:33 PM, September 1, 2023, Danesh Files
<daneshfiles@yandex.com>:

Hi Danesh,

You and your attorney Robert Cooke have a
good conversation about the limits and
scope of his representation? You learning
the hard way about the consequences of
your actions chasing you? About doxxing
people, and their attorneys?

The reality is Sandy Boy, you are just
getting a small taste of your own medicine,
and there are hundreds of victims, and
thousands of people who fucking dispise
you, and I could be any of them.

Remember you Sand Nigger faggot. It's not
what you know, it's what you can prove.
And you're fucked pal.

The next move is going to wreak you even
move. Another federal lawsuit, naming you
and META for your conduct on that
Platform (Instagram, Facebook, WhatsApp,
etc). None of that has been litigated in this
suit so it's all open game -bet you didn't see
that coming when you had all that bravado
and shit talking about your Instagram being
monetized and blah blah blah.

Dude you're royally fucked, and you're
taking Cooke with you because your video
makes it very clear that you retained this
amazing and "aggressive" lolwyer (another
lol real estate lolwyer) who's wife posted
nude images of their child -disgusting.

Welp, better figure it out sand nigger. The

court doesn't like unauthenticated,
unverified. Unincorporated exhibits that are
so convoluted and stupid it makes the head
hurt. .

Cooke, this is squarely the fault of your
client and his permission to "bring it on" and
admission that you were his lolwyer and that
you had this whole ass "digital forensics"
team that was gonna get me (lmao). You
really should sue Danesh for that video and
he should really sue you for malpractice and
letting him default.

What a couple of clowns. Danesh, I'm going
to wreak you, no matter what, and I don't
have any obligations to or connections to
any party of this case. I simply want to
destroy you for your conduct and help you
get the medicine you try to dish out. I
happen to be better at this game than you.

Cookie monster, please don't be aggressive
towards me. It scares me. Lmao

7:19 AM, September 1, 2023, Danesh Files
<daneshfiles@yandex.com>:

> Poor Danesh,
>
> If there is any private
> communicarions between
> Cooke and Danesh, they now
> become in play, because poor
> little Danesh Noshirvan has
> waived attorney / client
> privilege in responding to this
> email.
>
> Danesh, bold allegations
> without any factual evidence to
> support them is actionable. You
> should really take some time to
> consider running out in front of
> a moving semi truck. It would
> do more good for your position
> than anything you have done so
> far.
>
> The court doesn't give two shits

about your fake, forged,
digitally altered images and
whois exhibits sandy boy. That
was made very clear this
morning! You lost idiot. You
need more than a lawyer now
for what is coming in the next
round.

Uncontested subponeas, assest
investigations which start today,
etc.

Any observer of your video,
including your own following in
the comment section, can
assume that you are represented
by Cooke. Unless and until he
takes steps to disavow that, on
the public record, your video
grifting for his retainer fee -an
amount that you surpassed- is
controlling.

Enjoy the reality of the
consequences of your own
actions bitch. You can call me
Daddy and no amount of
"digital forensics" will ever
discover who I am -and I am
not Plaintiffs, or an associate of
theirs.

Careful Danesh, I have never
been wrong in your case, you
simply don't want to to believe
me.

6:56 AM, September 1, 2023,
Danesh
<daneshnoshirvan@gmail.com>:

> Mr. Cooke,
> Please ignore and
> block the plaintiff
> in my case and
> their associates
> (daneshfiles@yandex.com)
> They are very
> aware you have not

been retained, they have zero knowledge of the legal system and they're just harassing you.

Patrick,
Did you give this legal advice to your client and your associates to do this? Your party shouldn't be harassing anyone, and for accuracy, I have not retained Mr. Cooke as a lawyer, please ask your clients to stop harassing him. You're an attorney, Mr Trainor, I shouldn't have to tell you any of this. Thank you, Danesh

On Thu, Aug 31, 2023, 6:48 PM Robert Cooke <rcooke@cookecarbonell.com> wrote:

> Cooke Carbonell has not been retained in this matter.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Danesh Files <daneshfiles@yandex.com>
> **Sent:** Thursday, August 31, 2023 6:36:45 PM
> **To:** thatdaneshguy@gmail.com

<thatdaneshguy@gmail.com>;
daneshnoshirvan@yahoo.com
<daneshnoshirvan@yahoo.com>;
daneshnoshirvan@gmail.com
<daneshnoshirvan@gmail.com>;
thatdaneshguy@yahoo.com
<thatdaneshguy@yahoo.com>;
Belinda Montalvo
<Bm1@cookecarbonell.com>;
Robert Cooke
<rcooke@cookecarbonell.com>;
Jorge Carbonell
<jlc@cookecarbonell.com>
**Subject:** TikTok on
Deadline

I'm no legal
expert, but there
is no stay, no
continuance, etc.
for the deadline
of today for
Breakfast
Pedophile
Danesh
Noshirvan to file
his reply brief.
Plaintiffs
challenge has
been lodged with
no stay or
continuances
granted to
Danesh, and thus
if no reply is filed
today, Danesh
will be in default.

The deadline for
informing the
court has already
passed -Aug.
24th, 2023, with
no continuance or
stays for that
either so no
representation
can jump on
board.

Robert, you should really get to stepping. Everyone is waiting to see what you do. I'm guess you will cry like a bitch and try to connect my account to some random 3rd party who isn't me, but it doesn't matter, the reply briefing is due, the appearance is past due so you can't just jump in without a challenge and no stays or continuances have been granted, nor could they before the end of business (which has already passed) today.

Danesh is officially in default and you Robert are responsible. He should sue you for malpractice for advising him you would take the case and you not specifically and clearly advising him otherwise (if you didn't take the case). You must have provided a non-engagement

letter or he has a
major
malpractice claim
against you for
allowing him to
be defaulted in
his obligations to
inform and his
obligations to
reply.

Sucks to suck,
but Robert and
Jorge are
responsible for
this predicament
of Danesh's and
should be sued
for malpractice
by him.

TikTok.


--
Sent from Yandex Mail for
mobile


--
Sent from Yandex Mail for mobile


--
Sent from Yandex Mail for mobile


--
Sent from Yandex Mail for mobile


--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary.
Exercise caution when opening attachments or clicking on links.

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | CHAMBERS FLMD DUDEK |
| **To:** | Danesh Files; Danesh; Robert Cooke |
| **Cc:** | thatdaneshguy@gmail.com; thatdaneshguy@yahoo.com; Belinda Montalvo; Jorge Carbonell; sdiamond@kslaw.com |
| **Bcc:** | Leslie Friedmann; Shelley Giauque |
| **Subject:** | Re: TikTok on Deadline |
| **Date:** | Monday, September 4, 2023 7:46:23 PM |

Please be advised that emailing judicial chambers is not an appropriate mechanism to bring matters before the Court. All communications with the Court must be through the Clerk's office. Any further ex parte contact with chambers will be reported.

Get Outlook for iOS

**From:** Danesh Files <daneshfiles@yandex.com>
**Sent:** Monday, September 4, 2023 7:08 PM
**To:** Danesh <daneshnoshirvan@gmail.com>; Robert Cooke <rcooke@cookecarbonell.com>
**Cc:** thatdaneshguy@gmail.com <thatdaneshguy@gmail.com>; thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>; Belinda Montalvo <bm1@cookecarbonell.com>; Jorge Carbonell <jlc@cookecarbonell.com>; sdiamond@kslaw.com <sdiamond@kslaw.com>; CHAMBERS FLMD DUDEK <CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>
**Subject:** Re: TikTok on Deadline

**CAUTION - EXTERNAL:**

Dear,

Please docket this email chain on the docket gor Couture v. NOSHIRVAN et. al.

Danesh is making grand claims about being represented by Robert Cooke of Cooke Carbonell, to collect massive amounts of money, but is now claiming he is not represented.

Furthermore, Danesh claims, without evidence, that I am someone I am not. Under the United States First Amendment, I, a non-party to this case, have an absolute right to remain anonymous and speak out against individuals with over 1,500,000 followers (public figures).

Danesh lies relentless to the court, and abuses and harassed his victims with these pressure campaigns and defamation.

