## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

CASE NO. 2:23-cv-00340-SPC-KCD

| | |
|---|---|
| JENNIFER COUTURE; RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DANESH NOSHIRVAN a/k/a @THATDANESHGUY, | ) ) ) |
| Defendant. | ) ) ) |

<u>**JOINT NOTICE REGARDING STAY**</u>

Plaintiff RALPH GARRAMONE M.D. P.A. d/b/a GARRAMONE PLASTIC SURGERY ("*GPS*") and Defendant DANESH NOSHIRVAN a/k/a @THATDANESHGUY ("*Noshirvan*") (collectively referred to herein as the "*Parties*"), pursuant to the Court's Endorsed Order dated March 5, 2025 (D.E. 203) (the "*Order*"), advise the Court as follows:

1.     On March 5, 2025, the Court ordered the Parties to jointly advise the Court by April 25, 2025 whether discovery has been completed in the 1218 Case and if lifting the stay in the instant case is appropriate to conduct mediation. (D.E. 203).

2.    The Court in the 1218 case has now extended the discovery deadline to accommodate additional discovery pursuant to Noshirvan's Third Motion to Compel Discovery and Second Motion to Compel Compliance with Court Orders (1218 Case, D.E. 358) and Defendant Patrick Trainor's Cross-Motion to Compel Danesh Noshirvan to produce Responsive Discovery. (1218 Case, D.E. 264). (1218 Case, D.E. 311).

3.    Accordingly, on April 11, 2025, the Court in the 1218 Case issued a Second Amended Case Management and Scheduling Order, extending the discovery deadline to June 30, 2025, and the mediation deadline to July 7, 2025. (1218 Case, D.E. 316).  The Parties continue to engage in discovery in the 1218 Case.

4.    Plaintiff believes that the stay in this case should remain in place at least until the completion of discovery in the 1218 Case which is now set for June 30, 2025. Mediation is currently being set in both Cases on June 23 or 24, 2025.  Plaintiff believes that on June 30, 2025 the Parties should advise whether the stay in this case should be lifted.

5.    Defendant takes no position at this time.  Mediation is set to occur on June 23 or 24, 2025. If the matter is not resolved, the stay in this case should be lifted on June 30, 2025.

DATED: April 24, 2025

Respectfully Submitted,

| /s/ Harvey W. Gurland, Jr. | /s/ Nicholas A. Chiappetta |
|---|---|
| Harvey W. Gurland, Jr., Esq. | Nicholas A. Chiappetta, Esq. |
| Florida Bar No. 284033 | Florida Bar No. 1006407 |
| Julian A. Jackson-Fannin, Esq. | Chiappetta Trial Lawyers |
| Florida Bar No. 93220 | 8401 Lake Worth Road, Suite 130 |
| Anoosheh Shaikh, Esq. | Lake Worth, Florida 33467 |
| Florida Bar No. 1039830 | service@chiappettalegal.com |
| DUANE MORRIS LLP | nick@chiappettalegal.com |
| 201 South Biscayne Blvd., Suite 3400 | vicki@chiappettalegal.com |
| Miami, FL 33131 | |
| Tel:  561.962.2108 | *Counsel for Defendant* |
| HWGurland@duanemorris.com | |
| JJFannin@duanemorris.com | |
| AShaikh@duanemorris.com | |
| | |
| *Counsel for Plaintiff Ralph Garramone M.D., P.A., d/b/a Garramone Plastic Surgery* | |

DM1\16497836.1