# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Civil Case No.:  2:23-cv-00340

JENNIFER COUTURE; RALPH                )
GARRAMONE M.D. P.A. d/b/a              )
GARRAMONE PLASTIC SURGERY,            )
                                       ) VIDEOTAPED
                    Plaintiffs,       ) DEPOSITION OF:
                                       )
       -vs-                            ) DANESH
                                       ) NOSHIRVAN
DANESH NOSHIRVAN, et al.,              )
                                       )
                    Defendants.        )
_____

          TRANSCRIPT of the proceedings in the
above-entitled matter, as taken REMOTELY by
SANDRA E. BERKELAND, a Certified Court Reporter of
the State of New Jersey, held at the Law Office of
Patrick Trainor, 19 Union Avenue, Rutherford, New
Jersey, on July 26, 2024, commencing at 9:03 a.m.

Page 2

APPEARANCES:

LAW OFFICE OF PATRICK TRAINOR
BY: PATRICK TRAINOR, ESQ.
19 Union Avenue
Suite 201
Rutherford, NJ 07070
(201) 777-3327
pt@ptesq.com
Attorneys for Plaintiffs

CHIAPPETTA TRIAL LAWYERS
BY: NICHOLAS A. CHIAPPETTA, ESQ.
2101 Vista Parkway
Suite 258
West Palm Beach, FL 33411
(561) 768-4500
nick@chiappettalegal.com
Attorneys for Defendants

ALSO PRESENT:

Izaig Jeanty, Videographer

Page 3

INDEX

WITNESS: DANESH NOSHIRVAN
EXAMINATION                PAGE

BY MR. TRAINOR          5,259

BY MR. CHIAPPETTA        252

EXHIBITS

Number     Description              Page

Exhibit P-1   Friend at Meta-Danesh in
              Docuseries            93

Exhibit P-2   Friend at Meta 3       94

Exhibit P-3   Friend at Meta 2       95

Exhibit P-4   Video Moderator Cindy  112

Exhibit P-5   Followers to do it     154

Exhibit P-6   SQL Injection          171

Exhibit P-7   TikTok Contract        174

Exhibit P-8   Instagram Re: Yandex   198

Exhibit P-9   Video                  230

Exhibit P-10  Cash App Entry         243

(Exhibits attached to transcript.)

Page 4

VIDEOGRAPHER: Good morning. We're going on the video record at 9:03 a.m. on July 26, 2024. Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This video is unit number one of the video recorded deposition of Danesh Noshirvan in the matter of Couture, Jennifer et al. versus Noshirvan, Danesh.

The location of the deposition is 19 Union Avenue, Rutherford, New Jersey.

My name is Izaig Jeanty representing Veritext Legal Solutions. I'm the videographer. The court reporter is Sandra Berkeland from the firm of Veritext Video Solutions.

THE REPORTER: I'm sorry, I'm just having a little hard time hearing you, Izaig. What was that last one?

THE VIDEOGRAPHER: I am not authorized to administer an oath.

Will the court reporter please swear in the witness and then the counsel may proceed.

Page 5

THE REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that in lieu of an oath administered in person, I will administer the oath remotely. The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Please indicate your agreement by stating your name and your agreement on the record.

MR. TRAINOR: Patrick Trainor on behalf of the plaintiff, I agree.

MR. CHIAPPETTA: Nick Chiappetta on behalf of Mr. Noshirvan and I agree.

DANESH NOSHIRVAN, having been duly sworn, testified as follows:

MR. TRAINOR: Madam Court Reporter?

THE REPORTER: Yes.

EXAMINATION

BY MR. TRAINOR:

Q.   Okay. Mr. Noshirvan, we're going to start off with some ground rules and some basic instructions and we'll get into the questions.

We're here to discuss a lawsuit

2 (Pages 2 - 5)

Page 6

concerning -- a lawsuit know, as Couture, et al, v. Noshirvan.

THE REPORTER: Excuse me, it's not coming through clear for me.

MR. TRAINOR: Am I not loud enough?

THE REPORTER: It's kind of echoing.

MR. TRAINOR: We're in a big room.

THE REPORTER: It's a little bit muffled and echoing.

MR. TRAINOR: I'm in a large room.

THE VIDEOGRAPHER: May I offer a possible solution? Are you able to call the court reporter and leave it on, leave that phone call open so that way she can hear it additionally?

THE REPORTER: I probably could.

MR. TRAINOR: Madam Court Reporter, is that okay with you?

THE REPORTER: I couldn't, I'm sorry.

MR. TRAINOR: Can we turn the volume off on this computer?

THE REPORTER: It's broken up, too.

MR. TRAINOR: We're going to go off the record for a minute.

VIDEOGRAPHER: We are going off the video record at 9:07 a.m.

Page 7

(A discussion was held off the record.)

VIDEOGRAPHER: We are now back on the video record at 9:10 a.m.

BY MR. TRAINOR:

Q. So we are picking up where we left off. We are here to discuss the lawsuit known as Couture, et al v. Noshirvan. It's in the Middle District of Florida. Docket No. 2:23-cv-00340.

Are you aware of that?

A. Yes.

Q. And you understand that you're testifying under oath and are legally obligated to tell the truth?

A. Yes.

Q. Please provide verbal responses to my questions. The court reporter and the videographer is not able to pick up uh-huh and nods of the head or normal, nonverbal gestures.

If you do not hear a question that I ask or understand a question that I ask, please say so. I'll repeat or rephrase the question. If you answer a question, I'm just going to assume that you both heard the question and understood the question.

Do you understand?

A. Yes.

Page 8

Q. If you want to correct an answer to the current question or a previous question, you can do that. Just please let me know. We'll go backwards and change that.

I will try not to speak over you while you're answering a question, so please do not start an answer to a question until I finish, asking even if the answer is, apparently, obvious.

If your attorney objects to a question, do not answer. He and I will discuss and then you'll -- if any further instructions are required, your attorney will give them.

Do you understand that?

A. Yes.

Q. If you want to take a break, just let us know. However, if there is a question pending, please answer that question before you take the break and when we go on the breaks, no discussing of the action -- of the proceedings today.

Do you understand that?

A. Yes.

Q. Did you do anything to prepare for this deposition?

A. No.

Q. Okay. So you didn't speak to anybody

Page 9

about today's deposition?

A. No.

Q. Did you review any documents?

A. No.

Q. Have you ever been a witness or -- a witness or any -- a witness in any other litigation besides this one?

A. Witness? No. I don't believe so.

Q. Have you ever been a party, plaintiff or defendant, in any other litigation?

A. In any sort of litigation?

Q. Correct.

A. Yeah. Yeah.

Q. You have?

A. Yeah.

Q. Where was that litigation conducted?

A. California.

Q. California is the only place?

A. Uh-huh, yes.

Q. Okay. Have you ever been arrested or convicted of a crime?

A. Never.

Q. Have you ever been arrested or convicted of a misdemeanor?

A. No.

3 (Pages 6 - 9)

Page 10

MR. CHIAPPETTA: Objection. Asked and answered. A crime is a misdemeanor.

Q. Have you ever been convicted of a felony?

A. No.

Q. Have you ever been convicted of a misdemeanor?

A. No.

Q. Has anyone told you how to answer any question related to this incident?

A. No.

Q. Okay. In the past 24 hours, did you consume any alcoholic beverages that could impair your memory, your ability to understand my questions or your ability to testify truthfully?

A. No.

Q. In the past 24 hours, did you consume any illegal narcotics that could impair your memory, your ability to understand my questions or your ability to testify truthfully?

A. No.

Q. In the past 24 hours, did you take any prescription medications that could impair your memory, your ability to understand my questions or your ability to testify truthfully?

Page 11

A. No.

Q. Do you suffer from any physical or mental condition that could impair your memory, your ability to understand my questions or your ability to testify truthfully?

A. No.

Q. Is there any other reason why you may not be able to recall events or testify truthfully today?

A. No.

Q. Okay. So, when I reference plaintiff, I'm referencing Ralph Garramone, M.D. P.A. doing business as Garramone Plastic Surgery, Jennifer Couture, Ms. Couture or Couture refers to Jennifer Couture.

Defendant in this action refers to yourself, but I'll probably refer to you as Mr. Noshirvan.

TikTok means social media platform TikTok. It also includes TikTok, Incorporated, the company, and TikTok's parent company, ByteDance, Incorporated, as well as any known or unknown parent, subsidiaries, affiliates, associates, agents of TikTok.

Do you understand that?

Page 12

A. Yes.

Q. Person means a natural person, corporation, firms, associations, professional corporations, proprietorships and governmental bodies or agencies.

Do you understand that?

A. Yes.

Q. Creator, or TikTok creator, means the -- that's what -- means the person who establishes an account on TikTok.

MR. CHIAPPETTA: I'm going to object to all these definitions. There is no reasonable way that Mr. Noshirvan is going to remember all these definitions throughout this entire day.

MR. TRAINOR: Okay. No problem. Okay. We'll move along then.

Q. Okay. So you earlier stated your address. How long have you lived at your present address?

A. For about four years.

Q. Where did you reside before that?

A. California.

Q. Where about in California?

A. Southern California.

Q. What was the name of the town or city?

Page 13

A. Before I left, Porter Ranch.

Q. How long did you live in Porter Ranch?

A. About a year.

Q. A year. How about prior to that, where did you live in California?

A. Prior to that, I was helping my mother care take for my father.

Q. What was the name of the town?

A. Burbank.

Q. Did you graduate high school?

A. Yes.

Q. What high school did you graduate from?

A. Northwood High School.

Q. Where is that high school located?

A. Burbank.

Q. Burbank, California?

A. Yes.

Q. What year did you graduate?

A. 2004.

Q. Did you attend college?

A. Yes.

Q. What college did you attend?

A. I went to Fullerton College.

Q. Did you graduate --

THE REPORTER: I'm sorry, what was the

4 (Pages 10 - 13)

Page 14

name of the college?

A.    Fullerton College.  Please ask your question again.

Q.    Did you graduate from Fullerton College?

A.    No.

Q.    You did not graduate.  How many years did you attend Fullerton College?

A.    Two years.

Q.    Did you start Fullerton College in 2004?

A.    No.

Q.    What year did you start Fullerton College?

A.    I don't recall.

Q.    When did you finish attending Fullerton College?

A.    Two years after I began.  I don't recall the dates.

Q.    Did you start immediately after high school or was there a break between high school and college?

A.    There was a break.

Q.    How long of a break was there?

A.    Few years.

Q.    A few, is that three years?

A.    I don't recall.

Page 15

Q.    Was it four years?

A.    I don't recall.

MR. CHIAPPETTA:  Objection.  Asked and answered.  Badgering.

MR. TRAINOR:  It's not a rightful objection.

Q.    After you attended Fullerton College for two years -- let me backtrack.

Did you earn any degree, associates or bachelor's, from Fullerton College?

MR. CHIAPPETTA:  Asked and answered.

MR. TRAINOR:  No, it's not.

Q.    Answer the question, please.

A.    No.

Q.    Did you earn any certifications from Fullerton College?

A.    No.

Q.    How many credits did you earn at Fullerton College?

A.    I don't recall.

Q.    More or less than 30?

A.    I don't recall.

Q.    After you left, or stopped attending Fullerton College, did you work full time?

A.    Yes.

Page 16

Q.    Where did you work?

A.    I was a comedian.

Q.    You were self-employed?

A.    Yes.

Q.    How long were you self-employed as a comedian?

A.    For about 13 years.

Q.    Thirteen years.  Do you have a name of the company, such as a limited liability company, that you operated under?

A.    I believe it was just under one of the guy's names.  Sole proprietorship.

THE REPORTER:  Sorry?

A.    Improv Shimimprov.

Q.    Okay.  Improv Shimimprov?

A.    Yes.

Q.    So you were an employee of Improv Shimimprov?

A.    Not a legal employee but they would, pretty much, give me shows, gigs.  It's not a regular job, of course.

Q.    Were they agent?

A.    No.  We had an agent.

Q.    No agent.  Did you receive compensation from Improv Shimimprov?

Page 17

A.    Yeah.

Q.    How were you compensated?  Was it a paycheck?  Did you receive an IRS form, W-2, from Improv Shimimprov?

MR. CHIAPPETTA:  Objection.  Compound. Relevance.

MR. TRAINOR:  Relevance is not a valid objection.

Q.    Did you receive a paycheck from Improv Shimimprov?

A.    I don't recall.

Q.    Did you receive a W-2 at the end of the year, and IRS form W-2 from Improv Shimimprov at the end of year?

A.    I don't recall.  It was a while.

Q.    Did you receive an IRS form 1099 from Improv Shimimprov?

A.    I may have.  I don't recall.

Q.    That was your only job for 13 years was at Improv Shimimprov?

A.    No.

Q.    What other jobs did you have during that time you worked at Improv Shimimprov?

A.    Okay.  A handful of other -- is this -- is this relevant?

5 (Pages 14 - 17)

Page 18

Q.    Doesn't matter if it's relevant or not. Please answer the question.

A.    I've had jobs working leasing offices.

Q.    What type of leasing office?

A.    Apartment rental.

Q.    Apartment rentals?

A.    Yeah.

Q.    What was the name of those companies that you worked for?

A.    There were several.  I worked for a temp agency for a while.  There were several.

Q.    What was the name of the temp agency?

A.    Career -- I don't recall.

Q.    Have you ever worked at information technology?

A.    No.

Q.    You never had any sorts of jobs within the IT field, information technology field?

A.    No.

Q.    Have you ever worked for a government agency?

A.    No.

Q.    As a temporary agent, did you ever work for a government agency?

A.    No.

Page 19

Q.    When you worked for this temporary agency, the only place they -- the only place they placed you were all real estate leasing offices?

A.    Corporate-owned ones, yes.

Q.    And you never became an employee of any of these corporate real estate leasing offices?

A.    I was hired by one, actually.

Q.    What was the name of that company?

A.    Legacy Partners.

Q.    Where are they located?

A.    Somewhere in Southern California.  I don't recall.

Q.    Do you know the name of the city?

A.    No.  I never went to the physical office.

Q.    Where did you go?

A.    To the apartment community that I worked at.

Q.    Where was that community located?

A.    Costa Mesa.

Q.    Do you remember the name of the community?

A.    No.  It started with an A.  I don't recall.

Q.    How long did you work at that community?

Page 20

A.    Few years.  Worked there a few years.

Q.    Is a few years three?

A.    I don't recall.

Q.    In general, when you say a few, do you mean three?

A.    In general.

Q.    So three years you worked there?

A.    I don't know.  I'm guessing.

Q.    I don't want you to guess.

A.    I don't have the exact number, so I'm giving you the best answer I can.

Q.    I don't want a guess.

A.    I don't know then.

Q.    Was it three years?

A.    I don't know.

Q.    Was it more or less than three years?

A.    I don't know.

Q.    You don't know.  Was it two years?

A.    I don't know.

Q.    You must answer the questions --

A.    My father died at that time.  I was very -- I do not remember.

MR. CHIAPPETTA:  I'm going to object. He gave you an approximate answer.

MR. TRAINOR:  It was a guess.  I don't

Page 21

need a guess.

MR. CHIAPPETTA:  Approximate answer.

MR. TRAINOR:  I don't need a guess.

A.    That's my best answer.

Q.    Have you ever heard the term "doxxing" or to "dox" someone?

A.    I've heard the term.

Q.    What does that -- what does doxxing or to dox someone mean to you?

A.    It's harassment.  It's using somebody's personal information to do what you were going to do anyway, to harass them, to harm them, to do anything malicious.

Q.    If I said to you -- let me know if you agree with this statement.  Doxxing means the act of gathering by licit and illicit means and posting on the Internet personal identifying information of other -- and other sensitive information about an individual that endangers the safety of that video and many others by enabling harassers and assailants to know how and where to contact the victims.

Does that sound about right to you as far as doxxing?

A.    Not really.

Q.    No?

6 (Pages 18 - 21)

Veritext Legal Solutions

Page 22

A. No.

Q. Okay. What I just read was the manner in which the Department of Justice defined doxxing in a press release dated July 11, 2016 titled, New York man sentenced to 24 months in prison for Internet offences including doxxing, swatting, making false bomb threats and cyber stalking.

A. What that does that have to do --

Q. Just reading it into the record.

In or about September 2023, you were interviewed, or you were a guest, on a podcast called Strictly Stalking. Is that correct?

A. Yes. Yeah, yes.

Q. When you were interviewed or a guest on Strictly Stalking podcast, you said a person named Joseph Camp started stalking you in the year 2021, isn't that correct?

A. I believe it started in 2022.

Q. Okay. Do you remember what you said on Strictly Stalking that it began in 2021?

A. I've done a lot of things on the Internet, so I don't remember specific sound bites but if I misspoke or something, then that's that. But it began in 2022.

Q. Okay. When abouts in 2022?

Page 23

A. Whenever Jennifer hired him.

Q. When abouts in 2022 are you alleging Joseph Camp began stalking you?

A. I would assume when he took that photo at Garramone Ranch is when he began.

Q. That's not the question. I'm asking you a question.

A. I'm trying to give you the best answer.

Q. About what time?

A. You know the answer.

Q. I don't know the answer. That's why I'm asking you.

A. Okay.

Q. What is the approximate date and time you're alleging Joseph Camp began stalking you?

A. 2022.

Q. In or about what month?

A. I would say sometime after Jennifer got out of jail because she would have had to have hired him, so...

Q. Who is Jennifer?

A. Who's Jennifer?

MR. TRAINOR: Nick, your client has to answer the questions that I have asked. I'm not going to have these soliloquies every time he wants

Page 24

to say something.

MR. CHIAPPETTA: Do you recall the exact month?

A. Of when Joseph began harassing me? It would have to be in probably May. May, if I remember correctly.

Q. Is Mr. Camp sometimes referred to as Joe-Joe?

A. I mean, yeah. Yes.

Q. Okay. Now TikTok calls the people that have accounts on their platform creators, isn't that right?

A. Yes.

Q. And your creator -- your TikTok creator name is @thatdaneshguy, isn't that correct?

THE REPORTER: I'm sorry, can you repeat that?

Q. I asked Mr. Noshirvan, your TikTok creator name is @thatdaneshguy, isn't that correct?

A. Yes.

MR. CHIAPPETTA: Form.

Q. And when did you create @thatdaneshguy?

A. Around COVID, so I'm thinking 2021, 2020. Around that time.

Q. In or about what month of 2020?

Page 25

A. I don't know. I don't recall.

Q. Before or after the beginning of the Wuhan COVID virus?

A. Before that broke out, I had started one.

Q. That was definitely in 2020?

A. Is that when the COVID virus hit?

THE REPORTER: I'm sorry, I can't hear you, sir. I could not hear him, I'm sorry.

A. My apologies. Yes. That sounds correct.

Q. Besides TikTok, what other social media platforms do you use?

A. I am on YouTube, Instagram, and then I also -- those are things that I'm active on the most and then I have Facebook and Snapchat are less active.

Q. What are your user names on those platforms?

A. Thatdaneshguy.

Q. On every one of these platforms it's thatdaneshguy?

A. Yes.

Q. Do you have a Twitter account?

A. No.

7 (Pages 22 - 25)

Page 26

Q. How many followers does your TikTok account, thatdaneshguy have?
A. 1.8 million, at least.
Q. Some of your followers, or some of the followers from thatdaneshguy pay you a monthly subscription fee. Isn't that correct?
A. That's technically --
MR. CHIAPPETTA: Objection to form.
Q. Do some of your followers -- some of the followers at TikTok account @thatdaneshguy pay a monthly subscription fee?
A. It's hard to answer that because it's a -- not -- they would choose to reoccur. They would choose one time. Like, TikTok provides that option for anybody to tip a creator in different ways.
Q. I'm speaking monthly subscription fees.
A. Sure.
Q. Yes. You receive those. Okay. How many paid monthly subscribers do you have?
A. I don't recall.
Q. What is the name of the PayPal account that -- no, skip that one. Strike that. I'm sorry.
What type of content, videos, do you publish on your TikTok account @thatdaneshguy?
A. I do some comedy and I do some, you

Page 27

know, fun, some fun stuff sometimes and I also help people who need my help.
Q. In what ways do you help people?
A. Sometimes police are unable to identify somebody on camera, in a video, and so I try to help out, find out who it is, help them get justice.
THE REPORTER: Help them get what?
A. Justice, legally, through the legal system.
MR. CHIAPPETTA: I'm going to ask that you clarify that response.
THE WITNESS: No problem.
MR. CHIAPPETTA: Explain who them is.
A. No problem. Anybody who has been harmed. Say there was hit and run, for example, I've had a couple situations like that. In fact, this one was like that as well where the attacker disappears. They got him on camera and the police can't figure out who it is.
So they will -- even the police will often recommend that the person try to look for these people online, who will either crowd source to find out who it is so they can be held accountable, legally, or some of us, like myself, can just figure it out on their own.

Page 28

Q. You said you can figure it out on your own?
A. Yes.
Q. Do you have a process that you use to figure it out?
A. It's not a set process. Every situation is unique.
Q. What type of steps do you follow?
MR. CHIAPPETTA: Objection. Trade secret.
MR. TRAINOR: That's been rejected already. This is a deposition. He can answer.
MR. CHIAPPETTA: No, no. This is a different question.
MR. TRAINOR: Move to strike it after. No. It's not.
MR. CHIAPPETTA: I'm going to instruct --
MR. TRAINOR: No.
Q. You have to answer the question.
MR. CHIAPPETTA: -- Danesh not answer the question. You can take it up with the judge.
Q. Have you ever been given tips from other people about the person that you're trying to find the identity of?

Page 29

A. Yes.
Q. Yes. How do you verify those tips are legitimate?
A. I have a strict verification process.
Q. What is that process?
A. Making sure that the answer is correct. It's going to be unique every time because it depends on the situation.
Q. Do you call the person that it's purported to be to confirm that?
A. No.
Q. Have you never done that?
A. Called them?
Q. Yeah.
A. No. I don't recall ever calling somebody.
Q. Have you contacted them via social media?
A. Yes.
Q. And what, would you ask them directly if you're the person in the video?
A. Yes.
Q. And you would ask them under your own name @thatdaneshguy?
A. I've done that mostly, yes.

8 (Pages 26 - 29)

Page 30

Q.    Have you used fictitious names when you've done that?

A.    Yeah.

Q.    So when you contacted a person, whom you're trying to identify, you have sometimes contacted that person as -- under an alias, correct?

A.    Yes.  Thatdaneshguy is an alias as well.

Q.    Besides thatdaneshguy, a different name other than thatdaneshguy?

A.    Yes.

Q.    You have.  What names have you used?

A.    I don't recall.

Q.    Is Erica Sabonis one of those names?

A.    I did that once, yes.

Q.    Is Ryan Connor one of those names?

A.    I'm not familiar with that one, no.

Q.    Does your content deliver accountability to the persons in the video you're looking for?

A.    My content?

Q.    The videos you create on TikTok and publish on TikTok.

A.    Do they create -- I don't understand the question.

MR. CHIAPPETTA:  Objection.

Page 31

Speculation.

Q.    When you publish a video, are you -- are you delivering that person consequences and accountability?

A.    No.  The legal ramifications are consequences.

Q.    What if there aren't any legal ramifications?  What if there was no crime committed.  You've named them in the video.  Is it your intention to deliver consequences?

A.    Well, it is expected that somebody is held legally accountable for breaking the law.  If they're not, that's unfortunate.  There is not much else I can do about that.

Q.    Have you ever identified someone who was not breaking the law?

A.    Not breaking the law?  Well, yeah.

Q.    You have?

A.    Yeah.

Q.    And did that person receive consequences?

A.    Unfortunately not.

Q.    Unfortunately not.

Have any of the persons you've identified in TikTok videos, have any of them ever

Page 32

lost their employment as a result of your TikTok videos?

A.    As a result --

MR. CHIAPPETTA:  Objection.  Calls for speculation.

Q.    Did people lose their jobs after you put them in one of your TikTok videos?

A.    You're creating a line -- I've never gotten anybody fired from their job.

Q.    Well, your videos, you say you're delivering consequences, correct?

MR. CHIAPPETTA:  Objection.  Form.

Q.    In your videos, you state that you are -- you say, Here come the consequences, correct?

A.    That's a comedy bit I do.  It's a funny thing I do.

Q.    Okay.  What are some of those consequences that could occur, though, that would be funny?

A.    Somebody who was, let's say, a bully pushing somebody around a lot, being mean, being racist.  Then you see them getting arrested, after they confidently think their victim was going to get arrested.  It's quite humorous to see somebody in that position be held accountable.

Page 33

Q.    Did you -- you said you started just before -- so in or about January or February 2020, you started @thatdaneshguy, correct?

A.    Correct.

Q.    Prior to the start of COVID lockdowns, correct?

A.    Yes.

Q.    Any of the persons in your videos, did you ever identify somebody who was seen not wearing a mask during the COVID lockdowns?

MR. CHIAPPETTA:  Objection, vague.

A.    I don't understand the question.

Q.    Anytime after March 2020, did you ever identify anybody in a video because they were not wearing a mask?

A.    In what context?

Q.    Maybe they walked into a 7-Eleven or a similar-type of store --

A.    No.

Q.    -- and they forgot to put their mask on?

A.    No.  That doesn't sound right.

Q.    No?

A.    I don't recall anything like that.

Q.    Did you ever hear the name Janine Hozovec?

9 (Pages 30 - 33)

Page 34

A.   Yes.

Q.   Do you know who that is?

A.   She was a woman who purposely sneezed on a minor at a grocery store because the minor was wearing a mask and she was so upset about COVID, the whole pandemic, that she wanted to make a point, so she purposely coughed and sneezed.

Q.   She was not wearing a mask, correct?

A.   But it had nothing to do with her wearing a mask.

Q.   Yes or no, she was not wearing a mask, correct?

A.   Janine Hazovec assaulted a minor.

Q.   Was she wearing a mask, Janine Hazovec?

A.   It doesn't matter.  She was assaulting a minor.

Q.   I asked you a question, was Janine Hazovec wearing a mask?

A.   No.

Q.   Okay.  Have you ever had one of your TikTok videos go viral?

A.   Yes.  It happens often.

Q.   It happens often.  Which video?

A.   There is many.

Q.   Many.

Page 35

MR. TRAINOR:  I'm going to put a request in for the names of the videos that have gone viral, Nick.

MR. CHIAPPETTA:  Objection.

Q.   What is the name or what is the title of your video that has gone -- gotten the most views?

A.   Money can't buy you class.

Q.   Okay.  What is the subject of that video?

A.   An adult assaulting a minor.

Q.   Who was the adult?

A.   His name is Jamie Ianzaro.

Q.   Jim Ianzaro.  What did Mr. Ianzaro do?

A.   He assaulted a minor.

Q.   How did he assault a minor?

A.   Threw a smoothie at her.

Q.   Threw a smoothie at her.  Was there something wrong with the smoothie?

MR. CHIAPPETTA:  Objection. Speculation.

A.   The video is available on the page if you would like to watch it.

Q.   That's not what I'm asking.  Is there something wrong with the video (sic) that made him throw the smoothie at her?

Page 36

A.   Are you trying to justify him assaulting --

MR. CHIAPPETTA:  Objection.  Don't answer.  Stop, objection.  Do not answer that question as phrased.  Please rephrase the question appropriately, Mr. Trainor.

Q.   Were you aware if there was anything wrong with the smoothie?

A.   He didn't like that there was peanut butter in it.

Q.   He didn't like peanut butter?

A.   There was peanut butter in the smoothie. He didn't like that, so he threw the smoothie at a minor.

Q.   Did he have an allergy to peanut butter?

A.   No.

Q.   Did anyone around him have an allergy to peanut butter?

A.   Apparently, his son did.

Q.   And he asked them not to put peanut butter in the smoothie, correct?

A.   That's not the correct story.

Q.   That's not.  Okay.
Have you ever been compensated for any of your TikTok videos?

Page 37

A.   Have I ever been compensated?

Q.   Correct.

A.   Recently, TikTok has been rolling out a program where they have been paying creators, yes.

Q.   Are you one of the creators they are paying?

A.   Everyone is being paid.

Q.   When did that begin?

A.   Every time there is a threat to ban TikTok, they start paying their creators a little bit.  When that goes away, they stop.

Q.   How do they pay their creators?

A.   They just -- I don't understand what you mean by how.

Q.   Are you paid by the number of views or is there a flat fee that you're paid?

A.   It's actually hard to determine, if I'm being honest.  They have a system called RPM and that is for every thousand views you get a certain amount. They will establish whether a number of those are qualified and how much you get for each and they lower and raise RPMs.
There is no static way.  None of us truly understand.

Q.   Besides being compensated by TikTok,

10 (Pages 34 - 37)

Page 38

have you ever been compensated by people other than TikTok for your videos?

MR. CHIAPPETTA: Objection. Vague.

MR. TRAINOR: It's not vague.

MR. CHIAPPETTA: It is.

A. I don't know.

Q. Have you ever been compensated financially or any other thing of value for the videos that you publish on TikTok?

MR. CHIAPPETTA: Objection. Define for the videos.

Q. Did you receive tips, directly through the TikTok application, on your videos?

A. Received tips? Yeah, people can put tips.

Q. Have you ever received any?

A. I believe so. Increments of, like, a couple cents. It's hard to say. I don't really notice them. People have the option to do that. You leave a sticker in the comments and gives them five cents or something.

Q. It's like an emoji, correct?

A. Correct.

Q. Are those emojis all the same value or are they different values?

Page 39

A. Different values.

Q. And have you received every one of the different types of emojis?

A. I don't know. I don't keep track of the increments of the dollar.

Q. Have you ever redeemed any of those forms of compensation you received through TikTok?

A. All automatically processed. I don't even know who does it.

Q. You never had to request to redeem those?

A. I normally don't have to request 37 cents. I don't really think about it.

Q. No. They just pay it to you. How often do they pay it to you?

A. When it's a significant number and normally these little increments are not a significant number.

Q. So you've never gotten paid by them?

MR. CHIAPPETTA: Objection. Mischaracterizes testimony.

Q. What is a significant number that you have received from them?

A. Significant number that I received? What time frame are we talking?

Page 40

Q. At any time. Since 2022.

A. At any time?

Q. Since 2022, January 2022?

A. January of '22, the most TikTok ever given -- through tips?

Q. However you have accumulated and redeemed through TikTok.

A. Redeemed? So, there is nothing I specifically redeemed.

Q. Cashed in.

A. I'm sorry?

Q. Did you ever cash any gifts that you received or tips that you received?

A. I don't recall. I'm not keeping track of these small increments.

Q. You said when there is a significant amount, they pay you automatically. You have been paid automatically. How much was that amount that you were paid?

A. So, what TikTok determines to be a significant amount, I believe, is over, like, $20. I'm not talking about big numbers, and again, that is a small increment for me. I don't notice that or keep track of that.

Q. And where -- so there is random times

Page 41

they'll pay you $20?

A. They could.

Q. So it's not, like, a monthly basis or weekly basis?

A. No.

Q. And you never have to do anything to redeem that yourself? Never go through a process to redeem it or cash it in?

A. Correct.

Q. Do you host TikTok LIVE events?

A. Not much anymore. No.

Q. Have you ever hosted TikTok LIVE events?

A. By clarification, when you say "events," you mean my own --

Q. TikTok LIVES. They call it TikTok LIVE.

A. Sorry. I wanted to make sure.

Q. Have you hosted TikTok LIVE?

A. Yes. Yes.

Q. Since January of 2022, how many TikTok LIVEs have you hosted?

A. I don't know.

Q. Five?

A. I don't know.

Q. During those TikTok LIVEs, do you receive -- do you receive tips or gifts from the

11 (Pages 38 - 41)

Page 42

people that are viewing the TikTok LIVE?

A.    Yes.  That's very common on TikTok.

Q.    It's very common.  So at the end of that TikTok LIVE, does TikTok just disperse the tips and gifts to you?

A.    No.

Q.    Are they held in the account?

A.    TikTok holds it.

Q.    Where does TikTok hold it?

A.    I don't know.

Q.    Well, is it available for you to see within your account profile?

A.    Yes.

Q.    Yes.  What is the largest amount you have ever seen in your TikTok profile?

A.    That's very vague.  I don't understand.

Q.    Not vague at all.  What is the largest amount of money you've seen in your TikTok profile?

A.    Through LIVE?

Q.    Just cumulative.

A.    Seen on my TikTok profile.  I'm sorry. I don't understand.  I'm not trying to be difficult.

Q.    You said TikTok holds the money that you receive, correct?

A.    Yes.

Page 43

Q.    And that money, whatever TikTok is holding for you, that amount, that sum, is available for you to see within your TikTok profile, correct?

A.    Yes.

Q.    What is the largest amount of money you have ever seen in your TikTok profile?

A.    A couple grand.

Q.    A couple grand.  How long did it take you to accumulate a couple grand?

A.    It was more recently and that would be one month.

Q.    One month.  Did you ever or were you ever under contract with TikTok?

A.    No.

Q.    You never had a contract with TikTok?

A.    No.  Let me clarify, besides their terms of service that everyone --

Q.    Other than the terms of service --

A.    Right.

Q.    Were you ever under a contract with TikTok?

A.    No.

Q.    I'll come back to that.

Have you ever been using your TikTok account @thatdaneshguy, have you ever been paid or

Page 44

compensated to promote or endorse latex gloves?

A.    No.

Q.    You never had a brand arrangement to promote or endorse latex gloves?

A.    No.  I don't recall anything like that.

Q.    Have you ever had a brand endorsement or promotional agreement to endorse or promote any products on TikTok?

A.    No.

Q.    Were you ever paid to promote or endorse COVID vaccines?

A.    No.

Q.    Were you ever paid to promote or endorse anything COVID related?

A.    No.  Excuse me.  I recall there was a gentleman who made masks for children and he asked me to -- he was giving them away at a low price to protect immunocompromised children.

So I put the link to that in my profile. I believe I got a small increment for every time people got one.  I never got very much for it.  It wasn't significant.  It was to help kids.

Q.    How much was it -- were you supposed to be paid in that agreement?

A.    It was a very -- I don't recall.  Very

Page 45

little.

Q.    $1 per mask?

A.    I don't recall, unfortunately, but it was small.

Q.    Was that contract in writing?

A.    No.

Q.    What was the name of the person or company that made those masks for children?

A.    I don't recall.

Q.    Do you recall the time frame when you were -- during when that agreement was in place?

A.    No.  It was during COVID, but it was maybe a few months.  It wasn't for the money, obviously.  It was to try to help kids that were immunocompromised.

Q.    Did you confirm that the person making the mask was making a quality mask for children?

A.    It seems like he was.

Q.    How did you confirm that?

A.    I don't recall.

Q.    So you did not confirm --

A.    I don't recall, sir.

MR. CHIAPPETTA: Objection.  Misstates testimony.

Q.    Do you know if that company is still in

Veritext Legal Solutions

800-227-8440                                                                    973-410-4040

Page 46

business?

A. I don't know.

Q. What is the account identification number for @thatdaneshguy?

A. I don't know.

MR. TRAINOR: I'll put a request in for you to produce that, please.

MR. CHIAPPETTA: Pardon?

MR. TRAINOR: I'm putting a request in for you to produce that.

MR. CHIAPPETTA: No, I caught the second sentence. I need --

MR. TRAINOR: The account identification number for @thatdaneshguy. Please produce that.

MR. CHIAPPETTA: Okay. Provide a formal request.

MR. TRAINOR: I just did.

Q. What type of device do you use to access your account @thatdaneshguy?

A. Cell phone.

Q. Cell phone. What type of cell phone do you use? Android or iPhone?

A. Android.

Q. What is the mobile number for that android?

Page 47

A. Cell phone number?

Q. Correct?

MR. CHIAPPETTA: I'm going to ask that this be redacted on the actual transcript or record.

A. XXX-XXX-XXXX.

Q. What is the email address associated with your account @thatdaneshguy?

A. It's (redacted) @Gmail.

MR. CHIAPPETTA: Again, redact as per the email.

Q. Have you ever used a laptop computer to access your account @thatdaneshguy?

A. I don't think so.

Q. Did you ever use a desktop computer to access --

A. No.

Q. -- your account @thatdaneshguy? You have not, okay.

Your android phone, how long have you been using that, the actual physical phone that you have, how long have you been using that phone?

A. Maybe a year.

Q. What is it, a Samsung phone?

A. Yes.

Q. What is the model?

Page 48

A. I don't recall.

Q. Do you have it with you?

A. Yes.

Q. Can you look at it?

A. Okay. I wouldn't be able to tell you from looking at it, sir.

Q. Is it a Galaxy?

A. It is.

Q. Does it come with a stylus?

A. It does.

Q. Do you ever use that stylus?

A. Rare -- what? Rarely. Rarely.

Q. Rarely.

Do you understand the question?

A. How did you know it had a stylus?

Q. I asked you if it had a stylus and you said yes.

A. Why was that your first question?

Q. All Samsung phones have a stylus.

A. I only seen this one with it. That's why I asked.

Q. Does it have a stylus?

A. It does.

Q. Do you use that stylus?

A. Rarely.

Page 49

Q. Rarely. What do you use the stylus for when you use it?

MR. CHIAPPETTA: Objection, compound.

Q. What do you use the stylus for?

A. For when my fingers are too fat to press the button.

Q. What do you mean are too fat?

A. What do you mean what do I mean? Creates a thick surface when I use my finger.

Q. Only once in a while that happens?

A. What?

Q. So only once in a while your fingers are too fat for the phone?

MR. CHIAPPETTA: Objection, form. It's argumentative, too.

MR. TRAINOR: No. It's not.

MR. CHIAPPETTA: It's not a proper question.

MR. TRAINOR: He said he rarely uses a stylus and only when his fingers are too fat.

A. That's what I said. When, my fingers are too fat for the screen, I'll use a stylus.

Q. When are your fingers too fat for the screen?

A. When I feel that I'm not getting an

13 (Pages 46 - 49)

Page 50

accurate pinpoint, like, connection from my finger to the phone.

Q.    That Samsung phone that we're talking about, is that the same device that you used to publish videos to TikTok?

A.    Yeah.

Q.    No?

A.    Yeah, Yes.

Q.    Yes, it is.  Is that the same device you used to edit your TikTok videos?

A.    Yes.

Q.    What software do you use to edit your TikTok videos?

A.    CapCut.

Q.    CapCut.  Is that an application?

A.    Yes.

Q.    Is it an application on your phone?

A.    I would believe, yeah.  That's a logical answer, yeah.

Q.    Yes or no?

A.    Yes.  Yes.

Q.    What other TikTok names have you used?

MR. CHIAPPETTA:  Objection.  Vague as to time frame.

Q.    What other TikTok career names have you

Page 51

used?

A.    I probably used different ones.

Q.    Give me them.

A.    I don't recall all of them.

Q.    Give me any of them that you recall.

A.    One that I recall, specifically, is Trapt Official.

THE REPORTER:  I'm sorry.  Repeat that.

A.    Trapt Official.  A parody account.  I made it known it was me.

Q.    So the name of that account was @traptofficial?

A.    Yeah.  It was Trapt Official.  I don't own the user name anymore.

Q.    How do you spell that?

A.    Trapt is T-R-A-P-T.

Q.    How do you spell the rest?

A.    Official as it would be spelled, O-F-F-I-C-I-A-L.

Q.    This Trapt Official account, is that the same Samsung phone you're using now?

A.    Yeah, yes.

Q.    Was the same email address associated with Trapt Official?

A.    No.

Page 52

Q.    What was the email --

A.    I don't recall.  You could only have one per user name.  That's why I know it's not the same.

Q.    So you have different email addresses for different accounts?

A.    You would have to have a different email address for a different account.

Q.    But the same cell phone number is okay?

A.    I don't know.  Possibly.  I don't know if you have to put in a new phone number.

Q.    Okay.  What other email addresses have you used on TikTok?

A.    Other than email addresses that I have.

Q.    What are they?

A.    I mean --

MR. CHIAPPETTA:  Again, we're going to ask that they be redacted.  Thank you.

A.    (Redacted).

Q.    What is a sock puppet account?

A.    Sock puppet account is an account somebody uses to impersonate another person that they're not.

Q.    Have you ever used a sock puppet account?

A.    Yes.

Page 53

Q.    What is the name of the sock puppet accounts you have used?

A.    Well, I wouldn't consider the Trapt one one because I made it clear it's me behind the account, and the Erica Sabonis account, it's not a real person neither, no.

Q.    Are there any other sock puppet accounts that you have used?

A.    No.

Q.    When was the Erica Sabonis account -- sock puppet account created?

A.    Quite a while ago.  I was trying to solve a murder.

Q.    Where was that account created?  What platform?

A.    Facebook.

Q.    Any place else?

A.    No.

Q.    Was it created on Instagram?

A.    No.

Q.    Okay.  So going back to your videos, when you say you -- do you sing a song about consequences when you publish a video?

A.    No.  I don't sing.

Q.    Do you talk a song when you hum,

14 (Pages 50 - 53)

Page 54

something -- something that goes along the lines of here comes the consequences?

A. That's not me.

Q. It's not you?

A. That's not me.

Q. You've never said that expression or hummed that expression in any of your videos?

A. Sure. That's not what you asked though.

MR. CHIAPPETTA: Objection. Misstates testimony and the question.

Q. Not in any one of your videos you've never used the expression, here comes the consequences?

A. I didn't say that. You asked if I sang that song. I'm not the person who sings that song.

Q. Have you ever hummed it?

A. Have I ever hummed it in one of my videos, the song?

Q. Correct?

A. Yeah. I've -- I've sang along -- no. I didn't sing. Because I can't sing. Somebody else. That's not my audio.

Q. Whose audio is it?

A. I don't recall.

Q. Where did you get the audio?

Page 55

A. It's available on TikTok.

Q. How many times have you used it?

A. I don't know.

Q. Have you used it more than ten times?

A. I don't know.

Q. I'm asking you to guess now. Have you used it more than ten times?

A. It's possible.

Q. So your account, @thatdaneshguy, you're not known for using that phrase, "here comes the consequences"?

A. I didn't --

MR. CHIAPPETTA: Objection, form.

Q. Is that a catch phrase that you're known to use for @thatdaneshguy TikTok account?

A. Sure, yeah.

Q. So then it must be used commonly, correct?

A. No. You don't want to overdo anything like that. I usually move on.

Q. Okay. So you've not used it more than ten times?

A. It's possible.

Q. I'm asking you a question that --

A. I'm answering the best I can.

Page 56

Q. So you've not used it more than ten times?

MR. CHIAPPETTA: Asked and answered.

MR. TRAINOR: Well, he hasn't given an answer.

Q. Have you used it more than ten times?

MR. CHIAPPETTA: You just don't like the answer. He said it's possible. He doesn't have to answer yes or no.

MR. TRAINOR: I'm going to put that as a yes, you have used it more than ten times.

A. I said it's possible though.

Q. You've used it more than ten times?

MR. CHIAPPETTA: The testimony is the testimony, Patrick.

A. Do you just want to answer the questions yourself?

Q. Now, when you're identifying these people, is there a criteria used to determine if you're going to identify the person or not?

A. Not a specific one.

Q. How is it generally guided?

A. This person needs help. Do I have the capacity to help them, and will I be able -- my -- will I be able to help them in any way if I get

Page 57

involved? If I can, if there is a way I can help them, I do. If it's necessary, I make a video. I don't often make a video.

Q. What is your capacity to help?

A. Rephrase that, please.

Q. What is your capacity to help? I mean, what can you do to help?

MR. CHIAPPETTA: Objection. You didn't actually rephrase or define capacity.

Q. I'm using capacity as ability to help, so what is your ability to help somebody?

A. For example, if somebody was hit by a hit and run driver, as it's happened before, as it did in this case, where somebody disappears from the scene, like Jennifer Couture did, and the police say we are having trouble identifying this person, if I'm able to identify them and provide that information to the police, like I was able to do for Jennifer, then I do that because I have the capacity to help. I believe it's the right thing to do.

Q. So is it fair to say that your capacity to help is your ability to identify unknown persons from their video on the Internet?

A. Yeah. That's one way. Other ways have been through charity, raising money for the victim.

15 (Pages 54 - 57)

Page 58

I do other things as well.

Q.    Who have you raised money for?

A.    Many people.  I lost count how many people I've raised money for, because it's so many.

Q.    Have you ever been compensated for raising money for another person?

A.    Absolutely not.

Q.    Now, when you've identified a person who has hurt another person, do you take any precautions to confirm that you did not identify the wrong person?

A.    Of course.

Q.    What precautions do you take?

A.    Depends on the situation.  Every situation is unique.  There is no formal answer.

Q.    Give us a for instance of what you have done in the past to -- as a precaution to not identify the wrong person.

A.    One example would be asking the person directly if it is them or if they want to give their side of the story and they will oftentimes, in that, confirm that it is them or they will give me a different story and then I have something else to work with.  Case by case.

Q.    Okay.  Now, besides calling the person

Page 59

directly, give us an example of another type of precaution you've used in the past.

A.    I don't call people directly.  Just for clarification.  I usually text or message on social media.

Other ways I've confirmed it?  Usually you could ask the victim, is this the person.  You line up things that make sense.  They're in this area at this time.  Maybe they posted about it, their side of the story or maybe they're wearing the same outfit or same piercing.  There are other ways to confirm or pinpoint exactly.

Q.    Now, when you identify this person, are you doxxing that person?

A.    Absolutely not.

Q.    How is what you do different than doxxing somebody?

A.    Doxxing is something more along the lines of what Joey Camp does where he uses the information --

THE REPORTER:  I'm sorry, along the lines of what who does?

Q.    I'm not asking what somebody else does.

THE REPORTER:  I'm sorry.  I need to hear what the witness said.  Excuse me.  I am not

Page 60

writing.  I was just asking the witness to repeat what he said, and I did not write anything after that.

A.    What Joey Camp does.  That is Mr. Trainor's associate.

MR. TRAINOR:  No, it's not.  Strike that.

A.    What do you mean it's not?

Q.    All right.  Leave that there.  Leave that there.

Besides what Joey Camp does, tell us how what you do is different than doxxing somebody?

A.    Unlike what you and Joey Camp and your friends do, I don't target children like you guys do.

Q.    Whose children?

A.    My children.  You guys targeted my children.  Remember?

Q.    Let's get into that.

A.    I would love to.  That's why we're here.

Q.    Let's get into that.

A.    One and five years old.

Q.    Danesh --

A.    I've never done anything like that.  That's only what you guys do.

MR. TRAINOR:  Shut your client up

Page 61

because he's lying right now.

A.    That's what doxxing is.  You asked the question.

Q.    You are lying.

MR. CHIAPPETTA:  Okay.

A.    I'm not lying.

Q.    You are lying.

MR. CHIAPPETTA:  Okay.

Q.    You are a stone liar.

A.    Then where did the photos come from?

Q.    You tell me, sir.

MR. CHIAPPETTA:  Enough.  Enough. Enough.  Enough.

Q.    This is going to be the best thing ever.

A.    Get your finger out of my face.

Q.    This is going to be the best thing ever.

MR. CHIAPPETTA:  Enough.  Enough. Enough.

Q.    I love it.

MR. CHIAPPETTA:  If you can't keep this civil, we will terminate and seek a protective order.

MR. TRAINOR:  Straighten your client out.  You have to correct your client.

MR. CHIAPPETTA:  You are calling my client a record -- a liar on the record.

16 (Pages 58 - 61)

Page 62

MR. TRAINOR: Your client is lying.

MR. CHIAPPETTA: It is absolutely inappropriate. You're entitled to your opinion but you're not entitled to act this uncivil, and this is all on the record.

MR. TRAINOR: Yes, it is. I'm happy about that.

Q. Now, tell us, Mr. Noshirvan, how is what you do different than doxxing somebody?

A. Because I never targeted anybody's children. That is malicious and that is absolutely vile.

Q. Have you ever targeted an adult?

MR. CHIAPPETTA: Objection.

A. I don't target people. I don't go around people's neighborhoods leaving fliers like Jennifer did saying that this person is a pedophile leaving their face --

Q. Who did that?

A. -- their phone number and address.

Q. Who did that?

A. Jennifer Couture and Ralph Garramone, your clients.

Q. Did you see that?

A. Yes. They were caught on camera and you

Page 63

know it.

Q. Caught on camera doing what?

A. They were caught on camera leaving fliers saying that I'm a pedophile.

Q. What are you talking about? No one did that.

A. You're a very bad actor, by the way.

MR. TRAINOR: This is outrageous, Nick. Does he have any evidence of this?

THE REPORTER: Mr. Trainor, I can't hear you.

MR. TRAINOR: Mr. Noshirvan is going onto a soliloquy. He's not answering the question.

Q. The question is, how is what you do different than doxxing?

A. I answered that.

Q. No, no, no.

A. Doxxing is what you do.

Q. Doxxing does not have anything to do with children. Doxxing has to do with causing somebody harm.

A. Yeah. You think going after their children doesn't cause harm?

Q. Didn't --

A. When you targeted my one and five year

Page 64

old --

Q. Nobody targeted your one and five year old.

A. Nobody did? Nobody did?

MR. TRAINOR: Nick, you have to stop this right now.

A. Would you like to see text messages from Joey Camp?

MR. TRAINOR: You gonna stop this?

MR. CHIAPPETTA: If you both don't stop this --

MR. TRAINOR: You must control your client.

MR. CHIAPPETTA: Are you going to let me speak, Mr. Trainor?

MR. TRAINOR: Control your client.

MR. CHIAPPETTA: Are you going to let me speak?

MR. TRAINOR: Go ahead.

MR. CHIAPPETTA: Let the record be clear this deposition is clearly getting heated. Both Mr. Trainor and Mr. Noshirvan are talking over each other. You both need to calm down and let the other person speak.

You may not like an answer or a

Page 65

response, you may not like a question. Regardless, you have to wait until the other person finishes before you follow-up.

Q. Answer the question that is asked.

A. Ask it again.

Q. Okay. So, when you published the identity of somebody who was not known before you published their identity, how is that different than doxxing?

A. On all of my social media accounts, I specifically state that this information is not to be used to harm anybody or to bring harm to them. That is not the purpose of it. None of my videos are about doing that, whatsoever. It's about getting legal accountability that is stated all over my page.

The difference with doxxing, the malicious intent in which other individuals use, like, let's say, for example, so I can clarify -- clearly answer the question, Camp, who makes fake calls to family services to get CPS to come by your house.

Q. You have no proof of that.

A. Sir, I'm giving you an example.

MR. TRAINOR: Control your client, Nick. Nick, control your client. I didn't ask

17 (Pages 62 - 65)

Page 66

for an example.

MR. CHIAPPETTA: He's allowed to testify.

MR. TRAINOR: He's inserting things that are not factual, he has no evidence of. He has not produced --

A. Sir --

MR. TRAINOR: Control your client, please.

A. Sir, the question was, what's the difference between doxxing --

Q. You answered the question.

MR. CHIAPPETTA: You are trying to suppress his testimony.

MR. TRAINOR: No, I'm not.

MR. CHIAPPETTA: Yes, you are.

MR. TRAINOR: No, I'm not.

MR. CHIAPPETTA: Let my client answer your question fully.

MR. TRAINOR: He's not answering the question.

MR. CHIAPPETTA: Just because you don't like the answer doesn't mean the question hasn't been answered.

MR. TRAINOR: He's not answering the

Page 67

question.

A. I'm answering the difference between doxxing and what I do, it --

Q. Can we continue?

Now, being an account creator, is that what they referred to you as?

A. I don't know.

Q. Have you ever heard that expression?

MR. CHIAPPETTA: Objection. Who is they?

A. Who is using this terminology?

Q. In the social media world of TikTok, on TikTok platforms, do they refer to you as an accountability creator?

MR. CHIAPPETTA: Again, who is they?

Q. In the parlance of the social media of TikTok?

A. People have called me a lot of different things.

Q. A call out creator? Is that one of them?

A. I don't subscribe to that.

Q. Now, the plaintiff in this case, Garramone Plastic Surgery --

A. Uh-huh.

Page 68

Q. -- what did they do to deserve accountability?

A. Excuse me?

Q. What did they do to deserve accountability?

A. I don't understand your question.

Q. Well, the complaint alleges that you directed your followers to contact Garramone Plastic Surgery.

A. No evidence of that.

Q. Garramone Plastic Surgery was contacted numerous times.

A. All that is a false pretense.

Q. False pretense of what?

A. I didn't make a video about Garramone Plastic Surgery. There was a video about Jennifer Couture assaulting somebody in the parking lot and --

Q. You never published a video --

MR. CHIAPPETTA: Objection. Let my client finish his answer.

Q. Answer the question.

A. Yeah. Video about Jennifer Couture assaulting someone in the parking lot and leaving. And the detectives wanted to know who it was so they could arrest her, but they couldn't tell from the

Page 69

license plate because it wasn't registered to her. I was able to help them identify who it was so they could make the arrest.

Q. How were you able to help them?

A. By identifying Jennifer Couture.

Q. How did you identify her?

A. She confirmed it herself.

Q. How did she confirm it herself?

A. She flat out said it was her.

Q. How did she flat out say it?

A. In the evidence you provided when she said -- when she said --

Q. How did she flat out say it?

A. When I DM'd her and asked her if it's her and asked her -- when I messaged her, she made it clear it was her.

Q. How did -- DM is direct message. Correct?

A. Yes.

Q. How did you DM her?

A. Facebook.

Q. Facebook as yourself?

A. I didn't have a Facebook account at the time.

Q. So how did you DM from Facebook?

18 (Pages 66 - 69)

Page 70

A.    The account that I had previously.  It was Erica Sabonis.

Q.    Erica Sabonis?

A.    Yes.

Q.    You did what when you contacted her?  You took that name and then you contacted the police?

A.    I gave it to the victim.  She gave it to the detective.

Q.    Did the victim ever contact you prior to that?

A.    Prior to what?

Q.    Prior to --

A.    No.

Q.    No.  Did anybody else contact you prior to that?

A.    No.

Q.    No?  Did you ever speak to a person named Emily Botyos?

A.    She did not give me the identify of Jennifer Couture.  I found it myself.

Q.    What did Emily Botyos give you?

A.    Nothing.

Q.    Did Emily Botyos confirm anything that you knew?

A.    The only thing that she told me was that

Page 71

she was being targeted by Jennifer and Joey because of the video, and she wants me to somehow let Jennifer know she had nothing to do with it so the harassment would stop, but I didn't have a way of doing that.

Q.    So she -- Emily Botyos contacted you.  About what date did Emily Botyos contact you?

A.    I don't recall.  Shortly after Jennifer started harassing her.  But, yeah.

Q.    So was that February of 2022, March of 2022?

A.    Is that when Jennifer was harassing her?

Q.    I have no idea.  You said it.

A.    Whenever that was, I don't have the exact date.

Q.    I don't have the exact date.

MR. CHIAPPETTA:  Can we stop talking over each other?

Q.    I don't know when it was.

A.    Okay.

Q.    So your testimony is, the only thing that you ever exchanged with Emily Botyos was, what?

A.    Her fear of your client.

Q.    And how did you speak to Emily Botyos?

A.    I don't recall.

Page 72

Q.    Was it an email?

A.    I don't recall.

Q.    You don't recall how you spoke to her?

A.    It was short.  I spoke to her mother --

Q.    Okay.

A.    Not her mother, Shellie?

Q.    Shellie who?

A.    Botyos.

Q.    Is that Emily Botyos' mother?

A.    I believe it's her stepmother.

Q.    Is Emily Botyos also known as L. Botyos?

A.    I don't know.  I don't know.  I'm not involved in that family.

Q.    Have you ever used information in your videos that was obtained from a computer hack?

A.    Never.

Q.    Have you ever used information that was hacked by -- used in a computer hack at all?

A.    I don't engage in hacking, if that's what your question is.

Q.    Okay.

A.    There was one time, actually, where Epic Servers was hacked, not by me.  This was public news.

Q.    Answer the question.

A.    I'm answering your question.

Page 73

Q.    You answered my question.

A.    You said I'm allowed to clarify.

Q.    Let's clarify.

A.    Yeah.  Epic Servers was hacked.  I reported that news story and it was their associate.  Joey Camp threatened to kill me for doing so.

Q.    When was that?

A.    I don't recall the exact date.

Q.    How did you record it?

A.    Social media.

Q.    Social media.  Was that in 2021?

A.    I don't recall.

Q.    And how did you report on social media?  Just through your TikTok account?

A.    Through my social media, yes.

Q.    Just your TikTok account or any other social media?

A.    I don't recall.  I know it was on TikTok.

Q.    What did you report?

A.    What was in the news, that a bunch of White Supremacists' accounts that use this -- that is what was in the report.  I'm not adding to it.

But a bunch of, let's just say, shady websites go through this host that doesn't judge

19 (Pages 70 - 73)

Page 74

them, let's say, they're used for white supremacy or any other form of hatred or extremism, and I guess Joey Camp was very active on that and that's why he took offense to it, but I did not have anything to do with that nor do I have knowledge to do anything like that.

Q. Did that report -- your reporting, did it go under any other media coverage?

A. There was only an article that came out by a smaller news company and it was more focused on how coincidental it was that Joey Camp was threatening to kill me after making that video.

Q. And he contacted you how many times after that Epic Server thing?

A. I don't recall.

Q. Just one time?

A. What do you mean?

Q. After the Epic Server thing, you said he threatened to kill you?

A. Threatened to kill me.

Q. Okay. Was that a one time call or was that repetitive?

A. No. It was one time. I didn't hear from him until --

Q. But your earlier testimony was the first

Page 75

time you heard from Joey Camp was in 2022, isn't that correct?

A. Whatever time that Jennifer had gotten out of jail. She got in touch with him to get in touch with me.

Are you saying when he contacted me about killing me?

Q. So that was the first time --

A. It was prior --

MR. CHIAPPETTA: You can't talk over each other.

Q. Earlier, I asked you about Strictly Stalking podcast.

A. Yes.

Q. In that podcast, you said it was in 2021 that you first came to know Mr. Camp.

A. Yeah.

Q. And now you're -- then you said that was wrong. It was actually 2022.

A. Uh-huh.

Q. So now you're saying --

A. Oh, let me --

Q. Servers were hacked, so you first encountered him sometime in 2021?

A. Let me clarify. You're correct. Yes,

Page 76

so he did contact me prior to threatening to kill me. I did not hear from him again until -- until, I guess, he met up with Jennifer and he decided -- you know, I'm not going to assume but they got together to harass me and to dox me and to go after my family.

Q. Understood.

A. Vested interest against me.

Q. Have you ever heard -- have you ever created TikTok videos about a person named Dr. Behr, B-E-H-R?

A. Possibly. Yes. Oh, yes, I did, yes.

Q. Were you given Dr. Behr's identity or did you discover that on your own?

A. It's hard to say. That one was technically given by the person trying to hide it. I'm not the one who found them, no. I'm not the one who found her. There was -- some other people found her and then, yeah.

Q. How did you confirm that the other people were giving you correct information?

A. I spoke with her.

Q. You spoke with Dr. Behr?

A. Yeah.

Q. As yourself or as somebody else?

A. As myself. I don't recall if it was

Page 77

different than that.

Q. Have you ever identified the wrong person or incorrectly identified a person in any one of your TikTok videos?

A. I don't recall anything like that, no.

Q. You've never named somebody who was misidentified?

A. No. That doesn't sound right.

Q. Are you familiar with the name Philip Connor?

A. Yeah.

Q. Did you ever misidentify him in a TikTok video?

A. No.

Q. Did you ever create a TikTok video saying that Philip Conner did something improper or wrong?

A. He called me the sand N-word. I don't wish to repeat it.

Q. But he was never misidentified in a video?

A. No. I didn't make a video about it. I just showed that he called me that.

Q. Does Philip Connor have any mental or emotional issues that you're aware of?

20 (Pages 74 - 77)

Page 78

A.    I don't know anything about him.

Q.    Okay. Have you ever used a voice over internet protocol, VoIP telephone?

A.    I don't recall.

Q.    Do you use one now?

A.    No.

Q.    Have you ever used a virtual private network, a VPN?

A.    Have I ever used, yes.

Q.    Do you use one now?

A.    No. I'm not using one now, but I could use one at any time. Anybody can.

Q.    Do you periodically use a VPN?

A.    Not really.

Q.    Yes or no?

A.    Not really.

Q.    Is that that a yes, you do or no, you don't?

A.    I don't have an absolute answer for that. I don't really use it, but I may use it because there is nothing wrong with using it.

Q.    How often do you use it?

A.    I don't know.

Q.    Do you use it once a week?

A.    I don't keep track of this, Patrick.

Page 79

Q.    I'm asking you to just give us an estimate at this point.

A.    I don't know. I don't know.

MR. CHIAPPETTA: Asked and answered.

Q.    Do you have a Patreon account?

A.    No.

Q.    Did you ever have a Patreon account?

A.    Yes.

Q.    How many subscribers did you have to your Patreon account?

A.    I don't recall at the moment.

Q.    Five or more than five?

MR. CHIAPPETTA: Objection. Asked and answered.

Q.    How much monthly subscriber income did your Patreon account generate?

A.    I don't recall.

Q.    Did it generate income?

A.    It did.

Q.    What years did it generate income?

A.    In the years that -- I don't recall exactly the exact dates of it.

Q.    Did it generate income in 2023?

A.    I don't recall the exact dates of it. It was a short lived thing because your associate,

Page 80

Joey Camp, was harassing Patreon until they cancelled my account.

Q.    What -- so did you have it up for one year?

A.    I don't know if it even got to a year.

Q.    Not a year.

When was the last time you spoke to Emily Botyos?

A.    I don't speak with her.

Q.    Last time you communicated with her?

A.    A while. A long time. The last communication was just getting in touch with her, like, mom -- Shellie, sorry. Get in touch with Shellie. I don't really talk to Emily.

Q.    Have you spoken to Shellie several times?

A.    She contacted me when Joey Camp and Jennifer Couture were harassing her and her husband --

Q.    I'm asking you --

A.    I'm answering the question.

Q.    No. You're not answering the question.

A.    I am. You don't like the answer.

MR. CHIAPPETTA: Let my client finish and he'll state the amount of times if he can

Page 81

remember.

A.    And I also communicated with her when I sent her the photo of Joey Camp that he posted on his Facebook saying, At my bosses' estate.

I said, do you recognize this horse? Is this Garramone's property? Are these the people harassing me?

She said I'm being harassed by the same people. They won't leave us alone, et cetera, et cetera. That's what our conversations were mostly about, your clients harassing.

Q.    You know that for certain, that that occurred?

A.    100 percent.

Q.    Who is Keeley Taylor?

A.    Keeley, I believe she is a friend of Ms. Garramone.

Q.    Where does Keeley Taylor live?

A.    I don't know.

Q.    Do you have an idea?

A.    No.

Q.    Does she live in Pennsylvania?

A.    No.

Q.    Does she live in Florida?

A.    She might.

21 (Pages 78 - 81)

Page 82

Q. She might. Okay. How long have you known Keeley?

A. Not very long.

Q. More than one year?

A. Yeah.

Q. Have you been communicating with her for more than one year?

A. Not consistently.

Q. Do you recall the first time you spoke to her?

A. No.

Q. Was that in 2022?

MR. CHIAPPETTA: Objection.

A. I said, I don't recall.

Q. You don't recall.

What is the subject matter of your communications with Keeley Taylor?

A. Very similar to Ms. Botyos. I said, this photo of Joey Camp at this -- with his horse at this ranch saying at my bosses' estate, do you recognize this horse? Is this at Garramone Ranch? Are these the people harassing me?

And also another conversation with her clarifying that it was, in fact, Jennifer Couture and Ralph Garramone, who came to my town, who they

Page 83

ditched the older Garramone's graduation, to come to where I was to harass me and my family.

Q. How many times has Keeley Taylor been to what you call the Garramone Ranch?

A. I don't know. I wouldn't have that information, but he confirmed with Ms. Garramone and recognized the horse as well.

Q. How many times has Ms. Garramone been to Garramone Ranch?

A. I wouldn't have that information.

Q. Do you know if she's ever been there?

A. That's not information I have.

Q. So the answer is no?

A. That's not the answer. The answer is that is not information I have.

Q. Is Ms. Garramone -- is her first name Glyn?

A. Yes. I assume it is.

Q. Do you know if her first name is G-L-Y-N?

A. I believe it is so, yes.

Q. How long have you communicated with Glyn?

A. I mean, there is not a time span. I usually just -- it was just a communication of help

Page 84

me. Iconic -- I believe it was Keeley, help me. These people came to my home town. They're taking photos of my children while sending me text messages threatening to sexually assault them. Help me find out who it is.

Q. So you blindly contacted Keeley?

MR. CHIAPPETTA: Objection to the word "blindly."

A. No. I don't know what you mean by blindly.

Q. Well, did you know Keeley before you contacted her for help?

A. I didn't know her as a person. I didn't know any of these people as a person.

When I first made a video about Jennifer, there were a lot of people who -- who Jennifer has harmed who reached out, yeah.

Q. How many -- how many people contacted you?

A. A lot. Jennifer has done harm to a lot of people, apparently, from what they say.

Q. Give me a number.

A. I don't know.

Q. More than five?

A. I don't know.

Page 85

Q. Do you remember the names of people that contacted you?

A. No.

Q. Did you verify the truthfulness of what they told you?

A. Everything seems very consistent with her behavior.

Q. That's not the question.

A. I've been a victim.

Q. Did you verify --

A. I did.

Q. -- whether what they were telling you was true or not?

A. Yeah. Because it all seems very consistent. That is my answer.

Q. So you didn't verify?

A. I verified it because she did the same thing to me so it is consistent with her behavior.

Q. You didn't verify it --

A. Yes.

MR. CHIAPPETTA: Let's not talk over each other.

A. She was caught on camera. She was caught on camera. All the evidence, yes, I did verify 100 percent.

22 (Pages 82 - 85)

Page 86

Q. Did you verify what you were told was true?

A. Yes.

Q. Based on what facts?

A. What do you mean? Based on the people that she has harmed. Based on corroborating statements. Based on being caught on camera. Based on me being a victim of it. Based on talking about it online.

Even going as far as writing online, while she was on probation, writing that she wishes she could go around and hit her victim again with a vehicle.

So it's very consistent with her behavior, but yes. I verified.

Q. Have you ever used or had access to a discord server?

THE REPORTER: I'm sorry, to a what?

MR. TRAINER: Discord server. D-I-S-C-O-R-D.

A. I've been in a discord server.

Q. You've been in a discord server. What is the name of that server?

A. I don't recall.

Q. Was that a voice or text server?

Page 87

A. My involvement in it was very little to none. I used text in there, so...

Q. And what device did you use to access that discord server?

A. My phone.

Q. The same android phone you talked about earlier?

A. Yes.

Q. Do you recall the last time you were in the discord server?

A. No.

Q. Do you have accounts with Instagram and Facebook?

A. Yes.

Q. And have you ever heard of the Meta platform company?

A. The what.

Q. Meta, M-E-T-A?

A. Yes. That would be Facebook, Instagram.

Q. Meta is the parent company for Facebook?

A. I believe that is correct, yeah.

Q. Do you have a WhatsApp account?

A. Yes.

Q. What's the name of that account?

A. What? I don't have -- I don't -- I

Page 88

guess maybe I don't use it. I don't think there is a user name associated with it, just a phone number.

Q. Your cell phone number as earlier?

A. Yeah.

Q. Do you have a Signal account?

A. Signal account, not yet.

Q. What is the name of your account?

A. It's not like that. It's just a phone number.

Q. Phone number?

A. Uh-huh.

Q. Do you have a Wire account?

A. No.

Q. What is your Instagram account name?

A. I answered this. It's thatdaneshguy.

THE REPORTER: I'm sorry. What is your Instagram account name?

THE WITNESS: Thatdaneshguy.

Q. What kind of content do you publish to Instagram?

A. Same thing as TikTok.

Q. So the same videos are on TikTok?

A. Cross post, yes.

Q. Cross post. Okay. Every video or is there a lag in that?

Page 89

A. Whatever I decide. Not every video. Just every now and then I put a video there.

Q. And your Facebook main account, do you have a Facebook account name?

A. Yeah. It is @thatdaneshguy as well.

Q. Do you cross post to your Facebook account, too?

A. Rarely. I'm not a fan of Facebook myself.

Q. Do you have an employee contact at Meta Company?

A. A what?

Q. A contact person who is an employee at the Meta Company?

A. A contact person?

Q. Correct.

A. Not a contact person. I don't know what you mean by contact person.

Q. A person that you can contact if you have a problem with your account.

A. Is this under the assumption they'll fix anything?

Q. I don't know. I'm not making any assumptions. I'm asking you if --

A. I have contacted with someone from Meta,

23 (Pages 86 - 89)

Page 90

yeah.

Q. You do?

A. Uh-huh.

Q. What is that person's name?

A. I don't recall.

Q. You don't recall the person's name?

A. No. I haven't spoken in a while.

Q. What's a while?

A. I don't recall.

Q. Is a while more than a year?

A. I don't recall.

Q. Is a while more than two years?

A. I don't recall.

Q. Did that that person ever help you stop your Instagram account or Facebook account from getting suspended or banned?

A. No. Well, I was able to show them the different harassment I was receiving on Instagram, Facebook and there were quotes by a Joseph Camp saying he is mass reporting my videos.

I did provide that to her. Whether or not she used that to help me, I don't know. I can't say.

Q. How did you provide that to her?

A. Emailed it to Meta. I had to send it to

Page 91

Meta.

Q. What email address?

A. Whatever her name was at Meta.com.

Q. Would that information still be in your email box?

A. No, probably not.

Q. Did you delete it?

A. I probably -- it's likely that I did.

Q. Is it your custom to delete emails?

A. Ever since Joey Camp has been harassing everybody I know, I made sure not to put anybody in his line of fire. Anybody I associate with he likes to try to harm them, threaten them, their families, as he did to me, and if I could mitigate damages anywhere, I absolutely take precautions to do so.

Q. Is it your custom to delete your emails?

A. It's my custom to protect people from people like Joey Camp.

Q. Is it your custom to delete your emails?

A. I answered the question.

MR. CHIAPPETTA: Asked and answered.

Q. You did not answer the question.

A. That's my answer.

Q. The question is simple, is it your custom to delete your emails?

Page 92

A. I answered the question.

Q. No, you didn't.

Is it your custom to delete your emails?

MR. CHIAPPETTA: You've already answered it.

MR. TRAINOR: No, he's not answered the question.

MR. CHIAPPETTA: Yes, he has.

MR. TRAINOR: No, he's not answered it.

Q. Is it your custom to delete your emails?

MR. CHIAPPETTA: Don't answer. Asked and answered.

Q. Is it your custom to delete your emails?

MR. TRAINOR: He's not answered the question.

MR. CHIAPPETTA: This is badgering, Patrick.

MR. TRAINOR: No, it's not.

MR. CHIAPPETTA: Yes, it is. My client has answered your question.

Q. I'm going to take that as it's not your custom.

A. That's not what I said.

MR. CHIAPPETTA: You can try to put words in my client's mouth. The testimony is the

Page 93

testimony.

MR. TRAINOR: Madam Court Reporter, I'm going to show Mr. Noshirvan a document and these are one of the documents that I sent over this morning. The first document I'm going to show him has the label -- the name of the file is Friend at Meta, hyphen, Danesh in Docuseries.

(Friend at Meta - Danesh in Docuseries is marked Exhibit No. P-1.)

Q. Mr. Noshirvan, can you please read under the date, October 7th, where it says October 7th, time, 7:17 p.m.

This is a communication between you and, I guess, Instagram account, BullyVille. Please read where it says October 7, 7:17 p.m.

A. This is BullyVille. He says, My account is about to be suspended.

Next line he says, Go look at my last post and share that, please.

And the following post he says, Looks like I might be done here.

Q. Please read your response to that October 7, 8:17, p.m.

A. I said, Hold on.

And next line I said, Let me get my

24 (Pages 90 - 93)

Page 94

friend at Meta.

Next line, I just reached out to her.

MR. TRAINOR: Madam Court Reporter, I'm going to show Mr. Noshirvan a file. This is -- this is file, Friend at Meta 3. This is Exhibit 2.

(Friend at Meta 3 is marked Exhibit No. P-2.)

MR. CHIAPPETTA: Since we're attaching these, I'm going to object these documents contain hearsay and are lacking in predicate.

MR. TRAINOR: Okay.

Q. Mr. Noshirvan, please read the top bubble on this -- this is a text message, it appears to be.

A. Yeah, it says, My friend @BullyVille has been going through a really hard time -- has been going really hard at my children's stalker and they've been reporting him nonstop. I'm afraid he's going to lose his account. Can you take a look at it, please?

Q. And this person, it's a blonde haired woman, appears to be?

A. Looks like it.

Q. Is that your contact at Meta?

A. Appears to be.

Page 95

Q. How does she respond?

A. She says, Absolutely. You definitely deserve support for what you're going through.

She's, of course, referencing the harassment by your clients.

MR. TRAINOR: Madam Court Reporter, I'm going to show Mr. Noshirvan a file named, Friend at Meta 2.

(Friend at Meta 2 is marked Exhibit No. P-3.)

Q. Mr. Noshirvan, please read the blue bubble.

A. Blue bubbles. Everything is here. There's a Google Drive link. Also, my Meta contact.

Q. And this is -- tell me if I'm wrong, but this is you sharing the identity and the name-- the person of your Meta contact with BullyVille Instagram. Correct?

A. False. I did not give him a name. I did not give him an identification. I just showed him the screen shot here. That screen shot is cropped.

MR. CHIAPPETTA: We lost the court reporter. Something is happening.

Madam Court Reporter, are you there?

Page 96

THE REPORTER: I am here.

MR. CHIAPPETTA: I thought we lost the court reporter.

Q. You're showing here -- you're showing BullyVille that you've reached out to your Meta contact for help preventing his account from getting banned, correct?

A. Did my best.

Q. Your contact at Meta will help you get -- prevents accounts from getting suspended. Correct?

MR. CHIAPPETTA: Objection. Misstates testimony.

A. No.

Q. In what way did I misstate testimony?

A. I never said she did anything.

Q. Well, you expected her to do something, correct?

A. I tried.

Q. Did you expect her to do anything?

A. I would -- no. There is no expectation. It's not like I could say do this and she does it. That's not --

Q. Well, it appears that's what happened.

A. Appears --

Page 97

Q. Can you take a look at it, please? She said, Absolutely. And then she says, You definitely deserve support.

A. Definitely sympathizes with what your client is putting me through.

Q. Account suspended?

A. I don't know. I don't recall. I don't have any evidence that she did anything about that. She doesn't have powers that go beyond somebody who works at Meta. Somebody broke the rules, they broke the rules.

Q. What department does she work in?

A. I don't recall. If somebody broke the rules, there is no way around that.

MR. TRAINOR: Nick, we're going to make a request for that name. I'm making a request for Mr. Chiappetta to do his best to identify the name of Mr. Noshirvan's Meta contact.

A. I should also point out that your associate, Joey Camp, posted that he wants the name of this Meta contact to harass her. I want that to also be on record as well. I know that's why you want the name as well.

Q. Yup, yup, you know that.

A. You said yup. That's why, okay.

25 (Pages 94 - 97)

Veritext Legal Solutions

800-227-8440                                                      973-410-4040

Page 98

MR. CHIAPPETTA: Let's not get argumentative, gentlemen.

Q. On TikTok, do you have a moderator?

A. Clarify, please.

Q. A moderator, a mod. Sometimes referred to as a mod. Do you have a mod for your TikTok account?

MR. CHIAPPETTA: Clarify the context.

Q. In any context.

A. In any context. Sure, like everybody else, you could add moderators to your LIVES and I take advantage of that.

Q. So what does your moderator do for you?

A. They can either mute or block people from harassing you when you're live. Everyone has that on TikTok.

Q. Who is your moderator?

A. I have a couple.

Q. Do you have a moderator who uses the name Cindy ESQ1?

A. Yes.

Q. Who is that person?

A. Cindy.

Q. Cindy what?

A. I don't know anything else about her.

Page 99

She's just someone that helps moderate my LIVEs when people are harassing.

Q. Is that the only thing she does is moderate your live events?

A. That's all moderators do.

Q. What sort of things does a moderator do?

A. I just told you. They will mute or block somebody that's harassing you in a LIVE. They don't have any -- everybody on TikTok is able to utilize this if they're able to go LIVE.

Q. Is this person compensated?

A. No.

Q. You do not pay your moderator. Is that correct?

A. That's correct. I don't pay anybody.

Q. Does TikTok pay your moderator?

A. No.

Q. Your moderator is -- let me confirm again. Her TikTok is Cindy ESQ1?

A. I have one moderator with that user name, yes.

Q. What's the other moderator that you have? What's her creator names?

A. I don't recall. Anybody can be a moderator.

Page 100

Q. So is Cindy ESQ1 the only moderator you've used more than once?

A. No.

Q. You don't recall any of the other names of any of your other moderators?

A. Just keeping track of LIVEs. Something that everybody utilizes on TikTok.

Q. What is your creator's email address? Cindy ESQ1, your moderator. What is her email address?

A. I don't know that. I'm sorry.

Q. You've never emailed her anything?

A. No. I mean, if I did email her -- no, I've emailed her before.

Q. To what email address?

A. I don't know. I don't have that information on hand.

Q. Will you be able to get that information?

A. Is there a reason we need that information?

Q. Yes. Will you be able to get that information?

A. For my LIVE moderator?

Q. I'm asking the question. You're able to

Page 101

get the information, yes or no. You said yes. So we want you to produce that.

A. I'm gonna leave it to my lawyer because I don't see how this relates, my LIVE moderator.

Q. Have you ever communicated with a person named Zach Fettel, F-E-T-T-E-L?

A. Doesn't sound familiar.

Q. Or Fetel, is that maybe his name?

A. I'm sorry. It doesn't sound familiar. Can you give me a little more context of this person?

Q. No. Have you ever made a video about Zachary or Zach Fettel, F-E-T-T-E-L or F-E-T-E-L?

A. I'm genuinely telling you I don't remember who this person is. If I have, I don't recall. I've made a lot of videos.

Q. Okay. Have you ever communicated with the person named Charles Wrestler?

A. That does not sound familiar at all.

Q. Have you ever been suspended by TikTok?

A. Any sort of suspension was overturned, so no. I'm not suspended.

Q. Before it was overturned, you were suspended at least how many times?

A. Well, it's overturned so it didn't happen. So zero.

26 (Pages 98 - 101)

Page 102

Q.   Was there a warning when that occurs or what happens?

A.   You get a ban notice and you have an opportunity to appeal it. I'm just answering your question here. But Joseph Camp had, again, posted about how he instructed his followers to mass report me and so they did, and so that got me banned and I provided the screen shot of Joey maliciously doing that to -- continuously send it to TikTok.

I never really got a response from them. Eventually, my account was tagged.

Q.   How many --

THE REPORTER:  I'm sorry, I didn't hear that.

THE WITNESS:  He asked how many days it takes.

MR. TRAINOR:  How many days did it take is the question that I asked.

A.   It varies.

Q.   More than one day?

A.   Sometimes. Sometimes it's minutes. Sometimes hours. I don't know how TikTok operates.

Q.   Okay. Are you aware that your attorney, in a recent filing, said that Joseph Camp's email address and other social media was, what did you say,

Page 103

pwnd, P-W-N-D. Are you aware of that?

A.   Yes. I saw that. It was Epic accurately screwed them over.

Q.   So other people had access to Mr. Camp's, I guess, social media and email addresses?

A.   That's not what that means.

MR. CHIAPPETTA:  Objection. Calls for speculation.

A.   That's not what that means.

Q.   Not what what means?

A.   Being pwnd, meaning that you had a data breach, doesn't mean that somebody has access to your account. Keep in mind that Joseph Camp is a hacker himself. He's been convicted of that felony. He's in control of those accounts and he's made that very clear.

Q.   Have you ever communicated with the person who controls social media account @thoringar, T-H-O-R-I-N-G-A-R?

A.   In what capacity?

Q.   Communicated in any manner.

A.   He's left comments to me before. I responded to them.

Q.   Have you ever spoken to him on a LIVE event?

Page 104

A.   On a LIVE event, I don't -- if he's in a LIVE --if he commented and I responded, I mean, sure.

Q.   Have you ever spoken to that person on the phone?

A.   No.

Q.   Via email?

A.   No.

Q.   Via text message?

A.   No.

Q.   Have you ever communicated with the person who controls social media account @redtruckfarmher?

A.   Yes.

Q.   How would you communicate with that person?

A.   Through social media.

Q.   What was that person's name?

A.   I don't know, actually. I don't know.

Q.   What is the person's name who operates --

THE REPORTER:  Say that one again.

A.   I don't know.

THE REPORTER:  What was the name?

MR. TRAINOR:  @thoringar, T-H-O-R-I-N-G-A-R. And the other one was

Page 105

@redtruckfarmher.

THE REPORTER:  Thank you.

Q.   When you communicated with your mod at CindyESQ1, what is the way you communicated with her? Just social media?

MR. CHIAPPETTA:  Objection, form.

Q.   Do you contact her through social media?

MR. CHIAPPETTA:  Same objection.

Q.   Is your only method of communication with CindyESQ1 through social media?

A.   I don't recall.

Q.   Do you recall ever sending her an email?

A.   No. I don't recall that.

Q.   Did you ever speak to her via mobile phone or telephone?

A.   No. She sent me an email one time. Voicemail left by Joey -- actually, it was a phone call by Joey Camp threatening to shoot her in the head. She did send me that, actually, now that I remember. Joey Camp threatened to shoot her in the head. That's on audio. We have that recorded.

MR. TRAINER:  We're going to take ten minutes. Go off the record for ten minutes, Madam Court Reporter.

VIDEOGRAPHER:  We are now going off the

27 (Pages 102 - 105)

Page 106

video record. The video time is 10:40 a.m.

(Recess is taken.)

VIDEOGRAPHER: We are now back on the video record. Video time is 10:53 a.m.

BY MR. TRAINOR:

Q. You have published TikTok videos where you've named certain people as being your stalker. Is that correct?

A. Yes.

Q. Is Courtney Cotsian one of the people you named that has stalked you?

A. Courtney Cotsian has -- has harassed me several times. I would elevate it to stalking.

Q. You have named her in your videos as being your stalker, correct?

A. A stalker. A stalker. Not -- yeah.

Q. How many stalkers do you have?

A. I would only consider -- currently, my current stalkers are Jennifer Couture, Ralph Garramone and who they seemingly employed, Joey Camp. You also participated in the stalking when you put billboards with my face on it in my town and Pennysaver ads, the commercial as well.

But you guys are all operating as a group, so if you're trying to say I consider everyone

Page 107

my stalker, it's whoever you guys teamed up with.

Q. You've identified and you've claimed that Tiffany Chhuom, C-H-H-U-O-M, you said she also stalked you, correct?

A. She's had contact with Joey Camp and, yeah, they coordinate together. Absolutely, why not?

Q. The question is, have you named Tiffany Chhuom as someone who has stalked you?

A. I understand you're purposely asking it simply and I'm giving you the exact answer. Yeah. She teamed up with you guys. Whoever you guys recruited.

Q. Is the answer yes or no that you named Tiffany Chhuom as being your stalker?

MR. CHIAPPETTA: Asked and answered.

Q. And have you named Rebecca Bloomer as somebody who stalks you?

A. Is that somebody that you guys have worked with? If so, then yes.

Q. Have you named Tiffany -- I'm sorry, Rebecca Bloomer as somebody who stalked you?

A. The people that I consider my stalkers are Ralph Garramone, Jennifer Couture and Joey Camp and anybody else you guys recruited to a conspiracy.

MR. CHIAPPETTA: Objection to form.

Page 108

Q. You have created videos where you have named Rebecca Bloomer as your stalker. Isn't that right?

A. Anybody that you guys have decided to conspire with, yeah, I consider them a stalker.

Q. But you have named Rebecca Bloomer as somebody who stalks you. Isn't that right?

A. I mainly consider your clients and yourself as the stalkers and anybody you have recruited.

Q. You have also said that Brian Carlson is somebody who stalked you. Isn't that right?

A. If you're trying to make it look like I think everybody is a stalker, it just happens to be the people you guys communicated with.

Q. I'm just asking you questions about people you named as being your stalker.

A. I understand that the question is loaded and so I won't answer it the way that you want.

Q. The question is not loaded. The question is a simple statement of fact. You have named Brian Carlson as a person who stalked you. Isn't that right?

A. I'm telling you that you guys are the people who are stalking me. Anybody you recruited,

Page 109

including Brian Carlson, Rebecca Bloomer and anybody else. You're the one giving me the names.

Q. And you have also named Ken Brown as somebody that stalked you. Isn't that right?

A. No.

Q. You have also said that Lara Smith --

MR. CHIAPPETTA: Form.

Q. -- is somebody that stalked you. Isn't that correct?

MR. CHIAPPETTA: Can we stop with the leading questions?

Q. You have produced videos where you have named Lara Smith, also known as @prettybasic on TikTok, as a person who stalks you. Isn't that right?

A. In context, she stalked me by posting about this case incorrectly, the way you guys prefer, putting incorrect information, so I believe she conspired with you guys. Yes. She stalked me because you guys did.

Q. And in your videos, in videos that you have published, you also said that a person named Shauna Johnson is someone who stalks you. Isn't that right?

A. No. All I have done is said what I

28 (Pages 106 - 109)

Page 110

previously said.

Q.   And in your videos you have said that a person named Cassandra Wile stalks you.  Isn't that correct?

A.   There is only one group of people that showed up at my house and took pictures of me and my children and that's Ralph Garramone, Jennifer Couture and your group, so anybody you guys conspired -- if you're giving up names right now, yeah.  Otherwise, those are my stalkers, you guys.

Q.   I'm asking you questions --

A.   I'm answering.

Q.   -- about the videos you published.

A.   Okay.

Q.   The videos you publish, all the names I've just mentioned --

A.   Uh-huh.

Q.   -- are people you have said have stalked you.  Isn't that correct?

A.   What is correct is that you and your associates did conspire to stalk me, yes.

Q.   The answer -- I'm going to ask -- not asking what you believed happened.  I'm asking, in your own videos, you have named these persons as persons who have stalked you.

Page 111

A.   I have evidence that you guys stalked me.  It's not me saying it.

MR. CHIAPPETTA:  Danesh, I need you to narrow your focus a little bit here.

A.   Apologize.  I don't recall.  Strictly as a stalker -- in my videos, strictly as a stalker for a specific group of people.

Q.   You have also said that many people have shared photographs of your children.  Isn't that correct?

A.   I don't recall what you're talking about.

Q.   Madam Secretary -- Madam Court Reporter, forgive me.

THE REPORTER:  Yes.

MR. TRAINOR:  I'm going to show a video, and I have to send this video to you.  This will be a video, Plaintiff's Exhibit 1.  Due to the size of this, I have to send it to you after the hearing today or after the deposition today.

The name of this video file is, Danesh admits hacking other people pictures of his kids and red redactions.

MR. CHIAPPETTA:  Objection.  Who published the video?

Page 112

MR. TRAINOR:  He did.  His video.

MR. CHIAPPETTA:  Don't respond until the entire video is done.

MR. TRAINOR:  Sure.  Right.

THE REPORTER:  This would be P-4, not P-1, correct?

MR. TRAINOR:  This is a video.  Do you want to distinguish the video from the other ones, the regular files?

THE REPORTER:  That's up to you.  It doesn't need to be.

MR. TRAINOR:  Okay.  Make it four.  That's fine.  Whatever is easiest for you.

THE REPORTER:  Okay.  Thank you.

(Danesh Admits Hacking Video is marked Exhibit No. P-4.)

MR. CHIAPPETTA:  You're not going to video tape -- or video it before you show it?

MR. TRAINOR:  I'm going to show it.  I'll get it open.

Q.   Do you recognize yourself there?

A.   Yes.

(Video playing:  This is going to be the last video in a series of Zach's malicious doxxing discord.  Now they have special tabs here of people

Page 113

that they have targeted.  Warrior, I went in and gave him the information that was in there.  They targeted his family, I wanted him to know.

We went through mine last time and since then I've gone through Aunt Karen's and Savannah's at the same time.  The rampant amount of misogyny, the sexism, the sexualization, dehumanizing them as women, they do this on their LIVES as well in front of all of you.  You all see them do this.  They do it.  All the worst of them get together.  And look, they even included Jen Welsh Whitman.

But bad words are not illegal.  Bad words are not going to get them in trouble.  The reason why I believe they're gonna get in trouble, this is a group that coordinates doxxing attacks, getting information like Social Security numbers, sharing pictures of children, aiming to bring harm to people, to extort them, to blackmail them, to harass people, months on end.  Send out false police reports, false FBI reports, false reports -- just false reports because they're obsessed with this idea of trying to bring harm to any of us in this group or even people who are not listed here in the tabs.

Every single word in that discord was recorded.  All of it.

29 (Pages 110 - 113)

Page 114

I can't, obviously, show everything to you in these three-minute segments, but I can put them on a Google drive and provide them to the FBI. I can and have already done that, along with the names of every single person in that discord, which I wasn't going to name, until it came to my attention that one of Zach's friends has been sharing pictures of me playing with my children in the driveway of my home.

Okay. We're going to this and this. Do you see that? I'm not like you. I don't extort people. I didn't tell you to get off this app or I'll release everyone's names. I'm telling you to get off the app and I'm releasing everyone's names. (Music playing.) I am one of most hated people on the right and the left had just discarded me but even at my most vulnerable, all alone, the political party turned against you. Your friends turned against you.

Zach, if you couldn't beat me like this, get it through your head, you can't beat me. I win. And I'll always win. Fuck off.

(End of video playing.)

THE REPORTER: Do you want me to transcribe all of that?

MR. TRAINOR: No. I have the video as

Page 115

an attachment. So that will be added. You will have that and Mr. Chiappetta will have it.

If you're required to transcribe it, I guess you have to wait for the video but that would be fine if you can.

THE REPORTER: You do want that on?

MR. TRAINOR: We will finish that afterwards, Madam Sec -- Madam Court Reporter.

MR. CHIAPPETTA: I'm going to need clarification here. How does this video relate to Garramone's only remaining claims of conspiracy and tortious --

MR. TRAINOR: This deposition, I'm getting to the facts here.

MR. CHIAPPETTA: No. It has to relate to the complaint.

MR. TRAINOR: I'm allowed to impeach his testimony.

MR. CHIAPPETTA: What testimony? Okay. You're going the impeach him with this.

MR. TRAINOR: I already have. He said repeatedly, I am and my clients are taking a photo of his children and here he's saying somebody else did it.

MR. CHIAPPETTA: That's improper

Page 116

impeachment. Objection.

MR. TRAINOR: That's what I'm saying. Okay. Moving on, Madam Court Reporter.

Q. Have you ever presented your -- let's just say you have presented your TikTok account as a television show. You've pitched that to television production companies, correct?

A. No. They approached me.

May I have a moment to say something to my lawyer?

Q. Yes.

MR. CHIAPPETTA: Off the record.

VIDEOGRAPHER: We're now going off the video record. The time is 11:05.

(A discussion was held off the record.)

VIDEOGRAPHER: We are now back on the video record. Video time is 11:07 a.m.

MR. CHIAPPETTA: Before we continue the line of questioning, I want to raise an additional objection that plaintiffs bar the video as an improper character evidence, but since it was shown to my client, my client would like to make a statement about it.

A. Yes. Although I was wrong about who targeted my children, in those videos, what you just

Page 117

showed, in that -- no, I'm going to answer -- in that discord, they discussed communicating with Jennifer Couture and the lining was that they did, and I can provide you that evidence after this. They name her and told her they're going to give her all my personal information, including my mother's, to target her. They specifically named Jennifer Couture in that discord.

So, I'll be happy to provide that since you --

Q. Mr. Noshirvan, you testified earlier that you were only in one discord.

A. I wasn't in this discord.

THE REPORTER: I'm sorry. I couldn't hear you.

MR. TRAINOR: I said Mr. Noshirvan testified earlier that he was only in one discord.

MR. CHIAPPETTA: Objection. Misstates testimony.

A. I wasn't in this discord.

Q. How did you get access to this discord?

A. People who are in the discord found it disgusting, what they were doing, and they told me everything, including screen shots of your clients working with them. I mean, states your client's full

30 (Pages 114 - 117)

Page 118

name.

THE REPORTER: I'm sorry, Mr. Trainor, I can't -- I'm sorry, I can't hear Mr. Trainor. Excuse me. I'm not writing. Excuse me, hello, hello.

Mr. Trainor, I can't hear you.

MR. TRAINOR: I'm sorry.

MR. CHIAPPETTA: Madam Court Reporter, when you are ready and situated, please let me know so I can properly raise my objection on the record.

THE REPORTER: I got to where it says, states your client's full name, and then it looked like the witness was conversing with Mr. Trainor but I could not hear what Mr. Trainor was saying.

MR. TRAINOR: What I said was that earlier Mr. Noshirvan testified that he was only in one discord, but now he's testifying that he has evidence and information from a second discord that he was, apparently, into it or involved in it.

MR. CHIAPPETTA: Objection. Misstates testimony. Counsel is testifying. Mischaracterizes testimony.

MR. TRAINOR: I'm asking was Mr. Noshirvan in more than one discord server?

MR. CHIAPPETTA: You asked if he hosted a discord --

Page 119

MR. TRAINOR: I didn't ask if he hosted a discord server.

A.    I was not in this discord.

Q.    How did you gather all the information, every word that you said in the video, every word from the discord server?

A.    There was a lot of people in that discord. They saw that they were trying to target my children and align with your client and they found it repulsive and they wanted to tell me because they wanted no part of that.

Q.    Who were those persons?

A.    I don't recall.

Q.    Then you have nothing.

A.    I have the entire --

MR. CHIAPPETTA: Objection. Objection. I move to strike Mr. Trainor's statement of you have nothing. Counsel is not allowed to testify here.

Q.    If you cannot produce the names of the person who allegedly gave you something, what do you have?

A.    The entire discord.

Q.    How did you obtain that?

A.    It was given to me when they saw that the people inside of this discord were trying to

Page 120

target.

Q.    Who gave it to you?

A.    People in the discord.

Q.    What are their names?

A.    I don't recall.

Q.    What are their email addresses?

A.    I don't recall.

Q.    What are their discord server names?

A.    I don't recall.

MR. TRAINOR: We're going to -- I'm questioning the voracity of Mr. Noshirvan's statements. If someone gives you an entire discord server --

Q.    Do you recall the date you received it?

A.    No. I don't recall the date. I don't have that information in front of me right now.

Q.    How did you receive it, as an email?

A.    I don't recall. I believe so.

No, it was -- I believe one of the people call themselves the mole, posted it on YouTube, in it's entirety.

Q.    What was that YouTube account?

A.    I don't recall. I don't have that in front me right now. This was a while ago.

Q.    You can obtain that?

Page 121

A.    I can see what I can obtain. I can definitely show your client's name in there.

MR. CHIAPPETTA: I'm going to object here. This is way outside the scope of the 0340 case. If you want to address it and request this information in the 1218 case, that's well within the scope of the pleadings. This is outside the scope of this case, Mr. Trainor.

MR. TRAINOR: There's no scope of this case. We're in a deposition. I can impeach on what he's saying. You also raised defenses in your answer to the complaint that address this type of information.

He's making sorts of contradicting testimony that is not appropriate here.

Q.    Let's go back to this. You said you were approached by a television production company. What did they ask you to do?

A.    I was approached by a producer, once, asking if I was interested in a TV show, but it never came to fruition.

Q.    And who was that producer?

A.    I don't recall.

Q.    What was the name of the producer's company?

31 (Pages 118 - 121)

Page 122

A.   I don't recall.

Q.   Do you know when they approached you?

A.   Not off the top of my head.

Q.   Were you paid any money to produce a draft or a pilot of your proposed show?

A.   No.

Q.   What did you prepare to present your show -- television show idea?

A.   Nothing. It wasn't my idea. It was the producer's idea. They put together a story board.

Q.   And did you have authority to approve or not approve that story board?

A.   It wasn't picked up by anyone. There is nothing.

Q.   Did you have the ability to approve or disapprove of a story board they created for a television show about your social media account?

MR. CHIAPPETTA: Asked and answered. He said it wasn't picked up, therefore, he wouldn't have authority with the actual producer.

MR. TRAINOR: I don't know that. You're putting facts in testimony. I have no idea. I asked him a question, a simple question.

Q.   Do you approve or have -- did you approve their story board?

Page 123

A.   I didn't approve or not approve. There was no option to do that, to answer your question accurately.

Q.   You didn't draft anything along those lines?

A.   No.

Q.   And you've communicated with social media account LIVE, period, with, period, shig. Isn't that correct?

THE REPORTER: Life with what?

MR. TRAINOR: Shig, S-H-I-G.

A.   Yeah. At some point. I'm sure I have.

Q.   When was the last time you communicated with that account?

A.   I don't recall.

Q.   More or less than one year?

A.   Probably less.

Q.   What is that person's real name?

A.   I don't recall. I think it might be Fig. That's what he goes by.

Q.   Is that a first name or last?

A.   I genuinely don't know.

Q.   Are you familiar or are you acquainted with James McGibney?

A.   I'm familiar with him, yes.

Page 124

Q.   Does James McGibney control Instagram account Instagram.com/BullyVille?

A.   Yes.

Q.   Does he control the website BullyVille.com?

A.   I assume so.

Q.   You've communicated with James McGibney. Isn't that correct?

A.   I have.

Q.   In what manner have you communicated with him?

A.   He reached out to me when he saw us being harassed by Joey Camp. As a former victim himself, he was interested in helping me.

Q.   That's not the question I asked.

A.   That's the truth.

Q.   The question I asked you is, what is the method in which or the manner in which you communicated with Mr. McGibney? Do you communicate with him via telephone?

A.   No. I didn't understand. No. He messaged me on Instagram and we have spoken on the phone.

Q.   How have you spoke to him on the phone? What phone number did you call him?

Page 125

A.   I don't recall. I don't have that in front of me.

Q.   Is that something you are able to obtain?

A.   His phone number?

Q.   Correct.

A.   I'll see if I have it. Yes.

Q.   When was the first time you communicated with Mr. McGibney?

A.   Um, I believe it was when he reached out.

Q.   When was that?

A.   I don't know that off the top of my head.

Q.   Was that in the year 2022?

A.   Was that -- whatever was in the evidence. I don't recall off the top of my head. The years are all mushed together after having kids.

MR. CHIAPPETTA: Can you clarify what you mean by evidence because it's not.

A.   You're right. It's not evidence. It's in the screen shots that you asked for in discovery, but it shows it there, in the first communications.

Q.   Did you communicate by email?

A.   No, I don't communicate with him through

32 (Pages 122 - 125)

Page 126

email. Oh, yeah. I do through Instagram, through telephone, yeah. That's about it, and text messages, yeah, and I provided that.

Q. The mobile phone is the same phone you used to send text messages, correct?

A. Yes.

Q. When is the last time you communicated with him?

A. I don't recall. I don't recall specifically when, but...

Q. Recently?

A. Yeah.

Q. Within the last month?

A. Sure, yeah.

Q. Was it later than January 10, 2024?

A. Yeah. Yeah.

Q. What was the subject matter of your communication with Mr. McGibney?

A. He just sends me things that he posts. He posts something and he forwards it to me. It's an option on Instagram gives you to send your newly posted thing to other people. I don't respond.

Q. When we served your attorney with a request for documents related to the communications -- your communication with

Page 127

Mr. McGibney --

A. Uh-huh.

Q. -- did you relay that information to Mr. McGibney?

A. Well, yes, of course.

Q. And did you tell Mr. McGibney that he had nothing to worry about and you were not going to turn over your communications?

MR. CHIAPPETTA: Objection, form.

Q. Did you ever tell Mr. McGibney you were not going to turn over your communications with him to me?

A. I don't recall, but I did provide them. I didn't want to, of course, because I don't believe -- I believe that it's going to be used maliciously, but I didn't want to give you guys anything, but I have to do what I have to do and I did.

MR. TRAINOR: We just request the communications after January 10, 2024.

MR. CHIAPPETTA: Please state the relevance on the record in relationship --

MR. TRAINOR: Continuing effort to produce discovery materials, and the relevance issue is not an issue.

Page 128

MR. CHIAPPETTA: Please state it on the record for me, Mr. Trainor.

MR. TRAINOR: You have an obligation to produce discovery. That's all.

MR. CHIAPPETTA: I understand that. Now I'm asking you, how are communications that occurred after January 24th relevant to Garramone's claims of conspiracy to -- tortious interference and conspiracy to tortiously interfere?

BY MR. TRAINOR:

Q. What other email or Instagram, or what other social media accounts do you know Mr. McGibney by besides BullyVille?

A. That's it.

Q. Do you know him by @realbullyville?

A. I don't know. I don't know. I only know -- it's an Instagram account and that one I can tell you is him. It's verified. What is @realbullyville?

Q. Is that a Twitter?

A. I'm asking you. What is that on?

Q. It's Twitter.

A. Twitter, okay.

Q. Do you use that --

MR. CHIAPPETTA: Objection. Are you

Page 129

stating that @realbullyville is a Twitter account? Because the record is unclear.

Q. I'm asking -- my question is, do you know of any -- Mr. McGibney has any other social media accounts?

A. No, I don't.

Q. Mr. McGibney is -- I don't know if he's staring or he's producing a docuseries at this time. Is that correct?

A. He says he is. I don't have any knowledge of it.

Q. Are you planning to appear or be interviewed in that Docuseries?

A. I don't know. I don't know if it's actually something that is happening.

Q. I mean, have you and him ever had communications concerning you appearing in that Docuseries?

A. He's discussed this Docuseries. I have my doubts that it's something that will come to fruition. I just don't know if the subject matter is very interesting.

Q. Has he confirmed to you that it's definitely 100 percent ongoing?

A. No. I mean, I know I don't -- he talks

33 (Pages 126 - 129)

Page 130

about it publicly. So whatever he said publicly. I don't -- I can't tell whether this is something that is actually --

You see, I've worked in comedy for a long time. Usually, if there is a production coming on TV there would be contracts that are signed. There would be things that would be passed around.

I haven't seen anything like that. I don't know of anything like that. If there is, I'm not knowledgeable about it. Other than what he posts online.

Q. Madam Court Reporter, I want to return to Exhibit 1. This is -- you have it in front of you, Mr. Noshirvan?

A. Yes.

Q. Top of it, it says, Screen shot.

Now, this says -- I'm reading as if BullyVille is talking, he says, I'm just getting started. Then it says, You, my friend, are in a Docuseries as we speak.

A. Uh-huh.

Q. Were you ever interviewed for that Docuseries?

A. No.

Q. Did Mr. McGibney ever tell you that he

Page 131

had set aside time for you to be interviewed for that Docuseries?

A. Besides what you see here, no.

Q. At no other time did he ask you or tell you you'll be interviewed for 15 minutes upcoming? No other time --

A. We have not scheduled anything. He talks about it like something is going to happen. If it does, I have no knowledge.

He's produced documentaries in the past that have been very successful on Netflix, so it's possible. But I have nothing to do with it. I mean the production of it or have knowledge of the production of it.

Q. But has he told you that you are going to be a subject within one of the episodes of his Docuseries?

A. It says right here, You, my friend, are in a Docuseries as we speak.

MR. CHIAPPETTA: He's asking outside of this document.

A. Oh, Oh, Oh.

MR. CHIAPPETTA: All of your communications.

A. Yes. Yes. He said that I would be in

Page 132

this documentary.

Q. Were you interviewed for that documentary?

A. No.

Q. Have you communicated with the person who controls Twitter account, @Credibleintel?

A. I'm not on Twitter so I'm not able to communicate with him on a Twitter account. But I have communicated with him.

Q. How have you communicated with him?

A. I've communicated with him through Instagram, through other forms of messaging.

Q. What are those forms?

A. I'm trying to remember. Signal.

Q. What is his Signal account?

A. It's the same thing as his user name @Credibleintel.

Q. What other forms of communication have you used to communicate with him?

A. That's it.

Q. What is that person's real name?

A. I don't know.

Q. What is that person's email?

A. I don't know.

Q. Has this person, Credibleintel, ever

Page 133

provided you with help with anything?

A. He posts truthful facts about this case and I found that very helpful because there is misinformation out there.

Q. Where does he get truthful facts from?

A. I don't know.

Q. When was the first time you communicated with him?

A. I wouldn't know the exact date off the top of my head. I know it's when Joey's harassment began because he's, of course, dealt with Joey's harassment in the past and he wanted to help me because he saw that I was being -- me and my family were being tortured by him.

Q. So was that in 2021?

A. No. That would be when -- that would be when Jennifer and Ralph began the harassment campaign against me, so that would be 2022.

Q. So you just said earlier -- so Credibleintel, how has Credibleintel been interactive with Mr. Camp?

A. What do you mean?

MR. CHIAPPETTA: Objection. Calls for speculation.

MR. TRAINOR: He just said he,

34 (Pages 130 - 133)

Page 134

Credibleintel was familiar with Mr. Camp.

A.    Previous crimes and his victims.

Q.    What previous crimes? Talking about ten years ago?

A.    No. He was actually -- there was actually a warrant out for his arrest prior to harassing me, from Lee County Sheriff's Office, they did not serve that warrant to arrest Joseph Camp because the victim died of cancer, unrelated, so there was no victim in the case to testify, so Joey got away with --

Q.    When was that warrant issued?

A.    That was, I believe, issued in 2021.

Q.    2021?

A.    If I'm not mistaken. It is a real warrant that exists.

Q.    Does a warrant mean you're guilty? Correct?

A.    Is that what you believe?

MR. CHIAPPETTA: Objection. Form.

Q.    Does a warrant mean that you're guilty of something?

A.    I don't understand the question. No. A warrant means that you are going to be arrested. The court said that you should --

Page 135

Q.    And you said that was issued in 2021?

A.    Yeah. For the harassment of Judge Kirkleer.

Q.    Judge what?

A.    If I'm saying her name right, Judge Kirkleer. I may be saying her name wrong.

Q.    You said she passed away?

A.    Yes. Due to cancer. Not due to Joey. I'm not blaming him, although the added stress probably did not help. He also made several posts about how he was happy about doing that and sent me --

Q.    We're not here for that.

Okay. You mentioned Lee County Sheriff's Office. You have spoke with the Lee County Sheriff's Office. Is that correct?

MR. CHIAPPETTA: Objection, form.

Q.    You have -- have you ever contacted -- communicated with the Lee County Sheriff's Office?

A.    Yes.

Q.    When did you have your first communication with Lee County Sheriff's Office?

A.    When I found out your client was behind that harassment campaign with Joey. I let them know that she was on probation while doing this and wanted

Page 136

her to be held accountable.

Q.    Accountable for what?

A.    For stalking me and my children and for doxxing us, the legitimate form of doxxing, and hiring out Joey Camp to harass and torture me and my family.

Q.    In the video we showed earlier, you identified somebody else as --

A.    Yes. And if you do not apply any context to it, it may look strange, but if you do apply context, you would know that video is a year before. I told you already it was incorrect.

And in that discord that you're discussing, they discusses reaching out to your client -- I'm answering you -- to further harass me.

Q.    So what is the date of that video?

A.    I don't recall exactly. I don't recall the exact date.

Q.    You said it was a year before. A year before what?

A.    I'm just guessing. It may be either a year before, couple months before. It was prior to -- to what had happened with your clients coming to where I live and taking photos of my children. It's, perhaps, where they got the idea since in that

Page 137

discord they do talk about reaching out to your client.

Q.    So how many people are taking pictures of your children?

A.    I mean, you would know. It was your friends who did that. It's your operation.

Q.    How many people are taking pictures of your children?

A.    You tell me. I would love to know that answer.

Q.    You just said a video where somebody else says --

MR. CHIAPPETTA: Objection. Argumentative.

MR. TRAINOR: I'm not arguing. He's not answering the question.

A.    So far, your clients.

Q.    You realize your video -- your own statements in the video contradict the testimony you're making right now.

A.    That video is not under oath.

MR. CHIAPPETTA: Objection, argumentative.

MR. TRAINOR: It is a past statement of a party opponent. He cannot -- we're good.

35 (Pages 134 - 137)

Page 138

Q. How many times did you call the Lee County Sheriff's Office?

A. I don't recall.

Q. Was it more than once?

A. Every time I feared for my safety and my children's safety, because of your clients' actions, I contacted them.

Q. Now, did you ever encourage any of your followers to call Lee County Sheriff's Office?

A. I don't recall.

Q. Is it something you normally do is to encourage your followers to take an action?

A. No, not something I normally do, but in the case of your client harassing my children, I was very terrified for our safety.

Why did you roll your eyes at that? It's a very terrifying thing that your client did.

Q. What is the subject matter of your communication with Lee County Sheriff's Office?

A. Help me. Help me. Me and my children are being stalked and harassed and doxxed by Jennifer Couture, Ralph Garramone and Joey Camp. Here's all the evidence. He's on probation.

Q. Now, at the same time you were making these calls to Lee County Sheriff's Office, you were

Page 139

also producing videos about the plaintiff and also Jennifer Couture. Is that correct?

A. I was producing videos only to say what they were doing and asking them to stop. I just wanted it to stop.

My first video since the harassing campaign began was a viral video of me saying, Jennifer, please leave me and my family alone. That's all I said.

Q. How many videos, in total, did you make about Jennifer Couture?

A. During which time?

Q. Since January of 2022.

A. And this is relevant --

Q. Relevance is not an issue.

A. Her claims are dismissed with prejudice. I just want to understand.

Q. Relevance is not an issue.

A. Okay. I made a video every time I felt fear for the safety of me and my children. A lot of those videos were, you're going to get in trouble for what Joey Camp's doing, so please stop. Basically, me pleading with her to stop.

Q. Your evidence of Joey Camp is secondhand from Glyn and Keeley Taylor?

Page 140

A. There are millions --

MR. CHIAPPETTA: Objection to the statement secondhand.

Q. I'm asking the question. The information you are saying about Mr. Camp is coming from Glyn and Keeley Taylor.

Is that correct?

A. It's coming from many places. Not just limited to that.

Q. Who else is it coming from?

A. We've provided a lot of the evidence.

THE WITNESS: Do we need to provide everything?

Q. Yes, you do.

A. There are several, several different ways.

Q. Name them?

A. Ask the question again and I'd be happy to.

Q. Who are the persons you're talking about that tell you all this information about Mr. Camp?

A. Pretty much everyone in Jennifer's life, especially the ones that she's been harassing, including her family members, not limited to her -- I'm answering you. Not limited to her ex and Shellie

Page 141

Botyos, who were harassed by both Joey and Jennifer Couture.

Q. Say the names, please.

A. Shellie Botyos, Chris Couture, of course you're familiar with Glyn Garramone, Keeley. Several other people that I don't know the names of at this moment.

MR. CHIAPPETTA: May I interject here? In the 1218 case, Garramone Plastic Surgery propounded interrogatories. An entire list was provided to your client.

MR. TRAINOR: We're talking about this case. Let him testify.

MR. CHIAPPETTA: I understand. I want the record to reflect that in Garramone Plastic Surgery's possession, your clients, they have --

MR. TRAINOR: Please let him testify.

MR. CHIAPPETTA: -- an entire list.

MR. TRAINOR: Let him testify.

MR. CHIAPPETTA: Go ahead.

A. The police pinged Joey at Jennifer and Ralph's location during the time of harassment. Joey himself made LIVE videos showing himself --

Q. What police pinged Joey?

A. Pennsylvania State Police.

36 (Pages 138 - 141)

Page 142

Q.   The Pennsylvania State Police.  Did they have a warrant for that?

A.   I don't know how police stuff works. I'm not a cop.  They obviously found a reason to.

Q.   How would they have pinged Joseph Camp?

A.   I don't know how that all works.  You know how it works, right?

Q.   I'm assuming they would need a warrant to access someone's cell phone data.

MR. CHIAPPETTA:  Objection.  Calls for speculation.

Q.   I just said I'm assuming.

My other question is, so they were conducting the investigation and they told you information related to the investigation?

A.   Yup.

Q.   They told you they pinged Joseph Camp where, exactly?

A.   Where your clients are.

Q.   Where is that?

A.   In Florida.  In the area that they're located in Florida, which Joseph, himself, posted LIVE videos at on their property.

Q.   The area of Florida is a very big state.

A.   The exact area that your clients are.

Page 143

Q.   So, did they give you the GPS coordinates or how did they tell you exactly where he was?

A.   They told me what city he was in.

Q.   Two people possibly in the same city doesn't mean they're together.

A.   Yes.  But doing a LIVE at this person's ranch saying I'm at my boss's estate.  Also doing LIVEs at their pool, being on their property, being seen on their property by other people.

Q.   Who is giving you this information?

A.   Everyone that Jennifer knows that she's harassed.

Q.   What are these people's names?

A.   I was giving them to you, sir.

Q.   What are these people's names?  The Pennsylvania State Police?

A.   I was giving you several names of people who have not only been harassed by Joey and Jennifer, including, not unlimited to, her ex and Shellie and her own daughter.  There are --

Q.   Shellie's daughter?

A.   Jennifer's own daughter.

Q.   You spoke to Jennifer's child, minor child?

Page 144

A.   No. I spoke --

MR. CHIAPPETTA:  Objection.

A.   -- to her mom.

MR. CHIAPPETTA:  There is no testimony with regards to if there is a minor involved or not.

MR. TRAINOR:  He just said he spoke to Jennifer's daughter.

A.   I spoke to her stepmom.  I said that, Shellie, that's her stepmom.

Q.   Whose stepmom?

A.   Look, I don't know the exact -- if you're trying to just mess me up, I don't know the exact relationship.  I don't care about her and her family.  I don't stalk her.  She does that to me.

MR. CHIAPPETTA:  We need to go back because you two are talking over each other and it's unclear.  When you were talking about Shellie, were you referring to Emily Botyos, or someone else?

THE WITNESS:  Yes -- yes.  I was talking to Shellie because I did not communicate with Emily. In fact, the only communications I had with Emily were getting in touch with Shellie because she was scared of your client and Joey Camp and what they were doing to her and her family.

Q.   Did you contact Shellie first or did

Page 145

Shellie contact you?

MR. CHIAPPETTA:  Asked and answered.

MR. TRAINOR:  He just brought it back up.

Q.   Relevant to that question -- that statement you just made, did you contact Shellie first or did she contact you?

A.   I was told she wanted to speak with me and I was given her phone number.

Q.   Who did that?

A.   Emily did.  Her stepdaughter.

Q.   So Emily contacted you first?

A.   Messaged me and said, Can you reach out to Shellie.  I spoke to her and she said, These people are harassing me.

Q.   Emily messaging was, obviously, Emily communicating with you.  Is that correct?

A.   As I said before, that's the only communication I had with her.

Q.   Just once?

A.   I don't communicate with her other than that.

Q.   You were told --

A.   That's it.

Q.   You only had one communication with her?

37 (Pages 142 - 145)

Page 146

A.   That's it.  That's all the communications we had.

Q.   Do you recall the date you had that one communication with Emily Botyos?

A.   Not off the top of my head.

Q.   Was that in or about January of 2022?

MR. CHIAPPETTA:  Objection.  Asked and answered.

Q.   Can you estimate the date?  Was it about January 2022?

A.   I'm sorry.  I don't recall.

Q.   Do people ever create websites about you?

A.   Joey Camp did.

Q.   He did.  What was the name of that website?

A.   I believe he used my -- he masked the website as my user name dot com, @thatdaneshguy.com and he made several websites on different hosts.  I contacted the hosts and I showed them the evidence of who Joey is and what he's doing and they immediately shut it down and issued an apology.

Q.   Who was the hosts?

A.   I don't know top off the top of my head.  I can provide that.

Page 147

Q.   How many total websites did you do that for?  Was it just one?

A.   No.  It was multiple.  I don't remember how many off the top of my head.

Q.   And all you had to do was contact the host and they immediately took the website down?

A.   Once they see who Joey Camp is, most people don't want to be associated with that, what he's doing and the type of doxxing he engages in.

Q.   So --

A.   Most people find it distasteful.

Q.   I'm trying to get to the bottom of it.  So they're hosting his website and you can just call them and they get it taken down?

A.   I contacted the host of the website and I said please review what this person is doing and please help me.  I show them the police report number on Joseph Camp and Jennifer and all of them.  I provide them all the evidence.

And like anybody, any rational person, they look at this and go, wow, this is horrible.  Don't worry.  We'll take care of it.

Q.   How did you contact them?

A.   Through email.

Q.   Through email.  How long did it take for

Page 148

them to, I don't know, disable or --

A.   Not very long.  Most people don't want to be associated with Joseph Camp.

Q.   It was more than one website?

A.   Yeah.  It was the same website your client kept referencing when she posted on her Instagram to try to defame me as well, and on her Twitter.  Posted multiple times.

Q.   And you know for certain she controls those Twitter and Instagram --

A.   That was confirmed, yes, absolutely.  She follows --

Q.   Who confirmed it?

A.   -- she's mutual friends -- she's mutuals with her family members and has been for a while, and I confirmed with them is this the account that you know Jennifer is behind, and yeah --

Q.   Who are the family members that you confirmed that with?

A.   I don't know off the top of my head.  I wouldn't have that off the top of my head.  It was quite obvious it was hers.

Also, the email addresses are associated with it as well.

Q.   Do you have those email addresses?

Page 149

A.   Not right now in front of me, but it's very simple --

MR. TRAINOR:  Nick, we're requesting the names of these people he's referencing, the family members that he spoke to.

MR. CHIAPPETTA:  Okay.  I want clarification as to family member.  Are you referring to ex's or are you referring to blood line individuals.

A.   Thank you.  I would like to be more specific on that.  It would be people that know Jennifer's personal LIVE, who have been either afraid of her because they have been targeted by her, but can't say anything.  Maybe they signed an NDA or something, but it's very clear the people she followers, people that follow her back and the consistency of that account and if -- any of the accounts are all registered to the emails she uses.  It's very much her.  I mean, it's pretty obvious, consistent with everything --

Q.   But you don't have any actual evidence of --

THE REPORTER:  I'm sorry, I didn't hear you, Mr. Trainor.

MR. TRAINOR:  I asked him if he has any

38 (Pages 146 - 149)

Page 150

actual information of -- to support his testimony. Actual information or evidence to support his testimony.

A.   An overwhelming amount was my answer. That's why these hosts are so quick to shut down these websites. It's pretty simple for an average person to see it and go oh, yeah, that's correct. Probably the same reason your client's claim got dismissed with prejudice.

Q.   I'm seen your information. It's nowhere near correct. Let's go on.

A.   And the information your client is posting is correct?

MR. CHIAPPETTA:  Stop, stop.

A.   That I'm a child killer?

Q.   When you --

MR. CHIAPPETTA:  Stop. This is argumentative. Just stop.

Q.   Let me ask you something about your followers. When you produce information into a video and you create information, is it your expectation that your followers are going to do anything with that information?

A.   No.

MR. CHIAPPETTA:  Asked and answered.

Page 151

Q.   So, it's just you're putting it out there. Is it a conquest to show that you discovered that information?

A.   I thought we already answered these questions at the beginning.

MR. CHIAPPETTA:  I'll object to the form. I'm also going to object, argumentative.

Q.   When you produce this information, your testimony is that you have zero expectation that your followers, not all, but even a small subset of your followers, they won't act on that information?

A.   The same way you don't expect somebody to act on information they hear on the news. I mean, that's pretty logical. I don't direct anybody to do anything like that. Absolutely not. That's not the culture of my page.

By the way, you're specifying -- you're saying followers. Are you saying specific people that follow only me on the Internet?

Q.   I'm saying people that follow your account.

A.   I had several videos that get viewed beyond my follower account. These aren't even people that follow me but then they follow more than just me.

Page 152

How do you know they're not fans of, like, the news station?

Q.   What news station?

A.   The one that showed your client committing crimes. The one that showed her crimes on TV, showed her arrest, everything.

Q.   What news station was that?

A.   It was on several news stations. I saw it on literal TV. It was in -- there was articles posted about it.

Q.   Now, did you ever contact any of these news stations to have this information produced as the news story?

A.   Yes.

Q.   What station did you contact?

A.   I believe it was NBC. I sent one of the reporters the video of what happened.

Q.   Is that the only news station you contacted?

A.   Yes.

Q.   Did you contact any news websites?

A.   No. They -- whatever they produced, they did on their own free will. And so did the news station. I don't control the news station. I sent a tip, though.

Page 153

Q.   Did you contact any news aggregators?

A.   No.

MR. CHIAPPETTA:  Objection. Define news aggregators.

Q.   One of these websites that just compiles news from different stories and produce their own, like a Drudge Report?

A.   No, I don't do that. I don't contact media in general. That was the one and only time I did.

Q.   Okay. Earlier you said that you have zero expectation that your followers will act upon the information produced in your videos. Correct?

A.   As I said, the reason I got her information was because the detective was requesting it. They couldn't find out who it was.

Q.   Okay. Just answer my question. My question is, from your perspective, when you produce a video and you put it on TikTok, your followers will not do anything with that information. Is that your --

A.   Just like any other video on TikTok, when you post something, you have no expectation that somebody is going to do anything with it and I certainly never directed anybody to do anything.

39 (Pages 150 - 153)

Page 154

Q.    You've never done that?

MR. TRAINOR:  Madam Court Reporter, this is the PDF file I sent you this morning called -- it's labeled, Followers to do it.

This will be Exhibit 5.

(Followers to do it is marked Exhibit No. P-5.)

Q.    Please read the blue bubbles beneath the TikTok link.

A.    There is no time and date.  So, you mind if I just quickly do that?

Q.    Sure.

A.    This is not in relation to what Jennifer did in that parking lot in Dunkin' Donuts.  This is now after my family is getting harassed by your client --

Q.    I'm asking you to read it.

A.    -- and I'm desperate for my safety.  I want to make sure we got the context.

Q.    Read the statement.

A.    I'm happy to.  I said, "I think she'll get arrested only because I'm going to make this go viral.  I should have done this soon.  Instead of calling the police on a weekly basis to pressure them, my followers will.  My police station doesn't

Page 155

know what they're doing.  They honestly need help.  They didn't know what Twitter was."

So you understand the context of that?

Q.    The context isn't -- what I'm questioning is --

A.    Is that I silently took the abuse for months because I thought the police would just arrest Jennifer.

Q.    Hold on --

A.    I'm telling you the context.

MR. CHIAPPETTA:  Danesh, finish.

A.    I didn't post about it at all because I didn't want the police to say, oh, they're two people going at each other.

And I also took a hint from you making that billboard with my face on it as you were trying to bait me into a -- into this, into a lawsuit.  So I wasn't going to fall for it.

So I put my trust in the police.  I told them the whole story, what's happening, and they did not -- I found it absurd they did not arrest her on probation, so I decided to publicize it because it can't be ignored at that point.

This is not one of my regular videos that you're referencing.  This is now desperation

Page 156

because my family is in danger because of your clients.  That's the correct context.  You wish to remove that to make a different story, that's fine, but this is the truth.

Q.    There is no context here.  My question is very simple.

A.    Exactly.  There is no context here.

Q.    The question is very simple.

A.    It is and you purposely simplified it.

Q.    When you produce videos --

A.    Yeah.

THE REPORTER:  Mr. Trainor, I'm having a hard time hearing you.

MR. TRAINOR:  I said, when he produces videos on TikTok and he publishes videos on TikTok, he has an expectation that his followers will act on the information he publishes.

A.    False.

Q.    You just said it right here.

A.    This was not about my TikTok.  This was about your client harassing my one and five year old child and stalking them.  I was trying to do whatever I can with legal means, because I don't sink to where you guys go to, to hold her accountable because I fear for my children's safety.  One and five years

Page 157

old.

Q.    Mr. Noshirvan, you published a TikTok video directing your clients to contact police on Ms. Couture.

A.    The TikTok video says --

MR. CHIAPPETTA:  Objection.  This has been asked and answered and context has been provided.

A.    None of this is private.  Look here.  On the caption of the video --

MR. CHIAPPETTA:  Mr. Trainor, please refrain from your opinion.

A.    On the caption of the video, she's on probation, tagged Lee County Sheriff's Office.  She's on probation, so this is literally so easy.  Make this go viral so they can't keep ignoring it.  Check playlist.

And that was a video of your client harassing and stalking my one and five year old.

Q.    Let me ask you a question, Mr. Noshirvan.  What will your followers do, as you stated there?

A.    What happened?  What happened to Jennifer?

Q.    What will your followers do?

40 (Pages 154 - 157)

Page 158

A.    Clearly nothing.

Q.    What will your followers do?

A.    Absolutely nothing it seems like.

Q.    Did you expect them to call the police to pressure them?

A.    I'm sorry. Hold on. I have no problem with putting pressure on police stations or district attorneys who are not following through. I have no shame about that and I have said that before on my page.

But the purpose of this was to save my family's safety.

So, no, I don't have the normal expectation that my followers are going to do something, but in specific cases like this, where my family is being attacked, I just wanted help from, literally, anybody, so I shouted out what's happening to me so someone would help he.

I was afraid of stepping out of my own house. I was afraid of my children being at school. You had CPS called on me several times. False calls to CPS trying to tear me away from my children.

And Joseph Camp admitted, in several text messages and emails to me, prior to this happening, that that is his goal.

Page 159

So there is nothing odd about wanting the police to know what you guys are doing. There is nothing odd about that because I feared for my one year old's safety.

Q.    So here's -- the reality is that --

A.    No. You can't change the context, sir.

Q.    -- you understand that when you produced the videos, your followers are going to act upon --

A.    No.

Q.    -- your call to action --

A.    No.

Q.    -- in the video?

A.    There is no call to action. There is no call to action whatsoever. This is not what you were describing. This is putting pressure on police not following through with their jobs, which is something I'm comfortable admitting to.

Q.    Why would your followers pressure the police?

A.    Because they're not arresting somebody who is on probation with stalking my children.

Q.    But what is making them call the police?

A.    They can't ignore it once it's publicized. That's why I wanted more pressure on it. That's not an unusual thing.

Page 160

In fact, your client references, when I was on the show, Dr. Phil, he recommended that sometimes in cases where police don't follow through with justice, that -- you guys reference him -- that you should pressure police.

Not anything illegal. It's not like she didn't do the crime. She did do it. I was not harassing her. I want her harassment to end. Just like I said in my video that I first made when this harassment began, Jennifer Couture, please leave me and my family alone.

And you think this is going to negate that?

Q.    So your testimony is --

A.    You're going to start making things up.

Q.    Your testimony is that your followers will only act upon your call to action when it benefits --

A.    No.

Q.    -- when it helps you?

A.    No.

MR. CHIAPPETTA: Objection. Misstates, asked and answered.

MR. TRAINOR: I'm not misstating anything.

Page 161

MR. CHIAPPETTA: Yes, you are. It has been clearly fleshed out. It's been asked and answered.

MR. TRAINOR: Nick, you're not here to testify.

THE REPORTER: I can't hear you, Mr. Trainor.

MR. CHIAPPETTA: Please don't talk over an objection.

MR. TRAINOR: Mr. Chiappetta is not here to testify.

MR. CHIAPPETTA: I'm allowed to object.

MR. TRAINOR: You've objected.

Q.    Mr. Noshirvan, so under these circumstances, your followers will act upon your request?

A.    What circumstances would that be?

Q.    You said --

A.    Clarify for me, please.

Q.    What you just stated.

A.    What was that?

Q.    You said you needed help from the police.

A.    Why?

Q.    I have no idea why.

41 (Pages 158 - 161)

Page 162

A.    Okay.  Then you don't even know what you're asking.

Q.    I'm asking you, though, about this little blue bubble here where it says instead of you pressuring the police, your followers will.

A.    Okay.  And what's the context of that, sir?

Q.    Every other time you publish a video with people's faces on it and people's names and phone numbers, your followers never act upon that?

A.    It's not --

MR. CHIAPPETTA:  Objection, form.

MR. TRAINOR:  Let him answer the question.

A.    It's not expected.

Q.    But does it happen?

A.    Not that I know of.  Nothing happened to Jennifer, even though I would have loved for her to be arrested for what she was doing.  Nothing happened to her, did it?

Q.    Nothing happened to her because she didn't do anything.

A.    But she did --

THE REPORTER:  I can't hear you.

MR. CHIAPPETTA:  Objection.  Counsel

Page 163

is now testifying.  You just said, nothing happened to her, referring to Jennifer Couture, because she didn't do anything.  You are testifying, Mr. Trainor.

Q.    I made the point.  The point you know for certain your clients -- your followers will act upon your request.  Isn't that correct?

A.    That's a false statement and you're saying that on purpose because you know that -- you know what you guys did was immoral and repulsive and you should be ashamed, honestly.

Q.    Let's talk about the Florida Department of Children & Families.

A.    Go ahead.

Q.    Have you ever spoken to anybody at the Florida Department of Children & Families?

A.    I don't recall.

Q.    Did you ever tell your followers to contact anybody at the Florida Department of Children & Families?

A.    No.

MR. CHIAPPETTA:  We're going to raise a standing objection to relevance.

MR. TRAINOR:  Relevance is not an objection.

Page 164

MR. CHIAPPETTA:  I am just preserving the record, Mr. Trainor.

MR. TRAINOR:  Relevance is not an objection.

MR. CHIAPPETTA:  It is.

MR. TRAINOR:  There's three forms of valid objection and relevance is not one of them.

MR. CHIAPPETTA:  To the extent that you try to use it beyond discovery purposes, relevance is absolutely an objection.

Q.    Now, did you ever file a report about anybody with the Federal Bureau of Investigation?

A.    Did I ever make an FBI report?

MR. CHIAPPETTA:  Objection.  Overbroad.

A.    Over anybody?

Q.    Since January of 2022, did you ever file an FBI report about any person?

MR. CHIAPPETTA:  Objection.

A.    Do I have to answer --

Q.    Yes.

A.    -- the police reports that I have made.

Q.    No.  Did you ever file a report with the FBI?

MR. CHIAPPETTA:  How is this relevant?

Q.    Or a complaint or report with the FBI?

Page 165

MR. CHIAPPETTA:  Can you narrow this to the scope?

MR. TRAINOR:  Relevance is not an issue.

MR. CHIAPPETTA:  Narrow this to this case, Mr. Trainor.

Q.    There is no narrowing it.  Answer my question.  Did you ever file a complaint with the Federal Bureau of Investigation since January 2022?

A.    I may have.

Q.    You may have?

A.    If you were specific, I could understand.

Q.    Well, how many FBI reports do you file?

A.    If there is something warranting it, I mean...

Q.    How many have you filed?

A.    I don't know.

Q.    More than one?

A.    I don't know.

Q.    More than three?

A.    I don't know, Patrick.  I don't know the number.

Q.    Since January of 2022, how many complaints, reports have you filed with the Federal Bureau of Investigation?

42 (Pages 162 - 165)

Page 166

MR. CHIAPPETTA: Asked and answered.

MR. TRAINOR: He's not answered it.

MR. CHIAPPETTA: He said I don't know.

A.   Any -- any report I have made has been valid.

Q.   That's not the question. How many has it been?

A.   I'm sorry, I don't know the number, but I'm telling you, any reports that I make to emergency services are valid concerns.

Q.   What were the subject of the FBI reports you filed?

A.   Which one?

Q.   Any one of them?

A.   What are we even talking about, specifically?

Q.   Since January 2022, what is the subject matter of every FBI report?

A.   Every FBI report?

MR. CHIAPPETTA: Objection. This is badgering.

MR. TRAINOR: This is a relevant period of time.

MR. CHIAPPETTA: Ask a specific question related to a specific character involved in a

Page 167

specific case.

MR. TRAINOR: He's threatened my clients with FBI reports. In the video, which is Exhibit 5 -- you've said you called it -- you gave a Google Drive to the Federal Bureau of Investigation, what other FBI reports have you filed?

A.   Thank you for being specific. Yeah. If I'm making an FBI report, it is because it is a valid concern, and so if I make an FBI report of a valid concern, yeah, I made an FBI report on a valid concern.

It was, most likely, your friend Joey, your partner Joey, excuse me, and your clients harassing me and my family. That is a valid reason to contact the FBI.

Q.   What office did you file that report with?

A.   The Federal Bureau of Investigation.

Q.   Which office?

A.   How do I know?

Q.   They have offices all over. Pittsburgh, Elmira. Where did you file?

MR. CHIAPPETTA: Objection.

A.   You want the closest FBI office?

Q.   Yeah.

Page 168

A.   Whatever the closest FBI office is?

MR. CHIAPPETTA: Objection. You have not established how it was filed.

MR. TRAINOR: This is a deposition.

MR. CHIAPPETTA: Yeah, but this is extremely confusing.

A.   I filed them online. I filed them on the phone, yeah.

Q.   When you file it on the phone, what number did you call?

A.   My God, 1-800 call FBI. It's literally their number.

Q.   And that took you to what, a call center?

A.   Yes.

Q.   When was the last FBI report that you filed?

A.   I don't recall. I stopped calling. I don't believe they helped me in any way.

Q.   Have you ever made any complaints to professional licensing boards?

A.   I don't recall ever doing that.

Q.   Have you ever done that since January of 2022?

A.   I don't recall ever doing that.

Page 169

Q.   Have you, or any of your associates, called my office telling me not to file a complaint against you?

A.   No. I specific --

MR. CHIAPPETTA: Objection to the term associates.

A.   I don't know who you mean by associates. No. I completely avoided your bait because I could see -- when you see -- come on, when you see a poster in your town, a billboard with your face on it, then the guy, yourself, is on a podcast talking about how he does that, I'm honestly not going to take the bait.

Q.   Earlier you said in Exhibit 5, when you're telling Mr. McGibney that you're going to have your followers pressure the police --

A.   Uh-huh.

Q.   -- under that circumstance, your followers will act on your call to action?

A.   Did they?

Q.   I have no idea.

A.   Is Jennifer in jail?

Q.   That's not the issue. The question is if they called or not. My question to you is, your belief is that they will only call the police. They

43 (Pages 166 - 169)

Page 170

will never call another third party?

MR. CHIAPPETTA: Objection. Misstates.

MR. TRAINOR: He has the knowledge that his followers --

MR. CHIAPPETTA: You are misstating prior testimony.

MR. TRAINOR: I'm not misstating prior testimony.

MR. CHIAPPETTA: Then form. Ask an unleading question.

MR. TRAINOR: Let him answer the question.

MR. CHIAPPETTA: Ask a proper one.

MR. TRAINOR: He has an understanding that his followers will act upon his call to action.

MR. CHIAPPETTA: Leading.

A.    I repeatedly said no.

MR. CHIAPPETTA: I mean, you're testifying here. That was a statement. That was not a question, just for the record.

Q.    Has Mr. McGibney ever shared with you hacked information?

A.    No. I don't -- I don't have anything like that.

Q.    You don't -- you've never seen anything

Page 171

like that?

A.    I don't even know what that would be. I'm not in the IT world. Yeah.

Q.    This is --

MR. TRAINOR: Madam Court Reporter, this is going to be, I guess, Plaintiff'S Exhibit 6.

THE REPORTER: Yes.

(SQL Injection is marked Exhibit No. P-6.)

Q.    And this is a file labeled SQL Injection.

A.    Okay.

Q.    This is a -- I guess this is an Instagram communication between yourself and Mr. -- or BullyVille, so that's Mr. McGibney, is that correct?

A.    Uh-huh, yes.

Q.    Please read that top bubble on there. This is from Mr. McGibney to you.

A.    The title of this, I assume, you mean?

Q.    Correct.

A.    "The digital anatomy of a SQL injection attack on a" dot, dot, dot.

Q.    Please continue reading.

A.    Okay. "He did the exact same thing to

Page 172

me years ago."

Q.    This blue, that's your response, and what do you respond?

A.    "Really."

Q.    How does Mr. McGibney continue the conversation?

A.    "That was the main" -- you want me to read the rest?

Q.    Please.

A.    Okay. "That was the main reason why we were granted a restraining order. I just wasn't as good of a hacker back then, but I am now."

And I said, "Allegedly."

MR. CHIAPPETTA: I'm going to object to the BullyVille statements as being hearsay.

Q.    Okay.

A.    Was there a question?

Q.    As a result of that, did you ever receive any hacked information from Mr. McGibney?

A.    No. I didn't take this as serious.

MR. CHIAPPETTA: Objection, foundation, predicate.

MR. TRAINOR: This is a deposition, Nick. It's not evidentiary.

MR. CHIAPPETTA: You have not even

Page 173

defined -- you haven't even asked what this box is.

MR. TRAINOR: This is your production.

MR. CHIAPPETTA: You have not asked what this box is.

MR. TRAINOR: Please, this is a deposition. It's not an evidentiary expedition here.

Q.    That SQL injection, do you know what that is?

A.    Nope. But, apparently, he's saying here that Joey did that to him.

Q.    Yeah. Is that a hack? Is that what he did?

A.    I don't know what that is. I have no knowledge of any of this. I don't know what that means.

Q.    Earlier, you testified that you never had a contract with Twitter. Is that correct?

A.    I don't have a contract with any social media account other than the terms of service.

Q.    Earlier you said that you never had a contract with Twitter. Is that correct?

A.    I'm repeating that. I don't have a contract with any -- besides the terms of service, I don't have any contract with --

Q.    So that's what I'm asking. You never

44 (Pages 170 - 173)

Page 174

were under contract with Twitter, correct?

A. I believe I answered that, correct.

MR. TRAINOR: Madam Court Reporter, this is a file labeled TikTok contract 1/27/22.

(TikTok Contract is marked Exhibit No. P-7.)

Q. This is an archive reproduction of your former Twitter account that was also called thatdaneshguy guy.

Do you recognize that as such?

A. I recognize my old account, yeah.

Q. You do. Can you please read your -- the first -- your communication, what you're saying here. There is a link here. The first three communications there.

A. Okay. I'm reading my tweets, I assume?

Q. Correct.

A. And it says here, "He's right. I have 870,000 followers -- this is an older post -- and no brand deals. TikTok US kicks me out of the creator fund every month with no violations. I had a video go viral four days ago, 35 million views, and TikTok kept all the profit because TikTok creators kicked me from the creator fund five days ago."

THE REPORTER: I'm sorry, you're reading

Page 175

and it's hard for me to hear what you're saying.

A. I apologize. I'll be more clear. I said, "He's right. I have 870,000 followers and no brand deals. TikTok US kicks me out of the creator fund every month with no violations. I had a video go viral four days ago, 35 million views, and TikTok kept all the profit because TikTok creators kicked me from the creator fund five days ago." Screen shots showing that.

Do you want me to continue reading this?

Q. Yes.

A. The next one I wrote, "And yes, I've contacted TikTok support and I've been contacting them for months and they never respond. I've pointed out to them that it isn't my content because other creators that make the same content are paid by TikTok. Not sure if it's relevant, but those creators are white.

"I do the work. They get paid, then they cancel my contract instead of paying me. They don't care that I have no violations. They don't care about consistency. I've made TikTok a lot of money and they won't even speak to me."

Then I tagged TikTok twice more and different accounts they have and then I asked them to

Page 176

respond to their emails.

Q. Okay. So what contract are you speaking to in this Twitter post?

A. What contract are you talking about? I'm sorry, did I miss something? Oh, then they cancelled my contract instead of paying me. Oh, I misused that word. I'm talking about the creator fund that I was kicked out of.

That has nothing to do with Twitter, one, and two, I'm specifically stating that I do not have a contract and also there is no contract with the creator fund and misusing that. It's just like a terms of service. Their agreement. It's the same agreement.

Q. You said they cancelled your contract.

A. What I said to you prior, I don't have any special contracts that are outside of their normal terms of service. This falls within that.

Q. So, the creator fund is not outside of normal terms of service?

A. No. It doesn't even exist anymore. They have a new -- they have a new way of doing it. They're paying their creators and now I've been able to get paid.

Q. When you say they cancelled my contract,

Page 177

who is "they"?

A. I'm referring to TikTok kicking me out of the creator fund. They would kick people out of the creator fund, as I said here, five days ago.

Q. It also says --

A. There is no contract that exists.

Q. It did exist at one point?

A. It didn't. I already stated that I misused that word, but you're not going to let go of that. I'm going to be very clear with you, it doesn't exist.

Q. I'm reading your statements as they're written.

A. You're welcome to look up the creator fund and see if the contract exists.

Q. And then it also says there, the last sentence @TikTokSupport and @BytedanceTalk respond to your emails.

A. Yes. Because they do not respond to their emails.

Q. Where did you send those emails?

A. TikTok. I don't know exactly. This is from years ago.

Q. This is from January 27, 2022.

A. Okay. Years ago, yeah.

45 (Pages 174 - 177)

Page 178

Q.    Are you able to obtain -- do you still have copies of those emails?

A.    No.  But it's going to be the same thing.  It's going to be the exact same complaints.

Q.    Do you have a copy of the contract that they cancelled?

A.    There is no contract, so no.  You can look up creator fund and see if there is a contract.  It's just a terms of service.  They can choose to remove you from it or put you in it.  You have no say in it.

Q.    But --

A.    So no, there is no contract.

Q.    Is every person on TikTok part of that?

A.    Yeah.

Q.    Every person on TikTok is part of the creator fund?

A.    The way that it currently is.  Everyone except me.

Q.    I'm talking about in 2022.

A.    Everyone except me.  But there is no actual contract.  It's a terms of service thing.

I wouldn't know the details of everyone's specific account, but yes, it was when Donald Trump was -- Trump or Biden, doesn't matter,

Page 179

they were proposing a ban or talking about a ban, or it's going through Congress and so TikTok again tries to pay its creators so they fight for them, but not me.  So, I don't understand the purpose of this.

MR. CHIAPPETTA:  I think you've answered the question.  Sorry, sorry, sorry.

Q.    Did you pitch or present your television idea to Netflix?

A.    Did -- did I pitch it?

Q.    Yes.

A.    No.

Q.    When they came to you, was it Netflix that came to you?

A.    No.  It was a producer.

Q.    A producer independent or a company?

A.    Company.  I don't recall the company's name.

Q.    And did that company present the idea to Netflix?

A.    Yes.  And then they put it on a hold.

Q.    Earlier we asked about redactions when we talked about using the stylus.  Have you ever used that stylus to make redactions on any of your posts on TikTok?

A.    I don't know.

Page 180

Q.    Have you ever used the stylus to circle or highlight content in your posts?

A.    I don't know.  It's not something I keep track of when I use my stylus.  I often forget about it.

Q.    And earlier you said that you used -- you impersonated the account Trapt Official.  Is that correct?

A.    No.  I said I made the parody account and I made it clear it was me.  I did not impersonate.

Q.    You did not impersonate?

A.    No.

Q.    Have you ever used artificial intelligence to recreate another person's voice?

A.    I did not.  Somebody provided me with an AI song or AI speech by Trump, but I clearly labeled it AI so that nobody would be misunderstood.  I have also made AI music recently, actually, with some of my videos because I learned how to do that.

Q.    How did you learn how to do that?

A.    By asking somebody, hey, where you -- how did you make this AI song?  They said, Oh, you just download this app.  It does it for you.

Q.    What's the app?

Page 181

A.    It's called Udio.  It's like studio without the S-T.  Udio.com.  It will make songs for you.

Q.    When you -- have you received a cease and desist letter for any of your content?

A.    Yeah.

Q.    What did you do with that?

A.    I just -- there was one I received that I just -- I just stopped posting about it.  I really wanted them to stop posting about me so I got a cease and desist.

Q.    Did you make a video highlighting that cease and desist letter?

A.    Not with that one, no, but there was another one where it was inappropriate, and yeah, I read the cease and desist letter on LIVE.

Q.    Who did you receive those cease and desist letters from?

A.    I generally don't remember.  It was ridiculous.

Q.    Who was the person that you, I guess, were targeted or targeting to have those cease and desist letters sent to you?

A.    No clue.

MR. CHIAPPETTA:  I'm sorry.  I didn't

46 (Pages 178 - 181)

Page 182

mean to interrupt. Before we go any further, it is now noon and I want to know how much you have left and if we need to break for lunch.

MR. TRAINOR: No. I have, maybe, not much longer.

MR. CHIAPPETTA: Can you give a rough estimate?

MR. TRAINOR: Maybe an hour.

MR. CHIAPPETTA: Okay.

MR. TRAINOR: Maybe little more than that.

MR. CHIAPPETTA: Let me confer. Are you able to go another hour without eating lunch?

THE WITNESS: Yeah, I mean...

MR. TRAINOR: If you want to take a break, you can.

MR. CHIAPPETTA: I don't want to stop if you're going but if you need to eat, he's been going nonstop since 9 a.m.

THE WITNESS: Yeah. That would be nice. I got into town kind of late, too.

MR. CHIAPPETTA: So then, perhaps, reconvene in an hour?

THE WITNESS: Do you mind?

MR. TRAINOR: No. That's fine.

Page 183

Madam Court Reporter, I guess we'll see you at 1 p.m.

THE REPORTER: That's fine. Did we go off the video record?

VIDEOGRAPHER: We are now going off the video record at 12:06 p.m.

(Recess is taken.)

VIDEOGRAPHER: We are now back on the video record. The video time is 1:03 p.m.

BY MR. TRAINOR:

Q. Mr. Noshirvan, did you ever -- let rephrase that.

You posted a TikTok video about Ricky Cornelisse?

THE REPORTER: About who?

MR. TRAINOR: Ricky Cornelisse. I believe that is C-O-R-N-E-L-I-S-S-E.

THE REPORTER: Thank you.

Q. Is that correct, you created a video about him?

A. Yes.

Q. And in that video you refer to Mr. Cornelisse as a pedophile?

A. I, at the very least, alluded to that.

Q. Did you encourage anybody to call the

Page 184

law enforcement authorities on Mr. Cornelisse?

A. I don't recall.

Q. In that video about Mr. Cornelisse, did you suggest that he was offering his children to pedophiles?

A. That's what it seemed like he was doing.

Q. Did you have confirmation of that?

A. The video. He's doing it in the video. He's stating that in the video. So, I mean, that's coming from the source.

Q. Did the law enforcement ever contact you in relation to -- in regard to Mr. Cornelisse?

A. No.

Q. Have you made any other videos about Mr. Cornelisse?

A. Yes.

Q. What do those video -- what do you state about Mr. Cornelisse in those videos?

A. After his fallout with you and your associates, he was willing to give me information in relation to the harassment I was experiencing. In exchange, he just wanted me to remove my video.

Q. And you did that?

A. Yes.

Q. Where is that video now?

Page 185

A. It's gone.

Q. When you say "gone," did you delete it?

A. Yup.

Q. When did you delete that video?

A. I don't know the exact date.

Q. Was it on or after May of 2023?

A. I don't know. It could be. I just don't have that exact date in front of me.

Q. Who is James Carlson?

THE REPORTER: Say that name again.

Q. Carlson.

A. I don't recall. Doesn't sound familiar.

Q. Have you ever heard of the company Reality Content, LLC?

A. Only in the context that your associate, Joey, posted about it a lot.

Q. Who are they?

A. I don't know. Probably Joey.

Q. I don't --

A. I don't know what you're asking me.

Q. Your -- nobody has any knowledge of Reality Content, LLC, yet your attorney is asking us to produce information --

THE REPORTER: I can't understand you, Mr. Trainor.

47 (Pages 182 - 185)

Page 186

MR. CHIAPPETTA: Objection. Elicits attorney/client privilege. Possible work product.

Q. Next question. Have you ever spoken with Gene and Maddie Kelly?

A. No.

Q. Have you ever spoken with an attorney named Stacy Grant?

A. No.

Q. And have you ever spoken with Chrissy Hudson?

A. I don't know who these people are. No.

MR. TRAINOR: Can you hear me, Madam Court Reporter?

THE REPORTER: Yes, I can.

Q. Have you ever communicated with a person who runs an account called Suze, S-U-Z-E?

A. I don't -- I don't recall ever communicating with this person.

Q. Are you aware of who that person is?

A. That person has been posting nasty stuff about me, so I believe I blocked them and that was a long time ago.

Q. What type of stuff -- nasty stuff does she publish about you?

A. Same stuff your associates post.

Page 187

Q. Who are my associates, sir?

A. Excuse me?

Q. Who are my associates?

A. Well, so far, it seems to be Joseph Camp, Jennifer Couture, Ralph Garramone. Interested to see who else that would be.

Q. What evidence do you have linking us? Besides my representation of Jennifer Couture and Ralph Garramone, what evidence do you have?

A. Your participation in the harassment.

Q. Describe that harassment.

A. When you had billboards, commercials and Pennysaver ads with my face on it. Your law office there while Joey Camp was in tandem posting about that making threats towards me. So, I mean, it's quite clear.

Q. Joseph Camp is the only person who has ever posted a threat about you -- towards you?

A. Nobody has threatened me the way Joseph Camp has threatened me.

Q. Who has threatened you?

A. Joseph Camp.

Q. Besides him?

A. His associates.

Q. Who are his associates?

Page 188

A. I'd love to know that.

Q. Who are they? Do you have any idea?

A. Yeah. Seems to align himself with some questionable individuals so there is a lot of --

Q. What makes them questionable?

A. Unusually it's ties to White Supremacy groups or long criminal records, I mean...

Q. What is a White Supremacy group?

A. What is a white supremacy group?

Q. Yes.

A. It's an extremist group. It's an extremist group that we have a lot of in America.

Q. What kind of extremist group are they? What do they do that is extreme?

A. Violence. I mean, if you don't mind me mentioning, it's people you've represented in the past --

THE REPORTER: What was that?

THE WITNESS: People he's represented in the past, including Proud Boys.

A. You asked what they have done?

Q. Yes.

A. I believe some of them raided the Capitol on January 6th. Some believe that was treason against the country.

Page 189

Q. So is it your -- your statement here that an attorney, representing a client --

A. No.

MR. CHIAPPETTA: Objection. Misstates testimony.

MR. TRAINOR: He's referred to these as my associates.

A. Do you not associate with Joseph Camp?

Q. I do not associate with Joseph Camp. If you knew that, you would have posted that.

A. I did. I did post that. May I make that correction? I absolutely posted that when I got information from Ricky. You specifically said, I do know Joey. I have spoken to Joey.

Q. Speaking to somebody is not associating with them.

A. True. But associating with them is associating with them, and collaborating with them --

Q. Okay. So you associate with everybody who contacted Jennifer Couture. Isn't that correct?

A. No. I did not collaborate with anybody the way you did.

Q. Okay. You have no evidence of anything --

A. I do.

48 (Pages 186 - 189)

Page 190

Q.    -- but yet you're -- obviously, you've prepared.  Your soliloquy has been well prepared.

A.    No.  I'm just telling the truth.  I don't think what you're going to ask.

MR. CHIAPPETTA:  Objection.

Q.    What person --

MR. CHIAPPETTA:  Move to strike Mr. Trainor's statement.  It's argumentative.

Q.    Have you ever misidentified a person named Philip Connor?

A.    We've already done this.

Q.    I'm asking you a question.

MR. CHIAPPETTA:  Asked and answered.

Q.    Answer the question.

A.    I did not identify someone named Philip Connor.  I showed that he called me the sand N-word.

Q.    Was that the only communication you had with him?

A.    No, actually.

Q.    How many times have you communicated with him?

A.    There was another time I communicated with him.  I told him to get off the Internet.  Do something productive.  I gave him advice on different things he could do to make content, rather than

Page 191

yelling at people and threatening them.

I tried to offer him another path, a path of kindness, a path of helping out people, of doing something generous because most of his posts were aggressive.

And he said he really likes video games.  I said why don't you start streaming video games.  That would make for good content.  That was the extent of my conversation.

Q.    Have you ever spoken to a person named Mike Brennan who owns Paparonni's restaurants?

A.    Yes.

Q.    What did you speak to him about?

A.    About one of his employees who made a video pretending to be the manager of Paparonni's and saying some things that would hurt their business.  I let him know right away.

Q.    What did he say?

A.    He said he did not approve of that and that he was going to --

Q.    What did the employee say?

A.    The exact details, I don't remember.  It was something about firing anybody who was vaccinated.  He just fired everybody who was vaccinated from his company and it caused a big

Page 192

uproar online.  So I contacted the owner of Paparonni's to let him know that someone is speaking on his behalf.

Q.    Did he state that he felt the vaccines were not safe?

A.    That's not relevant.  It was the fact that he just went around -- said he went around firing anybody who got vaccinated.

Q.    But he didn't actually fire anybody, did he?

A.    Exactly.

He doesn't have the authority to do that.  So I told this manager, hey, this guy is pretending to be you doing all this.

Q.    But nobody was actually fired for not getting vaccinated?

A.    Actually, he ended up -- the guy who lied ended up being the one who was fired because he lied about that.  Correct, no one was actually fired for that.

Q.    Have you ever spoken to Chris Couture regarding this case?

A.    Regarding this case, no.

Q.    What have you spoken to Chris Couture about?

Page 193

A.    I spoke to him about the harassment he and his family were experiencing from Jennifer Couture and Joey Camp.  They said that Joey Camp was harassing them on behalf of Jennifer.  He mentioned Jennifer -- Joey coming to his house, even, to harass his young daughter.  Said inappropriate things to his minor daughter.  Was kicked out, but I stopped talking to him.

Q.    Joseph Camp said inappropriate things to whose minor daughter?

A.    I believe it's Chris's minor daughter.  I believe that he had made sexual comments about her and...

Q.    Do you have any evidence of that allegation?

A.    You're asking me a question --

MR. CHIAPPETTA:  Objection.  It's not an allegation.  You're asking between the communication between my client and Chris Couture.

Q.    You just made an allegation that Joseph Camp made a sexual statement.

MR. CHIAPPETTA:  No.  Your question elicited a response which was provided.

THE REPORTER:  I'm sorry, I'm not hearing you, Mr. Trainor.

49 (Pages 190 - 193)

Page 194

MR. TRAINOR: Mr. Noshirvan stated that he believed that Mr. Camp made a sexual remark about Mr. Couture's minor daughter, and I said does he have any evidence of that?

A. What happened is you asked me what it was me and Chris talked about. That's what we talked about. I'm just answering your question.

Q. And so, what did Mr. Couture do when a man allegedly made a sexual remark to his minor daughter?

A. I believe he kicked him out and he called the police.

Q. Kicked who out?

A. Joseph Camp who was in his house.

Q. Was in whose house?

A. Chris Couture.

Q. What's the address of that house?

A. I don't know.

Q. So does Camp know Chris Couture?

A. Seems like they know each other.

Q. So Joseph Camp and Chris Couture are friends?

A. What?

MR. CHIAPPETTA: Objection. Misstates testimony entirely.

Page 195

Q. Well, how was Joseph Camp in Chris Couture's house?

A. So from what I understand, Joseph Camp came over and came to their door and started threatening them and Chris said to them, come inside, let's talk, tried to calm him down because their family is genuinely afraid of him and they thought they could get him to, at least, leave them alone.

They thought they were having a positive conversation. They got Joey to calm down and didn't turn out that way.

That's what he said to me, and so did Shellie. Shellie confirmed.

MR. CHIAPPETTA: Please clarify who you mean by the term "he."

A. Sorry. That's what Chris Couture said to me, said had happened. That is his version of the events.

THE REPORTER: Can I just ask a question, is Couture and Conture, are they two different people, two different names?

MR. CHIAPPETTA: Should be just Couture.

MR. TRAINOR: C-O-U-T-U-R-E.

THE REPORTER: Thank you.

Q. Do you have a Gab account?

Page 196

A. No.

Q. Have you ever had a Gab account?

A. No. I never utilized the platform. I just go on it to -- I used to go on it to see what -- actually be afraid of next because that's usually where Joey would post threats towards my family.

MR. CHIAPPETTA: Please clarify "go on it."

THE WITNESS: Thank you.

A. Log into the websites to look at Joey's posts.

Q. What do you log into?

A. The website. I just put in -- actually, I don't even log in. I just go to the website. I apologize.

Q. You don't need an account to view the website, Gab?

A. No. I don't watch Joey's Gabs anymore after realizing that he mostly posts inaccurate information.

Q. Okay. Joseph Camp's statements cannot be trusted? Is that what you're saying?

MR. CHIAPPETTA: Objection. Misstates it.

Q. Are you saying that Joseph Camp's

Page 197

statements cannot be trusted?

A. Was he not recently arrested for fake news in Belize?

Q. So, it's your statement that Joseph Camp's statements cannot be true?

A. The entire country's statement, yeah.

Q. Okay.

A. There are also four warrants out for his arrest in Belize for false statements.

Q. You said he made false statements to police in Belize?

A. About the police, about me, about a lot of people. He lies a lot. He's known for that.

Q. He's known for lying?

A. They called him Mr. Fake News in the Belize news station.

THE REPORTER: I couldn't hear you. What was that?

A. In the Belize news station, they referred to Joey Camp as Mr. Fake News. They gave him that title because of how untrustworthy he is.

MR. TRAINOR: Madam Court Reporter, I'm going to show Mr. Noshirvan a document. This is on the PDF file labeled Yandex, Y-A-N-D-E-X.

THE REPORTER: Is this going to be

50 (Pages 194 - 197)

Page 198

marked as 8?

MR. TRAINOR: Whatever is the next one, yes, ma'am. I believe this might be seven.

MR. CHIAPPETTA: It's eight.

MR. TRAINOR: It's eight. Thank you.

MR. CHIAPPETTA: No problem.

(Instagram Re: Yandex is marked Exhibit No. P-8.)

Q. Do you recognize this, Mr. Noshirvan, as a communication between yourself and BullyVille?

A. Yes.

Q. Is this an Instagram direct message?

A. Yes.

Q. Can you please read in the center there where it's a blurb from BullyVille to you dated September 17, 10:25, a.m.?

A. Sure. I'm about to do to JoJo what I did to Michael. See my last post. I'm pretty sure I just figured out his Yandex login. Meow.

Q. And then, what is your response to that?

A. Oh, my God, please tell me you have.

Q. What does he mean he figured out his Yandex login?

MR. CHIAPPETTA: Objection. Calls for speculation.

Page 199

Q. What did you mean when you said, please tell me you have it?

A. When he said, I'm pretty sure I figured out his Yandex login, I said please tell me you have figured out his Yandex login.

Q. What would that mean to you if you figured out his Yandex login?

A. That I have more overwhelming evidence of his abuse and harassment of me and my family that I could turn in to law enforcement and possibly maybe, hopefully, be able to email something. Because I know Yandex, he uses that specifically because he could hide them from courts.

Q. What is Yandex?

A. As I understand it, it's a Russian hosting website that will not give any information to courts. Pretty suspicious to even be using it, to be honest.

Q. Is it email?

A. I'm sorry?

Q. Is Yandex an email?

A. I'm sure it has been used for that. Joseph Camp has utilized it for that, yeah.

Q. So, you said that if he had -- if BullyVille, Mr. McGibney, had access to Camp's Yandex

Page 200

account, then you would have more information -- more evidence of Camp's activities, correct?

A. It could be.

Q. That's what you just said.

A. It could be, yes.

Q. How would that be more evidence of Camp's activities?

A. I mean, he uses --

MR. CHIAPPETTA: Objection. Calls for speculation.

Q. So --

MR. CHIAPPETTA: You never established he ever received it.

Q. So if --

MR. TRAINOR: I'm not worried about if he received it.

Q. I'm asking if you were excited that you would potentially have access to more information on Mr. Camp's activities, that was your testimony.

A. So, I want to be clear, though. There is nothing in this that indicates any of this is serious or real. Nothing that we talk about has ever come to fruition.

Q. I don't know that.

A. I'm telling you.

Page 201

Q. That's not really for you to say.

A. Yeah, it is because I'm in the conversation.

Q. You just said --

A. What was the last word he used here?

Q. You don't change --

A. What's the last word?

MR. CHIAPPETTA: Can we stop? Let my client finish his response and then you can answer it. What is the last word you're referring to.

A. He says meow. Meow is the sound a cat makes and he often uses that word "meow." Sometimes he says derogatory words like cocks. Sometimes he talks about documentaries and stuff.

I have not seen anything come to fruition. I don't have anything to indicate that any of this is anything but us just chattering at each other trying to help me get through this very upsetting time.

Q. So you anticipated, though, it was your testimony just now --

MR. CHIAPPETTA: Objection. Misstates testimony.

MR. TRAINOR: No, it's not.

Q. You said that you believe that if he had

51 (Pages 198 - 201)

Page 202

access to that Yandex that, Camp's Yandex, then you would have information for your allegations against Mr Camp.

A.    How is your attorney holding up?  Is he bothered by --

Q.    I asked you a question.  Answer the question I asked.  No more soliloquies.

You believe that if McGibney had access to Joseph Camp's Yandex account, unauthorized access by the way, then you would be able to use that for your own purposes.

Isn't that right?

MR. CHIAPPETTA:  Objection, form.

A.    What do you think a soliloquy is?

Q.    Isn't that right?

MR. CHIAPPETTA:  Objection, form.

MR. TRAINOR:  No objection.

MR. CHIAPPETTA:  Ask a proper question.

MR. TRAINOR:  I did ask a proper question.

MR. CHIAPPETTA:  No.

Q.    You believe you had hacked information, right, through McGibney's unauthorized access to Camp's Yandex account.  You were excited to get unauthorized information, were you not, Mr.

Page 203

Noshirvan?

A.    No.  I don't care what happens to a child stalker.

Q.    You just said --

A.    No, I didn't.

MR. CHIAPPETTA:  Stop.  Objection.

A.    Let me answer, please.

Q.    You've already made your statement, Mr. Noshirvan.

A.    No.

MR. CHIAPPETTA:  Allow my client to answer the question even though I have objected to it multiple times.

A.    Why would I care what happens to a child stalker between two people unrelated to the case?  Well, actually, one is related, Joseph Camp.

Q.    Mr. Noshirvan --

A.    Why do I care what this guy does?

Q.    You just said --

A.    No, I didn't, you did.

Q.    -- you would be excited and happy because you would have more information for your own personal gratification.  Your own allegations.

A.    To get justice.

Q.    You were excited to use hacked

Page 204

information.

MR. CHIAPPETTA:  Objection. Argumentative.

MR. TRAINOR:  That's what he said.

MR. CHIAPPETTA:  It's irrelevant because he also testified he never received that.

MR. TRAINOR:  Well, we don't know that.

A.    I never received it.

MR. CHIAPPETTA:  He testified --

MR. TRAINOR:  That's awfully convenient.

MR. CHIAPPETTA:  He testified --

MR. TRAINOR:  That's --

THE REPORTER:  That's off what?  I'm sorry?

MR. TRAINOR:  Yes, Madam Court Reporter?

THE REPORTER:  You said that's off what?

MR. TRAINOR:  I said that's awfully convenient.

THE REPORTER:  Thank you.

Q.    Mr. Noshirvan, earlier we talked about you said you were able to have, I believe it was, three websites that were posted by or created, allegedly, by Mr. Camp.  Is that correct?

A.    Yeah.  They were definitely created by him, yes.

Page 205

Q.    How do you know they were def --

A.    He admitted to it.

Q.    Where did he admit to it?

A.    Text messages he sent to me.

Q.    Where are those text messages?

A.    What do you mean, where are the text messages?  He sent them to me.  I have those text messages.

Q.    Why haven't they been produced?

A.    What?

MR. CHIAPPETTA:  Did you ask for them? Show me the discovery request and we'll address it.

Q.    You have to disclose.  You've made numerous allegations about Mr. Camp being my associate.  Now you think you have text messages you're withholding?

A.    I'm not withholding.

MR. TRAINOR:  We're making a request now.  Produce those text messages.

A.    I have no problem.

MR. CHIAPPETTA:  In which case, Patrick?

MR. TRAINOR:  In this case right now, right here.  He just made a statement that he has text messages of Joseph Camp admitting to this website.  That's your exact statement.  We'll take

52 (Pages 202 - 205)

Page 206

the text -- please produce the text messages, Nick.

MR. CHIAPPETTA: Can you tell me how they relate to the allegations?

MR. TRAINOR: It's not an issue, Nicholas.

MR. CHIAPPETTA: It is for discovery.

MR. TRAINOR: No, it's not an issue.

MR. CHIAPPETTA: It is for discovery.

MR. TRAINOR: No, it's not for discovery.

MR. CHIAPPETTA: Yes, it is.

MR. TRAINOR: Relevance is not a discovery -- a valid --

MR. CHIAPPETTA: Rule 26.

MR. TRAINOR: No, it's not, Nick.

MR. CHIAPPETTA: Yes, it has to be within the scope of the pleading.

MR. TRAINOR: Nick, it's not. It's because you don't have them. That's what it is.

A.    He put his name on the websites as well. He authored the websites.

MR. CHIAPPETTA: Patrick --

Q.    You just stated Mr. Camp is not reliable, though.

A.    I stated that he's not reliable. I also

Page 207

stated that he's a child stalker. I think he takes priority with that one. Usually people don't have a lot of faith in child stalkers.

Q.    Now, thatdaneshguy.com, according to ICAN registration, is registered to an unknown person in September of 2021. I produced that during our opposition in our -- in this case in our motions. So --

A.    Prior to them doing that --

MR. CHIAPPETTA: Objection. Is there a question coming?

MR. TRAINOR: I'm trying to.

MR. CHIAPPETTA: Okay. I just heard statements.

Q.    Have you ever told anybody that TikTok cannot ban -- they cannot ban your TikTok account? TikTok cannot ban your TikTok account?

A.    Clarify that. Do you mean did I say that seriously or have I ever --

Q.    Have you ever just made the statement? I don't know your state of mind when you made the statement.

A.    I have never made a serious statement like that, no.

Q.    Have you ever made a statement like

Page 208

that?

A.    I make a lot of different statements. I was a comedian for 13 years, sir.

Q.    I'm not asking that. Have you ever made a statement about that?

MR. CHIAPPETTA: Asked and answered.

A.    You're implying everything I say is literal?

Q.    I'm not implying anything. I asked you a simple question.

A.    And I answered it.

MR. CHIAPPETTA: Okay. Can we stop talking over each other, gentlemen?

Q.    Have you ever used your social media accounts for reasons like to meet women or anything like that?

A.    No.

Q.    You've never done anything along those lines? Never solicited photographs, images, anything along those lines?

A.    No.

Q.    When you -- in your videos or your various -- various-- I'm sorry. Besides the Strictly Stalking podcast that we discussed earlier, have you ever appeared in any other podcasts?

Page 209

A.    Yes. In a couple.

Q.    What ones have you be in?

A.    I don't recall. A bunch of different ones.

Q.    Bunch of different ones. And in your appearances on those podcasts, have you said that doing what you do on TikTok you create enemies?

A.    Possible. It's possible that I said something along those lines.

Q.    Was it true that you make enemies doing what you do on your TikTok account?

A.    Isn't true that I make them. There are some people who just don't like to be held accountable. They make it worse. They create an enemy out of me.

Q.    When you say they don't like to be held accountable, what do you mean by accountable?

A.    When somebody does something wrong and they are usually found guilty for doing that wrongful thing. There usually is some sort of consequence that comes with that. And some people don't like facing those consequences. Sometimes they make up frivolous lawsuits to try to further harm that person.

Q.    Every person you've ever created a video

53 (Pages 206 - 209)

Page 210

about had already been found guilty of an offense?

MR. CHIAPPETTA: Objection. Mischaracterizes testimony.

MR. TRAINOR: No, it's not.

MR. CHIAPPETTA: Yes, it does.

A. Not what I said.

Q. What did you say?

A. I said that, for example, if somebody had been, like, committed a crime and was found guilty of that crime and did not want to be held accountable, they may, for example, start a frivolous lawsuit full of lies --

Q. You said you create enemies because certain people don't like to be held accountable. Isn't that correct?

MR. CHIAPPETTA: Objection.

MR. TRAINOR: That's what he said.

A. It's clear you're not getting the answers you want so you keep saying that I say things I didn't say.

Do want me to answer the questions?

Q. Has anybody in your video, by the time you make your video about a person, has that person been found guilty, adjudicated guilty of an offense?

MR. CHIAPPETTA: Objection. Calls for

Page 211

speculation. Identify a specific video or don't answer the question.

MR. TRAINOR: Your client said that they don't like to be held accountable when found guilty.

MR. CHIAPPETTA: Let's identify a specific video --

MR. TRAINOR: I'm asking --

MR. CHIAPPETTA: No. In general is too broad to identify --

Q. Is there any person that hadn't been found guilty and you made a video about them, at the time you made the video?

A. So, you're not describing it correctly. I will give you an example.

In the case of Jennifer Couture --

Q. Come on. Enough. We've heard your soliloquy.

MR. CHIAPPETTA: No, no, no. This is about this case.

Q. Okay. Let's hear it. Let's hear it. Come on.

A. What you think soliloquy is.

Q. Answer the question.

A. Okay. For example, with Jennifer Couture, it's not that she was found guilty. It's

Page 212

that a detective was looking for identification to hold how her accountable.

And then when I did identify her and she was found guilty and was arrested, she did not like that. So even though she was on probation, she solicited Joseph Camp and yourself, to harass me and my family, nonstop, and try to bait me into a lawsuit, to try to provoke me and get me to do something bad, the way you guys do, so you could say I'm the bad guy the whole time, and it didn't work out well for you guys, as you can see.

I believe all her charges were dismissed with prejudice or accusations.

Q. Have you ever spoken with a person named Christian Exoo, E-X-O-O.

A. I don't know who that is.

Q. He operates a Twitter account, AntiFashGordon, F-A-S-H, G-O-R-D-O-N.

A. No.

Q. You have never spoken with him?

A. No.

Q. Have you ever spoken with Christopher Marlboro, an attorney?

A. No.

Q. You've never spoken with him?

Page 213

A. No.

Q. Earlier you mentioned that you had created a Google Drive of documents?

A. Yes.

Q. Have you produced all of those documents in that Google Drive?

A. Excuse me?

MR. CHIAPPETTA: What Google Drive? Please clarify what we're talking about.

Q. Sure. There is a Google Drive video that I showed you earlier you said you created a Google Drive and produced that Google Drive to the FBI.

Do you recall that?

A. For which -- sorry. Specifically for what -- in what context?

Q. Earlier today I showed you a video. Do you recall?

A. Oh, that video. That video, yes.

Q. In that video, you stated that you created a Google drive and provided that to the Federal Bureau of Investigation.

A. Yes.

Q. Have you produced all the documents in that --

54 (Pages 210 - 213)

Page 214

MR. CHIAPPETTA: Objection. Don't answer that. Until you show me a proper request for those documents, those are completely irrelevant to the case.

MR. TRAINOR: Relevance is not an issue before us, Nick.

MR. CHIAPPETTA: It is an issue. It's in your discovery request.

MR. TRAINOR: This is not evidentiary.

MR. CHIAPPETTA: Relevance is important in discovery.

MR. TRAINOR: No, it's not.

MR. CHIAPPETTA: Yes, it is.

MR. TRAINOR: Nick --

Q. So have any of those documents been produced in that Google drive? We don't know the content of that Google drive. But have any of those documents been produced?

A. Why would that even exist at this point? It has nothing to do with this case.

Q. I don't know if it does or doesn't.

A. It doesn't.

Q. That's your words for it.

A. What do you mean?

MR. CHIAPPETTA: Hold on. Show us the

Page 215

request in which it would relate to, Mr. Trainor.

MR. TRAINOR: Okay.

Q. Do you have a Signal account?

A. Yes.

Q. That's @thatdaneshguy.com?

A. No. I don't know the user name on that one, to be honest. It's for private chats.

Q. What is the name of that account?

A. I don't know. It's my phone number.

Q. Your phone number. Okay. Have you ever used that Signal account to talk to anybody about this case?

A. It's possible. I don't know.

Q. Do you still have the Facebook account, Erica Sabonis?

A. No.

Q. When was that Facebook account closed?

A. I don't know what happened to it. It could be open, it could be closed. I don't have the login for it.

Q. What happened to the login for it?

A. I misplaced it.

Q. The account is still out there, correct?

MR. CHIAPPETTA: Objection. Asked and answered.

Page 216

Q. Well, did you delete the account?

A. No.

Q. Is there anybody else who has access to the account that could have deleted that account?

A. No. I don't know.

Q. So is there any -- so you could, in theory, request that login for that account, correct, by saying to Facebook you lost your login information?

A. No.

Q. Why -- does Facebook not allow you to reactivate --

A. I don't know the login to it.

Q. Do you know the email address that you used for it?

A. No.

Q. That wasn't one of your Danesh Gmail -- there wasn't a Gmail email address?

A. No.

Q. Go ahead. What were you going to say?

A. Nothing. Go ahead.

Q. Do you have so many email addresses that it's impossible for you to recall that?

MR. CHIAPPETTA: Objection. Mischaracterization.

Page 217

Q. I asked a basic question. I asked, if you can't recall the email address, is it because you have an abundance of emails addresses that you just can't remember?

A. No.

Q. How many email addresses do you have?

A. Three.

Q. You've only always had three email addresses?

MR. CHIAPPETTA: Objection, form.

Q. You can answer.

A. I don't know how many emails addresses I've had in my lifetime.

Q. Now, Garramone Plastic Surgery, you created videos about them. Is that correct?

A. About Garramone Plastic Surgery?

Q. Correct.

A. They were not the subject of the video.

Q. You never produced a video about -- where Garramone Plastic Surgery was the subject?

A. The subject was not Garramone Plastic Surgery, no.

Q. Was the subject about Garramone?

A. The only one I recall was when Garramone Plastic Surgery was posting about me in their own

55 (Pages 214 - 217)

Page 218

review section. They're naming me by name and slandering me.

I responded to that -- yeah. I responded to that.

Q. In what way did they slander you?

A. I don't have it in front of me. They were basically saying nasty things about me and saying that these bad reviews have something to do with me, even though I'm never mentioned in these and constantly kept referencing me.

Also, the Garramone Plastic Surgery account would constantly comment on videos that disparage me or seems like one of your associates' friends would post.

Q. Did any of your followers ever contact Garramone Plastic Surgery, that you're aware of?

A. I wouldn't know that.

Q. Have any of your followers, have they ever shared with you that they have contacted Garramone Plastic Surgery?

A. No. I wouldn't know that. And you say followers. Again, these people follow multiple people online. I don't know how you're specifying I'm responsible for every individual.

Q. I'm just asking about your followers.

Page 219

A. I'm just answering.

Q. Did your -- have any of your followers ever communicated to you that they contacted or called Jennifer Couture in any way?

A. Not to my knowledge.

Q. Not to your knowledge, what? They didn't contact Jennifer Couture or they didn't tell you that?

A. No one has called me to tell me anything like that and I don't recall anything like that being told to me.

Q. Was that information ever shared to you via a comments section underneath one of your TikTok videos?

MR. CHIAPPETTA: Objection. What information?

Q. The information that one of your followers has contacted Garramone Plastic Surgery, did they ever share that in any of the comments sections in any of your videos?

A. There are thousands of comments on my videos and I have so many videos. I don't know what people, that are not me, said.

Q. Do you ever respond to comments on your videos?

Page 220

A. Yeah. I respond to comments on videos.

Q. Have you ever acknowledged a person who has told you they contacted Garramone Plastic Surgery?

A. Now you're reducing it to just have I acknowledged it?

THE REPORTER: I can't hear you.

Q. Did you respond -- ever respond to a comment beneath one of your videos?

A. I've responded to comments under my videos.

Q. Okay. And was -- did you ever respond to a comment beneath -- attached to one of your videos about Garramone Plastic Surgery?

A. So, it's possible. There is no way I could remember all the comments that are left for me.

Q. How often do you comment on -- do you reply to comments beneath your videos?

A. I don't know how often I comment.

Q. Well, is it a regular practice of yours?

A. It's not -- it's not a regular practice. I may, I may not. It's -- there is no rule book -- handbook to how I comment on TikTok.

Q. I'm talking about how you reply to comments on TikTok. It's not something you do

Page 221

regularly, correct?

A. I didn't say that. I'm confused by your question. If you want to, specifically, get to what you're trying to get to.

Q. I've gotten to it.

A. Okay.

Q. When you publish videos and people comment on your videos, do you regularly reply to comments to your videos?

A. So the word "regularly." I may or may not. It's -- there is no consistency.

Q. So is it possible that you might go seven, eight or nine videos without replying to a comment to any of those videos?

A. I don't know. I don't keep track of that.

Q. You don't regularly reply. Is that correct?

MR. CHIAPPETTA: Objection. Asked and answered.

A. I'm sorry. I don't understand what you're trying to get at.

Q. You don't regularly reply. That's what trying to get at. If it's not something you can recall immediately.

56 (Pages 218 - 221)

Page 222

MR. CHIAPPETTA:  Ask him if he has a method, Patrick.

MR. TRAINOR:  We asked a method earlier today, what his method was.

Q.  So what is your method for replying to comments beneath your TikTok videos?

A.  Well, if they have wrong information, I try to correct that.  If it's something encouraging, I might say thank you.

I mean, I -- it's really not -- it's not as complicated as you're making it out to be.  Not as methodical as you believe it is.

Q.  Well, if it's something you do regularly is all I want to know.  Meaning, is it something you do every other video or every video?  That's what I would like to know.

MR. CHIAPPETTA:  Asked and answered.  Mr. Noshirvan has already --

Q.  He can still answer the question.

MR. CHIAPPETTA:  -- that there is no methodology.

Q.  I'm not asking for a methodology.  Does he go to it every video?

A.  I have responded to comments under videos.  I have done that.  The rate at which I do

Page 223

that, I don't know.  I don't have that -- I don't keep track of the rate at which I reply to comments.

I'm not trying to mess with you.  It's the best answer I can give you.

Q.  Now, have you ever decided that when you publish a video, that that person deserves accountability but it turned out that your facts on the case were wrong?  Has that ever happened to you?

A.  Not --

MR. CHIAPPETTA:  Objection. Form. You can still answer.

A.  Not in the way you described.

Q.  Well, in what way has it happened?

A.  Very different.  If I see a story presented and the facts -- the facts were not correct from the story, I will do a video correcting somebody else so that someone is not falsely accused.  I, as you would put it, uncancelled someone before.

Q.  Did that happen with the nurse in New York City who was pregnant with the city bike?

A.  No. That did not happen with her.

Q.  What happened with her?

A.  What do you mean?  In regards to happen.

Q.  Well, you created a video about her, correct?

Page 224

A.  Many people did, yes.

Q.  I'm asking about you.  Did you create a video about her?

A.  Yes.

Q.  Did you accuse her of endangering the lives of three black teenagers?

A.  Yes.

Q.  How did she do that?

A.  She was screaming help, help in a non-emergency situation.  Help, help I'm pregnant.

Q.  What was the non-emergency?

A.  It was over a bike, a rental bike.

Q.  And it was her bike, though, correct?

A.  That's not correct.

Q.  What's not correct about that?

A.  Are you her lawyer?

Q.  No. I'm asking a question.

A.  It's not -- it was not correct and so it -- despite whether it was correct or not, what I stated in my video, in the very first video, is that it wasn't about the bike.  It was the irresponsible way in which she was willing to endanger these minors' LIVEs just over a bike.  I stated that in the video, too.

Q.  Okay.  So there id no way she was

Page 225

correct?  There isn't any way that you believe she would feel threatened in that situation?

MR. CHIAPPETTA:  Objection.  Calls for speculation.

Q.  Could she have felt threatened in that situation?

MR. CHIAPPETTA:  Same objection.

Q.  Answer the question.

A.  She physically assaulted one of them by snatching their phone away from them in the video, much like your client, Jennifer Couture did, and got arrested for that.

This person, she did the same thing to these minors.  I don't really think -- I think it's immoral, and I think most people do, to assault minors.  We've come to realize that your team doesn't really take issue with violating minors since I've been a victim of it, my children have.

But that is where my morals lay, and yelling help when you don't need help is like yelling fire, in a crowded movie theater.  It's absolutely irresponsible.  Why are we talking about that case?  Do you have more questions for this case?

Q.  Any of the people you targeted in your videos --

57 (Pages 222 - 225)

Page 226

A.   I don't target.

Q.   -- do any of those people have children?

MR. CHIAPPETTA:  Objection.  Calls for speculation.

Q.   Have you ever shown concern for the children of the people that you've put in your videos?

A.   Yes.

Q.   How have you shown concern?

A.   By always covering their faces.  If it's on someone's Facebook or something, always covering their faces and giving them their privacy.  Not blasting their face all over the Internet like your friend do to me.

Q.   Who are my friends?

A.   Your clients and Joseph Camp.  Your close friends.

Q.   You've said other people have done that, so who really has done that, Mr. Noshirvan?

A.   Joseph Camp, Jennifer Couture, Ralph Garramone and you.

Q.   And what about the person in the video you accused of doing that?

A.   It was not under oath there.  I'm under oath here.  Remember, in that video, they admit to

Page 227

contacting your client and giving them information.

Q.   Who admits?

A.   The people in that video you're constantly referencing.

Q.   How do they admit that?

A.   By writing it out in the discord.

Q.   That they have done what?

A.   That they communicate -- the video exists on my page.  That they communicated with your client personal information about me and my mom.

Q.   Do you have access about that discord?

A.   I don't have access to that discord. But people who were in that discord publicly posted that.

Q.   Did they give you that information?

A.   It was publicly posted.

Q.   Where was it publically posted?

A.   On YouTube, on TikTok, on social media.

Q.   And did you tell us the YouTube account that it was?

A.   It belonged to someone named Pablo and I don't know his real name.

Q.   Is that Pablo Ice Cream Bar, or something along those lines?

A.   So you're familiar?

Page 228

Q.   No.  I saw it on your account.

A.   It was not on my account.  I wonder how you're familiar with that.

Q.   Your account has Pablo on it?

A.   No.  I'm not Pablo.

Q.   I'm not saying you are Pablo.  I'm saying, on your account, you mentioned Pablo before, have you not?

A.   I have.

Q.   Okay.  That's how I know.

A.   So you are stalking my accounts.

Q.   I'm stalking your accounts.

MR. CHIAPPETTA:  Okay.

Q.   You have a public --

MR. CHIAPPETTA:  Let's take a two-minute break.  I'm going to the restroom.

MR. TRAINOR:  No.  No.  We don't have much longer.

THE REPORTER:  I'm sorry.  I can't hear what's going on.

MR. CHIAPPETTA:  We're going to use the restroom.  We're going to take a two-minute break. I'll be very fast, but I am going to use the restroom.  Thank you.

VIDEOGRAPHER:  We are now off the video

Page 229

record at 1:46 p.m.

MR. CHIAPPETTA:  Just for the record, I never had someone tell me I couldn't use the restroom.

(Recess is taken.)

VIDEOGRAPHER:  We are now back on the video record.  The video time is 1:48 p.m.

BY MR. TRAINOR:

Q.   I'm going to show a video, Madam Court Reporter.  I'll send this video to you.  The title of the video is Moderator Cindy - Screen Recording 20240522102641 Instagram.

THE REPORTER:  Do you want me to transcribe that?

MR. TRAINOR:  I believe we'll be able to get it on the record here.

THE REPORTER:  That means yes?

MR. TRAINOR:  I think it's brief.  It's only a minute 18.  Yes, please.

THE REPORTER:  Thank you.

Q.   I believe they're voice recordings, somehow.  Mr. Chiappetta produced these.  We'll just play this for you.  Okay?

A.   Okay.

(Video playing.)

58 (Pages 226 - 229)

Page 230

"I just need to know how the process works."

MR. CHIAPPETTA: Hold on. Before we play that, let's identify it. What date did that occur?

MR. TRAINOR: This is file that you sent to me.

MR. CHIAPPETTA: So why don't you show my client, let him look at it and identify a date.

MR. TRAINOR: This appears to be November 3rd of 2023.

Q. Do you see that?

(Moderator Cindy - Screen Recording 20240522102641 Instagram Video is marked Exhibit No. P-9.)

Q. I don't know what date that is. That's how it was produced to me. I'm assuming it's a date prior to November 3rd, but it could also be the same date and time.

Do you recognize that?

A. Yup.

(Video playing.)

"I've done extra work for film. I know how long the filming process is. No worries. Extra work. I'm not, like, bragging. Don't worry. I just

Page 231

mean I know how the filming process works.

So I'm going to be very busy today. I'm doing your bullying video right now. I'm filming that right now. Then I'm going to share all that. I can even hit collaborate if you want it to show up on both of our pages so you get more people to your page.

"Anyway, after that I have a couple other things to do. So I have you in touch with Shiggy. I also told my mod, Cindy. She is -- she is very, very useful. She is like my -- she is -- how Credible is to you, she is to me. She's great. She's a former attorney. She -- she knows how to do a lawsuit.

"Anyway, reach out to her if you need any court documents or anything about Rezube or anything else. She can get it for you, no problem.

"I'll start working on this and I'll post it -- I think I'll post it around 3 p.m. my time. It's 10:30 now. So, yeah, 3 p.m. my time because that is the best time for traffic on my page.

"Sound good? I'll have it done now so it will be ready. Let me know if you want anything -- if anything changes."

(Video stopped.)

Page 232

Q. That screen recording, that was a phone call that you were having right there. Is that correct?

A. It's audio text.

Q. An audio text?

A. Yes.

Q. Was that audio text with James McGibney?

A. Yes.

Q. And when you say your mod, that refers to your moderator?

A. Yes.

Q. And that's the person who runs the account, Cindy ESQ1?

A. She is, yeah.

Q. And Credible, that is a friend of McGibney's. Is that correct?

A. I understand, yes, somebody who is helpful to McGibney, yeah.

Q. So they are somehow, some level, associates of some kind?

A. He helps them.

MR. CHIAPPETTA: Objection to the term associates as being undefined.

Q. Are they friends?

A. I don't know. I just know that he helps

Page 233

him online.

Q. Does your moderator, Cindy, help you a great deal?

A. With my LIVEs, absolutely. She's great about muting and banning people who are there to troll.

Q. Were you talking about a LIVE event in that audio text?

A. Yeah. I mean, it's very possible I was. Definitely wasn't about your clients.

Q. What was McGibney going to contact your moderator about?

A. I believe it was about Razook Catatorah (phonetic).

THE REPORTER: I'm sorry?

THE WITNESS: A gentleman named Razook Catatorah.

Q. Who is Razook Catatorah?

A. Obviously, one of Joseph Camp's friends.

Q. Who is he?

A. One of Joseph Camp's friends.

Q. What does that mean?

A. It means another low life video who does nothing but post doxxing and harmful things about people, just like Joseph Camp will, to threaten and

59 (Pages 230 - 233)

Page 234

intimidate them and make them fear for their safety.

Q. Now, were you sharing information with Mr. McGibney about this Razook Catatorah?

A. Mr. McGibney takes an interest in people who share private photographs of other people, revenge porn. He likes to hold those people accountable.

Razook is one of those people. So we were discussing his -- him, but also unrelated, because the context is kind of mixed up. There is a bullying video I referenced. That has nothing to do with Razook.

Q. But your moderator, Cindy, she had information about Razook. Is that correct?

A. At that time, that one person did because I was busy with something.

Q. Okay. And just to repeat it, the Credible Intel, that's Credible that you reference in that message, correct?

A. Yeah.

Q. So, Credible Intel and McGibney are close friends, associates, acquaintances, is that fair to say?

A. It's fair to say they have some sort of relationship.

Page 235

Q. And they help one another. Is that correct?

A. It's fair to say so.

Q. Okay. Do you recall the first time you ever communicated with Intel?

A. I don't recall our first conversation.

Q. How about your first text message or message along those lines?

A. I don't recall the specifics of it. Unfortunately, all I know is that he reached out because he saw I was being targeted by Joseph Camp and he wanted to make sure that I don't feel terrified as one would feel.

Q. So, when you speak to Credible Intel, is it fair to say that James McGibney will know that information?

A. No. That's not necessarily -- no. They're two different people, and I was speaking to Credible before speaking to James.

Q. Did Credible Intel introduce you to James McGibney?

A. No.

Q. He did not?

A. No.

Q. So just to move on from that.

Page 236

A. Okay.

Q. So you have no belief that when you speak to Credible Intel that James McGibney will get word of that?

A. They're two video people. I don't know where he gets the assumption.

MR. CHIAPPETTA: Object to speculation.

Q. Well, if I speak to your moderator, Cindy, about an issue, does your moderator speak to -- address that information with you?

A. Not necessarily.

Q. Not necessarily.

A. She moderates for other people as well. Plus, she is a nice person, but she has no commitment to me. I don't pay her. I don't employ her. I don't do anything like that. She does it if she wants to.

Q. And it's only LIVE events that she helps you with?

A. There is -- to answer your question accurately, there would be nothing else to moderate.

Q. Does she do anything other than LIVE events for you?

A. All I -- all I ask, the only thing -- actually, the thing that I always communicate with

Page 237

her about is, hey, I'm about to go LIVE, so she can come in and moderate. She's not my attorney.

Q. What sorts of things does Credible do for James McGibney?

MR. CHIAPPETTA: Objection. Calls for speculation.

Q. What's sorts of things does Credible do for James McGibney?

MR. CHIAPPETTA: Objection. Calls for speculation.

Q. You can answer the question.

A. I don't know all the things he does for James McGibney, but what I do relate to is that he gives -- he comes down in times where it seems very perilous and upsetting and frightening and terrifying, both James and Credible have been kind enough to reassure me it's going to be okay. Try to make sure I'm taking steps to stay safe.

That's one thing I really appreciated about that, and one thing that if whoever Joseph's next victims are, I'm going to try to offer them comfort as well.

Q. The question I asked you was, what does Credible do for James McGibney?

A. I know. It's kind of hard to answer.

60 (Pages 234 - 237)

Page 238

You're talking about a terrorist, Joseph Camp, who attacks people. All we do is comfort each other. You're trying to make this out to be something criminal and it's not. So I don't know how to answer you.

Q. I asked you a question.

A. The answer you want doesn't exist.

Q. You just said in your video that Credible does -- my moderator is like what Credible is to you.

A. Yeah.

Q. What does Credible do for James McGibney?

A. They're there for you. That's what friends do. Maybe you're not familiar with that. Your friends don't do that for you, but we're there for each other.

Q. Mr. Noshirvan?

A. Yes, sir.

Q. Answer the question.

MR. CHIAPPETTA: Asked and answered.

A. I did.

Q. You're being evasive.

MR. CHIAPPETTA: Argumentative.

A. We're different people, Patrick.

Page 239

Q. We are different people.

A. Absolutely.

Q. Thankfully, we're different people.

A. Yes.

Q. Earlier you said you never asked for anything other than you just want to help people out of the goodness of your heart, isn't that correct?

MR. CHIAPPETTA: Objection. Mischaracterizes his statements.

Q. That's what you said the purpose of your videos are, correct? It's just to help people?

MR. CHIAPPETTA: Objection. Mischaracterizes his statements.

Q. You never asked for anything else -- other from other people, is that correct?

A. I didn't say any of those things. I said I like to help people. But there are things that I use my platform for as well.

Q. What are those things?

A. Sometimes just comedy.

Q. Okay.

A. Sometimes just raising money for people. That falls into helping and sometimes to ask for help.

Q. And do you make money for yourself --

Page 240

A. Yes.

Q. -- making videos?

A. Do I make money for myself? What do you mean?

Q. Do you earn money from your videos that you keep for yourself?

A. What do you mean? Where I ask for help?

Q. Do you earn money from the videos that you publish on social media, specifically TikTok?

THE REPORTER: Do you earn money -- I'm sorry. I only got part of that.

MR. TRAINOR: Does he earn money from the videos he publishes on TikTok.

A. Occasionally.

Q. How often is occasionally?

A. Most of the time, they don't pay me. I complained about this a lot publically, even in the evidence you showed.

For years now, it's been a huge issue between me and TikTok because they don't pay me fairly. Very often -- it's only recently that I have gotten a little bit from them.

Q. Under what circumstances have you gotten a little bit from them recently?

A. I don't -- what do you mean

Page 241

circumstances?

Q. Did you sign an agreement with them?

A. No.

Q. They just introduced a change in formula? How did it come about that you started earning more money from them?

A. So, it's not like I started regularly earning more money. It's this one month they actually paid me what they said they were going to.

The issue lies in that they will calculate a number, what they believe I earned for this video. Their process is their own trade secret, and then before the month ends, before I could be paid out for it, they'll randomly say, oh, this video is ineligible and I don't get that money, after the whole month thinking, oh, I might get some money for this.

Q. Who do you talk to about that?

A. No one.

Q. They just come to you out of the blue? There is no person you can speak to at TikTok?

A. It's a constant public grievance I have with TikTok. I stated many times that I can't reach anybody there. Even in the evidence that you provided -- in the paper you provided, that screen

61 (Pages 238 - 241)

Page 242

shot where I had said, nobody at TikTok will ever respond to me. That is a constant issue.

Q. You contact -- what department are you contacting?

A. Customer service.

Q. Customer service?

A. Yeah.

Q. Do you have a name of a person you have spoken to there?

A. No. No one ever responds to me.

Q. You sent them emails?

A. I've tried sending them emails, yeah.

Q. From -- to what address? What email address?

A. Whatever the TikTok customer service email is.

Q. You send that from your personal email address?

A. From the one attached to the account.

Q. Okay. Did you ever do that directly through the app, through your profile?

A. No. The app, I don't really use. It's not -- I tried to get someone's attention. I'm never able to. I'm never successful.

Q. Here's a production of a document.

Page 243

MR. TRAINOR: Can you hear me, Madam Court Reporter?

THE REPORTER: No. You said here is a document, did you say?

MR. TRAINOR: Yeah. I'm going to give Mr. Noshirvan a document. This is Cash App. This is a highlight of -- it's four line entries in the Cash App's spreadsheet that we will provide.

Q. I'm going to ask you to please start at the bottom, first one. They are sort of just out of order.

THE REPORTER: Are we marking this as ten?

MR. TRAINOR: Yes, ma'am.

(Cash App Entry is marked Exhibit No. P-10.)

Q. The bottom line there, do you see that, Mr. Noshirvan?

A. Yeah.

Q. This is a Cash App entry. This was provided to your attorney. Received this via subpoena, that appears to be dated February 1st, 2022.

Do you see that?

A. Yup.

Page 244

Q. Okay. I believe this is you sending money to a person named Christine Wartluft. Is that correct?

THE REPORTER: Christine who?

MR. TRAINOR: Wartluft, W-A-R-T-L-U-F-T.

THE REPORTER: Thank you.

Q. And the subject there is, Saving lives from Erica Sabonis.

A. Uh-huh.

Q. Who was saving LIVEs?

A. This, if I remember correctly, the original account Erica Sabonis I created. Like I said, it was to try to identify a murderer. That person was identified, and it wasn't by me.

I later made it known that I was behind this account when I joined these Facebook groups who were investigating A Taste of Sicily.

This was a joke. This is what they responded to.

THE REPORTER: Investigating, what was that name?

THE WITNESS: I'm sorry?

THE REPORTER: You said they were investigating?

A. It was A Taste of Sicily. That was

Page 245

another case that I took on. That was the main purpose of this account. It wasn't for your client and I was very clear I was behind the account. And this is a joke.

Just as the other ones you highlighted that say -- I mean, you could read yourself.

Q. We'll get to them.

A. Sure.

Q. Christina Wartluft, what was she?

A. I don't know.

Q. You paid her $40. You don't know who she is?

A. I believe this means she paid me, right?

Q. No. I believe the sender was you?

A. Okay. I don't know. To be honest, I don't know, but it was in reference to this.

Q. Let's start, same document, the first line, looks like it's dated February 25, 2023.

A. Yeah.

Q. That's you were sending $50 to a recipient who is named Savannah Spark. Is that correct?

A. Yeah.

Q. What's the subject of that line?

A. The subject of the line that says,

62 (Pages 242 - 245)

Page 246

Unblocked fee tits and signal.

Q. What does that mean?

A. It's a joke. You -- Savannah Sparks will charge people unblock fees, like a joke, where she says if you want me to unblock, you give me that much money. And as you see, we didn't follow through with that.

Q. Unblock to see tits. Is that what happens there?

A. No. It says, Unblock fee tits and signal. Unblock fee and you see all the rejected, rejected, rejected. These are jokes, just like remember in this one you see the word cocks and meow?

Q. No, I don't.

A. You don't see it?

Q. I don't.

A. Right there.

Q. I don't see it.

A. So 13 years of comedy I make dumb dick jokes all the time, that is something you can pretend to be ignorant about, but that's what this is.

Q. I see a request unblock me. You want to be unblocked. That's what I see. I don't see the joke.

A. Yes, what I see is somebody trying to

Page 247

invade my privacy to try to embarrass me and it's backfiring because it's not what he thinks it is.

Q. I don't think it's anything. I'm asking you what it is. Stop putting words in my mouth.

MR. CHIAPPETTA: All right. Asked and answered.

A. It's asked and answered, sir.

Q. I'm asking you what it is.

A. It's nothing. It's a dud.

Q. I'm not asking you if it's a dud or not. I'm asking what it is.

MR. CHIAPPETTA: Gentlemen, let's get back on track, please.

Q. Now, do you recall you said you had three websites taken down that allegedly belonged to Mr. Camp?

A. Yes.

Q. What were the names of the hosts that you called to have those websites taken down?

A. I don't recall off the top of my head. One of the reasons they took it down is because Joey was posting revenge porn of Savannah and myself on there.

Q. That's not indicated in this case, has nothing to do with us.

Page 248

A. You said --

Q. If somebody is posting revenge porn, you do not know what service you called to have it taken down?

A. Yeah. I called the host.

Q. What is the name of the host?

A. I don't have that off the top of my head or in front of me.

Q. Where do you have that information?

A. In my email.

Q. Okay. Please produce the email.

MR. CHIAPPETTA: Okay. That's simple. We can avoid a lot of arguing.

THE WITNESS: Yeah.

Q. Get back to one thing. You said you attended Fullerton College for two years?

A. Uh-huh.

Q. Beginning -- what year again was that?

A. I don't know.

Q. It was 2008?

A. I don't know, I said.

Q. Do you recall how old you were when you began attending that college?

A. No.

Q. That was only for two years, correct?

Page 249

A. It was for a short time, two years, I believe, is correct.

Q. Do you know if Improv Shimimprov is still in existence?

A. I don't have any knowledge of that.

THE REPORTER: I'm sorry, do you know if what is still in existence?

MR. TRAINOR: Improv Shimimprov.

A. No. I have no knowledge of that.

Q. Are you still in contact with persons from Improv Shimimprov?

A. No.

Q. What is your connection to Epic Servers?

A. None.

Q. When you were posting to social media about Epic Servers, I guess a hack. Is what that was?

A. Sounds like it was, yeah.

Q. This is what you said, it was in 2021. Is that correct?

A. Yes.

Q. Was that just out of interest? Did you have an interest in that subject matter or what was your reason for your posting about it?

A. I like seeing White Supremacists or

63 (Pages 246 - 249)

Page 250

extremists being held accountable.

Q. Okay. But what was your interest about the hack?

A. Just answered you.

Q. So all of those persons on that, they are just White Supremacists?

A. Extremists. They could have been brown supremacists, they could have been middle eastern extremists. Who knows? Either way, they chose that server for a reason and I'm glad they got exposed.

Q. Do you know the reason why they chose that server?

A. That server promised -- seemed to promise them some sort of privacy so they could further continue their extremism without any accountability.

Q. Did you ever see them do any extremism?

MR. CHIAPPETTA: Objection. Who is them?

MR. TRAINOR: These White Supremacists he's talking about.

A. This isn't a story I concocted. It was in the news. Are you saying I made up --

Page 251

Q. I'm not saying anything. I'm asking you a question about it.

A. It's not my story. I saw the story and I thought it was interesting and it is, and so I posted about it. There is no reason to send me a death threat over it, though.

Q. I did that?

A. Your friend did.

Q. My friend did that?

A. Your good personal friend and partner.

Q. My good personal friend?

A. Joseph Anthony Camp.

Q. Did you ever see me with him?

A. I don't actually keep up with what you do.

Q. But you called him a liar, though. Isn't that correct?

A. The whole country of Belize did.

Q. Isn't -- did you not call Mr. Camp a liar?

A. Yes, and so did the whole country of Belize.

Q. Okay. So he has no credibility is what you're saying?

MR. CHIAPPETTA: Objection.

Page 252

A. He has no credibility when he's attacking people, when he's trying to put people down, harass them and threaten them. But it seems like everything he has said in relation to you and your associates seem to be very true.

Q. I have no further questions.

MR. CHIAPPETTA: Awesome. So I'm going to do a few quick follow-up questions for clarity and we will be out of here very quickly.

EXAMINATION

BY MR. CHIAPPETTA:

Q. So, Mr. Trainor did a lot of talking in relation to moderator Cindy ESQ, or the user behind that profile. Just to confirm, are you able to state whether or not she has a relationship or is employed by TikTok?

A. She is not employed by TikTok.

Q. All right. Now, you previously said that you're aware of Joseph Camp having four current warrants in Belize.

Is that accurate?

A. That is accurate.

Q. All right. And are you aware of Joseph Camp's prior criminal history?

A. Yes.

Page 253

Q. All right. Are you familiar with the University of Missouri hacking?

A. Yes. The University of Missouri hacking is what he got arrested for. Trying to change his grades I believe it was, if I'm not mistaken.

It is said that when he was arrested, he was taunting the cops so they arrested him saying, you should have sent the FBI. This is a bigger project than you think.

Q. Do you know the outcome of that?

A. He went to prison.

Q. State or federal?

A. I believe it was federal.

Q. Do you know how long he was in prison for?

A. I don't know the exact answer, actually.

Q. Okay. That's fine. If you don't know, you don't know. All right.

Let's see here. I want to bring up something for clarity. We're going to go to Plaintiff's Exhibit 6.

A. Okay.

Q. Mr. Trainor had previously asked you about this, I guess, SQL Injection attack?

A. Yes.

64 (Pages 250 - 253)

Page 254

Q.    That, I guess, BullyVille shared with you?

A.    Yes.

Q.    First, have you ever opened this box?

A.    This box would lead to his page. this is the post by BullyVille. This is not a website.

Q.    Okay. So this is a publicly available post that he shared with you?

A.    Uh-huh. He posted this publicly for everyone.

Q.    Okay. And when I say "he," I'm referring to BullyVille.

A.    BullyVille.

MR. TRAINOR: Can you just hold it up for the camera?

A.    Sure. You can tell because it has his user name up here. That indicates he forwarded a post to me that he had publically posted. This is my private thing that only I received.

Q.    Okay. Let's see. All right. Now, I'm probably going to mispronounce this. When Mr. Trainor was talking to you about Suze or an account Suarez?

Page 255

A.    Yes.

Q.    What is the name?

A.    Suze.

Q.    Okay. Now, do you remember what your response was in relation to Mr. Trainor's question?

A.    Yeah. I said that she had posted the same kind of, like, harassing crap that the other people that they conspire with post.

Q.    Oh.

A.    False allegations, so on and so forth.

Q.    All right. Now, I'm jumping around here a little bit, but I just want to clarify something. You had previously talked about Yandex, Y-A-N-D-E-X?

A.    Yes.

Q.    Would you agree with the proposition that Yandex is Russia's form of Google?

A.    Yes.

Q.    Okay.

MR. TRAINOR: How does he know that? I object to that.

Q.    Okay. How do you know that?

A.    Based on my own research, looking into it after seeing Joseph Camp utilize it so many times. He's, like, the only one that I know that uses that.

Page 256

MR. CHIAPPETTA: Are you satisfied, Mr. Trainor?

MR. TRAINOR: Just a question for you.

MR. CHIAPPETTA: Hold on. You can't jump into my --

MR. TRAINOR: Oh, I'm sorry. I thought you were done.

MR. CHIAPPETTA: No. I was just asking if you were satisfied with his response.

MR. TRAINOR: Yeah, fine.

Q.    All right. Now, you previously testified that Joseph Camp may not always be candid. Is that correct?

A.    That's correct.

Q.    Okay. And are you able to identify, I guess, the truths in between Mr. Camp's lies and contained within his posts?

A.    Yes. There is always negative truth that he warps and he creates, concocts ridiculous stories, based on fiction, to try to rile up his followers. So, yeah, but you can tell what the truth is.

MR. TRAINOR: I object to that. Are you clairvoyant?

THE WITNESS: Excuse me?

Page 257

MR. TRAINOR: Are you clairvoyant that you know when someone is being truthful or not?

THE WITNESS: No, your friend is just a bad liar.

Q.    I'll do a follow-up question. How are you able to tell?

A.    I think any reasonable person can look at what he says and then look at reality and see which parts match up and which parts don't. It's very simple and very easily disprovable.

Q.    All right. And then I'm going to bring this up because --

A.    For example, he posted recently that we missed this -- we missed this exact thing that we're in right now, this deposition, yesterday. That's not true. It wasn't even yesterday. It's today.

You can easily tell this man is lying. It's a simple lie. He just lies.

MR. TRAINOR: I have no idea what you're talking about.

THE WITNESS: Okay.

Q.    Okay. So, let's go back here a second.

Have you ever seen the Full House podcast where Mr. Trainor appeared?

65 (Pages 254 - 257)

Page 258

A.    Yes.

Q.    Okay.  You have?

A.    Yes.

Q.    Okay.  Are you able to briefly describe the contents of that podcast?

A.    Yes.  This podcast was by a couple of people who identified themselves as White Supremacists and they had Mr. Trainor on as a guest.

MR. TRAINOR:  What did Mr. Trainor say?

MR. CHIAPPETTA:  Objection.  This is my cross-examination.  Let me do so you can redirect.

A.    Mr. Trainor, in that podcast, talks about how his clients are often referred to as White Supremacists.  Mr. Trainor does say that he doesn't see the things they do as white supremacy, but then the host interjects and says that I'm totally fine with it and Patrick seems to agree and says yeah, yeah.

Then Patrick further goes onto say that what he likes to do is to put billboards in people's town with their face on it to try to provoke them, intimidate them.  Refers to them as doxxers, as he miscatagorized me to be.  And fully just admits to

Page 259

his strategy in harassing innocent people, like myself.

He did exactly what he said he was going to do in that podcast.

Q.    And based upon that podcast, do you believe that an appearance on such a podcast would create some form of affiliation or association?

A.    Absolutely.  Mr. Trainor said earlier that he can't be associated with people he represents like the Proud Boys and if we are to take that into consideration, that wouldn't really cover why he appeared on a podcast where the host is describing themselves as White Supremacists and enjoy being called that and don't, to quote them, cower in the face of the enemy.

Q.    Okay.  All right.

A.    I should say your association with Joseph Camp also doesn't help you as he's messaged me -- texted me several times the sand N-word.  He's posted on his verified Gab that I'm the sand N-word.  Made many racist threats towards me.  It's very -- yeah.

Q.    I don't have any addition --

MR. TRAINOR:  I have some redirection.

EXAMINATION

Page 260

BY MR. TRAINOR:

Q.    Mr. Noshirvan, you've been researching my background for two years, isn't that correct?

A.    No.

Q.    You've never researched my background?

A.    No.

Q.    Have you ever searched for my social media?

MR. CHIAPPETTA:  Objection.  Compound.

Q.    Have you ever searched for social media accounts of mine?

A.    No.

Q.    Did you ever find any?

A.    I never searched.

Q.    Did you ever see me make a racist statement?

A.    Sir, I don't research --

Q.    Answer my question.

A.    It is based on a falsehood.  I don't research you.

Q.    Did you ever hear me say anything about a white -- a racist statement and an anti-Semitic statement?

A.    Sir, if I were to research you, I'd probably find that very easy to find.

Page 261

Q.    Let me ask you this:  Have you ever called white women the most dangerous people in the world?

THE REPORTER:  I'm sorry.  I didn't hear that.

Q.    White women the most dangerous people in the world?

A.    I don't recall anything like that.

Q.    You never said that?

A.    I don't recall anything like that.  What was the context?

Q.    There is never context.  Did you make that statement?  What was the context of my appearance on the television show?

MR. CHIAPPETTA:  Objection.  Compound.

A.    Sir, what you trying to get at?

Q.    What -- I'm asking you a question now.

What did I say on that show that you believe to be racist?

A.    Sir, I wouldn't sit at a table with people who consider themselves White Supremacists just as I wouldn't sit with people who consider themselves Iranian supremacists.

Q.    What did those guys do that was

66 (Pages 258 - 261)

Page 262

white supremacy? What have you ever seen them do that's white supremacy? What did those guys do that you have seen them that you consider White Supremacists?

MR. CHIAPPETTA: Objection to those guys being vague.

MR. TRAINOR: The two guys that were the hosts of the show.

MR. CHIAPPETTA: The host?

A.    The ones who admitted to it.

Q.    What have they done?

A.    The ones who said that they are not afraid of being called White Supremacists.

Q.    What have they done that makes them a White Supremacist?

A.    What have they done? I'm sure if I researched them it wouldn't be very hard but I'd start with them admitting it.

Q.    Well, they have to have done something. You going to admit anything, you could say anything.

MR. CHIAPPETTA: Objection.

Q.    You have nothing. You brought this here just to slander my name.

A.    No. Sir --

Q.    That's what you've done. You're

Page 263

pathetic.

A.    Sir, I would never slander your name. You name has no value.

Q.    We're done, sir.

A.    Okay.

MR. CHIAPPETTA: At this time, we will read and we will order.

THE VIDEOGRAPHER: We are now going off the video record. The video time is 2:21 p.m.

(Deposition concluded 2:21 p.m.)

THE REPORTER: Mr. Trainor, you are ordering the transcript?

MR. TRAINOR: Yes.

Page 264

REPORTER'S CERTIFICATE

I, SANDRA BERKELAND, CCR No. XIO1666, Certified Court Reporter, certify;

That the foregoing proceedings were taken by me REMOTELY at the time therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes as taken. I further certify that I am not a relative or employee of any attorney or the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of New Jersey that the foregoing is true and correct.

Dated this 12th day of August, 2024

*Sandra Berkland*
SANDRA BERKELAND, CSR No. XIO1666

Page 265

Nicholas A. Chiappetta, Esq.
nick@chiappettalegal.com
                August 12, 2024.
RE: Conture, Jennifer, Et Al. v. Noshivan, Danesh
7/26/2024, Danesh Noshivan (#6831073)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

67 (Pages 262 - 265)

Page 266

Conture, Jennifer, Et Al.  v. Noshivan, Danesh

Danesh  Noshivan (#6831073)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

Danesh  Noshivan                Date

---

Page 267

Conture, Jennifer, Et Al.  v. Noshivan, Danesh

Danesh  Noshivan (#6831073)

ACKNOWLEDGEMENT OF DEPONENT

I, Danesh  Noshivan, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____

Danesh  Noshivan                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

68 (Pages 266 - 267)

[& - 768-4500]                                                              Page 1

| & | | | |
|---|---|---|---|
| **&** 163:13,16,20 | | | |

**&**

**&** 163:13,16,20

**0**

**00340** 1:2 7:8
**0340** 121:4
**07070** 2:5

**1**

**1** 3:11 45:2
93:9 111:18
112:6 130:13
183:2
**1-800** 168:11
**1.8** 26:3
**1/27/22** 174:4
**10** 3:20 126:15
127:20 243:16
**100** 81:14
85:25 129:24
**1099** 17:16
**10:25** 198:16
**10:30** 231:20
**10:40** 106:1
**10:53** 106:4
**11** 22:4
**112** 3:14
**11:05** 116:14
**11:07** 116:17
**12** 265:3
**1218** 121:6
141:9
**12:06** 183:6
**12th** 264:21
**13** 16:7 17:19
208:3 246:19

**15** 131:5
**154** 3:15
**17** 198:16
**171** 3:16
**174** 3:17
**18** 229:19
**19** 1:17 2:4
4:13
**198** 3:18
**1:03** 183:9
**1:46** 229:1
**1:48** 229:7
**1st** 243:22

**2**

**2** 3:12,13 17:3
17:12,13 94:5
94:7 95:8,9
**20** 40:21 41:1
267:15
**2004** 13:19
14:9
**2008** 248:20
**201** 2:4,5
**2016** 22:4
**2020** 24:24,25
25:6 33:2,13
**2021** 22:16,20
24:23 73:11
75:15,24
133:15 134:13
134:14 135:1
207:6 249:19
**2022** 22:18,24
22:25 23:2,16
40:1,3,3 41:19

71:10,11 75:1
75:19 82:12
125:15 133:18
139:13 146:6
146:10 164:16
165:8,23
166:17 168:24
177:24 178:20
243:23
**2023** 22:10
79:23 185:6
230:11 245:18
**2024** 1:18 4:3
126:15 127:20
264:21 265:3
**2024052210...**
229:12 230:14
**2101** 2:10
**22** 40:4
**230** 3:19
**24** 10:12,17,22
22:5
**243** 3:20
**24th** 128:7
**25** 245:18
**252** 3:6
**258** 2:10
**26** 1:18 4:2
206:14
**27** 177:24
**2:21** 263:9,10
**2:23** 1:2 7:8

**3**

**3** 3:12,13 94:5
94:6 95:10
231:19,20
**30** 15:21
265:16
**33411** 2:11
**35** 174:22
175:6
**37** 39:12
**3rd** 230:11,18

**4**

**4** 3:14 112:5,16
**40** 245:11

**5**

**5** 3:15 154:5,7
167:4 169:14
**5,259** 3:5
**50** 245:20
**561** 2:11

**6**

**6** 3:16 171:6,9
253:21
**6831073** 265:5
266:2 267:2
**6th** 188:24

**7**

**7** 3:17 33:17
93:15,23 174:6
**7/26/2024**
265:5
**768-4500** 2:11

**[777-3327 - accumulate]** Page 2

| | | | |
|---|---|---|---|
| **777-3327** 2:5 | 125:3 132:7 | **account** 12:10 | 207:16,17 |
| **7:17** 93:12,15 | 176:23 178:1 | 25:24 26:2,10 | 209:11 212:17 |
| **7th** 93:11,11 | 182:13 199:11 | 26:21,24 42:7 | 215:3,8,11,14 |
| **8** | 202:10 204:21 | 42:12 43:25 | 215:17,23 |
| **8** 3:18 198:1,8 | 229:15 242:24 | 46:3,13,19 | 216:1,4,4,7 |
| **870,000** 174:19 | 252:14 256:15 | 47:7,12,17 | 218:12 227:19 |
| 175:3 | 257:6 258:4 | 51:9,11,20 | 228:1,2,4,7 |
| **8:17** 93:23 | **abouts** 22:25 | 52:7,19,20,20 | 232:13 242:19 |
| **9** | 23:2 | 52:24 53:5,5 | 244:12,16 |
| **9** 3:19 182:19 | **above** 1:14 | 53:10,11,14 | 245:2,3 254:24 |
| 230:15 | 265:6 267:7 | 55:9,15 67:5 | **accountability** |
| **9225** 264:23 | **absolute** 78:19 | 69:23 70:1 | 30:18 31:4 |
| **93** 3:11 | **absolutely** 58:7 | 73:14,16 79:5 | 65:15 67:14 |
| **94** 3:12 | 59:15 62:2,11 | 79:7,10,16 | 68:2,5 223:7 |
| **95** 3:13 | 91:15 95:2 | 80:2 87:22,24 | 250:17 |
| **9:03** 1:18 4:2 | 97:2 107:6 | 88:5,6,7,12,14 | **accountable** |
| **9:07** 6:25 | 148:11 151:15 | 88:17 89:3,4,7 | 27:23 31:12 |
| **9:10** 7:3 | 158:3 164:10 | 89:20 90:15,15 | 32:25 136:1,2 |
| **a** | 189:12 225:21 | 93:14,16 94:19 | 156:24 209:14 |
| **a.m.** 1:18 4:2 | 233:4 239:2 | 96:6 97:6 98:7 | 209:17,17 |
| 6:25 7:3 106:1 | 259:8 | 102:11 103:13 | 210:11,14 |
| 106:4 116:17 | **absurd** 155:21 | 103:18 104:11 | 211:4 212:2 |
| 182:19 198:16 | **abundance** | 116:5 120:22 | 234:7 250:1 |
| **ability** 10:14,15 | 217:3 | 122:17 123:8 | **accounts** 24:11 |
| 10:19,20,24,25 | **abuse** 155:6 | 123:14 124:2 | 52:5 53:2,7 |
| 11:4,4 57:10 | 199:9 | 128:17 129:1 | 65:10 73:22 |
| 57:11,22 | **access** 46:18 | 132:6,8,15 | 87:12 96:10 |
| 122:15 | 47:12,15 86:16 | 148:16 149:17 | 103:15 128:12 |
| **able** 6:12 7:17 | 87:3 103:4,12 | 151:21,23 | 129:5 149:18 |
| 11:8 48:5 | 117:21 142:9 | 173:19 174:8 | 175:25 208:15 |
| 56:24,25 57:17 | 199:25 200:18 | 174:11 178:24 | 228:11,12 |
| 57:18 69:2,4 | 202:1,8,9,23 | 180:7,9 186:16 | 260:11 |
| 90:17 99:9,10 | 216:3 227:11 | 195:25 196:2 | **accumulate** |
| 100:18,22,25 | 227:12 | 196:16 200:1 | 43:9 |
| | | 202:9,24 | |

**[accumulated - agree]**

| | | | |
|---|---|---|---|
| **accumulated** 40:6 | 160:17 169:19 170:15 264:17 | **address** 12:18 12:19 47:6 | **ads** 106:23 187:13 |
| **accuracy** 265:9 | **actions** 138:6 | 51:23 52:7 | **adult** 35:10,11 |
| **accurate** 50:1 252:21,22 | **active** 25:15,17 74:3 | 62:20 91:2 100:8,10,15 | 62:13 |
| **accurately** 103:3 123:3 236:21 | **activities** 200:2 200:7,19 | 102:25 121:5 121:12 194:17 205:12 216:14 | **advantage** 98:12 |
| **accusations** 212:13 | **actor** 63:7 | 216:18 217:2 236:10 242:13 | **advice** 190:24 |
| **accuse** 224:5 | **actual** 47:4,20 122:20 149:21 150:1,2 178:22 | 242:14,18 | **affiliates** 11:23 |
| **accused** 223:17 226:23 | **actually** 19:7 37:17 57:9 | **addresses** 52:4 52:11,13 103:5 120:6 148:23 | **affiliation** 259:7 |
| **acknowledge** 5:2,5 | 72:22 75:19 104:18 105:17 | 148:25 216:22 217:3,6,9,12 | **afraid** 94:18 149:12 158:19 158:20 195:7 196:5 262:13 |
| **acknowledged** 220:2,6 | 105:19 129:15 130:3 134:5,6 | **adjudicated** 210:24 | **agencies** 12:5 |
| **acknowledge...** 267:3 | 180:19 190:19 192:9,15,17,19 | **administer** 4:23 5:6 | **agency** 18:11 18:12,21,24 19:2 |
| **acknowledg...** 265:12 | 196:5,13 203:16 236:25 | **administered** 5:6 | **agent** 16:22,23 16:24 18:23 |
| **acquaintances** 234:22 | 241:9 251:14 253:16 | **admit** 205:3 226:25 227:5 | **agents** 11:23 |
| **acquainted** 123:23 | **add** 98:11 | 262:20 | **aggregators** 153:1,4 |
| **act** 21:15 62:4 151:11,13 | **added** 115:1 135:9 | **admits** 111:22 112:15 227:2 | **aggressive** 191:5 |
| 153:12 156:16 159:8 160:17 | **adding** 73:23 | 258:25 | **ago** 53:12 120:24 134:4 |
| 161:15 162:10 163:6 169:19 | **addition** 259:23 | **admitted** 158:23 205:2 | 172:1 174:22 174:24 175:6,8 |
| 170:15 | **additional** 116:19 | 262:10 | 177:4,23,25 186:22 |
| **action** 8:19 11:16 138:12 | **additionally** 6:14 | **admitting** 159:17 205:24 | **agree** 4:7 5:13 5:15 21:15 |
| 159:10,13,14 | **additions** 267:6 | 262:18 | 255:16 258:19 |

[agreement - anymore]    Page 4

**agreement** 5:10
5:11 44:7,24
45:11 176:13
176:14 241:2
**ahead** 64:19
141:20 163:14
216:20,21
**ai** 180:17,17,18
180:19,23
**aiming** 113:17
**al** 1:8 4:11 6:1
7:7 265:4
266:1 267:1
**alcoholic** 10:13
**alias** 30:6,8
**align** 119:9
188:3
**allegation**
193:15,18,20
**allegations**
202:2 203:23
205:14 206:3
255:10
**allegedly**
119:20 172:13
194:9 204:23
247:15
**alleges** 68:7
**alleging** 23:2
23:15
**allergy** 36:15
36:17
**allotted** 265:19
**allow** 203:11
216:11

**allowed** 66:2
73:2 115:17
119:18 161:12
**alluded** 183:24
**america** 188:12
**amount** 37:19
40:17,18,21
42:14,18 43:2
43:5 80:25
113:6 150:4
**anatomy**
171:22
**android** 46:22
46:23,25 47:19
87:6
**answer** 7:21
8:1,7,8,10,17
10:9 15:13
18:2 20:11,20
20:24 21:2,4
23:8,10,11,24
26:12 28:12,20
28:21 29:6
36:4,4 50:19
56:5,8,9,16
58:15 64:25
65:4,19 66:18
66:23 68:20,21
72:24 78:19
80:23 83:13,14
83:14 85:15
91:22,23 92:11
107:10,13
108:19 110:22
117:1 121:11

123:2 137:10
150:4 153:17
162:13 164:19
165:6 170:11
190:14 201:9
202:6 203:7,12
210:21 211:2
211:23 214:2
217:11 222:19
223:4,11 225:8
236:20 237:11
237:25 238:4,7
238:20 253:16
260:18
**answered** 10:2
15:4,11 56:3
63:16 66:12,24
73:1 79:4,14
88:15 91:20,21
92:1,4,6,9,12
92:14,20
107:15 122:18
145:2 146:8
150:25 151:4
157:7 160:23
161:3 166:1,2
174:2 179:5
190:13 208:6
208:11 215:25
221:20 222:17
238:21 247:6,7
250:4
**answering** 8:6
55:25 63:13
66:20,25 67:2

72:25 80:21,22
102:4 110:12
136:15 137:16
140:25 194:7
219:1
**answers** 210:19
**anthony** 251:12
**anti** 260:22
**anticipated**
201:20
**antifashgordon**
212:18
**anybody** 8:25
26:15 27:14
32:9 33:14
65:12 70:14
78:12 91:11,12
99:15,24
107:24 108:4,9
108:25 109:1
110:8 147:20
151:14 153:25
158:17 163:15
163:19 164:12
164:15 183:25
189:21 191:23
192:8,9 207:15
210:22 215:11
216:3 241:24
**anybody's**
62:10
**anymore** 41:11
51:14 176:21
196:18

**[anytime - asking]**

**anytime** 33:13
**anyway** 21:12
  231:8,15
**apartment** 18:5
  18:6 19:17
**apologies** 25:10
**apologize** 111:5
  175:2 196:15
**apology** 146:22
**app** 3:20
  114:12,14
  180:24,25
  242:21,22
  243:6,15,20
**app's** 243:8
**apparently** 8:8
  36:19 84:21
  118:18 173:9
**appeal** 102:4
**appear** 129:12
**appearance**
  259:6 261:14
**appearances**
  209:6
**appeared**
  208:25 257:25
  259:12
**appearing**
  129:17
**appears** 94:13
  94:22,25 96:24
  96:25 230:10
  243:22
**appended**
  267:7

**applicable**
  265:8
**application**
  38:13 50:15,17
**apply** 136:9,11
**appreciated**
  237:19
**approached**
  116:8 121:17
  121:19 122:2
**appropriate**
  121:15
**appropriately**
  36:6
**approve** 122:11
  122:12,15,24
  122:25 123:1,1
  191:19
**approximate**
  20:24 21:2
  23:14
**archive** 174:7
**area** 59:8
  142:21,24,25
**arguing** 137:15
  248:13
**argumentative**
  49:15 98:2
  137:14,23
  150:18 151:7
  190:8 204:3
  238:24
**arrangement**
  5:8 44:3

**arrest** 68:25
  69:3 134:6,8
  152:6 155:7,21
  197:9
**arrested** 9:20
  9:23 32:22,24
  134:24 154:22
  162:19 197:2
  212:4 225:12
  253:4,6,7
**arresting**
  159:20
**article** 74:9
**articles** 152:9
**artificial**
  180:14
**ashamed**
  163:11
**aside** 131:1
**asked** 10:1 15:3
  15:11 23:24
  24:18 34:17
  36:20 44:16
  48:16,21 54:8
  54:14 56:3
  61:2 65:4
  69:14,15 75:12
  79:4,13 91:21
  92:11 102:15
  102:18 107:15
  118:24 122:18
  122:22 124:15
  124:17 125:22
  145:2 146:7
  149:25 150:25

  157:7 160:23
  161:2 166:1
  173:1,3 175:25
  179:21 188:21
  190:13 194:5
  202:6,7 208:6
  208:9 215:24
  217:1,1 221:19
  222:3,17
  237:23 238:6
  238:21 239:5
  239:14 247:5,7
  253:23
**asking** 8:7 23:6
  23:12 35:23
  55:6,24 58:19
  59:23 60:1
  79:1 80:20
  89:24 100:25
  107:9 108:16
  110:11,23,23
  118:22 121:20
  128:6,21 129:3
  131:20 139:4
  140:4 154:17
  162:2,3 173:25
  180:22 185:20
  185:22 190:12
  193:16,18
  200:17 208:4
  211:7 218:25
  222:22 224:2
  224:17 247:3,8
  247:10,11
  251:1 256:8

261:17

**assailants** 21:20

**assault** 35:15 84:4 225:15

**assaulted** 34:13 35:14 225:9

**assaulting** 34:15 35:10 36:2 68:17,23

**associate** 60:5 73:5 79:25 91:12 97:20 185:15 189:8,9 189:19 205:15

**associated** 47:6 51:23 88:2 147:8 148:3,23 259:9

**associates** 11:23 15:9 110:21 169:1,6 169:7 184:20 186:25 187:1,3 187:24,25 189:7 218:13 232:20,23 234:22 252:5

**associating** 189:15,17,18

**association** 259:7,17

**associations** 12:3

**assume** 7:22 23:4 76:4 83:18 124:6 171:20 174:16

**assuming** 142:8 142:12 230:17

**assumption** 89:21 236:6

**assumptions** 89:24

**attached** 3:22 220:13 242:19 265:11

**attaching** 94:8

**attachment** 115:1

**attack** 171:23 253:24

**attacked** 158:16

**attacker** 27:17

**attacking** 252:2

**attacks** 113:15 238:2

**attend** 13:20,22 14:7

**attended** 15:7 248:16

**attending** 14:14 15:23 248:23

**attention** 114:6 242:23

**attorney** 8:9,12 102:23 126:23

185:22 186:2,6 189:2 202:4 212:23 231:13 237:2 243:21 264:16 265:13

**attorneys** 2:7 2:13 5:1 158:8

**audio** 4:6 54:22 54:23,25 105:21 232:4,5 232:7 233:8

**august** 264:21 265:3

**aunt** 113:5

**authored** 206:21

**authorities** 184:1

**authority** 122:11,20 192:12

**authorized** 4:22

**automatically** 39:8 40:17,18

**available** 35:21 42:11 43:2 55:1 254:9 265:6

**avenue** 1:17 2:4 4:14

**average** 150:6

**avoid** 248:13

**avoided** 169:8

**aware** 7:9 36:7 77:25 102:23 103:1 186:19 218:16 252:19 252:23

**awesome** 252:7

**awfully** 204:10 204:17

**b**

**b** 1:5 76:10

**bachelor's** 15:10

**back** 7:2 43:23 53:21 106:3 116:16 121:16 144:15 145:3 149:16 172:12 183:8 229:6 247:13 248:15 257:22

**backfiring** 247:2

**background** 260:3,5

**backtrack** 15:8

**backwards** 8:3

**bad** 63:7 113:12,12 212:9,10 218:8 257:4

**badgering** 15:4 92:16 166:21

**bait** 155:17 169:8,13 212:7

**[ban - botyos]**                                                    Page 7

ban 37:9 102:3
  179:1,1 207:16
  207:16,17
banned 90:16
  96:7 102:7
banning 233:5
bar 116:20
  227:23
based 86:4,5,6
  86:7,7,8
  255:23 256:20
  259:5 260:19
basic 5:23
  217:1
basically
  139:22 218:7
basis 41:3,4
  154:24
beach 2:11
beat 114:19,20
began 14:16
  22:20,24 23:3
  23:5,15 24:4
  133:11,17
  139:7 160:10
  248:23
beginning 25:2
  151:5 248:18
behalf 5:12,15
  192:3 193:4
behavior 85:7
  85:18 86:15
behr 76:9,22
behr's 76:12

belief 169:25
  236:2
believe 9:8
  16:11 22:18
  38:17 40:21
  44:20 50:18
  57:20 72:10
  81:16 83:21
  84:1 87:21
  109:18 113:14
  120:18,19
  125:10 127:15
  127:15 134:13
  134:19 146:17
  152:16 168:19
  174:2 183:17
  186:21 188:23
  188:24 193:11
  193:12 194:11
  198:3 201:25
  202:8,22
  204:21 212:12
  222:12 225:1
  229:15,21
  233:13 241:11
  244:1 245:13
  245:14 249:2
  253:5,13 259:6
  261:20
believed 110:23
  194:2
belize 197:3,9
  197:11,16,19
  251:18,22
  252:20

belonged
  227:21 247:15
beneath 154:8
  220:9,13,18
  222:6
benefits 160:18
berkeland 1:15
  4:17 264:3,24
best 20:11 21:4
  23:8 55:25
  61:14,16 96:8
  97:17 223:4
  231:21
beverages
  10:13
beyond 97:9
  151:23 164:9
biden 178:25
big 6:7 40:22
  142:24 191:25
bigger 253:8
bike 223:20
  224:12,12,13
  224:21,23
billboard
  155:16 169:10
billboards
  106:22 187:12
  258:22
bit 6:8 32:15
  37:11 111:4
  240:22,24
  255:12
bites 22:22

black 224:6
blackmail
  113:18
blaming 135:9
blasting 226:13
blindly 84:6,8
  84:10
block 98:14
  99:8
blocked 186:21
blonde 94:21
blood 149:8
bloomer
  107:16,21
  108:2,6 109:1
blue 95:11,13
  154:8 162:4
  172:2 241:20
blurb 198:15
board 122:10
  122:12,16,25
boards 168:21
bodies 12:4
bomb 22:7
book 220:22
boss's 143:8
bosses 81:4
  82:20
bothered 202:5
bottom 147:12
  243:10,17
botyos 70:18
  70:21,23 71:6
  71:7,22,24
  72:8,9,11,11

80:8 82:18 141:1,4 144:18 146:4

**box** 91:5 173:1 173:4 254:5,6

**boys** 188:20 259:10

**bragging** 230:25

**brand** 44:3,6 174:20 175:4

**breach** 103:12

**break** 8:15,17 14:19,21,22 182:3,16 228:16,22

**breaking** 31:12 31:16,17

**breaks** 8:18

**brennan** 191:11

**brian** 108:11 108:22 109:1

**brief** 229:18

**briefly** 258:4

**bring** 65:12 113:17,22 253:19 257:11

**broad** 211:9

**broke** 25:4 97:10,10,13

**broken** 6:21

**brought** 145:3 262:22

**brown** 109:3 250:8

**bubble** 94:13 95:12 162:4 171:18

**bubbles** 95:13 154:8

**bully** 32:20

**bullying** 231:3 234:11

**bullyville** 93:14 93:16 94:15 95:17 96:5 124:2 128:13 130:18 171:15 172:15 198:10 198:15 199:25 254:1,7,14,15

**bullyville.com** 124:5

**bunch** 73:21,24 209:3,5

**burbank** 13:9 13:15,16

**bureau** 164:12 165:8,25 167:5 167:18 213:22

**business** 11:13 46:1 191:16

**busy** 231:2 234:16

**butter** 36:10,11 36:12,15,18,21

**button** 49:6

**buy** 35:7

**bytedance** 11:21

**bytedancetalk** 177:17

**c**

**c** 2:1 51:19 86:20 107:3 183:17 195:23

**calculate** 241:11

**california** 9:17 9:18 12:22,23 12:24 13:5,16 19:11

**call** 6:12,13 29:9 41:15 59:3 67:20 74:21 83:4 105:18 120:20 124:25 138:1,9 147:13 158:4 159:10,13,14 159:22 160:17 168:10,11,13 169:19,25 170:1,15 183:25 232:2 251:19

**called** 22:11 29:13 37:18 67:18 77:18,23 154:3 158:21 167:4 169:2,24 174:8 181:1

186:16 190:16 194:12 197:15 219:4,9 247:19 248:3,5 251:16 259:14 261:2 262:13

**calling** 29:15 58:25 61:24 154:24 168:18

**calls** 24:10 32:4 65:20 103:7 133:23 138:25 142:10 158:21 198:24 200:9 210:25 225:3 226:3 237:5,9

**calm** 64:23 195:6,10

**camera** 27:5,18 62:25 63:2,3 85:23,24 86:7 254:17

**camp** 22:16 23:3,15 24:7 59:19 60:4,11 60:13 64:8 65:19 73:6 74:3,11 75:1 75:16 80:1,17 81:3 82:19 90:19 91:10,18 97:20 102:5 103:13 105:18 105:20 106:20 107:5,23

**[camp - chiappetta]**                                                        Page 9

124:13 133:21
134:1,8 136:5
138:22 139:24
140:5,21 142:5
142:17 144:23
146:14 147:7
147:18 148:3
158:23 187:5
187:14,17,20
187:22 189:8,9
193:3,3,9,21
194:2,14,19,21
195:1,3 197:20
199:23 202:3
203:16 204:23
205:14,24
206:23 212:6
226:16,20
233:25 235:11
238:1 247:16
251:12,19
252:19 255:24
256:12 259:18
**camp's** 102:24
103:5 139:22
196:21,25
197:5 199:25
200:2,7,19
202:1,9,24
233:19,21
252:24 256:16
**campaign**
133:17 135:24
139:7

**cancel** 175:20
**cancelled** 80:1
176:6,15,25
178:6
**cancer** 134:9
135:8
**candid** 256:12
**capacity** 56:24
57:4,6,9,10,19
57:21 103:20
**capcut** 50:14
50:15
**capitol** 188:24
**caption** 157:10
157:13
**care** 13:7
144:13 147:22
175:21,22
203:2,14,18
**career** 18:13
50:25
**carlson** 108:11
108:22 109:1
185:9,11
**case** 1:2 57:14
58:24,24 67:23
109:17 121:5,6
121:8,10 133:2
134:10 138:14
141:9,13 165:5
167:1 192:22
192:23 203:15
205:21,22
207:7 211:15
211:19 214:4

214:20 215:12
223:8 225:22
225:23 245:1
247:24
**cases** 158:15
160:3
**cash** 3:20 40:12
41:8 243:6,7
243:15,20
**cashed** 40:10
**cassandra**
110:3
**cat** 201:11
**catatorah**
233:13,17,18
234:3
**catch** 55:14
**caught** 46:11
62:25 63:2,3
85:23,24 86:7
**cause** 63:23
**caused** 191:25
**causing** 63:20
**ccr** 264:3
**cease** 181:4,10
181:13,16,17
181:22
**cell** 46:20,21,21
47:1 52:8 88:3
142:9
**center** 168:14
198:14
**cents** 38:18,21
39:13

**certain** 37:19
81:12 106:7
148:9 163:6
210:14
**certainly**
153:25
**certificate**
264:1
**certifications**
15:15
**certified** 1:15
264:3
**certify** 264:4,15
**cetera** 81:9,10
**change** 8:4
159:6 201:6
241:4 253:4
266:4,7,10,13
266:16,19
**changes** 231:24
265:10 267:6
**character**
116:21 166:25
**charge** 246:4
**charges** 212:12
**charity** 57:25
**charles** 101:17
**chats** 215:7
**chattering**
201:17
**check** 157:16
**chhuom** 107:3
107:8,14
**chiappetta** 2:9
2:9 3:6 5:14,14

**[chiappetta - chris]**

| | | | |
|---|---|---|---|
| 10:1 12:11 | 115:15,19,25 | 193:17,22 | 260:9 261:15 |
| 15:3,11 17:5 | 116:12,18 | 194:24 195:14 | 262:5,9,21 |
| 20:23 21:2 | 117:18 118:7 | 195:22 196:7 | 263:6 265:1 |
| 24:2,21 26:8 | 118:19,24 | 196:23 198:4,6 | **chiappettaleg...** |
| 27:10,13 28:9 | 119:16 121:3 | 198:24 200:9 | 2:12 265:2 |
| 28:13,17,21 | 122:18 125:19 | 200:12 201:8 | **child** 143:24,25 |
| 30:25 32:4,12 | 127:9,21 128:1 | 201:22 202:13 | 150:15 156:22 |
| 33:11 35:4,19 | 128:5,25 | 202:16,18,21 | 203:3,14 207:1 |
| 36:3 38:3,5,10 | 131:20,23 | 203:6,11 204:2 | 207:3 |
| 39:20 45:23 | 133:23 134:20 | 204:5,9,11 | **children** 44:16 |
| 46:8,11,15 | 135:17 137:13 | 205:11,21 | 44:18 45:8,17 |
| 47:3,9 49:3,14 | 137:22 140:2 | 206:2,6,8,11,14 | 60:14,15,16,17 |
| 49:17 50:23 | 141:8,14,18,20 | 206:16,22 | 62:11 63:20,23 |
| 52:16 54:9 | 142:10 144:2,4 | 207:10,13 | 84:3 110:7 |
| 55:13 56:3,7 | 144:15 145:2 | 208:6,12 210:2 | 111:9 113:17 |
| 56:14 57:8 | 146:7 149:6 | 210:5,16,25 | 114:8 115:23 |
| 61:5,8,12,17,20 | 150:14,17,25 | 211:5,8,18 | 116:25 119:9 |
| 61:24 62:2,14 | 151:6 153:3 | 213:8 214:1,7 | 136:3,24 137:4 |
| 64:10,14,17,20 | 155:11 157:6 | 214:10,13,25 | 137:8 138:14 |
| 66:2,13,16,18 | 157:11 160:22 | 215:24 216:24 | 138:20 139:20 |
| 66:22 67:9,15 | 161:1,8,10,12 | 217:10 219:15 | 158:20,22 |
| 68:19 71:17 | 162:12,25 | 221:19 222:1 | 159:21 163:13 |
| 75:10 79:4,13 | 163:22 164:1,5 | 222:17,20 | 163:16,20 |
| 80:24 82:13 | 164:8,14,18,24 | 223:10 225:3,7 | 184:4 225:18 |
| 84:7 85:21 | 165:1,4 166:1 | 226:3 228:13 | 226:2,6 |
| 91:21 92:4,8 | 166:3,20,24 | 228:15,21 | **children's** |
| 92:11,16,19,24 | 167:23 168:2,5 | 229:2,22 230:3 | 94:17 138:6 |
| 94:8 95:23 | 169:5 170:2,5 | 230:8 232:22 | 156:25 |
| 96:2,12 97:17 | 170:9,13,16,18 | 236:7 237:5,9 | **choose** 26:13 |
| 98:1,8 103:7 | 172:14,21,25 | 238:21,24 | 26:14 178:9 |
| 105:6,8 107:15 | 173:3 179:5 | 239:8,12 247:5 | **chose** 250:10 |
| 107:25 109:7 | 181:25 182:6,9 | 247:12 248:12 | 250:12 |
| 109:10 111:3 | 182:12,17,22 | 250:20 251:25 | **chris** 141:4 |
| 111:24 112:2 | 186:1 189:4 | 252:7,11 256:1 | 192:21,24 |
| 112:17 115:2,9 | 190:5,7,13 | 256:4,8 258:12 | 193:19 194:6 |

[chris - comfort]                                                      Page 11

194:16,19,21
195:1,5,16
chris's  193:11
chrissy  186:9
christian
  212:15
christina  245:9
christine  244:2
  244:4
christopher
  212:22
cindy  3:14
  98:20,23,24
  99:19 100:1,9
  229:11 230:13
  231:10 232:13
  233:2 234:13
  236:9 252:13
cindyesq1
  105:4,10
circle  180:1
circumstance
  169:18
circumstances
  161:15,17
  240:23 241:1
city  12:25
  19:13 143:4,5
  223:20,20
civil  1:2 61:21
claim  150:8
claimed  107:2
claims  115:11
  128:7 139:16

clairvoyant
  256:24 257:1
clarification
  41:13 59:4
  115:10 149:7
clarify  27:11
  43:16 65:18
  73:2,3 75:25
  98:4,8 125:19
  161:19 195:14
  196:7 207:18
  213:9 255:12
clarifying
  82:24
clarity  252:8
  253:20
class  35:7
clear  6:4 53:4
  64:20 69:16
  103:16 149:15
  175:2 177:10
  180:10 187:16
  200:20 210:18
  245:3
clearly  64:21
  65:19 158:1
  161:2 180:17
client  23:23
  60:25 61:22,23
  61:25 62:1
  64:13,16 65:24
  65:25 66:8,18
  68:20 71:23
  80:24 92:19
  97:5 116:22,22

119:9 135:23
136:15 137:2
138:14,17
141:11 144:23
148:6 150:12
152:4 154:16
156:21 157:18
160:1 186:2
189:2 193:19
201:9 203:11
211:3 225:11
227:1,10 230:9
245:2
client's  92:25
  117:25 118:11
  121:2 150:8
clients  62:23
  81:11 95:5
  108:8 115:22
  117:24 136:23
  137:17 138:6
  141:16 142:19
  142:25 156:2
  157:3 163:6
  167:2,13
  226:16 233:10
  258:15
close  226:17
  234:22
closed  215:17
  215:19
closest  167:24
  168:1
clue  181:24

cocks  201:13
  246:13
coincidental
  74:11
collaborate
  189:21 231:5
collaborating
  189:18
college  13:20
  13:22,23 14:1
  14:2,4,7,9,12
  14:15,20 15:7
  15:10,16,19,24
  248:16,23
com  146:18
come  32:14
  43:23 48:9
  61:10 65:20
  83:1 129:20
  169:9 195:5
  200:23 201:15
  211:16,21
  225:16 237:2
  241:5,20
comedian  16:2
  16:6 208:3
comedy  26:25
  32:15 130:4
  239:20 246:19
comes  54:2,12
  55:10 209:21
  237:14
comfort  237:22
  238:2

**[comfortable - confer]**                                                    Page 12

| | | | |
|---|---|---|---|
| **comfortable** 159:17 | **commonly** 55:17 | **communicati...** 82:17 125:23 | **complaints** 165:24 168:20 178:4 |
| **coming** 6:4 130:5 136:23 140:5,8,10 184:10 193:5 207:11 | **communicate** 104:14 124:19 125:24,25 132:8,19 144:20 145:21 227:8 236:25 | 126:25 127:8 127:11,20 128:6 129:17 131:24 144:21 146:2 174:14 | **complete** 267:8 **completed** 265:16 **completely** 169:8 214:3 |
| **commencing** 1:18 | **communicated** 80:10 81:2 | **community** 19:17,19,22,25 | **complicated** 222:11 |
| **comment** 218:12 220:9 220:13,17,19 220:23 221:8 221:14 | 83:22 101:5,16 103:17,21 104:10 105:3,4 108:15 123:7 123:13 124:7 124:10,19 | **companies** 18:8 116:7 **company** 11:21 11:21 16:9,9 19:8 45:8,25 74:10 87:16,20 89:11,14 | **compound** 17:5 49:3 260:9 261:15 **computer** 6:20 47:11,14 72:15 72:18 |
| **commented** 104:2 | 125:8 126:7 132:5,9,10,11 | 121:17,25 179:15,16,18 | **concern** 167:9 167:10,11 226:5,9 |
| **comments** 38:20 103:22 193:12 219:13 219:19,21,24 220:1,10,16,18 220:25 221:9 222:6,24 223:2 | 133:7 135:19 186:15 190:20 190:22 219:3 227:9 235:5 **communicating** 82:6 117:2 | 185:13 191:25 **company's** 179:16 **compensated** 17:2 36:24 37:1,25 38:1,7 44:1 58:5 99:11 | **concerning** 6:1 129:17 **concerns** 166:10 **concluded** 263:10 |
| **commercial** 106:23 | 145:17 186:18 **communication** 80:12 83:25 | **compensation** 16:24 39:7 | **concocted** 250:24 |
| **commercials** 187:12 | 93:13 105:9 126:18,25 | **compiles** 153:5 | **concocts** 256:19 |
| **commitment** 236:14 | 132:18 135:22 138:19 145:19 | **complained** 240:17 | **condition** 11:3 **conducted** 9:16 |
| **committed** 31:8 210:9 | 145:25 146:4 171:14 174:13 | **complaint** 68:7 115:16 121:12 | **conducting** 142:14 |
| **committing** 152:5 | 190:17 193:18 | 164:25 165:7 | **confer** 182:12 |
| **common** 42:2,3 | 198:10 | 169:2 | |

**[confidently - contradict]**

**confidently** 32:23

**confirm** 29:10 45:16,19,21 58:10,22 59:11 69:8 70:23 76:19 99:18 252:14

**confirmation** 184:7

**confirmed** 59:6 69:7 83:6 129:23 148:11 148:13,16,19 195:13

**confused** 221:2

**confusing** 168:6

**congress** 179:2

**connection** 50:1 249:13

**conner** 77:16

**connor** 30:16 77:10,24 190:10,16

**conquest** 151:2

**consent** 5:7

**consequence** 209:20

**consequences** 31:3,6,10,21 32:11,14,18 53:23 54:2,13 55:11 209:22

**consider** 53:3 106:18,25 107:22 108:5,8 261:22,23 262:3

**consideration** 259:11

**consistency** 149:17 175:22 221:11

**consistent** 85:6 85:15,18 86:14 149:20

**consistently** 82:8

**conspiracy** 107:24 115:11 128:8,8

**conspire** 108:5 110:21 255:8

**conspired** 109:19 110:8

**constant** 241:22 242:2

**constantly** 218:10,12 227:4

**consume** 10:13 10:17

**contact** 21:21 68:8 70:9,14 71:7 76:1 89:10,13,15,17 89:18,19 94:24 95:14,17 96:6

96:9 97:18,21 105:7 107:5 144:25 145:1,6 145:7 147:5,23 152:11,15,21 153:1,8 157:3 163:19 167:15 184:11 218:15 219:7 233:11 242:3 249:10

**contacted** 29:17 30:4,6 68:11 70:5,6 71:6 74:13 75:6 80:17 84:6,12,18 85:2 89:25 135:18 138:7 145:12 146:20 147:15 152:19 175:13 189:20 192:1 218:19 219:3,18 220:3

**contacting** 175:13 227:1 242:4

**contain** 94:9

**contained** 256:17

**content** 26:23 30:18,20 88:19 175:15,16 180:2 181:5 185:14,22 190:25 191:8

214:17

**contents** 258:5

**context** 33:16 98:8,9,10 101:10 109:16 136:10,11 154:19 155:3,4 155:10 156:2,5 156:7 157:7 159:6 162:6 185:15 213:16 234:10 261:11 261:12,13

**continue** 4:6 67:4 116:18 171:24 172:5 175:10 250:16

**continuing** 127:23

**continuously** 102:9

**contract** 3:17 43:13,15,20 45:5 173:17,18 173:21,23,24 174:1,4,5 175:20 176:2,4 176:6,11,11,15 176:25 177:6 177:15 178:5,7 178:8,13,22

**contracts** 130:6 176:17

**contradict** 137:19

**[contradicting - court]** Page 14

| | | | |
|---|---|---|---|
| **contradicting** 121:14 | **cornelisse** 183:14,16,23 184:1,3,12,15 184:18 | 150:7,11,13 153:13 156:2 163:7 171:16 171:21 173:17 173:21 174:1,2 174:17 180:8 183:19 189:20 192:19 200:2 204:23 210:15 215:23 216:7 217:15,17 221:1,18 222:8 223:15,25 224:13,14,15 224:18,19 225:1 232:3,16 234:14,19 235:2 239:7,11 239:15 244:3 245:22 248:25 249:2,20 251:17 256:13 256:14 260:3 264:13,20 267:8 | **costa** 19:20 |
| **control** 64:12 64:16 65:24,25 66:8 103:15 124:1,4 152:24 | | | **cotsian** 106:10 106:12 |
| **controls** 103:18 104:11 132:6 148:9 | **corporate** 19:4 19:6 | | **coughed** 34:7 |
| | **corporation** 12:3 | | **counsel** 4:25 5:7 118:20 119:18 162:25 265:14 |
| **conture** 195:20 265:4 266:1 267:1 | **corporations** 12:4 | | **count** 58:3 |
| **convenient** 204:10,18 | **correct** 8:1 9:12 22:12,17 24:15,19 25:11 26:6 29:6 30:7 32:11,14 33:3 33:4,6 34:8,12 36:21,22 37:2 38:22,23 41:9 42:24 43:3 47:2 54:19 55:18 61:23 69:18 75:2,25 76:20 87:21 89:16 95:18 96:7,11,18 99:14,15 106:8 106:15 107:4 109:9 110:4,19 110:20 111:10 112:6 116:7 123:9 124:8 125:6 126:5 129:9 134:18 135:16 139:2 140:7 145:17 | | **country** 188:25 251:18,21 |
| **conversation** 82:23 172:6 191:9 195:10 201:3 235:6 | | | **country's** 197:6 |
| | | | **county** 134:7 135:14,15,19 135:22 138:2,9 138:19,25 157:14 |
| **conversations** 4:4 81:10 | | | |
| **conversing** 118:12 | | | **couple** 27:16 38:18 43:7,8,9 98:18 136:22 209:1 231:8 258:6 |
| **convicted** 9:21 9:23 10:3,6 103:14 | | | |
| **coordinate** 107:6 | | **correcting** 223:16 | **course** 16:21 58:12 95:4 127:5,14 133:11 141:4 |
| **coordinates** 113:15 143:2 | | **correction** 189:12 | |
| **cop** 142:4 | | **corrections** 267:6 | **court** 1:1,15 4:17,24 5:18 6:12,16 7:16 93:2 94:3 95:6 95:23,25 96:3 105:24 111:13 115:8 116:3 118:7 130:12 134:25 154:2 |
| **copies** 178:2 265:14 | | **correctly** 24:6 211:13 244:11 | |
| **cops** 253:7 | | **corroborating** 86:6 | |
| **copy** 178:5 | | | |

[court - dangerous]                                            Page 15

171:5 174:3
183:1 186:13
197:22 204:15
229:9 231:16
243:2 264:4
**courtney**
106:10,12
**courts** 199:13
199:17
**couture** 1:4
4:11 6:1 7:6
11:14,14,14,15
57:15 62:22
68:17,22 69:5
70:20 80:18
82:24 106:19
107:23 110:7
117:3,7 138:22
139:2,11 141:2
141:4 157:4
160:10 163:2
187:5,8 189:20
192:21,24
193:3,19 194:8
194:16,19,21
195:16,20,22
211:15,25
219:4,7 225:11
226:20
**couture's** 194:3
195:2
**cover** 259:11
**coverage** 74:8
**covering**
226:10,11

**covid** 24:23
25:3,7 33:5,10
34:5 44:11,14
45:12
**cower** 259:14
**cps** 65:20
158:21,22
**crap** 255:7
**cream** 227:23
**create** 24:22
30:21,23 77:15
146:12 150:21
209:7,14
210:13 224:2
259:7
**created** 53:11
53:14,19 76:9
108:1 122:16
183:19 204:22
204:24 209:25
213:3,11,21
217:15 223:24
244:12
**creates** 49:9
256:19
**creating** 32:8
**creator** 12:8,8
24:14,14,19
26:15 67:5,14
67:20 99:23
174:20,24
175:4,8 176:7
176:12,19
177:3,4,14
178:8,17

**creator's** 100:8
**creators** 24:11
37:4,5,10,12
174:23 175:7
175:16,18
176:23 179:3
**credibility**
251:23 252:1
**credible** 231:12
232:15 234:18
234:18,21
235:14,19,20
236:3 237:3,7
237:16,24
238:9,9,12
**credibleintel**
132:6,17,25
133:20,20
134:1
**credits** 15:18
**crime** 9:21 10:2
31:8 160:7
210:9,10
**crimes** 134:2,3
152:5,5
**criminal** 188:7
238:4 252:24
**criteria** 56:19
**cropped** 95:22
**cross** 88:23,24
89:6 258:13
**crowd** 27:22
**crowded**
225:21

**cs** 265:15
**csr** 264:24
**culture** 151:16
**cumulative**
42:20
**current** 8:2
106:19 252:19
**currently**
106:18 178:18
**custom** 91:9,16
91:17,19,25
92:3,10,13,22
**customer** 242:5
242:6,15
**cv** 1:2 7:8
**cyber** 22:7

**d**

**d** 1:5 3:1 86:20
86:20 103:1
197:24 212:18
255:14
**damages** 91:14
**danesh** 1:7,8
3:3,11 4:10,12
5:16 28:21
60:22 93:7,8
111:3,21
112:15 155:11
216:17 265:4,5
266:1,2,24
267:1,2,4,12
**danger** 156:1
**dangerous**
261:2,6

**[data - different]**                                                    Page 16

**data** 103:11
  142:9
**date** 23:14 71:7
  71:15,16 73:8
  93:11 120:14
  120:15 133:9
  136:16,18
  146:3,9 154:10
  185:5,8 230:4
  230:9,16,17,19
  266:24 267:12
**dated** 22:4
  198:15 243:22
  245:18 264:21
**dates** 14:17
  79:22,24
**daughter**
  143:21,22,23
  144:7 193:6,7
  193:10,11
  194:3,10
**day** 12:14
  102:20 264:21
  267:15
**days** 102:15,17
  174:22,24
  175:6,8 177:4
  265:16
**deal** 233:3
**deals** 174:20
  175:4
**dealt** 133:11
**death** 251:6
**decide** 89:1

**decided** 76:3
  108:4 155:22
  223:5
**declare** 264:18
  267:4
**deemed** 267:6
**def** 205:1
**defame** 148:7
**defendant** 9:10
  11:16
**defendants** 1:9
  2:13
**defenses**
  121:11
**define** 38:10
  57:9 153:3
**defined** 22:3
  173:1
**definitely** 25:6
  95:2 97:2,4
  121:2 129:24
  204:24 233:10
**definitions**
  12:12,14
**degree** 15:9
**dehumanizing**
  113:7
**delete** 91:7,9,16
  91:19,25 92:3
  92:10,13 185:2
  185:4 216:1
**deleted** 216:4
**deliver** 30:18
  31:10

**delivering** 31:3
  32:11
**department**
  22:3 97:12
  163:12,16,19
  242:3
**depends** 29:7
  58:14
**deponent**
  265:13 267:3
**deposing**
  265:13
**deposition** 1:6
  4:10,13 5:2,3,4
  8:23 9:1 28:12
  64:21 111:20
  115:13 121:10
  168:4 172:23
  173:6 257:15
  263:10
**derogatory**
  201:13
**describe**
  187:11 258:4
**described**
  223:12
**describing**
  159:15 211:13
  259:12
**description** 3:9
**deserve** 68:1,4
  95:3 97:3
**deserves** 223:6
**desist** 181:5,11
  181:13,16,18

  181:23
**desktop** 47:14
**desperate**
  154:18
**desperation**
  155:25
**despite** 224:19
**details** 178:23
  191:22
**detective** 70:8
  153:15 212:1
**detectives**
  68:24
**determine**
  37:17 56:19
**determines**
  40:20
**device** 46:18
  50:4,9 87:3
**dick** 246:19
**died** 20:21
  134:9
**difference**
  65:16 66:11
  67:2
**different** 26:15
  28:14 30:9
  38:25 39:1,3
  51:2 52:4,5,6,7
  58:23 59:16
  60:12 62:9
  63:15 65:8
  67:18 77:1
  90:18 140:15
  146:19 153:6

[different - drive]                                                Page 17

156:3 175:25
190:24 195:21
195:21 208:2
209:3,5 223:14
235:18 238:25
239:1,3
**difficult** 42:22
**digital** 171:22
**direct** 69:17
151:14 198:12
**directed** 68:8
153:25
**directing** 157:3
**directly** 29:20
38:12 58:20
59:1,3 242:20
**disable** 148:1
**disappears**
27:17 57:14
**disapprove**
122:16
**discarded**
114:16
**disclose** 205:13
**discord** 86:17
86:19,21,22
87:4,10 112:25
113:24 114:5
117:2,8,12,13
117:17,20,21
117:22 118:16
118:17,23,25
119:2,3,6,8,22
119:25 120:3,8
120:12 136:13

137:1 227:6,11
227:12,13
**discover** 76:13
**discovered**
151:2
**discovery**
125:22 127:24
128:4 164:9
205:12 206:6,8
206:10,13
214:8,11
**discuss** 5:25
7:6 8:10
**discussed** 117:2
129:19 208:24
**discusses**
136:14
**discussing** 8:18
136:14 234:9
**discussion** 7:1
116:15
**disgusting**
117:23
**dismissed**
139:16 150:9
212:12
**disparage**
218:13
**disperse** 42:4
**disprovable**
257:10
**distasteful**
147:11
**distinguish**
112:8

**district** 1:1,1
7:7 158:7
**ditched** 83:1
**division** 1:2
**dm** 69:17,20,25
**dm'd** 69:14
**docket** 7:8
**document** 93:3
93:5 131:21
197:23 242:25
243:4,6 245:17
**documentaries**
131:10 201:14
**documentary**
132:1,3
**documents** 9:3
93:4 94:9
126:24 213:3,5
213:24 214:3
214:15,18
231:16
**docuseries** 3:11
93:7,8 129:8
129:13,18,19
130:20,23
131:2,17,19
**doing** 11:12
63:2 65:14
71:5 73:6
102:8 117:23
135:11,25
139:4,22 143:7
143:8 144:24
146:21 147:9
147:16 155:1

159:2 162:19
168:22,25
176:22 184:6,8
191:4 192:14
207:9 209:7,10
209:19 226:23
231:3
**dollar** 39:5
**donald** 178:25
**donuts** 154:14
**door** 195:4
**dot** 146:18
171:23,23,23
**doubts** 129:20
**download**
180:24
**dox** 21:6,9 76:5
**doxxed** 138:21
**doxxers** 258:24
**doxxing** 21:5,8
21:15,23 22:3
22:6 59:14,17
59:18 60:12
61:2 62:9
63:15,18,19,20
65:9,16 66:11
67:3 112:24
113:15 136:4,4
147:9 233:24
**dr** 76:9,12,22
160:2
**draft** 122:5
123:4
**drive** 95:14
114:3 167:5

**[drive - enemies]** Page 18

213:3,6,8,10,12 213:12,21 214:16,17
**driver** 57:13
**driveway** 114:8
**drudge** 153:7
**dud** 247:9,10
**due** 111:18 135:8,8
**duly** 5:16
**dumb** 246:19
**dunkin** 154:14

**e**

**e** 1:15 2:1,1 3:1 76:10 87:18 101:6,6,12,12 101:12,12 183:17,17 186:16 195:23 197:24 212:15 255:14 266:3,3 266:3
**earlier** 12:17 74:25 75:12 87:7 88:3 117:11,17 118:15 133:19 136:7 153:11 169:14 173:16 173:20 179:21 180:6 204:20 208:24 213:2 213:11,17 222:3 239:5 259:8

**earn** 15:9,15,18 240:5,8,10,12
**earned** 241:11
**earning** 241:6,8
**easiest** 112:13
**easily** 257:10 257:17
**eastern** 250:9
**easy** 157:15 260:25
**eat** 182:18
**eating** 182:13
**echoing** 6:6,9
**edit** 50:10,12
**effort** 127:23
**eight** 198:4,5 221:13
**either** 27:22 98:14 136:21 149:12 250:9
**elevate** 106:13
**eleven** 33:17
**elicited** 193:23
**elicits** 186:1
**elmira** 167:22
**email** 47:6,10 51:23 52:1,4,6 52:11,13 72:1 91:2,5 100:8,9 100:13,15 102:24 103:5 104:6 105:12 105:16 120:6 120:17 125:24 126:1 128:11

132:23 147:24 147:25 148:23 148:25 199:11 199:19,21 216:14,18,22 217:2,6,8 242:13,16,17 248:10,11
**emailed** 90:25 100:12,14
**emails** 91:9,16 91:19,25 92:3 92:10,13 149:18 158:24 176:1 177:18 177:20,21 178:2 217:3,12 242:11,12
**embarrass** 247:1
**emergency** 166:9 224:10 224:11
**emily** 70:18,21 70:23 71:6,7 71:22,24 72:9 72:11 80:8,14 144:18,20,21 145:11,12,16 145:16 146:4
**emoji** 38:22
**emojis** 38:24 39:3
**emotional** 77:25

**employ** 236:15
**employed** 16:3 16:5 106:20 252:15,17
**employee** 16:17 16:19 19:5 89:10,13 191:21 264:15
**employees** 191:14
**employment** 32:1
**enabling** 21:20
**encountered** 75:24
**encourage** 138:8,12 183:25
**encouraging** 222:8
**endanger** 224:22
**endangering** 224:5
**endangers** 21:19
**ended** 192:17 192:18
**endorse** 44:1,4 44:7,10,13
**endorsement** 44:6
**ends** 241:13
**enemies** 209:7 209:10 210:13

**[enemy - exhibit]**                                                                Page 19

**enemy** 209:15 259:15
**enforcement** 184:1,11 199:10
**engage** 72:19
**engages** 147:9
**enjoy** 259:13
**entire** 12:14 112:3 119:15 119:22 120:12 141:10,18 197:6
**entirely** 194:25
**entirety** 120:21
**entitled** 1:14 62:3,4
**entries** 243:7
**entry** 3:20 243:15,20
**epic** 72:22 73:4 74:14,18 103:2 249:13,16
**episodes** 131:16
**erica** 30:14 53:5,10 70:2,3 215:15 244:8 244:12
**errata** 265:11 265:13,16
**especially** 140:23
**esq** 2:3,9 252:13 265:1

**esq1** 98:20 99:19 100:1,9 232:13
**establish** 37:20
**established** 168:3 200:12
**establishes** 12:9
**estate** 19:3,6 81:4 82:20 143:8
**estimate** 79:2 146:9 182:7
**et** 1:8 4:11 6:1 7:7 81:9,9 265:4 266:1 267:1
**evasive** 238:23
**event** 103:25 104:1 233:7
**events** 11:8 41:10,12,13 99:4 195:18 236:18,23
**eventually** 102:11
**everybody** 91:11 98:10 99:9 100:7 108:14 189:19 191:24
**everyone's** 114:13,14 178:24

**evidence** 63:9 66:5 68:10 69:11 85:24 97:8 111:1 116:21 117:4 118:17 125:17 125:20,21 138:23 139:24 140:11 146:20 147:19 149:21 150:2 187:7,9 189:23 193:14 194:4 199:8 200:2,6 240:18 241:24
**evidentiary** 172:24 173:6 214:9
**ex** 140:25 143:20
**ex's** 149:8
**exact** 20:10 24:2 71:15,16 73:8 79:22,24 107:10 133:9 136:18 142:25 144:11,13 171:25 178:4 185:5,8 191:22 205:25 253:16 257:14
**exactly** 59:12 79:22 136:17 142:18 143:2 156:7 177:22

192:11 259:3
**examination** 3:4 5:20 252:10 258:13 259:25 264:10
**example** 27:15 57:12 58:19 59:1 65:18,23 66:1 210:8,11 211:14,24 257:13
**except** 178:19 178:21
**exchange** 184:22
**exchanged** 71:22
**excited** 200:17 202:24 203:21 203:25
**excuse** 6:3 44:15 59:25 68:3 118:3,4 167:13 187:2 213:7 256:25
**exhibit** 3:11,12 3:13,14,15,16 3:17,18,19,20 93:9 94:5,6 95:9 111:18 112:16 130:13 154:5,6 167:4 169:14 171:6,8 174:5 198:7 230:14 243:15

[exhibit - feared]                                                    Page 20

253:21
**exhibits**  3:8,22
**exist**  176:21
  177:7,11
  214:19 238:7
**existence**  249:4
  249:7
**exists**  134:16
  177:6,15 227:9
**exoo**  212:15
**expect**  96:20
  151:12 158:4
**expectation**
  96:21 150:21
  151:9 153:12
  153:23 156:16
  158:14
**expected**  31:11
  96:17 162:15
**expedition**
  173:6
**experiencing**
  184:21 193:2
**explain**  27:13
**exposed**  250:11
**expression**  54:6
  54:7,12 67:8
**extent**  164:8
  191:9
**extort**  113:18
  114:11
**extra**  230:23,24
**extreme**  188:14
**extremely**
  168:6

**extremism**  74:2
  250:16,19
**extremist**
  188:11,12,13
**extremists**
  250:1,7,9
**eyes**  138:16

**f**

**f**  51:19,19
  101:6,12,12
  212:18 244:5
**face**  61:15
  62:18 106:22
  155:16 169:10
  187:13 226:13
  258:23 259:15
**facebook**  25:16
  53:16 69:21,22
  69:23,25 81:4
  87:13,19,20
  89:3,4,6,8
  90:15,19
  215:14,17
  216:8,11
  226:11 244:16
**faces**  162:9
  226:10,12
**facing**  209:22
**fact**  27:16
  82:24 108:21
  144:21 160:1
  192:6
**facts**  86:4
  115:14 122:22
  133:2,5 223:7

223:15,15
**factual**  66:5
**fails**  265:18
**fair**  57:21
  234:23,24
  235:3,15
**fairly**  240:21
**faith**  207:3
**fake**  65:19
  197:2,15,20
**fall**  155:18
**fallout**  184:19
**falls**  176:18
  239:23
**false**  22:6 68:13
  68:14 95:19
  113:19,20,20
  113:21 156:18
  158:21 163:8
  197:9,10
  255:10
**falsehood**
  260:19
**falsely**  223:17
**familiar**  30:17
  77:9 101:7,9
  101:18 123:23
  123:25 134:1
  141:5 185:12
  227:25 228:3
  238:15 253:1
**families**  91:13
  163:13,16,20
**family**  65:20
  72:13 76:5

83:2 113:3
  133:13 136:6
  139:8 140:24
  144:14,24
  148:15,18
  149:4,7 154:15
  156:1 158:16
  160:11 167:14
  193:2 195:7
  196:6 199:9
  212:7
**family's**  158:12
**fan**  89:8
**fans**  152:1
**far**  21:23 86:10
  137:17 187:4
**fast**  228:23
**fat**  49:5,7,13,20
  49:22,23
**father**  13:7
  20:21
**fbi**  113:20
  114:3 164:13
  164:17,23,25
  165:13 166:11
  166:18,19
  167:3,6,8,9,10
  167:15,24
  168:1,11,16
  213:13 253:8
**fear**  71:23
  139:20 156:25
  234:1
**feared**  138:5
  159:3

february 33:2 71:10 243:22 245:18
federal 164:12 165:8,24 167:5 167:18 213:22 253:12,13
fee 26:6,11 37:16 246:1,10 246:11
feel 49:25 225:2 235:12,13
fees 26:16 246:4
felony 10:4 103:14
felt 139:19 192:4 225:5
fetel 101:8
fettel 101:6,12
fiction 256:20
fictitious 30:1
field 18:18,18
fig 123:20
fight 179:3
figure 27:18,24 28:1,5
figured 198:19 198:22 199:3,5 199:7
file 93:6 94:4,5 95:7 111:21 154:3 164:11 164:16,22 165:7,13

167:16,22 168:9 169:2 171:10 174:4 197:24 230:6
filed 165:16,24 166:12 167:6 168:3,7,7,17
files 112:9
filing 102:24
film 230:23
filming 230:24 231:1,3
financially 38:8 264:16
find 27:6,22 28:24 84:4 147:11 153:16 260:13,25,25
fine 112:13 115:5 156:3 182:25 183:3 253:17 256:10 258:18
finger 49:9 50:1 61:15
fingers 49:5,12 49:20,21,23
finish 8:7 14:14 68:20 80:24 115:7 155:11 201:9
finishes 65:2
fire 91:12 192:9 225:21

fired 32:9 191:24 192:15 192:18,19
firing 191:23 192:8
firm 4:17
firms 12:3
first 48:18 74:25 75:8,16 75:23 82:9 83:16,19 84:15 93:5 123:21 125:8,23 133:7 135:21 139:6 144:25 145:7 145:12 160:9 174:13,14 224:20 235:4,6 235:7 243:10 245:17 254:4
five 38:20 41:22 60:21 63:25 64:2 79:12,12 84:24 156:21,25 157:19 174:24 175:8 177:4
fix 89:21
fl 2:11
flat 37:16 69:9 69:10,13
fleshed 161:2
fliers 62:16 63:4

florida 1:1 7:8 81:24 142:21 142:22,24 163:12,16,19
focus 111:4
focused 74:10
follow 28:8 65:3 149:16 151:19,20,24 151:24 160:3 218:22 246:6 252:8 257:5
follower 151:23
followers 3:15 26:1,4,5,9,10 68:8 102:6 138:9,12 149:16 150:20 150:22 151:10 151:11,18 153:12,19 154:4,6,25 156:16 157:21 157:25 158:2 158:14 159:8 159:18 160:16 161:15 162:5 162:10 163:6 163:18 169:16 169:19 170:4 170:15 174:19 175:3 218:15 218:18,22,25 219:2,18 256:21

**[following - garramone's]**                    Page 22

**following** 93:20 158:8 159:16
**follows** 5:17 148:12
**foregoing** 264:5,13,19 267:5
**forget** 180:4
**forgive** 111:14
**forgot** 33:20
**form** 17:3,13 17:16 24:21 26:8 32:12 49:14 55:13 74:2 105:6 107:25 109:7 127:9 134:20 135:17 136:4 151:7 162:12 170:9 202:13 202:16 217:10 223:10 255:17 259:7
**formal** 46:15 58:15
**former** 124:13 174:8 231:13
**forms** 39:7 132:12,13,18 164:6
**formula** 241:5
**fort** 1:2
**forth** 255:10 264:6

**forwarded** 254:19
**forwards** 126:20
**found** 70:20 76:16,17,17 117:22 119:9 133:3 135:23 142:4 155:21 209:19 210:1,9 210:24 211:4 211:11,25 212:4
**foundation** 172:21
**four** 12:20 15:1 112:12 174:22 175:6 197:8 243:7 252:19
**frame** 39:25 45:10 50:24
**free** 152:23
**friend** 3:11,12 3:13 81:16 93:6,8 94:1,5,6 94:15 95:7,9 130:19 131:18 167:12 226:14 232:15 251:8,9 251:10,11 257:3
**friends** 60:14 114:7,18 137:6 148:14 194:22 218:14 226:15

226:17 232:24 233:19,21 234:22 238:15 238:16
**frightening** 237:15
**frivolous** 209:23 210:11
**front** 113:8 120:16,24 125:2 130:13 149:1 185:8 218:6 248:8
**fruition** 121:21 129:21 200:23 201:16
**fuck** 114:21
**full** 15:24 117:25 118:11 210:12 257:24
**fullerton** 13:23 14:2,4,7,9,11 14:14 15:7,10 15:16,19,24 248:16
**fully** 66:19 258:25
**fun** 27:1,1
**fund** 174:21,24 175:5,8 176:8 176:12,19 177:3,4,15 178:8,17
**funny** 32:15,19

**further** 5:5 8:11 136:15 182:1 209:23 250:16 252:6 258:21 264:14

**g**

**g** 83:20 103:19 104:25 123:11 212:18
**gab** 195:25 196:2,17 259:20
**gabs** 196:18
**galaxy** 48:7
**games** 191:6,7
**garramone** 1:5 1:5 11:12,13 23:5 62:22 67:24 68:8,11 68:15 81:17 82:21,25 83:4 83:6,8,9,16 106:20 107:23 110:7 138:22 141:5,9,15 187:5,9 217:14 217:16,20,21 217:23,24 218:11,16,20 219:18 220:3 220:14 226:21
**garramone's** 81:6 83:1 115:11 128:7

**[gather - gonna]** Page 23

gather 119:4
gathering
  21:16
gene 186:4
general 20:4,6
  153:9 211:8
generally 56:22
  181:19
generate 79:16
  79:18,20,23
generous 191:4
gentleman
  44:16 233:16
gentlemen 98:2
  208:13 247:12
genuinely
  101:13 123:22
  195:7
gestures 7:18
getting 32:22
  49:25 64:21
  65:14 80:12
  90:16 96:6,10
  113:16 115:14
  130:18 144:22
  154:15 192:16
  210:18
gifts 40:12
  41:25 42:5
gigs 16:20
give 8:12 16:20
  23:8 51:3,5
  58:16,20,22
  59:1 70:19,21
  79:1 84:22

95:19,20
101:10 117:5
127:16 143:1
182:6 184:20
199:16 211:14
223:4 227:15
243:5 246:5
given 28:23
  40:5 56:4
  76:12,15
  119:24 145:9
  267:9
gives 38:20
  120:12 126:21
  237:14
giving 20:11
  44:17 65:23
  76:20 107:10
  109:2 110:9
  143:11,15,18
  226:12 227:1
glad 250:10
gloves 44:1,4
glyn 83:17,23
  139:25 140:6
  141:5
gmail 47:8
  216:17,18
go 4:7 6:22 8:3
  8:18 19:16
  34:21 41:7
  62:15 64:19
  73:25 74:8
  76:5 86:12
  93:18 97:9

99:10 105:23
121:16 141:20
144:15 147:21
150:7,11
154:22 156:24
157:16 163:14
174:22 175:6
177:9 182:1,13
183:3 196:4,4
196:7,14
216:20,21
221:12 222:23
237:1 253:20
257:22
goal 158:25
god 168:11
  198:21
goes 37:11 54:1
  123:20 258:21
going 4:2 5:22
  6:22,24 7:22
  12:11,13 20:23
  21:11 23:25
  27:10 28:17
  29:7 32:23
  35:1 47:3
  52:16 53:21
  56:10,20 61:14
  61:16 63:12,22
  64:14,17 76:4
  86:10 92:21
  93:3,5 94:4,9
  94:16,17,19
  95:3,7 97:15
  105:22,25

110:22 111:16
112:17,19,23
113:13 114:6
114:10 115:9
115:20 116:13
117:1,5 120:10
121:3 127:7,11
127:15 131:8
131:15 134:24
139:21 150:22
151:7 153:24
154:22 155:14
155:18 158:14
159:8 160:12
160:15 163:22
169:12,15
171:6 172:14
177:9,10 178:3
178:4 179:2
182:18,18
183:5 190:4
191:20 197:23
197:25 216:20
228:16,20,21
228:22,23
229:9 231:2,4
233:11 237:17
237:21 241:9
243:5,9 252:7
253:20 254:23
257:11 259:3
262:20 263:8
gonna 64:9
  101:3 113:14

[good - harassers]    Page 24

**good** 4:1 137:25 172:12 191:8 231:22 251:10,11
**goodness** 239:7
**google** 95:14 114:3 167:5 213:3,6,8,10,12 213:12,21 214:16,17 255:17
**gotten** 32:9 35:6 39:19 75:3 221:5 240:22,23
**government** 18:20,24
**governmental** 12:4
**gps** 143:1
**grades** 253:5
**graduate** 13:10 13:12,18,24 14:4,6
**graduation** 83:1
**grand** 43:7,8,9
**grant** 186:7
**granted** 172:11
**gratification** 203:23
**great** 231:12 233:3,4
**grievance** 241:22

**grocery** 34:4
**ground** 5:23
**group** 106:25 110:5,8 111:7 113:15,22 188:8,9,11,12 188:13
**groups** 188:7 244:16
**guess** 20:9,12 20:25 21:1,3 55:6 74:2 76:3 88:1 93:14 103:5 115:4 171:6,13 181:21 183:1 249:16 253:24 254:1 256:16
**guessing** 20:8 136:21
**guest** 22:11,14 258:9
**guided** 56:22
**guilty** 134:17 134:21 209:19 210:1,10,24,24 211:4,11,25 212:4
**guy** 169:11 174:9 192:13 192:17 203:18 212:10
**guy's** 16:12
**guys** 60:14,16 60:24 106:24

107:1,11,11,18 107:24 108:4 108:15,24 109:17,19,20 110:8,10 111:1 127:16 156:24 159:2 160:4 163:10 212:9 212:11 261:25 262:2,5,7

**h**

**h** 76:10 103:19 104:25 107:3,3 123:11 212:18 266:3
**hack** 72:15,18 173:11 249:16 250:3
**hacked** 72:18 72:23 73:4 75:23 170:22 172:19 202:22 203:25
**hacker** 103:13 172:12
**hacking** 72:19 111:22 112:15 253:2,3
**haired** 94:21
**hand** 100:17
**handbook** 220:23
**handful** 17:24
**happen** 101:25 131:8 162:16

223:19,21,23
**happened** 57:13 96:24 110:23 136:23 152:17 157:23 157:23 162:17 162:19,21 163:1 194:5 195:17 215:18 215:21 223:8 223:13,22
**happening** 95:24 129:15 155:20 158:17 158:25
**happens** 34:22 34:23 49:10 102:2 108:14 203:2,14 246:9
**happy** 62:6 117:9 135:11 140:18 154:21 203:21
**harass** 21:12 76:5 83:2 97:21 113:18 136:5,15 193:5 212:6 252:3
**harassed** 81:8 106:12 124:13 138:21 141:1 143:13,19 154:15
**harassers** 21:20

**[harassing - hold]**                                                    Page 25

**harassing** 24:4
71:9,12 80:1
80:18 81:7,11
82:22 91:10
98:15 99:2,8
134:7 138:14
139:6 140:23
145:15 156:21
157:19 160:8
167:14 193:4
255:7 259:1
**harassment**
21:10 71:4
90:18 95:5
133:10,12,17
135:2,24
141:22 160:8
160:10 184:21
187:10,11
193:1 199:9
**hard** 4:20
26:12 37:17
38:18 76:14
94:16,17
156:13 175:1
237:25 262:17
**harm** 21:12
63:21,23 65:12
65:12 84:20
91:13 113:17
113:22 209:23
**harmed** 27:15
84:17 86:6
**harmful** 233:24

**hated** 114:15
**hatred** 74:2
**hazovec** 34:13
34:14,18
**he'll** 80:25
**head** 7:17
105:19,21
114:20 122:3
125:14,17
133:10 146:5
146:24 147:4
148:20,21
247:20 248:7
**hear** 6:14 7:19
25:8,9 33:24
59:25 63:10
74:23 76:2
102:13 117:15
118:3,5,13
149:23 151:13
161:6 162:24
175:1 186:12
197:17 211:20
211:20 220:7
228:19 243:1
260:21 261:4
**heard** 7:23 21:5
21:7 67:8 75:1
76:8 87:15
185:13 207:13
211:16
**hearing** 4:20
111:19 156:13
193:25

**hearsay** 94:10
172:15
**heart** 239:7
**heated** 64:21
**held** 1:16 7:1
27:23 31:12
32:25 42:7
116:15 136:1
209:13,16
210:10,14
211:4 250:1
**hello** 118:4,4
**help** 27:1,2,3,5
27:6,7 44:22
45:14 56:23,24
56:25 57:1,4,6
57:7,10,11,19
57:22 69:2,4
83:25 84:1,4
84:12 90:14,22
96:6,9 133:1
133:12 135:10
138:20,20
147:17 155:1
158:16,18
161:22 201:18
224:9,9,10,10
225:20,20
233:2 235:1
239:6,11,17,24
240:7 259:18
**helped** 168:19
**helpful** 133:3
232:18

**helping** 13:6
124:14 191:3
239:23
**helps** 99:1
160:20 232:21
232:25 236:18
**hereto** 267:7
**hey** 180:22
192:13 237:1
**hide** 76:15
199:13
**high** 13:10,12
13:13,14 14:18
14:19
**highlight** 180:2
243:7
**highlighted**
245:5
**highlighting**
181:12
**hint** 155:15
**hired** 19:7 23:1
23:19
**hiring** 136:5
**history** 252:24
**hit** 25:7 27:15
57:12,13 86:12
231:5
**hold** 42:9 93:24
155:9 156:24
158:6 179:20
212:2 214:25
230:3 234:6
254:16 256:4

**[holding - inappropriate]**                                    Page 26

**holding** 43:2 202:4

**holds** 42:8,23

**home** 84:2 114:9

**honest** 37:18 199:18 215:7 245:15

**honestly** 155:1 163:11 169:12

**hopefully** 199:11

**horrible** 147:21

**horse** 81:5 82:19,21 83:7

**host** 41:10 73:25 147:6,15 248:5,6 258:18 259:12 262:9

**hosted** 41:12 41:17,20 118:24 119:1

**hosting** 147:13 199:16

**hosts** 146:19,20 146:23 150:5 247:18 262:8

**hour** 182:8,13 182:23

**hours** 10:12,17 10:22 102:22

**house** 65:21 110:6 158:20 193:5 194:14 194:15,17

195:2 257:24

**hozovec** 33:25

**hudson** 186:10

**huge** 240:19

**huh** 7:17 9:19 67:25 75:20 88:11 90:3 110:17 127:2 130:21 169:17 171:17 244:9 248:17 254:11

**hum** 53:25

**hummed** 54:7 54:16,17

**humorous** 32:24

**hurt** 58:9 191:16

**husband** 80:19

**hyphen** 93:7

**i**

**ianzaro** 35:12 35:13,13

**ican** 207:5

**ice** 227:23

**iconic** 84:1

**idea** 71:13 81:20 113:21 122:8,9,10,22 136:25 161:25 169:21 179:8 179:18 188:2 257:19

**identification** 46:3,13 95:20

212:1

**identified** 31:15,25 58:8 77:2,3 107:2 136:8 244:14 258:7

**identify** 27:4 30:5 33:9,14 56:20 57:17,22 58:10,18 59:13 69:2,6 70:19 97:17 190:15 211:1,5,9 212:3 230:4,9 244:13 256:15

**identifying** 21:17 56:18 57:16 69:5

**identity** 28:25 65:7,8 76:12 95:16

**ignorant** 246:21

**ignore** 159:23

**ignored** 155:23

**ignoring** 157:16

**illegal** 10:18 113:12 160:6

**illicit** 21:16

**images** 208:19

**immediately** 14:18 146:21 147:6 221:25

**immoral** 163:10 225:15

**immunocom...** 44:18 45:15

**impair** 10:13 10:18,23 11:3

**impeach** 115:17,20 121:10

**impeachment** 116:1

**impersonate** 52:21 180:11 180:12

**impersonated** 180:7

**implying** 208:7 208:9

**important** 214:10

**impossible** 216:23

**improper** 77:16 115:25 116:21

**improv** 16:14 16:15,17,25 17:4,9,13,17,20 17:23 249:3,8 249:11

**inaccurate** 196:19

**inappropriate** 62:3 181:15 193:6,9

**[incident - invade]**                                                        Page 27

incident  10:10
included
  113:11
includes  11:20
including  22:6
  109:1 117:6,24
  140:24 143:20
  188:20
income  79:15
  79:18,20,23
incorporated
  11:20,22
incorrect
  109:18 136:12
incorrectly
  77:3 109:17
increment
  40:23 44:20
increments
  38:17 39:5,17
  40:15
independent
  179:15
indicate  5:10
  201:16
indicated
  247:24
indicates
  200:21 254:19
individual
  21:19 218:24
individuals
  65:17 149:9
  188:4

ineligible
  241:15
information
  18:14,18 21:11
  21:17,18 57:17
  59:20 65:11
  72:14,17 76:20
  83:6,10,12,15
  91:4 100:17,19
  100:21,23
  101:1 109:18
  113:2,16 117:6
  118:17 119:4
  120:16 121:6
  121:13 127:3
  140:5,21
  142:15 143:11
  150:1,2,10,12
  150:20,21,23
  151:3,8,11,13
  152:12 153:13
  153:15,20
  156:17 170:22
  172:19 184:20
  185:23 189:13
  196:20 199:16
  200:1,18 202:2
  202:22,25
  203:22 204:1
  216:9 219:12
  219:16,17
  222:7 227:1,10
  227:15 234:2
  234:14 235:16
  236:10 248:9

injection  3:16
  171:8,11,22
  173:7 253:24
innocent  259:1
inserting  66:4
inside  119:25
  195:5
instagram  3:18
  25:14 53:19
  87:12,19 88:14
  88:17,20 90:15
  90:18 93:14
  95:18 124:1,22
  126:1,21
  128:11,17
  132:12 148:7
  148:10 171:14
  198:7,12
  229:12 230:14
instagram.com
  124:2
instance  58:16
instruct  28:18
instructed
  102:6
instructions
  5:24 8:11
intel  234:18,21
  235:5,14,20
  236:3
intelligence
  180:15
intent  65:17
intention  31:9

interactive
  133:20
interest  76:7
  234:4 249:22
  249:23 250:2
interested
  121:20 124:14
  187:5 264:16
interesting
  129:22 251:4
interfere  128:9
interference
  128:8
interject  141:8
interjects
  258:18
internet  21:17
  22:5,22 57:23
  78:3 151:19
  190:23 226:13
interrogatories
  141:10
interrupt  182:1
interviewed
  22:11,14
  129:13 130:22
  131:1,5 132:2
intimidate
  234:1 258:24
introduce
  235:20
introduced
  241:4
invade  247:1

**[investigating - joseph]**

**investigating** 244:17,20,24

**investigation** 142:14,15 164:12 165:8 165:25 167:5 167:18 213:22

**involved** 57:1 72:13 118:18 144:5 166:25

**involvement** 87:1

**iphone** 46:22

**iranian** 261:24

**irrelevant** 204:5 214:3

**irresponsible** 224:21 225:22

**irs** 17:3,13,16

**issue** 127:24,25 139:15,18 165:3 169:23 206:4,7 214:5 214:7 225:17 236:9 240:19 241:10 242:2

**issued** 134:12 134:13 135:1 146:22

**issues** 77:25

**izaig** 2:15 4:15 4:20

**j**

**jail** 23:19 75:4 169:22

**james** 123:24 124:1,7 185:9 232:7 235:15 235:19,21 236:3 237:4,8 237:13,16,24 238:12

**jamie** 35:12

**janine** 33:24 34:13,14,17

**january** 33:2 40:3,4 41:19 126:15 127:20 128:7 139:13 146:6,10 164:16 165:8 165:23 166:17 168:23 177:24 188:24

**jeanty** 2:15 4:15

**jen** 113:11

**jennifer** 1:4 4:11 11:13,14 23:1,18,21,22 57:15,18 62:17 62:22 68:16,22 69:5 70:20 71:1,3,8,12 75:3 76:3 80:18 82:24 84:16,17,20

106:19 107:23 110:7 117:2,7 133:17 138:21 139:2,8,11 141:1,21 143:12,19 147:18 148:17 154:13 155:8 157:24 160:10 162:18 163:2 169:22 187:5,8 189:20 193:2,4 193:5 211:15 211:24 219:4,7 225:11 226:20 265:4 266:1 267:1

**jennifer's** 140:22 143:23 143:24 144:7 149:12

**jersey** 1:16,18 4:14 264:19

**jim** 35:13

**job** 16:21 17:19 32:9

**jobs** 17:22 18:3 18:17 32:6 159:16

**joe** 24:8,8

**joey** 59:19 60:4 60:11,13 64:8 71:1 73:6 74:3 74:11 75:1 80:1,17 81:3

82:19 91:10,18 97:20 102:8 105:17,18,20 106:20 107:5 107:23 124:13 134:10 135:8 135:24 136:5 138:22 139:22 139:24 141:1 141:21,22,24 143:19 144:23 146:14,21 147:7 167:12 167:13 173:10 185:16,18 187:14 189:14 189:14 193:3,3 193:5 195:10 196:6 197:20 247:21

**joey's** 133:10 133:11 196:10 196:18

**johnson** 109:23

**joined** 244:16

**jojo** 198:17

**joke** 244:18 245:4 246:3,4 246:24

**jokes** 246:12,20

**joseph** 22:16 23:3,15 24:4 90:19 102:5,24 103:13 134:8 142:5,17,22

**[joseph - know]**

147:18 148:3
158:23 187:4
187:17,19,22
189:8,9 193:9
193:20 194:14
194:21 195:1,3
196:21,25
197:4 199:23
202:9 203:16
205:24 212:6
226:16,20
233:19,21,25
235:11 238:1
251:12 252:19
252:23 255:24
256:12 259:18
**joseph's** 237:20
**judge** 28:22
73:25 135:2,4
135:5
**july** 1:18 4:2
22:4
**jump** 256:5
**jumping**
255:11
**justice** 22:3
27:6,8 160:4
203:24
**justify** 36:1

**k**

**karen's** 113:5
**keeley** 81:15,16
81:18 82:2,17
83:3 84:1,6,11
139:25 140:6

141:5
**keep** 39:4 40:24
61:20 78:25
103:13 157:16
180:3 210:19
221:15 223:2
240:6 251:14
**keeping** 40:14
100:6
**kelly** 186:4
**ken** 109:3
**kept** 148:6
174:23 175:7
218:10
**kick** 177:3
**kicked** 174:23
175:7 176:8
193:7 194:11
194:13
**kicking** 177:2
**kicks** 174:20
175:4
**kids** 44:22
45:14 111:22
125:18
**kill** 73:6 74:12
74:19,20 76:1
**killer** 150:15
**killing** 75:7
**kind** 6:6 88:19
182:21 188:13
232:20 234:10
237:16,25
255:7

**kindness** 191:3
**kirkleer** 135:3
135:6
**knew** 70:24
189:10
**know** 6:1 8:3
8:16 19:13
20:8,13,15,17
20:18,19 21:14
21:21 23:10,11
25:1 27:1 34:2
38:6 39:4,9
41:21,23 42:10
45:25 46:2,5
48:15 52:3,9,9
55:3,5 63:1
67:7 68:24
71:3,19 72:12
72:12 73:18
75:16 76:4
78:1,23 79:3,3
80:5 81:12,19
83:5,11,19
84:9,11,13,14
84:23,25 89:17
89:23 90:22
91:11 97:7,22
97:24 98:25
100:11,16
102:22 104:18
104:18,22
113:3 118:8
122:2,21
123:22 125:13
128:12,15,16

128:16,17
129:4,7,14,14
129:21,25
130:9 132:22
132:24 133:6,9
133:10 135:24
136:11 137:5,9
141:6 142:3,6
142:7 144:11
144:12 146:24
148:1,9,17,20
149:11 152:1
155:1,2 159:2
162:1,17 163:5
163:9,10
165:17,19,21
165:21 166:3,8
167:20 169:7
171:2 173:7,13
173:14 177:22
178:23 179:25
180:3 182:2
185:5,7,18,20
186:11 188:1
189:14 191:17
192:2 194:18
194:19,20
199:12 200:24
204:7 205:1
207:21 212:16
214:16,21
215:6,9,13,18
216:5,13,14
217:12 218:17
218:21,23

[know - lines]    Page 30

219:22 220:19
221:15 222:14
222:16 223:1
227:22 228:10
230:1,16,23
231:1,23
232:25,25
235:10,15
236:5 237:12
237:25 238:4
245:10,11,15
245:16 248:3
248:19,21
249:3,6 250:12
253:10,14,16
253:17,18
255:20,22,25
257:2
**knowledge**
74:5 129:11
131:9,13 170:3
173:14 185:21
219:5,6 249:5
249:9
**knowledgeable**
130:10
**known** 7:6
11:22 51:10
55:10,14 65:7
72:11 82:2
109:13 197:13
197:14 244:15
**knows** 143:12
231:13 250:9

**l**

**l** 51:19 72:11
83:20 101:6,12
101:12 183:17
244:5
**label** 93:6
**labeled** 154:4
171:10 174:4
180:17 197:24
**lacking** 94:10
**lag** 88:25
**laptop** 47:11
**lara** 109:6,13
**large** 6:10
**largest** 42:14
42:17 43:5
**late** 182:21
**latex** 44:1,4
**law** 1:16 2:3
31:12,16,17
184:1,11
187:13 199:10
**laws** 264:19
**lawsuit** 5:25
6:1 7:6 155:17
210:12 212:8
231:14
**lawsuits** 209:23
**lawyer** 101:3
116:10 224:16
**lawyers** 2:9
**lay** 225:19
**lead** 254:6
**leading** 109:11
170:16

**learn** 180:21
**learned** 180:20
**leasing** 18:3,4
19:3,6
**leave** 6:13,13
38:20 60:9,9
81:9 101:3
139:8 160:10
195:8
**leaving** 62:16
62:18 63:3
68:23
**lee** 134:7
135:14,15,19
135:22 138:1,9
138:19,25
157:14
**left** 7:5 13:1
15:23 103:22
105:17 114:16
182:2 220:16
**legacy** 19:9
**legal** 4:16
16:19 27:8
31:5,7 65:15
156:23 265:23
**legally** 7:12
27:8,24 31:12
**legitimate** 29:3
136:4
**letter** 181:5,13
181:16
**letters** 181:18
181:23

**level** 232:19
**liability** 16:9
**liar** 61:9,25
251:16,20
257:4
**license** 69:1
**licensing**
168:21
**licit** 21:16
**lie** 257:18
**lied** 192:18,19
**lies** 197:13
210:12 241:10
256:16 257:18
**lieu** 5:5
**life** 123:10
140:22 233:23
**lifetime** 217:13
**likely** 91:8
167:12
**likes** 91:12
191:6 234:6
258:22
**limited** 16:9
140:9,24,25
**line** 32:8 59:8
91:12 93:18,25
94:2 116:19
149:8 243:7,17
245:18,24,25
266:4,7,10,13
266:16,19
**lines** 54:1 59:19
59:22 123:5
208:19,20

**[lines - made]**  Page 31

209:9 227:24 235:8
**lining** 117:3
**link** 44:19 95:14 154:9 174:14
**linking** 187:7
**list** 141:10,18
**listed** 113:23
**literal** 152:9 208:8
**literally** 157:15 158:17 168:11
**litigation** 9:6 9:10,11,16
**little** 4:20 6:8 37:10 39:17 45:1 87:1 101:10 111:4 162:4 182:10 240:22,24 255:12
**live** 13:2,5 41:10,12,15,17 42:1,4,19 81:18,22,24 98:15 99:4,8 99:10 100:24 101:4 103:24 104:1,2 123:8 136:24 141:23 142:23 143:7 149:12 181:16 233:7 236:18 236:22 237:1

**lived** 12:18 79:25
**lives** 41:15,20 41:24 98:11 99:1 100:6 113:8 143:9 224:6,23 233:4 244:7,10
**llc** 185:14,22
**loaded** 108:18 108:20
**located** 13:14 19:10,19 142:22
**location** 4:13 141:22
**lockdowns** 33:5 33:10
**log** 196:10,12 196:14
**logical** 50:18 151:14
**login** 198:19,23 199:4,5,7 215:20,21 216:7,8,13
**long** 12:18 13:2 14:22 16:5 19:25 43:8 47:19,21 80:11 82:1,3 83:22 130:5 147:25 148:2 186:22 188:7 230:24 253:14

**longer** 182:5 228:18
**look** 27:21 48:4 93:18 94:19 97:1 108:13 113:10 136:10 144:11 147:21 157:9 177:14 178:8 196:10 230:9 257:7,8
**looked** 118:11
**looking** 30:19 48:6 212:1 255:23
**looks** 93:20 94:23 245:18
**lose** 32:6 94:19
**lost** 32:1 58:3 95:23 96:2 216:8
**lot** 22:21 32:21 67:18 68:17,23 84:16,20,20 101:15 119:7 139:20 140:11 154:14 175:22 185:16 188:4 188:12 197:12 197:13 207:3 208:2 240:17 248:13 252:12
**loud** 6:5
**love** 60:19 61:19 137:9 188:1

**loved** 162:18
**low** 44:17 233:23
**lower** 37:22
**lunch** 182:3,13
**lying** 61:1,4,6,7 62:1 197:14 257:17

**m**

**m** 87:18 107:3
**m.d.** 1:5 11:12
**ma'am** 198:3 243:14
**madam** 5:18 6:16 93:2 94:3 95:6,25 105:23 111:13,13 115:8,8 116:3 118:7 130:12 154:2 171:5 174:3 183:1 186:12 197:22 204:15 229:9 243:1
**maddie** 186:4
**made** 35:24 44:16 45:8 51:10 53:4 69:15 84:15 91:11 101:11 101:15 103:15 135:10 139:19 141:23 145:6 146:19 160:9 163:5 164:21

**[made - meaning]**

166:4 167:10 168:20 175:22 180:9,10,19 184:14 191:14 193:12,20,21 194:2,9 197:10 203:8 205:13 205:23 207:20 207:21,23,25 208:4 211:11 211:12 244:15 250:25 259:21 264:10 267:5

**main** 89:3 172:7,10 245:1

**make** 34:6 41:16 57:2,3 59:8 68:15 69:3 77:22 97:15 108:13 112:12 116:22 139:10 154:19 154:22 156:3 157:15 164:13 166:9 167:9 175:16 179:23 180:23 181:2 181:12 189:11 190:25 191:8 208:2 209:10 209:12,14,22 210:23 234:1 235:12 237:18 238:3 239:25 240:3 246:19

260:15 261:12

**makes** 65:19 188:5 201:12 262:14

**making** 22:6 29:6 45:16,17 74:12 89:23 97:16 121:14 137:20 138:24 155:15 159:22 160:15 167:8 187:15 205:18 222:11 240:2

**malicious** 21:13 62:11 65:17 112:24

**maliciously** 102:8 127:16

**man** 22:5 194:9 257:17

**manager** 191:15 192:13

**manner** 5:9 22:2 103:21 124:10,18

**march** 33:13 71:10

**marked** 93:9 94:6 95:9 112:15 154:6 171:8 174:5 198:1,7 230:14 243:15

**marking** 243:12

**marlboro** 212:23

**mask** 33:10,15 33:20 34:5,8 34:10,11,14,18 45:2,17,17

**masked** 146:17

**masks** 44:16 45:8

**mass** 90:20 102:6

**match** 257:9

**materials** 127:24

**matter** 1:14 4:11 18:1 34:15 82:16 126:17 129:21 138:18 166:18 178:25 249:23

**mcgibney** 123:24 124:1,7 124:19 125:9 126:18 127:1,4 127:6,10 128:12 129:4,7 130:25 169:15 170:21 171:15 171:19 172:5 172:19 199:25 202:8 232:7,18 233:11 234:3,4 234:21 235:15 235:21 236:3 237:4,8,13,24

238:13

**mcgibney's** 202:23 232:16

**mean** 20:5 21:9 24:9 32:21 37:14 41:14 49:7,8,8 52:15 57:6 60:8 66:23 74:17 83:24 84:9 86:5 89:18 100:13 103:12 104:2 117:25 125:20 129:16 129:25 131:12 133:22 134:17 134:21 137:5 143:6 149:19 151:13 165:15 169:7 170:18 171:20 182:1 182:14 184:9 187:15 188:7 188:15 195:15 198:22 199:1,6 200:8 205:6 207:18 209:17 214:24 222:10 223:23 231:1 233:9,22 240:4 240:7,25 245:6 246:2

**meaning** 103:11 222:14

[means - misstates]                                                      Page 33

means  11:19
  12:2,8,9 21:15
  21:16 103:6,9
  103:10 134:24
  156:23 173:15
  229:17 233:23
  245:13
media  11:19
  25:12 29:18
  59:5 65:10
  67:12,16 73:10
  73:11,13,15,17
  74:8 102:25
  103:5,18
  104:11,16
  105:5,7,10
  122:17 123:8
  128:12 129:5
  153:9 173:19
  208:14 227:18
  240:9 249:15
  260:8,10
medications
  10:23
meet  208:15
member  149:7
members
  140:24 148:15
  148:18 149:5
memory  10:14
  10:18,24 11:3
mental  11:3
  77:24
mentioned
  110:16 135:14

193:4 213:2
  218:9 228:7
mentioning
  188:16
meow  198:19
  201:11,11,12
  246:13
mesa  19:20
mess  144:12
  223:3
message  59:4
  69:17 94:13
  104:8 198:12
  234:19 235:7,8
messaged
  69:15 124:22
  145:13 259:18
messages  64:7
  84:3 126:2,5
  158:24 205:4,5
  205:7,8,15,19
  205:24 206:1
messaging
  132:12 145:16
met  76:3
meta  3:11,12
  3:13 87:15,18
  87:20 89:10,14
  89:25 90:25
  91:1 93:6,8
  94:1,5,6,24
  95:8,9,14,17
  96:5,9 97:10
  97:18,21

meta.com.  91:3
method  105:9
  124:18 222:2,3
  222:4,5
methodical
  222:12
methodology
  222:21,22
michael  198:18
microphones
  4:3
middle  1:1 7:7
  250:8
mike  191:11
million  26:3
  174:22 175:6
millions  140:1
mind  103:13
  154:10 182:24
  188:15 207:21
mine  113:4
  260:11
minor  34:4,4
  34:13,16 35:10
  35:14,15 36:14
  143:24 144:5
  193:7,10,11
  194:3,9
minors  224:23
  225:14,16,17
minute  6:23
  114:2 228:15
  228:22 229:19
minutes  102:21
  105:23,23

131:5
miscatagorized
  258:25
mischaracteri...
  216:25
mischaracteri...
  39:21 118:20
  210:3 239:9,13
misdemeanor
  9:24 10:2,7
misidentified
  77:7,20 190:9
misidentify
  77:12
misinformation
  133:4
misogyny
  113:6
misplaced
  215:22
mispronounce
  254:23
missed  257:14
  257:14
missouri  253:2
  253:3
misspoke  22:23
misstate  96:15
misstates  45:23
  54:9 96:12
  117:18 118:19
  160:22 170:2
  189:4 194:24
  196:23 201:22

[misstating - named]

**misstating**
160:24 170:5,7
**mistaken**
134:15 253:5
**misunderstood**
180:18
**misused** 176:7
177:9
**misusing**
176:12
**mitigate** 91:14
**mixed** 234:10
**mobile** 46:24
105:14 126:4
**mod** 98:5,6,6
105:3 231:10
232:9
**model** 47:25
**moderate** 99:1
99:4 236:21
237:2
**moderates**
236:13
**moderator** 3:14
98:3,5,13,17,19
99:6,13,16,18
99:20,22,25
100:1,9,24
101:4 229:11
230:13 232:10
233:2,12
234:13 236:8,9
238:9 252:13
**moderators**
98:11 99:5

100:5
**mole** 120:20
**mom** 80:13
144:3 227:10
**moment** 79:11
116:9 141:7
**money** 35:7
42:18,23 43:1
43:5 45:13
57:25 58:2,4,6
122:4 175:23
239:22,25
240:3,5,8,10,12
241:6,8,15,16
244:2 246:6
**month** 23:17
24:3,25 43:11
43:12 126:13
174:21 175:5
241:8,13,16
**monthly** 26:5
26:11,16,19
41:3 79:15
**months** 22:5
45:13 113:19
136:22 155:7
175:14
**morals** 225:19
**morning** 4:1
93:4 154:3
**mother** 13:6
72:4,6,9
**mother's** 117:6
**motions** 207:7

**mouth** 92:25
247:4
**move** 12:16
28:15 55:20
119:17 190:7
235:25
**movie** 225:21
**moving** 116:3
**muffled** 6:8
**multiple** 147:3
148:8 203:13
218:22
**murder** 53:13
**murderer**
244:13
**mushed** 125:18
**music** 114:15
180:19
**mute** 4:5 98:14
99:7
**muting** 233:5
**mutual** 148:14
**mutuals** 148:14
**myers** 1:2

**n**

**n** 2:1 3:1 77:18
83:20 103:1,19
104:25 183:17
190:16 197:24
212:18 255:14
259:19,20
**name** 4:15 5:11
12:25 13:8
14:1 16:8 18:8
18:12 19:8,13

19:21 24:15,19
26:21 29:24
30:9 33:24
35:5,12 45:7
51:11,14 52:3
53:1 70:6 77:9
83:16,19 86:23
87:24 88:2,7
88:14,17 89:4
90:4,6 91:3
93:6 95:16,19
97:16,17,20,23
98:20 99:21
101:8 104:17
104:19,23
111:21 114:6
117:4 118:1,11
121:2,24
123:18,21
132:16,21
135:5,6 140:17
146:15,18
179:17 185:10
206:20 215:6,8
218:1 227:22
242:8 244:21
248:6 254:19
255:2 262:23
263:2,3
**named** 22:15
31:9 70:18
76:9 77:6 95:7
101:6,17 106:7
106:11,14
107:7,13,16,20

108:2,6,17,22
109:3,13,22
110:3,24 117:7
186:7 190:10
190:15 191:10
212:14 227:21
233:16 244:2
245:21

**names** 16:12
25:18 30:1,12
30:14,16 35:2
50:22,25 85:1
99:23 100:4
109:2 110:9,15
114:5,13,14
119:19 120:4,8
141:3,6 143:14
143:16,18
149:4 162:9
195:21 247:18

**naming** 218:1

**narcotics** 10:18

**narrow** 111:4
165:1,4

**narrowing**
165:6

**nasty** 186:20
186:23 218:7

**natural** 12:2

**nbc** 152:16

**nda** 149:14

**near** 150:11

**necessarily**
235:17 236:11
236:12

**necessary** 57:2
267:6

**need** 21:1,3
27:2 46:12
59:24 64:23
100:20 111:3
112:11 115:9
140:12 142:8
144:15 155:1
182:3,18
196:16 225:20
230:1 231:15

**needed** 161:22

**needs** 56:23

**negate** 160:12

**negative**
256:18

**neighborhoods**
62:16

**neither** 53:6

**netflix** 131:11
179:8,12,19

**network** 78:8

**never** 9:22
18:17 19:5,14
29:12 32:8
39:10,19 41:6
41:7 43:15
44:3,21 54:6
54:12 60:23
62:10 68:18
72:16 77:6,20
96:16 100:12
102:10 121:20
153:25 154:1

162:10 170:1
170:25 173:16
173:20,25
175:14 196:3
200:12 204:6,8
207:23 208:18
208:19 212:20
212:25 217:19
218:9 229:3
239:5,14
242:23,24
260:5,14 261:9
261:12 263:2

**new** 1:16,17
4:14 22:4
52:10 176:22
176:22 223:19
264:19

**newly** 126:21

**news** 72:23
73:5,21 74:10
151:13 152:2,3
152:7,8,12,13
152:18,21,23
152:24 153:1,3
153:6 197:3,15
197:16,19,20
250:25

**nice** 182:20
236:14

**nicholas** 2:9
206:5 265:1

**nick** 2:12 5:14
23:23 35:3
63:8 64:5

65:24,25 97:15
149:3 161:4
172:24 206:1
206:15,18
214:6,14 265:2

**nine** 221:13

**nj** 2:5

**nods** 7:17

**non** 224:9,11

**nonstop** 94:18
182:19 212:7

**nonverbal** 7:18

**noon** 182:2

**nope** 173:9

**normal** 7:18
158:13 176:18
176:20

**normally** 39:12
39:17 138:11
138:13

**northwood**
13:13

**noshirvan** 1:8
1:8 3:3 4:10,11
5:15,16,22 6:2
7:7 11:18
12:13 24:18
62:8 63:12
64:22 93:3,10
94:4,12 95:7
95:11 117:11
117:16 118:15
118:23 130:14
157:2,21
161:14 183:11

**[noshirvan - offences]** Page 36

194:1 197:23 198:9 203:1,9 203:17 204:20 222:18 226:19 238:18 243:6 243:18 260:2

**noshirvan's** 97:18 120:11

**noshivan** 265:4 265:5 266:1,2 266:24 267:1,2 267:4,12

**notary** 267:13 267:19

**note** 4:3 265:10

**noted** 267:7

**notes** 264:14

**notice** 38:19 40:23 102:3

**november** 230:11,18

**number** 3:9 4:9 20:10 37:15,20 39:16,18,22,24 46:4,14,24 47:1 52:8,10 62:20 84:22 88:2,3,9,10 124:25 125:5 145:9 147:17 165:22 166:8 168:10,12 215:9,10 241:11

**numbers** 40:22 113:16 162:10

**numerous** 68:12 205:14

**nurse** 223:19

**ny** 265:15

**o**

**o** 51:19 86:20 103:19 104:25 107:3 183:17 195:23 212:15 212:15,18,18

**oath** 4:23 5:5,6 7:12 137:21 226:24,25 264:7

**object** 12:11 20:23 94:9 121:3 151:6,7 161:12 172:14 236:7 255:21 256:23

**objected** 161:13 203:12

**objection** 10:1 15:3,6 17:5,8 26:8 28:9 30:25 32:4,12 33:11 35:4,19 36:3,4 38:3,10 39:20 45:23 49:3,14 50:23 54:9 55:13 57:8 62:14 67:9 68:19

79:13 82:13 84:7 96:12 103:7 105:6,8 107:25 111:24 116:1,20 117:18 118:9 118:19 119:16 119:16 127:9 128:25 133:23 134:20 135:17 137:13,22 140:2 142:10 144:2 146:7 153:3 157:6 160:22 161:9 162:12,25 163:23,25 164:4,7,10,14 164:18 166:20 167:23 168:2 169:5 170:2 172:21 186:1 189:4 190:5 193:17 194:24 196:23 198:24 200:9 201:22 202:13,16,17 203:6 204:2 207:10 210:2 210:16,25 214:1 215:24 216:24 217:10 219:15 221:19 223:10 225:3,7 226:3 232:22

237:5,9 239:8 239:12 250:20 251:25 258:12 260:9 261:15 262:5,21

**objections** 5:8 264:9

**objects** 8:9

**obligated** 7:12

**obligation** 128:3

**obsessed** 113:21

**obtain** 119:23 120:25 121:1 125:4 178:1

**obtained** 72:15

**obvious** 8:8 148:22 149:19

**obviously** 45:14 114:1 142:4 145:16 190:1 233:19

**occasionally** 240:14,15

**occur** 32:18 230:5

**occurred** 81:13 128:6

**occurs** 102:1

**october** 93:11 93:11,15,23

**odd** 159:1,3

**offences** 22:6

[offense - overbroad]                                                Page 37

| | | | |
|---|---|---|---|
| **offense** 74:4 | 23:13 24:10 | 244:1 245:15 | **operated** 16:10 |
| 210:1,24 | 26:18 32:17 | 248:11,12 | **operates** |
| **offer** 6:11 | 34:20 35:8 | 250:2 251:23 | 102:22 104:20 |
| 191:2 237:21 | 36:23 46:15 | 253:17,22 | 212:17 |
| **offering** 184:4 | 47:18 48:5 | 254:9,13,22 | **operating** |
| **office** 1:16 2:3 | 52:8,11 53:21 | 255:4,19,22 | 106:24 |
| 18:4 19:15 | 55:21 58:25 | 256:15 257:21 | **operation** |
| 134:7 135:15 | 61:5,8 65:6 | 257:22 258:2,4 | 137:6 |
| 135:16,19,22 | 71:20 72:5,21 | 259:16 263:5 | **opinion** 62:3 |
| 138:2,9,19,25 | 74:21 78:2 | **old** 60:21 64:1 | 157:12 |
| 157:14 167:16 | 82:1 88:24 | 64:3 156:21 | **opponent** |
| 167:19,24 | 94:11 97:25 | 157:1,19 | 137:25 |
| 168:1 169:2 | 101:16 102:23 | 174:11 248:22 | **opportunity** |
| 187:13 | 110:14 112:12 | **old's** 159:4 | 102:4 |
| **offices** 18:3 | 112:14 114:10 | **older** 83:1 | **opposition** |
| 19:3,6 167:21 | 115:19 116:3 | 174:19 | 207:7 |
| **official** 51:7,9 | 128:23 135:14 | **once** 30:15 | **option** 26:14 |
| 51:13,18,20,24 | 139:19 149:6 | 49:10,12 78:24 | 38:19 123:2 |
| 180:7 | 153:11,17 | 100:2 121:19 | 126:21 |
| **oftentimes** | 162:1,6 171:12 | 138:4 145:20 | **order** 61:21 |
| 58:21 | 171:25 172:10 | 147:7 159:23 | 172:11 243:11 |
| **oh** 75:22 76:11 | 172:16 174:16 | **ones** 19:4 51:2 | 263:7 |
| 126:1 131:22 | 176:2 177:25 | 112:8 140:23 | **ordering** |
| 131:22,22 | 182:9 189:19 | 209:2,4,5 | 263:12 |
| 150:7 155:13 | 189:23 196:21 | 245:5 262:10 | **original** 244:12 |
| 176:5,6 180:23 | 197:7 207:13 | 262:12 | **outcome** |
| 198:21 213:19 | 208:12 211:20 | **ongoing** 129:24 | 253:10 |
| 241:14,16 | 211:24 215:2 | **online** 27:22 | **outfit** 59:10 |
| 255:9 256:6 | 215:10 220:12 | 86:9,10 130:11 | **outrageous** |
| **okay** 5:22 6:17 | 221:6 224:25 | 168:7 192:1 | 63:8 |
| 8:25 9:20 | 228:10,13 | 218:23 233:1 | **outside** 121:4,7 |
| 10:12 11:11 | 229:23,24 | **open** 6:13 | 131:20 176:17 |
| 12:15,15,17 | 234:17 235:4 | 112:20 215:19 | 176:19 |
| 16:15 17:24 | 236:1 237:17 | **opened** 254:4 | **overbroad** |
| 22:2,19,25 | 239:21 242:20 | | 164:14 |

**[overdo - people]**                                                          Page 38

**overdo** 55:19
**overturned**
  101:20,22,24
**overwhelming**
  150:4 199:8
**own** 27:25 28:2
  29:23 41:14
  51:14 76:13
  110:24 137:18
  143:21,23
  152:23 153:6
  158:19 202:11
  203:22,23
  217:25 241:12
  255:23
**owned** 19:4
**owner** 192:1
**owns** 191:11

**p**

**p** 2:1,1 3:11,12
  3:13,14,15,16
  3:17,18,19,20
  51:16 93:9
  94:7 95:10
  103:1 112:5,6
  112:16 154:7
  171:9 174:6
  198:8 230:15
  243:16
**p.a.** 1:5 11:12
**p.m.** 93:12,15
  93:23 183:2,6
  183:9 229:1,7
  231:19,20
  263:9,10

**pablo** 227:21
  227:23 228:4,5
  228:6,7
**page** 3:4,9
  35:21 65:15
  151:16 158:10
  227:9 231:7,21
  254:6 266:4,7
  266:10,13,16
  266:19
**pages** 231:6
**paid** 26:19 37:7
  37:15,16 39:19
  40:18,19 43:25
  44:10,13,24
  122:4 175:16
  175:19 176:24
  241:9,14
  245:11,13
**palm** 2:11
**pandemic** 34:6
**paparonni's**
  191:11,15
  192:2
**paper** 241:25
**pardon** 46:8
**parent** 11:21
  11:22 87:20
**parking** 68:17
  68:23 154:14
**parkway** 2:10
**parlance** 67:16
**parody** 51:9
  180:9

**part** 119:11
  178:14,16
  240:11
**participated**
  106:21
**participating**
  5:2
**participation**
  187:10
**parties** 4:7 5:7
  264:16
**partner** 167:13
  251:10
**partners** 19:9
**parts** 257:9,9
**party** 9:9
  114:17 137:25
  170:1
**passed** 130:7
  135:7
**past** 10:12,17
  10:22 58:17
  59:2 131:10
  133:12 137:24
  188:17,20
**path** 191:2,3,3
**pathetic** 263:1
**patreon** 79:5,7
  79:10,16 80:1
**patrick** 1:17
  2:3,3 5:12
  56:15 78:25
  92:17 165:21
  205:21 206:22
  222:2 238:25

  258:19,21
**pay** 26:5,10
  37:12 39:14,15
  40:17 41:1
  99:13,15,16
  179:3 236:15
  240:16,20
**paycheck** 17:3
  17:9
**paying** 37:4,6
  37:10 175:20
  176:6,23
**paypal** 26:21
**pdf** 154:3
  197:24
**peanut** 36:9,11
  36:12,15,18,20
**pedophile**
  62:17 63:4
  183:23
**pedophiles**
  184:5
**penalty** 264:18
**pending** 8:16
**pennsylvania**
  81:22 141:25
  142:1 143:17
**pennysaver**
  106:23 187:13
**people** 24:10
  27:2,3,22
  28:24 32:6
  38:1,14,19
  42:1 44:21
  56:19 58:3,4

**[people - phones]**

59:3 62:15
67:18 76:17,20
81:6,9 82:22
84:2,14,16,18
84:21 85:1
86:5 91:17,18
98:14 99:2
103:4 106:7,10
107:22 108:15
108:17,25
110:5,18 111:7
111:8,22
112:25 113:18
113:19,23
114:12,15
117:22 119:7
119:25 120:3
120:20 126:22
137:3,7 141:6
143:5,10,18
145:15 146:12
147:8,11 148:2
149:4,11,15,16
151:18,20,24
155:13 177:3
186:11 188:16
188:19 191:1,3
195:21 197:13
203:15 207:2
209:13,21
210:14 218:22
218:23 219:23
221:7 224:1
225:15,24
226:2,6,18

227:3,13 231:6
233:5,25 234:4
234:5,6,8
235:18 236:5
236:13 238:2
238:25 239:1,3
239:6,11,15,17
239:22 246:4
252:2,2 255:8
258:7 259:1,9
261:2,6,22,23
**people's** 62:16
143:14,16
162:9,9 258:22
**percent** 81:14
85:25 129:24
**perilous** 237:15
**period** 123:8,8
166:22
**periodically**
78:13
**perjury** 264:18
**person** 5:6 12:2
12:2,9 22:15
27:21 28:24
29:9,21 30:4,6
31:3,20 45:7
45:16 52:21
53:6 54:15
56:20,23 57:16
58:6,8,9,11,18
58:19,25 59:7
59:13,14 62:17
64:24 65:2
70:17 76:9,15

77:3,3 84:13
84:14 89:13,15
89:17,18,19
90:14 94:21
95:17 98:22
99:11 101:5,10
101:14,17
103:18 104:3
104:11,15
108:22 109:14
109:22 110:3
114:5 119:20
132:5,25
147:16,20
150:7 164:17
178:14,16
181:21 186:15
186:18,19,20
187:17 190:6,9
191:10 207:5
209:24,25
210:23,23
211:10 212:14
220:2 223:6
225:13 226:22
232:12 234:15
236:14 241:21
242:8 244:2,14
257:7
**person's** 90:4,6
104:17,19
123:18 132:21
132:23 143:7
180:15

**personal** 21:11
21:17 117:6
149:12 203:23
227:10 242:17
251:10,11
**persons** 30:19
31:24 33:8
57:22 110:24
110:25 119:12
140:20 249:10
250:5
**perspective**
153:18
**phil** 160:2
**philip** 77:9,16
77:24 190:10
190:15
**phone** 6:13
46:20,21,21
47:1,19,20,21
47:23 49:13
50:2,3,17
51:21 52:8,10
62:20 87:5,6
88:2,3,8,10
104:4 105:15
105:17 124:23
124:24,25
125:5 126:4,4
142:9 145:9
162:10 168:8,9
215:9,10
225:10 232:1
**phones** 4:5
48:19

**[phonetic - possession]**

**phonetic** 233:14

**photo** 23:4 81:3 82:19 115:22

**photographs** 111:9 208:19 234:5

**photos** 61:10 84:3 136:24

**phrase** 55:10 55:14

**phrased** 36:5

**physical** 11:2 19:14 47:20

**physically** 5:3 225:9

**pick** 4:4 7:17

**picked** 122:13 122:19

**picking** 7:5

**pictures** 110:6 111:22 113:17 114:7 137:3,7

**piercing** 59:11

**pilot** 122:5

**pinged** 141:21 141:24 142:5 142:17

**pinpoint** 50:1 59:12

**pitch** 179:7,9

**pitched** 116:6

**pittsburgh** 167:21

**place** 4:7 9:18 19:2,2 45:11 53:17

**placed** 19:3

**places** 140:8

**plaintiff** 5:13 9:9 11:11 67:23 139:1

**plaintiff's** 111:18 171:6 253:21

**plaintiffs** 1:6 2:7 116:20

**planning** 129:12

**plastic** 1:5 11:13 67:24 68:8,11,16 141:9,15 217:14,16,20 217:21,25 218:11,16,20 219:18 220:3 220:14

**plate** 69:1

**platform** 11:19 24:11 53:15 87:16 196:3 239:18

**platforms** 25:13,19,21 67:13

**play** 229:23 230:4

**playing** 112:23 114:8,15,22 229:25 230:22

**playlist** 157:17

**pleading** 139:23 206:17

**pleadings** 121:7

**please** 4:3,5,24 5:10 7:15,20 8:3,6,17 14:2 15:13 18:2 36:5 46:7,14 57:5 66:9 93:10,14,19,22 94:12,20 95:11 97:1 98:4 118:8 127:21 128:1 139:8,22 141:3,17 147:16,17 154:8 157:11 160:10 161:8 161:19 171:18 171:24 172:9 173:5 174:12 195:14 196:7 198:14,21 199:1,4 203:7 206:1 213:9 229:19 243:9 247:13 248:11

**plus** 236:14

**podcast** 22:11 22:15 75:13,15

169:11 208:24 257:25 258:5,6 258:14 259:4,5 259:6,12

**podcasts** 208:25 209:6

**point** 34:6 79:2 97:19 123:12 155:23 163:5,5 177:7 214:19

**pointed** 175:14

**police** 27:4,18 27:20 57:15,18 70:6 113:19 141:21,24,25 142:1,3 143:17 147:17 154:24 154:25 155:7 155:13,19 157:3 158:4,7 159:2,15,19,22 160:3,5 161:23 162:5 164:21 169:16,25 194:12 197:11 197:12

**political** 114:17

**pool** 143:9

**porn** 234:6 247:22 248:2

**porter** 13:1,2

**position** 32:25

**positive** 195:9

**possession** 141:16

**[possible - proceed]** Page 41

**possible** 6:12
55:8,23 56:8
56:12 131:12
186:2 209:8,8
215:13 220:15
221:12 233:9
**possibly** 52:9
76:11 143:5
199:10
**post** 88:23,24
89:6 93:19,20
153:23 155:12
174:19 176:3
186:25 189:11
196:6 198:18
218:14 231:19
231:19 233:24
254:7,10,20
255:8
**posted** 59:9
81:3 97:20
102:5 120:20
126:22 142:22
148:6,8 152:10
183:13 185:16
187:18 189:10
189:12 204:22
227:13,16,17
251:5 254:11
254:20 255:6
257:13 259:20
**poster** 169:9
**posting** 21:16
109:16 150:13
181:9,10

186:20 187:14
217:25 247:22
248:2 249:15
249:24
**posts** 126:19,20
130:10 133:2
135:10 179:23
180:2 191:4
196:11,19
256:17
**potentially**
200:18
**powers** 97:9
**practice** 220:20
220:21
**precaution**
58:17 59:2
**precautions**
58:9,13 91:15
**predicate** 94:10
172:22
**prefer** 109:17
**pregnant**
223:20 224:10
**prejudice**
139:16 150:9
212:13
**prepare** 8:22
122:7
**prepared** 190:2
190:2
**prescription**
10:23
**present** 2:14
5:3 12:18

122:7 179:7,18
**presented**
116:4,5 223:15
**preserving**
164:1
**press** 22:4 49:5
**pressure**
154:24 158:5,7
159:15,18,24
160:5 169:16
**pressuring**
162:5
**pretend** 246:20
**pretending**
191:15 192:14
**pretense** 68:13
68:14
**pretty** 16:20
140:22 149:19
150:6 151:14
198:18 199:3
199:17
**prettybasic**
109:13
**preventing**
96:6
**prevents** 96:10
**previous** 8:2
134:2,3
**previously** 70:1
110:1 252:18
253:23 255:13
256:11
**price** 44:17

**prior** 13:4,6
33:5 70:9,11
70:12,14 75:9
76:1 134:6
136:22 158:24
170:6,7 176:16
207:9 230:18
252:24
**priority** 207:2
**prison** 22:5
253:11,14
**privacy** 226:12
247:1 250:15
**private** 4:4
78:7 157:9
215:7 234:5
254:21
**privilege** 186:2
**probably** 6:15
11:17 24:5
51:2 91:6,8
123:17 135:10
150:8 185:18
254:23 260:25
**probation**
86:11 135:25
138:23 155:22
157:14,15
159:21 212:5
**problem** 12:15
27:12,14 89:20
158:6 198:6
205:20 231:17
**proceed** 4:25

**[proceedings - puppet]**                                    Page 42

| | | | |
|---|---|---|---|
| **proceedings** 1:13 8:19 264:5 | **producing** 129:8 139:1,3 | 143:10 | **pt** 2:6 |
| **process** 28:4,6 29:4,5 41:7 230:1,24 231:1 241:12 | **product** 186:2 | **proposed** 122:5 | **ptesq.com** 2:6 |
| **processed** 39:8 | **production** 116:7 121:17 130:5 131:13 131:14 173:2 242:25 | **proposing** 179:1 | **public** 72:23 228:14 241:22 267:19 |
| **produce** 46:7 46:10,14 101:2 119:19 122:4 127:24 128:4 150:20 151:8 153:6,18 156:10 185:23 205:19 206:1 248:11 | **productive** 190:24 | **proposition** 255:16 | **publically** 227:17 240:17 254:20 |
| **produced** 66:6 109:12 131:10 152:12,22 153:13 159:7 205:9 207:6 213:5,12,24 214:16,18 217:19 229:22 230:17 | **products** 44:8 | **propounded** 141:10 264:9 | **publicize** 155:22 |
| **producer** 121:19,22 122:20 179:14 179:15 | **professional** 12:3 168:21 | **proprietorship** 16:12 | **publicized** 159:24 |
| **producer's** 121:24 122:10 | **profile** 42:12 42:15,18,21 43:3,6 44:19 242:21 252:14 | **proprietorships** 12:4 | **publicly** 130:1 130:1 227:13 227:16 254:9 254:11 |
| **produces** 156:14 | **profit** 174:23 175:7 | **protect** 44:18 91:17 | **publish** 26:24 30:22 31:2 38:9 50:5 53:23 88:19 110:15 162:8 186:24 221:7 223:6 240:9 |
| | **program** 37:4 | **protective** 61:21 | **published** 65:6 65:8 68:18 106:6 109:22 110:13 111:25 157:2 |
| | **project** 253:9 | **protocol** 78:3 | **publishes** 156:15,17 240:13 |
| | **promise** 250:15 | **proud** 188:20 259:10 | **puppet** 52:19 52:20,23 53:1 53:7,11 |
| | **promised** 250:14 | **provide** 7:15 46:15 57:17 90:21,24 114:3 117:4,9 127:13 140:12 146:25 147:19 243:8 | |
| | **promote** 44:1,4 44:7,10,13 | **provided** 69:11 102:8 126:3 133:1 140:11 141:11 157:8 180:16 193:23 213:21 241:25 241:25 243:21 | |
| | **promotional** 44:7 | **provides** 26:14 | |
| | **proof** 65:22 | **provoke** 212:8 258:23 | |
| | **proper** 49:17 170:13 202:18 202:19 214:2 | | |
| | **properly** 118:9 | | |
| | **property** 81:6 142:23 143:9 | | |

**[purported - rampant]**

| | | | |
|---|---|---|---|
| **purported** 29:10 | **question** 7:19 7:20,21,22,23 | 172:17 179:6 186:3 190:12 | **quite** 32:24 53:12 148:22 |
| **purpose** 65:13 158:11 163:9 179:4 239:10 245:2 | 7:23 8:2,2,6,7,9 8:16,17 10:10 14:3 15:13 18:2 23:6,7 | 190:14 193:16 193:22 194:7 195:20 202:6,7 202:18,20 | 187:16 **quote** 259:14 **quotes** 90:19 |
| **purposely** 34:3 34:7 107:9 156:9 | 28:14,20,22 30:24 33:12 34:17 36:5,5 | 203:12 207:11 208:10 211:2 211:23 217:1 | **r** |
| **purposes** 164:9 202:11 | 48:14,18 49:18 54:10 55:24 | 221:3 222:19 224:17 225:8 | **r** 2:1 51:16 76:10 86:20 103:19,19 |
| **pushing** 32:21 **put** 32:6 33:20 | 61:3 63:13,14 65:1,4,19 | 236:20 237:11 237:23 238:6 | 104:25,25 183:17 195:23 |
| 35:1 36:20 38:14 44:19 | 66:10,12,19,21 66:23 67:1 | 238:20 251:2 255:5 256:3 | 212:18 244:5 266:3,3 |
| 46:6 52:10 56:10 89:2 | 68:6,21 72:20 72:24,25 73:1 | 257:5 260:18 261:17 | **racist** 32:22 259:21 260:15 |
| 91:11 92:24 106:21 114:2 | 80:21,22 85:8 91:20,22,24 | **questionable** 188:4,5 | 260:22 261:20 **raided** 188:23 |
| 122:10 153:19 155:19 178:10 | 92:1,7,15,20 100:25 102:5 | **questioning** 116:19 120:11 | **raise** 37:22 116:19 118:9 |
| 179:20 196:13 206:20 223:18 | 102:18 107:7 108:18,20,21 | 155:5 **questions** 5:24 | 163:22 **raised** 58:2,4 |
| 226:6 252:2 258:22 264:7 | 122:23,23 123:2 124:15 | 7:16 10:14,19 10:24 11:4 | 121:11 **raising** 57:25 |
| **putting** 46:9 97:5 109:18 | 124:17 129:3 134:23 137:16 | 20:20 23:24 56:16 108:16 | 58:6 239:22 **ralph** 1:4 11:12 |
| 122:22 151:1 158:7 159:15 | 140:4,18 142:13 145:5 | 109:11 110:11 151:5 210:21 | 62:22 82:25 106:19 107:23 |
| 247:4 **pwnd** 103:1,11 | 153:17,18 156:5,8 157:20 | 225:23 252:6,8 264:9 | 110:7 133:17 138:22 187:5,9 |
| **q** | 162:14 165:7 166:6,24 | **quick** 150:5 252:8 | 226:20 **ralph's** 141:22 |
| **qualified** 37:21 **quality** 45:17 | 169:23,24 170:10,12,20 | **quickly** 154:11 252:9 | **ramifications** 31:5,8 **rampant** 113:6 |

| | | | |
|---|---|---|---|
| **ranch** 13:1,2 | **reading** 22:9 | 250:10,12 | 100:4 101:15 |
| 23:5 82:20,21 | 130:17 171:24 | 251:5 265:11 | 105:11,12,13 |
| 83:4,9 143:8 | 174:16,25 | 266:6,9,12,15 | 111:5,11 |
| **random** 40:25 | 175:10 177:12 | 266:18,21 | 119:13 120:5,7 |
| **randomly** | **ready** 118:8 | **reasonable** | 120:9,14,15,18 |
| 241:14 | 231:23 | 12:12 257:7 | 120:23 121:23 |
| **rare** 48:12 | **real** 19:3,6 53:6 | **reasons** 208:15 | 122:1 123:15 |
| **rarely** 48:12,12 | 123:18 132:21 | 247:21 | 123:19 125:1 |
| 48:13,25 49:1 | 134:15 200:22 | **reassure** | 125:17 126:9,9 |
| 49:19 89:8 | 227:22 | 237:17 | 127:13 136:17 |
| **rate** 222:25 | **realbullyville** | **rebecca** 107:16 | 136:17 138:3 |
| 223:2 | 128:15,19 | 107:21 108:2,6 | 138:10 146:3 |
| **rather** 190:25 | 129:1 | 109:1 | 146:11 163:17 |
| **rational** 147:20 | **reality** 159:5 | **recall** 11:8 | 168:18,22,25 |
| **razook** 233:13 | 185:14,22 | 14:13,16,25 | 179:16 184:2 |
| 233:16,18 | 257:8 | 15:2,20,22 | 185:12 186:17 |
| 234:3,8,12,14 | **realize** 137:18 | 17:11,15,18 | 209:3 213:14 |
| **reach** 145:13 | 225:16 | 18:13 19:12,24 | 213:18 216:23 |
| 231:15 241:23 | **realizing** | 20:3 24:2 25:1 | 217:2,24 |
| **reached** 84:17 | 196:19 | 26:20 29:15 | 219:10 221:25 |
| 94:2 96:5 | **really** 21:24 | 30:13 33:23 | 235:4,6,9 |
| 124:12 125:10 | 38:18 39:13 | 40:14 44:5,15 | 247:14,20 |
| 235:10 | 78:14,16,20 | 44:25 45:3,9 | 248:22 261:8 |
| **reaching** | 80:14 94:16,17 | 45:10,20,22 | 261:10 |
| 136:14 137:1 | 102:10 172:4 | 48:1 51:4,5,6 | **receipt** 265:17 |
| **reactivate** | 181:9 191:6 | 52:2 54:24 | **receive** 16:24 |
| 216:12 | 201:1 222:10 | 71:8,25 72:2,3 | 17:3,9,12,16 |
| **read** 22:2 93:10 | 225:14,17 | 73:8,12,18 | 26:18 31:20 |
| 93:14,22 94:12 | 226:19 237:19 | 74:15 76:25 | 38:12 41:25,25 |
| 95:11 154:8,17 | 242:22 259:11 | 77:5 78:4 | 42:24 120:17 |
| 154:20 171:18 | **reason** 11:7 | 79:11,17,21,24 | 172:19 181:17 |
| 172:8 174:12 | 100:20 113:14 | 82:9,14,15 | **received** 38:14 |
| 181:16 198:14 | 142:4 150:8 | 86:24 87:9 | 38:16 39:2,7 |
| 245:6 263:7 | 153:14 167:14 | 90:5,6,9,11,13 | 39:23,24 40:13 |
| 265:9 267:5 | 172:10 249:24 | 97:7,13 99:24 | 40:13 120:14 |

**[received - relevance]**                                                Page 45

181:4,8 200:13
200:16 204:6,8
243:21 254:21
**receiving** 90:18
**recent** 102:24
**recently** 37:3
43:10 126:11
180:19 197:2
240:21,24
257:13
**recess** 106:2
183:7 229:5
**recipient**
245:21
**recognize** 81:5
82:21 112:21
174:10,11
198:9 230:20
**recognized**
83:7
**recommend**
27:21
**recommended**
160:2
**reconvene**
182:23
**record** 4:2,8
5:11 6:23,25
7:1,3 22:9 47:4
61:25,25 62:5
64:20 73:9
97:22 105:23
106:1,4 116:12
116:14,15,17
118:9 127:22

128:2 129:2
141:15 164:2
170:20 183:4,6
183:9 229:1,2
229:7,16 263:9
**recorded** 4:10
105:21 113:25
264:11
**recording** 4:6
229:11 230:13
232:1
**recordings**
229:21
**records** 188:7
**recreate** 180:15
**recruited**
107:12,24
108:10,25
**red** 111:23
**redact** 47:9
**redacted** 47:4,8
52:17,18
**redactions**
111:23 179:21
179:23
**redeem** 39:10
41:7,8
**redeemed** 39:6
40:7,8,9
**redirect** 258:13
**redirection**
259:24
**redtruckfarm...**
104:12 105:1

**reducing** 220:5
**refer** 11:17
67:13 183:22
**reference** 11:11
160:4 234:18
245:16
**referenced**
234:11 265:6
**references**
160:1
**referencing**
11:12 95:4
148:6 149:4
155:25 218:10
227:4
**referred** 24:7
67:6 98:5
189:6 197:20
258:15
**referring**
144:18 149:7,8
163:2 177:2
201:10 254:14
**refers** 11:14,16
232:9 258:24
**reflect** 141:15
**refrain** 157:12
**regard** 184:12
**regarding**
192:22,23
**regardless** 65:1
**regards** 144:5
223:23
**registered** 69:1
149:18 207:5

**registration**
207:5
**regular** 16:20
112:9 155:24
220:20,21
**regularly** 221:1
221:8,10,17,23
222:13 241:7
**rejected** 28:11
246:11,12,12
**relate** 115:10
115:15 206:3
215:1 237:13
**related** 10:10
44:14 126:24
142:15 166:25
203:16
**relates** 101:4
**relation** 154:13
184:12,21
252:4,13 255:5
**relationship**
127:22 144:13
234:25 252:15
**relative** 264:15
**relay** 127:3
**release** 22:4
114:13
**releasing**
114:14
**relevance** 17:6
17:7 127:22,24
139:15,18
163:23,24
164:3,7,9

[relevance - research] Page 46

| | | | |
|---|---|---|---|
| 165:3 206:12 | **repeatedly** | 95:24,25 96:1 | 94:18 |
| 214:5,10 | 115:22 170:17 | 96:3 102:13 | **reports** 113:20 |
| **relevant** 17:25 | **repeating** | 104:21,23 | 113:20,20,21 |
| 18:1 128:7 | 173:22 | 105:2,24 | 164:21 165:13 |
| 139:14 145:5 | **repetitive** | 111:13,15 | 165:24 166:9 |
| 164:24 166:22 | 74:22 | 112:5,10,14 | 166:11 167:3,6 |
| 175:17 192:6 | **rephrase** 7:21 | 114:23 115:6,8 | **representation** |
| **reliable** 206:24 | 36:5 57:5,9 | 116:3 117:14 | 187:8 |
| 206:25 | 183:12 | 118:2,7,10 | **represented** |
| **remaining** | **reply** 220:18,24 | 123:10 130:12 | 188:16,19 |
| 115:11 | 221:8,17,23 | 149:23 154:2 | **representing** |
| **remark** 194:2,9 | 223:2 | 156:12 161:6 | 4:15 189:2 |
| **remember** | **replying** | 162:24 171:5,7 | **represents** |
| 12:13 19:21 | 221:13 222:5 | 174:3,25 183:1 | 259:9 |
| 20:22 22:19,22 | **report** 73:13,20 | 183:3,15,18 | **reproduction** |
| 24:5 60:17 | 73:23 74:7 | 185:10,24 | 174:7 |
| 81:1 85:1 | 102:6 147:17 | 186:13,14 | **repulsive** |
| 101:14 105:20 | 153:7 164:11 | 188:18 193:24 | 119:10 163:10 |
| 132:14 147:3 | 164:13,17,22 | 195:19,24 | **request** 35:1 |
| 181:19 191:22 | 164:25 166:4 | 197:17,22,25 | 39:10,12 46:6 |
| 217:4 220:16 | 166:18,19 | 204:13,15,16 | 46:9,16 97:16 |
| 226:25 244:11 | 167:8,9,10,16 | 204:19 220:7 | 97:16 121:5 |
| 246:13 255:4 | 168:16 | 228:19 229:10 | 126:24 127:19 |
| **remotely** 1:14 | **reported** 73:5 | 229:13,17,20 | 161:16 163:7 |
| 5:4,7 264:6 | **reporter** 1:15 | 233:15 240:10 | 205:12,18 |
| **remove** 156:3 | 4:17,19,24 5:1 | 243:2,3,12 | 214:2,8 215:1 |
| 178:10 184:22 | 5:18,19 6:3,6,8 | 244:4,6,20,23 | 216:7 246:22 |
| **rental** 18:5 | 6:13,15,16,18 | 249:6 261:4 | **requesting** |
| 224:12 | 6:21 7:16 | 263:11 264:4 | 149:3 153:15 |
| **rentals** 18:6 | 13:25 16:13 | **reporter's** | **required** 8:11 |
| **reoccur** 26:13 | 24:16 25:8 | 264:1 | 115:3 267:13 |
| **repeat** 7:21 | 27:7 51:8 | **reporters** | **research** |
| 24:16 51:8 | 59:21,24 63:10 | 152:17 | 255:23 260:17 |
| 60:1 77:19 | 86:18 88:16 | **reporting** 5:4,9 | 260:20,24 |
| 234:17 | 93:2 94:3 95:6 | 74:7 90:20 | |

**[researched - saw]**

| | | | |
|---|---|---|---|
| **researched** 260:5 262:17 | 229:4 | 247:5 252:18 252:23 253:1 | **sabonis** 30:14 53:5,10 70:2,3 |
| **researching** 260:2 | **result** 32:1,3 172:18 | 253:18 254:22 255:11 256:11 | 215:15 244:8 244:12 |
| **reside** 12:21 | **return** 130:12 265:13,16 | 257:11,15 259:16 | **safe** 192:5 237:18 |
| **respond** 95:1 112:2 126:22 | **revenge** 234:6 247:22 248:2 | **rightful** 15:5 | **safety** 21:19 138:5,6,15 |
| 172:3 175:14 176:1 177:17 | **review** 9:3 147:16 218:1 | **rile** 256:20 **roll** 138:16 | 139:20 154:18 156:25 158:12 |
| 177:19 219:24 220:1,8,8,12 | 265:7 | **rolling** 37:3 **room** 5:3 6:7 | 159:4 234:1 |
| 242:2 | **reviews** 218:8 **rezube** 231:16 | 6:10 | **samsung** 47:23 48:19 50:3 |
| **responded** 103:23 104:2 | **ricky** 183:13,16 189:13 | **rough** 182:6 **rpm** 37:18 | 51:21 |
| 218:3,4 220:10 222:24 244:19 | **ridiculous** 181:20 256:19 | **rpms** 37:22 **rule** 206:14 | **sand** 77:18 190:16 259:19 |
| **responds** 242:10 | **right** 21:22 24:12 33:21 | 220:22 **rules** 5:23 | 259:20 **sandra** 1:15 |
| **response** 27:11 65:1 93:22 | 43:19 57:20 60:9 61:1 64:6 | 97:10,11,14 **run** 27:15 | 4:17 264:3,24 **sang** 54:14,20 |
| 102:10 172:2 193:23 198:20 | 77:8 108:3,7 108:12,23 | 57:13 **runs** 186:16 | **satisfied** 256:1 256:9 |
| 201:9 255:5 256:9 | 109:4,15,24 110:9 112:4 | 232:12 **russia's** 255:17 | **savannah** 245:21 246:3 |
| **responses** 7:15 **responsible** | 114:16 120:16 120:24 125:21 | **russian** 199:15 **rutherford** | 247:22 **savannah's** |
| 218:24 **rest** 51:17 | 131:18 135:5 137:20 142:7 | 1:17 2:5 4:14 **ryan** 30:16 | 113:5 **save** 158:11 |
| 172:8 **restaurants** | 149:1 156:19 174:18 175:3 | | **saving** 244:7,10 |
| 191:11 **restraining** | 191:17 202:12 202:15,23 | **s** | **saw** 103:2 119:8,24 |
| 172:11 **restroom** | 205:22,23 231:3,4 232:2 | **s** 2:1 86:20 123:11 181:2 | 124:12 133:13 152:8 228:1 |
| 228:16,22,24 | 245:13 246:17 | 183:17,17 186:16 212:18 | 235:11 251:3 |
| | | 266:3 | |

**saying** 62:17 63:4 75:6,21 77:16 81:4 82:20 90:20 111:2 115:23 116:2 118:13 121:11 135:5,6 139:7 140:5 143:8 151:18 151:18,20 163:9 173:9 174:13 175:1 191:16 196:22 196:25 210:19 216:8 218:7,8 228:6,7 250:25 251:1,24 253:7
**says** 93:11,15 93:16,18,20 94:15 95:2 97:2 118:10 129:10 130:16 130:17,18,19 131:18 137:12 157:5 162:4 174:18 177:5 177:16 201:11 201:13 245:25 246:5,10 257:8 258:18,19
**scared** 144:23
**scene** 57:15
**scheduled** 131:7

**school** 13:10,12 13:13,14 14:19 14:19 158:20
**scope** 121:4,7,7 121:9 165:2 206:17
**screaming** 224:9
**screen** 49:22,24 95:21,21 102:8 117:24 125:22 130:16 175:8 229:11 230:13 232:1 241:25
**screwed** 103:3
**searched** 260:7 260:10,14
**sec** 115:8
**second** 46:11 118:17 257:23
**secondhand** 139:24 140:3
**secret** 28:10 241:12
**secretary** 111:13
**section** 218:1 219:13
**sections** 219:20
**security** 113:16
**see** 32:22,24 42:11 43:3 62:24 64:7 101:4 113:9 114:11 121:1

125:7 130:4 131:3 147:7 150:7 169:9,9 169:9 177:15 178:8 183:1 187:6 196:4 198:18 212:11 223:14 230:12 243:17,24 246:6,8,11,13 246:15,18,22 246:23,23,25 250:18 251:13 253:19 254:22 257:8 258:17 260:15
**seeing** 249:25 255:24
**seek** 61:21
**seem** 252:5
**seemed** 184:6 250:14
**seemingly** 106:20
**seems** 45:18 85:6,14 158:3 187:4 188:3 194:20 218:13 237:14 252:3 258:19
**seen** 33:9 42:15 42:18,21 43:6 48:20 130:8 143:10 150:10 170:25 201:15

257:24 262:1,3
**segments** 114:2
**self** 16:3,5
**semitic** 260:22
**send** 90:25 102:9 105:19 111:17,19 113:19 126:5 126:21 177:21 229:10 242:17 251:5
**sender** 245:14
**sending** 84:3 105:12 242:12 244:1 245:20
**sends** 126:19
**sense** 59:8
**sensitive** 4:3 21:18
**sent** 81:3 93:4 105:16 135:11 152:16,24 154:3 181:23 205:4,7 230:6 242:11 253:8 265:14
**sentence** 46:12 177:17
**sentenced** 22:5
**september** 22:10 198:16 207:6
**series** 112:24
**serious** 172:20 200:22 207:23

**[seriously - similar]**

| | | | |
|---|---|---|---|
| **seriously** 207:19 | **sexism** 113:7 | **shig** 123:8,11 | **showed** 77:23 |
| **serve** 134:8 | **sexual** 193:12 193:21 194:2,9 | **shiggy** 231:10 | 95:20 110:6 |
| **served** 126:23 | **sexualization** 113:7 | **shimimprov** 16:14,15,18,25 | 117:1 136:7 |
| **server** 74:14,18 86:17,19,21,22 86:23,25 87:4 87:10 118:23 119:2,6 120:8 120:13 250:10 250:13,14 | **sexually** 84:4 | 17:4,10,13,17 17:20,23 249:3 249:8,11 | 146:20 152:4,5 152:6 190:16 213:11,17 240:18 |
| **servers** 72:23 73:4 75:23 249:13,16 | **shady** 73:24 | **shoot** 105:18 105:20 | **showing** 96:4,4 141:23 175:9 |
| **service** 43:17 43:18 173:19 173:23 176:13 176:18,20 178:9,22 242:5 242:6,15 248:3 | **shame** 158:9 | **short** 72:4 79:25 249:1 | **shown** 116:21 226:5,9 |
| **services** 65:20 166:10 | **share** 93:19 219:19 231:4 234:5 | **shorthand** 264:14 | **shows** 16:20 125:23 |
| **set** 28:6 131:1 264:6 | **shared** 111:9 170:21 218:19 219:12 254:1 254:10 | **shortly** 71:8 | **shut** 60:25 146:22 150:5 |
| **seven** 198:3 221:13 | **sharing** 95:16 113:17 114:7 234:2 | **shot** 95:21,21 102:8 130:16 242:1 | **sic** 35:24 |
| **several** 18:10 18:11 80:15 106:13 135:10 140:15,15 141:5 143:18 146:19 151:22 152:8 158:21 158:23 259:19 | **shauna** 109:23 | **shots** 117:24 125:22 175:8 | **sicily** 244:17,25 |
| | **she'll** 154:21 | **shouted** 158:17 | **side** 58:21 59:9 |
| | **sheet** 265:11 | **show** 90:17 93:3,5 94:4 95:7 111:16 112:18,19 114:1 116:6 121:2,20 122:5 122:8,8,17 147:17 151:2 160:2 197:23 205:12 214:2 214:25 229:9 230:8 231:5 261:14,19 262:8 | **sign** 241:2 265:12 |
| | **shellie** 72:6,7 80:13,14,15 140:25 141:4 143:20 144:9 144:17,20,22 144:25 145:1,6 145:14 195:13 195:13 | | **signal** 88:5,6 132:14,15 215:3,11 246:1 246:11 |
| | **shellie's** 143:22 | | **signature** 264:23 |
| | **sheriff's** 134:7 135:15,16,19 135:22 138:2,9 138:19,25 157:14 | | **signed** 130:6 149:14 265:19 |
| | | | **significant** 39:16,18,22,24 40:16,21 44:22 |
| | | | **silently** 155:6 |
| | | | **similar** 33:18 82:18 |

**[simple - sorry]**                                    Page 50

**simple** 91:24
    108:21 122:23
    149:2 150:6
    156:6,8 208:10
    248:12 257:10
    257:18
**simplified**
    156:9
**simply** 107:10
**sing** 53:22,24
    54:21,21
**single** 113:24
    114:5
**sings** 54:15
**sink** 156:23
**sir** 25:9 45:22
    48:6 61:11
    65:23 66:7,10
    143:15 159:6
    162:7 187:1
    208:3 238:19
    247:7 260:17
    260:24 261:16
    261:21 262:24
    263:2,4
**sit** 261:21,23
**situated** 118:8
**situation** 28:6
    29:8 58:14,15
    224:10 225:2,6
**situations**
    27:16
**size** 111:18
**skip** 26:22

**slander** 218:5
    262:23 263:2
**slandering**
    218:2
**small** 40:15,23
    44:20 45:4
    151:10
**smaller** 74:10
**smith** 109:6,13
**smoothie** 35:16
    35:17,18,25
    36:8,12,13,21
**snapchat** 25:16
**snatching**
    225:10
**sneezed** 34:3,7
**social** 11:19
    25:12 29:17
    59:4 65:10
    67:12,16 73:10
    73:11,13,15,17
    102:25 103:5
    103:18 104:11
    104:16 105:5,7
    105:10 113:16
    122:17 123:7
    128:12 129:4
    173:18 208:14
    227:18 240:9
    249:15 260:7
    260:10
**sock** 52:19,20
    52:23 53:1,7
    53:11

**software** 50:12
**sole** 16:12
**solicited** 208:19
    212:6
**soliloquies**
    23:25 202:7
**soliloquy** 63:13
    190:2 202:14
    211:17,22
**solution** 6:12
**solutions** 4:16
    4:18 265:23
**solve** 53:13
**somebody** 27:5
    29:16 31:11
    32:20,21,24
    33:9 52:21
    54:21 57:11,12
    57:14 59:17,23
    60:12 62:9
    63:21 65:7
    68:17 76:24
    77:6 97:9,10
    97:13 99:8
    103:12 107:17
    107:18,21
    108:7,12 109:4
    109:8 115:23
    136:8 137:11
    151:12 153:24
    159:20 180:16
    180:22 189:15
    209:18 210:8
    223:16 232:17
    246:25 248:2

**somebody's**
    21:10
**someone's**
    142:9 226:11
    242:23
**son** 36:19
**song** 53:22,25
    54:15,15,18
    180:17,23
**songs** 181:2
**soon** 154:23
**sorry** 4:19 6:18
    13:25 16:13
    24:16 25:8,9
    26:22 40:11
    41:16 42:21
    51:8 59:21,24
    80:13 86:18
    88:16 100:11
    101:9 102:13
    107:20 117:14
    118:2,3,6
    146:11 149:23
    158:6 166:8
    174:25 176:5
    179:6,6,6
    181:25 193:24
    195:16 199:20
    204:14 208:23
    213:15 221:21
    228:19 233:15
    240:11 244:22
    249:6 256:6
    261:4

**[sort - stated]**                                                          Page 51

**sort** 9:11 99:6
101:20 209:20
234:24 243:10
250:15
**sorts** 18:17
121:14 237:3,7
**sound** 21:22
22:22 33:21
77:8 101:7,9
101:18 185:12
201:11 231:22
**sounds** 25:10
249:18
**source** 27:22
184:10
**southern** 12:24
19:11
**span** 83:24
**spark** 245:21
**sparks** 246:3
**speak** 8:5,25
64:15,18,24
70:17 71:24
80:9 105:14
130:20 131:19
145:8 175:23
191:13 235:14
236:3,8,9
241:21
**speaking** 26:16
176:2 189:15
192:2 235:18
235:19
**special** 112:25
176:17

**specific** 22:22
56:21 111:7
149:11 151:18
158:15 165:11
166:24,25
167:1,7 169:4
178:24 211:1,6
**specifically**
40:9 51:6
65:11 117:7
126:10 166:16
176:10 189:13
199:12 213:15
221:3 240:9
**specifics** 235:9
**specifying**
151:17 218:23
**speculation**
31:1 32:5
35:20 103:8
133:24 142:11
198:25 200:10
211:1 225:4
226:4 236:7
237:6,10
**speech** 180:17
**spell** 51:15,17
**spelled** 51:18
**spoke** 72:3,4
76:21,22 80:7
82:9 124:24
135:15 143:24
144:1,6,8
145:14 149:5
193:1

**spoken** 80:15
90:7 103:24
104:3 124:22
163:15 186:3,6
186:9 189:14
191:10 192:21
192:24 212:14
212:20,22,25
242:9
**spreadsheet**
243:8
**sql** 3:16 171:8
171:10,22
173:7 253:24
**stacy** 186:7
**stalk** 110:21
144:14
**stalked** 106:11
107:4,8,21
108:12,22
109:4,8,16,19
110:18,25
111:1 138:21
**stalker** 94:17
106:7,15,16,16
107:1,14 108:2
108:5,14,17
111:6,6 203:3
203:15 207:1
**stalkers** 106:17
106:19 107:22
108:9 110:10
207:3
**stalking** 22:7
22:12,15,16,20

23:3,15 75:13
106:13,21
108:25 136:3
156:22 157:19
159:21 208:24
228:11,12
**stalks** 107:17
108:7 109:14
109:23 110:3
**standing**
163:23
**staring** 129:8
**start** 5:23 8:6
14:9,11,18
33:5 37:10
160:15 191:7
210:11 231:18
243:9 245:17
262:18
**started** 19:23
22:16,18 25:4
33:1,3 71:9
130:19 195:4
241:5,7
**state** 1:16
32:13 65:11
80:25 127:21
128:1 141:25
142:1,24
143:17 184:17
192:4 207:21
252:14 253:12
**stated** 12:17
65:15 157:22
161:20 177:8

[stated - supremacist]                                                    Page 52

194:1 206:23
206:25 207:1
213:20 224:20
224:23 241:23
**statement**
21:15 108:21
116:23 119:17
137:24 140:3
145:6 154:20
163:8 170:19
189:1 190:8
193:21 197:4,6
203:8 205:23
205:25 207:20
207:22,23,25
208:5 260:16
260:22,23
261:13
**statements**
86:7 120:12
137:19 172:15
177:12 196:21
197:1,5,9,10
207:14 208:2
239:9,13
264:10
**states**  1:1
117:25 118:11
**static**  37:23
**stating**  5:11
129:1 176:10
184:9
**station**  152:2,3
152:7,15,18,24
152:24 154:25

197:16,19
**stations**  152:8
152:12 158:7
**stay**  237:18
**stenographic...**
264:11
**stepdaughter**
145:11
**stepmom**  144:8
144:9,10
**stepmother**
72:10
**stepping**
158:19
**steps**  28:8
237:18
**sticker**  38:20
**stone**  61:9
**stop**  36:4 37:11
64:5,9,10 71:4
71:17 90:14
109:10 139:4,5
139:22,23
150:14,14,17
150:18 181:10
182:17 201:8
203:6 208:12
247:4
**stopped**  15:23
168:18 181:9
193:7 231:25
**store**  33:18
34:4
**stories**  153:6
256:20

**story**  36:22
58:21,23 59:10
73:5 122:10,12
122:16,25
152:13 155:20
156:3 223:14
223:16 250:24
251:3,3
**straighten**
61:22
**strange**  136:10
**strategy**  259:1
**streaming**
191:7
**stress**  135:9
**strict**  29:4
**strictly**  22:12
22:15,20 75:12
111:5,6 208:24
**strike**  26:22
28:15 60:6
119:17 190:7
**studio**  181:1
**stuff**  27:1 142:3
186:20,23,23
186:25 201:14
**stylus**  48:9,11
48:15,16,19,22
48:24 49:1,4
49:20,22
179:22,23
180:1,4
**suarez**  254:25
**subject**  35:8
82:16 126:17

129:21 131:16
138:18 166:11
166:17 217:18
217:20,21,23
244:7 245:24
245:25 249:23
**subpoena**
243:22
**subscribe**
67:22
**subscribed**
267:14
**subscriber**
79:15
**subscribers**
26:19 79:9
**subscription**
26:6,11,16
**subset**  151:10
**subsidiaries**
11:23
**successful**
131:11 242:24
**suffer**  11:2
**suggest**  184:4
**suite**  2:4,10
**sum**  43:2
**support**  95:3
97:3 150:1,2
175:13
**supposed**  44:23
**suppress**  66:14
**supremacist**
262:15

[supremacists - technically]                                    Page 53

**supremacists**
73:22 249:25
250:6,8,22
258:8,16
259:13 261:22
261:24 262:4
262:13
**supremacy**
74:1 188:6,8,9
258:17 262:1,2
**sure** 26:17 29:6
41:16 54:8
55:16 91:11
98:10 104:2
112:4 123:12
126:14 154:12
154:19 175:17
198:17,18
199:3,22
213:10 235:12
237:18 245:8
254:18 262:16
**surface** 49:9
**surgery** 1:5
11:13 67:24
68:9,11,16
141:9 217:14
217:16,20,22
217:25 218:11
218:16,20
219:18 220:4
220:14
**surgery's**
141:16

**suspended**
90:16 93:17
96:10 97:6
101:19,21,23
**suspension**
101:20
**suspicious**
199:17
**suze** 186:16
254:24 255:3
**swatting** 22:6
**swear** 4:24
**sworn** 5:16
267:14
**sympathizes**
97:4
**system** 27:9
37:18

**t**

**t** 51:16,16
87:18 101:6,6
101:12,12,12
103:19 104:25
181:2 195:23
244:5,5 266:3
266:3
**table** 261:21
**tabs** 112:25
113:23
**tagged** 102:11
157:14 175:24
**take** 4:7 8:15
8:17 10:22
13:7 28:22
43:8 58:9,13

91:15 92:21
94:19 97:1
98:12 102:17
105:22 138:12
147:22,25
169:12 172:20
182:15 205:25
225:17 228:15
228:22 259:10
**taken** 1:14
106:2 147:14
183:7 229:5
247:15,19
248:3 264:5,14
**takes** 102:16
207:1 234:4
**talk** 53:25
75:10 80:14
85:21 137:1
161:8 163:12
195:6 200:22
215:11 241:18
**talked** 87:6
179:22 194:6,6
204:20 255:13
**talking** 39:25
40:22 50:3
63:5 64:22
71:17 86:8
111:11 130:18
134:3 140:20
141:12 144:16
144:17,19
166:15 169:11
176:4,7 178:20

179:1 193:8
208:13 213:9
220:24 225:22
233:7 238:1
250:23 252:12
254:24 257:20
**talks** 129:25
131:8 201:14
258:14
**tandem** 187:14
**tape** 112:18
**target** 60:14
62:15 117:7
119:8 120:1
226:1
**targeted** 60:16
62:10,13 63:25
64:2 71:1
113:1,2 116:25
149:13 181:22
225:24 235:11
**targeting**
181:22
**taste** 244:17,25
**taunting** 253:7
**taylor** 81:15,18
82:17 83:3
139:25 140:6
**team** 225:16
**teamed** 107:1
107:11
**tear** 158:22
**technically**
26:7 76:15

[technology - things]                                    Page 54

**technology**
18:15,18
**teenagers**
224:6
**telephone** 78:3
105:15 124:20
126:2
**television** 116:6
116:6 121:17
122:8,17 179:7
261:14
**tell** 7:13 48:5
60:11 61:11
62:8 68:25
95:15 114:12
119:10 127:6
127:10 128:18
130:2,25 131:4
137:9 140:21
143:2 163:18
198:21 199:2,4
206:2 219:7,9
227:19 229:3
254:18 256:21
257:6,17
**telling** 85:12
101:13 108:24
114:13 155:10
166:9 169:2,15
190:3 200:25
**temp** 18:10,12
**temporary**
18:23 19:1
**ten** 55:4,7,22
56:1,6,11,13

105:22,23
134:3 243:13
**term** 21:5,7
169:5 195:15
232:22
**terminate**
61:21
**terminology**
67:11
**terms** 43:16,18
173:19,23
176:13,18,20
178:9,22
**terrified**
138:15 235:13
**terrifying**
138:17 237:16
**terrorist** 238:1
**testified** 5:16
117:11,17
118:15 173:16
204:6,9,11
256:12
**testify** 10:15,20
10:25 11:5,8
66:3 119:18
134:10 141:13
141:17,19
161:5,11
**testifying** 7:12
118:16,20
163:1,3 170:19
**testimony**
39:21 45:24
54:10 56:14,15

66:14 71:21
74:25 92:25
93:1 96:13,15
115:18,19
117:19 118:20
118:21 121:15
122:22 137:19
144:4 150:1,3
151:9 160:14
160:16 170:6,8
189:5 194:25
200:19 201:21
201:23 210:3
264:8 265:9,17
267:8
**text** 59:4 64:7
84:3 86:25
87:2 94:13
104:8 126:2,5
158:24 205:4,5
205:6,7,15,19
205:24 206:1,1
232:4,5,7
233:8 235:7
**texted** 259:19
**thank** 52:17
105:2 112:14
149:10 167:7
183:18 195:24
196:9 198:5
204:19 222:9
228:24 229:20
244:6
**thankfully**
239:3

**thatdaneshguy**
24:15,19,22
25:20,22 26:2
26:5,10,24
29:24 30:8,9
30:10 33:3
43:25 46:4,14
46:19 47:7,12
47:17 55:9,15
88:15,18 89:5
174:9
**thatdaneshgu...**
146:18 207:4
215:5
**theater** 225:21
**theory** 216:7
**thick** 49:9
**thing** 32:16
38:8 57:20
61:14,16 70:25
71:21 74:14,18
79:25 85:18
88:21 99:3
126:22 132:16
138:17 159:25
171:25 178:4
178:22 209:20
225:13 236:24
236:25 237:19
237:20 248:15
254:21 257:14
**things** 22:21
25:15 58:1
59:8 66:4
67:19 99:6

**[things - time]** Page 55

126:19 130:7
160:15 190:25
191:16 193:6,9
210:19 218:7
231:9 233:24
237:3,7,12
239:16,17,19
258:17
**think** 32:23
39:13 47:13
63:22 88:1
108:14 123:19
154:21 160:12
179:5 190:4
202:14 205:15
207:1 211:22
225:14,14,15
229:18 231:19
247:3 253:9
257:7
**thinking** 24:23
241:16
**thinks** 247:2
**third** 170:1
**thirteen** 16:8
**thoringar**
103:18 104:24
**thought** 96:2
151:4 155:7
195:7,9 251:4
256:6
**thousand** 37:19
**thousands**
219:21

**threat** 37:9
187:18 251:6
**threaten** 91:13
233:25 252:3
**threatened**
73:6 74:19,20
105:20 167:2
187:19,20,21
225:2,5
**threatening**
74:12 76:1
84:4 105:18
191:1 195:5
**threats** 22:7
187:15 196:6
259:21
**three** 14:24
20:2,5,7,14,16
114:2 164:6
165:20 174:14
204:22 217:7,8
224:6 247:15
**threw** 35:16,17
36:13
**throw** 35:25
**ties** 188:6
**tiffany** 107:3,7
107:14,20
**tiktok** 3:17
11:19,20,20,24
12:8,10 24:10
24:14,18 25:12
26:1,10,14,24
30:21,22 31:25
32:1,7 34:21

36:25 37:3,10
37:25 38:2,9
38:13 39:7
40:4,7,20
41:10,12,15,15
41:17,19,24
42:1,2,4,4,8,9
42:15,18,21,23
43:1,3,6,13,15
43:21,24 44:8
50:5,10,13,22
50:25 52:12
55:1,15 67:12
67:13,17 73:14
73:16,19 76:9
77:4,12,15
88:21,22 98:3
98:6,16 99:9
99:16,19 100:7
101:19 102:9
102:22 106:6
109:14 116:5
153:19,22
154:9 156:15
156:15,20
157:2,5 174:4
174:5,20,22,23
175:4,6,7,13,17
175:22,24
177:2,22
178:14,16
179:2,24
183:13 207:15
207:16,17,17
209:7,11

219:13 220:23
220:25 222:6
227:18 240:9
240:13,20
241:21,23
242:1,15
252:16,17
**tiktok's** 11:21
**tiktoksupport**
177:17
**time** 4:5,20
15:24 17:23
20:21 23:9,14
23:25 24:24
26:14 29:7
37:9 39:25
40:1,2 44:20
45:10 50:24
59:9 69:24
72:22 74:16,21
74:23 75:1,3,8
78:12 80:7,10
80:11 82:9
83:24 87:9
93:12 94:16
105:16 106:1,4
113:4,6 116:14
116:17 123:13
125:8 126:7
129:8 130:5
131:1,4,6
133:7 138:5,24
139:12,19
141:22 153:9
154:10 156:13

**[time - trainor]** Page 56

162:8 166:23
183:9 186:22
190:22 201:19
210:22 211:12
212:10 229:7
230:19 231:20
231:20,21
234:15 235:4
240:16 246:20
249:1 263:6,9
264:6,6,10
265:18
**timeframe**
265:8
**times** 40:25
55:2,4,7,22
56:2,6,11,13
68:12 74:13
80:16,25 83:3
83:8 101:23
106:13 138:1
148:8 158:21
190:20 203:13
237:14 241:23
255:24 259:19
**tip** 26:15
152:25
**tips** 28:23 29:2
38:12,14,15
40:5,13 41:25
42:4
**title** 35:5
171:20 197:21
229:10

**titled** 22:4
**tits** 246:1,8,10
**today** 8:19 11:9
111:20,20
213:17 222:4
231:2 257:16
**today's** 9:1
**together** 76:4
107:6 113:10
122:10 125:18
143:6
**told** 10:9 70:25
85:5 86:1 99:7
117:5,23
131:15 136:12
142:14,17
143:4 145:8,23
155:20 190:23
192:13 207:15
219:11 220:3
231:10
**took** 23:4 70:6
74:4 110:6
147:6 155:6,15
168:13 245:1
247:21
**top** 94:12 122:3
125:13,17
130:16 133:10
146:5,24,24
147:4 148:20
148:21 171:18
247:20 248:7
**tortious** 115:12
128:8

**tortiously**
128:9
**torture** 136:5
**tortured**
133:14
**total** 139:10
147:1
**totally** 258:18
**touch** 75:4,5
80:12,13
144:22 231:9
**towards** 187:15
187:18 196:6
259:21
**town** 12:25
13:8 82:25
84:2 106:22
169:10 182:21
258:23
**track** 39:4
40:14,24 78:25
100:6 180:4
221:15 223:2
247:13
**trade** 28:9
241:12
**traffic** 231:21
**trainer** 86:19
105:22
**trainor** 1:17
2:3,3 3:5 5:12
5:12,18,21 6:5
6:7,10,16,19,22
7:4 12:15 15:5
15:12 17:7

20:25 21:3
23:23 28:11,15
28:19 35:1
36:6 38:4 46:6
46:9,13,17
49:16,19 56:4
56:10 60:6,25
61:22 62:1,6
63:8,10,12
64:5,9,12,15,16
64:19,22 65:24
66:4,8,15,17,20
66:25 92:6,9
92:14,18 93:2
94:3,11 95:6
97:15 102:17
104:24 106:5
111:16 112:1,4
112:7,12,19
114:25 115:7
115:13,17,21
116:2 117:16
118:2,3,5,6,12
118:13,14,22
119:1 120:10
121:8,9 122:21
123:11 127:19
127:23 128:2,3
128:10 133:25
137:15,24
141:12,17,19
144:6 145:3
149:3,24,25
154:2 156:12
156:14 157:11

**[trainor - two]**

| | | | |
|---|---|---|---|
| 160:24 161:4,7 | 255:20 256:2,3 | 139:21 | 36:1 42:22 |
| 161:10,13 | 256:6,10,23 | **true** 85:13 86:2 | 53:12 66:13 |
| 162:13 163:4 | 257:1,19,25 | 189:17 197:5 | 76:15 106:25 |
| 163:24 164:2,3 | 258:8,10,10,14 | 209:10,12 | 108:13 113:22 |
| 164:6 165:3,5 | 258:16 259:8 | 252:5 257:16 | 119:8,25 |
| 166:2,22 167:2 | 259:24 260:1 | 264:13,19 | 132:14 144:12 |
| 168:4 170:3,7 | 262:7 263:11 | 267:8 | 147:12 155:16 |
| 170:11,14 | 263:13 | **truly** 37:24 | 156:22 158:22 |
| 171:5 172:23 | **trainor's** 60:5 | **trump** 178:25 | 201:18 207:12 |
| 173:2,5 174:3 | 119:17 190:8 | 178:25 180:17 | 221:4,22,24 |
| 182:4,8,10,15 | 255:5 | **trust** 155:19 | 223:3 238:3 |
| 182:25 183:10 | **transcribe** | **trusted** 196:22 | 246:25 252:2 |
| 183:16 185:25 | 114:24 115:3 | 197:1 | 253:4 261:16 |
| 186:12 189:6 | 229:14 | **truth** 7:13 | **turn** 6:19 127:8 |
| 193:25 194:1 | **transcribed** | 124:16 156:4 | 127:11 195:11 |
| 195:23 197:22 | 264:12 | 190:3 256:18 | 199:10 |
| 198:2,5 200:15 | **transcript** 1:13 | 256:21 | **turned** 114:18 |
| 201:24 202:17 | 3:22 47:4 | **truthful** 133:2 | 114:18 223:7 |
| 202:19 204:4,7 | 263:12 264:14 | 133:5 257:2 | **tv** 121:20 130:6 |
| 204:10,12,15 | 265:6,19 267:5 | **truthfully** | 152:6,9 |
| 204:17 205:18 | 267:8 | 10:15,20,25 | **tweets** 174:16 |
| 205:22 206:4,7 | **trapt** 51:7,9,13 | 11:5,8 | **twice** 175:24 |
| 206:9,12,15,18 | 51:16,20,24 | **truthfulness** | **twitter** 25:24 |
| 207:12 210:4 | 53:3 180:7 | 85:4 | 128:20,22,23 |
| 210:17 211:3,7 | **traptofficial** | **truths** 256:16 | 129:1 132:6,7 |
| 214:5,9,12,14 | 51:12 | **try** 8:5 27:5,21 | 132:8 148:8,10 |
| 215:1,2 222:3 | **treason** 188:25 | 45:14 91:13 | 155:2 173:17 |
| 228:17 229:8 | **trial** 2:9 | 92:24 148:7 | 173:21 174:1,8 |
| 229:15,18 | **tried** 96:19 | 164:9 209:23 | 176:3,9 212:17 |
| 230:6,10 | 191:2 195:6 | 212:7,8 222:8 | **two** 14:8,16 |
| 240:12 243:1,5 | 242:12,23 | 237:17,21 | 15:8 20:18 |
| 243:14 244:5 | **tries** 179:2 | 244:13 247:1 | 90:12 143:5 |
| 249:8 250:22 | **troll** 233:6 | 256:20 258:23 | 144:16 155:13 |
| 252:12 253:23 | **trouble** 57:16 | **trying** 23:8 | 176:10 195:20 |
| 254:16,24 | 113:13,14 | 28:24 30:5 | 195:21 203:15 |

**[two - used]**                                                                 Page 58

228:15,22
235:18 236:5
248:16,25
249:1 260:3
262:7
**type**   18:4 26:23
28:8 33:18
46:18,21 59:1
121:12 147:9
186:23
**types**   39:3

**u**

**u**   107:3 186:16
195:23,23
244:5
**udio**   181:1
**udio.com.**
181:2
**uh**   7:17 9:19
67:25 75:20
88:11 90:3
110:17 127:2
130:21 169:17
171:17 244:9
248:17 254:11
**um**   125:10
**unable**   27:4
**unauthorized**
202:9,23,25
**unblock**   246:4
246:5,8,10,11
246:22
**unblocked**
246:1,23

**uncancelled**
223:18
**uncivil**   62:4
**unclear**   129:2
144:17
**undefined**
232:23
**under**   7:12
16:10,11 29:23
30:6 43:13,20
74:8 89:21
93:10 137:21
161:14 169:18
174:1 220:10
222:24 226:24
226:24 240:23
264:7,18,18
**underneath**
219:13
**understand**
7:11,20,24
8:13,20 10:14
10:19,24 11:4
11:25 12:6
30:23 33:12
37:13,24 42:16
42:22 48:14
68:6 107:9
108:18 124:21
128:5 134:23
139:17 141:14
155:3 159:7
165:12 179:4
185:24 195:3
199:15 221:21

232:17
**understanding**
170:14
**understood**
7:23 76:6
**unfortunate**
31:13
**unfortunately**
31:22,23 45:3
235:10
**union**   1:17 2:4
4:14
**unique**   28:7
29:7 58:15
**unit**   4:9
**united**   1:1
**university**
253:2,3
**unknown**   11:22
57:22 207:5
**unleading**
170:10
**unlimited**
143:20
**unrelated**
134:9 203:15
234:9
**untrustworthy**
197:21
**unusual**   159:25
**unusually**
188:6
**upcoming**
131:5

**uproar**   192:1
**upset**   34:5
**upsetting**
201:19 237:15
**use**   25:13 28:4
46:18,22 47:14
48:11,24 49:1
49:2,4,9,22
50:12 55:15
65:17 73:22
78:5,10,12,13
78:20,20,22,24
87:3 88:1
128:24 164:9
180:4 202:10
203:25 228:21
228:23 229:3
239:18 242:22
**used**   30:1,12
47:11 50:4,10
50:22 51:1,2
52:12,23 53:2
53:8 54:12
55:2,4,7,17,21
56:1,6,11,13,19
59:2 65:12
72:14,17,18
74:1 78:2,7,9
86:16 87:2
90:22 100:2
126:5 127:15
132:19 146:17
179:22 180:1,6
180:14 196:4
199:22 201:5

[used - videographer]                                      Page 59

208:14 215:11
216:15 265:19
**useful**  231:11
**user**  25:18
51:14 52:3
88:2 99:20
132:16 146:18
215:6 252:13
254:19
**uses**  49:19
52:21 59:19
98:19 149:18
199:12 200:8
201:12 255:25
**using**  21:10
43:24 47:20,21
51:21 55:10
57:10 67:11
78:11,21
179:22 199:17
**usually**  55:20
59:4,6 83:25
130:5 196:5
207:2 209:19
209:20
**utilize**  99:10
255:24
**utilized**  196:3
199:23
**utilizes**  100:7

v

**v**  6:1 7:7 265:4
266:1 267:1
**vaccinated**
191:24,25

192:8,16
**vaccines**  44:11
192:4
**vague**  33:11
38:3,4 42:16
42:17 50:23
262:6
**valid**  17:7
164:7 166:5,10
167:8,9,10,14
206:13
**value**  38:8,24
263:3
**values**  38:25
39:1
**varies**  102:19
**various**  208:23
208:23
**vehicle**  86:13
**verbal**  7:15
**verification**
29:4
**verified**  85:17
86:15 128:18
259:20
**verify**  29:2 85:4
85:10,16,19,25
86:1 265:9
**veritext**  4:16,18
265:14,23
**veritext.com.**
265:15
**version**  195:17
**versus**  4:11

**vested**  76:7
**victim**  32:23
57:25 59:7
70:7,9 85:9
86:8,12 124:13
134:9,10
225:18
**victims**  21:21
134:2 237:21
**video**  3:14,19
4:2,6,9,10,18
6:25 7:3 21:19
27:5 29:21
30:19 31:2,9
33:14 34:23
35:6,9,21,24
53:23 57:2,3
57:23 68:15,16
68:18,22 71:2
74:12 77:13,15
77:21,22 84:15
88:24 89:1,2
101:11 106:1,1
106:4,4 111:16
111:17,18,21
111:25 112:1,3
112:7,8,15,18
112:18,23,24
114:22,25
115:4,10
116:14,17,17
116:20 119:5
136:7,11,16
137:11,18,19
137:21 139:6,7

139:19 150:20
152:17 153:19
153:22 157:3,5
157:10,13,18
159:12 160:9
162:8 167:3
174:21 175:5
181:12 183:4,6
183:9,9,13,19
183:22 184:3,8
184:8,9,17,22
184:25 185:4
191:6,7,15
209:25 210:22
210:23 211:1,6
211:11,12
213:10,17,19
213:19,20
217:18,19
222:15,15,23
223:6,16,24
224:3,20,20,24
225:10 226:22
226:25 227:3,8
228:25 229:7,7
229:9,10,11,25
230:14,22
231:3,25
233:23 234:11
236:5 238:8
241:12,14
263:9,9
**videographer**
2:15 4:1,16,22
6:11,24 7:2,16

[videographer - way]                                              Page 60

| | | **w** | 184:22 235:12 |
|---|---|---|---|
| 105:25 106:3 | 239:11 240:2,5 | **w** 17:3,12,13 | **wanting** 159:1 |
| 116:13,16 | 240:8,13 | 103:1 244:5 | **wants** 23:25 |
| 183:5,8 228:25 | **videotaped** 1:6 | **wait** 65:2 115:4 | 71:2 97:20 |
| 229:6 263:8 | **view** 196:16 | **waive** 5:8 | 236:17 |
| **videos** 26:23 | **viewed** 151:22 | **walked** 33:17 | **warning** 102:1 |
| 30:21 31:25 | **viewing** 42:1 | **want** 8:1,15 | **warps** 256:19 |
| 32:2,7,10,13 | **views** 35:6 | 20:9,12 55:19 | **warrant** 134:6 |
| 33:8 34:21 | 37:15,19 | 56:16 58:20 | 134:8,12,16,17 |
| 35:2 36:25 | 174:22 175:6 | 97:21,23 101:2 | 134:21,24 |
| 38:2,9,11,13 | **vile** 62:12 | 108:19 112:8 | 142:2,8 |
| 50:5,10,13 | **violating** | 114:23 115:6 | **warranting** |
| 53:21 54:7,11 | 225:17 | 116:19 121:5 | 165:14 |
| 54:18 65:13 | **violations** | 127:14,16 | **warrants** 197:8 |
| 72:15 76:9 | 174:21 175:5 | 130:12 139:17 | 252:20 |
| 77:4 88:22 | 175:21 | 141:14 147:8 | **warrior** 113:1 |
| 90:20 101:15 | **violence** 188:15 | 148:2 149:6 | **wartluft** 244:2 |
| 106:6,14 108:1 | **viral** 34:21 | 154:19 155:13 | 244:5 245:9 |
| 109:12,21,21 | 35:2 139:7 | 160:8 167:24 | **watch** 35:22 |
| 110:2,13,15,24 | 154:23 157:16 | 172:7 175:10 | 196:18 |
| 111:6 116:25 | 174:22 175:6 | 182:2,15,17 | **way** 6:14 12:12 |
| 139:1,3,10,21 | **virtual** 78:7 | 200:20 210:10 | 37:23 56:25 |
| 141:23 142:23 | **virus** 25:3,7 | 210:19,21 | 57:1,24 63:7 |
| 151:22 153:13 | **vista** 2:10 | 221:3 222:14 | 71:4 96:15 |
| 155:24 156:10 | **voice** 78:2 | 229:13 231:5 | 97:14 105:4 |
| 156:15,15 | 86:25 180:15 | 231:23 238:7 | 108:19 109:17 |
| 159:8 180:20 | 229:21 | 239:6 246:5,22 | 121:4 151:12 |
| 184:14,18 | **voicemail** | 253:19 255:12 | 151:17 168:19 |
| 208:22 217:15 | 105:17 | **wanted** 34:6 | 176:22 178:18 |
| 218:12 219:14 | **voip** 78:3 | 41:16 68:24 | 187:19 189:22 |
| 219:20,22,22 | **volume** 6:19 | 113:3 119:10 | 195:11 202:10 |
| 219:25 220:1,9 | **voracity** 120:11 | 119:11 133:12 | 212:9 218:5 |
| 220:11,14,18 | **vpn** 78:8,13 | 135:25 139:5 | 219:4 220:15 |
| 221:7,8,9,13,14 | **vs** 1:7 | 145:8 158:16 | 223:12,13 |
| 222:6,25 | **vulnerable** | 159:24 181:10 | 224:22,25 |
| 225:25 226:7 | 114:17 | | |

225:1 250:9
**ways** 26:15
  27:3 57:24
  59:6,11 140:16
**we've** 140:11
  190:11 211:16
  225:16
**wearing** 33:9
  33:15 34:5,8
  34:10,11,14,18
  59:10
**website** 124:4
  146:16,18
  147:6,13,15
  148:4,5 196:13
  196:14,17
  199:16 205:25
  254:8
**websites** 73:25
  146:12,19
  147:1 150:6
  152:21 153:5
  196:10 204:22
  206:20,21
  247:15,19
**week** 78:24
**weekly** 41:4
  154:24
**welcome**
  177:14
**welsh** 113:11
**went** 13:23
  19:14 113:1,4
  192:7,7 253:11

**west** 2:11
**whatsapp**
  87:22
**whatsoever**
  65:14 159:14
**whispering** 4:4
**white** 73:22
  74:1 175:18
  188:6,8,9
  249:25 250:6
  250:22 258:7
  258:15,17
  259:13 260:22
  261:2,6,22
  262:1,2,3,13,15
**whitman**
  113:11
**wile** 110:3
**willing** 184:20
  224:22
**win** 114:20,21
**wire** 88:12
**wish** 77:19
  156:2
**wishes** 86:11
**withholding**
  205:16,17
**witness** 3:3
  4:25 9:5,6,6,8
  27:12 59:25
  60:1 88:18
  102:15 118:12
  140:12 144:19
  182:14,20,24
  188:19 196:9

233:16 244:22
  248:14 256:25
  257:3,21 264:7
  264:8 265:8,10
  265:12,18
**woman** 34:3
  94:22
**women** 113:8
  208:15 261:2,6
**wonder** 228:2
**word** 77:18
  84:7 113:24
  119:5,5 176:7
  177:9 190:16
  201:5,7,10,12
  221:10 236:4
  246:13 259:19
  259:20
**words** 92:25
  113:12,13
  201:13 214:23
  247:4
**work** 15:24
  16:1 18:23
  19:25 58:24
  97:12 175:19
  186:2 212:10
  230:23,25
**worked** 17:23
  18:9,10,14,20
  19:1,17 20:1,7
  107:19 130:4
**working** 18:3
  117:25 231:18

**works** 97:10
  142:3,6,7
  230:2 231:1
**world** 67:12
  171:3 261:3,7
**worried** 200:15
**worries** 230:24
**worry** 127:7
  147:22 230:25
**worse** 209:14
**worst** 113:10
**wow** 147:21
**wrestler** 101:17
**write** 60:2
**writing** 45:5
  60:1 86:10,11
  118:4 227:6
**written** 177:13
**wrong** 35:18,24
  36:8 58:10,18
  75:19 77:2,17
  78:21 95:15
  116:24 135:6
  209:18 222:7
  223:8
**wrongful**
  209:19
**wrote** 175:12
**wuhan** 25:3

**x**

**x** 3:1 197:24
  212:15 255:14
**xio1666** 264:3
  264:24

**[xxx - zero]**

| | | |
|---|---|---|
| **xxx** 47:5,5 | 168:5,8 171:3 | 90:12 125:18 |
| **xxxx** 47:5 | 173:11 174:11 | 134:4 156:25 |
| **y** | 177:25 178:15 | 172:1 177:23 |
| **y** 83:20 197:24 | 181:6,15 | 177:25 208:3 |
| 255:14 | 182:14,20 | 240:19 246:19 |
| **yandex** 3:18 | 188:3 197:6 | 248:16,25 |
| 197:24 198:7 | 199:23 201:2 | 249:1 260:3 |
| 198:19,23 | 204:24 218:3 | **yelling** 191:1 |
| 199:4,5,7,12,14 | 220:1 231:20 | 225:20,20 |
| 199:21,25 | 232:14,18 | **yesterday** |
| 202:1,1,9,24 | 233:9 234:20 | 257:15,16 |
| 255:13,17 | 238:11 242:7 | **york** 22:4 |
| **yeah** 9:13,13,15 | 242:12 243:5 | 223:20 |
| 17:1 18:7 | 243:19 245:19 | **young** 193:6 |
| 22:13 24:9 | 245:23 248:5 | **youtube** 25:14 |
| 29:14 30:3 | 248:14 249:18 | 120:21,22 |
| 31:17,19 38:14 | 255:6 256:10 | 227:18,19 |
| 50:6,8,18,19 | 256:21 258:19 | **yup** 97:24,24 |
| 51:13,22 54:20 | 258:20 259:22 | 97:25 142:16 |
| 55:16 57:24 | **year** 13:3,4,18 | 185:3 230:21 |
| 63:22 68:22 | 14:11 17:13,14 | 243:25 |
| 71:9 73:4 | 22:16 47:22 | **z** |
| 75:17 76:18,23 | 63:25 64:2 | |
| 77:11 82:5 | 80:4,5,6 82:4,7 | **z** 186:16 |
| 84:17 85:14 | 90:10 123:16 | **zach** 101:6,12 |
| 87:21 88:4 | 125:15 136:11 | 114:19 |
| 89:5 90:1 | 136:19,19,22 | **zach's** 112:24 |
| 94:15 106:16 | 156:21 157:19 | 114:7 |
| 107:6,10 108:5 | 159:4 248:18 | **zachary** 101:12 |
| 110:9 123:12 | **years** 12:20 | **zero** 101:25 |
| 126:1,2,3,12,14 | 14:6,8,16,23,24 | 151:9 153:12 |
| 126:16,16 | 15:1,8 16:7,8 | |
| 135:2 148:5,17 | 17:19 20:1,1,2 | |
| 150:7 156:11 | 20:7,14,16,18 | |
| 167:7,10,25 | 60:21 79:20,21 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.