Please instruct Danesh to not delete any evidence, and since Google will preserve it all in preservation, the Court will soon see what type of person this guy really is.

If there is any doubt, my name is Danesh Files.
9:36 PM, September 2, 2023, Danesh Files <daneshfiles@yandex.com>:

Spence my man,

This is Danesh Noshirvan.


Figured you would like to see what type of fucking clown this faggot is.

Enjoy your weekend.

○ Danesh Noshirvan

5:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

> Hey Danesh,
>
> Noticed you didn't file anything today, nor did Cooke file his Notice
> of Appearance. You have far exceeded his retainer of $25,000 that he
> requested -per your video- to be the "agressive" and "bring it on"
> (challenge accepted) lolwyer with a whole ass "digital forensics"
> team - .
>
> Poor little sand nigger clearly doesn't know the "legal system" that
> you just tried this morning to school me on. You fucking clown ass
> faggot. You're doing great though so keep up the good work in failing
> to follow ANY of the judges orders, not knowing what By Operation
> of Law means, and defaulting.
>
> I'm sure Cooke here will gladly take an additional $25k to litigate the
> appellate review of the default alone -not to mention the
> progressively more complex and time consuming actual underlying
> litigation. Dude, you can and should file a law suit for Malpractice
> against Cooke Carbonell for misrepresenting that they would take
> $25k to be your lolwyers.
>
> I hear your pal is on the lam for stalking and video has everything.
> Seems like it is going to be a very nice conversation when Lee
> County Sheriff catches up to him.
>
> You're literally a fucking broke dick clown ass faggot with no know
> knowledge of the "legal system".
>
> 2:33 PM, September 1, 2023, Danesh Files
> <daneshfiles@yandex.com>:
>
>> Hi Danesh,
>>
>> You and your attorney Robert Cooke have a good
>> conversation about the limits and scope of his
>> representation? You learning the hard way about the
>> consequences of your actions chasing you? About
>> doxxing people, and their attorneys?

The reality is Sandy Boy, you are just getting a small taste of your own medicine, and there are hundreds of victims, and thousands of people who fucking dispise you, and I could be any of them.

Remember you Sand Nigger faggot. It's not what you know, it's what you can prove. And you're fucked pal.

The next move is going to wreak you even move. Another federal lawsuit, naming you and META for your conduct on that Platform (Instagram, Facebook, WhatsApp, etc). None of that has been litigated in this suit so it's all open game -bet you didn't see that coming when you had all that bravado and shit talking about your Instagram being monetized and blah blah blah.

Dude you're royally fucked, and you're taking Cooke with you because your video makes it very clear that you retained this amazing and "aggressive" lolwyer (another lol real estate lolwyer) who's wife posted nude images of their child -disgusting.

Welp, better figure it out sand nigger. The court doesn't like unauthenticated, unverified. Unincorporated exhibits that are so convoluted and stupid it makes the head hurt. .

Cooke, this is squarely the fault of your client and his permission to "bring it on" and admission that you were his lolwyer and that you had this whole ass "digital forensics" team that was gonna get me (lmao). You really should sue Danesh for that video and he should really sue you for malpractice and letting him default.

What a couple of clowns. Danesh, I'm going to wreak you, no matter what, and I don't have any obligations to or connections to any party of this case. I simply want to destroy you for your conduct and help you get the medicine you try to dish out. I happen to be better at this game than you.

Cookie monster, please don't be aggressive towards me. It scares me. Lmao

7:19 AM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

Poor Danesh,

If there is any private communicarions

between Cooke and Danesh, they now become in play, because poor little Danesh Noshirvan has waived attorney / client privilege in responding to this email.

Danesh, bold allegations without any factual evidence to support them is actionable. You should really take some time to consider running out in front of a moving semi truck. It would do more good for your position than anything you have done so far.

The court doesn't give two shits about your fake, forged, digitally altered images and whois exhibits sandy boy. That was made very clear this morning! You lost idiot. You need more than a lawyer now for what is coming in the next round.

Uncontested subponeas, assest investigations which start today, etc.

Any observer of your video, including your own following in the comment section, can assume that you are represented by Cooke. Unless and until he takes steps to disavow that, on the public record, your video grifting for his retainer fee -an amount that you surpassed- is controlling.

Enjoy the reality of the consequences of your own actions bitch. You can call me Daddy and no amount of "digital forensics" will ever discover who I am -and I am not Plaintiffs, or an associate of theirs.

Careful Danesh, I have never been wrong in your case, you simply don't want to to believe me.

6:56 AM, September 1, 2023, Danesh <daneshnoshirvan@gmail.com>:

> Mr. Cooke,
> Please ignore and block the plaintiff in my case and their associates (daneshfiles@yandex.com)
> They are very aware you have not been retained, they have

zero knowledge of the legal
system and they're just
harassing you.

Patrick,
Did you give this legal advice to
your client and your associates
to do this? Your party shouldn't
be harassing anyone, and for
accuracy, I have not retained
Mr. Cooke as a lawyer, please
ask your clients to stop
harassing him. You're an
attorney, Mr Trainor, I shouldn't
have to tell you any of this.
Thank you,
Danesh

On Thu, Aug 31, 2023, 6:48
PM Robert Cooke
<rcooke@cookecarbonell.com>
wrote:

> Cooke Carbonell has not been
> retained in this matter.

> Get Outlook for iOS

> **From:** Danesh Files
> <daneshfiles@yandex.com>
> **Sent:** Thursday, August 31,
> 2023 6:36:45 PM
> **To:** thatdaneshguy@gmail.com
> <thatdaneshguy@gmail.com>;
> daneshnoshirvan@yahoo.com
> <daneshnoshirvan@yahoo.com>;
> daneshnoshirvan@gmail.com
> <daneshnoshirvan@gmail.com>;
> thatdaneshguy@yahoo.com
> <thatdaneshguy@yahoo.com>;
> Belinda Montalvo
> <Bm1@cookecarbonell.com>;
> Robert Cooke
> <rcooke@cookecarbonell.com>;
> Jorge Carbonell
> <jlc@cookecarbonell.com>
> **Subject:** TikTok on Deadline

> I'm no legal expert, but there

is no stay, no continuance, etc. for the deadline of today for Breakfast Pedophile Danesh Noshirvan to file his reply brief. Plaintiffs challenge has been lodged with no stay or continuances granted to Danesh, and thus if no reply is filed today, Danesh will be in default.

The deadline for informing the court has already passed - Aug. 24th, 2023, with no continuance or stays for that either so no representation can jump on board.

Robert, you should really get to stepping. Everyone is waiting to see what you do. I'm guess you will cry like a bitch and try to connect my account to some random 3rd party who isn't me, but it doesn't matter, the reply briefing is due, the appearance is past due so you can't just jump in without a challenge and no stays or continuances have been granted, nor could they before the end of business (which has already passed) today.

Danesh is officially in default and you Robert are responsible. He should sue you for malpractice for advising him you would take the case and you not specifically and clearly advising him otherwise (if you didn't take the case). You must have provided a non-engagement letter or he has a major malpractice claim against you for allowing him to be defaulted in his obligations to inform and his

obligations to reply.

Sucks to suck, but Robert and Jorge are responsible for this predicament of Danesh's and should be sued for malpractice by him.

TikTok.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Files |
| **To:** | Danesh; Robert Cooke |
| **Cc:** | thatdaneshguy@gmail.com; thatdaneshguy@yahoo.com; Belinda Montalvo; Jorge Carbonell; sdiamond@kslaw.com; CHAMBERS FLMD DUDEK |
| **Subject:** | Re: TikTok on Deadline |
| **Date:** | Monday, September 4, 2023 7:08:19 PM |

**CAUTION - EXTERNAL:**

Dear,

Please docket this email chain on the docket gor Couture v. NOSHIRVAN et. al.

Danesh is making grand claims about being represented by Robert Cooke of Cooke Carbonell, to collect massive amounts of money, but is now claiming he is not represented.

Furthermore, Danesh claims, without evidence, that I am someone I am not. Under the United States First Amendment, I, a non-party to this case, have an absolute right to remain anonymous and speak out against individuals with over 1,500,000 followers (public figures).

Danesh lies relentless to the court, and abuses and harassed his victims with these pressure campaigns and defamation.

Please instruct Danesh to not delete any evidence, and since Google will preserve it all in preservation, the Court will soon see what type of person this guy really is.

If there is any doubt, my name is Danesh Files.
9:36 PM, September 2, 2023, Danesh Files <daneshfiles@yandex.com>:

> Spence my man,
>
> This is Danesh Noshirvan.
>
>
> Figured you would like to see what type of fucking clown this faggot is.
>
> Enjoy your weekend.
>
> ○ Danesh Noshirvan
>
> 5:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:
>
>> Hey Danesh,
>>
>> Noticed you didn't file anything today, nor did Cooke file his Notice of Appearance. You have far exceeded his retainer of $25,000 that he requested -per your video- to be the "agressive" and "bring it on" (challenge accepted) lolwyer with a whole ass "digital forensics" team - .
>>
>> Poor little sand nigger clearly doesn't know the "legal system" that

you just tried this morning to school me on. You fucking clown ass faggot. You're doing great though so keep up the good work in failing to follow ANY of the judges orders, not knowing what By Operation of Law means, and defaulting.

I'm sure Cooke here will gladly take an additional $25k to litigate the appellate review of the default alone -not to mention the progressively more complex and time consuming actual underlying litigation. Dude, you can and should file a law suit for Malpractice against Cooke Carbonell for misrepresenting that they would take $25k to be your lolwyers.

I hear your pal is on the lam for stalking and video has everything. Seems like it is going to be a very nice conversation when Lee County Sheriff catches up to him.

You're literally a fucking broke dick clown ass faggot with no know knowledge of the "legal system".

2:33 PM, September 1, 2023, Danesh Files
<daneshfiles@yandex.com>:

> Hi Danesh,
>
> You and your attorney Robert Cooke have a good conversation about the limits and scope of his representation? You learning the hard way about the consequences of your actions chasing you? About doxxing people, and their attorneys?
>
> The reality is Sandy Boy, you are just getting a small taste of your own medicine, and there are hundreds of victims, and thousands of people who fucking dispise you, and I could be any of them.
>
> Remember you Sand Nigger faggot. It's not what you know, it's what you can prove. And you're fucked pal.
>
> The next move is going to wreak you even move. Another federal lawsuit, naming you and META for your conduct on that Platform (Instagram, Facebook, WhatsApp, etc). None of that has been litigated in this suit so it's all open game -bet you didn't see that coming when you had all that bravado and shit talking about your Instagram being monetized and blah blah blah.
>
> Dude you're royally fucked, and you're taking Cooke with you because your video makes it very clear that you retained this amazing and "aggressive" lolwyer (another lol real estate lolwyer) who's wife posted nude images of

their child -disgusting.

Welp, better figure it out sand nigger. The court doesn't like unauthenticated, unverified. Unincorporated exhibits that are so convoluted and stupid it makes the head hurt.
.

Cooke, this is squarely the fault of your client and his permission to "bring it on" and admission that you were his lolwyer and that you had this whole ass "digital forensics" team that was gonna get me (lmao). You really should sue Danesh for that video and he should really sue you for malpractice and letting him default.

What a couple of clowns. Danesh, I'm going to wreak you, no matter what, and I don't have any obligations to or connections to any party of this case. I simply want to destroy you for your conduct and help you get the medicine you try to dish out. I happen to be better at this game than you.

Cookie monster, please don't be aggressive towards me. It scares me. Lmao

7:19 AM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

> Poor Danesh,
>
> If there is any private communicarions between Cooke and Danesh, they now become in play, because poor little Danesh Noshirvan has waived attorney / client privilege in responding to this email.
>
> Danesh, bold allegations without any factual evidence to support them is actionable. You should really take some time to consider running out in front of a moving semi truck. It would do more good for your position than anything you have done so far.
>
> The court doesn't give two shits about your fake, forged, digitally altered images and whois exhibits sandy boy. That was made very clear this morning! You lost idiot. You need more than a lawyer now for what is coming in the next round.
>
> Uncontested subponeas, assest

investigations which start today, etc.

Any observer of your video, including your own following in the comment section, can assume that you are represented by Cooke. Unless and until he takes steps to disavow that, on the public record, your video grifting for his retainer fee -an amount that you surpassed- is controlling.

Enjoy the reality of the consequences of your own actions bitch. You can call me Daddy and no amount of "digital forensics" will ever discover who I am -and I am not Plaintiffs, or an associate of theirs.

Careful Danesh, I have never been wrong in your case, you simply don't want to to believe me.

6:56 AM, September 1, 2023, Danesh <daneshnoshirvan@gmail.com>:

> Mr. Cooke,
> Please ignore and block the plaintiff in my case and their associates (daneshfiles@yandex.com)
> They are very aware you have not been retained, they have zero knowledge of the legal system and they're just harassing you.
>
> Patrick,
> Did you give this legal advice to your client and your associates to do this? Your party shouldn't be harassing anyone, and for accuracy, I have not retained Mr. Cooke as a lawyer, please ask your clients to stop harassing him. You're an attorney, Mr Trainor, I shouldn't have to tell you any of this.
> Thank you,
> Danesh
>
> On Thu, Aug 31, 2023, 6:48 PM Robert Cooke

<rcooke@cookecarbonell.com>
wrote:

> Cooke Carbonell has not been
> retained in this matter.

> Get Outlook for iOS

> **From:** Danesh Files
> <daneshfiles@yandex.com>
> **Sent:** Thursday, August 31,
> 2023 6:36:45 PM
> **To:** thatdaneshguy@gmail.com
> <thatdaneshguy@gmail.com>;
> daneshnoshirvan@yahoo.com
> <daneshnoshirvan@yahoo.com>;
> daneshnoshirvan@gmail.com
> <daneshnoshirvan@gmail.com>;
> thatdaneshguy@yahoo.com
> <thatdaneshguy@yahoo.com>;
> Belinda Montalvo
> <Bm1@cookecarbonell.com>;
> Robert Cooke
> <rcooke@cookecarbonell.com>;
> Jorge Carbonell
> <jlc@cookecarbonell.com>
> **Subject:** TikTok on Deadline

> I'm no legal expert, but there
> is no stay, no continuance,
> etc. for the deadline of today
> for Breakfast Pedophile
> Danesh Noshirvan to file his
> reply brief. Plaintiffs
> challenge has been lodged
> with no stay or continuances
> granted to Danesh, and thus if
> no reply is filed today,
> Danesh will be in default.

> The deadline for informing
> the court has already passed -
> Aug. 24th, 2023, with no
> continuance or stays for that
> either so no representation
> can jump on board.

> Robert, you should really get
> to stepping. Everyone is

waiting to see what you do. I'm guess you will cry like a bitch and try to connect my account to some random 3rd party who isn't me, but it doesn't matter, the reply briefing is due, the appearance is past due so you can't just jump in without a challenge and no stays or continuances have been granted, nor could they before the end of business (which has already passed) today.

Danesh is officially in default and you Robert are responsible. He should sue you for malpractice for advising him you would take the case and you not specifically and clearly advising him otherwise (if you didn't take the case). You must have provided a non-engagement letter or he has a major malpractice claim against you for allowing him to be defaulted in his obligations to inform and his obligations to reply.

Sucks to suck, but Robert and Jorge are responsible for this predicament of Danesh's and should be sued for malpractice by him.

TikTok.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

\--
Sent from Yandex Mail for mobile

\--
Sent from Yandex Mail for mobile

\--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Files |
| **To:** | CHAMBERS FLMD DUDEK; Danesh; Robert Cooke |
| **Cc:** | thatdaneshguy@gmail.com; thatdaneshguy@yahoo.com; Belinda Montalvo; Jorge Carbonell; sdiamond@kslaw.com |
| **Subject:** | Re: TikTok on Deadline |
| **Date:** | Monday, September 4, 2023 10:37:27 PM |

**CAUTION - EXTERNAL:**

Also Magistrate,

It's not ex parte when I copied literally all parties on the case.

5:46 PM, September 4, 2023, CHAMBERS FLMD DUDEK
<chambers_flmd_dudek@flmd.uscourts.gov>:

> Please be advised that emailing judicial chambers is not an appropriate
> mechanism to bring matters before the Court. All communications with the Court
> must be through the Clerk's office. Any further ex parte contact with chambers
> will be reported.

> Get Outlook for iOS

**From:** Danesh Files <daneshfiles@yandex.com>
**Sent:** Monday, September 4, 2023 7:08 PM
**To:** Danesh <daneshnoshirvan@gmail.com>; Robert Cooke
<rcooke@cookecarbonell.com>
**Cc:** thatdaneshguy@gmail.com <thatdaneshguy@gmail.com>;
thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>; Belinda Montalvo
<bm1@cookecarbonell.com>; Jorge Carbonell <jlc@cookecarbonell.com>;
sdiamond@kslaw.com <sdiamond@kslaw.com>; CHAMBERS FLMD DUDEK
<CHAMBERS_FLMD_DUDEK@flmd.uscourts.gov>
**Subject:** Re: TikTok on Deadline

**CAUTION - EXTERNAL:**

Dear,

Please docket this email chain on the docket gor Couture v. NOSHIRVAN et. al.

Danesh is making grand claims about being represented by Robert Cooke of
Cooke Carbonell, to collect massive amounts of money, but is now claiming he is
not represented.

Furthermore, Danesh claims, without evidence, that I am someone I am not.
Under the United States First Amendment, I, a non-party to this case, have an

absolute right to remain anonymous and speak out against individuals with over 1,500,000 followers (public figures).

Danesh lies relentless to the court, and abuses and harassed his victims with these pressure campaigns and defamation.

Please instruct Danesh to not delete any evidence, and since Google will preserve it all in preservation, the Court will soon see what type of person this guy really is.

If there is any doubt, my name is Danesh Files.

9:36 PM, September 2, 2023, Danesh Files <daneshfiles@yandex.com>:

> Spence my man,
>
> This is Danesh Noshirvan.
>
>
> Figured you would like to see what type of fucking clown this faggot is.
>
> Enjoy your weekend.
>
> ○ Danesh Noshirvan
>
> 5:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:
>
>> Hey Danesh,
>>
>> Noticed you didn't file anything today, nor did Cooke file his Notice of Appearance. You have far exceeded his retainer of $25,000 that he requested -per your video- to be the "agressive" and "bring it on" (challenge accepted) lolwyer with a whole ass "digital forensics" team - .
>>
>> Poor little sand nigger clearly doesn't know the "legal system" that you just tried this morning to school me on. You fucking clown ass faggot. You're doing great though so keep up the good work in failing to follow ANY of the judges orders, not knowing what By Operation of Law means, and defaulting.
>>
>> I'm sure Cooke here will gladly take an additional $25k to litigate the appellate review of the default alone -not to mention the progressively more complex and time consuming actual underlying litigation. Dude, you can and should file a law suit for Malpractice against Cooke Carbonell for misrepresenting that they would take $25k to be your lolwyers.

I hear your pal is on the lam for stalking and video has everything. Seems like it is going to be a very nice conversation when Lee County Sheriff catches up to him.

You're literally a fucking broke dick clown ass faggot with no know knowledge of the "legal system".

2:33 PM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

Hi Danesh,

You and your attorney Robert Cooke have a good conversation about the limits and scope of his representation? You learning the hard way about the consequences of your actions chasing you? About doxxing people, and their attorneys?

The reality is Sandy Boy, you are just getting a small taste of your own medicine, and there are hundreds of victims, and thousands of people who fucking dispise you, and I could be any of them.

Remember you Sand Nigger faggot. It's not what you know, it's what you can prove. And you're fucked pal.

The next move is going to wreak you even move. Another federal lawsuit, naming you and META for your conduct on that Platform (Instagram, Facebook, WhatsApp, etc). None of that has been litigated in this suit so it's all open game -bet you didn't see that coming when you had all that bravado and shit talking about your Instagram being monetized and blah blah blah.

Dude you're royally fucked, and you're taking Cooke with you because your video makes it very clear that you retained this amazing and "aggressive" lolwyer (another lol real estate lolwyer) who's wife posted nude images of their child -disgusting.

Welp, better figure it out sand nigger. The court doesn't like unauthenticated, unverified. Unincorporated exhibits that are

so convoluted and stupid it makes the head hurt. .

Cooke, this is squarely the fault of your client and his permission to "bring it on" and admission that you were his lolwyer and that you had this whole ass "digital forensics" team that was gonna get me (lmao). You really should sue Danesh for that video and he should really sue you for malpractice and letting him default.

What a couple of clowns. Danesh, I'm going to wreak you, no matter what, and I don't have any obligations to or connections to any party of this case. I simply want to destroy you for your conduct and help you get the medicine you try to dish out. I happen to be better at this game than you.

Cookie monster, please don't be aggressive towards me. It scares me. Lmao

7:19 AM, September 1, 2023, Danesh Files <daneshfiles@yandex.com>:

> Poor Danesh,
>
> If there is any private communicarions between Cooke and Danesh, they now become in play, because poor little Danesh Noshirvan has waived attorney / client privilege in responding to this email.
>
> Danesh, bold allegations without any factual evidence to support them is actionable. You should really take some time to consider running out in front of a moving semi truck. It would do more good for your position than anything you have done so far.
>
> The court doesn't give two shits about your fake, forged, digitally altered images and

whois exhibits sandy boy. That was made very clear this morning! You lost idiot. You need more than a lawyer now for what is coming in the next round.

Uncontested subponeas, assest investigations which start today, etc.

Any observer of your video, including your own following in the comment section, can assume that you are represented by Cooke. Unless and until he takes steps to disavow that, on the public record, your video grifting for his retainer fee -an amount that you surpassed- is controlling.

Enjoy the reality of the consequences of your own actions bitch. You can call me Daddy and no amount of "digital forensics" will ever discover who I am -and I am not Plaintiffs, or an associate of theirs.

Careful Danesh, I have never been wrong in your case, you simply don't want to to believe me.

6:56 AM, September 1, 2023, Danesh <daneshnoshirvan@gmail.com>:

> Mr. Cooke,
> Please ignore and
> block the plaintiff
> in my case and
> their associates
> (daneshfiles@yandex.com)
> They are very
> aware you have not
> been retained, they
> have zero

knowledge of the
legal system and
they're just
harassing you.

Patrick,
Did you give this
legal advice to your
client and your
associates to do
this? Your party
shouldn't be
harassing anyone,
and for accuracy, I
have not retained
Mr. Cooke as a
lawyer, please ask
your clients to stop
harassing him.
You're an attorney,
Mr Trainor, I
shouldn't have to
tell you any of this.
Thank you,
Danesh

On Thu, Aug 31,
2023, 6:48 PM
Robert Cooke
<rcooke@cookecarbonell.com>
wrote:

> Cooke Carbonell
> has not been
> retained in this
> matter.
>
> Get Outlook for
> iOS
> _____
>
> **From:** Danesh
> Files
> <daneshfiles@yandex.com>
> **Sent:** Thursday,
> August 31, 2023
> 6:36:45 PM
> **To:**
> thatdaneshguy@gmail.com
> <thatdaneshguy@gmail.com>;
> daneshnoshirvan@yahoo.com

<daneshnoshirvan@yahoo.com>;
daneshnoshirvan@gmail.com
<daneshnoshirvan@gmail.com>;
thatdaneshguy@yahoo.com
<thatdaneshguy@yahoo.com>;
Belinda Montalvo
<Bm1@cookecarbonell.com>;
Robert Cooke
<rcooke@cookecarbonell.com>;
Jorge Carbonell
<jlc@cookecarbonell.com>
**Subject:** TikTok on
Deadline

I'm no legal
expert, but there
is no stay, no
continuance, etc.
for the deadline
of today for
Breakfast
Pedophile
Danesh
Noshirvan to file
his reply brief.
Plaintiffs
challenge has
been lodged with
no stay or
continuances
granted to
Danesh, and thus
if no reply is filed
today, Danesh
will be in default.

The deadline for
informing the
court has already
passed -Aug.
24th, 2023, with
no continuance or
stays for that
either so no
representation
can jump on
board.

Robert, you

should really get to stepping. Everyone is waiting to see what you do. I'm guess you will cry like a bitch and try to connect my account to some random 3rd party who isn't me, but it doesn't matter, the reply briefing is due, the appearance is past due so you can't just jump in without a challenge and no stays or continuances have been granted, nor could they before the end of business (which has already passed) today.

Danesh is officially in default and you Robert are responsible. He should sue you for malpractice for advising him you would take the case and you not specifically and clearly advising him otherwise (if you didn't take the case). You must have provided a non-engagement letter or he has a major

malpractice claim
against you for
allowing him to
be defaulted in
his obligations to
inform and his
obligations to
reply.

Sucks to suck,
but Robert and
Jorge are
responsible for
this predicament
of Danesh's and
should be sued
for malpractice
by him.

TikTok.

--
Sent from Yandex Mail for
mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary.
Exercise caution when opening attachments or clicking on links.

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Reporting Epik |
| **To:** | Nicholas Chiappetta; Nick Chiappetta; nick.chiappetta@yahoo.com; nickyboy1212@msn.com; anchiappettah59@msn.com; nchiappetta@webtv.net; trmma@cimtel.net; drafterguy@yahoo.com; nchiappetta83@yahoo.com; Information Services; Alfred Marten; daneshnoshirvan@gmail.com; services@chippettalegal.com; acapintake@floridabar.org; Kyle Dudek; CHAMBERS FLMD DUDEK |
| **Subject:** | Re: Welcome CrackHead Nick and Marten |
| **Date:** | Friday, September 15, 2023 11:07:16 PM |

**CAUTION - EXTERNAL:**

Tell them I, Danesh Noshirvan, say hello.

Congrats, you're now a witness in a criminal matter and a likely Defendant in a civil matter.

Save the bravado loser. No one gives a fuck about the "aUThOrItIeS" you lame ass crackhead.

Enjoy the solice of complacency and the vibes that your client dishes out to others, including attorney Justin Morano, Patrick Trainor, and many others, so take the L while your wife takes the D.

You really think you're the first person to "ConTACt The AuThoriTies"? They, unlike you, know they have to PROVE with more than just your hunch. You can't touch me faggot. Literally don't give a shit about your "authorities" for conduct that is completely legal... you mad about the birdie that filed that BAR ethics complaint? Make sure Danesh pays for your lawyer.

False reports to the police is a crime so let's hope you didn't mention anyone specifically in this alleged "cOnTaCt" lest you get another vibe check at the BAR. Clown ass faggot thinking that you are smart.

I've gone through your entire case history and you're a pathetic lolwyer, with no experience and like a little napoleon you're trying to act tough when you're nothing but a fat gray old pervert crackhead.

Please, by all means, tell these "AuThOriTieS" anything you want. You losers eith thin skin that can't handle a little push back are what is wrong with the courts in the United States.

Foe that though, I think I'll contact the authorities as well. We can both play that game. Do you need a wellness check you weirdo? You're not mentally all there are you?

It's not what you think you know, it's what you can prove you two bit faggot and you can't prove shit. You're in over your head and you stupidly just made yourself a witness in the case...

Judge, you don't need a motion to force this clown off the case when he has a Conflict of Interest of this magnitude. I'm sure if he is unaware of the ex parte submissions but let's see what other lies this clown comes up with.

He sure tried to troll, and when that backfired, he is crying like a bitch that his wife is. . Faggot ass clown.

There is a very strong case for you to be admitted to psych ward for a while Nick Chiapet. You're seeing ghosts and making assumptions with no evidence. Please, provide the name of the detective or "AuThOriTiEs" so that I cam have my counsel explain to them the right to be anonymous and criticize a public figure in a highly volatile major public interest case!!! The FBI won't do anything. They are fully aware of whom I am, even if they don't know it, and they will hot the same wall everyone else has for the last 2 years, with multiple warrants for emails, phone calls, text messages, social media assumed to be the person you think I am (I follow him on GAB). He is so well protected that there is literally no warrant of the scores that have already been attempted that has been fruitful. Every warrant ended with nothing provided, non-existent, or otherwise took two years as it was challenged on his behalf and won.

Calm down little fat napoleon. You're not that tough or scary.


7:26 PM, September 15, 2023, Nicholas Chiappetta <nchiappetta@beheardmc.com>:

Joseph A Camp,

I have contacted the authorities. Do not contact me again.

Sincerely,
Nick

Get Outlook for iOS

---

**From:** Reporting Epik <reportingepic@yandex.com>
**Sent:** Friday, September 15, 2023 9:21:48 PM
**To:** Nick Chiappetta <nick@chiappettalegal.com>; nick.chiappetta@yahoo.com <nick.chiappetta@yahoo.com>; nickyboy1212@msn.com <nickyboy1212@msn.com>; anchiappettah59@msn.com <anchiappettah59@msn.com>; nchiappetta@webtv.net <nchiappetta@webtv.net>; trmma@cimtel.net <trmma@cimtel.net>; drafterguy@yahoo.com <drafterguy@yahoo.com>; nchiappetta83@yahoo.com <nchiappetta83@yahoo.com>; Information Services <info@beheardmc.com>; Alfred Marten <amarten@beheardmc.com>; Nicholas Chiappetta <nchiappetta@beheardmc.com>; daneshnoshirvan@gmail.com <daneshnoshirvan@gmail.com>; services@chippettalegal.com <services@chippettalegal.com>; acapintake@floridabar.org <acapintake@floridabar.org>; kyle_dudek@flmd.uscourts.gov <kyle_dudek@flmd.uscourts.gov>; chambers_flmd_dudek@flmd.uscourts.gov <chambers_flmd_dudek@flmd.uscourts.gov>
**Subject:** Re: Welcome CrackHead Nick and Marten

Not whom you think I am.

I'll forward him the email though. You sure that you are an attorney? Whats that crazy case about defamation against public figures and those whom thrust themselves into the public spotlight?

Whats the rule again? Actual Malice i think it is. Not to mention, you would have to 1) prove whom is sending these emails -a literal impossibility, but let me help you. My name is Danesh Noshirvan, I am your client. By his own logic in his filings in the case this sentence PROVES I am him, 2) serve the person you "prove" is using this email, 3) get yourself disbarred for your unprofessional and unethical conduct.

Keep trying crackhead. It's not working.

1:36 PM, September 14, 2023, Nick Chiappetta <nick@chiappettalegal.com>:

Hi Joseph A. Camp. Defame anyone lately?

Nick Chiappetta | Managing Partner
P. 561-768-4500
F. 561-468-4600
nick@chiappettalegal.com
8401 Lake Worth Rd., Suite 130
Lake Worth, Florida 33467

edbbaf2d-f65f-4487-9d8b-6c9039623f43
Product Defect | Injury | Disability | Insurance
        www.chiappettalegal.com

**NOTICE:** This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at **561-768-4500** and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Reporting Epik <reportingepic@yandex.com>
**Sent:** Thursday, September 14, 2023 2:41 PM
**To:** nick.chiappetta@yahoo.com <nick.chiappetta@yahoo.com>; nickyboy1212@msn.com <nickyboy1212@msn.com>; anchiappettah59@msn.com <anchiappettah59@msn.com>; nchiappetta@webtv.net <nchiappetta@webtv.net>; trmma@cimtel.net <trmma@cimtel.net>; drafterguy@yahoo.com <drafterguy@yahoo.com>; nchiappetta83@yahoo.com <nchiappetta83@yahoo.com>; info@beheardmc.com <info@beheardmc.com>; amarten@beheardmc.com <amarten@beheardmc.com>; nchiappetta@beheardmc.com <nchiappetta@beheardmc.com>;

daneshnoshirvan@gmail.com <daneshnoshirvan@gmail.com>; Nick
Chiappetta <nick@chiappettalegal.com>; services@chippettalegal.com
<services@chippettalegal.com>

**Subject:** Re: Welcome CrackHead Nick and Marten

12:17 PM, September 14, 2023, Reporting Epik
<reportingepic@yandex.com>:

Nick,

Can you tell me about your criminal history?

The crack paraphernalia you got busted with in Cook
County?

Pretty extensive criminal history in Illinoise Nick. You
sure your new life in Florida is going to want to have you
around when everyone sees what you're running away
from? Just saying.

By the way, You just took on a new client, Danesh
Noshirvan. Make sure you get your retainer in advance.
He's a scammy dude. Everything he has done to anyone,
will come on you most likely.

Say hello to Renee for me. It will all be public soon.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Noshirvan |
| **To:** | Danesh; CHAMBERS FLMD DUDEK; nick@chiappettalegal.com |
| **Subject:** | Re: You"re lame |
| **Date:** | Friday, October 13, 2023 1:08:58 PM |

---

**CAUTION - EXTERNAL:**

Bro, you emailed me. Who is Joey? Not me. I, and Joey, are not parties to your litigation and there is nothing illegal about email the government using emails that are public record -as you know.

11:06 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:

> Please stop emailing me, Joey.
> I didn't say any of that.
> Stop emailing the magistrate, you psycho.

> On Fri, Oct 13, 2023, 11:15 AM Danesh Noshirvan <noshirvan@yandex.com> wrote:
>> Not seeing anything from Crump, you'll have to attach it. Or is that another lie you perpetuate also?

>> 8:28 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:

>>> It's amazing how little you know about the law and how bad you are at intimidating people.

>>> You've now made over 175+ different claims about this case that have been contradicted or just wrong. What part of your small little brain believes that I believe a word you say? I've told you this before and you just don't get it, but your co conspirators are losing and they have no chance because of you. Nothing you say will ever happen. Your dreams of RICO lawsuits never happened and never will. Your entire plan was flawed from the beginning because you and your friends chose a target far smarter than you and no one with any merit would ever work with a degenerate like you. What a sad life you have. You can't even be the bad guy properly.

>>> You're delusional if you think I don't understand this better than you. You're not untouchable, you'll see that very soon.

>>> Even the judge ignored you. You really thought you could talk him into your bullshit? Stop emailing him and have some respect for the court.

>>> Did you see what Crump filed? You thought he wasn't involved?

>>> On Fri, Oct 13, 2023, 9:47 AM Danesh Noshirvan <noshirvan@yandex.com> wrote:
>>>> None of this is of concern. What would make me mad?

When there is a dispute of this magnitude the judge doesn't have a choice but to allow it to a jury.

It's literally the lawfare playback that I wrote when I destroyed James McGibney.

Even so, your lolwyer has now positioned you against ONLY the civil conspiracy counts meaning that worst case two counts go bye bye while the rest remain. It changes nothing.

Have you paid your lolwyer's lolwyer's retainer yet? A hearing is being scheduled for his disbarment hearing. You will soon learn who my attorney is.

As for some billboard -I haven't watched the video because I'm not interested, but if it had my number on it so what? Have you figured out lately that my number doesn't recieve text or calls (in fact my phone company told as much to the police - that I have never made any calls or texts from the number. I use third party apps to ensure my privacy and all out going calls and texts to anyone are first routed through the third party app giving the impression that the number has never been used before. Further, since I myself created the app, I'd love for you to figure out how to get the records from it since I purposely made it so that there are no records.

Incoming calls and texts are automatically discarded unless I choose otherwise. So repeatedly posting my number has not been bothersome to me in the least. I put that number out there to keep my real number private. You're new to this.

As for your filing, well, it's irrelevent, but your lolwyer has at least a year of bar and ethic complaints to deal with and now that I have his entire NCIC file (uncensored) he has more to deal with than just what is public.

I'm untouchable, unshakable, and even James McGibney had said I am not new to this. You claim I have "stalked" and harassed hundreds but not one charge or investigation or piece of evidence sustained. Why would that be? Do you really think you will be the first?

Big news for you tomorrow though. Your lolwyer really screwed you over on your defense. Enjoy.

7:37 AM, October 13, 2023, Danesh
<daneshnoshirvan@gmail.com>:

        I knew you'd be mad.

While you're mad, let's show how much of an idiot
you are too. Someone actually did make billboards
with Zack's face on it with your number last year
dipshit. It was not me and had nothing to do with me.
I found this clip though and I can't stop laughing. I
have no idea who this idiot is you're talking to.
You're so stupid hahahahhaha

On Fri, Oct 13, 2023, 8:45 AM Danesh Noshirvan
<noshirvan@yandex.com> wrote:
  I'm waiting for this big surprise.

  Is it the lame boycott exception challenge that
  you're lolwyer is ATTEMPTING. Typical and
  normal nonsense.

  10:14 PM, October 12, 2023, Danesh
  <daneshnoshirvan@gmail.com>:

       A video? Hahaha no, not a video

       On Thu, Oct 12, 2023, 8:05 PM
       Danesh Noshirvan
       <noshirvan@yandex.com> wrote:
         I hope it's another video.

       6:03 PM, October 12, 2023, Danesh
       <daneshnoshirvan@gmail.com>:


            You've lost.
            Surprise incoming
            tonight. You're going to
            lose your mind.

            On Thu, Oct 12, 2023,
            7:01 AM Danesh
            Noshirvan
            <noshirvan@yandex.com>
            wrote:
              It's Kirstin Claire
              Olson Curry, and she
              was James
              McGibney's lolwyer.
              I'm glad she is dead
              and hope I helped
              speed up the process.
              She deserves my
              annual pass on her
              grave celebration.

You'd be well served to shut up, but for me I want you to keep yapping your sand nigger lips because as you can see it all WILL be used against you.

You don't really understand just how bad things are going to get for you. Your lolwyer mentions me and I sue him and you and this gets 100x more expensive and time consuming for you -not me, my legal team is prepared to devote their time and energy solely to this, we've been ready for a while.

Defamation, civil conspiracy, Contractual Relationships, you know, lots of stuff will be in the lawsuit -and you know I have much better understanding of the legal processes than you.

You can't cry online about an anonymous account or a fake conspiracy without having to prove it in court, and I promise you, I will give you, and your faggot lolwyer, the opportunity to do exactly that should you like.

I'm far better at this than you understand or know. You have to beg for money, I have settlements (thanks to you, appreciate that) from previous lawsuits and the same attorneys continue to negotiate settlements on my behalf making me more and more cash rich! I can't spend the money fast enough. And then there is ~$4m dedicated to making sure Hannah is sucking nigger cock to pay your lolwyer.

Your lolwyer is caught on recorded call committing ethics and fraud and admitting he is providing false information. A couple of bar complaints and much more. He has bravado, but not intelligence. He's a clown and I will be the one to hold him accountable.

Let me be clear, your videos helped me get my settlements but you're the prize, and I will ultimately rid the world of your nonsense.

Save it faggot, warrants, subponeas, fake and photoshopped images and videos, don't make authenticated

evidence.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Noshirvan |
| **To:** | Danesh; CHAMBERS FLMD DUDEK; nick@chiappettalegal.com |
| **Subject:** | Re: You"re lame |
| **Date:** | Friday, October 13, 2023 11:15:55 AM |

**CAUTION - EXTERNAL:**

Not seeing anything from Crump, you'll have to attach it. Or is that another lie you perpetuate also?

8:28 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:

> It's amazing how little you know about the law and how bad you are at intimidating people.
>
> You've now made over 175+ different claims about this case that have been contradicted or just wrong. What part of your small little brain believes that I believe a word you say? I've told you this before and you just don't get it, but your co conspirators are losing and they have no chance because of you. Nothing you say will ever happen. Your dreams of RICO lawsuits never happened and never will. Your entire plan was flawed from the beginning because you and your friends chose a target far smarter than you and no one with any merit would ever work with a degenerate like you. What a sad life you have. You can't even be the bad guy properly.
>
> You're delusional if you think I don't understand this better than you. You're not untouchable, you'll see that very soon.
>
> Even the judge ignored you. You really thought you could talk him into your bullshit? Stop emailing him and have some respect for the court.
>
> Did you see what Crump filed? You thought he wasn't involved?
>
> On Fri, Oct 13, 2023, 9:47 AM Danesh Noshirvan <noshirvan@yandex.com> wrote:
>> None of this is of concern. What would make me mad?
>>
>> When there is a dispute of this magnitude the judge doesn't have a choice but to allow it to a jury.
>>
>> It's literally the lawfare playback that I wrote when I destroyed James McGibney.
>>
>> Even so, your lolwyer has now positioned you against ONLY the civil conspiracy counts meaning that worst case two counts go bye bye while the rest remain. It changes nothing.
>>
>> Have you paid your lolwyer's lolwyer's retainer yet? A hearing is being scheduled for his disbarment hearing. You will soon learn who my attorney is.

As for some billboard -I haven't watched the video because I'm not interested, but if it had my number on it so what? Have you figured out lately that my number doesn't recieve text or calls (in fact my phone company told as much to the police - that I have never made any calls or texts from the number. I use third party apps to ensure my privacy and all out going calls and texts to anyone are first routed through the third party app giving the impression that the number has never been used before. Further, since I myself created the app, I'd love for you to figure out how to get the records from it since I purposely made it so that there are no records.

Incoming calls and texts are automatically discarded unless I choose otherwise. So repeatedly posting my number has not been bothersome to me in the least. I put that number out there to keep my real number private. You're new to this.

As for your filing, well, it's irrelevent, but your lolwyer has at least a year of bar and ethic complaints to deal with and now that I have his entire NCIC file (uncensored) he has more to deal with than just what is public.

I'm untouchable, unshakable, and even James McGibney had said I am not new to this. You claim I have "stalked" and harassed hundreds but not one charge or investigation or piece of evidence sustained. Why would that be? Do you really think you will be the first?

Big news for you tomorrow though. Your lolwyer really screwed you over on your defense. Enjoy.

7:37 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:

    I knew you'd be mad.

    While you're mad, let's show how much of an idiot you are too. Someone actually did make billboards with Zack's face on it with your number last year dipshit. It was not me and had nothing to do with me. I found this clip though and I can't stop laughing. I have no idea who this idiot is you're talking to. You're so stupid hahahahhaha

    On Fri, Oct 13, 2023, 8:45 AM Danesh Noshirvan <noshirvan@yandex.com> wrote:

      I'm waiting for this big surprise.

      Is it the lame boycott exception challenge that you're lolwyer is ATTEMPTING. Typical and normal nonsense.

      10:14 PM, October 12, 2023, Danesh <daneshnoshirvan@gmail.com>:

        A video? Hahaha no, not a video

        On Thu, Oct 12, 2023, 8:05 PM Danesh Noshirvan

<noshirvan@yandex.com> wrote:
I hope it's another video.

6:03 PM, October 12, 2023, Danesh
<daneshnoshirvan@gmail.com>:

 You've lost.
Surprise incoming tonight. You're
going to lose your mind.

On Thu, Oct 12, 2023, 7:01 AM
Danesh Noshirvan
<noshirvan@yandex.com> wrote:
It's Kirstin Claire Olson Curry, and
she was James McGibney's lolwyer.
I'm glad she is dead and hope I
helped speed up the process. She
deserves my annual pass on her
grave celebration.

You'd be well served to shut up, but
for me I want you to keep yapping
your sand nigger lips because as you
can see it all WILL be used against
you.

You don't really understand just
how bad things are going to get for
you. Your lolwyer mentions me and
I sue him and you and this gets 100x
more expensive and time consuming
for you -not me, my legal team is
prepared to devote their time and
energy solely to this, we've been
ready for a while.

Defamation, civil conspiracy,
Contractual Relationships, you
know, lots of stuff will be in the
lawsuit -and you know I have much
better understanding of the legal
processes than you.

You can't cry online about an
anonymous account or a fake
conspiracy without having to prove
it in court, and I promise you, I will
give you, and your faggot lolwyer,
the opportunity to do exactly that

should you like.

I'm far better at this than you understand or know. You have to beg for money, I have settlements (thanks to you, appreciate that) from previous lawsuits and the same attorneys continue to negotiate settlements on my behalf making me more and more cash rich! I can't spend the money fast enough. And then there is ~$4m dedicated to making sure Hannah is sucking nigger cock to pay your lolwyer.

Your lolwyer is caught on recorded call committing ethics and fraud and admitting he is providing false information. A couple of bar complaints and much more. He has bravado, but not intelligence. He's a clown and I will be the one to hold him accountable.

Let me be clear, your videos helped me get my settlements but you're the prize, and I will ultimately rid the world of your nonsense.

Save it faggot, warrants, subponeas, fake and photoshopped images and videos, don't make authenticated evidence.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danesh Noshirvan |
| **To:** | Danesh; nick@chiappettalegal.com; CHAMBERS FLMD DUDEK |
| **Subject:** | Re: You''re lame |
| **Date:** | Friday, October 13, 2023 1:17:32 PM |

**CAUTION - EXTERNAL:**

Well, thanks.

Bet you think that googling public images is special. Literally no one cares. You're desperate Danesh.

I can Google too. But better than Google. I have unlimited lawful access to the highest, and most expensive databases in the world -pocket change for me.

You don't get this level access for less than $100,000 a year and a significant level of establishment that joey can't get. Trust me, you can claim all you, but it's what you can prove and you can't prove shit.

Hey Judge, you okay with the threats this clown is making?
11:10 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:

> I googled him for you. It's the guy on the left. That's you, right? Not the guy on the right, that's my friend Warren Smith
>
> On Fri, Oct 13, 2023, 1:07 PM Danesh Noshirvan <noshirvan@yandex.com> wrote:
>> Who is Joey?
>
>> 11:06 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:
>
>>> Please stop emailing me, Joey.
>>> I didn't say any of that.
>>> Stop emailing the magistrate, you psycho.
>>>
>>> On Fri, Oct 13, 2023, 11:15 AM Danesh Noshirvan <noshirvan@yandex.com> wrote:
>>>> Not seeing anything from Crump, you'll have to attach it. Or is that another lie you perpetuate also?
>>>>
>>>> 8:28 AM, October 13, 2023, Danesh <daneshnoshirvan@gmail.com>:
>>>>
>>>>> It's amazing how little you know about the law and how bad you are at intimidating people.
>>>>>
>>>>> You've now made over 175+ different claims about this case that have been contradicted or just wrong. What part of your small little brain believes that I believe a word you say? I've told you this before and

you just don't get it, but your co conspirators are
losing and they have no chance because of you.
Nothing you say will ever happen. Your dreams of
RICO lawsuits never happened and never will. Your
entire plan was flawed from the beginning because
you and your friends chose a target far smarter than
you and no one with any merit would ever work with
a degenerate like you. What a sad life you have. You
can't even be the bad guy properly.

You're delusional if you think I don't understand this
better than you. You're not untouchable, you'll see
that very soon.

Even the judge ignored you. You really thought you
could talk him into your bullshit? Stop emailing him
and have some respect for the court.

Did you see what Crump filed? You thought he
wasn't involved?

On Fri, Oct 13, 2023, 9:47 AM Danesh Noshirvan
<noshirvan@yandex.com> wrote:

> None of this is of concern. What would make me
> mad?
>
> When there is a dispute of this magnitude the
> judge doesn't have a choice but to allow it to a
> jury.
>
> It's literally the lawfare playback that I wrote when
> I destroyed James McGibney.
>
> Even so, your lolwyer has now positioned you
> against ONLY the civil conspiracy counts meaning
> that worst case two counts go bye bye while the
> rest remain. It changes nothing.
>
> Have you paid your lolwyer's lolwyer's retainer
> yet? A hearing is being scheduled for his
> disbarment hearing. You will soon learn who my
> attorney is.
>
> As for some billboard -I haven't watched the video
> because I'm not interested, but if it had my number
> on it so what? Have you figured out lately that my
> number doesn't recieve text or calls (in fact my
> phone company told as much to the police - that I
> have never made any calls or texts from the
> number. I use third party apps to ensure my

privacy and all out going calls and texts to anyone
are first routed through the third party app giving
the impression that the number has never been
used before. Further, since I myself created the
app, I'd love for you to figure out how to get the
records from it since I purposely made it so that
there are no records.

Incoming calls and texts are automatically
discarded unless I choose otherwise. So repeatedly
posting my number has not been bothersome to me
in the least. I put that number out there to keep my
real number private. You're new to this.

As for your filing, well, it's irrelevent, but your
lolwyer has at least a year of bar and ethic
complaints to deal with and now that I have his
entire NCIC file (uncensored) he has more to deal
with than just what is public.

I'm untouchable, unshakable, and even James
McGibney had said I am not new to this. You
claim I have "stalked" and harassed hundreds but
not one charge or investigation or piece of
evidence sustained. Why would that be? Do you
really think you will be the first?

Big news for you tomorrow though. Your lolwyer
really screwed you over on your defense. Enjoy.

7:37 AM, October 13, 2023, Danesh
<daneshnoshirvan@gmail.com>:

> I knew you'd be mad.
>
> While you're mad, let's show how
> much of an idiot you are too. Someone
> actually did make billboards with
> Zack's face on it with your number
> last year dipshit. It was not me and
> had nothing to do with me. I found
> this clip though and I can't stop
> laughing. I have no idea who this idiot
> is you're talking to. You're so stupid
> hahahahhaha
>
> On Fri, Oct 13, 2023, 8:45 AM
> Danesh Noshirvan
> <noshirvan@yandex.com> wrote:
>> I'm waiting for this big surprise.

Is it the lame boycott exception
challenge that you're lolwyer is
ATTEMPTING. Typical and normal
nonsense.

10:14 PM, October 12, 2023,
Danesh
<daneshnoshirvan@gmail.com>:

A video? Hahaha no,
not a video

On Thu, Oct 12, 2023,
8:05 PM Danesh
Noshirvan
<noshirvan@yandex.com>
wrote:
I hope it's another
video.

6:03 PM, October 12,
2023, Danesh
<daneshnoshirvan@gmail.com>:

You've
lost.
Surprise
incoming
tonight.
You're
going to
lose your
mind.

On Thu,
Oct 12,
2023,
7:01 AM
Danesh
Noshirvan
<noshirvan@yandex.com>
wrote:
It's
Kirstin
Claire
Olson
Curry,
and she
was

James McGibney's lolwyer. I'm glad she is dead and hope I helped speed up the process. She deserves my annual pass on her grave celebration.

You'd be well served to shut up, but for me I want you to keep yapping your sand nigger lips because as you can see it all WILL be used against you.

You don't really understand just

how
bad
things
are
going
to get
for
you.
Your
lolwyer
mentions
me and
I sue
him
and
you
and
this
gets
100x
more
expensive
and
time
consuming
for you
-not
me, my
legal
team is
prepared
to
devote
their
time
and
energy
solely
to this,
we've
been
ready
for a
while.

Defamation,
civil
conspiracy,
Contractual
Relationships,

you
know,
lots of
stuff
will be
in the
lawsuit
-and
you
know I
have
much
better
understanding
of the
legal
processes
than
you.

You
can't
cry
online
about
an
anonymous
account
or a
fake
conspiracy
without
having
to
prove it
in
court,
and I
promise
you, I
will
give
you,
and
your
faggot
lolwyer,
the
opportunity
to do

exactly
that
should
you
like.

I'm far
better
at this
than
you
understand
or
know.
You
have to
beg for
money,
I have
settlements
(thanks
to you,
appreciate
that)
from
previous
lawsuits
and the
same
attorneys
continue
to
negotiate
settlements
on my
behalf
making
me
more
and
more
cash
rich! I
can't
spend
the
money
fast
enough.
And

then there is ~$4m dedicated to making sure Hannah is sucking nigger cock to pay your lolwyer.

Your lolwyer is caught on recorded call committing ethics and fraud and admitting he is providing false information. A couple of bar complaints and much more. He has bravado, but not intelligence. He's a clown and I will be the one to hold

him accountable.

Let me be clear, your videos helped me get my settlements but you're the prize, and I will ultimately rid the world of your nonsense.

Save it faggot, warrants, subponeas, fake and photoshopped images and videos, don't make authenticated evidence.

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

--
Sent from Yandex Mail for mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Joseph A.Camp |
|---|---|
| To: | acapintake@floridabar.org; Kevin Tynan; paralegal@rtlawoffice.com; pt@ptesq.com; CHAMBERS FLMD DUDEK; Kyle Dudek |
| Subject: | Rebuttal: Camp v. Chiappetta, TFB File # 202450203 |
| Date: | Thursday, October 12, 2023 3:36:20 PM |
| Attachments: | Rebuttal To Nick Chiappetta"s Response To Attorney Grievance.pdf |

**CAUTION - EXTERNAL:**

+ chambers_flmd_dudek@, ktynan@, kyle_dudek@, paralegal@, pt@

Dear,

Please find my rebuttal to the response to my attorney grievance against Mr. Nick Chiappetta attached. Please let me know if you have any further questions.

It appears that Mr. Chiappetta has made himself a witness by trying to drag me into his client's litigation.

Joseph

--



# Joey Camp 2020

Mobile: **720.454.5240**
Email: Joey@JoeyCamp2020.com
Website: **www.joeycamp2020.com**
Address: **@joeycamp2020 (for everything)**

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | CHAMBERS FLMD DUDEK; nick@chiappettalegal.com |
| **Subject:** | Rikki Cornelisse |
| **Date:** | Wednesday, September 27, 2023 3:31:15 PM |
| **Attachments:** | Snapinsta.app_video_359679498_792728042404241_8434533631353743726_n.mp4 |
| | 09846811dcc944b9d4fc87b490591737.mp4 |

**CAUTION - EXTERNAL:**

Judge,

Danesh Noshirvan is now demonstrating that he conspired, and plans to continue to conspire, with a pedophile against Plaintiff counsel Patrick Trainer.

Did Nick Chiappetta (under bar and IRS investigation / audit) tell pedophile Danesh Noshirvan to publish this video where he and a pedophile clearly conspiring to drfame and attack Plaintiff's counsel? I've attached one of the exhibits against him for his upcoming trial.

 I have over 500 examples of Rikki here making threats to rape little kids and his recent indictment has over 1,500 exhibits in the DAs possession.

Nick told his client to post this because the number for Rikki is no longer available being how Rikki is rotting in prison thanks to my preservation of evidence and persistence in bringing him to justice -I'm not done with Danesh by a long shot. Every crime Danesh has committed or every act he did to others will be brought back on him.

And Nick, better answer the complaints against you. They are not going away.

--

 _/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all

copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joseph A.Camp |
| **To:** | CHAMBERS FLMD DUDEK; nick@chiappettalegal.com |
| **Subject:** | Rikki Cornelisse |
| **Date:** | Wednesday, September 27, 2023 3:31:15 PM |
| **Attachments:** | Snapinsta.app_video_359679498_792728042404241_8434533631353743726_n.mp4 |
| | 09846811dcc944b9d4fc87b490591737.mp4 |

**CAUTION - EXTERNAL:**

Judge,

Danesh Noshirvan is now demonstrating that he conspired, and plans to continue to conspire, with a pedophile against Plaintiff counsel Patrick Trainer.

Did Nick Chiappetta (under bar and IRS investigation / audit) tell pedophile Danesh Noshirvan to publish this video where he and a pedophile clearly conspiring to drfame and attack Plaintiff's counsel? I've attached one of the exhibits against him for his upcoming trial.

I have over 500 examples of Rikki here making threats to rape little kids and his recent indictment has over 1,500 exhibits in the DAs possession.

Nick told his client to post this because the number for Rikki is no longer available being how Rikki is rotting in prison thanks to my preservation of evidence and persistence in bringing him to justice -I'm not done with Danesh by a long shot. Every crime Danesh has committed or every act he did to others will be brought back on him.

And Nick, better answer the complaints against you. They are not going away.

--

_/s/_____

Joseph A. Camp

CampJosephA@gmail.com

JosephACamp@yandex.com

@CampJosephA (Twitter, Facebook, Instagram, LinkedIn)

720.454.5240

This e-mail message, including any attachments, is intended for the sole use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, reproduction or copying of this email message, or any attachments, is strictly prohibited. If you have received this e-mail message in error, please notify the sender at once and destroy all

copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.